# United States Bankruptcy Court
## Southern District of Texas

In re   __Koontz-Wagner Custom Controls Holdings LLC__

                                    Debtor(s)

Case No. _____

Chapter   __7__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the Vice President, Finance of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __July 11, 2018__ _____

__/s/ Timothy M. Howsman__ _____

__Timothy M. Howsman__/__Vice President, Finance__
Signer/Title

A Company Inc
P.O. Box 410004
Salt Lake City, UT 84141-0004


ABF Freight Systems, Inc.
813 W. Sample St.
South Bend, IN 46601


Action Glass Co, Inc.
54978 Mayflower Rd.
South Bend, IN 46628


Adams Remco Inc.
2612 Foundation Dr.
South Bend, IN 46628


Advanced Water Solutions
P.O. Box 1200
South Bend, IN 46624-1200


Advantage Interests, Inc.
7840 W. Little York
Houston, TX 77040


Aeroacoustic Engineering Consultants, LL
8014 Olson Hwy., #210
Minneapolis, MN 55427-4712


AG Equipt. Inc
414 N Kit Ave.
Caldwell, ID 83605

Agility Project Logistics, Inc.
P.O. Box 844718
Dallas, TX 75228


Air Filters, Inc.
8282 Warren Rd.
Houston, TX 77040


Airgas Intermountain, Inc
P.O. Box 7430
Pasadena, CA 91109


Airgas USA, LLC
P.O. Box 802576
Chicago, IL 60680-2576


Airgas USA, LLC
P.O. Box 676015
Dallas, TX 75267


Airgas USA, LLC (South)
P.O. Box 532609
Atlanta, GA 30353


All Phase Electric Supply Co.
1385 Bendix Dr.
South Bend, IN 46628


Allegheny Steel Distributors, Inc.
P.O. Box 645363
Pittsburgh, PA 15264-5363

Allegiance Crane & Equipment, LLC
P.O. Box 534687
Atlanta, GA 30353-4687


Allegis Corporation
P.O. BOx 851354
Minneapolis, MN 55449-0007


Allied Electronics
Attn: A/R Dept.
P.O. Box 2325
Fort Worth, TX 76113-2325


Allied Electronics
P.O. Box 2325
Fort Worth, TX 76113-2325


Alpha Process Sales, Inc.
12850 E. Bournewood Dr.
Sugar Land, TX 77478


Alpha Threaded Products Inc.
6426 Long Dr.
Houston, TX 77087


Alro Steel
1775 Foundation Dr.
Niles, MI 49120


ALTA Equipment Company, Inc.
25538 Network Place
Chicago, IL 60673-1255

Always Safety & 1st Aid, Inc.
P.O. Box 1407
Alvin, TX 77512


American Fire Technologies, LLC
2120 Capital Dr.
Wilmington, NC 28405


American Safety & First Aid
P.O. Box 59
Osceola, IN 46561


AmeriGas
P.O. Box 7155
Pasadena, CA 91109


Ametek-Soildstate Controls
875 Dearborn Dr.
Columbus, OH 43085


Anheuser Marketing, Inc.
6941 Peachtree Industrial Blvd.
Norcross, GA 30092


Anixter Bros. Inc.
P.O. Box 847428
Dallas, TX 75284


Anixter, Inc.
P.O. Box 842591
Dallas, TX 75284-2591

Apollo Printing & Graphics
731 S. Michigan St.
South Bend, IN 46601


ASCO Power Technologies, LP
P.O. Box 73473
Chicago, IL 60673-7473


ATEX Distributing, Inc
2900 W. Orange Ave., #130
Apopka, FL 32703


ATLAS BOLT & SUPPLY, INC.
3217 Rossville Blvd.
Chattanooga, TN 37408


Atlas Supply, Inc
611 S. Charlestown St.
Seattle, WA 98108


ATS Specialized, Inc.
P.O. Box 1450
Minneapolis, MN 55485-7130


Austin Hardware & Supply, Inc
Dept. CH 19373
Palatine, IL 60055


Barton Mines, LLC
Barton Mines Company, LLC
P.O. Box 62516
Baltimore, MD 21264-2516

Bennett Machine & Welding Works
512 Main St.
Caldwell, ID 83605


Best One Tire & Service of South Bend
2014 E. McKinley Ave.
Mishawaka, IN 46545


Betenbender Mfg, Inc.
P.O. Box 140
Coggon, IA 52218


Bisco Industries Inc
4424 S. 700 S., #120
Salt Lake City, UT 84107


Boise Calibration Service, Inc
7482 W. Lemhi St.
Boise, ID 83709


Boise Rigging Supply, Inc.
P.O. Box 16627
Boise, ID 83715


Boling Vision Center, LLC
2746 Old US 20 W, Suite B
Elkhart, IN 46514


Bonita Cleaning Service
21543 Sullivan Forest Dr.
Porter, TX 77365

Bonneville Industrial Supply Co
P.O. Box 51328
Idaho Falls, ID 83405-1328


Branom Instrument Co
P.O. Box 80307
Seattle, WA 98107


Brown Strauss Steel Inc.
P.O. Box 16450
Salt Lake City, UT 84116


Brucker Company, Inc.
1200 Greenleaf Ave.
Elk Grove Village, IL 60007-5519


C&R Sales and Repairing, Inc.
P.O. Box 1859
Red Oak, TX 75115


CA Dept of Tax & Fee Administration
P.O. Box 942879
Sacramento, CA 94279


California Dynamics Corp
5572 Alhambra Ave.
Los Angeles, CA 90032


California Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0500

Canyon Logistics
P.O. Box 55
Humble, TX 77365


Capitol Environmental
P.O. Box 150056
Austin, TX 78715


Cardinal Pump
12154 Lackland Rd.
Saint Louis, MO 63146


Catepillar Financial Services Corp.
2120 West End Ave.
Nashville, TN 37203


Caterpillar Financial Services Corporati
P.O. Box 730669
Dallas, TX 75373-0669


Isaac B. Centeno
10706 Cora St., #78
Houston, TX 77088


Center Lane Partners
60 E. 42nd St., #1250
New York, NY 10165


Centerpoint Energy Services, Inc.
P.O. Box 301149
Dallas, TX 75303-1149

Certif-A-Gift Co.
P.O. Box 66210
Chicago, IL 60666


CGED
15/17 bvd Charles De Gaulle
Montrouge, CA 92120


Chassis King
1016 Ponce de Leon Blvd.
Clearwater, FL 33756


Chattanooga Gas
P.O. Box 5408
Carol Stream, IL 60197-5408


Clean Seal, Inc.
P.O. Box 2919
South Bend, IN 46680-2919


Cleaveland/Price Inc.
14000 Rt. 993
Trafford, PA 15085-9550


Clemtex II
248 McCarty
Houston, TX 77029


Clover Associates, Inc.
d/b/a Clover Machinery Movers
1906 Clover Road
Mishawaka, IN 46545

Coffee Time
55645 Currant Rd., #4
Mishawaka, IN 46545


CoFlex, Inc.
851 Rt. 6
Shohola, PA 18458


Columbia Electric Supply
P.O. Box 1120
Vancouver, WA 98666


Commercial Air Solutions
P.O. Box 23564
Chattanooga, TN 37422


Commercial Door & Hardware
22578 FM 365
Beaumont, TX 77705


Concur  - ACH
62157 Collections Center Dr.
Chicago, IL 60693


Container Management Inc
8500 E. 116th St.., #607
Fishers, IN 46038


Coosa Steel Corporation
P.O. Box 187
Rome, GA 30162

Crawford Electric Supply Co., Inc.
P.O. Box 847160
Dallas, TX 75284-7160


CSI Heavy Haul
24015 Interstate 10
Wallisville, TX 77597


Cummins Rocky Mtn
8949 S. Federal Way
Boise, ID 83716


CWB Group-Industry Services
P.O. Box 46035 Postal Station A
Toronto, ON


D&B Supply
3303 E. Linden
Caldwell, ID 83605


Dave & Tom of Idaho, LLC
P.O. Box 97
Caldwell, ID 83606


Dave & Tom of Idaho, LLC
2259 Haw Creek Cir.
Emmett, ID 83617


Dave & Tom, LLC
2259 Haw Creek Cir.
Emmett, ID 83617

DeFelsko Corporation
800 Proctor Ave.
Ogdensburg, NY 13669-2205


Deka Battery
1920 N. Kenmore St.
South Bend, IN 46628


Delta Management
52733 Willow Bend Dr.
OH 45530-7472


Delta Management Company, LLC
52733 Willowbend Dr.
Granger, IN 46530


Deluxe Sheet Metal Inc.
6561 Lonewolf Dr., #100
South Bend, IN 46628


Denton Enterprises
5615 Meadow Ct.
Nampa, ID 83687


Department of Labor
402 W. Washington St., RM. W195
Indianapolis, IN 46204


Department of Labor
900 Georgia Ave., #15
Chattanooga, TN 37402

DEQ State Office
1410 N. Hilton
Boise, ID 83706


Dex West
P.O. Box 79167
Phoenix, AZ 85062


DHL Express (USA) Inc.
16592 Collections Center Dr.
Chicago, IL 60693


Dominion Building PRoducts
P.O. Box 642184
Pittsburgh, PA 15264-2184


Dynalectric Company
5711 SW Hood Ave.
Portland, OR 97239


Eaton Corporation
P.O. Box 93531
Chicago, IL 60673


Echo Global Logistics
22168 Network Pl.
Chicago, IL 60673-1221


Eichstedt Manufacturing, Inc.
23030 W. Ireland Rd.
South Bend, IN 46614-4414

```
EIS, Inc.
P.O. Box 1347
Elmhurst, IL 60126




Electrical Wholesale Supply, Inc
P.O. Box 51980
Idaho Falls, ID 83405




Engineered Air C/O Commerce Bank
P.O. Box 801618
Kansas City, MO 64108-1618




ENI Labs
3120 Independence Dr.
Fort Wayne, IN 46808




Environmental Safety Products
700 W. 6th St.
Michigan City, IN 46360




EPB Electric Power
Attn: Remittance Processing (power)
P.O. Box 182254
Chattanooga, TN 37422




Estes Express Lines, Inc.
P.O. Box 25612
Richmond, VA 23260-5612




Examinetics, Inc
10561 Barlkey Pl., #400
Overland Park, KS 66212
```

Executive Personnel Services, Inc.
P.O. Box 56346
Atlanta, GA 30343


Express Personnel Services
5616 NW 135th, Suite A
Oklahoma City, OK 73142


Farwest Corrosion Control Co.
3825 Paris St.
Denver, CO 80239


Farwest Steel Corporation
P.O. Box 1026
Eugene, OR 97440


Fastenal Company
P.O. Box 1286
Winona, MN 55987-1286


Fastenal Company, Inc.
P.O. Box 1286
Winona, MN 55987


Fasteners, Inc. (Colony Hardware Corp.)
29276 Network Place
Chicago, IL 60673-1292


Ferguson Enterprises, Inc.
FEI #420
P.O. Box 802817
Chicago, IL 60680-2817

Filnor Inc.
227 N. Freedom Ave.
Alliance, OH 44601


Finish Master Inc.
115 W. Washington St., #700S
Indianapolis, IN 46204


Fishers Technology
575 E. 42nd St.
Garden City, ID 83714


Flame Seal Products, Inc.
15200 West Dr.
Houston, TX 77053


Fluid Connector Products
8432 Solution Center
Chicago, IL 60677


Foam Kote, Inc.
1102 Minnesota St.
South Houston, TX 77587


Foundation Building Materials
Home Acres Building Supply Co., LLC
6872 Paysphere Circle
Chicago, IL 60674


FSS Security. LLC
P.O. Box 1204
Houston, TX 77251

G&H Diversified Mfg, LP
11660 Briitmoore Park Dr.
Houston, TX 77041


G.W. Berkheimer Co.
P.O. Box 1247
Portage, IN 46368-9047


Gale Contractor Services
2908 Brandt Ave.
Nampa, ID 83687


GEXPRO - Atlanta
P.O. Box 742833
Atlanta, GA 30374-2833


Gould & Ratner LLP
222 N. LaSalle St., #800
Chicago, IL 60601


GP South LLC
129 N. 10th St., Capitol Hall
Lincoln, NE 68508


GP South, LLC
129 N. 10th St.
Capitol Hall
Lincoln, NE 68508


Gravograph-New Hermes
P.O. BOx 530103
Drawer No GA00086
Atlanta, GA 30353-0103

Graybar Electric Co., Inc.
12431 Collections Dr.
Chicago, IL 60693


Great America Financial Services Group
P.O. Box 660831
Dallas, TX 75266-0831


GreatAmerica Financial Services Corp.
P.O. Box 660831
Dallas, TX 75266-0831


Green Distributors, Inc.
P.O. Box 58
Bloomingdale, IL 60108


Griffen P&H, Inc.
2310 Toledo Rd.
Elkhart, IN 46516


Grimes Industrial, Inc.
929 E. Main St.
Tomball, TX 77375


Harco Manufacturing Co
1000 Industrial Pkwy.
Newberg, OR 97132


Hatchell & Associates
414 W. Fullerton Ave.
Elmhurst, IL 60126

Hevi-Haul International, LTD
P.O. Box 580
Menomonee Falls, WI 53052


Hoosier Crane Service Co.
2423 Lowell St.
Elkhart, IN 46516


Hudson Building Systems
10412 Rockley Rd.
Houston, TX 77099


HYG Financial Services Inc.
P.O. Box 14545
Des Moines, IA 50306-3545


Hypertherm, Inc
21 Great Hollow Rd.
Hanover, NH 03755


Idaho Dept. of Labor
4514 Thomas Jefferson st.
Caldwell, ID 83605


Idaho Environmental Services, LLC
d/b/a IES Waterowkrs
P.O. Box 231
Notus, ID 83656


Idaho Freight Connection, LLC
P.O. Box 357
Homedale, ID 83628

Idaho Mobile Equipment
26003 Kingsbury Rd.
Middleton, ID 83644


Idaho State Tax Commission
P.O. Box 36
 81722-0410


Idaho Tank & Culvert, Inc
724 Taylor Ave.
Meridian, ID 83642


Idaho Tool
452 Caldwell Blvd.
Nampa, ID 83651


Illinois Dept. of Revenue
James R. Thompson Center - Concourse
100 West Randolph St.
Chicago, IL 60601-3274


Impact, lnc.
P.O. Box 88068
Seattle, WA 98138


Indiana Dept of Revenue
105 E. Jefferson Blvd., #350
South Bend, IN 46601


Indiana Dept. of Environmental Mgmt.
100 N. Senate Ave.
Indianapolis, IN 46204

Indiana Michigan Power
P.O. Box 24412
Canton, OH 44701-4412


Industrial Climate Engineering (ICE)
P.O. Box 6407
Carol Stream, IL 60197-6407


Industrial Door of Northern Indiana
3839 S. Main St.
South Bend, IN 46614-2521


Industrial Metal Fab, Inc.
2806 W. Sample St.
South Bend, IN 46619-3299


Industrial Products Corporation
119 S. Sherrin Ave., #120
Louisville, KY 40207


Industrial Realty Group
11100 Santa Monica Blvd., #850
Los Angeles, CA 90025


Intermountain Gas Company
P.O. Box 5600
Bismarck, ND 58506-5600


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Interstate Industrial Services Mgmt, LLC
4201 Langley Rd.
Houston, TX 77093


Intertek Testing Services NA Inc
P.O. Box 405176
Atlanta, GA 30384


Irrevocable Trust of Thomas J. Snow
c/o Nancy Snow Evitt
9204 Hopi Trail
Ooltewah, TN 37363


Ivy Tech Community College
220 Dean Johnson Blvd.
South Bend, IN 46601


J & G Supply Inc.
P.O. Box 902
La Porte, IN 46352


J M Test Systems, Inc.
P.O. Drawer 45489
Baton Rouge, LA 70895


JDM Steel Service, Inc.
8581 Solution Center
Chicago, IL 60677-8005


Johnson Supply
10151 Stella Link
Houston, TX 77025

JSW Properties, LLC
120 Nowlin Ln.
Chattanooga, TN 37421


K-wood Products Co.
25785 State Rd. 2
South Bend, IN 46619


Kasten Blasting & Coatings, LLC
8065 Cox's Dr.
Portage, MI 49002


KC Auto Paint and Supplies, Inc.
811 2nd St. South
Nampa, ID 83651


Kele Solutions
P.O. Box 842545
Dallas, TX 75284-2545


Kim Hotstart Mfg. Co.
P.O. Box 11245
Spokane, WA 99211


Kingman Storage, LLC
2740 W. Lexington Ave.
Elkhart, IN 46514


Kirby-Risk Electric Supply
27561 Network Pl.
Chicago, IL 60673-1275

Kloeckner Metals Corporation
500 Colonial Center Pkwy., #500
Roswell, GA 30076


KMH Systems, Inc.
P.O. Box 575
Northbrook, IL 60065


Koontz-Wagner Construction Services, LLC
3801 Voorde Dr., Suite B
South Bend, IN 46628


Krueger Sentry Gauge
1873 Siesta Ln.
Green Bay, WI 54313


Labor of Love Cleaning Service
809 Claire St.
Rossville, GA 30741


Land O' Lakes
P.O. Box 840897
Dallas, TX 75284-0897


Landstar Inway, Inc.
12793 Collections Center Dr.
Chicago, IL 60693


Lennon Crane and Equipment Co.
17131 Beaton Rd. SE
Monroe, WA 98272

Leonard Petroleum Equipment
P.O. Box 170219
Boise, ID 83717


Letters Express Inc.
d/b/a Worldwide Express
29228 Network Pl
Chicago, IL 60673


Lightning Master Corporation
P.O. Box 6017
Clearwater, FL 33758-6017


Lord Construction Services, LLC
P.O. Box 363408
San Juan, PR 00936-3408


Madison
27 Business Park Dr.
Branford, CT 06405


Mainfreight, Inc.
1400 Glenn Curtiss St.
Carson, CA 90746


Marathon Special Products
P.O. Box 468
Bowling Green, OH 43402


Maria Mittiga
26142 Twin Lakes Trail
South Bend, IN 46628

Martell Electric, LLC
P.O. Box 3965
South Bend, IN 46619


Marvair, A Division of Airxcel, Inc.
P.O. Box 6407
Carol Stream, IL 60197-6407


Material Control, Inc.
P.O. Box 168
Croswell, MI 48422


Maxim Crane Works, LP
Lockbox #774389
4389 Solutions Center
Chicago, IL 60677-4003


MC Supply & Service Inc.
3907 Marvihill
Valparaiso, IN 46383


McCall Industrial
P.O. Box 15427
Boise, ID 83715


McMaster-Carr Supply Company
P.O. Box 7690
Chicago, IL 60680-7690


Meitec, Inc.
2800 Veterns Blvd., #260
Metairie, LA 70002

Mersen
P.O. Box 7247-6444
Philadelphia, PA 19170-6444


Metalworking Machine Systems, Inc.
500 N. Nappanee St., Suite 5A
Elkhart, IN 46514


Metamation, Inc
1465 Terminal Way, #2
Reno, NV 89502


Metro Fabricating, LLC.
1650 Tech Dr.
Bay City, MI 48706


Michigan Department of Treasury
Lansing, MI 48922


Michigan Dept of Licensing
and Regulatory Affairs
P.O. Box 30004
Lansing, MI 48909


Michigan Dept. of Treasury
Lansing, MI 48922


Microclean, Inc
1720 Industrial Rd.
Nampa, ID 83687

Mid-States Bolt & Screw Co., Inc.
P.O. Box 2050
Flint, MI 48501-2050


Midwest Fire Protection Co. Inc.
26436 W. US 12
P.O. Box 279
Sturgis, MI 49091


Miller Hydraulic Service
2810 S. Main St.
P.O.Box 2732
South Bend, IN 46614


Maria Mittiga
26142 Twin Lakes Trail
South Bend, IN 46628


Morrison Bros Inc
P.O. Box 238
Dubuque, IA 52004


Mountain High Shredding Inc.
13790 Creston St.
Mishawaka, IN 46544


Mountain View Engineering, Inc
345 N. Main St., Suite A
Brigham City, UT 84302


MSC Industrial Supply Co., Inc
Dept. CH 0075
Palatine, IL 60055-5075

```
MTI
30836 CR 8
Elkhart, IN 46514
```

```
N.W. Crane Service, Inc.
P.O. Box 88
Hermiston, OR 97838
```

```
NAPA
2221 Cleveland
Caldwell, ID 83605
```

```
NATCON (National Consolidated Corp)
25855 State Rd. 2
South Bend, IN 46619
```

```
Nelson Fuel, Inc.
1511 S. Olive St.
South Bend, IN 46619
```

```
New Mexico Taxation & Revenue Dept.
P.O. Box 8485
Albuquerque, NM 87198-8485
```

```
New York State Dept of Taxation
and Finance
Attn: Office of Counsel, Bldg. 9
W A Harriman Campus
Albany, NY 12227
```

```
Newark
33190 Collection Center Dr.
Chicago, IL 60693-0331
```

Nitro Environmental LLC
3011 Hwy. 30 W., #101-121
Huntsville, TX 77340


NMHG Financial Services
10 Riverview Dr.
Danbury, CT 06810


Nolan Power Group, LLC
P.O. Box 54986
New Orleans, LA 70154


Norbryhn Equipment Co.
3711 Newby St.
Nampa, ID 83687


Norco
P.O. Box 413124
Salt Lake City, UT 84141-3124


Norman Perry Trophies & Engraving
244 S. Olive St.
South Bend, IN 46619-2106


O'Neal Flat Rolled Metals
P.O. Box 951858
Dallas, TX 75395


O'Neal Industries
P.O. Box 934243
Atlanta, GA 31193-4243

Office Depot, Inc
P.O. Box 633204
Cincinnati, OH 45263-3204


Ohio Dept. of Taxation
30 E. Broad St. 21st Fl.
Columbus, OH 43215


Oil Service, Inc
3498 Grand Ave.
Pittsburgh, PA 15225-1508


OJS Building Services, Inc.
P.O. Box 418
South Bend, IN 46624-0418


OnSite Services, LLC
P.O. Box 190574
Boise, ID 83719


Oregon Dept. of Consumer Business
Revenue Services Station
PO Box 14610
Salem, OR 97309


Orr Safety Equipment
1266 Reliable Pkwy.
Chicago, IL 60686


Oscilloscope Services, Inc.
7827 Kingsley St.
Houston, TX 77087

OSHA
690 S Loop 336 West, #400
Conroe, TX 77304


Overhead Door Co Of South Bend
58745 Executive Drive
P.O. Box 907
Mishawaka, IN 46546-0907


Overhead Door Company of Houston
11533 S. Main St.
Houston, TX 77025


Pacific Steel
1900 20th St. North
PO Box 530
Nampa, ID 83653


Panache Engineering
150 N. Santa Anita Ave., #300
Arcadia, CA 91006


Pearman Contracting, LLC.
P.O. Box 14
Greenleaf, ID 83662


PEI Engineering Services, Inc.
58640 State Rd. 15
Goshen, IN 46528


Pennsylvania Dept. of Revenue
P.O. Box 280905
Harrisburg, PA 17128-0905

Per Mar Security Services
P.O. Box 1101
Davenport, IA 52805-1101


Performance Plus
The Performance Companies, Inc.
PO Box 10846
Merrillville, IN 46411


Petrol Services
219 W. 40th St.
Garden City, ID 83714


Phoenix Fastener and Supply Inc
15219 Stuebner Airline Rd., #33
Houston, TX 77069


Phoenix Metal
P.O. Box 932589
Atlanta, GA 31193-2589


Phoenix Tires
P.O. Box 983
Friendswood, TX 77549


Platt
P.O. Box 418759
Boston, MA 02241-8759


PPG Architectural Finishes, Inc.
19053 Interstate 45, Suite C
Conroe, TX 77385

Praxair Distribution Inc
Dept. 0812
PO Box 120812
Dallas, TX 75312-0812


Praxair Distribution, Inc.
Dept CH 10660
Palatine, IL 60055-0660


Preferred Shipping Inc
12835 Jess Pirtle Blvd.
Sugar Land, TX 77478


Primary Engineering, Inc.
P.O. Box 3664
Carmel, IN 46082


Primary Health
10482 W. Carlton Bay Dr.
Garden City, ID 83714-5143


Primax Technologies, Inc.
65 Hymus Blvd.
Pointe-Claire, Quebec


Pro Industries, Inc
206 Varner Dr. SW
Mc Donald, TN 37353


Professional Welding Supply
P.O. Box 19811
Houston, TX 77024-9811

Proservcrane & Equipment, Inc.
P.O. Box 670965
Houston, TX 77267-0965


Proshred of Houston
12703 Capricorn Dr., #100
Stafford, TX 77477


Punch Press and Shear
8 Ellis Rd.
League City, TX 77573


R.W. Little & Associates
P.O. Box 171
Brimfield, IL 61517


Rackmount Solutions, LTD
P.O. Box 451537
Garland, TX 75045-1537


Rain Mizer Gutters
5606 Rocky Trail Dr.
Kingwood, TX 77339


Rapid Electroplating Process
1603 S. Michigan Ave.
Chicago, IL 60616-1209


RC Industries, Inc.
555 County Rd. 15
Elkhart, IN 46516-9784

Recycling & Waste Reduction
8001 Boat Club Rd., Suite B
Fort Worth, TX 76179


Red-D-Arc Welderentals
P.O. Box 532618
Atlanta, GA 30353


Ricoh Usa, Inc
13430 Northwest Frwy., #500
Houston, TX 77040


River Bend Hose Specialty
1111 S. Main
South Bend, IN 46601-3398


RMS Energy Co., LLC
1900 E. 66th Ave.
Denver, CO 80229


Root Rents
2602 Cleveland Blvd.
Caldwell, ID 83605


Royal Cup Coffee
P.O. Box 170971
Birmingham, AL 35217


RST Inc
P.O. Box 357
Homedale, ID 83628

Russell Products Inc.
710 Commerce Dr.
Bristol, IN 46507


Safety Wear LTD
P.O. Box 2904
Orange, TX 77631


Safety-Kleen
P.O. Box 650509
Dallas, TX 75265-0509


Safety-Kleen
P.O. Box 382066
Pittsburgh, PA 15250-8066


SAIA Motor Freight Line, LLC
11465 Johns Creek Pkwy., #400
Johns Creek, GA 30097


Samuel, Son & Co. Inc. MW Division
5022 Ashley Ct.
Houston, TX 77041


Sherwin Williams
3210 Nimitz Pkwy.
South Bend, IN 46628-1643


Sherwin Williams (south)
1315 E. 23rd St.
Chattanooga, TN 37404

Shred-it USA - Knoxville
P.O. Box 13574
Newark, NJ 07188-3500


Siemens Financial Services
301 Lindenwood Ave., #215
Malvern, PA 19535


Siemens Financial Services
170 Wood Ave. South
Iselin, NJ 08830


Siemens Industry, Inc.
P.O. Box 2715
Carol Stream, IL 60132


SmartSign
300 Cadman Plaza W., #1303
Brooklyn, NY 11201


Snow Evitt Partnership
c/o Nancy Snow Evitt
9204 Hopi Trail
Ooltewah, TN 37363


South Bend Tribune
225 W. Colfax Ave.
South Bend, IN 46626


Southern Auto Body Supply
1823 Rossville Ave.
Chattanooga, TN 37408

St. Joseph Paper & Packaging
P.O. Box 3908
South Bend, IN 46619-0908


Stanz Food Service, Inc.
P.O. Box 24
South Bend, IN 46624-0024


Staples
P.O. Box 105638
Atlanta, GA 30348-5638


State of Idaho
Department of Water Resources
2735 Airport Way
Boise, ID 83705-5082


Steinhoffer Scale Co., Inc
55645 Currant Rd.
Mishawaka, IN 46545


Sterling Battery Co
P.O. Box 4947
Boise, ID 83711


Storage Battery Systems, LLC
N56 W16665 Ridgewood Dr.
Menomonee Falls, WI 53051


Strata
8653 W. Hackamore Dr.
Boise, ID 83709

Structural Edge Engineering
5509 N. Glenwood St.
Garden City, ID 83714


Summit Contractor Supply, Inc.
25453 State Rd. 2
South Bend, IN 46619


Sunscapes, Inc.
13740 Range Line Rd.
Niles, MI 49120


Superior Paint & Glass
315 Cleveland Blvd.
Caldwell, ID 83605


Suprahelio Consulting LLC/Aaron Alexande
13303 E. Lakeview Rd.
Glencoe, OK 74032


Tacoma Screw Products, Inc.
P.O. Box 35165
Seattle, WA 98124-5165


Taylor Brothers Fire & Safety, Inc
P.O. Box 16351
Boise, ID 83715


TBS Trucking - T Boys and Sons Trucking,
P.O. Box 2851
Houston, TX 77252

TDS Door Company
27992 West IL Hwy. 120, Unit 132
Lakemoor, IL 60051


Team Consulting, Inc
516 E. Marion St.
Mishawaka, IN 46545


Tennessee American Water
P.O. Box 371880
Pittsburgh, PA 15250


Tennessee Dept. of Revenue
David Gerregano
500 Deaderick St.
Nashville, TN 37242


Tennessee Galvanizing, Inc
P.O. Box 4539
Chattanooga, TN 37405


Terracon Consultants, Inc
P.O. Box 843358
Kansas City, MO 64184-3358


Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528


Texas Department of Licensing and Regula
P.O. Box 12157
Austin, TX 78711

Texas Workforce Commission
17517 State Hwy. 249
Houston, TX 77064-1012


Chris Thate
7711 Dashwood Dr.
Houston, TX 77036


THB,Inc
95 North 400 West
North Salt Lake, UT 84054


The Dillon Group Inc.
1117 E. Plaza Dr.
Eagle, ID 83616-6531


The Dillon Group, Inc.
1117 E. Plaza Dr.
Eagle, ID 83616-6531


The Exit Store
303 W. Lancaster Ave., #138
Wayne, PA 19087


The Filter Factory, Inc.
P.O. Box 1797
Santa Ynez, CA 93460


The Sign Center
11473 W. Fairview Ave.
Boise, ID 83713

The Sign Shoppe
3610 E. Cleveland
Caldwell, ID 83605

Frank P. Tirotta
23166 Brick Rd.
South Bend, IN 46628

Titus Manugacturing
9887 E. 6B Rd.
Plymouth, IN 46563

Tour Ice of Ontario
359 SE 2nd St.
Ontario, OR 97914

TQS, Inc
14610 Sheraton
Houston, TX 77039

Trainers Over Texas, Inc.
2914 Dunnbrook Dr.
Seagoville, TX 75159

Trans United, Inc.
Marquette Transportation Finance, Inc.
NW 7939
PO Box 1450
Minneapolis, MN 55485-7939

Treasure Valley Coffee
11875 President Dr.
Boise, ID 83713

Tri-State Electrical Contractors, LLC
2101 Fort St.
Chattanooga, TN 37408


Trinity Logistics, Inc
P.O. Box 62702
Baltimore, MD 21264


TTI Oil - Texas INE, Inc
6438 Long Dr.
Houston, TX 77087


Turnstone EH&S, Inc.
1322 Space Park Dr., Suite C-139
Houston, TX 77058


TUV Rheinland Industrial Solutions Inc.
P.O. Box 417532
Boston, MA 02241-7532


TW Telecom
c/o Level 3 communications, LLC
P.O. Box 910182
Denver, CO 80291


Twelco, Inc
7411 Wright Rd.
Houston, TX 77041


TX Commission on Environmental Quality
P.O. Box 13087
Austin, TX 78711-3087

Uline
2200 S. Lakeside Dr.
Waukegan, IL 60085


Underwriters Laboratories Inc.
P.O. Box 75330
Chicago, IL 60675-5330


UniFirst Corporation
3920 Crescent Cir.
South Bend, IN 46628


Unishippers
P.O. Box 1120
Meridian, ID 83680


United Coatings Technologies
1011 S. Main St.
South Bend, IN 46601


United Oil
P.O. Box 160
Caldwell, ID 83606-0610


United Rentals
P.O. Box 100711
Atlanta, GA 30384-0711


United Rentals Northwest, Inc
File 51122
Los Angeles, CA 90074

US Environmental Protection Agency
1200 Pennsylvania Ave.
Washington, DC 20460


US HealthWorks Medical Group of Indiana
P.O. Box 404480
Atlanta, GA 30384-4480


USI Inc.
P.O. Box 4105
Woburn, MA 01888-4105


Vanguard Fire & Security Systems, Inc.
P.O. Box 9218
Wyoming, MI 49509


Velocity Business Products, Inc.
335 Pennbright Dr., #130
Houston, TX 77090


VFP Fire Systems
P.O. Box 74008409
Chicago, IL 60674-8409


Victor Insulators, Inc.
280 Maple Ave.
Victor, NY 14564


W.W. Grainger, Inc.
Dept. 810568832
Palatine, IL 60038-0001

Washington State Dept. of Revenue
P.O. Box 47464
Olympia, WA 98504-7464


WCS Quality Registrars, LLC
P.O. Box 940637
Houston, TX 77077


Weld Force Solutions, LLC
12518 Foxton Rd.
Houston, TX 77048


Wells Fargo
90 S. 7th St., 16th Fl.
Minneapolis, MN 55479


Wells Fargo Credit Card
420 Montgomery St.
San Francisco, CA 94104


WESCO Distribution. Inc.
7049 Brookhollow West Dr.
Houston, TX 77040


Western Specialties Inc
5265 N. Sawyers Ave.
Boise, ID 83714


Westowns Disposal Inc
P.O. Box 754
Homedale, ID 83628

Wiley Road Industrial Park, L.P.
3801 Voorde Dr.
South Bend, IN 46628


Williams Industrial Services Group Inc
400 E. Las Colinas, #400
Irving, TX 75039


Williams Industrial Services Group LLC
100 Crescent Centre Pkwy., #1240
Tucker, GA 30084


Workforce Corp Health
P.O. Box 189
Chattanooga, TN 37403


Working Persons Store
1608 Commerce Dr.
South Bend, IN 46628


Yale Carolinas
9839 South Tryon
Charlotte, NC 28273


ZFA Structural Engineers
1212 Fourth St., Suite Z
Santa Rosa, CA 95404