**Fill in this information to identify the case:**

Debtor name   **Koontz-Wagner Custom Controls Holdings LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)   **18-33815**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................. $    **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................. $    **27,744,844.59**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................ $    **27,744,844.59**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $    **154,590.25**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$    **35,653,367.83**

4. **Total liabilities** ......................................................................................................
Lines 2 + 3a + 3b          $    **35,807,958.08**

**Fill in this information to identify the case:**

Debtor name **Koontz-Wagner Custom Controls Holdings LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **18-33815**

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo Bank, N.A.** | **Checking** | **0026** | **$36,151.07** |
| 3.2. | **Wells Fargo Bank, N.A.** | **Checking** | **4675** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | **$36,151.07** |
| --- | --- |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **prepaids** | **$198,650.63** |
| --- | --- | --- |
| 7.2. | **Deposits (rent/security and utilities)** | **$173,169.72** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Koontz-Wagner Custom Controls Holdings LLC**    Case number *(if known)* **18-33815**
_____
Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                                    | **$371,820.35** |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:    **7,255,384.72**    -    **710,698.00**    = ....    **$6,544,686.72**
                              face amount              doubtful or uncollectible accounts

11b. Over 90 days old:       **1,083,234.76**    -    **295,189.56**    =....    **$788,045.20**
                              face amount              doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                                                    | **$7,332,731.92** |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials** | | | | |
| 20. **Work in progress** **WIP** | | **$15,870,680.83** | | **$15,870,680.83** |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **See attached inventory -** **Schedule A-22** | | **$476,239.89** | | **$846,715.30** |

Debtor   **Koontz-Wagner Custom Controls Holdings LLC**                    Case number *(If known)* **18-33815**
Name

| 23. | **Total of Part 5.** | | | **$16,717,396.13** |
|---|---|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____     Valuation method _____     Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **See attached Schedule A-39** | **$23,065.11** | | **$23,065.11** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **IT Equipment - see attached Schedule A-41** | **$220,014.93** | | **$220,014.93** |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | | **$243,080.04** |
|---|---|---|---|---|

Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Koontz-Wagner Custom Controls Holdings LLC**          Case number *(If known)*  **18-33815**
Name

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   vehicles - see attached Schedule A-47 | **$11,461.85** | | **$11,461.85** |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Machinery and equipment - see attached**<br>**Schedule A-50** | **$2,614,951.60** | | **$2,614,951.60** |

**51.** **Total of Part 8.**                                                                                              | **$2,626,413.45** |

Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.   **Long term lease - see**<br>**attached Schedule**<br>**A-55** | | **$0.00** | | **$0.00** |

**56.** **Total of Part 9.**                                                                                              | **$0.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Koontz-Wagner Custom Controls Holdings LLC**              Case number *(If known)*  **18-33815**
          <sub>Name</sub>

Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** Trademarks - see attached Schedule A-60 - fully impaired in 2017 | $0.00 | | $0.00 |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** customer list - fully impaired in 2017 | $0.00 | | $0.00 |
| 64. | **Other intangibles, or intellectual property** Tradenames: Koontz-Wagner; IBI, LLC; IBI Power - fully impaired in 2017 | $0.00 | | $0.00 |
| 65. | **Goodwill** fully impaired in 2017 | $0.00 | | $0.00 |

| 66. | **Total of Part 10.** | $0.00 |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Debtor  **Koontz-Wagner Custom Controls Holdings LLC**                    Case number *(If known)*  **18-33815**
        Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) |  |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**In re Abencor USA, LLC (jointly administered under Abeinsa Holding, Inc. - District of Delaware Case No. 16-10790) Note: amount requested is the amount listed in Abencor's Schedules.** | **Unknown** |

| Nature of claim | General Unsecured Claim for services rendered |
|---|---|
| Amount requested | $197,583.12 |

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**assets on the books for LH & Building improvements - see attached Schedule A-77** | $417,251.63 |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $417,251.63 |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number *(If known)* **18-33815** |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$36,151.07** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$371,820.35** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$7,332,731.92** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$16,717,396.13** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$243,080.04** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$2,626,413.45** | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$417,251.63** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$27,744,844.59** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$27,744,844.59** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name     **Koontz-Wagner Custom Controls Holdings LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **18-33815**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

| 2.1 | **Center Lane Partners**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
| --- | --- | --- | --- | --- |

**60 E. 42nd St., #1250**
**New York, NY 10165**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Wells Fargo**<br>Creditor's Name | Describe debtor's property that is subject to a lien | **$154,590.25** | **Unknown** |
| --- | --- | --- | --- | --- |

**90 S. 7th St., 16th Fl.**
**Minneapolis, MN 55479**
Creditor's mailing address

Describe the lien
**Letter of Credit**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if know) | **18-33815** |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $154,590.25

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name __**Koontz-Wagner Custom Controls Holdings LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __**18-33815**__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:      List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
     with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **CA Dept of Tax & Fee Administration** **P.O. Box 942879** **Sacramento, CA 94279** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **NOTICE ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| | **California Franchise Tax Board** **P.O. Box 942857** **Sacramento, CA 94257-0500** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **NOTICE ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Idaho State Tax Commission**
P.O. Box 36
    81722-0410

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Illinois Dept. of Revenue**
**James R. Thompson Center -**
**Concourse**
**100 West Randolph St.**
**Chicago, IL 60601-3274**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Indiana Dept of Revenue**
**105 E. Jefferson Blvd., #350**
**South Bend, IN 46601**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Michigan Department of Treasury**

**Lansing, MI 48922**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Koontz-Wagner Custom Controls Holdings LLC | Case number (if known) | 18-33815 |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Michigan Dept of Licensing and Regulatory Affairs P.O. Box 30004 Lansing, MI 48909** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **NOTICE ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **Michigan Dept. of Treasury Lansing, MI 48922** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **NOTICE ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **New Mexico Taxation & Revenue Dept. P.O. Box 8485 Albuquerque, NM 87198-8485** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **NOTICE ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | **New York State Dept of Taxation and Finance Attn: Office of Counsel, Bldg. 9 W A Harriman Campus Albany, NY 12227** | *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **NOTICE ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Ohio Dept. of Taxation**
**30 E. Broad St. 21st Fl.**
**Columbus, OH 43215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Pennsylvania Dept. of Revenue**
**P.O. Box 280905**
**Harrisburg, PA 17128-0905**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Tennessee Dept. of Revenue**
**David Gerregano**
**500 Deaderick St.**
**Nashville, TN 37242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Texas Comptroller of Public**
**Accounts**
**P.O. Box 13528, Capitol Station**
**Austin, TX 78711-3528**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor **Koontz-Wagner Custom Controls Holdings LLC**
_____
Name

Case number (if known)   **18-33815**

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Washington State Dept. of Revenue
P.O. Box 47464
Olympia, WA 98504-7464**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$668.40** |
|---|---|---|---|

**A Company Inc
P.O. Box 410004
Salt Lake City, UT 84141-0004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **O100**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$2,632.69** |
|---|---|---|---|

**ABF Freight Systems, Inc.
813 W. Sample St.
South Bend, IN 46601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0170**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,751.54** |
|---|---|---|---|

**Action Glass Co, Inc.
54978 Mayflower Rd.
South Bend, IN 46628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1080**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$5,504.11** |
|---|---|---|---|

**Adams Remco, Inc.
P.O. Box 3968
South Bend, IN 46619-0968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$658.05** |
|---|---|---|---|

**Advanced Water Solutions
P.O. Box 1200
South Bend, IN 46624-1200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0658**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
| --- | --- | --- | --- |
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$148,405.30** |
| --- | --- | --- | --- |
| | **Advantage Interests, Inc.**<br>**7840 W. Little York**<br>**Houston, TX 77040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **6205** | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
| --- | --- | --- | --- |
| | **Aeroacoustic Engineering Consultants, LL**<br>**8014 Olson Hwy., #210**<br>**Minneapolis, MN 55427-4712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **6399** | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00** |
| --- | --- | --- | --- |
| | **AG Equipt. Inc**<br>**414 N Kit Ave.**<br>**Caldwell, ID 83605** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **6507** | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,974.92** |
| --- | --- | --- | --- |
| | **Agility Project Logistics, Inc.**<br>**P.O. Box 844718**<br>**Dallas, TX 75228** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **6264** | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,410.74** |
| --- | --- | --- | --- |
| | **Air Filters, Inc.**<br>**8282 Warren Rd.**<br>**Houston, TX 77040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **7328** | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77.10** |
| --- | --- | --- | --- |
| | **Airgas Intermountain, Inc**<br>**P.O. Box 7430**<br>**Pasadena, CA 91109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **R100** | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,381.90** |
| --- | --- | --- | --- |
| | **Airgas USA, LLC**<br>**P.O. Box 802576**<br>**Chicago, IL 60680-2576** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number **8263** | Basis for the claim:  **Trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number *(if known)* | **18-33815** |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,326.92** |
|---|---|---|---|

**Airgas USA, LLC**
P.O. Box 676015
Dallas, TX 75267

Date(s) debt was incurred _
Last 4 digits of account number  **R800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,056.83** |
|---|---|---|---|

**Airgas USA, LLC**
P.O. Box 802576
Chicago, IL 60680-2576

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,455.89** |
|---|---|---|---|

**Airgas USA, LLC (South)**
P.O. Box 532609
Atlanta, GA 30353

Date(s) debt was incurred _
Last 4 digits of account number  **R400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$362,272.07** |
|---|---|---|---|

**All Phase Electric Supply Co.**
1385 Bendix Dr.
South Bend, IN 46628

Date(s) debt was incurred _
Last 4 digits of account number  **8737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$136,154.66** |
|---|---|---|---|

**Allegheny Steel Distributors, Inc.**
P.O. Box 645363
Pittsburgh, PA 15264-5363

Date(s) debt was incurred _
Last 4 digits of account number  **9833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$208,312.00** |
|---|---|---|---|

**Allegiance Crane & Equipment, LLC**
P.O. Box 534687
Atlanta, GA 30353-4687

Date(s) debt was incurred _
Last 4 digits of account number  **6895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,640.50** |
|---|---|---|---|

**Allegis Corporation**
P.O. BOx 851354
Minneapolis, MN 55449-0007

Date(s) debt was incurred _
Last 4 digits of account number  **4337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$643.69** |
|---|---|---|---|

**Allied Electronics**
Attn: A/R Dept.
P.O. Box 2325
Fort Worth, TX 76113-2325

Date(s) debt was incurred _

Last 4 digits of account number **2800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,961.91** |
|---|---|---|---|

**Allied Electronics**
P.O. Box 2325
Fort Worth, TX 76113-2325

Date(s) debt was incurred _

Last 4 digits of account number **8260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,375.00** |
|---|---|---|---|

**Allied Waste Services #271**
P.O. Box 9001099
Louisville, KY 40290-1099

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$369.99** |
|---|---|---|---|

**Allied Waste Services #997**
d/b/a Republic, Inc.
P.O. Box 9001099
Louisville, KY 40290-1099

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,740.45** |
|---|---|---|---|

**Alpha Process Sales, Inc.**
12850 E. Bournewood Dr.
Sugar Land, TX 77478

Date(s) debt was incurred _

Last 4 digits of account number **6368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,215.00** |
|---|---|---|---|

**Alpha Threaded Products Inc.**
6426 Long Dr.
Houston, TX 77087

Date(s) debt was incurred _

Last 4 digits of account number **6170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,143.22** |
|---|---|---|---|

**Alro Steel**
1775 Foundation Dr.
Niles, MI 49120

Date(s) debt was incurred _

Last 4 digits of account number **1055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Schedule E/F: Creditors Who Have Unsecured Claims |

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
| --- | --- | --- | --- |
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,350.48 |
| --- | --- | --- | --- |
| | **ALTA Equipment Company, Inc.** | ☐ Contingent | |
| | **25538 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673-1255** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **6970** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
| --- | --- | --- | --- |
| | **Altair Advanced Industries, Inc.** | ☐ Contingent | |
| | **3765 Alpha Way** | ☐ Unliquidated | |
| | **Bellingham, WA 98226** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,844.44 |
| --- | --- | --- | --- |
| | **Always Safety & 1st Aid, Inc.** | ☐ Contingent | |
| | **P.O. Box 1407** | ☐ Unliquidated | |
| | **Alvin, TX 77512** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **6246** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,605.98 |
| --- | --- | --- | --- |
| | **Amada America, Inc.** | ☐ Contingent | |
| | **P.O. Box 530603** | ☐ Unliquidated | |
| | **Atlanta, GA 30353-0603** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,898.94 |
| --- | --- | --- | --- |
| | **American Fire Technologies, LLC** | ☐ Contingent | |
| | **2120 Capital Dr.** | ☐ Unliquidated | |
| | **Wilmington, NC 28405** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **1036** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,862.48 |
| --- | --- | --- | --- |
| | **American Safety & First Aid** | ☐ Contingent | |
| | **P.O. Box 59** | ☐ Unliquidated | |
| | **Osceola, IN 46561** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **2994** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,144.25 |
| --- | --- | --- | --- |
| | **AmeriGas** | ☐ Contingent | |
| | **P.O. Box 7155** | ☐ Unliquidated | |
| | **Pasadena, CA 91109** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **G100** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,249.00** |
|---|---|---|---|

**Ametek-Soildstate Controls**
875 Dearborn Dr.
Columbus, OH 43085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4607**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$245.32** |
|---|---|---|---|

**Anheuser Marketing, Inc.**
6941 Peachtree Industrial Blvd.
Norcross, GA 30092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2162**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,098.67** |
|---|---|---|---|

**Anixter Bros. Inc.**
P.O. Box 847428
Dallas, TX 75284

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8753**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Anixter, Inc.**
P.O. Box 842591
Dallas, TX 75284-2591

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Debtor has a credit balance with this entity in the amount of $188.00**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,744.36** |
|---|---|---|---|

**Apollo Printing & Graphics**
731 S. Michigan St.
South Bend, IN 46601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6435**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,377.15** |
|---|---|---|---|

**ASCO Power Technologies, LP**
P.O. Box 73473
Chicago, IL 60673-7473

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2681**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$592.85** |
|---|---|---|---|

**AT&T**
P.O. Box 5080
Carol Stream, IL 61097-5080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Koontz-Wagner Custom Controls Holdings LLC | Case number (if known) | 18-33815 |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $598.00 |
|---|---|---|---|

**ATEX Distributing, Inc**
2900 W. Orange Ave., #130
Apopka, FL 32703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **E100**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,402.59 |
|---|---|---|---|

**ATLAS BOLT & SUPPLY, INC.**
3217 Rossville Blvd.
Chattanooga, TN 37408

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6216**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $609.12 |
|---|---|---|---|

**Atlas Supply, Inc**
611 S. Charlestown St.
Seattle, WA 98108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **L200**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,000.00 |
|---|---|---|---|

**ATS Specialized, Inc.**
P.O. Box 1450
Minneapolis, MN 55485-7130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0921**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,549.80 |
|---|---|---|---|

**Austin Hardware & Supply, Inc**
Dept. CH 19373
Palatine, IL 60055

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **S100**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,727.20 |
|---|---|---|---|

**Barton Mines, LLC**
**Barton Mines Company, LLC**
P.O. Box 62516
Baltimore, MD 21264-2516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6409**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,475.00 |
|---|---|---|---|

**Bennett Machine & Welding Works**
512 Main St.
Caldwell, ID 83605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **N100**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,779.22 |
|---|---|---|---|

**Best One Tire & Service of South Bend**
**2014 E. McKinley Ave.**
**Mishawaka, IN 46545**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7294**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $55.11 |
|---|---|---|---|

**Betenbender Mfg, Inc.**
**P.O. Box 140**
**Coggon, IA 52218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7311**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $908.50 |
|---|---|---|---|

**Bisco Industries Inc**
**4424 S. 700 S., #120**
**Salt Lake City, UT 84107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1061**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
|---|---|---|---|

**Boise Calibration Service, Inc**
**7482 W. Lemhi St.**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  I600**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,307.79 |
|---|---|---|---|

**Boise Rigging Supply, Inc.**
**P.O. Box 16627**
**Boise, ID 83715**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  I120**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $239.00 |
|---|---|---|---|

**Boling Vision Center, LLC**
**2746 Old US 20 W, Suite B**
**Elkhart, IN 46514**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7007**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,659.70 |
|---|---|---|---|

**Bonita Cleaning Service**
**21543 Sullivan Forest Dr.**
**Porter, TX 77365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  7140**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address

**Bonneville Industrial Supply Co**
P.O. Box 51328
Idaho Falls, ID 83405-1328

Date(s) debt was incurred _

Last 4 digits of account number  **S100**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,273.86**

---

**3.56** | Nonpriority creditor's name and mailing address

**Branom Instrument Co**
P.O. Box 80307
Seattle, WA 98107

Date(s) debt was incurred _

Last 4 digits of account number  **7304**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$696.60**

---

**3.57** | Nonpriority creditor's name and mailing address

**Brown Strauss Steel Inc.**
P.O. Box 16450
Salt Lake City, UT 84116

Date(s) debt was incurred _

Last 4 digits of account number  **O100**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$23,322.73**

---

**3.58** | Nonpriority creditor's name and mailing address

**Brucker Company, Inc.**
1200 Greenleaf Ave.
Elk Grove Village, IL 60007-5519

Date(s) debt was incurred _

Last 4 digits of account number  **0770**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$20,743.34**

---

**3.59** | Nonpriority creditor's name and mailing address

**C&R Sales and Repairing, Inc.**
P.O. Box 1859
Red Oak, TX 75115

Date(s) debt was incurred _

Last 4 digits of account number  **7052**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,481.19**

---

**3.60** | Nonpriority creditor's name and mailing address

**California Dynamics Corp**
5572 Alhambra Ave.
Los Angeles, CA 90032

Date(s) debt was incurred _

Last 4 digits of account number  **L400**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,580.00**

---

**3.61** | Nonpriority creditor's name and mailing address

**Canyon Logistics**
P.O. Box 55
Humble, TX 77365

Date(s) debt was incurred _

Last 4 digits of account number  **7222**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$550.00**

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

**3.62** | Nonpriority creditor's name and mailing address

**Capitol Environmental**
P.O. Box 150056
Austin, TX 78715

Date(s) debt was incurred __

Last 4 digits of account number  **6305**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.63** | Nonpriority creditor's name and mailing address

**Cardinal Pump**
12154 Lackland Rd.
Saint Louis, MO 63146

Date(s) debt was incurred __

Last 4 digits of account number  **R110**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,485.00**

---

**3.64** | Nonpriority creditor's name and mailing address

**Caterpillar Financial Services Corporati**
P.O. Box 730669
Dallas, TX 75373-0669

Date(s) debt was incurred __

Last 4 digits of account number  **6362**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$6,386.04**

---

**3.65** | Nonpriority creditor's name and mailing address

**Isaac B. Centeno**
10706 Cora St., #78
Houston, TX 77088

Date(s) debt was incurred __

Last 4 digits of account number  **6278**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.66** | Nonpriority creditor's name and mailing address

**Centerpoint Energy Services, Inc.**
P.O. Box 301149
Dallas, TX 75303-1149

Date(s) debt was incurred __

Last 4 digits of account number  **6896**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$670.18**

---

**3.67** | Nonpriority creditor's name and mailing address

**Certif-A-Gift Co.**
P.O. Box 66210
Chicago, IL 60666

Date(s) debt was incurred __

Last 4 digits of account number  **7009**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$813.02**

---

**3.68** | Nonpriority creditor's name and mailing address

**CGED**
15/17 bvd Charles De Gaulle
Montrouge, CA 92120

Date(s) debt was incurred __

Last 4 digits of account number  **7276**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$17,561.40**

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (*if known*) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,200.00 |
|---|---|---|---|

**Chassis King**
**1016 Ponce de Leon Blvd.**
**Clearwater, FL 33756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **6455**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54.71 |
|---|---|---|---|

**Chattanooga Gas**
**P.O. Box 5408**
**Carol Stream, IL 60197-5408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **A110**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $324.20 |
|---|---|---|---|

**City of Chattanooga**
**P.O. Box 591**
**Chattanooga, TN 37401-0591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **T300**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $229.20 |
|---|---|---|---|

**Clean Seal, Inc.**
**P.O. Box 2919**
**South Bend, IN 46680-2919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **9700**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,892.00 |
|---|---|---|---|

**Cleaveland/Price Inc.**
**14000 Rt. 993**
**Trafford, PA 15085-9550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **9391**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,811.48 |
|---|---|---|---|

**Clemtex II**
**248 McCarty**
**Houston, TX 77029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **6227**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,050.00 |
|---|---|---|---|

**Clover Associates, Inc.**
**d/b/a Clover Machinery Movers**
**1906 Clover Road**
**Mishawaka, IN 46545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **0949**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$256.00** |
|---|---|---|---|

**Coffee Time**
**55645 Currant Rd., #4**
**Mishawaka, IN 46545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **6884**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$596.31** |
|---|---|---|---|

**CoFlex, Inc.**
**851 Rt. 6**
**Shohola, PA 18458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **7327**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$313.78** |
|---|---|---|---|

**Columbia Electric Supply**
**P.O. Box 1120**
**Vancouver, WA 98666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **L200**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$413.47** |
|---|---|---|---|

**Comcast**
**P.O. Box 105184**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **M610**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$124.23** |
|---|---|---|---|

**Comcast Cable**
**P.O. Box 3001**
**Southeastern, PA 19398-3001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number **3802**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,921.43** |
|---|---|---|---|

**Commercial Air Solutions**
**P.O. Box 23564**
**Chattanooga, TN 37422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **7226**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,698.61** |
|---|---|---|---|

**Commercial Door & Hardware**
**22578 FM 365**
**Beaumont, TX 77705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade debt**

Last 4 digits of account number **6239**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | | Case number (if known) | **18-33815** |
|---|---|---|---|---|
| | Name | | | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,172.16** |
|---|---|---|---|
| | **Concur  - ACH**<br>**62157 Collections Center Dr.**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __**5122**__ | Basis for the claim: __**Trade debt**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,653.00** |
|---|---|---|---|
| | **Container Management Inc**<br>**8500 E. 116th St.., #607**<br>**Fishers, IN 46038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __**2152**__ | Basis for the claim: __**Trade debt**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,819.78** |
|---|---|---|---|
| | **Coosa Steel Corporation**<br>**P.O. Box 187**<br>**Rome, GA 30162** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __**2020**__ | Basis for the claim: __**Trade debt**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$687,308.81** |
|---|---|---|---|
| | **Crawford Electric Supply Co., Inc.**<br>**P.O. Box 847160**<br>**Dallas, TX 75284-7160** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __**6931**__ | Basis for the claim: __**Trade debt**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,087.50** |
|---|---|---|---|
| | **CSI Heavy Haul**<br>**24015 Interstate 10**<br>**Wallisville, TX 77597** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __**7155**__ | Basis for the claim: __**Trade debt**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$999.68** |
|---|---|---|---|
| | **Cummins Rocky Mtn**<br>**8949 S. Federal Way**<br>**Boise, ID 83716** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __**M140**__ | Basis for the claim: __**Trade debt**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$177.69** |
|---|---|---|---|
| | **CWB Group-Industry Services**<br>**P.O. Box 46035 Postal Station A**<br>**Toronto, ON** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __**3723**__ | Basis for the claim: __**Trade debt**__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $315.24 |
|---|---|---|---|

**D&B Supply**
3303 E. Linden
Caldwell, ID 83605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **2142**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,180.42 |
|---|---|---|---|

**Dave & Tom of Idaho, LLC**
P.O. Box 97
Caldwell, ID 83606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **I911**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,750.00 |
|---|---|---|---|

**DC Engineering**
440 E. Corporate Dr., #103
Meridian, ID 83642

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,375.00 |
|---|---|---|---|

**DeFelsko Corporation**
800 Proctor Ave.
Ogdensburg, NY 13669-2205

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **7800**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $621.43 |
|---|---|---|---|

**Deka Battery**
1920 N. Kenmore St.
South Bend, IN 46628

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **2774**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,600.00 |
|---|---|---|---|

**Delta Management Company, LLC**
52733 Willowbend Dr.
Granger, IN 46530

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **4796**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,928.00 |
|---|---|---|---|

**Deluxe Sheet Metal Inc.**
6561 Lonewolf Dr., #100
South Bend, IN 46628

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6125**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,746.16** |
|---|---|---|---|

**Denton Enterprises**
**5615 Meadow Ct.**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **N200**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Department of Labor**
**402 W. Washington St., RM. W195**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Department of Labor**
**900 Georgia Ave., #15**
**Chattanooga, TN 37402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Dept of Consumer & Business Services**
**P.O. Box 14470**
**Salem, OR 97309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **P200**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**DEQ State Office**
**1410 N. Hilton**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Dex West**
**P.O. Box 79167**
**Phoenix, AZ 85062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Debtor has a credit balance with this entity in the amount of $50.03**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$379.35** |
|---|---|---|---|

**DHL Express (USA) Inc.**
**16592 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0574**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Dominion Building PRoducts**
P.O. Box 642184
Pittsburgh, PA 15264-2184

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debtor has a credit balance with this entity in the amount of $133.00**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,930.00**

**Dynalectric Company**
5711 SW Hood Ave.
Portland, OR 97239

Date(s) debt was incurred __
Last 4 digits of account number  **7055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,441.80**

**Eaton Corporation**
P.O. Box 93531
Chicago, IL 60673

Date(s) debt was incurred __
Last 4 digits of account number  **0100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,300.00**

**Echo Global Logistics**
22168 Network Pl.
Chicago, IL 60673-1221

Date(s) debt was incurred __
Last 4 digits of account number  **6111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Eichstedt Manufacturing, Inc.**
23030 W. Ireland Rd.
South Bend, IN 46614-4414

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Debtor has a credit balance with this entity in the amount of $73.00**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,429.97**

**EIS, Inc.**
P.O. Box 1347
Elmhurst, IL 60126

Date(s) debt was incurred __
Last 4 digits of account number  **2248**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,971.48**

**Electrical Wholesale Supply, Inc**
P.O. Box 51980
Idaho Falls, ID 83405

Date(s) debt was incurred __
Last 4 digits of account number  **E100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$377,023.00**

**Engineered Air C/O Commerce Bank**
P.O. Box 801618
Kansas City, MO 64108-1618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **7126**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Engineering Resources, Inc.**
11020 Diebold Rd.
Fort Wayne, IN 46845

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,819.89**

**ENI Labs**
3120 Independence Dr.
Fort Wayne, IN 46808

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6134**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,828.24**

**Environmental Safety Products**
700 W. 6th St.
Michigan City, IN 46360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **7177**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,091.66**

**EPB Electric Power**
Attn: Remittance Processing (power)
P.O. Box 182254
Chattanooga, TN 37422

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Utilities**

Last 4 digits of account number  **B100**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$273.54**

**Estes Express Lines, Inc.**
P.O. Box 25612
Richmond, VA 23260-5612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **8650**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,020.00**

**Examinetics, Inc**
10561 Barlkey Pl., #400
Overland Park, KS 66212

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **1039**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

**3.118** | **Nonpriority creditor's name and mailing address**
**Executive Personnel Services, Inc.**
P.O. Box 56346
Atlanta, GA 30343

Date(s) debt was incurred _

Last 4 digits of account number **6972**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$15,669.75**

---

**3.119** | **Nonpriority creditor's name and mailing address**
**Express Personnel Services**
5616 NW 135th, Suite A
Oklahoma City, OK 73142

Date(s) debt was incurred _

Last 4 digits of account number **P100**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$227,520.90**

---

**3.120** | **Nonpriority creditor's name and mailing address**
**Farwest Corrosion Control Co.**
3825 Paris St.
Denver, CO 80239

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Debtor has a credit balance with this entity in the amount of $630.50**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.121** | **Nonpriority creditor's name and mailing address**
**Farwest Steel Corporation**
P.O. Box 1026
Eugene, OR 97440

Date(s) debt was incurred _

Last 4 digits of account number **R100**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$90,354.69**

---

**3.122** | **Nonpriority creditor's name and mailing address**
**Fastenal Company**
P.O. Box 1286
Winona, MN 55987-1286

Date(s) debt was incurred _

Last 4 digits of account number **S100**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$197,229.52**

---

**3.123** | **Nonpriority creditor's name and mailing address**
**Fastenal Company, Inc.**
P.O. Box 1286
Winona, MN 55987

Date(s) debt was incurred _

Last 4 digits of account number **5860**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$53,657.73**

---

**3.124** | **Nonpriority creditor's name and mailing address**
**Fasteners, Inc. (Colony Hardware Corp.)**
29276 Network Place
Chicago, IL 60673-1292

Date(s) debt was incurred _

Last 4 digits of account number **4025**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,942.72**

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71.49** |
|---|---|---|---|

**Federal Express**
P.O. Box 660481
Dallas, TX 75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$109.33** |
|---|---|---|---|

**Ferguson Enterprises, Inc.**
FEI #420
P.O. Box 802817
Chicago, IL 60680-2817

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6600**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,170.00** |
|---|---|---|---|

**Filnor Inc.**
227 N. Freedom Ave.
Alliance, OH 44601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6652**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$864.52** |
|---|---|---|---|

**Finish Master Inc.**
115 W. Washington St., #700S
Indianapolis, IN 46204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0618**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,600.00** |
|---|---|---|---|

**Flame Seal Products, Inc.**
15200 West Dr.
Houston, TX 77053

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6407**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,405.01** |
|---|---|---|---|

**Fluid Connector Products**
8432 Solution Center
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **U100**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$64,198.57** |
|---|---|---|---|

**Foam Kote, Inc.**
1102 Minnesota St.
South Houston, TX 77587

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6232**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,287.39 |
|---|---|---|---|

**Foundation Building Materials**
**Home Acres Building Supply Co., LLC**
**6872 Paysphere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __4491__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,023.69 |
|---|---|---|---|

**FSS Security. LLC**
**P.O. Box 1204**
**Houston, TX 77251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __6493__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177,756.00 |
|---|---|---|---|

**G&H Diversified Mfg, LP**
**11660 Briittmoore Park Dr.**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __6447__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,647.49 |
|---|---|---|---|

**G.W. Berkheimer Co.**
**P.O. Box 1247**
**Portage, IN 46368-9047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __0525__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,215.00 |
|---|---|---|---|

**Gale Contractor Services**
**2908 Brandt Ave.**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __L100__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,287.27 |
|---|---|---|---|

**GEXPRO - Atlanta**
**P.O. Box 742833**
**Atlanta, GA 30374-2833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __1077__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,394.58 |
|---|---|---|---|

**GP South, LLC**
**129 N. 10th St.**
**Capitol Hall**
**Lincoln, NE 68508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __6957__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,471.45**

Gravograph-New Hermes
P.O. BOx 530103
Drawer No GA00086
Atlanta, GA 30353-0103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8900**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$355.83**

Graybar Electric Co., Inc.
12431 Collections Dr.
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5500**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$520.15**

GreatAmerica Financial Services Corp.
P.O. Box 660831
Dallas, TX 75266-0831

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7206**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,024.58**

Green Distributors, Inc.
P.O. Box 58
Bloomingdale, IL 60108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7972**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,344.00**

Griffen P&H, Inc.
2310 Toledo Rd.
Elkhart, IN 46516

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7172**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,872.50**

Grimes Industrial, Inc.
929 E. Main St.
Tomball, TX 77375

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6225**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,164.58**

Harco Manufacturing Co
1000 Industrial Pkwy.
Newberg, OR 97132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **R200**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,910.00** |
|---|---|---|---|

**Hatchell & Associates**
**414 W. Fullerton Ave.**
**Elmhurst, IL 60126**

Date(s) debt was incurred _

Last 4 digits of account number  **8487**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,376.00** |
|---|---|---|---|

**Hevi-Haul International, LTD**
**P.O. Box 580**
**Menomonee Falls, WI 53052**

Date(s) debt was incurred _

Last 4 digits of account number  **5450**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,275.04** |
|---|---|---|---|

**Hoosier Crane Service Co.**
**2423 Lowell St.**
**Elkhart, IN 46516**

Date(s) debt was incurred _

Last 4 digits of account number  **1769**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,905.00** |
|---|---|---|---|

**Hudson Building Systems**
**10412 Rockley Rd.**
**Houston, TX 77099**

Date(s) debt was incurred _

Last 4 digits of account number  **6308**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$479.32** |
|---|---|---|---|

**HYG Financial Services Inc.**
**P.O. Box 14545**
**Des Moines, IA 50306-3545**

Date(s) debt was incurred _

Last 4 digits of account number  **6725**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,716.00** |
|---|---|---|---|

**Hypertherm, Inc**
**21 Great Hollow Rd.**
**Hanover, NH 03755**

Date(s) debt was incurred _

Last 4 digits of account number  **2000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,781.50** |
|---|---|---|---|

**IBEW Local #1392**
**56426 Strasser Ln.**
**South Bend, IN 46619-2212**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Koontz-Wagner Custom Controls Holdings LLC | Case number (if known) | 18-33815 |
|---|---|---|---|
| | Name | | |

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Idaho Dept. of Labor**
**4514 Thomas Jefferson st.**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __NOTICE ONLY__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Idaho Environmental Services, LLC**
**d/b/a IES Waterowkrs**
**P.O. Box 231**
**Notus, ID 83656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __S100__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,850.00 |
|---|---|---|---|

**Idaho Freight Connection, LLC**
**P.O. Box 357**
**Homedale, ID 83628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __7120__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,477.00 |
|---|---|---|---|

**Idaho Mobile Equipment**
**26003 Kingsbury Rd.**
**Middleton, ID 83644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __A230__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,876.84 |
|---|---|---|---|

**Idaho Power**
**P.O. Box 34966**
**Seattle, WA 98124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __A110__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,200.00 |
|---|---|---|---|

**Idaho Tank & Culvert, Inc**
**724 Taylor Ave.**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __A400__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,737.00 |
|---|---|---|---|

**Idaho Tool**
**452 Caldwell Blvd.**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Trade debt__

Last 4 digits of account number __A120__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

**3.160** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$279.30**

**Impact, Inc.**
P.O. Box 88068
Seattle, WA 98138

Date(s) debt was incurred _
Last 4 digits of account number **6657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Indiana Dept. of Environmental Mgmt.**
100 N. Senate Ave.
Indianapolis, IN 46204

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,121.29**

**Indiana Michigan Power**
P.O. Box 24412
Canton, OH 44701-4412

Date(s) debt was incurred _
Last 4 digits of account number **3671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$52,026.00**

**Industrial Climate Engineering (ICE)**
P.O. Box 6407
Carol Stream, IL 60197-6407

Date(s) debt was incurred _
Last 4 digits of account number **6163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$626.05**

**Industrial Door of Northern Indiana**
3839 S. Main St.
South Bend, IN 46614-2521

Date(s) debt was incurred _
Last 4 digits of account number **1954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$86,961.40**

**Industrial Metal Fab, Inc.**
2806 W. Sample St.
South Bend, IN 46619-3299

Date(s) debt was incurred _
Last 4 digits of account number **6886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.166** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$470.00**

**Industrial Products Corporation**
119 S. Sherrin Ave., #120
Louisville, KY 40207

Date(s) debt was incurred _
Last 4 digits of account number **4002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

**3.167** | Nonpriority creditor's name and mailing address

**Intermountain Gas Company**
P.O. Box 5600
Bismarck, ND 58506-5600

Date(s) debt was incurred _

Last 4 digits of account number __T100__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$50.02**

---

**3.168** | Nonpriority creditor's name and mailing address

**Interstate Industrial Services Mgmt, LLC**
4201 Langley Rd.
Houston, TX 77093

Date(s) debt was incurred _

Last 4 digits of account number __7161__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$17,730.00**

---

**3.169** | Nonpriority creditor's name and mailing address

**Intertek Testing Services NA Inc**
P.O. Box 405176
Atlanta, GA 30384

Date(s) debt was incurred _

Last 4 digits of account number __2129__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$6,051.96**

---

**3.170** | Nonpriority creditor's name and mailing address

**Ivy Tech Community College**
220 Dean Johnson Blvd.
South Bend, IN 46601

Date(s) debt was incurred _

Last 4 digits of account number __6885__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$7,116.03**

---

**3.171** | Nonpriority creditor's name and mailing address

**J & G Supply Inc.**
P.O. Box 902
La Porte, IN 46352

Date(s) debt was incurred _

Last 4 digits of account number __8976__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$11,415.17**

---

**3.172** | Nonpriority creditor's name and mailing address

**J M Test Systems, Inc.**
P.O. Drawer 45489
Baton Rouge, LA 70895

Date(s) debt was incurred _

Last 4 digits of account number __7264__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$59.50**

---

**3.173** | Nonpriority creditor's name and mailing address

**Jag Tool & Equipment Rental**
418 E. Karcher Rd.
Nampa, ID 83687

Date(s) debt was incurred _

Last 4 digits of account number __G100__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$466.20**

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $23,896.06 |
|---|---|---|---|

**JDM Steel Service, Inc.**
**8581 Solution Center**
**Chicago, IL 60677-8005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number **7116**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $262.50 |
|---|---|---|---|

**Johns Plumbing & Heating Services**
**P.O. Box 658**
**Emmett, ID 83617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number **H400**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $53,890.87 |
|---|---|---|---|

**Johnson Supply**
**10151 Stella Link**
**Houston, TX 77025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number **6172**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $26,170.15 |
|---|---|---|---|

**JSW Properties, LLC**
**120 Nowlin Ln.**
**Chattanooga, TN 37421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number **6238**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28,427.41 |
|---|---|---|---|

**K-wood Products Co.**
**25785 State Rd. 2**
**South Bend, IN 46619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number **2798**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $27,475.00 |
|---|---|---|---|

**Kasten Blasting & Coatings, LLC**
**8065 Cox's Dr.**
**Portage, MI 49002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number **6532**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,186.70 |
|---|---|---|---|

**KC Auto Paint and Supplies, Inc.**
**811 2nd St. South**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

**3.181** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30.65**

**Kele Solutions**
**P.O. Box 842545**
**Dallas, TX 75284-2545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2017**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,967.99**

**Kenco Toyota Lift**
**P.O. Box 742540**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **N200**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Kim Hotstart Mfg. Co.**
**P.O. Box 11245**
**Spokane, WA 99211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  _

Basis for the claim:  **Debtor has a credit balance with this entity in the amount of $10,583.38**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,300.50**

**Kingman Storage, LLC**
**2740 W. Lexington Ave.**
**Elkhart, IN 46514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6235**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,382.87**

**Kirby-Risk Electric Supply**
**27561 Network Pl.**
**Chicago, IL 60673-1275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8384**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$78,759.38**

**Kloeckner Metals Corporation**
**500 Colonial Center Pkwy., #500**
**Roswell, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1072**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$592.62**

**KMH Systems, Inc.**
**P.O. Box  575**
**Northbrook, IL 60065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2931**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $218.77 |
|---|---|---|---|
| | **Koontz-Wagner Construction Services, LLC**<br>**3801 Voorde Dr., Suite B**<br>**South Bend, IN 46628** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  _ | |
| | Last 4 digits of account number  **7863** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $71.90 |
|---|---|---|---|
| | **Krueger Sentry Gauge**<br>**1873 Siesta Ln.**<br>**Green Bay, WI 54313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **U100** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,160.00 |
|---|---|---|---|
| | **Labor of Love Cleaning Service**<br>**809 Claire St.**<br>**Rossville, GA 30741** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **2055** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,635.35 |
|---|---|---|---|
| | **Land O' Lakes**<br>**P.O. Box 840897**<br>**Dallas, TX 75284-0897** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **7323** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $127,680.93 |
|---|---|---|---|
| | **Landstar Inway, Inc.**<br>**12793 Collections Center Dr.**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **4436** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $31,350.00 |
|---|---|---|---|
| | **Lennon Crane and Equipment Co.**<br>**17131 Beaton Rd. SE**<br>**Monroe, WA 98272** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **7006** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $357.38 |
|---|---|---|---|
| | **Leonard Petroleum Equipment**<br>**P.O. Box 170219**<br>**Boise, ID 83717** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **O100** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,722.46**

**Letters Express Inc.**
**d/b/a Worldwide Express**
**29228 Network Pl**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1065**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,696.68**

**Lightning Master Corporation**
**P.O. Box 6017**
**Clearwater, FL 33758-6017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6253**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,940.00**

**Lord Construction Services, LLC**
**P.O. Box 363408**
**San Juan, PR 00936-3408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7017**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,105.00**

**Madison**
**27 Business Park Dr.**
**Branford, CT 06405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **D200**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$97,738.77**

**Mainfreight, Inc.**
**1400 Glenn Curtiss St.**
**Carson, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7224**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$178.18**

**Marathon Special Products**
**P.O. Box 468**
**Bowling Green, OH 43402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0722**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.201** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$128,275.63**

**Martell Electric, LLC**
**P.O. Box 3965**
**South Bend, IN 46619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2143**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180,395.37 |
|---|---|---|---|
| | **Marvair, A Division of Airxcel, Inc.** <br> **P.O. Box 6407** <br> **Carol Stream, IL 60197-6407** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number **4040** | Basis for the claim: **Trade debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|
| | **Material Control, Inc.** <br> **P.O. Box 168** <br> **Croswell, MI 48422** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number **7200** | Basis for the claim: **Trade debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,657.27 |
|---|---|---|---|
| | **Maxim Crane Works, LP** <br> **Lockbox #774389** <br> **4389 Solutions Center** <br> **Chicago, IL 60677-4003** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number **6257** | Basis for the claim: **Trade debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,253.40 |
|---|---|---|---|
| | **MC Supply & Service Inc.** <br> **3907 Marvihill** <br> **Valparaiso, IN 46383** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number **5764** | Basis for the claim: **Trade debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,891.42 |
|---|---|---|---|
| | **McCall Industrial** <br> **P.O. Box 15427** <br> **Boise, ID 83715** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number **C100** | Basis for the claim: **Trade debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,807.58 |
|---|---|---|---|
| | **McMaster-Carr Supply Company** <br> **P.O. Box 7690** <br> **Chicago, IL 60680-7690** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number **1100** | Basis for the claim: **Trade debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,044,047.73 |
|---|---|---|---|
| | **Meitec, Inc.** <br> **2800 Veterns Blvd., #260** <br> **Metairie, LA 70002** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | Date(s) debt was incurred _ <br> Last 4 digits of account number **6411** | Basis for the claim: **Trade debt** <br><br> Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

**3.209** | Nonpriority creditor's name and mailing address

**Mersen**
P.O. Box 7247-6444
Philadelphia, PA 19170-6444

Date(s) debt was incurred _
Last 4 digits of account number **7340**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$103,335.03**

---

**3.210** | Nonpriority creditor's name and mailing address

**Metalworking Machine Systems, Inc.**
500 N. Nappanee St., Suite 5A
Elkhart, IN 46514

Date(s) debt was incurred _
Last 4 digits of account number **3061**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$83.70**

---

**3.211** | Nonpriority creditor's name and mailing address

**Metamation, Inc**
1465 Terminal Way, #2
Reno, NV 89502

Date(s) debt was incurred _
Last 4 digits of account number **6165**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,998.35**

---

**3.212** | Nonpriority creditor's name and mailing address

**Metro Fabricating, LLC.**
1650 Tech Dr.
Bay City, MI 48706

Date(s) debt was incurred _
Last 4 digits of account number **8135**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$79,404.00**

---

**3.213** | Nonpriority creditor's name and mailing address

**Microclean, Inc**
1720 Industrial Rd.
Nampa, ID 83687

Date(s) debt was incurred _
Last 4 digits of account number **6535**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,385.83**

---

**3.214** | Nonpriority creditor's name and mailing address

**Mid-States Bolt & Screw Co., Inc.**
P.O. Box 2050
Flint, MI 48501-2050

Date(s) debt was incurred _
Last 4 digits of account number **6290**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,346.58**

---

**3.215** | Nonpriority creditor's name and mailing address

**Midwest Fire Protection Co. Inc.**
26436 W. US 12
P.O. Box 279
Sturgis, MI 49091

Date(s) debt was incurred _
Last 4 digits of account number **6708**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$666.18**

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $299.71 |
|---|---|---|---|
| | **Miller Hydraulic Service**<br>**2810 S. Main St.**<br>**P.O.Box 2732**<br>**South Bend, IN 46614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **3645** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|
| | **Maria Mittiga**<br>**26142 Twin Lakes Trail**<br>**South Bend, IN 46628** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number  **8153** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,188.26 |
|---|---|---|---|
| | **Morrison Bros Inc**<br>**P. O. Box 238**<br>**Dubuque, IA 52004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **R100** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.00 |
|---|---|---|---|
| | **Mountain High Shredding Inc.**<br>**13790 Creston St.**<br>**Mishawaka, IN 46544** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **5138** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $825.00 |
|---|---|---|---|
| | **Mountain View Engineering, Inc**<br>**345 N. Main St., Suite A**<br>**Brigham City, UT 84302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **N200** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.50 |
|---|---|---|---|
| | **MSC Industrial Supply Co., Inc**<br>**Dept. CH 0075**<br>**Palatine, IL 60055-5075** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **8463** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177,454.10 |
|---|---|---|---|
| | **MTI**<br>**30836 CR 8**<br>**Elkhart, IN 46514** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **6401** | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,537.00** |
|---|---|---|---|

**N.W. Crane Service, Inc.**
**P.O. Box 88**
**Hermiston, OR 97838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **7301**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$576.07** |
|---|---|---|---|

**NAPA**
**2221 Cleveland**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **P100**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,664.00** |
|---|---|---|---|

**NATCON (National Consolidated Corp)**
**25855 State Rd. 2**
**South Bend, IN 46619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **0765**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$962.09** |
|---|---|---|---|

**Nelson Fuel, Inc.**
**1511 S. Olive St.**
**South Bend, IN 46619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6986**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$204.15** |
|---|---|---|---|

**Newark**
**33190 Collection Center Dr.**
**Chicago, IL 60693-0331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **1006**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93.49** |
|---|---|---|---|

**Nipsco**
**P.O. Box 13007**
**Merrillville, IN 46411-3007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,693.20** |
|---|---|---|---|

**Nitro Environmental LLC**
**3011 Hwy. 30 W., #101-121**
**Huntsville, TX 77340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6369**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,031.00**

**Nolan Power Group, LLC**
P.O. Box 54986
New Orleans, LA 70154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **KNOL**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$61,383.68**

**Norbryhn Equipment Co.**
3711 Newby St.
Nampa, ID 83687

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **R300**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Norco**
P.O. Box 413124
Salt Lake City, UT 84141-3124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Debtor has a credit balance with this entity in the amount of $1,461.55**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,221.50**

**Norman Perry Trophies & Engraving**
244 S. Olive St.
South Bend, IN 46619-2106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9525**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$118,645.02**

**O'Neal Flat Rolled Metals**
P.O. Box 951858
Dallas, TX 75395

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **E100**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$263,515.70**

**O'Neal Industries**
P.O. Box 934243
Atlanta, GA 31193-4243

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **8274**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,018.30**

**Office Depot, Inc**
P.O. Box 633204
Cincinnati, OH 45263-3204

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1088**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,235.76**

**Oil Service, Inc**
3498 Grand Ave.
Pittsburgh, PA 15225-1508

Date(s) debt was incurred __

Last 4 digits of account number **L100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,204.71**

**OJS Building Services, Inc.**
P.O. Box 418
South Bend, IN 46624-0418

Date(s) debt was incurred __

Last 4 digits of account number **4924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,192.40**

**OnSite Services, LLC**
P.O. Box 190574
Boise, ID 83719

Date(s) debt was incurred __

Last 4 digits of account number **7232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,259.60**

**Oregon Dept. of Consumer Business
Revenue Services Station**
PO Box 14610
Salem, OR 97309

Date(s) debt was incurred __

Last 4 digits of account number **E400**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,885.00**

**Orr Safety Equipment**
1266 Reliable Pkwy.
Chicago, IL 60686

Date(s) debt was incurred __

Last 4 digits of account number **R100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$259.80**

**Oscilloscope Services, Inc.**
7827 Kingsley St.
Houston, TX 77087

Date(s) debt was incurred __

Last 4 digits of account number **6220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**OSHA**
690 S Loop 336 West, #400
Conroe, TX 77304

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$938.23** |
|---|---|---|---|
| | **Overhead Door Co Of South Bend**<br>**58745 Executive Drive**<br>**P.O. Box 907**<br>**Mishawaka, IN 46546-0907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number __1975__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,118.41** |
|---|---|---|---|
| | **Overhead Door Company of Houston**<br>**11533 S. Main St.**<br>**Houston, TX 77025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number __6983__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,825.35** |
|---|---|---|---|
| | **Pacific Steel**<br>**1900 20th St. North**<br>**PO Box 530**<br>**Nampa, ID 83653** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number __C110__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,450.00** |
|---|---|---|---|
| | **Panache Engineering**<br>**150 N. Santa Anita Ave., #300**<br>**Arcadia, CA 91006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number __1040__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$587.93** |
|---|---|---|---|
| | **Pearman Contracting, LLC.**<br>**P.O. Box 14**<br>**Greenleaf, ID 83662** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number __6660__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$96,030.43** |
|---|---|---|---|
| | **PEI Engineering Services, Inc.**<br>**58640 State Rd. 15**<br>**Goshen, IN 46528** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number __5898__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$330.12** |
|---|---|---|---|
| | **Per Mar Security Services**<br>**P.O. Box 1101**<br>**Davenport, IA 52805-1101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number __0514__ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
| --- | --- | --- | --- |
| | Name | | |

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,143.00 |
| --- | --- | --- | --- |
| | **Performance Plus**<br>**The Performance Companies, Inc.**<br>**PO Box 10846**<br>**Merrillville, IN 46411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **6979** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,726.80 |
| --- | --- | --- | --- |
| | **Petrol Services**<br>**219 W. 40th St.**<br>**Garden City, ID 83714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **6454** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,753.00 |
| --- | --- | --- | --- |
| | **Phoenix Fastener and Supply Inc**<br>**15219 Stuebner Airline Rd., #33**<br>**Houston, TX 77069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **6224** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,127.00 |
| --- | --- | --- | --- |
| | **Phoenix Metal**<br>**P.O. Box 932589**<br>**Atlanta, GA 31193-2589** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **O100** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,457.06 |
| --- | --- | --- | --- |
| | **Phoenix Tires**<br>**P.O. Box 983**<br>**Friendswood, TX 77549** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **7108** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.19 |
| --- | --- | --- | --- |
| | **Platt**<br>**P.O. Box 418759**<br>**Boston, MA 02241-8759** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **A300** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,200.00 |
| --- | --- | --- | --- |
| | **PPG Architectural Finishes, Inc.**<br>**19053 Interstate 45, Suite C**<br>**Conroe, TX 77385** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **6208** | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,891.22 |
|---|---|---|---|

**Praxair Distribution Inc**
**Dept. 0812**
**PO Box 120812**
**Dallas, TX 75312-0812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __A100__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,219.29 |
|---|---|---|---|

**Praxair Distribution, Inc.**
**Dept CH 10660**
**Palatine, IL 60055-0660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __4900__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.02 |
|---|---|---|---|

**Preferred Shipping Inc**
**12835 Jess Pirtle Blvd.**
**Sugar Land, TX 77478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __4140__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,750.00 |
|---|---|---|---|

**Primary Engineering, Inc.**
**P.O. Box 3664**
**Carmel, IN 46082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __4056__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**Primary Health**
**10482 W. Carlton Bay Dr.**
**Garden City, ID 83714-5143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __I100__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,062.25 |
|---|---|---|---|

**Primax Technologies, Inc.**
**65 Hymus Blvd.**
**Pointe-Claire, Quebec**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __7295__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,600.00 |
|---|---|---|---|

**Pro Industries, Inc**
**206 Varner Dr. SW**
**Mc Donald, TN 37353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __O800__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (*if known*) | **18-33815** |
|---|---|---|---|
| | Name | | |

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,637.80 |
|---|---|---|---|

**Professional Welding Supply**
P.O. Box 19811
Houston, TX 77024-9811

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6441**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $163.50 |
|---|---|---|---|

**ProServ Bsiness Products, LLC**
4444 S. 74th Ave.
Tulsa, OK 74145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,619.88 |
|---|---|---|---|

**Proservcrane & Equipment, Inc.**
P.O. Box 670965
Houston, TX 77267-0965

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6341**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177.00 |
|---|---|---|---|

**Proshred of Houston**
12703 Capricorn Dr., #100
Stafford, TX 77477

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7154**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,786.00 |
|---|---|---|---|

**Punch Press and Shear**
8 Ellis Rd.
League City, TX 77573

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6255**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,125.00 |
|---|---|---|---|

**R.W. Little & Associates**
P.O. Box 171
Brimfield, IL 61517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3846**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $316.00 |
|---|---|---|---|

**Rackmount Solutions, LTD**
P.O. Box 451537
Garland, TX 75045-1537

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **9891**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Koontz-Wagner Custom Controls Holdings LLC**                    Case number (if known)    **18-33815**
Name

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,500.00 |
|---|---|---|---|

**Rain Mizer Gutters**
**5606 Rocky Trail Dr.**
**Kingwood, TX 77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6909**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42.95 |
|---|---|---|---|

**Rapid Electroplating Process**
**1603 S. Michigan Ave.**
**Chicago, IL 60616-1209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0683**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RC Industries, Inc.**
**555 County Rd. 15**
**Elkhart, IN 46516-9784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,401.07 |
|---|---|---|---|

**Recycling & Waste Reduction**
**8001 Boat Club Rd., Suite B**
**Fort Worth, TX 76179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6262**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,747.14 |
|---|---|---|---|

**Red-D-Arc Welderentals**
**P.O. Box 532618**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **D300**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,972.04 |
|---|---|---|---|

**Ricoh Usa, Inc**
**13430 Northwest Frwy., #500**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6193**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21.20 |
|---|---|---|---|

**River Bend Hose Specialty**
**1111 S. Main**
**South Bend, IN 46601-3398**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0025**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

**3.279** | **Nonpriority creditor's name and mailing address**

**RMS Energy Co., LLC**
**1900 E. 66th Ave.**
**Denver, CO 80229**

Date(s) debt was incurred _

Last 4 digits of account number  **7163**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$153,301.72**

---

**3.280** | **Nonpriority creditor's name and mailing address**

**Rogers Machinery Company Inc.**
**P.O. Box 230429**
**Portland, OR 97281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$324.50**

---

**3.281** | **Nonpriority creditor's name and mailing address**

**Root Rents**
**2602 Cleveland Blvd.**
**Caldwell, ID 83605**

Date(s) debt was incurred _

Last 4 digits of account number  **O100**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$909.16**

---

**3.282** | **Nonpriority creditor's name and mailing address**

**Royal Cup Coffee**
**P.O. Box 170971**
**Birmingham, AL 35217**

Date(s) debt was incurred _

Last 4 digits of account number  **6223**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$967.49**

---

**3.283** | **Nonpriority creditor's name and mailing address**

**RST Inc**
**P.O. Box 357**
**Homedale, ID 83628**

Date(s) debt was incurred _

Last 4 digits of account number  **T100**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$38,195.00**

---

**3.284** | **Nonpriority creditor's name and mailing address**

**Russell Products Inc.**
**710 Commerce Dr.**
**Bristol, IN 46507**

Date(s) debt was incurred _

Last 4 digits of account number  **8721**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,058.21**

---

**3.285** | **Nonpriority creditor's name and mailing address**

**Safety Wear LTD**
**P.O. Box 2904**
**Orange, TX 77631**

Date(s) debt was incurred _

Last 4 digits of account number  **6527**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$9,579.01**

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,528.12** |
|---|---|---|---|
| | **Safety-Kleen** | ☐ Contingent | |
| | **P.O. Box 650509** | ☐ Unliquidated | |
| | **Dallas, TX 75265-0509** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **1029** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$428.11** |
|---|---|---|---|
| | **Safety-Kleen** | ☐ Contingent | |
| | **P.O. Box 382066** | ☐ Unliquidated | |
| | **Pittsburgh, PA 15250-8066** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **2820** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,607.24** |
|---|---|---|---|
| | **Safety-Kleen** | ☐ Contingent | |
| | **P.O. Box 650509** | ☐ Unliquidated | |
| | **Dallas, TX 75265-0509** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$414.51** |
|---|---|---|---|
| | **SAIA Motor Freight Line, LLC** | ☐ Contingent | |
| | **11465 Johns Creek Pkwy., #400** | ☐ Unliquidated | |
| | **Johns Creek, GA 30097** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **1335** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$64,505.43** |
|---|---|---|---|
| | **Samuel, Son & Co. Inc. MW Division** | ☐ Contingent | |
| | **5022 Ashley Ct.** | ☐ Unliquidated | |
| | **Houston, TX 77041** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **6190** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$924.57** |
|---|---|---|---|
| | **Sherwin Williams** | ☐ Contingent | |
| | **3210 Nimitz Pkwy.** | ☐ Unliquidated | |
| | **South Bend, IN 46628-1643** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **4710** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,922.01** |
|---|---|---|---|
| | **Sherwin Williams (south)** | ☐ Contingent | |
| | **1315 E. 23rd St.** | ☐ Unliquidated | |
| | **Chattanooga, TN 37404** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number **E150** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (*if known*) | **18-33815** |
|---|---|---|---|
| | Name | | |

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$96.08** |
|---|---|---|---|

**Shred-it USA - Knoxville**
P.O. Box 13574
Newark, NJ 07188-3500

Date(s) debt was incurred _

Last 4 digits of account number  **R110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,581.29** |
|---|---|---|---|

**Siemens Financial Services**
301 Lindenwood Ave., #215
Malvern, PA 19535

Date(s) debt was incurred _

Last 4 digits of account number  **6415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Siemens Industry, Inc.**
P.O. Box 2715
Carol Stream, IL 60132

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$244.48** |
|---|---|---|---|

**SmartSign**
300 Cadman Plaza W., #1303
Brooklyn, NY 11201

Date(s) debt was incurred _

Last 4 digits of account number  **7610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,800.00** |
|---|---|---|---|

**Snow Evitt Partnership**
c/o Nancy Snow Evitt
9204 Hopi Trail
Ooltewah, TN 37363

Date(s) debt was incurred _

Last 4 digits of account number  **I901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,071.57** |
|---|---|---|---|

**South Bend Municipal Utility**
125 West Colfax Ave.
South Bend, IN 46601-1601

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,216.00** |
|---|---|---|---|

**South Bend Tribune**
225 W. Colfax Ave.
South Bend, IN 46626

Date(s) debt was incurred _

Last 4 digits of account number  **6800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

**3.300** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$655.04**

**Southern Auto Body Supply**
**1823 Rossville Ave.**
**Chattanooga, TN 37408**

Date(s) debt was incurred _

Last 4 digits of account number  **U300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$766.24**

**St. Joseph Paper & Packaging**
**P.O. Box 3908**
**South Bend, IN 46619-0908**

Date(s) debt was incurred _

Last 4 digits of account number  **6956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$74.75**

**Stanz Food Service, Inc.**
**P.O. Box 24**
**South Bend, IN 46624-0024**

Date(s) debt was incurred _

Last 4 digits of account number  **9625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,005.86**

**Staples**
**P.O. Box 105638**
**Atlanta, GA 30348-5638**

Date(s) debt was incurred _

Last 4 digits of account number  **A100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,607.47**

**State of Idaho**
**Department of Water Resources**
**2735 Airport Way**
**Boise, ID 83705-5082**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$375.00**

**Steinhoffer Scale Co., Inc**
**55645 Currant Rd.**
**Mishawaka, IN 46545**

Date(s) debt was incurred _

Last 4 digits of account number  **9751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,237.50**

**Sterling Battery Co**
**P.O. Box 4947**
**Boise, ID 83711**

Date(s) debt was incurred _

Last 4 digits of account number  **E600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

**3.307** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$388.45**

**Stone Lumber**
P.O. Box 71
Nampa, ID 83653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.308** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,499.00**

**Storage Battery Systems, LLC**
N56 W16665 Ridgewood Dr.
Menomonee Falls, WI 53051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7994**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.309** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80.00**

**Strata**
8653 W. Hackamore Dr.
Boise, ID 83709

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **R200**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.310** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,830.00**

**Structural Edge Engineering**
5509 N. Glenwood St.
Garden City, ID 83714

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1003**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.311** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,734.57**

**Summit Contractor Supply, Inc.**
25453 State Rd. 2
South Bend, IN 46619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0156**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.312** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00**

**Sunscapes, Inc.**
13740 Range Line Rd.
Niles, MI 49120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9884**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.313** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,847.23**

**Superior Paint & Glass**
315 Cleveland Blvd.
Caldwell, ID 83605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **P100**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (*if known*) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,300.00** |
|---|---|---|---|

**Suprahelio Consulting LLC/Aaron Alexande**
**13303 E. Lakeview Rd.**
**Glencoe, OK 74032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **5209**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$976.25** |
|---|---|---|---|

**Tacoma Screw Products, Inc.**
**P.O. Box 35165**
**Seattle, WA 98124-5165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **7076**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$668.56** |
|---|---|---|---|

**Taylor Brothers Fire & Safety, Inc**
**P.O. Box 16351**
**Boise, ID 83715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **Y100**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$908.10** |
|---|---|---|---|

**TBS Trucking - T Boys and Sons Trucking,**
**P.O. Box 2851**
**Houston, TX 77252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **6920**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81,133.45** |
|---|---|---|---|

**TDS Door Company**
**27992 West IL Hwy. 120, Unit 132**
**Lakemoor, IL 60051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **6682**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,963.00** |
|---|---|---|---|

**Team Consulting, Inc**
**516 E. Marion St.**
**Mishawaka, IN 46545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1001**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$149.32** |
|---|---|---|---|

**Tennessee American Water**
**P.O. Box 371880**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **N110**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (*if known*) | **18-33815** |
|---|---|---|---|
| | Name | | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,254.34 |
|---|---|---|---|

**Tennessee Galvanizing, Inc**
P.O. Box 4539
Chattanooga, TN 37405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **N400**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,400.00 |
|---|---|---|---|

**Terracon Consultants, Inc**
P.O. Box  843358
Kansas City, MO 64184-3358

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6352**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Texas Department of Licensing and Regula**
P.O. Box 12157
Austin, TX 78711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2125**

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Texas Workforce Commission**
17517 State Hwy. 249
Houston, TX 77064-1012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,800.00 |
|---|---|---|---|

**Chris Thate**
7711 Dashwood Dr.
Houston, TX 77036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7165**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,159.71 |
|---|---|---|---|

**THB,Inc**
95 North 400 West
North Salt Lake, UT 84054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **B100**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $451.86 |
|---|---|---|---|

**The Exit Store**
303 W. Lancaster Ave., #138
Wayne, PA 19087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1824**

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

**3.328** Nonpriority creditor's name and mailing address
**The Filter Factory, Inc.**
P.O. Box 1797
Santa Ynez, CA 93460

Date(s) debt was incurred __
Last 4 digits of account number  **6901**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$150.33**

---

**3.329** Nonpriority creditor's name and mailing address
**The Sign Center**
11473 W. Fairview Ave.
Boise, ID 83713

Date(s) debt was incurred __
Last 4 digits of account number  **7236**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,183.64**

---

**3.330** Nonpriority creditor's name and mailing address
**The Sign Shoppe**
3610 E. Cleveland
Caldwell, ID 83605

Date(s) debt was incurred __
Last 4 digits of account number  **G100**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,745.23**

---

**3.331** Nonpriority creditor's name and mailing address
**Frank P. Tirotta**
23166 Brick Rd.
South Bend, IN 46628

Date(s) debt was incurred __
Last 4 digits of account number  **6275**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,801.95**

---

**3.332** Nonpriority creditor's name and mailing address
**Titus Manufacturing**
9887 E. 6B Rd.
Plymouth, IN 46563

Date(s) debt was incurred __
Last 4 digits of account number  **7310**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$37,913.22**

---

**3.333** Nonpriority creditor's name and mailing address
**Tour Ice of Ontario**
359 SE 2nd St.
Ontario, OR 97914

Date(s) debt was incurred __
Last 4 digits of account number  **7106**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$215.18**

---

**3.334** Nonpriority creditor's name and mailing address
**Toyota Lift of Houston**
P.O. Box 678528
Dallas, TX 75267

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$5,403.39**

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

**3.335**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|
| TQS, Inc<br>14610 Sheraton<br>Houston, TX 77039 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number  **6446** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.336**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$183.48** |
|---|---|---|
| Trainers Over Texas, Inc.<br>2914 Dunnbrook Dr.<br>Seagoville, TX 75159 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number  **7205** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.337**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,897.00** |
|---|---|---|
| Trans United, Inc.<br>Marquette Transportation Finance, Inc.<br>NW 7939<br>PO Box 1450<br>Minneapolis, MN 55485-7939 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number  **0471** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.338**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,209.21** |
|---|---|---|
| Treasure Valley Coffee<br>11875 President Dr.<br>Boise, ID 83713 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number  **E100** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.339**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$305,787.72** |
|---|---|---|
| Tri-State Electrical Contractors, LLC<br>2101 Fort St.<br>Chattanooga, TN 37408 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number  **6950** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.340**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,400.00** |
|---|---|---|
| Trinity Logistics, Inc<br>P.O. Box 62702<br>Baltimore, MD 21264 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number  **1009** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.341**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$89,480.50** |
|---|---|---|
| TTI Oil - Texas INE, Inc<br>6438 Long Dr.<br>Houston, TX 77087 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| Last 4 digits of account number  **6969** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$750.00** |
|---|---|---|---|

**Turnstone EH&S, Inc.**
**1322 Space Park Dr., Suite C-139**
**Houston, TX 77058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6483**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,158.40** |
|---|---|---|---|

**TUV Rheinland Industrial Solutions Inc.**
**P.O. Box 417532**
**Boston, MA 02241-7532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6799**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,055.14** |
|---|---|---|---|

**TW Telecom**
**c/o Level 3 communications, LLC**
**P.O. Box 910182**
**Denver, CO 80291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **T100**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,880.00** |
|---|---|---|---|

**Twelco, Inc**
**7411 Wright Rd.**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6203**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**TX Commission on Environmental Quality**
**P.O. Box 13087**
**Austin, TX 78711-3087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,608.22** |
|---|---|---|---|

**Uline**
**2200 S. Lakeside Dr.**
**Waukegan, IL 60085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **5050**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.348 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,406.00** |
|---|---|---|---|

**Underwriters Laboratories Inc.**
**P.O. Box 75330**
**Chicago, IL 60675-5330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **5099**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

| 3.349 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,884.99 |
|---|---|---|---|

**UniFirst Corporation**
**3920 Crescent Cir.**
**South Bend, IN 46628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **2133**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.350 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186.00 |
|---|---|---|---|

**Unishippers**
**P.O. Box 1120**
**Meridian, ID 83680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **I200**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $122,345.44 |
|---|---|---|---|

**United Coatings Technologies**
**1011 S. Main St.**
**South Bend, IN 46601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **9862**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $393.20 |
|---|---|---|---|

**United Oil**
**P.O. Box 160**
**Caldwell, ID 83606-0610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **I100**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,865.12 |
|---|---|---|---|

**United Rentals**
**P.O. Box 100711**
**Atlanta, GA 30384-0711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **4635**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $292.03 |
|---|---|---|---|

**United Rentals Northwest, Inc**
**File 51122**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **I500**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,258.24 |
|---|---|---|---|

**US Bank Equipment Finance**
**P.O. Box 790448**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **B100**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

---

**3.356** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**US Environmental Protection Agency**
**1200 Pennsylvania Ave.**
**Washington, DC 20460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **NOTICE ONLY**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,618.00**

**US HealthWorks Medical Group of Indiana**
**P.O. Box 404480**
**Atlanta, GA 30384-4480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **7314**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.358** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$353.60**

**USI Inc.**
**P.O. Box 4105**
**Woburn, MA 01888-4105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6105**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$58,162.69**

**Vanguard Fire & Security Systems, Inc.**
**P.O. Box 9218**
**Wyoming, MI 49509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6785**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.360** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$59.05**

**Velocity Business Products, Inc.**
**335 Pennbright Dr., #130**
**Houston, TX 77090**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **6482**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.361** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$673.89**

**VFP Fire Systems**
**P.O. Box 74008409**
**Chicago, IL 60674-8409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **8000**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.362** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,581.63**

**Victor Insulators, Inc.**
**280 Maple Ave.**
**Victor, NY 14564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number  **8471**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,847.77 |
|---|---|---|---|
| | **W.W. Grainger, Inc.**<br>**Dept. 810568832**<br>**Palatine, IL 60038-0001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **9730** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,780.54 |
|---|---|---|---|
| | **WCS Quality Registrars, LLC**<br>**P.O. Box 940637**<br>**Houston, TX 77077** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **7267** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92,893.00 |
|---|---|---|---|
| | **Weld Force Solutions, LLC**<br>**12518 Foxton Rd.**<br>**Houston, TX 77048** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **6958** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Wells Fargo Credit Card**<br>**420 Montgomery St.**<br>**San Francisco, CA 94104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107.46 |
|---|---|---|---|
| | **WESCO Distribution. Inc.**<br>**7049 Brookhollow West Dr.**<br>**Houston, TX 77040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **6217** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140.00 |
|---|---|---|---|
| | **Western Specialties Inc**<br>**5265 N. Sawyers Ave.**<br>**Boise, ID 83714** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **S210** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $314.35 |
|---|---|---|---|
| | **Western States Cat**<br>**P.O. Box 3805**<br>**Boise, ID 83707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number  **S110** | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **Koontz-Wagner Custom Controls Holdings LLC**   Case number (if known) **18-33815**
Name

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,497.93 |
|---|---|---|---|

**Westowns Disposal Inc**
**P.O. Box 754**
**Homedale, ID 83628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **S100**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,392.68 |
|---|---|---|---|

**Wiley Road Industrial Park, L.P.**
**3801 Voorde Dr.**
**South Bend, IN 46628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4070**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,802,801.61 |
|---|---|---|---|

**Williams Industrial Services Group Inc**
**400 E. Las Colinas, #400**
**Irving, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **GCON**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $952,519.25 |
|---|---|---|---|

**Williams Industrial Services Group LLC**
**100 Crescent Centre Pkwy., #1240**
**Tucker, GA 30084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **G950**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
|---|---|---|---|

**Workforce Corp Health**
**P.O. Box 189**
**Chattanooga, TN 37403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2117**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,466.47 |
|---|---|---|---|

**Working Persons Store**
**1608 Commerce Dr.**
**South Bend, IN 46628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **4966**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $321.20 |
|---|---|---|---|

**Yale Carolinas**
**9839 South Tryon**
**Charlotte, NC 28273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1032**

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Koontz-Wagner Custom Controls Holdings LLC** | Case number (if known) | **18-33815** |
|---|---|---|---|
| | Name | | |

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$600.00** |
|---|---|---|---|

**ZFA Structural Engineers**
**1212 Fourth St., Suite Z**
**Santa Rosa, CA 95404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __3814__

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 35,653,367.83 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 35,653,367.83 |

Fill in this information to identify the case:

Debtor name **Koontz-Wagner Custom Controls Holdings LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS

Case number (if known) **18-33815**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **office equipment lease** |
| State the term remaining | **34 months** |
| List the contract number of any government contract | **Adams Remco Inc.**<br>**2612 Foundation Dr.**<br>**South Bend, IN 46628** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Taylor TX300** |
| State the term remaining | |
| List the contract number of any government contract | **Catepillar Financial Services Corp.**<br>**2120 West End Ave.**<br>**Nashville, TN 37203** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Taylor TX360m** |
| State the term remaining | |
| List the contract number of any government contract | **Catepillar Financial Services Corp.**<br>**2120 West End Ave.**<br>**Nashville, TN 37203** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **property lease (20394 Pinto Ln., Caldwell, ID 83607)** |
| State the term remaining | **5 years** |
| List the contract number of any government contract | **Dave & Tom of Idaho, LLC**<br>**2259 Haw Creek Cir.**<br>**Emmett, ID 83617** |



| Debtor 1 | **Koontz-Wagner Custom Controls Holdings LLC** | | Case number *(if known)* | **18-33815** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **property lease (4755 Ameritech Dr., South Bend, IN)** | |
|---|---|---|---|
| | State the term remaining | **2 years** | **Delta Management** |
| | List the contract number of any government contract | | **52733 Willow Bend Dr. OH 45530-7472** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **office equipment lease** | |
|---|---|---|---|
| | State the term remaining | **41 months** | **Fishers Technology** |
| | List the contract number of any government contract | | **575 E. 42nd St. Garden City, ID 83714** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **property lease (6510 Bourgeois Rd., Houston, TX)** | |
|---|---|---|---|
| | State the term remaining | **8 years** | **GP South LLC** |
| | List the contract number of any government contract | | **129 N. 10th St., Capitol Hall Lincoln, NE 68508** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **office equipment lease** | |
|---|---|---|---|
| | State the term remaining | **27 months** | **Great America Financial Services Group** |
| | List the contract number of any government contract | | **P.O. Box 660831 Dallas, TX 75266-0831** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **property lease (767 W. Chippewa Ave., South Bend, IN)** | |
|---|---|---|---|
| | State the term remaining | **7 months** | **GRQ, Inc.** |
| | List the contract number of any government contract | | **c/o Industrial Realty Group 11100 Santa Monica Blvd. Los Angeles, CA 90025** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **property lease (6004 Lee Highway, Chattanooga, TN)** | |
|---|---|---|---|
| | State the term remaining | **1 year, 4 months** | **JSW Properties, LLC** |
| | List the contract number of any | | **120 Nowlin Ln. Chattanooga, TN 37421** |

Debtor 1   **Koontz-Wagner Custom Controls Holdings LLC**      Case number (*if known*)    **18-33815**

First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract |  |
|---|---|---|
| **2.11.** | State what the contract or lease is for and the nature of the debtor's interest | **property lease (1735 N. Bendix Dr., South Bend, IN)** | |
|  | State the term remaining | **5 months** | **Maria Mittiga** |
|  | List the contract number of any government contract |  | **26142 Twin Lakes Trail** |
|  |  |  | **South Bend, IN 46628** |
| **2.12.** | State what the contract or lease is for and the nature of the debtor's interest | **office equipment lease** | |
|  | State the term remaining | **4 months** | **NMHG Financial Services** |
|  | List the contract number of any government contract |  | **10 Riverview Dr.** |
|  |  |  | **Danbury, CT 06810** |
| **2.13.** | State what the contract or lease is for and the nature of the debtor's interest | **office equipment lease** | |
|  | State the term remaining |  | **Siemens Financial Services** |
|  | List the contract number of any government contract |  | **170 Wood Ave. South** |
|  |  |  | **Iselin, NJ 08830** |
| **2.14.** | State what the contract or lease is for and the nature of the debtor's interest | **property lease (6207 Jim Snow Way, Chattanooga, TN)** | |
|  | State the term remaining | **5 years** | **Snow Evitt Partnership** |
|  | List the contract number of any government contract |  | **c/o Nancy Snow Evitt** |
|  |  |  | **9204 Hopi Trail** |
|  |  |  | **Ooltewah, TN 37363** |
| **2.15.** | State what the contract or lease is for and the nature of the debtor's interest | **office equipment lease (contract #13646-12362)** | |
|  | State the term remaining | **14 months** | **The Dillon Group Inc.** |
|  | List the contract number of any government contract |  | **1117 E. Plaza Dr.** |
|  |  |  | **Eagle, ID 83616-6531** |
| **2.16.** | State what the contract or lease is for and the nature of the debtor's interest | **office equipment lease (contract #13646-12359)** | **The Dillon Group, Inc.** |
|  |  |  | **1117 E. Plaza Dr.** |
|  |  |  | **Eagle, ID 83616-6531** |

Debtor 1  **Koontz-Wagner Custom Controls Holdings LLC**

First Name        Middle Name        Last Name

Case number *(if known)*  **18-33815**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining  **14 months**

List the contract number of any government contract  _____

---

2.17.  State what the contract or lease is for and the nature of the debtor's interest  **property lease (3801 Voorde Dr., South Bend, IN 46628)**

State the term remaining  **1 year**

List the contract number of any government contract  _____

**Wiley Road Industrial Park, L.P.**
**3801 Voorde Dr.**
**South Bend, IN 46628**

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name __**Koontz-Wagner Custom Controls Holdings LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __**18-33815**__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Williams Industrial Services Group, Inc.** | **f/k/a Global Power Equipment Group 400 Las Colinas Blvd. E, #400 Irving, TX 75039** | **GP South LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

# Schedule A-22

# Inventory

| Plant | Caldwell | | | 204,990.2 |
|---|---|---|---|---|
| | | | | |
| **Trimmed Part #** | **Part Description** | **UOM** | **Qty** | **Inventory Value** |
| 4638 | 90C VW1 CT USE UL RHH/RHW2, 2KV CSA 1KV MSHA, BLK | FT | 6,500.0 | 35,620.00 |
| stair and landings with guardrail | 48" wide and 57" high. | EA | 2.0 | 14,800.00 |
| LIFTLUGSIDE#SL12 | Lifting Lug, SIDE #SL12 | EA | 151.0 | 14,156.25 |
| 7937 | W38-1000, NON-LOCKING WALK-IN COOLER LATCH W/STRIKER | EA | 66.0 | 5,982.24 |
| EVM8 | 244OM-0600 AV    E VENT 8" 8oz MALE | EA | 45.0 | 5,679.00 |
| 2163 | switch soldered to 4ft. white leads. Buna-n float c/w magnets, 2 brass stop collars used to make tank floats | EA | 186.0 | 5,561.40 |
| 1127 | Sheet HR, 10GA x 84 x 240, A1011 | EA | 10.0 | 4,857.40 |
| 2691 | Fitting, 19" Long Black Nipple, 8", black iron, | EA | 13.5 | 4,184.73 |
| 4026 | 90C VW1 CT USE UL RHH/RHW2, 2KV 1KV MSHA, BLK | FT | 500.0 | 3,905.00 |
| 6530 | Prevention Valve | EA | 7.0 | 3,666.22 |
| 2166 | M5000-01 BK 48 CONTROL - M5000-01BK48 M5000 Controller w/4 Foot Leads | EA | 99.0 | 3,435.30 |
| 1052 | Plate, 1/4" Steel 72" x 240" A36 | EA | 6.0 | 3,204.65 |
| 2167 | Stem SS Float | EA | 94.0 | 3,196.00 |
| 2680 | iron, 1162040 | EA | 19.0 | 3,075.53 |
| EVF8 | E VENT 8" 8oz FEMALE | EA | 24.0 | 2,931.08 |
| 6531 | Prevention Valve | EA | 7.0 | 2,763.84 |
| 2640 | H2415 | EA | 248.0 | 2,608.63 |
| 1022 | Beam, W6 x 15 x 40', A992 | EA | 10.0 | 2,517.00 |
| 2689 | 1106230 | EA | 33.0 | 2,303.40 |
| 2662 | 2" Flame Arrestor 351S-4000 AV | EA | 8.0 | 2,199.63 |
| 5083 | Defeater, Allegis 263034 | EA | 37.0 | 2,179.01 |
| 2639 | 275021-90 | EA | 102.0 | 2,030.04 |
| 3250 | MFG# 8680-01303 | EA | 37.0 | 2,008.21 |
| EVM5 | E VENT 5" 8oz MALE | EA | 29.0 | 1,922.43 |
| 5089 | Rated, Protectoseal 6672 | EA | 8.0 | 1,640.00 |
| 4545 | 1/2" tube OD x 1/2" Male NPT, 8-8 FH4BZ-B - TF | EA | 163.0 | 1,585.66 |
| EVF5 | E VENT 5" 8oz FEMALE | EA | 26.0 | 1,531.47 |
| 4408 | LIFTING LUG, 19.5" x 10" WITH 4 HOLES AT 1-1/8" OD AND 1 HOLE AT 3-3/4" OD | EA | 34.0 | 1,512.66 |
| 1115 | Sheet HR, 3/16 X 72 X 144, A1011 | EA | 6.0 | 1,459.20 |
| 6185 | Fitting, 2-1/2", 150# Black Pilot Flange | EA | 121.0 | 1,452.00 |
| 2647 | 1125069 | EA | 16.0 | 1,441.28 |
| 502200B | Gasket, 22in, 502200B | EA | 15.0 | 1,404.00 |
| 3248 | UL142, Fuel Gauge, Rochester# 6580-00151 | EA | 48.0 | 1,318.12 |
| 6165 | Fitting, 5", 150# Black Steel Cap | EA | 25.0 | 1,258.75 |
| 4542 | Plate, 3/16" Steel 72" x 240", A36 | EA | 4.0 | 1,247.92 |
| 2164 | Female Connector | EA | 142.0 | 1,243.82 |
| 2698 | Elbow-Short drop, 5/8" Hose I.D., , 23920-12-12 | EA | 30.0 | 1,048.81 |
| 7039 | Diamond / Checkered Plate, 1/4" Steel 48" x 120" A36, medium 4-way pattern | EA | 5.0 | 1,045.75 |
| 2638 | Hinge | EA | 34.0 | 1,024.42 |
| 2165 | Male | EA | 131.0 | 950.13 |
| 207ACBH-12 | FITTINING | EA | 18.0 | 945.90 |
| 2707 | Galvanized , 354---0200AV | EA | 67.0 | 926.95 |
| 1128 | Plate, 1/2" Steel  60" x 120", A36 | EA | 2.0 | 918.54 |
| 2684 | 1109693 | EA | 12.0 | 906.00 |
| 2556 | Float Switch, Leak Detect, Madison M8700 | EA | 65.0 | 893.75 |

| Plant | Caldwell | | | 204,990.2 |
|---|---|---|---|---|
| | | | | |
| Trimmed Part # | Part Description | UOM | Qty | Inventory Value * |
| 4527 | Plate, 3/4" Steel 60" x 120' A36 | EA | 1.0 | 801.09 |
| 6150 | Bushing | EA | 80.0 | 752.00 |
| 2690 | 1125059 | EA | 5.5 | 722.98 |
| 6186 | Fitting, 3", 150# Black Pilot Flange | EA | 81.0 | 716.85 |
| 6149 | Bushing | EA | 98.0 | 696.78 |
| EVM6 | E VENT 6" 8oz MALE | EA | 8.0 | 685.86 |
| 1114 | Sheet HR, 3/16 X 60 X 240, A1011 | EA | 2.0 | 675.58 |
| 1108 | Sheet HR, 3/16 X 48 X 120, A1011 | EA | 5.0 | 675.55 |
| 2645 | Size 3/4-14 | EA | 32.0 | 664.00 |
| 6148 | Bushing | EA | 108.0 | 660.96 |
| 2679 | black iron, 1106402 | EA | 24.0 | 657.60 |
| 4407 | 1/8" OD | EA | 40.0 | 633.90 |
| 501800 | Gasket, 18in, 501800B | EA | 9.0 | 610.20 |
| 2161 | MS412OF1006 | EA | 3.0 | 585.00 |
| 4406 | OD | EA | 33.0 | 521.34 |
| 207ACBH-16 | PARKER 1" BULKHEAD FITTING | EA | 4.0 | 514.32 |
| 2678 | black iron, 1106402 | EA | 37.0 | 504.31 |
| 2658 | 3/4in Foot Valves, 334-0100AV | EA | 12.0 | 494.62 |
| 5001400B | Gasket, 14in, 501400B | EA | 13.0 | 491.40 |
| 2655 | 2234262 | EA | 109.0 | 490.50 |
| 3249 | 0022-00001 | EA | 55.0 | 477.85 |
| EVM4 | E VENT 4" 8oz MALE | EA | 11.0 | 473.12 |
| 2688 | 1125028 | EA | 20.0 | 462.00 |
| 6141 | Nipple | EA | 17.0 | 459.17 |
| 1107 | Sheet HR, 3/16 X 48 X 96, A1011 | EA | 4.0 | 432.36 |
| EVF4 | E VENT 4" 8oz FEMALE | EA | 10.0 | 415.93 |
| 6153 | Bushing | EA | 12.0 | 415.92 |
| 6060 | Fitting, 3/4", 150# Black Threaded Wye | EA | 63.0 | 412.65 |
| 6179 | Fitting, 1/4", 150# Black Pilot Flange | EA | 102.0 | 408.00 |
| 6061 | Fitting, 1/2", 150# Black Threaded Wye | EA | 64.0 | 406.40 |
| 6163 | Fitting, 3", 150# Black Steel Cap | EA | 44.0 | 398.20 |
| 2654 | Fitting, 4in Steel Plug, 1106520 | EA | 24.0 | 397.44 |
| 2809 | Iron, Anvil # 1108425 | EA | 42.0 | 396.90 |
| 2697 | Hose I.D. , , 20620-8-8 | EA | 39.0 | 382.13 |
| 2648 | 1125055 | EA | 8.0 | 370.45 |
| 7468 | 4" X 19" S/40 BLACK NIPPLE | EA | 17.0 | 361.89 |
| 6177 | Fitting, 1-1/4", 150# Black Union | EA | 27.0 | 354.24 |
| 2810 | Iron, Anvil # 1108433 | EA | 37.0 | 349.65 |
| 6202 | Fitting, 1-1/2", 150# Black Threaded 45 | EA | 47.0 | 345.92 |
| 6178 | Fitting, 1-1/2", 150# Black Union | EA | 20.0 | 327.20 |
| 2644 | Hose I.D., , 20620-12-12 | EA | 12.0 | 325.17 |
| 6175 | Fitting, 3/4", 150# Black Union | EA | 44.0 | 308.88 |
| 6201 | Fitting, 1-1/4", 150# Black Threaded 45 | EA | 54.0 | 301.86 |
| 2642 | Gasket, 12in, 501200B | EA | 10.0 | 300.00 |
| 6183 | Fitting, 1-1/4", 150# Black Pilot Flange | EA | 86.0 | 279.50 |
| 2782 | 1106520 | EA | 24.0 | 277.20 |
| 7471 | LF(SMITH) | EA | 28.0 | 276.08 |
| 6180 | Fitting, 3/8", 150# Black Pilot Flange | EA | 129.0 | 267.03 |
| 7440 | VALVE | EA | 5.0 | 266.68 |
| 2771 | Iron, Anvil # 1106384 | EA | 54.0 | 263.52 |
| 6147 | Fitting, 1-1/4", 150# Black Banded Coupling | EA | 63.0 | 258.93 |
| 2683 | 1109685 | EA | 8.0 | 254.40 |
| 6173 | Fitting, 5", 150# Black Steel Plug | EA | 13.0 | 251.29 |
| 2667 | iron, 1102281 | EA | 18.0 | 247.73 |
| 6198 | Fitting, 1/2", 150# Black Threaded 45 | EA | 114.0 | 246.24 |

| Plant | Caldwell | | | 204,990.2 |
|---|---|---|---|---|
| Trimmed Part # | Part Description | UOM | Qty | Inventory Value |
| 34 02720 | Steel | EA | 282.0 | 242.52 |
| 2783 | 1106546 | EA | 9.0 | 240.84 |
| 2681 | black iron, 1108573 | EA | 12.0 | 240.00 |
| 6057 | Fitting, 1-1/4", 150# Black Threaded Street 90 | EA | 40.0 | 238.00 |
| 6161 | Fitting, 1-1/2", 150# Black Steel Cap | EA | 71.0 | 237.78 |
| 2811 | Anvil # 1108441 | EA | 27.0 | 236.25 |
| 2779 | 1106490 | EA | 109.0 | 227.02 |
| 6152 | Bushing | EA | 17.0 | 226.78 |
| 6065 | Fitting, 3/4", 150# Black Threaded Street 45 | EA | 93.0 | 225.06 |
| 6064 | Fitting, 1-1/4", 150# Black Threaded Street 45 | EA | 55.0 | 224.40 |
| 2695 | , 20120-8-10 | EA | 15.0 | 224.25 |
| EVF6 | E VENT 6" 8oz FEMALE | EA | 3.0 | 221.54 |
| 6193 | Fitting, 1-1/4", 150# Black Threaded 90 | EA | 49.0 | 221.48 |
| 6072 | Reducer | EA | 22.0 | 219.34 |
| 2686 | 1110861 | EA | 22.0 | 217.80 |
| 6063 | Fitting, 1", 150# Black Threaded Street 45 | EA | 97.0 | 216.31 |
| 3251 | MFG# H804 SS | EA | 9.0 | 209.61 |
| 2682 | 1109669 | EA | 20.0 | 208.30 |
| 6174 | Fitting, 1/2", 150# Black Union | EA | 49.0 | 203.35 |
| 31 98049 | 200 DC AL ANDREWS DIXON | EA | 16.0 | 199.20 |
| 6200 | Fitting, 1", 150# Black Threaded 45 | EA | 57.0 | 191.52 |
| 6059 | Fitting, 1/2", 150# Black Threaded Tee | EA | 109.0 | 190.75 |
| 2703 | , 20120-16-16 | EA | 7.0 | 177.50 |
| 6182 | Fitting, 1", 150# Black Pilot Flange | EA | 37.0 | 177.23 |
| 7467 | LF(SMITH | EA | 8.0 | 176.40 |
| 6039 | Bushing | EA | 57.0 | 174.42 |
| 4041 | Conduit, 2.5" x 10', Aluminium Rigid | EA | 1.0 | 169.69 |
| 6101 | Nipple | EA | 76.0 | 168.72 |
| 6062 | Fitting, 1-1/2", 150# Black Threaded Street 45 | EA | 33.0 | 166.98 |
| 1109 | Sheet HR, 3/16 X 48 X 144, A1011 | EA | 1.0 | 162.14 |
| 6069 | Reducer | EA | 14.0 | 161.70 |
| 7469 | VALVE | EA | 19.0 | 159.52 |
| 2675 | iron, 1103083 | EA | 22.0 | 158.96 |
| 6194 | Fitting, 1-1/2", 150# Black Threaded 90 | EA | 32.0 | 158.45 |
| 6038 | Bushing | EA | 53.0 | 157.41 |
| 6160 | Fitting, 1-1/4", 150# Black Steel Cap | EA | 55.0 | 156.75 |
| 6077 | Reducer | EA | 40.0 | 155.60 |
| 6074 | Reducer | EA | 22.0 | 153.34 |
| 6050 | Fitting, 2" x 1", 150# Black Threaded Bushing | EA | 32.0 | 152.32 |
| 6171 | Fitting, 1-1/4", 150# Black Steel Plug | EA | 78.0 | 152.10 |
| 6172 | Fitting, 3", 150# Black Steel Plug | EA | 34.0 | 151.30 |
| 6071 | Reducer | EA | 17.0 | 148.07 |
| 6197 | Fitting, 3/8", 150# Black Threaded 45 | EA | 71.0 | 145.55 |
| 2687 | 1110870 | EA | 9.0 | 144.00 |
| 6154 | Bushing | EA | 7.0 | 140.07 |
| 2700 | Fitting, Male Elbow 37 Deg. Flare/NPTF, 1" Pipe Thread, , 2103--16--16 | EA | 12.0 | 139.32 |
| 6058 | Fitting, 3/4", 150# Black Threaded Tee | EA | 54.0 | 138.14 |
| 6176 | Fitting, 1", 150# Black Union | EA | 15.0 | 137.25 |
| 6199 | Fitting, 3/4", 150# Black Threaded 45 | EA | 71.0 | 137.03 |
| 6067 | Fitting, 3/8", 150# Black Threaded Street 45 | EA | 75.0 | 135.75 |
| 6144 | Fitting, 3/8", 150# Black Banded Coupling | EA | 60.0 | 135.00 |
| 6151 | Bushing | EA | 22.0 | 134.64 |
| 2649 | 1124901 | EA | 14.0 | 133.84 |
| 2702 | Hose I.D., , 20620-10-10 | EA | 9.0 | 133.82 |

| Plant | Caldwell | | | 204,990.2 |
|---|---|---|---|---|
| | | | | |
| **Trimmed Part #** | **Part Description** | **UOM** | **Qty** | **Inventory Value** * |
| 2802 | 1107534 | EA | 25.0 | 132.25 |
| 2685 | 1110853 | EA | 18.0 | 131.40 |
| 6051 | Bushing | EA | 32.0 | 128.96 |
| 6143 | Fitting, 1/4", 150# Black Banded Coupling | EA | 57.0 | 128.25 |
| 2659 | 3/4in Ball Valve, 691---04001V | EA | 9.0 | 125.64 |
| 6138 | 40 Nipple | EA | 87.0 | 123.54 |
| 6066 | Fitting, 1/2", 150# Black threaded Street 45 | EA | 83.0 | 122.84 |
| 6133 | Nipple | EA | 11.0 | 117.74 |
| 6040 | Bushing | EA | 50.0 | 113.00 |
| 2670 | iron, 1102320 | EA | 3.0 | 112.74 |
| 2672 | black iron, 1102681 | EA | 22.0 | 112.20 |
| 2899 | Iron, Anvil # 1124293 | EA | 34.0 | 110.84 |
| 6159 | Fitting, 3/4", 150# Black Steel Cap | EA | 64.0 | 108.80 |
| 6166 | Fitting, 6", 150# Black Steel Cap | EA | 2.0 | 108.30 |
| 6195 | Fitting, 1/8", 150# Black Threaded 45 | EA | 38.0 | 107.92 |
| 2693 | Fitting, Male Con. 37 Degree Flare/NPTF, 3/4" Pipe Thread, , 0103-12-12 | EA | 43.0 | 107.89 |
| 6083 | Reducer | EA | 50.0 | 106.00 |
| 6078 | Reducer | EA | 37.0 | 105.82 |
| 6131 | Nipple | EA | 10.0 | 105.20 |
| 2673 | black iron, 1103067 | EA | 32.0 | 104.96 |
| 6076 | Bell Reducer | EA | 22.0 | 104.72 |
| 6162 | Fitting, 2", 150# Black Steel Cap | EA | 41.0 | 104.23 |
| 6049 | Bushing | EA | 21.0 | 99.96 |
| 6136 | Nipple | EA | 124.0 | 99.20 |
| 2656 | 1-1/2in S-C CV30 Inline Check Valve, 32 | EA | 4.0 | 99.00 |
| 2694 | Fitting, Male Con. 37 Degree Flare/NPTF, 1/2" Pipe Thread, , 0103-8-10 | EA | 52.0 | 97.97 |
| 1119 | Sheet HR, 10GA X 48 X 144, A1011 | EA | 1.0 | 97.88 |
| 2676 | black iron, 1106392 | EA | 22.0 | 97.68 |
| 6087 | Reducer | EA | 41.0 | 97.17 |
| 6037 | Bushing | EA | 40.0 | 94.40 |
| 6145 | Fitting, 1/2", 150# Black Banded Coupling | EA | 55.0 | 92.95 |
| 6075 | Reducer | EA | 19.0 | 90.44 |
| 6134 | Nipple | EA | 130.0 | 88.40 |
| 6184 | Fitting, 1-1/2", 150# Black Pilot Flange | EA | 23.0 | 88.09 |
| 2704 | Hose I.D., , 20620-16-16 | EA | 3.0 | 87.08 |
| 2663 | iron, 1102087 | EA | 21.0 | 86.58 |
| 6158 | Fitting, 1/2", 150# Black Steel Cap | EA | 65.0 | 85.80 |
| 6081 | Reducer | EA | 30.0 | 84.90 |
| 6164 | Fitting, 4", 150# Black Steel Cap | EA | 6.0 | 84.60 |
| 200050 | 2" X 2" X 1/2" 150# BLACK MI TEE | EA | 11.0 | 84.04 |
| 6052 | Bushing | EA | 18.0 | 83.70 |
| 6129 | Nipple | EA | 30.0 | 82.50 |
| 6070 | Reducer | EA | 7.0 | 80.85 |
| 6137 | Nipple | EA | 69.0 | 80.73 |
| 6189 | Fitting, 3/8", 150# Black Threaded 90 | EA | 48.0 | 80.16 |
| 2696 | I.D. , , 20120-8-8 | EA | 9.0 | 79.65 |
| 6107 | Nipple | EA | 36.0 | 78.84 |
| 6140 | Nipple | EA | 15.0 | 78.75 |
| 6126 | Nipple | EA | 41.0 | 78.31 |
| 6084 | Reducer | EA | 34.0 | 76.50 |
| 4416 | GASKET, CAT 10.0", HARCO 501000G | EA | 3.0 | 75.79 |
| 6170 | Fitting, 1", 150# Black Steel Plug | EA | 62.0 | 74.87 |
| 6048 | Bushing | EA | 20.0 | 74.00 |

| Plant | Caldwell | | | 204,990.2 |
|---|---|---|---|---|
| | | | | |
| Trimmed Part # | Part Description | UOM | Qty | Inventory Value | * |
| 6088 | Reducer | EA | 30.0 | 71.10 |
| 6095 | Nipple | EA | 28.0 | 70.28 |
| 6082 | Reducer | EA | 50.0 | 69.50 |
| 6187 | Fitting, 1/8", 150# Black Threaded 90 | EA | 36.0 | 69.48 |
| 2885 | Anvil # 1123581 | EA | 36.0 | 69.12 |
| 6089 | Fitting, 2", 150# Black Schedule 40 Weld 90 | EA | 18.0 | 66.78 |
| 6036 | Bushing | EA | 49.0 | 66.56 |
| 2778 | 1106481 | EA | 53.0 | 66.25 |
| 6073 | Bell Reducer | EA | 11.0 | 66.11 |
| 6068 | Reducer | EA | 7.0 | 66.01 |
| 6111 | Nipple | EA | 32.0 | 66.00 |
| 2903 | Anvil # 1124374 | EA | 14.0 | 65.57 |
| 6146 | Fitting, 1", 150# Black Banded Coupling | EA | 39.0 | 65.52 |
| 6181 | Fitting, 3/4", 150# Black Pilot Flange | EA | 22.0 | 65.10 |
| 2768 | Iron, Anvil # 1106350 | EA | 56.0 | 64.94 |
| 6188 | Fitting, 1/4", 150# Black Threaded 90 | EA | 34.0 | 64.26 |
| 6139 | 40 Nipple | EA | 28.0 | 63.28 |
| 6106 | Nipple | EA | 29.0 | 62.83 |
| 6094 | Nipple | EA | 29.0 | 62.06 |
| 2701 | Fitting, Male Con. 37 Degree Flare/NPTF, 1" Pipe Thread, , 0103-16-16 | EA | 16.0 | 61.28 |
| 6035 | Bushing | EA | 51.0 | 61.20 |
| 6044 | Bushing | EA | 21.0 | 61.11 |
| 1143 | Flat Bar, 3/4" x 10" x 20', A36 | EA | 4.0 | 61.04 |
| 6046 | Bushing | EA | 24.0 | 60.96 |
| 2794 | 1107348 | EA | 27.0 | 60.75 |
| 6142 | Fitting, 1/8", 150# Black Banded Coupling | EA | 47.0 | 60.63 |
| 6042 | Bushing | EA | 32.0 | 58.56 |
| 6123 | Nipple | EA | 26.0 | 57.46 |
| 6079 | Reducer | EA | 24.0 | 56.88 |
| 6121 | Nipple | EA | 35.0 | 56.35 |
| 6116 | Nipple | EA | 46.0 | 56.12 |
| 6190 | Fitting, 1/2", 150# Black Threaded 90 | EA | 42.0 | 55.02 |
| 6196 | Fitting, 1/4", 150# Black Threaded 45 | EA | 41.0 | 54.94 |
| 2692 | Hose I.D., , 2JS20-12-12 | EA | 2.0 | 54.62 |
| 2699 | Fitting, Male Elbow 37 Deg. Flare/NPTF, 3/4" Pipe Thread, , 2103--12--12 | EA | 7.0 | 54.60 |
| 6100 | Nipple | EA | 29.0 | 54.52 |
| 6086 | Reducer | EA | 23.0 | 54.51 |
| 2901 | Anvil # 1124331 | EA | 14.0 | 54.08 |
| 6113 | Nipple | EA | 43.0 | 53.75 |
| 6099 | Nipple | EA | 43.0 | 53.32 |
| 2884 | Anvil # 1123564 | EA | 25.0 | 53.00 |
| 6128 | Nipple | EA | 21.0 | 52.92 |
| 6119 | Nipple | EA | 38.0 | 52.44 |
| 2650 | 2234297 | EA | 4.0 | 51.64 |
| 2746 | Iron, Anvil # 1102443 | EA | 18.0 | 51.48 |
| 6135 | Nipple | EA | 65.0 | 50.70 |
| 2902 | Anvil # 1124358 | EA | 13.0 | 50.57 |
| 6117 | Nipple | EA | 33.0 | 50.49 |
| 6047 | Bushing | EA | 15.0 | 49.95 |
| 6085 | Reducer | EA | 47.0 | 48.88 |
| 2825 | # 1108824 | EA | 9.0 | 47.52 |
| 2900 | Anvil # 1124315 | EA | 17.0 | 47.26 |
| 6132 | Nipple | EA | 4.0 | 47.15 |

| Plant | Caldwell | | | 204,990.2 |
|-------|----------|---|---|-----------|
| | | | | |
| **Trimmed Part #** | **Part Description** | **UOM** | **Qty** | **Inventory Value** * |
| 6125 | Nipple | EA | 16.0 | 46.08 |
| 6124 | Nipple | EA | 18.0 | 45.90 |
| 2674 | black iron, 1103075 | EA | 26.0 | 45.33 |
| 6155 | Fitting, 1/8", 150# Black Steel Cap | EA | 53.0 | 44.52 |
| 6112 | Nipple | EA | 38.0 | 42.94 |
| 6122 | Nipple | EA | 22.0 | 41.14 |
| 6080 | Reducer | EA | 15.0 | 39.90 |
| 1086 | Gr.A/B | EA | 7.0 | 38.01 |
| 6032 | Bushing | EA | 55.0 | 37.95 |
| 6191 | Fitting, 3/4", 150# Black Threaded 90 | EA | 22.0 | 36.74 |
| 6045 | Bushing | EA | 20.0 | 36.60 |
| 6033 | Bushing | EA | 43.0 | 36.08 |
| 6041 | Bushing | EA | 16.0 | 35.68 |
| 6192 | Fitting, 1", 150# Black Threaded 90 | EA | 13.0 | 35.62 |
| 6054 | Bushing | EA | 7.0 | 34.44 |
| 6053 | Fitting, 3" x 2", 150# Black Threaded Bushing | EA | 7.0 | 33.88 |
| 2775 | 1106457 | EA | 44.0 | 33.44 |
| 6034 | Bushing | EA | 41.0 | 33.21 |
| 6102 | Nipple | EA | 36.0 | 32.76 |
| 6157 | Fitting, 3/8", 150# Black Steel Cap | EA | 43.0 | 32.25 |
| 6105 | Nipple | EA | 23.0 | 31.74 |
| 6130 | Nipple | EA | 9.0 | 31.68 |
| 6104 | Nipple | EA | 27.0 | 31.59 |
| 1141 | Flat Bar, 1/2" x 2-1/2" x 20', A36 | EA | 13.0 | 30.94 |
| 6103 | Nipple | EA | 33.0 | 30.03 |
| 6031 | Bushing | EA | 60.0 | 30.00 |
| 6127 | Nipple | EA | 14.0 | 29.82 |
| 2874 | Iron, Anvil # 1123246 | EA | 40.0 | 29.75 |
| 2886 | Anvil # 1123602 | EA | 13.0 | 29.51 |
| 6114 | Nipple | EA | 32.0 | 29.12 |
| 6092 | Nipple | EA | 29.0 | 28.71 |
| 6120 | Nipple | EA | 20.0 | 28.20 |
| 6030 | Bushing | EA | 64.0 | 28.16 |
| 6168 | Fitting, 1/4", 150# Black Steel Plug | EA | 134.0 | 28.14 |
| 6093 | Nipple | EA | 24.0 | 28.08 |
| 2916 | Anvil # 2234211 | EA | 10.0 | 27.71 |
| 6043 | Fitting, 1-1/4" x 3/4", 150# | EA | 13.0 | 24.57 |
| 6091 | Nipple | EA | 28.0 | 24.36 |
| 6110 | Nipple | EA | 30.0 | 24.00 |
| 6096 | Nipple | EA | 28.0 | 23.24 |
| 2745 | Iron, Anvil # 1102435 | EA | 18.0 | 23.04 |
| 2774 | 1106449 | EA | 49.0 | 22.05 |
| 6056 | Fitting, 6" x 4", 150# Black Threaded Bushing | EA | 1.0 | 21.45 |
| 6109 | Nipple | EA | 32.0 | 21.44 |
| 2826 | # 1108832 | EA | 5.0 | 20.75 |
| 6098 | Nipple | EA | 20.0 | 20.40 |
| 6115 | Nipple | EA | 20.0 | 19.60 |
| 6055 | Fitting, 4" x 3", 150# Black Threaded Bushing | EA | 2.0 | 19.18 |
| 6108 | Nipple | EA | 27.0 | 18.90 |
| 1076 | Gr.A/B | EA | 2.0 | 18.12 |
| 6169 | Fitting, 3/8", 150# Black Steel Plug | EA | 61.0 | 17.08 |
| 6118 | Nipple | EA | 9.0 | 15.57 |
| 6090 | Nipple | EA | 18.0 | 14.94 |
| 2867 | Iron, Anvil # 1122975 | EA | 14.0 | 11.48 |
| 1064 | Angle, 3 x 3 x 1/4 x 40' A36 | EA | 2.0 | 9.42 |

| Plant | Caldwell | | | 204,990.2 | |
|-------|----------|--|--|-----------|--|
| | | | | | |
| **Trimmed Part #** | **Part Description** | **UOM** | **Qty** | **Inventory Value** | * |
| 6097 | Nipple | EA | 11.0 | 9.13 | |
| 1079 | Gr.A/B | EA | 1.0 | 9.08 | |
| 6167 | Fitting, 1/8", 150# Black Steel Plug | EA | 59.0 | 8.85 | |
| 6156 | Fitting, 1/4", 150# Black Steel Cap | EA | 16.0 | 8.16 | |
| 1075 | Gr.A/B | EA | 1.0 | 5.29 | |
| 1059 | Channel, MC6 x 15.3 x 40ft | EA | 0.0 | 0.00 | |

| Plant | Houston | | | 192,472.73 | |
|---|---|---|---|---|---|
| **Trimmed Part #** | **Part Description** | **UOM** | **Qty** | **Inventory Value** | * |
| 77952V40006 | HVAC, 20 ton, 208/3/60, 10kW heat AirPak240 MFG P/N: AirPak 240 No Substitutions | EA | 2.0 | 48,154.00 | |
| 77952E00546 | Wire, #4/0 Black Thhn Wire | FT | 3,985.0 | 10,241.45 | |
| 77952E00481 | Lug, Blue Ring Lugs #6 Hole | PKG | 919.0 | 8,811.67 | |
| 2919 | Lift Lug, 9" x 8-1/4" with 3/4" Web, SB Original | EA | 48.0 | 6,224.72 | |
| 25213325R01 | Coil, Galv G90, 18ga x 36" | LB | 7,960.0 | 5,146.14 | |
| 25213325R02 | Coil, Galv G90, 16ga x 36" | LB | 7,950.0 | 5,139.68 | |
| 25213325R18 | Coil, Galv G90, 18ga x 48" | LB | 8,080.0 | 5,130.80 | |
| 77954PCG61 | Paint, Powder Coating, ANSI 61-Gray | EA | 1,695.0 | 5,091.75 | |
| 77952PNT000 | Powder Coating, ANSI 70-Gray | LB | 1,084.0 | 4,856.32 | |
| 77952E00570 | Wire, #4/0 Bare Copper Wire (1000RL) | FT | 1,600.0 | 4,416.00 | |
| 77952EGASK | R427009 Safety Edge 11 MM W/ Bulb 164"McMaster #12335A51 | FT | 1,168.0 | 3,690.88 | |
| 77952E00310 | Seal, 2" EYSEF200        CRS-H EYSX61 2 FEMALE VERT/HORZ E | EA | 49.0 | 3,505.04 | |
| 7.7952E+266 | Wireway, Tee 6" x 6" | EA | 55.0 | 3,434.20 | |
| 3023 | Wire, 1-1C, THHN/THWN-2 1GA Stranded Copper, Black | FT | 2,600.0 | 2,709.17 | |
| 3272 | Ground Lug, Burndy, QA28-2N, Copper Terminal, Heavy Duty, 2 Hole, 3/0-4/0 AWG (Str), 1/2" Stud, 1-3/4" Stud Hole Spacing, 1 Screw | EA | 114.0 | 2,374.62 | |
| 779520000 | Conduit, 1" Rigid Galv | FT | 1,070.0 | 2,256.12 | |
| 77954PCW01 | White Glacier PCTT80140 Powder PPG | EA | 437.0 | 2,176.26 | |
| 77952PB0077 | Panelboard, 30 ckt panelboard, 240/120/1/60, 150A | EA | 1.0 | 2,096.00 | |
| 3125 | Wire, 2/0-1C, XHHW-2 2/0 Stranded Copper, Black | FT | 1,000.0 | 1,931.82 | |
| 3293 | Lug; Ilsco; 500 MCM 373 DLO; CU; Long Barrel; Single Hole;CLNS-500-1/2 | EA | 348.0 | 1,917.48 | |
| 3132 | Wire, 4/0-1C, Bare Copper | FT | 980.0 | 1,828.10 | |
| 4521 | Ground Pad, 3"x3"x0.75", Stainless Steel | EA | 77.0 | 1,750.00 | |
| 3027 | Wire, 4/0-1C, THHN/THWN-2 4/0 Stranded Copper, Black | FT | 700.0 | 1,728.83 | |
| 77952E00526 | Wire, #2 Black Thhn Wire | FT | 1,500.0 | 1,588.83 | |
| 3011 | Wire, 10-1C, THHN/THWN-2 10GA Stranded Copper, Blue | FT | 10,500.0 | 1,582.25 | |
| 3105 | Wire, 12-1C, XHHW-2 12GA Stranded Copper, Brown | FT | 11,000.0 | 1,485.00 | |
| 3111 | Wire, 10-1C, XHHW-2 10GA Stranded Copper, Blue | FT | 7,800.0 | 1,482.00 | |
| 77952E00494 | Compression Lug, 350MCM,(2).375",CU/TIN,LONG BBL | EA | 70.0 | 1,468.60 | |
| 77954INS020 | Insulation, 1" RMAX INSUL BOARD TSX-8500 R6 | EA | 42.0 | 1,465.20 | |
| 3024 | Wire, 1/0-1C, THHN/THWN-2 1/0 Stranded Copper, Black | FT | 1,400.0 | 1,463.00 | |
| 7795200000000000 | Conduit, 3" Rigid Galv | FT | 140.0 | 1,456.00 | |

| Plant | Houston | | | | 192,472.73 | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| Trimmed Part # | Part Description | UOM | Qty | | Inventory Value | * |
| 77952E00540 | Wire, #1 Black Thhn Wire | FT | 1,000.0 | | 1,430.00 | |
| 7.7952E+26 | Conduit, 2.5" Rigid Galv | FT | 200.0 | | 1,350.42 | |
| 3106 | Wire, 12-1C, XHHW-2 12GA Stranded Copper, Orange | FT | 10,000.0 | | 1,350.00 | |
| 77952E00463 | Yellow Ring Lugs (#10) (50pak)Eastenal #60042 | EA | 199.0 | | 1,307.37 | |
| 77952E00357 | Fitting, 1" Form 5 T | EA | 70.0 | | 1,287.87 | |
| 3015 | Wire, 10-1C, THHN/THWN-2 10GA Stranded Copper, Yellow | FT | 9,500.0 | | 1,263.50 | |
| 4332 | Controller ,Extended Alarm Board Atex 6 Unit Controller ,NEMA 12 | EA | 1.0 | | 1,200.00 | |
| 4041 | Conduit, 2.5" x 10', Aluminium Rigid | EA | 7.0 | | 1,187.83 | |
| 77952E00470 | Compression Lug, 2/0AWG,(1).3125",CU/TIN,STD BBL | EA | 281.0 | | 1,157.72 | |
| 3009 | Wire, 10-1C, THHN/THWN-2 10GA Stranded Copper, Red | FT | 7,500.0 | | 1,132.50 | |
| 77952E00363 | 1" CGB Form C (0.625-0.75) w/ Gasket | EA | 80.0 | | 1,050.40 | |
| 3013 | Wire, 10-1C, THHN/THWN-2 10GA Stranded Copper, Brown | FT | 6,500.0 | | 981.50 | |
| 77952E00375 | Gasket, 1.5" Form 5 gasket | EA | 238.0 | | 970.80 | |
| 4226 | Conduit Body ,3/4" Aluminum C,Copper Free Aluminum | EA | 61.0 | | 969.29 | |
| 77952E01418 | LUG,COMPR,350AWG,(2)1/2",CU/TIN,LONG BBLCLND-350-12-134 | EA | 154.0 | | 958.65 | |
| 3109 | Wire, 10-1C, XHHW-2 10GA Stranded Copper, Red | FT | 4,800.0 | | 813.41 | |
| 4234 | Conduit Body ,1-1/2" Aluminum LL,Copper Free Aluminum | EA | 13.0 | | 801.84 | |
| 3007 | Wire, 12-1C, THHN/THWN-2 12GA Stranded Copper, Yellow | FT | 7,500.0 | | 743.10 | |
| 77952E00661 | Drain Plug, 0.75" | EA | 50.0 | | 730.82 | |
| 3117 | Wire, 8-1C, XHHW-2 8GA Stranded Copper, Green | FT | 2,200.0 | | 677.78 | |
| 4229 | Conduit Body ,1" Aluminum LL,Copper Free Aluminum | EA | 28.0 | | 673.40 | |
| 3101 | Wire, 12-1C, XHHW-2 12GA Stranded Copper, Red | FT | 7,500.0 | | 637.50 | |
| 77952LTFL2 | LT FL 2-32W 120V METALUX, Cooper P/N: WN-232A-UNV-EB81-U No Substitutions | EA | 16.0 | | 624.00 | |
| 3006 | Wire, 12-1C, THHN/THWN-2 12GA Stranded Copper, Orange | FT | 5,000.0 | | 575.00 | |
| 7.7952E+148 | Clamp, 0.5" x 0.75" Conduit Cable Tray Clamp | EA | 20.0 | | 553.40 | |
| 7.7952E+174 | Bushing, 1.5" Threaded Male OZ Bushing | EA | 118.0 | | 543.98 | |
| 4042 | Conduit, 3" x 10', Aluminium Rigid | EA | 6.0 | | 515.10 | |
| 7.7952E+172 | Bushing, 1" Rigid Threaded Insul. Gnd Bushing | EA | 106.0 | | 509.86 | |
| 77952E01444 | 1.5" CGB Form D (0.875-1.0) CGB598 | EA | 19.0 | | 503.12 | |
| 4237 | Conduit Body ,1-1/2" Aluminum T,Copper Free Aluminum | EA | 12.0 | | 496.28 | |
| 77952E00544 | Wire, #2/0 Black Thhn Wire | FT | 300.0 | | 489.00 | |

| Plant | Houston | | | | 192,472.73 | |
|-------|---------|---|---|---|-----------|---|
| **Trimmed Part #** | **Part Description** | **UOM** | **Qty** | | **Inventory Value** | * |
| 25213325258 | Hinge, SGH-01 | EA | 100.0 | | 482.00 | |
| 25213325406 | Rectangular Tube, 3/8 x 6 x 2 x 24' A500 Gr A/B | EA | 2.0 | | 446.84 | |
| 4202 | Conduit Body ,3/4" Rigid LR,Form 5 Steel | EA | 17.0 | | 429.25 | |
| 3022 | Wire, 2-1C, THHN/THWN 2GA Stranded Copper, Green | FT | 490.0 | | 405.48 | |
| 77952E00467 | Compression Lug, 250MCM,(2)0.5",CU/TIN,LONG BBL | EA | 43.0 | | 404.20 | |
| 7.7952E+165 | Bushing, 1" Threaded Male OZ Bushing | EA | 151.0 | | 403.17 | |
| 4232 | Conduit Body ,1" Aluminum T,Copper Free Aluminum | EA | 29.0 | | 401.65 | |
| 3310 | Ring Terminal; Non-Insulated; 12-10AWG; 5/16" Stud | EA | 630.0 | | 378.00 | |
| 4231 | Conduit Body ,1" Aluminum C,Copper Free Aluminum | EA | 32.0 | | 375.90 | |
| 3121 | Wire, 2-1C, XHHW-2 2GA Stranded Copper, Black | FT | 500.0 | | 368.77 | |
| 77952E00366 | Hub, 3" Myers ST 8; Zinc | EA | 12.0 | | 365.88 | |
| 3018 | Wire, 6-1C, THHN/THWN-2 6GA Stranded Copper, Black | FT | 950.0 | | 354.84 | |
| 7.7952E+193 | Bushing, 0.5" Threaded Insulating Ground Bushing | EA | 108.0 | | 349.92 | |
| 3005 | Wire, 12-1C, THHN/THWN-2 12GA Stranded Copper, Brown | FT | 3,000.0 | | 345.00 | |
| 2235 | PH - Duplex Exterior Receptacle GFCI - 125V, 20A, Kit include:LEV GFNT2-I 5-20A SELF-TEST IVORYINT-MAT WP1010MXD 1G RCP COVERT&B - IHD3-2 3 HOLE 3/4INCHUNIV DEV B | EA | 9.0 | | 342.00 | |
| 7.7952E+182 | Bushing, 3.5" Threaded Male OZ Bushing | EA | 23.0 | | 339.94 | |
| 3021 | Wire, 2-1C, THHN/THWN-2 2GA Stranded Copper, Black | FT | 400.0 | | 338.02 | |
| 77952E00305 | Conduit Seal, 1" | EA | 18.0 | | 337.82 | |
| 77952E00356 | Fitting, 1" Form 5 LB | EA | 35.0 | | 335.48 | |
| 77952E00452 | Compression Lug, #8AWG,(1).3125",CU/TIN,STD BBL | EA | 228.0 | | 331.90 | |
| 7.7952E+79 | Screw, 2" Rigid Set Screw Coupling | EA | 12.0 | | 304.32 | |
| 7174 | Hub, 2" Myers ST 6; Zinc | EA | 20.0 | | 279.40 | |
| 4230 | Conduit Body ,1" Aluminum LR,Copper Free Aluminum | EA | 29.0 | | 277.92 | |
| 24213325124 | 1/2" x 6" Steel Flat Bar 20ft | EA | 3.0 | | 275.07 | |
| 77952E00414 | Clamp, Cable Tray Grounding Clamp #6-250MCMB-LINE 9A-2130 | EA | 21.0 | | 274.00 | |
| 4236 | Conduit Body ,1-1/2" Aluminum C,Copper Free Aluminum | EA | 19.0 | | 271.69 | |
| 77952E00518 | Wire, #12 Red XHHW Wire | FT | 2,000.0 | | 260.38 | |
| 2378 | Battery Vent Fan - Broan 8" Dia #509 4C706  180 CFM | EA | 2.0 | | 260.00 | |
| 77952E00608 | PanWrap-Harness wrap 0.5"OD (200') | FT | 240.0 | | 256.80 | |

| Plant | Houston | | | | 192,472.73 | |
|-------|---------|---|---|---|------------|---|
| | | | | | | |
| **Trimmed Part #** | **Part Description** | **UOM** | **Qty** | | **Inventory Value** | * |
| 3122 | Wire, 2-1C, XHHW-2 2GA Stranded Copper, Green | FT | 300.0 | | 256.08 | |
| 3292 | Hub, 1" Myers ST 3; Zinc | EA | 36.0 | | 242.28 | |
| 77952E01223 | Wire, #14 Blue XHHW Wire | FT | 2,120.0 | | 233.20 | |
| 77952E00400 | Washer, 0.375" SQ Flat Washer | EA | 330.0 | | 229.75 | |
| 77952E00379 | Fitting, 1" LR Form 5 | EA | 15.0 | | 226.65 | |
| 77952RABWP2 | Light Fixture, Exterior, 70W, 120V, HPS, Lamp & PC, RAB Lighting P/N: WP1GSN70/PC  No Substitutions | EA | 2.0 | | 218.88 | |
| 77952E01430 | Fitting, 1.5" Liquidtight w/gnd | EA | 14.0 | | 218.40 | |
| 3010 | Wire, 10-1C, THHN/THWN-2 10GA Stranded Copper, White | FT | 1,400.0 | | 211.40 | |
| 77952E00373 | 3/4" Form 5 Cov/Gas         CMI K75SG 3/4 STL CVR&GSKT | EA | 51.0 | | 204.00 | |
| 7.7952E+171 | Bushing, 1.5" Threaded Female OZ Bushing | EA | 93.0 | | 192.36 | |
| 4300 | Coupling,2-1/2",Compression Style | EA | 8.0 | | 192.00 | |
| 77952E00456 | Compression Lug,#4AWG,(1).375",CU/TIN,STD BBL | EA | 205.0 | | 190.65 | |
| 4203 | Conduit Body ,3/4" Rigid C,Form 5 Steel | EA | 28.0 | | 183.80 | |
| 77952E01029 | Wire, #14 White XHHW Wire | FT | 1,400.0 | | 182.00 | |
| 2640 | Doors, Bullet Hinge , 6", Stainless Steel, H2415 | EA | 17.0 | | 178.82 | |
| 4235 | Conduit Body ,1-1/2" Aluminum LR,Copper Free Aluminum | EA | 11.0 | | 178.35 | |
| 7.7952E+96 | Fitting, 0.75" LT w/GND(Str) LT75G | EA | 50.0 | | 173.50 | |
| 4228 | Conduit Body ,1" Aluminum LB,Copper Free Aluminum | EA | 36.0 | | 166.67 | |
| 4485 | Strap ,3/4",Rigid Unistrut Strap | EA | 288.0 | | 161.28 | |
| 7.7952E+160 | Bushing, 1" Threaded Female OZ Bushing | EA | 182.0 | | 160.16 | |
| 77952LTPC01 | Photocell, 1800W, 120v, swivel mount, Intermatic P/N: K4221C No Substitutions | EA | 11.0 | | 158.13 | |
| 7.7952E+179 | Bushing, 2" Rig threaded Insul gnd bushing | EA | 24.0 | | 156.48 | |
| 2232 | Receptacle Cover, Intermatic WP1010 MXD While In Use Weather Proof | EA | 15.0 | | 148.87 | |
| 77952E00390 | Hub, 2-1/2" Myers ST 7; Zinc | EA | 6.0 | | 141.30 | |
| 77952E01276 | 1/2 RIG/RIG PULL EL, JAKE      81DC or HL-601 | EA | 64.0 | | 140.80 | |
| 77952E00534 | Wire Nut, Orange Wire Nuts (jar of 100) | EA | 2,295.0 | | 137.70 | |
| 4227 | Conduit Body ,3/4" Aluminum T,Copper Free Aluminum | EA | 47.0 | | 135.21 | |
| 7.7952E+176 | Bushing, 3" Threaded Male OZ Bushing | EA | 10.0 | | 134.80 | |
| 77952E00368 | 2" LB Cover | EA | 15.0 | | 131.98 | |
| 4038 | Conduit, 1" x 10', Aluminium Rigid | EA | 90.0 | | 128.57 | |
| 3012 | Wire, 10-1C, THHN/THWN-2 10GA Stranded Copper, Green | FT | 900.0 | | 127.96 | |
| 77952E00718 | Union, 1" UNF305 UNION | EA | 5.0 | | 124.80 | |

| Plant | Houston | | | 192,472.73 |
|---|---|---|---|---|
| | | | | |
| **Trimmed Part #** | **Part Description** | **UOM** | **Qty** | **Inventory Value** \* |
| 77955TBMT20 | Terminal Marker, type DEK5/5, 1-50 | EA | 64.0 | 121.60 |
| 3019 | Wire, 6-1C, THHN/THWN-2 6GA Stranded Copper, Green | FT | 280.0 | 106.47 |
| 7.7952E+67 | Screw, 0.75" Set Screw Connector for Rigid Conduit | EA | 29.0 | 100.34 |
| 7.7952E+66 | Jake L, 0.75" | EA | 26.0 | 99.58 |
| 7.7952E+307 | Union, 0.75" UNF | EA | 8.0 | 96.80 |
| 7.7952E+28 | Close Nipple, 1" x 1.5" (Rigid) | EA | 70.0 | 89.60 |
| 77952E00455 | Compression Lug,#4AWG,(1).3125",CU/TIN,STD BBL | EA | 80.0 | 79.80 |
| 4476 | Coupling ,3/4",Rigid Galv. Coupling | EA | 112.0 | 75.47 |
| 4201 | Conduit Body ,3/4" Rigid LL,Form 5 Steel | EA | 9.0 | 74.49 |
| 7.7952E+175 | Bushing, 4" Threaded Female OZ Bushing | EA | 8.0 | 74.16 |
| 7.7952E+125 | Strap, 2" Rigid 1 Hole Strap  STL-CTY HS106 2-IN 1H STL CONDSTR | EA | 125.0 | 72.50 |
| 77952E00490 | Compression Lug, 500MCM,(1)0.5",CU/TIN,LONG BBL | EA | 7.0 | 71.54 |
| 77952E00453 | Compression Lug, #8AWG,(1).375",CU/TIN,STD BBL | EA | 105.0 | 70.35 |
| 4224 | Conduit Body ,3/4" Aluminum LL,Copper Free Aluminum | EA | 26.0 | 69.15 |
| 7.7952E+230 | 1 Gang WP duplex rec. flip cover | EA | 28.0 | 68.04 |
| 4039 | Conduit, 1.5" x 10', Aluminium Rigid | EA | 32.0 | 66.74 |
| 77952E00530 | Wire, #8 Black Xhhw Wire | FT | 200.0 | 65.80 |
| 77955TBR025 | Terminal Block, type WDU 10 GN, 65A | EA | 32.0 | 65.28 |
| 77952WDWIU | WD WIU cover COOPER, Intermatic P/N: WP3100C No Substitutions | EA | 11.0 | 62.15 |
| 7.7952E+208 | Double Switch Cover        STL-CTY RS5 COVER F/2SW | EA | 65.0 | 61.10 |
| 4490 | Strap ,3",Rigid Unistrut Strap | EA | 36.0 | 59.64 |
| 77952E00371 | 1" TB Form 5 Fitting | EA | 3.0 | 59.19 |
| 77952E01501 | Coupling, 0.75" EMT Compression | EA | 113.0 | 57.63 |
| 77954RAH001 | Handle, #1000us32d pull plate | EA | 2.0 | 56.00 |
| 77952000000 | Nipple, 0.75" x 4" | EA | 60.0 | 55.80 |
| 77952E00461 | Compression Lug, 4/0AWG, 2H 0.5", CU/TIN, LBBL | EA | 11.0 | 52.56 |
| 4206 | Conduit Body ,1" Rigid LL,Form 5 Steel | EA | 6.0 | 50.09 |
| 4033 | Conduit, 1.5" x 10', Rigid Galvanized | EA | 18.0 | 45.70 |
| 25154747123 | FLAT BAR 1/2x3 - 20' | EA | 1.0 | 44.78 |
| 7.7952E+72 | Locknut, 1.5" | EA | 119.0 | 36.89 |
| 77955TBEB08 | Terminal Block End Cover, DN-EC1/0 | EA | 88.0 | 34.32 |
| 3230 | COUPLING , COMPRESSION , 3/4?, EGS 6075S COMP EMT CPLG | EA | 96.0 | 32.88 |
| 7.7952E+109 | Strap, 1" Rigid 1 Hole | EA | 198.0 | 31.68 |
| 1058 | Crash Chain Door Guard, Single Spring Cal-Royal Products #CCD30 | EA | 2.0 | 30.98 |
| 4309 | Connector,2",Set Screw Style | EA | 29.0 | 30.05 |
| 77952E00574 | Wire, #14 Blue THHN Wire | FT | 500.0 | 30.00 |

| Plant | Houston | | | 192,472.73 | |
|-------|---------|---|---|-----------|---|
| | | | | | |
| Trimmed Part # | Part Description | UOM | Qty | Inventory Value | * |
| 4508 | Lock Nut,2 1/2",Zinc Plat. Lock Nut⌐N107 | EA | 36.0 | 28.07 | |
| 77952E01008 | Wire, #18 Green TFFN Wire | FT | 500.0 | 24.69 | |
| 2048 | Receptacle, Duplex Interior GFCI - 125V, 20A, Specification Grade, Hubbell GF20ILA, 5-20R | EA | 3.0 | 24.45 | |
| 77952E00465 | Compression Lug, #1AWG,(1).375",CU/TIN,STD BBL | EA | 13.0 | 24.44 | |
| 4225 | Conduit Body ,3/4" Aluminum LR,Copper Free Aluminum | EA | 7.0 | 23.47 | |
| 4436 | Bushing ,1/2",Threaded Nylon Bushing | EA | 562.0 | 22.45 | |
| 7.7952E+207 | Single Switch Cover        RS-3 or equiv | EA | 51.0 | 22.40 | |
| 4452 | Nipple ,1/2",Zinc Die Cast Chase Nipple | EA | 97.0 | 22.31 | |
| 4302 | Coupling,2",Compression Style | EA | 13.0 | 21.45 | |
| 77952E00651 | Washer, Reducing, 0.75" x 0.5" | EA | 383.0 | 19.15 | |
| 7.7952E+23 | Nipple, 1" x 4" | EA | 12.0 | 17.04 | |
| 77952E00326 | Conduit Fitting, 0.75", Cast Iron LR | EA | 2.0 | 16.76 | |
| 7.7952E+101 | Coupling, 0.75" Rigid | EA | 22.0 | 16.50 | |
| 4442 | Bushing ,3 1/2",Threaded Nylon Bushing | EA | 21.0 | 14.69 | |
| 77952E01269 | 1/2" Conduit hanger        6HO B | EA | 74.0 | 14.06 | |
| 4037 | Conduit, 3/4" x 10', Aluminium Rigid | EA | 13.0 | 13.39 | |
| 2984 | 1" Set Screw Box Connector with Insullated Throat | EA | 43.0 | 13.09 | |
| 77952E00650 | Knockout Seal, 0.75"" | EA | 35.0 | 10.85 | |
| 77952E01225 | Wire, #14 Yellow THHN Wire | FT | 600.0 | 10.19 | |
| 77955TBR006 | Terminal Block, DN-T12, 20A | EA | 26.0 | 9.88 | |
| 77952E01004 | Wire, #18 Black TFFN Wire | FT | 200.0 | 9.60 | |
| 7.7952E+55 | Screw, 1" EMT Set Screw Conn | EA | 25.0 | 7.75 | |
| 2079 | Receptacle, Duplex Interior, Standard - 125V, 20A, Specification Grade, 5-20RHUBW CR20I 20A 125V DPLX RCPT | EA | 8.0 | 7.52 | |
| 4486 | Strap ,1",Rigid Unistrut Strap | EA | 14.0 | 7.40 | |
| 7.7952E+59 | Screw, 0.5" EMT Set Screw Coupling | EA | 50.0 | 6.63 | |
| 7.7952E+58 | Screw, 0.5" EMT Set Screw Connector | EA | 57.0 | 5.93 | |
| 2035 | Light Switch- 20A, Single Pole Switch, Hubbell CS120I | EA | 5.0 | 5.16 | |
| 77952E01274 | 1/2" lock ring LN101SC | EA | 48.0 | 2.40 | |
| 7.7952E+136 | Strap, 2" EMT Unistrut Strap  BLINE1 B2213PAZN 2IN PIPE CLMP | EA | 2.0 | 2.02 | |

| Plant | South Bend | | | 150,358.86 | |
|-------|-----------|---|-----|------|---|
| **Trimmed Part #** | **Part Description** | **UOM** | **Qty** | **Inventory Value** | * |
| 7470 | FLUORESCENT FIXTURE, XP, 265mA, 17 or 32 Watt (T8 Lamp), 4 Foot, 4 Lamp, 120 thru 277V 50/60 HZ, Emergency Battery Backup, OUTDOOR FIXTURERig-A-Lite XP26544LUEM | EA | 6.0 | 20,871.90 | |
| LTFIXI40242200 | Light Fixture, I40242200 GLAMOX | EA | 132.0 | 15,210.72 | |
| 6629 | Wire, Helutherm 145, 1x16 QMM Schwarz (1 conductor / 6awg / Black) Helukabel #59599 | FT | 9,842.0 | 12,979.24 | |
| 6630 | Wire, Helutherm 145, 1x16 QMM GN-GE (1 conductor / 6awg / Green-Yellow Stripe) Helukabel #59598 | FT | 9,186.0 | 12,114.22 | |
| 4418 | LIGHT FIXTURE, IP 65/IP67, GLAMOX V486242262 | EA | 124.0 | 11,275.32 | |
| 4101 | Air Conditioner, Marvair AVPA72ACD090NU-A2-100-VAR | EA | 2.0 | 7,800.00 | |
| 25154751004 | Bus Bar, 2", CU, Round Edge | SET | 74.0 | 7,608.00 | |
| 2300 | Lead-Lag Thermostat Bard Master Controller MC4000BC | EA | 8.0 | 6,156.24 | |
| 3111 | Wire, 10-1C, XHHW-2 10GA Stranded Copper, Blue | FT | 15,000.0 | 2,850.00 | |
| 4538 | Channel, C10 x 15.3 x 32', A572 | EA | 5.0 | 2,655.40 | |
| 4635 | Conduit, 1" EMT (ft) | FT | 3,000.0 | 2,643.60 | |
| 6633 | Wire, Helutherm 145, 1x6 QMM D.-Blau (1 conductor / 10awg / Blue) Helukabel #59572 | FT | 10,574.0 | 2,593.27 | |
| 4119 | Sheet, 12GA, 48"x76.5", A60 Galvannealed | EA | 38.0 | 2,590.46 | |
| 6627 | Wire, Helutherm 145, 1x6 QMM GN-GE (1 conductor / 10awg / Green-Yellow Stripe) Helukabel #59570 | FT | 7,217.0 | 2,170.37 | |
| 4537 | Channel, C10 x 15.3 @ 32'-3", A572 | EA | 4.0 | 2,124.32 | |
| 6631 | Wire, Helutherm 145, 1x6 QMM Schwarz (1 conductor / 10awg / Black) Helukabel #59571 | FT | 7,217.0 | 2,072.00 | |
| 7432 | Fluorescent Lamp, 38W, T8, High Efficiency, Philips Master TL-D Super 80-NO SUBSTITUTIONS | EA | 300.0 | 2,061.00 | |
| 4142 | Sheet, 18GA, 48"x119", A60 Galvannealed | EA | 49.0 | 1,890.42 | |
| 7936 | Filter, 18x24x2, Merv 8, CLARCOR/PUROLATOR 5251174862 KP-STD-S002 KEY PLEAT | EA | 464.0 | 1,568.32 | |
| 6623 | Wire, Helutherm 145, 1x16 QMM Grau (1 conductor / 6awg / Gray) Helukabel #59604 | FT | 10,574.0 | 1,485.86 | |
| 4065 | DIVIDER,3",CABLE TRAY, B-LINE 73SS4-144-WO | EA | 26.0 | 1,360.06 | |
| 3101 | Wire, 12-1C, XHHW-2 12GA Stranded Copper, Red | FT | 16,000.0 | 1,360.00 | |
| 4055 | CABLE TRAY,B-LINE 268P06-18-120 | EA | 11.0 | 1,174.91 | |

| Plant | South Bend | | | 150,358.86 | |
|---|---|---|---|---|---|
| **Trimmed Part #** | **Part Description** | **UOM** | **Qty** | **Inventory Value** | * |
| 6646 | Wire, Helutherm 145, 1x6 QMM Braun (1 conductor / 10awg / Brown) Helukabel #59573 | FT | 2,295.0 | 1,170.45 | |
| 4067 | GROUND STRAPS,COOPER B-LINE 99-N1 | EA | 108.0 | 1,155.60 | |
| 6641 | Wire, Helutherm 145, 1x4 QMM Schwarz (1 conductor / 12awg / Black) Helukabel #59557 | FT | 4,593.0 | 1,042.61 | |
| 2941 | Conduit , 3/4" EMT (ft) | FT | 2,000.0 | 1,015.80 | |
| 6632 | Wire, Helutherm 145, 1x6 QMM Grau (1 conductor / 10awg / Gray) Helukabel #59576 | FT | 1,968.0 | 1,003.68 | |
| 3104 | Wire, 12-1C, XHHW-2 12GA Stranded Copper, Green | FT | 10,000.0 | 956.30 | |
| 6635 | Wire, Helutherm 145, 1x2.5 QMM Weiss (1 conductor / 14awg / White) Helukabel #59547 | FT | 6,233.0 | 946.36 | |
| 6637 | Wire, Helutherm 145, 1x2.5 QMM Schwarz (1 conductor / 14awg / Black) Helukabel #59543 | FT | 6,233.0 | 946.36 | |
| 4082 | LIGHT,EXIT, LITHONIA LHQM-S-W-3-R-120/277ELN | EA | 8.0 | 822.40 | |
| 6643 | Wire, Helutherm 145, 1x4 QMM Gn-Ge (1 conductor / 12awg / Green-Yellow Stripe) Helukabel #59556 | FT | 3,608.0 | 787.99 | |
| 6642 | Wire, Helutherm 145, 1x4 QMM Weiss (1 conductor / 12awg / White) Helukabel #59561 | FT | 10,826.0 | 776.87 | |
| 4097 | PHOTO CONTROL,INTERMATIC K4236C | EA | 38.0 | 760.00 | |
| 4095 | ACTUATOR,HONEYWELL ML4115A | EA | 5.0 | 750.00 | |
| 4123 | Sheet, 14GA, 24x179", A60 Galvannealed | EA | 16.0 | 716.48 | |
| 3102 | Wire, 12-1C, XHHW-2 12GA Stranded Copper, White | FT | 7,500.0 | 709.65 | |
| 4129 | Sheet, 18GA, 36"x107.5", A60 Galvannealed | EA | 22.0 | 651.20 | |
| 3002 | Wire, 12-1C, THHN/THWN-2 12GA Stranded Copper, White | FT | 7,500.0 | 651.00 | |
| 4249 | Wire, 14-1C XHHW-2 STR BC 600V, XLP 90C WET/DRY GRY | FT | 7,500.0 | 615.00 | |
| 3112 | Wire, 10-1C, XHHW-2 10GA Stranded Copper, Green | FT | 5,000.0 | 597.40 | |
| 6656 | Wire, 2/0-1C FLEX STR TNC DLO EP, 90C VW1 CT USE UL RHH/RHW2, 2KV CSA 1KV MSHA, Black | FT | 250.0 | 570.00 | |
| 3000 | Wire, 12-1C, THHN/THWN-2 12GA Stranded Copper, Black | FT | 5,900.0 | 531.00 | |
| 4255 | Wire, 10-1C XHHW-2 STR BC 600V, XLP 90C WET/DRY BLK | FT | 2,500.0 | 475.00 | |
| 6757 | Wire, 14-1C XHHW-2 STR BC 600V, XLP 90C WET/DRY Blue | FT | 7,500.0 | 450.00 | |

| Plant | South Bend | | | 150,358.86 | |
|---|---|---|---|---|---|
| **Trimmed Part #** | **Part Description** | **UOM** | **Qty** | **Inventory Value** | * |
| 4109 | FIRE EXTINGUISHER,20 LB,PRO PLUS 20, KIDDE 468003 | EA | 4.0 | 440.44 | |
| 4130 | Sheet, 18GA, 36"x112", A60 Galvannealed | EA | 14.0 | 431.76 | |
| 3021 | Wire, 2-1C, THHN/THWN-2 2GA Stranded Copper, Black | FT | 500.0 | 422.53 | |
| 4088 | BRACKET,FIRE EXTINGUISHER, KIDDE 292474 | EA | 12.0 | 374.28 | |
| 4333 | Wire, 1/0-1C FLEX STR TNC DLO EP, 90C VW1 CT USE UL RHH/RHW2, 2KV CSA 1KV MSHA, Black | FT | 200.0 | 366.00 | |
| 4112 | SMOKE DETECTOR,SYSTEM SENSOR 2W-B | EA | 12.0 | 360.00 | |
| 6628 | Wire, Helutherm 145, 1x6 QMM Rot (1 conductor / 10awg / Red) Helukabel #59574 | FT | 10,170.0 | 338.76 | |
| 4083 | LIGHT,EXIT, LITHONIA LHQM-S-W-3-R-M4 | EA | 3.0 | 308.40 | |
| 3124 | Wire, 1/0-1C, XHHW-2 1/0 Stranded Copper, Black | FT | 200.0 | 287.62 | |
| 4266 | Wire, 12-3C STR TNC EP/CPE TRAY CBL, XHHW-2 CDRS EPR CPE JKT 600V, 90C VW-1 UL TC-ER E2, BLK | FT | 500.0 | 287.50 | |
| 3105 | Wire, 12-1C, XHHW-2 12GA Stranded Copper, Brown | FT | 2,000.0 | 270.00 | |
| 4107 | LIGHT,OUTSIDE, LITHONIA TWP70S120 | EA | 2.0 | 266.66 | |
| 4291 | Wire,16-1P STR TNC EP/CPE TRAY CBL, EPR O/A FOIL SHD CPE JKT 90C, 600V UL TC BLK/WHT | FT | 800.0 | 264.00 | |
| 4272 | Wire, 10-3C STR TNC EP/CPE TRAY CBL, XHHW-2 CDRS EPR CPE JKT 600V, 90C VW-1 UL TC-ER E2, BLK | FT | 300.0 | 264.00 | |
| 4282 | Wire, 14-12C STR BC VN TRAY CABLE, THHN CDRS PVC-NYL PVC JKT, 600V 90C UL TC-ER E2, BLK | FT | 200.0 | 242.00 | |
| 7458 | LED Interior Light Fixture 48" 120V, 4000 Lumens, Lithonia LBL440LEZ1LP840 | EA | 2.0 | 234.00 | |
| 4258 | Wire, 12-5C STR TNC EP/CPE TRAY CBL, XHHW-2 CDRS EPR CPE JKT 600V, 90C VW-1 UL TC-ER E2, BLK | FT | 200.0 | 214.00 | |
| 6644 | Wire, Helutherm 145, 1x4 QMM Rot (1 conductor / 12awg / Red) Helukabel #59560 | FT | 7,545.0 | 208.47 | |
| 4330 | Junction Box ,14x12x6,NEMA 12, PIANO HINGED, WIEGMANN B141206CH | EA | 1.0 | 172.03 | |
| 4345 | Wire, 2-1C FLEX STR TNC DLO EP CPE, 90C VW1 UL RHH/RHW1-2 2KV, CSA 1KV MSHA, Black | FT | 125.0 | 171.25 | |
| 6760 | Wire, 12-1C, XHHW-2 12GA Stranded Copper, Green/Yellow | FT | 1,500.0 | 160.50 | |

| Plant | South Bend | | | 150,358.86 | |
|---|---|---|---|---|---|
| **Trimmed Part #** | **Part Description** | **UOM** | **Qty** | **Inventory Value** | * |
| 6636 | Wire, Helutherm 145, 1x2.5 QMM Gn-Ge (1 conductor / 14awg / Green-Yellow Stripe) Helukabel #59542 | FT | 5,905.0 | 151.70 | |
| 4094 | ALARM,HEAT, 120VAC, KIDDE HD135F | EA | 5.0 | 150.00 | |
| 6638 | Wire, Helutherm 145, 1x2.5 QMM Rot (1 conductor / 14awg / Red) Helukabel #59546 | FT | 984.0 | 149.38 | |
| 3103 | Wire, 12-1C, XHHW-2 12GA Stranded Copper, Blue | FT | 1,200.0 | 114.01 | |
| 4089 | BRACKET,FIRE EXTINGUISHER, KIDDE 366242 | EA | 2.0 | 105.50 | |
| 6970 | MTW, 14-1C, UL1015 14 19STR BC 2/64 PVC 600V 105C 90C TEW 105C ROHS GRAY | FT | 1,000.0 | 94.00 | |
| 6771 | FPLR/CL3R, 14-2C SOL BC PVC JKT 75C 1000' REEL RED | FT | 500.0 | 92.00 | |
| 3113 | Wire, 10-1C, XHHW-2 10GA Stranded Copper, Brown | FT | 500.0 | 72.56 | |
| 6653 | Wire, 2-1C, Bare Copper | FT | 200.0 | 72.50 | |
| 6648 | Wire, Helutherm 145, 1x4 QMM Hellblau (1 conductor / 12awg / Light Blue) Helukabel #59558 | FT | 300.0 | 72.46 | |
| 2987 | 1" Conduit Hanger with Bolt  Trade Size 2 1" Rigid IMC & EMT Stamped Steel Load Max 60lbs @ 10' Hubbell Cat NO 2054 | EA | 200.0 | 68.00 | |
| 6652 | Wire, 14-3C STR TNC EP/CPE TRAY CABLE, XHHW-2 CDRS EPR CPE, 600V 90C VW-1 UL TC E2 | FT | 200.0 | 68.00 | |
| 6626 | Wire, Helutherm 145, 1x2.5 QMM Grau (1 conductor / 14awg / Brown) Helukabel #59618 | FT | 2,296.0 | 64.47 | |
| 6758 | Wire, 14-1C XHHW-2 STR BC 600V, XLP 90C WET/DRY Brown | FT | 1,000.0 | 60.00 | |
| 2986 | 3/4" Conduit Hanger with Bolt Trade Size 1 3/4" Rigid IMC & EMT Stamped Steel Load Max  50lbs @ 10' Hubbell Cat. NO 2053 | EA | 200.0 | 56.00 | |
| 3001 | Wire, 12-1C, THHN/THWN-2 12GA Stranded Copper, Red | FT | 500.0 | 45.25 | |
| 3109 | Wire, 10-1C, XHHW-2 10GA Stranded Copper, Red | FT | 250.0 | 42.37 | |
| 4086 | BRACKET,FIRE EXTINGUISHER, ANSUL 30937 | EA | 2.0 | 40.00 | |
| 4087 | BRACKET,FIRE EXTINGUISHER, KIDDE 270191 | EA | 2.0 | 39.68 | |
| 25154751002 | Bus Bar, 6", CU, Round Edge | SET | 0.0 | 0.00 | |

# Schedule A-39

# Furniture & Fixtures

| Asset Num | Group Code | Asset Description | Commissioned Date | Residual Value | CY Open Book Value | CY Open Cost | CY Open Depn | Current Book value | Current Cost value | Current Posted Depn | Current Prev Year Depn | Current Unposted Depn | Current YE Book value | Asset Life | Life Modifier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 56 | CA-FF | Lobby Chairs, Conf Table | 7/9/2013 | 0 | 78.63 | 700 | 621.37 | $ 43.62 | 700 | 35.01 | 621.37 | 43.62 | 0 | 60 | PERIODS |
| 58 | CA-FF | Filing Cabinets | 7/9/2013 | 0 | 20.22 | 180 | 159.78 | $ 11.22 | 180 | 9 | 159.78 | 11.22 | 0 | 60 | PERIODS |
| 59 | CA-FF | Parmar Furniture Co | 7/9/2013 | 0 | 180.85 | 1,610.00 | 1,429.15 | $ 100.36 | 1,610.00 | 80.49 | 1,429.15 | 100.36 | 0 | 60 | PERIODS |
| 64 | CA-FF | Office A/C - New | 7/9/2013 | 0 | 0 | 650 | 650 | $ - | 650 | 0 | 650 | 0 | 0 | 12 | PERIODS |
| 75 | CA-FF | Chairs Conference Room | 7/9/2013 | 0 | 468.4 | 1,280.00 | 811.6 | $ 422.68 | 1,280.00 | 45.72 | 811.6 | 137.14 | 285.54 | 84 | PERIODS |
| 77 | CA-FF | White Board Electronic | 7/9/2013 | 0 | 0 | 700 | 700 | $ - | 700 | 0 | 700 | 0 | 0 | 36 | PERIODS |
| 78 | CA-FF | Chair - Conf Room | 7/9/2013 | 0 | 95.16 | 260 | 164.84 | $ 85.86 | 260 | 9.3 | 164.84 | 27.84 | 58.02 | 84 | PERIODS |
| 117 | CA-FF | Industrial Builders Equip | 7/9/2013 | 0 | 0 | 4,210.00 | 4,210.00 | $ - | 4,210.00 | 0 | 4,210.00 | 0 | 0 | 48 | PERIODS |
| 122 | CA-FF | Desks, Furnitures (Engineering) | 7/9/2013 | 0 | 14,047.88 | 23,550.00 | 9,502.12 | $ 13,512.65 | 23,550.00 | 535.23 | 9,502.12 | 1,605.68 | 11,906.97 | 132 | PERIODS |
| 130005 | PH-FF | Office Furniture - Lot PH | 3/31/2013 | 0 | 2,236.20 | 7,224.64 | 4,988.44 | $ 1,978.17 | 7,224.64 | 258.03 | 4,988.44 | 774.06 | 1,204.11 | 84 | PERIODS |
| 130006 | CC-FF | Office Furniture - Lot CC | 3/31/2013 | 0 | 2,430.90 | 7,853.61 | 5,422.71 | $ 2,150.40 | 7,853.61 | 280.5 | 5,422.71 | 841.44 | 1,308.96 | 84 | PERIODS |
| 153046 | CC-FF | MSR Storage Shelving | 1/1/2015 | 0 | 3,506.87 | 6,137.00 | 2,630.13 | $ 3,287.69 | 6,137.00 | 219.18 | 2,630.13 | 657.53 | 2,630.16 | 7 | YEARS |
| | | | | | 23065.11 | | | $ 21,592.65 | | | | | | | |

# Schedule A-41

# IT Equipment

| Asset Num | Group Code | Asset Description | Commissioned Date | Residual Value | CY Open Book Value | CY Open Cost | CY Open Depn | Current Book value | Current Cost value | Current Posted Depn | Current Prev Year Depn | Current Unposted Depn | Current YE Book value | Asset Life | Life Modifier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 | CA-IT | Office Printer | 7/9/2013 | 0 | 0 | 40 | 40 | $ - | 40 | 0 | 40 | 0 | 0 | 12 | PERIODS |
| 57 | CA-IT | Laptop - Carson | 7/9/2013 | 0 | 0 | 30 | 30 | $ - | 30 | 0 | 30 | 0 | 0 | 12 | PERIODS |
| 61 | CA-IT | Desktop - Carson | 7/9/2013 | 0 | 0 | 30 | 30 | $ - | 30 | 0 | 30 | 0 | 0 | 12 | PERIODS |
| 62 | CA-IT | Computer Screens | 7/9/2013 | 0 | 0 | 30 | 30 | $ - | 30 | 0 | 30 | 0 | 0 | 12 | PERIODS |
| 63 | CA-IT | Laptops | 7/9/2013 | 0 | 0 | 120 | 120 | $ - | 120 | 0 | 120 | 0 | 0 | 12 | PERIODS |
| 65 | CA-IT | Computer Essentials | 7/9/2013 | 0 | 0 | 60 | 60 | $ - | 60 | 0 | 60 | 0 | 0 | 12 | PERIODS |
| 66 | CA-IT | Computer - New | 7/9/2013 | 0 | 0 | 70 | 70 | $ - | 70 | 0 | 70 | 0 | 0 | 12 | PERIODS |
| 67 | CA-IT | Computer Essentials | 7/9/2013 | 0 | 0 | 60 | 60 | $ - | 60 | 0 | 60 | 0 | 0 | 12 | PERIODS |
| 68 | CA-IT | Computer Essentials | 7/9/2013 | 0 | 0 | 70 | 70 | $ - | 70 | 0 | 70 | 0 | 0 | 12 | PERIODS |
| 69 | CA-IT | Computer Essentials | 7/9/2013 | 0 | 0 | 70 | 70 | $ - | 70 | 0 | 70 | 0 | 0 | 12 | PERIODS |
| 70 | CA-IT | Computer Essentials | 7/9/2013 | 0 | 0 | 90 | 90 | $ - | 90 | 0 | 90 | 0 | 0 | 12 | PERIODS |
| 71 | CA-IT | PacificCad, Inc. | 7/9/2013 | 0 | 0 | 60 | 60 | $ - | 60 | 0 | 60 | 0 | 0 | 12 | PERIODS |
| 72 | CA-IT | Printer Tom Shop Office | 7/9/2013 | 0 | 0 | 70 | 70 | $ - | 70 | 0 | 70 | 0 | 0 | 12 | PERIODS |
| 73 | CA-IT | Computer Essentials | 7/9/2013 | 0 | 0 | 60 | 60 | $ - | 60 | 0 | 60 | 0 | 0 | 12 | PERIODS |
| 74 | CA-IT | Black Box Network | 7/9/2013 | 0 | 0 | 90 | 90 | $ - | 90 | 0 | 90 | 0 | 0 | 12 | PERIODS |
| 76 | CA-IT | Computer Software | 7/9/2013 | 0 | 0 | 320 | 320 | $ - | 320 | 0 | 320 | 0 | 0 | 12 | PERIODS |
| 79 | CA-IT | Plas Software | 7/9/2013 | 0 | 0 | 1,540.00 | 1,540.00 | $ - | 1,540.00 | 0 | 1,540.00 | 0 | 0 | 12 | PERIODS |
| 80 | CA-IT | Salesman Laptop | 7/9/2013 | 0 | 0 | 110 | 110 | $ - | 110 | 0 | 110 | 0 | 0 | 12 | PERIODS |
| 81 | CA-IT | Computer Software (Linda) | 7/9/2013 | 0 | 0 | 150 | 150 | $ - | 150 | 0 | 150 | 0 | 0 | 12 | PERIODS |
| 82 | CA-IT | Laptop & Software | 7/9/2013 | 0 | 0 | 90 | 90 | $ - | 90 | 0 | 90 | 0 | 0 | 12 | PERIODS |
| 83 | CA-IT | Workstation & Software | 7/9/2013 | 0 | 0 | 100 | 100 | $ - | 100 | 0 | 100 | 0 | 0 | 12 | PERIODS |
| 84 | CA-IT | Workstation & Software | 7/9/2013 | 0 | 0 | 120 | 120 | $ - | 120 | 0 | 120 | 0 | 0 | 12 | PERIODS |
| 85 | CA-IT | Server | 7/9/2013 | 0 | 0 | 1,820.00 | 1,820.00 | $ - | 1,820.00 | 0 | 1,820.00 | 0 | 0 | 24 | PERIODS |
| 86 | CA-IT | Server | 7/9/2013 | 0 | 0 | 1,820.00 | 1,820.00 | $ - | 1,820.00 | 0 | 1,820.00 | 0 | 0 | 24 | PERIODS |
| 87 | CA-IT | Printer/Computer | 7/9/2013 | 0 | 0 | 260 | 260 | $ - | 260 | 0 | 260 | 0 | 0 | 12 | PERIODS |
| 88 | CA-IT | Computer - Chris | 7/9/2013 | 0 | 0 | 630 | 630 | $ - | 630 | 0 | 630 | 0 | 0 | 12 | PERIODS |
| 89 | CA-IT | Computer - Ed's | 7/9/2013 | 0 | 0 | 220 | 220 | $ - | 220 | 0 | 220 | 0 | 0 | 12 | PERIODS |
| 90 | CA-IT | Computer - Mark's | 7/9/2013 | 0 | 0 | 270 | 270 | $ - | 270 | 0 | 270 | 0 | 0 | 12 | PERIODS |
| 91 | CA-IT | Monitors - New | 7/9/2013 | 0 | 0 | 20 | 20 | $ - | 20 | 0 | 20 | 0 | 0 | 12 | PERIODS |
| 92 | CA-IT | Engineering Computer | 7/9/2013 | 0 | 0 | 480 | 480 | $ - | 480 | 0 | 480 | 0 | 0 | 12 | PERIODS |
| 93 | CA-IT | Computer | 7/9/2013 | 0 | 0 | 180 | 180 | $ - | 180 | 0 | 180 | 0 | 0 | 12 | PERIODS |
| 94 | CA-IT | Computer | 7/9/2013 | 0 | 0 | 280 | 280 | $ - | 280 | 0 | 280 | 0 | 0 | 12 | PERIODS |
| 95 | CA-IT | Computer Engineering Dept | 7/9/2013 | 0 | 0 | 360 | 360 | $ - | 360 | 0 | 360 | 0 | 0 | 12 | PERIODS |
| 96 | CA-IT | Scanner Engineering Dept | 7/9/2013 | 0 | 0 | 160 | 160 | $ - | 160 | 0 | 160 | 0 | 0 | 12 | PERIODS |
| 97 | CA-IT | Trae's Laptop | 7/9/2013 | 0 | 0 | 230 | 230 | $ - | 230 | 0 | 230 | 0 | 0 | 12 | PERIODS |
| 98 | CA-IT | Tyler's Laptop | 7/9/2013 | 0 | 0 | 310 | 310 | $ - | 310 | 0 | 310 | 0 | 0 | 12 | PERIODS |
| 100 | CA-IT | Backu's Computer | 7/9/2013 | 0 | 0 | 400 | 400 | $ - | 400 | 0 | 400 | 0 | 0 | 12 | PERIODS |
| 101 | CA-IT | Monitors (Steve & Car) | 7/9/2013 | 0 | 0 | 230 | 230 | $ - | 230 | 0 | 230 | 0 | 0 | 12 | PERIODS |
| 102 | CA-IT | Dave N's Computer | 7/9/2013 | 0 | 0 | 260 | 260 | $ - | 260 | 0 | 260 | 0 | 0 | 12 | PERIODS |
| 103 | CA-IT | Scott's Laptop | 7/9/2013 | 0 | 0 | 450 | 450 | $ - | 450 | 0 | 450 | 0 | 0 | 12 | PERIODS |

| Asset Num | Group Code | Asset Description | Commissioned Date | Residual Value | CY Open Book Value | CY Open Cost | CY Open Depn | Current Book value | Current Cost value | Current Posted Depn | Current Prev Year Depn | Current Unposted Depn | Current YE Book value | Asset Life | Life Modifier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 104 | CA-IT | Computers for Engineering | 7/9/2013 | 0 | 0 | 610 | 610 | $ - | 610 | 0 | 610 | 0 | 0 | 12 | PERIODS |
| 105 | CA-IT | Software and SW Support | 7/9/2013 | 0 | 0 | 4,090.00 | 4,090.00 | $ - | 4,090.00 | 0 | 4,090.00 | 0 | 0 | 36 | PERIODS |
| 106 | CA-IT | Server | 7/9/2013 | 0 | 0 | 1,780.00 | 1,780.00 | $ - | 1,780.00 | 0 | 1,780.00 | 0 | 0 | 36 | PERIODS |
| 107 | CA-IT | KJ Computer | 7/9/2013 | 0 | 0 | 260 | 260 | $ - | 260 | 0 | 260 | 0 | 0 | 12 | PERIODS |
| 109 | CA-IT | Engineering Dept Computer | 7/9/2013 | 0 | 0 | 1,220.00 | 1,220.00 | $ - | 1,220.00 | 0 | 1,220.00 | 0 | 0 | 12 | PERIODS |
| 110 | CA-IT | Computer | 7/9/2013 | 0 | 0 | 1,520.00 | 1,520.00 | $ - | 1,520.00 | 0 | 1,520.00 | 0 | 0 | 24 | PERIODS |
| 112 | CA-IT | Equipment - Laptop | 7/9/2013 | 0 | 0 | 670 | 670 | $ - | 670 | 0 | 670 | 0 | 0 | 24 | PERIODS |
| 113 | CA-IT | Software | 7/9/2013 | 0 | 0 | 160 | 160 | $ - | 160 | 0 | 160 | 0 | 0 | 48 | PERIODS |
| 114 | CA-IT | Laptop | 7/9/2013 | 0 | 0 | 430 | 430 | $ - | 430 | 0 | 430 | 0 | 0 | 24 | PERIODS |
| 115 | CA-IT | Monitor | 7/9/2013 | 0 | 0 | 280 | 280 | $ - | 280 | 0 | 280 | 0 | 0 | 48 | PERIODS |
| 116 | CA-IT | Equipment - Microsoftware | 7/9/2013 | 0 | 0 | 290 | 290 | $ - | 290 | 0 | 290 | 0 | 0 | 24 | PERIODS |
| 118 | CA-IT | Netgear/Server | 7/9/2013 | 0 | 0 | 2,320.00 | 2,320.00 | $ - | 2,320.00 | 0 | 2,320.00 | 0 | 0 | 24 | PERIODS |
| 119 | CA-IT | Laptop | 7/9/2013 | 0 | 0 | 670 | 670 | $ - | 670 | 0 | 670 | 0 | 0 | 24 | PERIODS |
| 120 | CA-IT | 3 Computer Stations | 7/9/2013 | 0 | 0 | 1,360.00 | 1,360.00 | $ - | 1,360.00 | 0 | 1,360.00 | 0 | 0 | 24 | PERIODS |
| 121 | CA-IT | 3-Engineering Computer | 7/9/2013 | 0 | 0 | 5,820.00 | 5,820.00 | $ - | 5,820.00 | 0 | 5,820.00 | 0 | 0 | 24 | PERIODS |
| 123 | CA-IT | Laptop Pro M | 7/9/2013 | 0 | 0 | 1,290.00 | 1,290.00 | $ - | 1,290.00 | 0 | 1,290.00 | 0 | 0 | 36 | PERIODS |
| 315 | CA-IT | Gem State - Radios | 6/10/2014 | 0 | 0 | 7,796.00 | 7,796.00 | $ - | 7,796.00 | 0 | 7,796.00 | 0 | 0 | 24 | PERIODS |
| 326 | CC-IT | AutoCad Product Deign Suite Premium 2014 | 3/11/2014 | 0 | 0 | 7,120.00 | 7,120.00 | $ - | 7,120.00 | 0 | 7,120.00 | 0 | 0 | 36 | PERIODS |
| 328 | CA-IT | Workstations - Caldwell | 3/30/2014 | 0 | 0 | 9,438.18 | 9,438.18 | $ - | 9,438.18 | 0 | 9,438.18 | 0 | 0 | 2 | YEARS |
| 334 | CA-IT | Caldwell Engineering Workstation #1 - 8N2NR22 | 11/26/2014 | 0 | 0 | 4,037.64 | 4,037.64 | $ - | 4,037.64 | 0 | 4,037.64 | 0 | 0 | 3 | YEARS |
| 335 | CA-IT | Caldwell Engineering Workstation #2 - 8N2MR22 | 11/26/2014 | 0 | 0 | 4,037.64 | 4,037.64 | $ - | 4,037.64 | 0 | 4,037.64 | 0 | 0 | 3 | YEARS |
| 336 | CA-IT | Caldwell Engineering Workstation #3 - 957SN22 | 10/14/2014 | 0 | 0 | 4,081.78 | 4,081.78 | $ - | 4,081.78 | 0 | 4,081.78 | 0 | 0 | 3 | YEARS |
| 337 | CA-IT | Caldwell Engineering Workstation #4 - 958FN22 | 10/14/2014 | 0 | 0 | 4,081.78 | 4,081.78 | $ - | 4,081.78 | 0 | 4,081.78 | 0 | 0 | 3 | YEARS |
| 338 | CA-IT | Caldwell Engineering Workstation #5 - 958DN22 | 10/14/2014 | 0 | 0 | 4,081.78 | 4,081.78 | $ - | 4,081.78 | 0 | 4,081.78 | 0 | 0 | 3 | YEARS |
| 342 | CA-IT | TimeKeeping System - Caldwell | 10/16/2014 | 0 | 0 | 9,763.29 | 9,763.29 | $ - | 9,763.29 | 0 | 9,763.29 | 0 | 0 | 3 | YEARS |
| 1790 | HO-IT | Epicor Licenses - Houston | 5/15/2015 | 0 | 103,573.61 | 214,290.17 | 110,716.56 | $ 92,859.11 | 214,290.17 | 10,714.50 | 110,716.56 | 32,143.53 | 60,715.58 | 5 | YEARS |
| 1791 | HO-IT | (12) Dell OptiPlex 3020M BTX Base CPU | 8/20/2015 | 0 | 1,883.82 | 8,477.08 | 6,593.26 | $ 1,177.41 | 8,477.08 | 706.41 | 6,593.26 | 1,177.41 | 0 | 3 | YEARS |
| 1792 | HO-IT | Dell Monitors -12- ET2014T, 20-P2214H | 8/20/2015 | 0 | 1,374.46 | 6,185.12 | 4,810.66 | $ 859.03 | 6,185.12 | 515.43 | 4,810.66 | 859.03 | 0 | 3 | YEARS |
| 1793 | HO-IT | Unified Workspace License for Houston | 8/20/2015 | 0 | 2,687.42 | 12,093.44 | 9,406.02 | $ 1,679.63 | 12,093.44 | 1,007.79 | 9,406.02 | 1,679.63 | 0 | 3 | YEARS |

| Asset Num | Group Code | Asset Description | Commissioned Date | Residual Value | CY Open Book Value | CY Open Cost | CY Open Depn | Current Book value | Current Cost value | Current Posted Depn | Current Prev Year Depn | Current Unposted Depn | Current YE Book value | Asset Life | Life Modifier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1794 | HO-IT | (60) Cisco UC Phone 7962 Systems | 8/20/2015 | 0 | 14,004.85 | 63,021.89 | 49,017.04 | $ 8,753.02 | 63,021.89 | 5,251.83 | 49,017.04 | 8,753.02 | 0 | 3 | YEARS |
| 1795 | PH-IT | (2) Dell Precision Tower 5810 BTX | 8/20/2015 | 0 | 856.25 | 3,853.11 | 2,996.86 | $ 535.16 | 3,853.11 | 321.09 | 2,996.86 | 535.16 | 0 | 3 | YEARS |
| 1796 | HO-IT | Auto CAD 2015 ELD | 3/2/2015 | 0 | 1,970.00 | 35,460.00 | 33,490.00 | $ - | 35,460.00 | 1,970.00 | 33,490.00 | 0 | 0 | 3 | YEARS |
| 1797 | HO-IT | AutoCad 2016 Commercial | 6/1/2015 | 0 | 1,165.24 | 8,390.00 | 7,224.76 | $ 466.06 | 8,390.00 | 699.18 | 7,224.76 | 466.06 | 0 | 3 | YEARS |
| 1798 | HO-IT | Aucotec Engineering Base Software | 4/2/2015 | 0 | 1,341.63 | 16,099.00 | 14,757.37 | $ - | 16,099.00 | 1,341.63 | 14,757.37 | 0 | 0 | 3 | YEARS |
| 1799 | HO-IT | MetaCam Software | 3/3/2015 | 0 | 2,767.84 | 49,821.74 | 47,053.90 | $ - | 49,821.74 | 2,767.84 | 47,053.90 | 0 | 0 | 3 | YEARS |
| 1800 | HO-IT | MetaCAM Punch/Laser Software | 3/5/2015 | 0 | 1,204.59 | 21,683.09 | 20,478.50 | $ - | 21,683.09 | 1,204.59 | 20,478.50 | 0 | 0 | 3 | YEARS |
| 1801 | HO-IT | 2016 AutoCAD ELD | 7/30/2015 | 0 | 752.1 | 3,868.07 | 3,115.97 | $ 429.75 | 3,868.07 | 322.35 | 3,115.97 | 429.75 | 0 | 3 | YEARS |
| 1802 | HO-IT | Autodesk AutoCAD ELD 2016 | 7/30/2015 | 0 | 752.1 | 3,868.07 | 3,115.97 | $ 429.75 | 3,868.07 | 322.35 | 3,115.97 | 429.75 | 0 | 3 | YEARS |
| 53129 | CC-IT | Dell PowerEdge R310 Server  500GB 7.2K RPM ... Hard Drive  I/C 10.26.12 | 10/26/2012 | 0 | 0 | 2,511.75 | 2,511.75 | $ - | 2,511.75 | 0 | 2,511.75 | 0 | 0 | 60 | PERIODS |
| 110222 | PH-IT | Dell Precision M4800 BTX Base | 8/13/2015 | 0 | 635.13 | 2,858.05 | 2,222.92 | $ 396.96 | 2,858.05 | 238.17 | 2,222.92 | 396.96 | 0 | 3 | YEARS |
| 110234 | CC-IT | 2 - Product Design Ultimate 2016 AutoCad Stand Alone | 6/1/2015 | 0 | 2,566.38 | 18,478.00 | 15,911.62 | $ 1,026.54 | 18,478.00 | 1,539.84 | 15,911.62 | 1,026.54 | 0 | 3 | YEARS |
| 130001 | CC-IT | Design Suite Premium AutoCAD1 Upgrades for 1 Computer  Gary Townsend | 2/28/2013 | 0 | 0 | 6,177.50 | 6,177.50 | $ - | 6,177.50 | 0 | 6,177.50 | 0 | 0 | 36 | PERIODS |
| 153014 | CC-IT | Autocad 2012 4 of 6  Upgrades for 4 Computers  McCavitt/DeMyer/Putz/Winningh | 7/30/2012 | 0 | 0 | 8,300.00 | 8,300.00 | $ - | 8,300.00 | 0 | 8,300.00 | 0 | 0 | 36 | PERIODS |
| 153022 | CC-IT | AutoCAD 2012 Electrical  Upgrades for 1 Computer  Rick Townsend | 7/30/2012 | 0 | 0 | 2,200.00 | 2,200.00 | $ - | 2,200.00 | 0 | 2,200.00 | 0 | 0 | 36 | PERIODS |
| 153031 | CC-IT | Design Suite Premium AutoCAD1 Upgrades for 1 Computer  Devin Moore | 7/30/2012 | 0 | 0 | 3,200.00 | 3,200.00 | $ - | 3,200.00 | 0 | 3,200.00 | 0 | 0 | 36 | PERIODS |
| 153032 | PH-IT | DELL M4800 Precision BTX Laptop | 10/21/2015 | 0 | 822.65 | 2,961.59 | 2,138.94 | $ 575.84 | 2,961.59 | 246.81 | 2,138.94 | 575.84 | 0 | 3 | YEARS |
| 153033 | PH-IT | DELL M4800 Precision BTX | 10/21/2015 | 0 | 822.65 | 2,961.59 | 2,138.94 | $ 575.84 | 2,961.59 | 246.81 | 2,138.94 | 575.84 | 0 | 3 | YEARS |
| 2145402 | CC-IT | Product Design Suite (Stand Alone) ELD | 5/11/2015 | 0 | 1,166.01 | 8,395.00 | 7,228.99 | $ 466.44 | 8,395.00 | 699.57 | 7,228.99 | 466.44 | 0 | 3 | YEARS |
| 2145403 | CC-IT | Product Design Suite (Stand Alone) ELD | 5/11/2015 | 0 | 1,166.01 | 8,395.00 | 7,228.99 | $ 466.44 | 8,395.00 | 699.57 | 7,228.99 | 466.44 | 0 | 3 | YEARS |

| Asset Num | Group Code | Asset Description | Commissioned Date | Residual Value | CY Open Book Value | CY Open Cost | CY Open Depn | Current Book value | Current Cost value | Current Posted Depn | Current Prev Year Depn | Current Unposted Depn | Current YE Book value | Asset Life | Life Modifier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2145404 | HO-IT | PowerEdge VRTX Rack | 6/5/2015 | 0 | 13,476.41 | 27,882.30 | 14,405.89 | $ 12,082.28 | 27,882.30 | 1,394.13 | 14,405.89 | 4,182.33 | 7,899.95 | 5 | YEARS |
| 2145405 | HO-IT | PowerEdge M620 Server Node | 6/5/2015 | 0 | 7,235.88 | 14,970.88 | 7,735.00 | $ 6,487.32 | 14,970.88 | 748.56 | 7,735.00 | 2,245.62 | 4,241.70 | 5 | YEARS |
| 2145406 | HO-IT | Dell Precision M4800 w Intel Core i7 | 6/5/2015 | 0 | 16,879.50 | 34,923.07 | 18,043.57 | $ 15,133.35 | 34,923.07 | 1,746.15 | 18,043.57 | 5,238.46 | 9,894.89 | 5 | YEARS |
| 2155407 | HO-IT | 40 - Dell Latitude E6440 BTX Laptops w E Ports | 6/5/2015 | 0 | 36,821.52 | 76,182.49 | 39,360.97 | $ 33,012.39 | 76,182.49 | 3,809.13 | 39,360.97 | 11,427.37 | 21,585.02 | 5 | YEARS |
| 2155408 | CA-IT | Dell Precision 5810 BTX for Engineering | 9/1/2015 | 0 | 1,279.78 | 3,839.32 | 2,559.54 | $ 959.83 | 3,839.32 | 319.95 | 2,559.54 | 959.83 | 0 | 3 | YEARS |
| 2155409 | HO-IT | Dell Precision M4800 BTX Base | 2/29/2016 | 0 | 211.09 | 2,533.39 | 2,322.30 | $ - | 2,533.39 | 211.09 | 2,322.30 | 0 | 0 | 2 | YEARS |
| 2155413 | HO-IT | Cadillac Project Software Houston | 2/1/2016 | 0 | 1,412.97 | 33,912.60 | 32,499.63 | $ - | 33,912.60 | 1,412.97 | 32,499.63 | 0 | 0 | 2 | YEARS |
| 2155419 | HO-IT | 4 Laptops (Dell Latitude E7470) and (Dell 22) monitors | 5/2/2016 | 0 | 1,185.04 | 7,110.08 | 5,925.04 | $ 296.29 | 7,110.08 | 888.75 | 5,925.04 | 296.29 | 0 | 2 | YEARS |
| | | | | | 220014.93 | | | $ 178,668.44 | | | | | | | |

# Schedule A-47

# Vehicles

| Asset Num | Group Code | Asset Description | Commissioned Date | Residual Value | CY Open Book Value | CY Open Cost | CY Open Depn | Current Book value | Current Cost value | Current Posted Depn | Current Prev Year Depn | Current Unposted Depn | Current YE Book value | Asset Life | Life Modifier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 259 | HO-VECH | Dodge 3500 Heavy Duty | 7/9/2013 | 0 | 0 | 18,200.00 | 18,200.00 | $   - | 18,200.00 | 0 | 18,200.00 | 0 | 0 | 12 | PERIODS |
| 260 | CA-VECH | Truck - Sam Miller | 7/9/2013 | 0 | 0 | 9,710.00 | 9,710.00 | $   - | 9,710.00 | 0 | 9,710.00 | 0 | 0 | 24 | PERIODS |
| 261 | CA-VECH | 2001 Ford F250 Truck | 7/9/2013 | 0 | 0 | 4,100.00 | 4,100.00 | $   - | 4,100.00 | 0 | 4,100.00 | 0 | 0 | 48 | PERIODS |
| 262 | CA-VECH | Vehicle | 7/9/2013 | 0 | 0 | 5,590.00 | 5,590.00 | $   - | 5,590.00 | 0 | 5,590.00 | 0 | 0 | 48 | PERIODS |
| 263 | CA-VECH | 2011 Dodge Ram 3400 | 7/9/2013 | 0 | 0 | 29,310.00 | 29,310.00 | $   - | 29,310.00 | 0 | 29,310.00 | 0 | 0 | 48 | PERIODS |
| 314 | CA-VECH | Snake River Trailer | 1/17/2014 | 0 | 3,111.84 | 7,261.00 | 4,149.16 | $   2,852.52 | 7,261.00 | 259.32 | 4,149.16 | 777.97 | 2,074.55 | 84 | PERIODS |
| 320 | CC-VECH | Intl 4300 Series Model Straight Truck | 7/23/2014 | 0 | 8,350.01 | 16,700.00 | 8,349.99 | $   7,753.58 | 16,700.00 | 596.43 | 8,349.99 | 1,789.28 | 5,964.30 | 84 | PERIODS |
| 53111 | CC-VECH | 1999 Ford F550 S/0 Truck #99 | 9/6/2012 | 0 | 0 | 13,375.00 | 13,375.00 | $   - | 13,375.00 | 0 | 13,375.00 | 0 | 0 | 60 | PERIODS |
| 152628 | CC-VECH | 2009 Chevy Impala - Red  Lone Star Chevrolet  Phil Li | 7/30/2012 | 0 | 0 | 16,000.00 | 16,000.00 | $   - | 16,000.00 | 0 | 16,000.00 | 0 | 0 | 60 | PERIODS |
| 1149883 | CC-VECH | 2007 Chevy Impala - Red  McCormick Motors  Barry Witters | 7/30/2012 | 0 | 0 | 11,000.00 | 11,000.00 | $   - | 11,000.00 | 0 | 11,000.00 | 0 | 0 | 36 | PERIODS |
|  |  |  |  |  | 11461.85 |  |  | $   10,606.10 |  |  |  |  |  |  |  |

# Schedule A-50

# Machinery & Equipment

| Asset Num | Group Code | Asset Description | Commissioned Date | Residual Value | CY Open Book Value | CY Open Cost | CY Open Depn | Current Book value | Current Cost value | Current Posted Depn | Current Prev Year Depn | Current Unposted Depn | Current YE Book value | Asset Life | Life Modifier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CA-MACH | Haugen Drill | 7/9/2013 | 0 | 0 | 390 | 390 | $ - | 390 | 0 | 390 | 0 | 0 | 48 | PERIODS |
| 2 | CA-MACH | Paint Pump | 7/9/2013 | 0 | 0 | 2,300.00 | 2,300.00 | $ - | 2,300.00 | 0 | 2,300.00 | 0 | 0 | 48 | PERIODS |
| 3 | CA-MACH | Chain Hoist | 7/9/2013 | 0 | 0 | 630 | 630 | $ - | 630 | 0 | 630 | 0 | 0 | 48 | PERIODS |
| 4 | CA-MACH | Slings | 7/9/2013 | 0 | 0 | 250 | 250 | $ - | 250 | 0 | 250 | 0 | 0 | 48 | PERIODS |
| 5 | CA-MACH | Pump Purchase - Paint Dept | 7/9/2013 | 0 | 0 | 670 | 670 | $ - | 670 | 0 | 670 | 0 | 0 | 48 | PERIODS |
| 7 | CA-MACH | Ladders | 7/9/2013 | 0 | 0 | 330 | 330 | $ - | 330 | 0 | 330 | 0 | 0 | 48 | PERIODS |
| 8 | CA-MACH | Wire Feeder | 7/9/2013 | 0 | 0 | 210 | 210 | $ - | 210 | 0 | 210 | 0 | 0 | 12 | PERIODS |
| 9 | CA-MACH | Hand Carts - 2 | 7/9/2013 | 0 | 0 | 130 | 130 | $ - | 130 | 0 | 130 | 0 | 0 | 48 | PERIODS |
| 10 | CA-MACH | Die for Shear & Brake | 7/9/2013 | 0 | 0 | 1,310.00 | 1,310.00 | $ - | 1,310.00 | 0 | 1,310.00 | 0 | 0 | 48 | PERIODS |
| 11 | CA-MACH | Enclosure Tools | 7/9/2013 | 0 | 0 | 380 | 380 | $ - | 380 | 0 | 380 | 0 | 0 | 48 | PERIODS |
| 12 | CA-MACH | Mag Drill | 7/9/2013 | 0 | 0 | 490 | 490 | $ - | 490 | 0 | 490 | 0 | 0 | 48 | PERIODS |
| 13 | CA-MACH | Enclosure Tools | 7/9/2013 | 0 | 0 | 600 | 600 | $ - | 600 | 0 | 600 | 0 | 0 | 48 | PERIODS |
| 14 | CA-MACH | Mig Gun and Drive Pack | 7/9/2013 | 0 | 0 | 550 | 550 | $ - | 550 | 0 | 550 | 0 | 0 | 24 | PERIODS |
| 23 | CA-MACH | Mig Gun | 7/9/2013 | 0 | 0 | 200 | 200 | $ - | 200 | 0 | 200 | 0 | 0 | 24 | PERIODS |
| 27 | CA-MACH | Welders (2), Plaz (2), Band Saw | 7/9/2013 | 0 | 0 | 2,730.00 | 2,730.00 | $ - | 2,730.00 | 0 | 2,730.00 | 0 | 0 | 36 | PERIODS |
| 140 | CA-MACH | Trailer - Move Tanks | 7/9/2013 | 0 | 0 | 390 | 390 | $ - | 390 | 0 | 390 | 0 | 0 | 12 | PERIODS |
| 141 | CA-MACH | Diesel Generator Set | 7/9/2013 | 0 | 0 | 7,360.00 | 7,360.00 | $ - | 7,360.00 | 0 | 7,360.00 | 0 | 0 | 48 | PERIODS |
| 145 | CH-MACH | Paint Sprayer | 7/9/2013 | 0 | 1,745.57 | 4,770.00 | 3,024.43 | $ 1,575.20 | 4,770.00 | 170.37 | 3,024.43 | 511.06 | 1,064.14 | 84 | PERIODS |
| 147 | CH-MACH | Shear | 7/9/2013 | 0 | 508.67 | 1,390.00 | 881.33 | $ 459.02 | 1,390.00 | 49.65 | 881.33 | 148.92 | 310.1 | 84 | PERIODS |
| 157 | CH-MACH | Torch | 7/9/2013 | 0 | 107.84 | 960 | 852.16 | $ 59.84 | 960 | 48 | 852.16 | 59.84 | 0 | 60 | PERIODS |
| 161 | CH-MACH | Hydraulic Shear | 7/9/2013 | 0 | 30,665.75 | 68,880.00 | 38,214.25 | $ 28,513.25 | 68,880.00 | 2,152.50 | 38,214.25 | 6,457.50 | 22,055.75 | 96 | PERIODS |
| 162 | CH-MACH | Press Brake | 7/9/2013 | 0 | 73,918.49 | 116,855.00 | 42,936.51 | $ 70,266.77 | 116,855.00 | 3,651.72 | 42,936.51 | 10,955.16 | 59,311.61 | 96 | PERIODS |
| 165 | CC-MACH | Plasma System | 7/9/2013 | 0 | 541.36 | 2,080.00 | 1,538.64 | $ 454.69 | 2,080.00 | 86.67 | 1,538.64 | 260 | 194.69 | 72 | PERIODS |
| 177 | CA-MACH | Straddle Crane | 7/9/2013 | 0 | 116,537.14 | 176,950.00 | 60,412.86 | $ 113,134.24 | 176,950.00 | 3,402.90 | 60,412.86 | 10,208.64 | 102,925.60 | 156 | PERIODS |
| 178 | CA-MACH | MI-Jack Straddle Crand | 7/9/2013 | 0 | 38,270.55 | 58,110.00 | 19,839.45 | $ 37,153.05 | 58,110.00 | 1,117.50 | 19,839.45 | 3,352.50 | 33,800.55 | 156 | PERIODS |
| 179 | CA-MACH | Tires (New) - #116 MI-Jack St | 7/9/2013 | 0 | 4,669.38 | 7,090.00 | 2,420.62 | $ 4,533.03 | 7,090.00 | 136.35 | 2,420.62 | 409.03 | 4,124.00 | 156 | PERIODS |
| 186 | CA-MACH | Double Grider Bridge Crane | 7/9/2013 | 0 | 34,491.10 | 68,050.00 | 33,558.90 | $ 32,600.83 | 68,050.00 | 1,890.27 | 33,558.90 | 5,670.84 | 26,929.99 | 108 | PERIODS |
| 187 | CA-MACH | Craine Rail | 7/9/2013 | 0 | 5,352.34 | 10,560.00 | 5,207.66 | $ 5,059.00 | 10,560.00 | 293.34 | 5,207.66 | 879.99 | 4,179.01 | 108 | PERIODS |
| 189 | CA-MACH | Girder Bridge Crane | 7/9/2013 | 0 | 1,317.80 | 2,600.00 | 1,282.20 | $ 1,245.59 | 2,600.00 | 72.21 | 1,282.20 | 216.68 | 1,028.91 | 108 | PERIODS |
| 190 | CA-MACH | Dies for Brakes | 7/9/2013 | 0 | 0 | 1,020.00 | 1,020.00 | $ - | 1,020.00 | 0 | 1,020.00 | 0 | 0 | 48 | PERIODS |
| 191 | CA-MACH | Mig Welder - Enclosure | 7/9/2013 | 0 | 0 | 190 | 190 | $ - | 190 | 0 | 190 | 0 | 0 | 12 | PERIODS |
| 192 | CA-MACH | Power Supply XMT304 | 7/9/2013 | 0 | 0 | 460 | 460 | $ - | 460 | 0 | 460 | 0 | 0 | 12 | PERIODS |
| 193 | CA-MACH | Migrunner 350 | 7/9/2013 | 0 | 0 | 1,040.00 | 1,040.00 | $ - | 1,040.00 | 0 | 1,040.00 | 0 | 0 | 12 | PERIODS |
| 195 | CA-MACH | Niagra Hyd Press Brakes | 7/9/2013 | 0 | 0 | 17,680.00 | 17,680.00 | $ - | 17,680.00 | 0 | 17,680.00 | 0 | 0 | 48 | PERIODS |
| 196 | CA-MACH | Welders | 7/9/2013 | 0 | 0 | 750 | 750 | $ - | 750 | 0 | 750 | 0 | 0 | 12 | PERIODS |
| 197 | CA-MACH | Freight - New Press Brakes | 7/9/2013 | 0 | 0 | 620 | 620 | $ - | 620 | 0 | 620 | 0 | 0 | 48 | PERIODS |
| 198 | CA-MACH | Tank Rolls | 7/9/2013 | 0 | 0 | 3,140.00 | 3,140.00 | $ - | 3,140.00 | 0 | 3,140.00 | 0 | 0 | 48 | PERIODS |
| 199 | CA-MACH | Welders | 7/9/2013 | 0 | 0 | 5,220.00 | 5,220.00 | $ - | 5,220.00 | 0 | 5,220.00 | 0 | 0 | 12 | PERIODS |
| 201 | CA-MACH | Dies- Press Brakes | 7/9/2013 | 0 | 0 | 3,670.00 | 3,670.00 | $ - | 3,670.00 | 0 | 3,670.00 | 0 | 0 | 48 | PERIODS |
| 202 | CA-MACH | Tank Rolls Controls | 7/9/2013 | 0 | 0 | 410 | 410 | $ - | 410 | 0 | 410 | 0 | 0 | 48 | PERIODS |

| Asset Num | Group Code | Asset Description | Commissioned Date | Residual Value | CY Open Book Value | CY Open Cost | CY Open Depn | Current Book value | Current Cost value | Current Posted Depn | Current Prev Year Depn | Current Unposted Depn | Current YE Book value | Asset Life | Life Modifier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 203 | CA-MACH | Tank Rolls Control | 7/9/2013 | 0 | 0 | 380 | 380 | $ - | 380 | 0 | 380 | 0 | 0 | 48 | PERIODS |
| 204 | CA-MACH | Power Supply | 7/9/2013 | 0 | 0 | 460 | 460 | $ - | 460 | 0 | 460 | 0 | 0 | 12 | PERIODS |
| 205 | CA-MACH | Enclosure Welder | 7/9/2013 | 0 | 0 | 420 | 420 | $ - | 420 | 0 | 420 | 0 | 0 | 12 | PERIODS |
| 206 | CA-MACH | Sandblaster | 7/9/2013 | 0 | 0 | 1,920.00 | 1,920.00 | $ - | 1,920.00 | 0 | 1,920.00 | 0 | 0 | 48 | PERIODS |
| 207 | CA-MACH | Welders | 7/9/2013 | 0 | 0 | 1,690.00 | 1,690.00 | $ - | 1,690.00 | 0 | 1,690.00 | 0 | 0 | 12 | PERIODS |
| 208 | CA-MACH | Welders | 7/9/2013 | 0 | 0 | 290 | 290 | $ - | 290 | 0 | 290 | 0 | 0 | 12 | PERIODS |
| 209 | CA-MACH | Compressor | 7/9/2013 | 0 | 0 | 11,360.00 | 11,360.00 | $ - | 11,360.00 | 0 | 11,360.00 | 0 | 0 | 48 | PERIODS |
| 210 | CA-MACH | Forklifts (2) - Komatsu | 7/9/2013 | 0 | 0 | 10,240.00 | 10,240.00 | $ - | 10,240.00 | 0 | 10,240.00 | 0 | 0 | 36 | PERIODS |
| 211 | CA-MACH | ARC 400 HBS Welding System | 7/9/2013 | 0 | 0 | 2,870.00 | 2,870.00 | $ - | 2,870.00 | 0 | 2,870.00 | 0 | 0 | 12 | PERIODS |
| 212 | CA-MACH | Shear & Sheet Metal | 7/9/2013 | 0 | 0 | 13,540.00 | 13,540.00 | $ - | 13,540.00 | 0 | 13,540.00 | 0 | 0 | 48 | PERIODS |
| 213 | CA-MACH | Klondike Logistics | 7/9/2013 | 0 | 0 | 180 | 180 | $ - | 180 | 0 | 180 | 0 | 0 | 12 | PERIODS |
| 214 | CA-MACH | Trailer | 7/9/2013 | 0 | 0 | 910 | 910 | $ - | 910 | 0 | 910 | 0 | 0 | 12 | PERIODS |
| 215 | CA-MACH | Trailer | 7/9/2013 | 0 | 0 | 40 | 40 | $ - | 40 | 0 | 40 | 0 | 0 | 12 | PERIODS |
| 216 | CA-MACH | Trailer | 7/9/2013 | 0 | 0 | 120 | 120 | $ - | 120 | 0 | 120 | 0 | 0 | 12 | PERIODS |
| 218 | CA-MACH | Heater | 7/9/2013 | 0 | 0 | 1,760.00 | 1,760.00 | $ - | 1,760.00 | 0 | 1,760.00 | 0 | 0 | 48 | PERIODS |
| 219 | CA-MACH | Compressor / Paint Shop | 7/9/2013 | 0 | 0 | 8,170.00 | 8,170.00 | $ - | 8,170.00 | 0 | 8,170.00 | 0 | 0 | 48 | PERIODS |
| 222 | CA-MACH | Motosports | 7/9/2013 | 0 | 341.48 | 3,040.00 | 2,698.52 | $ 189.47 | 3,040.00 | 152.01 | 2,698.52 | 189.47 | 0 | 60 | PERIODS |
| 223 | CA-MACH | Welder - Tig Dynasty | 7/9/2013 | 0 | 0 | 1,260.00 | 1,260.00 | $ - | 1,260.00 | 0 | 1,260.00 | 0 | 0 | 24 | PERIODS |
| 224 | CA-MACH | Mig Welder Millermatic | 7/9/2013 | 0 | 0 | 1,290.00 | 1,290.00 | $ - | 1,290.00 | 0 | 1,290.00 | 0 | 0 | 24 | PERIODS |
| 225 | CA-MACH | Millermatic Welder | 7/9/2013 | 0 | 0 | 1,770.00 | 1,770.00 | $ - | 1,770.00 | 0 | 1,770.00 | 0 | 0 | 24 | PERIODS |
| 228 | CA-MACH | Idaho Welding Supply | 7/9/2013 | 0 | 0 | 110 | 110 | $ - | 110 | 0 | 110 | 0 | 0 | 24 | PERIODS |
| 229 | CA-MACH | Thermal Master Plasma | 7/9/2013 | 0 | 0 | 670 | 670 | $ - | 670 | 0 | 670 | 0 | 0 | 24 | PERIODS |
| 230 | CA-MACH | Welder 250 Gas Range | 7/9/2013 | 0 | 0 | 730 | 730 | $ - | 730 | 0 | 730 | 0 | 0 | 24 | PERIODS |
| 231 | CA-MACH | Welder Maxstar | 7/9/2013 | 0 | 0 | 460 | 460 | $ - | 460 | 0 | 460 | 0 | 0 | 24 | PERIODS |
| 233 | CA-MACH | Forklift | 7/9/2013 | 0 | 0 | 8,380.00 | 8,380.00 | $ - | 8,380.00 | 0 | 8,380.00 | 0 | 0 | 48 | PERIODS |
| 234 | CA-MACH | Crane - 45 Ton | 7/9/2013 | 0 | 49,349.52 | 82,730.00 | 33,380.48 | $ 47,469.30 | 82,730.00 | 1,880.22 | 33,380.48 | 5,640.69 | 41,828.61 | 132 | PERIODS |
| 235 | CA-MACH | Cat Reach | 7/9/2013 | 0 | 0 | 38,400.00 | 38,400.00 | $ - | 38,400.00 | 0 | 38,400.00 | 0 | 0 | 48 | PERIODS |
| 236 | CA-MACH | Connex - Heated | 7/9/2013 | 0 | 866.71 | 3,330.00 | 2,463.29 | $ 727.96 | 3,330.00 | 138.75 | 2,463.29 | 416.25 | 311.71 | 72 | PERIODS |
| 237 | CA-MACH | Trailer | 7/9/2013 | 0 | 0 | 970 | 970 | $ - | 970 | 0 | 970 | 0 | 0 | 36 | PERIODS |
| 239 | CA-MACH | Kawasaki Mule | 7/9/2013 | 0 | 0 | 1,480.00 | 1,480.00 | $ - | 1,480.00 | 0 | 1,480.00 | 0 | 0 | 36 | PERIODS |
| 240 | CA-MACH | Hoist - New | 7/9/2013 | 0 | 1,499.74 | 2,380.00 | 880.26 | $ 1,450.15 | 2,380.00 | 49.59 | 880.26 | 148.74 | 1,301.41 | 144 | PERIODS |
| 241 | CA-MACH | Skyjack (Rec Pur) | 7/9/2013 | 0 | 267.13 | 730 | 462.87 | $ 241.06 | 730 | 26.07 | 462.87 | 78.22 | 162.84 | 84 | PERIODS |
| 242 | CA-MACH | Crane (Fab Bldg) | 7/9/2013 | 0 | 6,893.69 | 10,940.00 | 4,046.31 | $ 6,665.78 | 10,940.00 | 227.91 | 4,046.31 | 683.76 | 5,982.02 | 144 | PERIODS |
| 244 | CA-MACH | Heater (Paintshed) | 7/9/2013 | 0 | 5,540.46 | 15,140.00 | 9,599.54 | $ 4,999.74 | 15,140.00 | 540.72 | 9,599.54 | 1,622.14 | 3,377.60 | 84 | PERIODS |
| 246 | CA-MACH | Forklift | 7/9/2013 | 0 | 26,123.71 | 100,370.00 | 74,246.29 | $ 21,941.62 | 100,370.00 | 4,182.09 | 74,246.29 | 12,546.24 | 9,395.38 | 72 | PERIODS |
| 247 | CA-MACH | Industrial Build. - Polaris | 7/9/2013 | 0 | 2,735.47 | 10,510.00 | 7,774.53 | $ 2,297.56 | 10,510.00 | 437.91 | 7,774.53 | 1,313.76 | 983.8 | 72 | PERIODS |
| 248 | CA-MACH | Industrial Build. - Skid Pro | 7/9/2013 | 0 | 978.62 | 3,760.00 | 2,781.38 | $ 821.96 | 3,760.00 | 156.66 | 2,781.38 | 470.01 | 351.95 | 72 | PERIODS |
| 249 | CA-MACH | 2007 Bobcat S175 | 7/9/2013 | 0 | 5,763.70 | 15,750.00 | 9,986.30 | $ 5,201.20 | 15,750.00 | 562.5 | 9,986.30 | 1,687.50 | 3,513.70 | 84 | PERIODS |
| 250 | CA-MACH | Shear | 7/9/2013 | 0 | 35,639.01 | 64,080.00 | 28,440.99 | $ 34,037.01 | 64,080.00 | 1,602.00 | 28,440.99 | 4,806.00 | 29,231.01 | 120 | PERIODS |
| 251 | CA-MACH | Skyjack Scissor Lift (2) | 7/9/2013 | 0 | 4,365.89 | 7,850.00 | 3,484.11 | $ 4,169.63 | 7,850.00 | 196.26 | 3,484.11 | 588.74 | 3,580.89 | 120 | PERIODS |

| Asset Num | Group Code | Asset Description | Commissioned Date | Residual Value | CY Open Book Value | CY Open Cost | CY Open Depn | Current Book value | Current Cost value | Current Posted Depn | Current Prev Year Depn | Current Unposted Depn | Current YE Book value | Asset Life | Life Modifier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 252 | CA-MACH | Threader | 7/9/2013 | 0 | 5,761.86 | 10,360.00 | 4,598.14 | $ 5,502.87 | 10,360.00 | 258.99 | 4,598.14 | 777.01 | 4,725.86 | 120 | PERIODS |
| 254 | CA-MACH | Hydraulic Press Brake | 7/9/2013 | 0 | 3,592.82 | 6,460.00 | 2,867.18 | $ 3,431.33 | 6,460.00 | 161.49 | 2,867.18 | 484.51 | 2,946.82 | 120 | PERIODS |
| 255 | CA-MACH | 190 BH 10 CAD-CNC Brake | 7/9/2013 | 0 | 35,928.22 | 64,600.00 | 28,671.78 | $ 34,313.23 | 64,600.00 | 1,614.99 | 28,671.78 | 4,845.01 | 29,468.22 | 120 | PERIODS |
| 309 | CA-MACH | AP647 2002 Toyota 52-6FGU35 | 8/9/2013 | 0 | 5,841.48 | 14,748.00 | 8,906.52 | $ 5,314.77 | 14,748.00 | 526.71 | 8,906.52 | 1,580.15 | 3,734.62 | 84 | PERIODS |
| 313 | CA-MACH | Ramp | 4/8/2014 | 0 | 10,179.89 | 21,925.85 | 11,745.96 | $ 9,396.83 | 21,925.85 | 783.06 | 11,745.96 | 2,349.20 | 7,047.63 | 84 | PERIODS |
| 316 | CC-MACH | Piranha P65 Iron Worker | 6/10/2014 | 0 | 9,127.37 | 18,700.00 | 9,572.63 | $ 8,459.51 | 18,700.00 | 667.86 | 9,572.63 | 2,003.57 | 6,455.94 | 84 | PERIODS |
| 331 | PH-MACH | AccurePress Brake Model 713106 | 6/2/2014 | 0 | 12,854.00 | 26,335.02 | 13,481.02 | $ 11,913.47 | 26,335.02 | 940.53 | 13,481.02 | 2,821.62 | 9,091.85 | 7 | YEARS |
| 332 | CA-MACH | Trailer Mount Load Bank 26'x8'x8.5' - 32,700 lbs | 10/10/2014 | 0 | 80,357.16 | 150,000.00 | 69,642.84 | $ 75,000.03 | 150,000.00 | 5,357.13 | 69,642.84 | 16,071.44 | 58,928.59 | 7 | YEARS |
| 333 | CA-MACH | 20' Cheetah Chassis - Fifth Wheel | 10/10/2014 | 0 | 8,035.71 | 15,000.00 | 6,964.29 | $ 7,500.00 | 15,000.00 | 535.71 | 6,964.29 | 1,607.15 | 5,892.85 | 7 | YEARS |
| 339 | CA-MACH | IDF500 LP/NG FROST FIGHTER HEATER #1 | 11/24/2014 | 0 | 3,337.57 | 5,965.00 | 2,627.43 | $ 3,124.54 | 5,965.00 | 213.03 | 2,627.43 | 639.11 | 2,485.43 | 7 | YEARS |
| 340 | CA-MACH | IDF500 LP/NG FROST FIGHTER HEATER #2 | 11/24/2014 | 0 | 3,337.57 | 5,965.00 | 2,627.43 | $ 3,124.54 | 5,965.00 | 213.03 | 2,627.43 | 639.11 | 2,485.43 | 7 | YEARS |
| 341 | CA-MACH | IDF500 LP/NG FROST FIGHTER HEATER #3 | 11/24/2014 | 0 | 3,337.57 | 5,965.00 | 2,627.43 | $ 3,124.54 | 5,965.00 | 213.03 | 2,627.43 | 639.11 | 2,485.43 | 7 | YEARS |
| 2365 | HO-MACH | Powder Coat Line | 3/1/2015 | 0 | 156,350.17 | 262,668.25 | 106,318.08 | $ 146,969.17 | 262,668.25 | 9,381.00 | 106,318.08 | 28,143.04 | 118,826.13 | 7 | YEARS |
| 2366 | HO-MACH | AMADA Punch | 3/1/2015 | 0 | 104,017.70 | 161,059.74 | 57,042.04 | $ 98,984.57 | 161,059.74 | 5,033.13 | 57,042.04 | 15,099.34 | 83,885.23 | 8 | YEARS |
| 2367 | HO-MACH | Shot Blast Facility | 3/1/2015 | 0 | 51,435.71 | 79,642.41 | 28,206.70 | $ 48,946.88 | 79,642.41 | 2,488.83 | 28,206.70 | 7,466.47 | 41,480.41 | 8 | YEARS |
| 2368 | HO-MACH | Paint Booth | 3/1/2015 | 0 | 43,202.80 | 72,580.76 | 29,377.96 | $ 40,610.62 | 72,580.76 | 2,592.18 | 29,377.96 | 7,776.50 | 32,834.12 | 7 | YEARS |
| 2374 | HO-MACH | AMADA Punch Additional Equipment | 3/1/2015 | 0 | 9,614.12 | 14,886.44 | 5,272.32 | $ 9,148.91 | 14,886.44 | 465.21 | 5,272.32 | 1,395.60 | 7,753.31 | 8 | YEARS |
| 2609 | HO-MACH | Hydraulic Press Brake | 3/1/2015 | 0 | 267,318.09 | 413,911.85 | 146,593.76 | $ 254,383.35 | 413,911.85 | 12,934.74 | 146,593.76 | 38,804.24 | 215,579.11 | 8 | YEARS |
| 2611 | HO-MACH | Nordson Powder Coating Equipment | 3/1/2015 | 0 | 2,232.67 | 3,750.99 | 1,518.32 | $ 2,098.69 | 3,750.99 | 133.98 | 1,518.32 | 401.88 | 1,696.81 | 7 | YEARS |
| 2612 | HO-MACH | Miller NT 450 Multiprocess Welding | 3/1/2015 | 0 | 18,082.82 | 27,999.22 | 9,916.40 | $ 17,207.84 | 27,999.22 | 874.98 | 9,916.40 | 2,624.92 | 14,582.92 | 8 | YEARS |
| 2780 | HO-MACH | Smart Pipe Bender | 3/1/2015 | 0 | 6,682.01 | 10,346.29 | 3,664.28 | $ 6,358.70 | 10,346.29 | 323.31 | 3,664.28 | 969.98 | 5,388.72 | 8 | YEARS |
| 2781 | HO-MACH | Welding Machine | 3/1/2015 | 0 | 11,555.82 | 17,892.82 | 6,337.00 | $ 10,996.68 | 17,892.82 | 559.14 | 6,337.00 | 1,677.46 | 9,319.22 | 8 | YEARS |
| 2782 | HO-MACH | Scissors Lift Houston | 3/1/2015 | 0 | 10,887.02 | 18,290.18 | 7,403.16 | $ 10,233.80 | 18,290.18 | 653.22 | 7,403.16 | 1,959.66 | 8,274.14 | 7 | YEARS |
| 2783 | HO-MACH | Machinery U Constr. | 3/1/2015 | 0 | 8,066.25 | 12,489.67 | 4,423.42 | $ 7,675.95 | 12,489.67 | 390.3 | 4,423.42 | 1,170.91 | 6,505.04 | 8 | YEARS |
| 2785 | HO-MACH | Hem Saw | 3/1/2015 | 0 | 48,832.71 | 73,243.41 | 24,410.70 | $ 46,543.86 | 73,243.41 | 2,288.85 | 24,410.70 | 6,866.58 | 39,677.28 | 8 | YEARS |
| 2786 | HO-MACH | Electric Scissor Lift | 3/1/2015 | 0 | 16,515.43 | 27,745.95 | 11,230.52 | $ 15,524.50 | 27,745.95 | 990.93 | 11,230.52 | 2,972.78 | 12,551.72 | 7 | YEARS |
| 2787 | HO-MACH | Evaporate Fan Base FAB2 | 3/1/2015 | 0 | 11,135.05 | 18,706.87 | 7,571.82 | $ 10,466.95 | 18,706.87 | 668.1 | 7,571.82 | 2,004.31 | 8,462.64 | 7 | YEARS |
| 2788 | HO-MACH | Air Compressor | 3/1/2015 | 0 | 30,833.30 | 45,000.00 | 14,166.70 | $ 29,583.29 | 45,000.00 | 1,250.01 | 14,166.70 | 3,749.99 | 25,833.30 | 9 | YEARS |
| 2789 | HO-MACH | Sylvania Factory Lighting Package | 3/1/2015 | 0 | 81,922.17 | 126,847.15 | 44,924.98 | $ 77,958.21 | 126,847.15 | 3,963.96 | 44,924.98 | 11,891.93 | 66,066.28 | 8 | YEARS |
| 3000 | HO-MACH | Taylor TXH350L Forklift | 3/1/2015 | 0 | 56,333.30 | 130,000.00 | 73,666.70 | $ 49,833.29 | 130,000.00 | 6,500.01 | 73,666.70 | 19,499.99 | 30,333.30 | 5 | YEARS |
| 3001 | HO-MACH | Taylor TXH350L #2 Forklift | 3/1/2015 | 0 | 56,333.30 | 130,000.00 | 73,666.70 | $ 49,833.29 | 130,000.00 | 6,500.01 | 73,666.70 | 19,499.99 | 30,333.30 | 5 | YEARS |
| 3501 | CC-MACH | 5 Ton Bridge Fall Restraint System | 10/29/2015 | 0 | 27,041.12 | 39,163.00 | 12,121.88 | $ 25,642.43 | 39,163.00 | 1,398.69 | 12,121.88 | 4,196.02 | 21,446.41 | 7 | YEARS |
| 3502 | CC-MACH | 5 Ton Crane - 59ft Span | 10/29/2015 | 0 | 29,493.70 | 42,715.00 | 13,221.30 | $ 27,968.17 | 42,715.00 | 1,525.53 | 13,221.30 | 4,576.61 | 23,391.56 | 7 | YEARS |
| 53137 | PH-MACH | 60' 10 Ton Single Girder crane and hoist Industrial Installations | 10/25/2012 | 0 | 9,990.07 | 39,960.00 | 29,969.93 | $ 8,562.94 | 39,960.00 | 1,427.13 | 29,969.93 | 4,281.44 | 4,281.50 | 84 | PERIODS |

| Asset Num | Group Code | Asset Description | Commissioned Date | Residual Value | CY Open Book Value | CY Open Cost | CY Open Depn | Current Book value | Current Cost value | Current Posted Depn | Current Prev Year Depn | Current Unposted Depn | Current YE Book value | Asset Life | Life Modifier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53153 | PH-MACH | Chemical Storage Locker  w/out explosion panel  A&A Sheet Metal & Martell | 1/31/2013 | 0 | 3,490.16 | 12,215.76 | 8,725.60 | $ 3,053.87 | 12,215.76 | 436.29 | 8,725.60 | 1,308.82 | 1,745.05 | 84 | PERIODS |
| 53170 | PH-MACH | Weld Fume Extractor  Boom Arm 10'  Magnahelic Press  Hastings Air Energy | 11/15/2012 | 0 | 1,783.16 | 6,808.30 | 5,025.14 | $ 1,540.01 | 6,808.30 | 243.15 | 5,025.14 | 729.46 | 810.55 | 84 | PERIODS |
| 53188 | HO-MACH | Weld Fume Extractor  Boom Arm 14'  Magnahelic Press  Hastings Air Energy | 11/15/2012 | 0 | 1,843.62 | 7,039.26 | 5,195.64 | $ 1,592.22 | 7,039.26 | 251.4 | 5,195.64 | 754.21 | 838.01 | 84 | PERIODS |
| 53196 | HO-MACH | Weld Fume Extractor Boom Arm 14'  Magnahelic Press  Hastings Air Energy | 11/15/2012 | 0 | 1,843.62 | 7,039.26 | 5,195.64 | $ 1,592.22 | 7,039.26 | 251.4 | 5,195.64 | 754.21 | 838.01 | 84 | PERIODS |
| 53209 | PH-MACH | Weld Fume Extractor Boom Arm 14'  Magnahelic Press  Hastings Air Energy | 11/15/2012 | 0 | 1,843.62 | 7,039.26 | 5,195.64 | $ 1,592.22 | 7,039.26 | 251.4 | 5,195.64 | 754.21 | 838.01 | 84 | PERIODS |
| 53217 | PH-MACH | Weld Fume Extractor  Boom Arm 14'  Magnahelic Press  Hastings Air Energy | 11/15/2012 | 0 | 1,843.62 | 7,039.26 | 5,195.64 | $ 1,592.22 | 7,039.26 | 251.4 | 5,195.64 | 754.21 | 838.01 | 84 | PERIODS |
| 53225 | PH-MACH | Welder, Miller  Model CP-302, Deltaweld Series  Wire Feeder Model 22A | 2/26/2013 | 0 | 1,345.54 | 4,521.00 | 3,175.46 | $ 1,184.08 | 4,521.00 | 161.46 | 3,175.46 | 484.4 | 699.68 | 84 | PERIODS |
| 53233 | CC-MACH | Vertical Metal Cutting Bandsa 06/01/13 AA 01  Model VS400  Purchased from Bolton Hardware | 6/1/2013 | 0 | 1,097.49 | 3,179.00 | 2,081.51 | $ 983.94 | 3,179.00 | 113.55 | 2,081.51 | 340.59 | 643.35 | 84 | PERIODS |
| 53268 | CC-MACH | Rigid 1/4-4 NPT Pipe Threader & Dies - All Phase | 4/30/2013 | 0 | 2,978.32 | 9,265.91 | 6,287.59 | $ 2,647.39 | 9,265.91 | 330.93 | 6,287.59 | 992.77 | 1,654.62 | 84 | PERIODS |
| 110217 | CC-MACH | AC/DC High Pot Tester | 1/21/2015 | 0 | 1,732.90 | 2,970.75 | 1,237.85 | $ 1,626.79 | 2,970.75 | 106.11 | 1,237.85 | 318.28 | 1,308.51 | 7 | YEARS |
| 110221 | CC-MACH | M400ABC Engraving System | 1/27/2015 | 0 | 4,004.69 | 6,865.20 | 2,860.51 | $ 3,759.50 | 6,865.20 | 245.19 | 2,860.51 | 735.55 | 3,023.95 | 7 | YEARS |
| 110235 | CA-MACH | Plasma table & cutter | 11/1/2017 | 0 | 188,494.57 | 193,092.00 | 4,597.43 | $ 181,598.44 | 193,092.00 | 6,896.13 | 4,597.43 | 20,688.44 | 160,910.00 | 7 | YEARS |
| 110236 | CA-MACH | Hazmat Storage - Caldwell | 11/27/2017 | 0 | 7,311.90 | 7,400.00 | 88.1 | $ 7,047.60 | 7,400.00 | 264.3 | 88.1 | 792.84 | 6,254.76 | 7 | YEARS |
| 110237 | HO-MACH | 1930 E Genie Scissor Lift GS3015A-143150 | 4/30/2015 | 0 | 0 | 12695.32 | 12695.32 | $ - | 12695.32 | 0 | 12695.32 | 0 | 0 | 3 | YEARS |
| 110238 | CC-MACH | 1930E Genie Scissor Lift GS3015A-143152 | 4/30/2015 | 0 | 0 | 12427.12 | 12427.12 | $ - | 12427.12 | 0 | 12427.12 | 0 | 0 | 3 | YEARS |
| 110239 | CC-MACH | 1930E Genie Scissor Lift GS3015A-143154 | 4/30/2015 | 0 | 0 | 12427.12 | 12427.12 | $ - | 12427.12 | 0 | 12427.12 | 0 | 0 | 3 | YEARS |
| 110240 | CC-MACH | 1930E Genie Scissor Lift GS3015A-143156 | 4/30/2015 | 0 | 0 | 12427.12 | 12427.12 | $ - | 12427.12 | 0 | 12427.12 | 0 | 0 | 3 | YEARS |
| 110241 | CC-MACH | 1930E Genie Scissor Lift GS3015A-143159 | 4/30/2015 | 0 | 0 | 12427.12 | 12427.12 | $ - | 12427.12 | 0 | 12427.12 | 0 | 0 | 3 | YEARS |

| Asset Num | Group Code | Asset Description | Commissioned Date | Residual Value | CY Open Book Value | CY Open Cost | CY Open Depn | Current Book value | Current Cost value | Current Posted Depn | Current Prev Year Depn | Current Unposted Depn | Current YE Book value | Asset Life | Life Modifier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 130002 | CC-MACH | Hyster S150A 15,000 # Used Forklift SN - AD24D03591X | 5/20/2013 | 0 | 4,500.01 | 13,500.00 | 8,999.99 | $    4,017.88 | 13,500.00 | 482.13 | 8,999.99 | 1,446.44 | 2,571.44 | 84 | PERIODS |
| 151019 | CC-MACH | Bewo Model 350LT 14" Cold Saw | 7/30/2012 | 0 | 0 | 3,500.00 | 3,500.00 | $            - | 3,500.00 | 0 | 3,500.00 | 0 | 0 | 60 | PERIODS |
| 151027 | CC-MACH | Bewo Model 350LT 14" Cold Saw | 7/30/2012 | 0 | 0 | 3,500.00 | 3,500.00 | $            - | 3,500.00 | 0 | 3,500.00 | 0 | 0 | 60 | PERIODS |
| 151035 | CC-MACH | 15,000 LB RIGGERS BOOMS | 7/30/2012 | 0 | 0 | 1,000.00 | 1,000.00 | $            - | 1,000.00 | 0 | 1,000.00 | 0 | 0 | 60 | PERIODS |
| 151043 | CC-MACH | HERMES MODEL 1TF-V PANTOGRAPH ENGRAVING MACHINES | 7/30/2012 | 0 | 0 | 1,000.00 | 1,000.00 | $            - | 1,000.00 | 0 | 1,000.00 | 0 | 0 | 60 | PERIODS |
| 151051 | CC-MACH | 40" LOAD LIFTER 2 TON RUNNING SINGLE GIRDER BRIDGE CRANES   W/ 2 TROLLEYS & HOISTS | 7/30/2012 | 0 | 0 | 3,000.00 | 3,000.00 | $            - | 3,000.00 | 0 | 3,000.00 | 0 | 0 | 60 | PERIODS |
| 151078 | CC-MACH | Binks Paint Booth  18'x16'x12' Open Front Incl Pan Guns, Pots, Hoses et | 7/30/2012 | 0 | 0 | 2,000.00 | 2,000.00 | $            - | 2,000.00 | 0 | 2,000.00 | 0 | 0 | 60 | PERIODS |
| 151094 | CC-MACH | Rigid Pipe and Bolt Threader Model 535 | 7/30/2012 | 0 | 0 | 1,000.00 | 1,000.00 | $            - | 1,000.00 | 0 | 1,000.00 | 0 | 0 | 60 | PERIODS |
| 151107 | CC-MACH |  Misc Shop Equipment | 7/30/2012 | 0 | 0 | 20,000.00 | 20,000.00 | $            - | 20,000.00 | 0 | 20,000.00 | 0 | 0 | 60 | PERIODS |
| 151203 | PH-MACH | Bridgeport Milling Machine 1 HP | 7/30/2012 | 0 | 0 | 1,800.00 | 1,800.00 | $            - | 1,800.00 | 0 | 1,800.00 | 0 | 0 | 60 | PERIODS |
| 151220 | PH-MACH | Hyd-Mech Horizontal Bandsaw Model S-20 | 7/30/2012 | 0 | 0 | 7,000.00 | 7,000.00 | $            - | 7,000.00 | 0 | 7,000.00 | 0 | 0 | 60 | PERIODS |
| 151254 | PH-MACH | Welder, Miller Model CP-302 | 7/30/2012 | 0 | 0 | 1,200.00 | 1,200.00 | $            - | 1,200.00 | 0 | 1,200.00 | 0 | 0 | 60 | PERIODS |
| 151262 | PH-MACH | Welder, Miller Model CP-302 | 7/30/2012 | 0 | 0 | 1,200.00 | 1,200.00 | $            - | 1,200.00 | 0 | 1,200.00 | 0 | 0 | 60 | PERIODS |
| 151271 | PH-MACH | Welder, Miller Model CP-302 | 7/30/2012 | 0 | 0 | 1,200.00 | 1,200.00 | $            - | 1,200.00 | 0 | 1,200.00 | 0 | 0 | 60 | PERIODS |
| 151289 | PH-MACH | Welder, Miller Model CP-302 | 7/30/2012 | 0 | 0 | 1,200.00 | 1,200.00 | $            - | 1,200.00 | 0 | 1,200.00 | 0 | 0 | 60 | PERIODS |
| 151297 | PH-MACH | Welder, Miller Model CP-300 | 7/30/2012 | 0 | 0 | 1,200.00 | 1,200.00 | $            - | 1,200.00 | 0 | 1,200.00 | 0 | 0 | 60 | PERIODS |
| 151318 | PH-MACH | Welder, Miller  Model Deltaweld 454 W/Model 60 Series Wire Feed | 7/30/2012 | 0 | 0 | 2,000.00 | 2,000.00 | $            - | 2,000.00 | 0 | 2,000.00 | 0 | 0 | 60 | PERIODS |
| 151326 | PH-MACH | Welder, Miller  Model Deltaweld 452 W/Model 60 Series Wire Feed | 7/30/2012 | 0 | 0 | 2,000.00 | 2,000.00 | $            - | 2,000.00 | 0 | 2,000.00 | 0 | 0 | 60 | PERIODS |
| 151334 | PH-MACH | Welder, Miller  Model CP-252TS  W/Bernard Boom & S21 Wire Fee | 7/30/2012 | 0 | 0 | 1,400.00 | 1,400.00 | $            - | 1,400.00 | 0 | 1,400.00 | 0 | 0 | 60 | PERIODS |
| 151342 | PH-MACH | Welder, Miller Model Regency 250 | 7/30/2012 | 0 | 0 | 600 | 600 | $            - | 600 | 0 | 600 | 0 | 0 | 60 | PERIODS |
| 151369 | PH-MACH | Misc Powerhouse Equipment | 7/30/2012 | 0 | 0 | 15,000.00 | 15,000.00 | $            - | 15,000.00 | 0 | 15,000.00 | 0 | 0 | 60 | PERIODS |
| 152311 | PH-MACH | Paint Booth, Custom  40'x18 Open Top  Incl Exhaust, Lights, etc. | 7/30/2012 | 0 | 0 | 10,000.00 | 10,000.00 | $            - | 10,000.00 | 0 | 10,000.00 | 0 | 0 | 60 | PERIODS |
| 152337 | PH-MACH | Paint Booth, Custom 50'x25'x25' Double Door  Incl Exhaust, Lights, etc. | 7/30/2012 | 0 | 0 | 20,000.00 | 20,000.00 | $            - | 20,000.00 | 0 | 20,000.00 | 0 | 0 | 60 | PERIODS |
| 152601 | PH-MACH | Phosphate System Conversion | 7/30/2012 | 0 | 2,035.78 | 9,000.00 | 6,964.22 | $    1,714.36 | 9,000.00 | 321.42 | 6,964.22 | 964.29 | 750.07 | 84 | PERIODS |
| 152610 | PH-MACH | Fork Lift, Hyster Year 2004   Model S120 XMS | 7/30/2012 | 0 | 3,392.87 | 15,000.00 | 11,607.13 | $    2,857.16 | 15,000.00 | 535.71 | 11,607.13 | 1,607.15 | 1,250.01 | 84 | PERIODS |
| 152791 | PH-MACH | Eagle 250 Notcher | 7/30/2012 | 0 | 2,261.87 | 10,000.00 | 7,738.13 | $    1,904.72 | 10,000.00 | 357.15 | 7,738.13 | 1,071.42 | 833.3 | 84 | PERIODS |

| Asset Num | Group Code | Asset Description | Commissioned Date | Residual Value | CY Open Book Value | CY Open Cost | CY Open Depn | Current Book value | Current Cost value | Current Posted Depn | Current Prev Year Depn | Current Unposted Depn | Current YE Book value | Asset Life | Life Modifier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 152812 | PH-MACH | Forklift Hyster, 5000 LB LPG  Model S50XL | 7/30/2012 | 0 | 1,809.48 | 8,000.00 | 6,190.52 | $        1,523.76 | 8,000.00 | 285.72 | 6,190.52 | 857.14 | 666.62 | 84 | PERIODS |
| 152880 | CC-MACH | Hyster S150A  15,000# Cushion Tired Forklis | 7/30/2012 | 0 | 4,071.35 | 18,000.00 | 13,928.65 | $        3,428.48 | 18,000.00 | 642.87 | 13,928.65 | 1,928.56 | 1,499.92 | 84 | PERIODS |
| 152919 | PH-MACH | Reciprocating Compressor  Mfg - Champion 15HP Reciproca  Model Yr - 2001 | 7/30/2012 | 0 | 678.65 | 3,000.00 | 2,321.35 | $           571.52 | 3,000.00 | 107.13 | 2,321.35 | 321.44 | 250.08 | 84 | PERIODS |
| 153034 | CA-MACH | Radio Remote # 1 System for Hoists | 9/30/2015 | 0 | 3,138.40 | 4,625.00 | 1,486.60 | $        2,973.22 | 4,625.00 | 165.18 | 1,486.60 | 495.53 | 2,477.69 | 7 | YEARS |
| 153035 | CA-MACH | Radio Remote # 2 System for Hoists | 9/30/2015 | 0 | 3,138.40 | 4,625.00 | 1,486.60 | $        2,973.22 | 4,625.00 | 165.18 | 1,486.60 | 495.53 | 2,477.69 | 7 | YEARS |
| 153036 | CA-MACH | Enclosure as Storage Facility | 10/16/2015 | 0 | 11,789.30 | 17,074.14 | 5,284.84 | $      11,179.52 | 17,074.14 | 609.78 | 5,284.84 | 1,829.38 | 9,350.14 | 7 | YEARS |
| 153041 | CH-MACH | MASTERFAB 6100 X 200 Press Brake | 9/20/2015 | 0 | 97,714.27 | 144,000.00 | 46,285.73 | $      92,571.40 | 144,000.00 | 5,142.87 | 46,285.73 | 15,428.56 | 77,142.84 | 7 | YEARS |
| 153043 | CH-MACH | Assy Heat (BASE/MSR) | 3/20/2015 | 0 | 7,860.06 | 12,946.00 | 5,085.94 | $        7,397.70 | 12,946.00 | 462.36 | 5,085.94 | 1,387.07 | 6,010.63 | 7 | YEARS |
| 153048 | CH-MACH | Whitney 791 Beam Punch | 1/1/2015 | 0 | 11,257.13 | 19,700.00 | 8,442.87 | $      10,553.57 | 19,700.00 | 703.56 | 8,442.87 | 2,110.73 | 8,442.84 | 7 | YEARS |
| 153055 | CH-MACH | Prep / Paint Booth | 1/1/2015 | 0 | 479,939.49 | 838,894.09 | 358,954.60 | $    449,979.00 | 838,894.09 | 29,960.49 | 358,954.60 | 89,881.52 | 360,097.48 | 7 | YEARS |
| 1125961 | CC-MACH | 40'Dearborn 5 Ton Bridge Cran w/ 2 trolleys & hoists | 7/30/2012 | 0 | 0 | 10,000.00 | 10,000.00 | $                 - | 10,000.00 | 0 | 10,000.00 | 0 | 0 | 60 | PERIODS |
| 1126104 | PH-MACH | AccurPress Model 76012  60 Ton X 12' CNC Press Brake | 7/30/2012 | 0 | 0 | 30,000.00 | 30,000.00 | $                 - | 30,000.00 | 0 | 30,000.00 | 0 | 0 | 60 | PERIODS |
| 1126112 | PH-MACH | Shear AccurPress Model 813512  12'x.125" | 7/30/2012 | 0 | 0 | 40,000.00 | 40,000.00 | $                 - | 40,000.00 | 0 | 40,000.00 | 0 | 0 | 60 | PERIODS |
| 1145401 | CC-MACH | 1986 Hyster S150A Forklift | 7/30/2012 | 0 | 0 | 12,000.00 | 12,000.00 | $                 - | 12,000.00 | 0 | 12,000.00 | 0 | 0 | 60 | PERIODS |
| 1145444 | CC-MACH | 1982 Hyster S150A Forklift | 7/30/2012 | 0 | 0 | 12,000.00 | 12,000.00 | $                 - | 12,000.00 | 0 | 12,000.00 | 0 | 0 | 60 | PERIODS |
| 1145840 | PH-MACH | Accurpress Model 713016  130 ton - 16' Brake Press | 7/30/2012 | 0 | 0 | 40,000.00 | 40,000.00 | $                 - | 40,000.00 | 0 | 40,000.00 | 0 | 0 | 60 | PERIODS |
| 1146295 | CC-MACH | Forklift, Used 1995 Hyster  S50XL  (QMH, Inc.) | 7/30/2012 | 0 | 0 | 8,000.00 | 8,000.00 | $                 - | 8,000.00 | 0 | 8,000.00 | 0 | 0 | 60 | PERIODS |
| 1146463 | PH-MACH | Bandsaw, Vertical Marvel Series 8 MK II | 7/30/2012 | 0 | 0 | 3,000.00 | 3,000.00 | $                 - | 3,000.00 | 0 | 3,000.00 | 0 | 0 | 60 | PERIODS |
| 1147079 | PH-MACH | Welder, Miller  Model CP-302 | 7/30/2012 | 0 | 0 | 1,200.00 | 1,200.00 | $                 - | 1,200.00 | 0 | 1,200.00 | 0 | 0 | 60 | PERIODS |
| 1147087 | PH-MACH | Welder, Aluminum  (PH)  Miller CP252TS from Air Prods | 7/30/2012 | 0 | 0 | 1,200.00 | 1,200.00 | $                 - | 1,200.00 | 0 | 1,200.00 | 0 | 0 | 60 | PERIODS |
| 2145401 | CC-MACH | 1986 Hyster S150A Forklift | 7/30/2012 | 0 | 0 | 12,000.00 | 12,000.00 | $                 - | 12,000.00 | 0 | 12,000.00 | 0 | 0 | 60 | PERIODS |
| 2155410 | CA-MACH | 24' Trailer | 5/2/2016 | 0 | 7,891.03 | 10,357.00 | 2,465.97 | $        7,521.13 | 10,357.00 | 369.9 | 2,465.97 | 1,109.67 | 6,411.46 | 7 | YEARS |
| 2155414 | CA-MACH | Paint Compressor 80gal Tank | 6/30/2016 | 0 | 12,378.11 | 15,753.98 | 3,375.87 | $      11,815.46 | 15,753.98 | 562.65 | 3,375.87 | 1,687.92 | 10,127.54 | 7 | YEARS |
| 2155422 | HO-MACH | Machine Curtains | 12/2/2016 | 0 | 7,991.55 | 9,454.80 | 1,463.25 | $        7,653.87 | 9,454.80 | 337.68 | 1,463.25 | 1,013.01 | 6,640.86 | 7 | YEARS |
| 2155424 | HO-MACH | TRS Container Caldwell | 7/9/2013 | 0 | 1,158.28 | 1,805.00 | 646.72 | $        1,113.16 | 1,805.00 | 45.12 | 646.72 | 135.38 | 977.78 | 120 | PERIODS |
| 2155425 | HO-MACH | TRS Container Houston | 7/9/2013 | 0 | 1,158.28 | 1,805.00 | 646.72 | $        1,113.16 | 1,805.00 | 45.12 | 646.72 | 135.38 | 977.78 | 120 | PERIODS |
| 2155427 | HO-MACH | HO New Lift Station | 4/26/2017 | 0 | 21,650.00 | 21,650.00 | 0 | $      20,876.78 | 21,650.00 | 773.22 | 0 | 2,319.64 | 18,557.14 | 7 | YEARS |
| 195-A | CA-MACH | Safety Upgrade for Niagra Press Brake | 9/1/2015 | 0 | 21,466.40 | 32,199.62 | 10,733.22 | $      20,316.41 | 32,199.62 | 1,149.99 | 10,733.22 | 3,449.96 | 16,866.45 | 7 | YEARS |

| Asset Num | Group Code | Asset Description | Commissioned Date | Residual Value | CY Open Book Value | CY Open Cost | CY Open Depn | Current Book value | Current Cost value | Current Posted Depn | Current Prev Year Depn | Current Unposted Depn | Current YE Book value | Asset Life | Life Modifier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2614951.59 | | | $ 2,464,870.68 | | | | | | | |

# Schedule A-55

# Property Leases

| Property Type | Plant | Address | Vendor | Vendor Address | Vendor City | Vendor State | Vendor Zip | Expiration Date | Monthly Cost |
|---|---|---|---|---|---|---|---|---|---|
| Manufacturing | Caldwell | Koontz-Wagner 20394 Pinto Lane Caldwell, ID 83607 | Dave & Tom of Idaho, LLC | PO Box 97 | Caldwell | ID | 83606 | 6/30/2023 | $ 20,000.00 |
| Manufacturing | Houston | Koontz-Wagner 6510 Bourgeois Road Houston, TX | GP South, LLC | 129 N 10th St, Capitol Hall | Lincoln | NE | 68508 | 12/21/2026 | $73,916.25 (changes annually) |
| Manufacturing | South Bend | Koontz-Wagner 3801 Voorde Drive South Bend, IN 46628 | Wiley Road Industrial Park, L.P. | 3801 Voorde Dr | South Bend | IN | 46628 | 7/26/2019 | $ 17,500.00 to $ 18,576.60 |
| Warehouse | South Bend | Koontz-Wagner 767 West Chippewa Ave South Bend, IN 46614 | GRQ, Inc c/o Industrial Realty Group | 11100 Santa Monica Blvd, S | Los Angeles | CA | 90025 | 2/1/2019 | $ 19,200.00 |
| Warehouse | South Bend | Koontz-Wagner 1735 N Bendix Drive South Bend, IN 46628 | Maria Mittiga | 26142 Twin Lakes Trail | South Bend | IN | 46628 | 12/31/2018 | $ 5,000.00 |
| Manufacturing | South Bend | Koontz-Wagner 4755 Ameritech Drive South Bend, IN 46628 | Delta Management Company, LLC | 52733 Willowbend Drive | Granger | IN | 46530 | 9/24/2020 | $ 20,000.00 |
| Manufacturing | Chattanooga | Koontz-Wagner 6207 Jim Snow Way Chattanooga, TN 37421 | Snow Evitt Partnership c/o Nancy Snow Evitt 9204 Hopi Trail | Ooltewah | TN | 37363 | 6/30/2023 | $ 18,250.00 | |
| Warehouse (subleased to Thrift Store) | Chattanooga | Koontz-Wagner 6004 Lee Highway Chattanooga, TN | JSW Properties, LLC | 120 Nowlin Lane | Chattanooga | TN | 37421 | 11/30/2019 | $ 7,800.00 (sublease in dropbox) |

# Schedule A-60



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jul 23 03:47:02 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [ ] OR | Jump | to record: [ ] **Record 3 out of 9**

**TSDR** | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | KW |
| **Goods and Services** | IC 037. US 100 103 106. G & S: Electrical contracting; Electrical contractor services; Electrical repairs and installation of industrial and consumer machinery. FIRST USE: 19710101. FIRST USE IN COMMERCE: 19710101 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 85645014 |
| **Filing Date** | June 6, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 13, 2012 |
| **Registration Number** | 4282372 |
| **Registration Date** | January 29, 2013 |
| **Owner** | (REGISTRANT) KOONTZ-WAGNER CUSTOM CONTROLS HOLDINGS LLC DBA KOONTZ-WAGNER ELECTRIC LIMITED LIABILITY COMPANY INDIANA 3801 Voorde Drive South Bend INDIANA 46628 |
| **Attorney of Record** | William D. O'Neill |
| **Description of** | The color(s) red, white and blue is/are claimed as a feature of the mark. The mark consists of the |

| | |
|---|---|
| **Mark** | letter "K" with the top half in red and the bottom half in blue and the letter "W" superimposed in the middle in the color white. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST

NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**



Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

**Serial #:** 85645014      **Filing Dt:** 06/06/2012      **Reg #:** 4282372      **Reg. Dt:** 01/29/2013

**Registrant:** KOONTZ-WAGNER CUSTOM CONTROLS HOLDINGS L

   **Mark:** KW

**Assignment: 1**

**Reel/Frame:** 4892/0433      **Recorded:** 11/01/2012      **Pages:** 8

**Conveyance:** SECURITY INTEREST

**Assignor:** KOONTZ-WAGNER CUSTOM CONTROLS HOLDINGS LLC

**Exec Dt:** 08/28/2012
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** INDIANA

**Assignee:** WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT
1525 WEST W.T. HARRIS BLVD.
MAC D1109-019
CHARLOTTE, NORTH CAROLINA 28262

**Entity Type:** NATIONAL BANKING ASSOCIATION
**Citizenship:** UNITED STATES

**Correspondent:** ANDREA WALKER, WINSTEAD PC
P.O. BOX 131851
DALLAS, TX 75313-1851

**Assignment: 2**

**Reel/Frame:** 6102/0051      **Recorded:** 06/22/2017      **Pages:** 13

**Conveyance:** SECURITY INTEREST

**Assignors:** GLOBAL POWER EQUIPMENT GROUP INC.

**Exec Dt:** 06/16/2017
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

BRADEN MANUFACTURING, L. L. C.

**Exec Dt:** 06/16/2017
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

WILLIAMS SPECIALTY SERVICES, LLC

**Exec Dt:** 06/16/2017
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** GEORGIA

KOONTZ-WAGNER CUSTOM CONTROLS HOLDINGS LLC

**Exec Dt:** 06/16/2017
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** INDIANA

**Assignee:** CENTRE LANE PARTNERS MASTER CREDIT FUND II, L. P.
60 EAST 42ND STREET, #1250
NEW YORK
NY, UNITED STATES 10165

**Entity Type:** LIMITED PARTNERSHIP
**Citizenship:** DELAWARE

**Correspondent:** DEIRDRE MANGAN
CHAPMAN AND CUTLER LLP
1270 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK, NEW YORK 10020

**Assignment: 3**

**Reel/Frame:** 6128/0456      **Recorded:** 07/26/2017      **Pages:** 8

**Conveyance:** RELEASE BY SECURED PARTY



**Assignor:** CENTRE LANE PARTNERS MASTER CREDIT FUND II, L.P., AS THE SUCCESSOR IN INTEREST TO WELLS FARGO BANK, NATIONAL ASSOCIATION
**Exec Dt:** 07/17/2017
**Entity Type:** LIMITED PARTNERSHIP
**Citizenship:** DELAWARE

**Assignees:** BRADEN MANUFACTURING, L.L.C.
5199 N. MINGO ROAD
TULSA , OKLAHOMA USA 74117
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

GLOBAL POWER EQUIPMENT GROUP INC.
400 E. LAS COLINAS BLVD., SUITE 400
IRVING, , TEXAS 75039
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

WILLIAMS INDUSTRIAL SERVICES GROUP, L.L.C.
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER, GEORGIA 30084
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

WILLIAMS INDUSTRIAL SERVICES, LLC
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER, GEORGIA 30084
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

WILLIAMS SPECIALTY SERVICES, LLC
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER , GEORGIA 30084
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** GEORGIA

WILLIAMS PLANT SERVICES, LLC
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER, GEORGIA 30084
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** GEORGIA

CONSTRUCTION & MAINTENANCE PROFESSIONAL, LLC
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER, GEORGIA 30084
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** GEORGIA

WILLIAMS GLOBAL SERVICES, INC.
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER , GEORGIA 30084
**Entity Type:** CORPORATION
**Citizenship:** GEORGIA

KOONTZ-WAGNER CUSTOM CONTROLS HOLDINGS LLC
3801 VOORDE DRIVE
SOUTH BEND, INDIANA 76628
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** INDIANA

**Correspondent:** DEIRDRE G. MANGAN, PARALEGAL
CHAPMAN AND CUTLER LLP
1270 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Search Results as of: 07/23/2018 10:16 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jul 23 03:47:02 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC | | | | | |

Logout | Please logout when you are done to release system resources allocated for you.

Start | List At: [____] OR | Jump | to record: [____]  **Record 2 out of 9**

**TSDR** | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Word Mark** | KW |
|---|---|
| **Goods and Services** | IC 037. US 100 103 106. G & S: Construction of packaged control rooms for integrated electrical systems; electrical contractor services; repair and preventive maintenance of electrical systems, motors, and machinery. FIRST USE: 19710000. FIRST USE IN COMMERCE: 19710000 |
| | IC 040. US 100 103 106. G & S: Custom construction of electrical control panels, construction of electrical generator terminal enclosures, circuit-breaker enclosures and platforms, line side cubicles and neutral cubicles; construction of copper and aluminum bus assemblies; construction of high-current A.C. and D.C. switching systems. FIRST USE: 19710000. FIRST USE IN COMMERCE: 19710000 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 85706251 |
| **Filing Date** | August 17, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 19, 2013 |
| **Registration Number** | 4331263 |
| **International** | |

| Registration Number | 1146762 |
|---|---|
| Registration Date | May 7, 2013 |
| Owner | (REGISTRANT) Koontz-Wagner Custom Controls Holdings, LLC LIMITED LIABILITY COMPANY INDIANA 3801 Voorde Drive, Suite A South Bend INDIANA 46628 |
| Attorney of Record | William D. O'Neill |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of the letter "K" with the letter "W" superimposed thereon. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME  NEW USER  STRUCTURED  FREE FORM  BROWSE DICT  SEARCH OG  TOP  HELP  PREV LIST  CURR LIST
NEXT LIST  FIRST DOC  PREV DOC  NEXT DOC  LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

**Serial #:** 85706251    **Filing Dt:** 08/17/2012    **Reg #:** 4331263    **Reg. Dt:** 05/07/2013

**Registrant:** Koontz-Wagner Custom Controls Holdings,

**Mark:** KW

**Assignment: 1**

**Reel/Frame:** 5097/0883    **Recorded:** 08/26/2013    **Pages:** 9

**Conveyance:** SECURITY INTEREST

**Assignor:** KOONTZ-WAGNER CUSTOM CONTROLS HOLDINGS LLC    **Exec Dt:** 08/28/2012
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** INDIANA

**Assignee:** WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT    **Entity Type:** NATIONAL BANKING ASSOCIATION
1525 WEST W.T. HARRIS BLVD.    **Citizenship:** UNITED STATES
MAC D1109-019
CHARLOTTE, NORTH CAROLINA 28262

**Correspondent:** ANDREA WALKER, WINSTEAD PC
P.O. BOX 131851
DALLAS, TX 75313-1851

**Assignment: 2**

**Reel/Frame:** 6102/0051    **Recorded:** 06/22/2017    **Pages:** 13

**Conveyance:** SECURITY INTEREST

**Assignors:** GLOBAL POWER EQUIPMENT GROUP INC.    **Exec Dt:** 06/16/2017
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

BRADEN MANUFACTURING, L. L. C.    **Exec Dt:** 06/16/2017
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

WILLIAMS SPECIALTY SERVICES, LLC    **Exec Dt:** 06/16/2017
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** GEORGIA

KOONTZ-WAGNER CUSTOM CONTROLS HOLDINGS LLC    **Exec Dt:** 06/16/2017
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** INDIANA

**Assignee:** CENTRE LANE PARTNERS MASTER CREDIT FUND II, L. P.    **Entity Type:** LIMITED PARTNERSHIP
60 EAST 42ND STREET, #1250    **Citizenship:** DELAWARE
NEW YORK
NY, UNITED STATES 10165

**Correspondent:** DEIRDRE MANGAN
CHAPMAN AND CUTLER LLP
1270 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK, NEW YORK 10020

**Assignment: 3**

**Reel/Frame:** 6128/0456    **Recorded:** 07/26/2017    **Pages:** 8

**Conveyance:** RELEASE BY SECURED PARTY

**Assignor:** CENTRE LANE PARTNERS MASTER CREDIT FUND II, L.P., AS THE SUCCESSOR IN INTEREST TO WELLS FARGO BANK, NATIONAL ASSOCIATION

**Exec Dt:** 07/17/2017
**Entity Type:** LIMITED PARTNERSHIP
**Citizenship:** DELAWARE

**Assignees:** BRADEN MANUFACTURING, L.L.C.
5199 N. MINGO ROAD
TULSA , OKLAHOMA USA 74117

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

GLOBAL POWER EQUIPMENT GROUP INC.
400 E. LAS COLINAS BLVD., SUITE 400
IRVING, , TEXAS 75039

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

WILLIAMS INDUSTRIAL SERVICES GROUP, L.L.C.
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER, GEORGIA 30084

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

WILLIAMS INDUSTRIAL SERVICES, LLC
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER, GEORGIA 30084

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

WILLIAMS SPECIALTY SERVICES, LLC
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER , GEORGIA 30084

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** GEORGIA

WILLIAMS PLANT SERVICES, LLC
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER, GEORGIA 30084

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** GEORGIA

CONSTRUCTION & MAINTENANCE PROFESSIONAL, LLC
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER, GEORGIA 30084

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** GEORGIA

WILLIAMS GLOBAL SERVICES, INC.
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER , GEORGIA 30084

**Entity Type:** CORPORATION
**Citizenship:** GEORGIA

KOONTZ-WAGNER CUSTOM CONTROLS HOLDINGS LLC
3801 VOORDE DRIVE
SOUTH BEND, INDIANA 76628

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** INDIANA

**Correspondent:** DEIRDRE G. MANGAN, PARALEGAL
CHAPMAN AND CUTLER LLP
1270 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Search Results as of: 07/23/2018 10:16 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jul 23 03:47:02 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |

| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start | List At: [        ] OR | Jump | to record: [        ]  **Record 4 out of 9**

TSDR   Assign Status   TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# PCH

| | |
|---|---|
| **Word Mark** | PCH |
| **Goods and Services** | IC 006. US 002 012 013 014 023 025 050. G & S: Fabricated metal buildings to house electrical power and control equipment, namely, switchgear, motor control centers, variable frequency drives, utilities for the gas turbine power generation, oil and gas, utility and renewables industry. FIRST USE: 20131203. FIRST USE IN COMMERCE: 20131203 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85564046 |
| **Filing Date** | March 8, 2012 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 19, 2013 |
| **Registration Number** | 4526266 |
| **Registration Date** | May 6, 2014 |
| **Owner** | (REGISTRANT) Koontz-Wagner Custom Controls Holdings llc LIMITED LIABILITY COMPANY |

INDIANA 3801 Voorde Drive South Bend INDIANA 46628

**Attorney of Record**     William D. O'Neill

**Type of Mark**     TRADEMARK

**Register**     PRINCIPAL

**Live/Dead Indicator**     LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

  

United States Patent and Trademark Office

Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

**Serial #:** 85564046 **Filing Dt:** 03/08/2012 **Reg #:** 4526266 **Reg. Dt:** 05/06/2014

**Registrant:** Koontz-Wagner Custom Controls Holdings I

**Mark:** PCH

## Assignment: 1

**Reel/Frame:** 4892/0433 **Recorded:** 11/01/2012 **Pages:** 8

**Conveyance:** SECURITY INTEREST

**Assignor:** KOONTZ-WAGNER CUSTOM CONTROLS HOLDINGS LLC **Exec Dt:** 08/28/2012
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** INDIANA

**Assignee:** WELLS FARGO BANK, NATIONAL ASSOCIATION, AS ADMINISTRATIVE AGENT **Entity Type:** NATIONAL BANKING ASSOCIATION
1525 WEST W.T. HARRIS BLVD. **Citizenship:** UNITED STATES
MAC D1109-019
CHARLOTTE, NORTH CAROLINA 28262

**Correspondent:** ANDREA WALKER, WINSTEAD PC
P.O. BOX 131851
DALLAS, TX 75313-1851

## Assignment: 2

**Reel/Frame:** 6102/0051 **Recorded:** 06/22/2017 **Pages:** 13

**Conveyance:** SECURITY INTEREST

**Assignors:** GLOBAL POWER EQUIPMENT GROUP INC. **Exec Dt:** 06/16/2017
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

BRADEN MANUFACTURING, L. L. C. **Exec Dt:** 06/16/2017
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

WILLIAMS SPECIALTY SERVICES, LLC **Exec Dt:** 06/16/2017
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** GEORGIA

KOONTZ-WAGNER CUSTOM CONTROLS HOLDINGS LLC **Exec Dt:** 06/16/2017
**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** INDIANA

**Assignee:** CENTRE LANE PARTNERS MASTER CREDIT FUND II, L. P. **Entity Type:** LIMITED PARTNERSHIP
60 EAST 42ND STREET, #1250 **Citizenship:** DELAWARE
NEW YORK
NY, UNITED STATES 10165

**Correspondent:** DEIRDRE MANGAN
CHAPMAN AND CUTLER LLP
1270 AVENUE OF THE AMERICAS, 30TH FLOOR
NEW YORK, NEW YORK 10020

## Assignment: 3

**Reel/Frame:** 6128/0456 **Recorded:** 07/26/2017 **Pages:** 8

**Conveyance:** RELEASE BY SECURED PARTY

**Assignor:** CENTRE LANE PARTNERS MASTER CREDIT FUND II, L.P., AS THE SUCCESSOR IN INTEREST TO WELLS FARGO BANK, NATIONAL ASSOCIATION

**Exec Dt:** 07/17/2017
**Entity Type:** LIMITED PARTNERSHIP
**Citizenship:** DELAWARE

**Assignees:** BRADEN MANUFACTURING, L.L.C.
5199 N. MINGO ROAD
TULSA , OKLAHOMA USA 74117

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

GLOBAL POWER EQUIPMENT GROUP INC.
400 E. LAS COLINAS BLVD., SUITE 400
IRVING, , TEXAS 75039

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

WILLIAMS INDUSTRIAL SERVICES GROUP, L.L.C.
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER, GEORGIA 30084

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

WILLIAMS INDUSTRIAL SERVICES, LLC
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER, GEORGIA 30084

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

WILLIAMS SPECIALTY SERVICES, LLC
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER , GEORGIA 30084

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** GEORGIA

WILLIAMS PLANT SERVICES, LLC
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER, GEORGIA 30084

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** GEORGIA

CONSTRUCTION & MAINTENANCE PROFESSIONAL, LLC
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER, GEORGIA 30084

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** GEORGIA

WILLIAMS GLOBAL SERVICES, INC.
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER , GEORGIA 30084

**Entity Type:** CORPORATION
**Citizenship:** GEORGIA

KOONTZ-WAGNER CUSTOM CONTROLS HOLDINGS LLC
3801 VOORDE DRIVE
SOUTH BEND, INDIANA 76628

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** INDIANA

**Correspondent:** DEIRDRE G. MANGAN, PARALEGAL
CHAPMAN AND CUTLER LLP
1270 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Search Results as of: 07/23/2018 10:15 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jul 23 03:47:02 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST |
| NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start | List At:    OR | Jump | to record:    **Record 1 out of 9**

TSDR   Assign Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# IBI

| | |
|---|---|
| **Word Mark** | IBI |
| **Goods and Services** | IC 040. US 100 103 106. G & S: custom construction of generator and generator set enclosures and tanks. FIRST USE: 20010400. FIRST USE IN COMMERCE: 20010400 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86364639 |
| **Filing Date** | August 12, 2014 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 11, 2015 |
| **Registration Number** | 4839436 |
| **Registration Date** | October 27, 2015 |
| **Owner** | (REGISTRANT) Koontz-Wagner Custom Controls Holdings, LLC LIMITED LIABILITY COMPANY INDIANA Suite A 3801 Voorde Drive South Bend INDIANA 46628 |
| **Attorney of Record** | William D. O'Neill |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



| .HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

**Serial #:** 86364639       **Filing Dt:** 08/12/2014       **Reg #:** 4839436       **Reg. Dt:** 10/27/2015

**Registrant:** Koontz-Wagner Custom Controls Holdings,

**Mark:** IBI

**Assignment: 1**

**Reel/Frame:** 5475/0255       **Recorded:** 03/10/2015                              **Pages:** 9

**Conveyance:** SECURITY INTEREST

**Assignor:** KOONTZ-WAGNER CUSTOM CONTROLS HOLDINGS LLC          **Exec Dt:** 08/28/2012
                                                                **Entity Type:** LIMITED LIABILITY COMPANY
                                                                **Citizenship:** INDIANA

**Assignee:** WELLS FARGO BANK, NATIONAL ASSOCIATION, AS          **Entity Type:** NATIONAL BANKING
             ADMINISTRATIVE AGENT                                               ASSOCIATION
             1525 WEST W.T. HARRIS BLVD.                          **Citizenship:** UNITED STATES
             MAC D1109-019
             CHARLOTTE, NORTH CAROLINA 28262

**Correspondent:** ANDREA WALKER, WINSTEAD PC
                 P. O. BOX 131851
                 DALLAS, TX 75313-1851

**Assignment: 2**

**Reel/Frame:** 6102/0051       **Recorded:** 06/22/2017                              **Pages:** 13

**Conveyance:** SECURITY INTEREST

**Assignors:** GLOBAL POWER EQUIPMENT GROUP INC.                  **Exec Dt:** 06/16/2017
                                                                **Entity Type:** CORPORATION
                                                                **Citizenship:** DELAWARE

             BRADEN MANUFACTURING, L. L. C.                      **Exec Dt:** 06/16/2017
                                                                **Entity Type:** LIMITED LIABILITY COMPANY
                                                                **Citizenship:** DELAWARE

             WILLIAMS SPECIALTY SERVICES, LLC                    **Exec Dt:** 06/16/2017
                                                                **Entity Type:** LIMITED LIABILITY COMPANY
                                                                **Citizenship:** GEORGIA

             KOONTZ-WAGNER CUSTOM CONTROLS HOLDINGS LLC          **Exec Dt:** 06/16/2017
                                                                **Entity Type:** LIMITED LIABILITY COMPANY
                                                                **Citizenship:** INDIANA

**Assignee:** CENTRE LANE PARTNERS MASTER CREDIT FUND II, L. P.   **Entity Type:** LIMITED PARTNERSHIP
             60 EAST 42ND STREET, #1250                          **Citizenship:** DELAWARE
             NEW YORK
             NY, UNITED STATES 10165

**Correspondent:** DEIRDRE MANGAN
                 CHAPMAN AND CUTLER LLP
                 1270 AVENUE OF THE AMERICAS, 30TH FLOOR
                 NEW YORK, NEW YORK 10020

**Assignment: 3**

**Reel/Frame:** 6128/0456       **Recorded:** 07/26/2017                              **Pages:** 8

**Conveyance:** RELEASE BY SECURED PARTY

Case 18-33815   Document 68   Filed in TXSB on 07/30/18   Page 128 of 132

**Assignor:** CENTRE LANE PARTNERS MASTER CREDIT FUND II, L.P., AS THE SUCCESSOR IN INTEREST TO WELLS FARGO BANK, NATIONAL ASSOCIATION

**Exec Dt:** 07/17/2017
**Entity Type:** LIMITED PARTNERSHIP
**Citizenship:** DELAWARE

**Assignees:** BRADEN MANUFACTURING, L.L.C.
5199 N. MINGO ROAD
TULSA , OKLAHOMA USA 74117

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

GLOBAL POWER EQUIPMENT GROUP INC.
400 E. LAS COLINAS BLVD., SUITE 400
IRVING, , TEXAS 75039

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

WILLIAMS INDUSTRIAL SERVICES GROUP, L.L.C.
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER, GEORGIA 30084

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

WILLIAMS INDUSTRIAL SERVICES, LLC
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER, GEORGIA 30084

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

WILLIAMS SPECIALTY SERVICES, LLC
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER , GEORGIA 30084

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** GEORGIA

WILLIAMS PLANT SERVICES, LLC
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER, GEORGIA 30084

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** GEORGIA

CONSTRUCTION & MAINTENANCE PROFESSIONAL, LLC
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER, GEORGIA 30084

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** GEORGIA

WILLIAMS GLOBAL SERVICES, INC.
100 CRESCENT CENTRE PARKWAY, SUITE 1240
TUCKER , GEORGIA 30084

**Entity Type:** CORPORATION
**Citizenship:** GEORGIA

KOONTZ-WAGNER CUSTOM CONTROLS HOLDINGS LLC
3801 VOORDE DRIVE
SOUTH BEND, INDIANA 76628

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** INDIANA

**Correspondent:** DEIRDRE G. MANGAN, PARALEGAL
CHAPMAN AND CUTLER LLP
1270 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

Search Results as of: 07/23/2018 10:16 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

http://assignments.uspto.gov/assignments/q?db=tm&qt=sno&reel=&frame=&sno=86364639    7/23/2018



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Jul 23 03:47:02 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | BOTTOM |
| HELP |

Logout  *Please logout when you are done to release system resources allocated for you.*

Start  List At: [          ] OR Jump to record: [          ]

owner

Refine Search (Koontz-wagner)[ON]  [          ]  Submit

**9 Records(s) found (This page: 1 ~ 9)**

Current Search: S2: (Koontz-wagner)[ON] docs: 9 occ: 10

|   | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 86364639 | 4839436 | IBI | TSDR | LIVE |
| 2 | 85706251 | 4331263 | KW | TSDR | LIVE |
| 3 | 85645014 | 4282372 | KW | TSDR | LIVE |
| 4 | 85564046 | 4526266 | PCH | TSDR | LIVE |
| 5 | 73782101 | 1575548 | KW | TSDR | DEAD |
| 6 | 73215708 | 1210011 | KW | TSDR | DEAD |
| 7 | 73215416 | 1146080 | KW | TSDR | DEAD |
| 8 | 73191897 | 1142892 | MICHIANA MOTOR HOUSE | TSDR | DEAD |
| 9 | 72143242 | 0768108 | WAFER | TSDR | DEAD |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | IMAGE LIST | TOP |
| HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# Schedule A-77

# LH Improvements

| Asset Num | Group Code | Asset Description | Commissioned Date | Residual Value | CY Open Book Value | CY Open Cost | CY Open Depn | Current Book value | Current Cost value | Current Posted Depn | Current Prev Year Depn | Current Unposted Depn | Current YE Book value | Asset Life | Life Modifier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 279 | CA-LH | Leasehold Improvements | 7/9/2013 | 0 | 7,830.79 | 14,080.00 | 6,249.21 | $ 7,478.80 | 14,080.00 | 351.99 | 6,249.21 | 1,056.01 | 6,422.79 | 120 | PERIODS |
| 280 | CA-LH | Lean To Addition "A" | 7/9/2013 | 0 | 4,749.64 | 8,540.00 | 3,790.36 | $ 4,536.13 | 8,540.00 | 213.51 | 3,790.36 | 640.49 | 3,895.64 | 120 | PERIODS |
| 281 | CA-LH | Lean To Addition "C" | 7/9/2013 | 0 | 4,727.40 | 8,500.00 | 3,772.60 | $ 4,514.91 | 8,500.00 | 212.49 | 3,772.60 | 637.51 | 3,877.40 | 120 | PERIODS |
| 282 | CA-LH | Leasehold Improvements | 7/9/2013 | 0 | 1,718.55 | 3,090.00 | 1,371.45 | $ 1,641.30 | 3,090.00 | 77.25 | 1,371.45 | 231.75 | 1,409.55 | 120 | PERIODS |
| 283 | CA-LH | Leasehold Improvements | 7/9/2013 | 0 | 12,986.44 | 23,350.00 | 10,363.56 | $ 12,402.70 | 23,350.00 | 583.74 | 10,363.56 | 1,751.26 | 10,651.44 | 120 | PERIODS |
| 284 | CA-LH | Leasehold Improvements | 7/9/2013 | 0 | 8,398.08 | 15,100.00 | 6,701.92 | $ 8,020.59 | 15,100.00 | 377.49 | 6,701.92 | 1,132.51 | 6,888.08 | 120 | PERIODS |
| 285 | CA-LH | Leasehold Improvements | 7/9/2013 | 0 | 10,728.41 | 19,290.00 | 8,561.59 | $ 10,246.16 | 19,290.00 | 482.25 | 8,561.59 | 1,446.75 | 8,799.41 | 120 | PERIODS |
| 286 | CA-LH | Industrial Builders | 7/9/2013 | 0 | 7,474.85 | 13,440.00 | 5,965.15 | $ 7,138.85 | 13,440.00 | 336 | 5,965.15 | 1,008.00 | 6,130.85 | 120 | PERIODS |
| 287 | CA-LH | Advanced Seamless Rain | 7/9/2013 | 0 | 300.33 | 540 | 239.67 | $ 286.83 | 540 | 13.5 | 239.67 | 40.5 | 246.33 | 120 | PERIODS |
| 288 | CA-LH | Industrial Builders | 7/9/2013 | 0 | 7,308.00 | 13,140.00 | 5,832.00 | $ 6,979.50 | 13,140.00 | 328.5 | 5,832.00 | 985.5 | 5,994.00 | 120 | PERIODS |
| 289 | CA-LH | Shop Addition | 7/9/2013 | 0 | 5,650.63 | 10,160.00 | 4,509.37 | $ 5,396.62 | 10,160.00 | 254.01 | 4,509.37 | 761.99 | 4,634.63 | 120 | PERIODS |
| 290 | CA-LH | Doors - Replacement | 7/9/2013 | 0 | 2,057.81 | 3,700.00 | 1,642.19 | $ 1,965.32 | 3,700.00 | 92.49 | 1,642.19 | 277.51 | 1,687.81 | 120 | PERIODS |
| 291 | CA-LH | Johns Plumbing & Heating | 7/9/2013 | 0 | 4,605.04 | 8,280.00 | 3,674.96 | $ 4,398.04 | 8,280.00 | 207 | 3,674.96 | 621 | 3,777.04 | 120 | PERIODS |
| 292 | CA-LH | Leasehold Improvements | 7/9/2013 | 0 | 962.16 | 1,730.00 | 767.84 | $ 918.90 | 1,730.00 | 43.26 | 767.84 | 129.74 | 789.16 | 120 | PERIODS |
| 293 | CA-LH | Leasehold Improvements | 7/9/2013 | 0 | 962.16 | 1,730.00 | 767.84 | $ 918.90 | 1,730.00 | 43.26 | 767.84 | 129.74 | 789.16 | 120 | PERIODS |
| 294 | CA-LH | Leasehold Improvements | 7/9/2013 | 0 | 1,323.67 | 2,380.00 | 1,056.33 | $ 1,264.18 | 2,380.00 | 59.49 | 1,056.33 | 178.51 | 1,085.67 | 120 | PERIODS |
| 295 | CA-LH | Concrete Slab | 7/9/2013 | 0 | 56,306.08 | 101,240.00 | 44,933.92 | $ 53,775.07 | 101,240.00 | 2,531.01 | 44,933.92 | 7,597.99 | 46,182.08 | 120 | PERIODS |
| 296 | CA-LH | Garage | 7/9/2013 | 0 | 25,466.77 | 45,790.00 | 20,323.23 | $ 24,322.03 | 45,790.00 | 1,144.74 | 20,323.23 | 3,434.26 | 20,887.77 | 120 | PERIODS |
| 297 | CA-LH | Office Improvement | 7/9/2013 | 0 | 89,203.21 | 160,390.00 | 71,186.79 | $ 85,193.47 | 160,390.00 | 4,009.74 | 71,186.79 | 12,029.26 | 73,164.21 | 120 | PERIODS |
| 298 | CA-LH | Switchgear Building | 7/9/2013 | 0 | 25,288.79 | 45,470.00 | 20,181.21 | $ 24,152.03 | 45,470.00 | 1,136.76 | 20,181.21 | 3,410.24 | 20,741.79 | 120 | PERIODS |
| 299 | CA-LH | Leasehold Improvement | 7/9/2013 | 0 | 30,132.99 | 54,180.00 | 24,047.01 | $ 28,778.49 | 54,180.00 | 1,354.50 | 24,047.01 | 4,063.50 | 24,714.99 | 120 | PERIODS |
| 53145 | PH-LH | FUJITSU MINI-SPLIT AC & ELECTRICAL INSTALLATION TO CONNECT AC @ PH DATA ROOM | 11/27/2012 | 0 | 2,554.50 | 7,158.96 | 4,604.46 | $ 2,326.02 | 7,158.96 | 228.48 | 4,604.46 | 685.43 | 1,640.59 | 94 | PERIODS |
| 53241 | PH-LH | KWCC Buildout-Share of work for building segration of companies. | 5/22/2013 | 0 | 5,972.25 | 25,000.00 | 19,027.75 | $ 4,972.26 | 25,000.00 | 999.99 | 19,027.75 | 3,000.01 | 1,972.25 | 75 | PERIODS |
| 53250 | PH-LH | Safety Signage Voorde Drive Parking Lot | 5/31/2013 | 0 | 2,124.04 | 8,891.32 | 6,767.28 | $ 1,768.39 | 8,891.32 | 355.65 | 6,767.28 | 1,066.96 | 701.43 | 75 | PERIODS |
| 110231 | PH-LH | Lighting Upgrade Ameritech Drive Facility | 8/3/2015 | 0 | 9,155.35 | 17,720.00 | 8,564.65 | $ 8,269.36 | 17,720.00 | 885.99 | 8,564.65 | 2,658.01 | 5,611.35 | 5 | YEARS |
| 130003 | PH-LH | Paint, Carpet, building renovation as part of the Global Integration | 3/31/2013 | 0 | 9,095.40 | 41,753.35 | 32,657.95 | $ 7,447.23 | 41,753.35 | 1,648.17 | 32,657.95 | 4,944.46 | 2,502.77 | 76 | PERIODS |
| 130004 | PH-LH | Paint, Carpet, building renovation as part of the Global Integration | 3/31/2013 | 0 | 15,294.39 | 40,936.65 | 25,642.26 | $ 13,929.84 | 40,936.65 | 1,364.55 | 25,642.26 | 4,093.67 | 9,836.17 | 90 | PERIODS |
| 1147001 | PH-LH | Building Modification - BU112 (PH) (Overhead Door) | 7/30/2012 | 0 | 629.26 | 1,900.00 | 1,270.74 | $ 571.09 | 1,900.00 | 58.17 | 1,270.74 | 174.48 | 396.61 | 98 | PERIODS |
| 1147010 | PH-LH | Crane Rails - BU 112 (PH) | 7/30/2012 | 0 | 397.53 | 1,200.00 | 802.47 | $ 360.78 | 1,200.00 | 36.75 | 802.47 | 110.19 | 250.59 | 98 | PERIODS |
| 1147028 | PH-LH | Building Modification -BU 112 (PH) (Overhead Door) | 7/30/2012 | 0 | 3,742.58 | 11,300.00 | 7,557.42 | $ 3,396.65 | 11,300.00 | 345.93 | 7,557.42 | 1,037.74 | 2,358.91 | 98 | PERIODS |

| Asset Num | Group Code | Asset Description | Commissioned Date | Residual Value | CY Open Book Value | CY Open Cost | CY Open Depn | Current Book value | Current Cost value | Current Posted Depn | Current Prev Year Depn | Current Unposted Depn | Current YE Book value | Asset Life | Life Modifier |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1147378 | PH-LH | Mechanical System - BU 112 Casteel CO #3 Completed 2002 | 7/30/2012 | 0 | 154.6 | 470 | 315.4 | $ 140.20 | 470 | 14.4 | 315.4 | 43.15 | 97.05 | 98 | PERIODS |
| 1147394 | PH-LH | Communication Tower BU 112 CSB #59015889 - Ameritech | 7/30/2012 | 0 | 151.44 | 460 | 308.56 | $ 137.37 | 460 | 14.07 | 308.56 | 42.26 | 95.11 | 98 | PERIODS |
| 1147407 | PH-LH | Phone System BU 112 CSB #59015924 - Ameritech | 7/30/2012 | 0 | 111.88 | 340 | 228.12 | $ 101.47 | 340 | 10.41 | 228.12 | 31.22 | 70.25 | 98 | PERIODS |
| 1147415 | PH-LH | 1147415 Kronos Cabling BU112 CSB #59015962 - Ameritech | 7/30/2012 | 0 | 105.23 | 320 | 214.77 | $ 95.42 | 320 | 9.81 | 214.77 | 29.37 | 66.05 | 98 | PERIODS |
| 1147642 | PH-LH | Sign Koontz-Wagner 34 inch tall Neon Letters | 7/30/2012 | 0 | 95.42 | 290 | 194.58 | $ 86.54 | 290 | 8.88 | 194.58 | 26.63 | 59.91 | 98 | PERIODS |
| 2155416 | PH-LH | Expand Overhead Door -PH | 7/7/2016 | 0 | 26,810.02 | 38,300.00 | 11,489.98 | $ 24,895.03 | 38,300.00 | 1,914.99 | 11,489.98 | 5,745.01 | 19,150.02 | 5 | YEARS |
| 2155417 | CA-LH | Propane Tank Relocation | 7/1/2016 | 0 | 3,437.52 | 4,375.00 | 937.48 | $ 3,281.28 | 4,375.00 | 156.24 | 937.48 | 468.76 | 2,812.52 | 7 | YEARS |
| 2155423 | CC-LH | Parking Lot Entrance | 11/1/2016 | 0 | 25,894.42 | 42,372.69 | 16,478.27 | $ 22,363.36 | 42,372.69 | 3,531.06 | 16,478.27 | 10,593.17 | 11,770.19 | 3 | YEARS |
| 2155426 | HO-BLDG | Material Control Chain Link Fence | 4/3/2017 | 0 | 3,344.00 | 3,344.00 | 0 | $ 3,224.57 | 3,344.00 | 119.43 | 0 | 358.28 | 2,866.29 | 7 | YEARS |
| | | | | | 417,251.63 | | | $ 391,695.68 | | | | | | | |