SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Koontz-Wagner Custom Control | § | Case No. 18-33815 |
| Holdings LLC, | § | |
| | § | |
| Debtor. | § | (Chapter 7) |

## CERTIFICATE OF SERVICE

[Relating to ECF No. 81]

    I hereby certify that on August 4, 2018, a true and correct copy of the Emergency Motion For: (I) Order (A) Scheduling Auction and Sale Hearing, (B) Approving Auction Proceedings, and (C) Granting Related Relief; and (II) Order (A) Authorizing Sale of Indiana Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing Assignment of Executory Contracts, and (C) Granting Related Relief [ECF No. 81] was served all parties on the attached service list by first class United States mail, postage prepaid.

    /s/ *R. J. Shannon*
    R. J. Shannon (TBA No. 24108062)
    Two Houston Center
    909 Fannin, 37th Floor
    Houston, TX 77010
    Telephone: (713) 333-5100
    Facsimile:  (713) 333-5199

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 18-33815<br>Southern District of Texas<br>Houston<br>Sun Aug  5 21:19:41 CDT 2018 | Caterpillar Financial Services Corporation<br>2120 West End Avenue<br>Nashville, TN 37203-5341 | Crawford Electric Supply Company, Inc.<br>c/o Andrews Myers, PC<br>Attn: Lisa M. Norman<br>1885 St. James Place<br>15th Floor<br>Houston, Tx 77056-4176 |
| Eaton Corporation<br>Global Trade Credit<br>1000 Eaton Blvd' N3<br>Cleveland, OH 44122-6058 | Enbridge Energy, Limited Partnership<br>c/o Mark Finkelstein and John Dunne<br>1001 McKinney<br>Suite 1100<br>Houston, TX 77002-6424 | Harris County<br>Linebarger Goggan Blair & Sampson LLP<br>C/O John P. Dillman<br>PO Box 3064<br>Houston, TX 77253-3064 |
| KW Services, LLC<br>c/o Michael Best & Friedrich<br>Attn:  Ann Ustad Smith<br>P.O. Box 1806<br>Madison, WI 53701-1806 | Koontz-Wagner Custom Controls Holdings LLC<br>6510 Bourgeois Rd.<br>Houston, TX 77066-3110 | Peterson Power Systems, Inc.<br>P.O. Box 9449<br>Fountain Valley, CA 92728-9449 |
| Toyota Industries Commercial Finance, Inc.<br>c/o Kendal B. Reed<br>8080 Park Lane, Suite 700<br>Dallas, TX 75231-5920 | Wells Fargo Vendor FinancialServices LLC<br>fka GE Capital Information TechnologySol<br>P O Box 13708<br>Macon, GA 31208-3708 | Westchester Fire Insurance Company<br>C/O Michael E. Collins<br>Manier & Herod, PC<br>1201 Demonbreun St., Suite 900<br>Nashville, TN 37203-5078 |
| L. GP South LLC<br>c/o Kyle L. Dickson<br>700 Gemini St., Ste. 115<br>HOUSTON, TX 77058-2735 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | A Company Inc<br>P.O. Box 410004<br>Salt Lake City, UT 84141-0004 |
| ABF Freight Systems, Inc.<br>813 W. Sample St.<br>South Bend, IN 46601-2845 | AG Equipt. Inc<br>414 N Kit Ave.<br>Caldwell, ID 83605-6723 | ALTA Equipment Company, Inc.<br>25538 Network Place<br>Chicago, IL 60673-1255 |
| ASCO Power Technologies, LP<br>P.O. Box 73473<br>Chicago, IL 60673-7473 | AT&T<br>P.O. Box 5080<br>Carol Stream, IL 60197-5080 | ATEX Distributing, Inc<br>2900 W. Orange Ave., #130<br>Apopka, FL 32703-3327 |
| ATLAS BOLT & SUPPLY, INC.<br>3217 Rossville Blvd.<br>Chattanooga, TN 37407-1923 | ATS Specialized, Inc.<br>P.O. Box 1450<br>Minneapolis, MN 55485-7130 | Action Glass Co, Inc.<br>54978 Mayflower Rd.<br>South Bend, IN 46628-5058 |
| Adams Remco Inc.<br>2612 Foundation Dr.<br>South Bend, IN 46628-4390 | Adams Remco, Inc.<br>P.O. Box 3968<br>South Bend, IN 46619-0968 | Advanced Water Solutions<br>P.O. Box 1200<br>South Bend, IN 46624-1200 |
| Advantage Interests, Inc.<br>7840 W. Little York<br>Houston, TX 77040-5310 | Aeroacoustic Engineering Consultants, LL<br>8014 Olson Hwy., #210<br>Minneapolis, MN 55427-4712 | Agility Project Logistics, Inc.<br>P.O. Box 844718<br>Dallas, TX 75284-4718 |

| | | |
|---|---|---|
| Air Filters, Inc.<br>8282 Warren Rd.<br>Houston, TX 77040-2602 | Airgas Intermountain, Inc<br>P.O. Box 7430<br>Pasadena, CA 91109-7430 | (p)AIRGAS USA LLC<br>110 WEST 7TH STREET<br>SUITE 1300<br>TULSA OK 74119-1106 |
| Airgas USA, LLC<br>P.O. Box 802576<br>Chicago, IL 60680-2576 | Airgas USA, LLC (South)<br>P.O. Box 532609<br>Atlanta, GA 30353-2609 | All Phase Electric Supply Co.<br>1385 Bendix Dr.<br>South Bend, IN 46628-2855 |
| Allegheny Steel Distributors, Inc.<br>P.O. Box 645363<br>Pittsburgh, PA 15264-5251 | Allegiance Crane & Equipment, LLC<br>P.O. Box 534687<br>Atlanta, GA 30353-4687 | Allegis Corporation<br>P.O. BOx 851354<br>Minneapolis, MN 55485-1354 |
| Allied Electronics<br>Attn: A/R Dept.<br>P.O. Box 2325<br>Fort Worth, TX 76113-2325 | Allied Electronics<br>P.O. Box 2325<br>Fort Worth, TX 76113-2325 | Alpha Process Sales, Inc.<br>12850 E. Bournewood Dr.<br>Sugar Land, TX 77478-2569 |
| Alpha Threaded Products Inc.<br>6426 Long Dr.<br>Houston, TX 77087-3408 | Alro Steel<br>1775 Foundation Dr.<br>Niles, MI 49120-8987 | Altair Advanced Industries, Inc.<br>3765 Alpha Way<br>Bellingham, WA 98226-8302 |
| Always Safety & 1st Aid, Inc.<br>P.O. Box 1407<br>Alvin, TX 77512-1407 | Amada America, Inc.<br>P.O. Box 530603<br>Atlanta, GA 30353-0603 | AmeriGas<br>P.O. Box 7155<br>Pasadena, CA 91109-7155 |
| American Fire Technologies, LLC<br>2120 Capital Dr.<br>Wilmington, NC 28405-6461 | American Safety & First Aid<br>P.O. Box 59<br>Osceola, IN 46561-0059 | Ametek-Soildstate Controls<br>875 Dearborn Dr.<br>Columbus, OH 43085-1596 |
| Anheuser Marketing, Inc.<br>6941 Peachtree Industrial Blvd.<br>Norcross, GA 30092-3601 | Anixter Bros. Inc.<br>P.O. Box 847428<br>Dallas, TX 75284-7428 | Anixter, Inc.<br>P.O. Box 842591<br>Dallas, TX 75284-2591 |
| Apollo Printing & Graphics<br>731 S. Michigan St.<br>South Bend, IN 46601-3101 | Atlas Supply, Inc<br>611 S. Charlestown St.<br>Seattle, WA 98108-5239 | Austin Hardware & Supply, Inc<br>Dept. CH 19373<br>Palatine, IL 60055-0001 |
| Barton Mines, LLC<br>Barton Mines Company, LLC<br>P.O. Box 62516<br>Baltimore, MD 21264-2516 | Bennett Machine & Welding Works<br>512 Main St.<br>Caldwell, ID 83605-3740 | Best One Tire & Service of South Bend<br>2014 E. McKinley Ave.<br>Mishawaka, IN 46545-7204 |

| | | |
|---|---|---|
| Betenbender Mfg, Inc.<br>P.O. Box 140<br>Coggon, IA 52218-0140 | Bisco Industries Inc<br>4424 S. 700 S., #120<br>Salt Lake City, UT 84107 | Boise Calibration Service, Inc<br>7482 W. Lemhi St.<br>Boise, ID 83709-2835 |
| Boise Rigging Supply, Inc.<br>P.O. Box 16627<br>Boise, ID 83715-6627 | Boling Vision Center, LLC<br>2746 Old US 20 W, Suite B<br>Elkhart, IN 46514-1365 | Bonita Cleaning Service<br>21543 Sullivan Forest Dr.<br>Porter, TX 77365-5957 |
| Bonneville Industrial Supply Co<br>P.O. Box 51328<br>Idaho Falls, ID 83405-1328 | Branom Instrument Co<br>P.O. Box 80307<br>Seattle, WA 98108-0307 | Brown Strauss Steel Inc.<br>P.O. Box 16450<br>Salt Lake City, UT 84116-0450 |
| Brucker Company, Inc.<br>1200 Greenleaf Ave.<br>Elk Grove Village, IL 60007-5519 | C&R Sales and Repairing, Inc.<br>P.O. Box 1859<br>Red Oak, TX 75154-1567 | CA Dept of Tax & Fee Administration<br>P.O. Box 942879<br>Sacramento, CA 94279-0001 |
| CGED<br>15/17 bvd Charles De Gaulle<br>Montrouge, CA 92120 | CSI Heavy Haul<br>24015 Interstate 10<br>Wallisville, TX 77597-3032 | CWB Group-Industry Services<br>P.O. Box 46035 Postal Station A<br>Toronto, ON |
| California Dynamics Corp<br>5572 Alhambra Ave.<br>Los Angeles, CA 90032-3195 | California Franchise Tax Board<br>P.O. Box 942857<br>Sacramento, CA 94257-0500 | Canyon Logistics<br>P.O. Box 55<br>Humble, TX 77347-0055 |
| Capitol Environmental<br>P.O. Box 150056<br>Austin, TX 78715-0056 | Cardinal Pump<br>12154 Lackland Rd.<br>Saint Louis, MO 63146-4004 | Catepillar Financial Services Corp.<br>2120 West End Ave.<br>Nashville, TN 37203-5341 |
| Caterpillar Financial Services Corporati<br>P.O. Box 730669<br>Dallas, TX 75373-0669 | Center Lane Partners<br>60 E. 42nd St., #1250<br>New York, NY 10165-1299 | Centerpoint Energy Services, Inc.<br>P.O. Box 301149<br>Dallas, TX 75303-1149 |
| Certif-A-Gift Co.<br>P.O. Box 66210<br>Chicago, IL 60666-0210 | Chassis King<br>1016 Ponce de Leon Blvd.<br>Clearwater, FL 33756-1082 | Chattanooga Gas<br>P.O. Box 5408<br>Carol Stream, IL 60197-5408 |
| Chris Thate<br>7711 Dashwood Dr.<br>Houston, TX 77036-4937 | City of Chattanooga<br>P.O. Box 591<br>Chattanooga, TN 37401-0591 | Clean Seal, Inc.<br>P.O. Box 2919<br>South Bend, IN 46680-2919 |

| | | |
|---|---|---|
| Cleaveland/Price Inc.<br>14000 Rt. 993<br>Trafford, PA 15085-9550 | Clemtex II<br>248 McCarty<br>Houston, TX 77029-1138 | Clover Associates, Inc.<br>d/b/a Clover Machinery Movers<br>1906 Clover Road<br>Mishawaka, IN 46545-7245 |
| CoFlex, Inc.<br>851 Rt. 6<br>Shohola, PA 18458-3509 | Coffee Time<br>55645 Currant Rd., #4<br>Mishawaka, IN 46545-4801 | Columbia Electric Supply<br>P.O. Box 1120<br>Vancouver, WA 98666-1120 |
| Comcast<br>P.O. Box 105184<br>Atlanta, GA 30348-5184 | Comcast Cable<br>P.O. Box 3001<br>Southeastern, PA 19398-3001 | Commercial Air Solutions<br>P.O. Box 23564<br>Chattanooga, TN 37422-3564 |
| Commercial Door & Hardware<br>22578 FM 365<br>Beaumont, TX 77705-8835 | Concur - ACH<br>62157 Collections Center Dr.<br>Chicago, IL 60693-0001 | Container Management Inc<br>8500 E. 116th St.., #607<br>Fishers, IN 46038-0380 |
| Coosa Steel Corporation<br>P.O. Box 187<br>Rome, GA 30162-0187 | Crawford Electric Supply Co., Inc.<br>P.O. Box 847160<br>Dallas, TX 75284-7160 | Cummins Rocky Mtn<br>8949 S. Federal Way<br>Boise, ID 83716-9633 |
| D&B Supply<br>3303 E. Linden<br>Caldwell, ID 83605-6077 | DC Engineering<br>440 E. Corporate Dr., #103<br>Meridian, ID 83642-3505 | DEQ State Office<br>1410 N. Hilton<br>Boise, ID 83706-1253 |
| DHL Express (USA) Inc.<br>16592 Collections Center Dr.<br>Chicago, IL 60693-0165 | Dave & Tom of Idaho, LLC<br>2259 Haw Creek Cir.<br>Emmett, ID 83617-8999 | Dave & Tom of Idaho, LLC<br>P.O. Box 97<br>Caldwell, ID 83606-0097 |
| Dave & Tom, LLC<br>2259 Haw Creek Cir.<br>Emmett, ID 83617-8999 | DeFelsko Corporation<br>800 Proctor Ave.<br>Ogdensburg, NY 13669-2205 | Deka Battery<br>1920 N. Kenmore St.<br>South Bend, IN 46628-1637 |
| Delta Management Company, LLC<br>52733 Willowbend Dr.<br>Granger, IN 46530-7472 | Deluxe Sheet Metal Inc.<br>6561 Lonewolf Dr., #100<br>South Bend, IN 46628-8466 | Denton Enterprises<br>5615 Meadow Ct.<br>Nampa, ID 83687-8639 |
| Department of Labor<br>402 W. Washington St., RM. W195<br>Indianapolis, IN 46204-2751 | Department of Labor<br>900 Georgia Ave., #15<br>Chattanooga, TN 37402-2246 | Dept of Consumer & Business Services<br>P.O. Box 14470<br>Salem, OR 97309-0404 |

| | | |
|---|---|---|
| Dex West<br>P.O. Box 79167<br>Phoenix, AZ 85062-9167 | Dominion Building PRoducts<br>P.O. Box 642184<br>Pittsburgh, PA 15264-2184 | Dynalectric Company<br>5711 SW Hood Ave.<br>Portland, OR 97239-3715 |
| EIS, Inc.<br>P.O. Box 1347<br>Elmhurst, IL 60126-8347 | ENI Labs<br>3120 Independence Dr.<br>Fort Wayne, IN 46808-4501 | EPB Electric Power<br>Attn: Remittance Processing (power)<br>P.O. Box 182254<br>Chattanooga, TN 37422-7254 |
| Eaton Corporation<br>Global Trade Credit<br>1000 Eaton Rd  N3<br>Cleveland OH 44122-6058 | Echo Global Logistics<br>22168 Network Pl.<br>Chicago, IL 60673-1221 | Eichstedt Manufacturing, Inc.<br>23030 W. Ireland Rd.<br>South Bend, IN 46614-4414 |
| Electrical Wholesale Supply, Inc<br>P.O. Box 51980<br>Idaho Falls, ID 83405-1980 | Engineered Air C/O Commerce Bank<br>P.O. Box 801618<br>Kansas City, MO 64180-1618 | Engineering Resources, Inc.<br>11020 Diebold Rd.<br>Fort Wayne, IN 46845-9662 |
| Environmental Safety Products<br>700 W. 6th St.<br>Michigan City, IN 46360-3866 | Estes Express Lines, Inc.<br>P.O. Box 25612<br>Richmond, VA 23260-5612 | Examinetics, Inc<br>10561 Barlkey Pl., #400<br>Overland Park, KS 66212-1836 |
| Executive Personnel Services, Inc.<br>P.O. Box 56346<br>Atlanta, GA 30343-0346 | Express Personnel Services<br>5616 NW 135th, Suite A<br>Oklahoma City, OK 73142 | FSS Security. LLC<br>P.O. Box 1204<br>Houston, TX 77251-1204 |
| Farwest Corrosion Control Co.<br>3825 Paris St.<br>Denver, CO 80239-3332 | Farwest Steel Corporation<br>P.O. Box 1026<br>Eugene, OR 97440-1026 | Fastenal Company<br>P.O. Box 1286<br>Winona, MN 55987-7286 |
| Fasteners, Inc. (Colony Hardware Corp.)<br>29276 Network Place<br>Chicago, IL 60673-1292 | Federal Express<br>P.O. Box 660481<br>Dallas, TX 75266-0481 | Ferguson Enterprises, Inc.<br>FEI #420<br>P.O. Box 802817<br>Chicago, IL 60680-2817 |
| Filnor Inc.<br>227 N. Freedom Ave.<br>Alliance, OH 44601-1897 | Finish Master Inc.<br>115 W. Washington St., #700S<br>Indianapolis, IN 46204-3761 | Fishers Technology<br>575 E. 42nd St.<br>Garden City, ID 83714-6322 |
| Flame Seal Products, Inc.<br>15200 West Dr.<br>Houston, TX 77053-4831 | Fluid Connector Products<br>8432 Solution Center<br>Chicago, IL 60677-8004 | Foam Kote, Inc.<br>1102 Minnesota St.<br>South Houston, TX 77587-4949 |

| | | |
|---|---|---|
| Foundation Building Materials<br>Home Acres Building Supply Co., LLC<br>6872 Paysphere Circle<br>Chicago, IL 60674-0068 | Frank P. Tirotta<br>23166 Brick Rd.<br>South Bend, IN 46628-9721 | G&H Diversified Mfg, LP<br>11660 Briitmoore Park Dr.<br>Houston, TX 77041-6917 |
| G.W. Berkheimer Co.<br>P.O. Box 1247<br>Portage, IN 46368-9047 | GEXPRO - Atlanta<br>P.O. Box 742833<br>Atlanta, GA 30374-2833 | GP South LLC<br>129 N. 10th St., Capitol Hall<br>Lincoln, NE 68508-3633 |
| Gale Contractor Services<br>2908 Brandt Ave.<br>Nampa, ID 83687-6856 | Gould & Ratner LLP<br>222 N. LaSalle St., #800<br>Chicago, IL 60601-1086 | Gravograph-New Hermes<br>P.O. BOx 530103<br>Drawer No GA00086<br>Atlanta, GA 30353-0103 |
| Graybar Electric Co., Inc.<br>12431 Collections Dr.<br>Chicago, IL 60693-0001 | Great America Financial Services Group<br>P.O. Box 660831<br>Dallas, TX 75266-0831 | (p)GREATAMERICA FINANCIAL SERVICES CORPORATIO<br>PO BOX 609<br>CEDAR RAPIDS IA 52406-0609 |
| Green Distributors, Inc.<br>P.O. Box 58<br>Bloomingdale, IL 60108-0058 | Griffen P&H, Inc.<br>2310 Toledo Rd.<br>Elkhart, IN 46516-5537 | Grimes Industrial, Inc.<br>929 E. Main St.<br>Tomball, TX 77375-6724 |
| HYG Financial Services Inc.<br>P.O. Box 14545<br>Des Moines, IA 50306-3545 | Harco Manufacturing Co<br>1000 Industrial Pkwy.<br>Newberg, OR 97132-7071 | Harris County et al.<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 |
| Hatchell & Associates<br>414 W. Fullerton Ave.<br>Elmhurst, IL 60126-1403 | Hevi-Haul International, LTD<br>P.O. Box 580<br>Menomonee Falls, WI 53052-0580 | Hoosier Crane Service Co.<br>2423 Lowell St.<br>Elkhart, IN 46516-5710 |
| Hudson Building Systems<br>10412 Rockley Rd.<br>Houston, TX 77099-3556 | Hypertherm, Inc<br>21 Great Hollow Rd.<br>Hanover, NH 03755-3124 | IBEW Local #1392<br>56426 Strasser Ln.<br>South Bend, IN 46619-2212 |
| Idaho Dept. of Labor<br>4514 Thomas Jefferson st.<br>Caldwell, ID 83605-5100 | Idaho Environmental Services, LLC<br>d/b/a IES Waterowkrs<br>P.O. Box 231<br>Notus, ID 83656-0231 | Idaho Freight Connection, LLC<br>P.O. Box 357<br>Homedale, ID 83628-0357 |
| Idaho Mobile Equipment<br>26003 Kingsbury Rd.<br>Middleton, ID 83644-6099 | Idaho Power<br>P.O. Box 34966<br>Seattle, WA 98124-1966 | Idaho Tank & Culvert, Inc<br>724 Taylor Ave.<br>Meridian, ID 83642-2486 |

Idaho Tool
452 Caldwell Blvd.
Nampa, ID 83651-1925

(p)ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY DEPARTMENT
P O BOX 64338
CHICAGO IL 60664-0338

Impact, Inc.
P.O. Box 88068
Seattle, WA 98138-2068

Indiana Dept of Revenue
105 E. Jefferson Blvd., #350
South Bend, IN 46601-1938

Indiana Dept. of Environmental Mgmt.
100 N. Senate Ave.
Indianapolis, IN 46204-2210

Indiana Michigan Power
P.O. Box 24412
Canton, OH 44701-4412

Industrial Climate Engineering (ICE)
P.O. Box 6407
Carol Stream, IL 60197-6407

Industrial Door of Northern Indiana
3839 S. Main St.
South Bend, IN 46614-2521

Industrial Metal Fab, Inc.
2806 W. Sample St.
South Bend, IN 46619-3299

Industrial Products Corporation
119 S. Sherrin Ave., #120
Louisville, KY 40207-3235

Industrial Realty Group
11100 Santa Monica Blvd., #850
Los Angeles, CA 90025-2399

Intermountain Gas Company
P.O. Box 5600
Bismarck, ND 58506-5600

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Interstate Industrial Services Mgmt, LLC
4201 Langley Rd.
Houston, TX 77093-5006

Intertek Testing Services NA Inc
P.O. Box 405176
Atlanta, GA 30384-5176

Irrevocable Trust of Thomas J. Snow
c/o Nancy Snow Evitt
9204 Hopi Trail
Ooltewah, TN 37363-8678

Isaac B. Centeno
10706 Cora St., #78
Houston, TX 77088-3240

Ivy Tech Community College
220 Dean Johnson Blvd.
South Bend, IN 46601-3415

J & G Supply Inc.
P.O. Box 902
La Porte, IN 46352-0902

J M Test Systems, Inc.
P.O. Drawer 45489
Baton Rouge, LA 70895-4489

JDM Steel Service, Inc.
8581 Solution Center
Chicago, IL 60677-8005

JSW Properties, LLC
120 Nowlin Ln.
Chattanooga, TN 37421-3574

Jag Tool & Equipment Rental
418 E. Karcher Rd.
Nampa, ID 83687-3001

Johns Plumbing & Heating Services
P.O. Box 658
Emmett, ID 83617-0658

Johnson Supply
10151 Stella Link
Houston, TX 77025-5398

K-wood Products Co.
25785 State Rd. 2
South Bend, IN 46619-4796

KC Auto Paint and Supplies, Inc.
811 2nd St. South
Nampa, ID 83651-3810

KMH Systems, Inc.
P.O. Box  575
Northbrook, IL 60065-0575

Kasten Blasting & Coatings, LLC
8065 Cox's Dr.
Portage, MI 49002-5827

Kele Solutions
P.O. Box 842545
Dallas, TX 75284-2545

| | | |
|---|---|---|
| Kenco Toyota Lift<br>P.O. Box 742540<br>Atlanta, GA 30374-2540 | Kim Hotstart Mfg. Co.<br>P.O. Box 11245<br>Spokane, WA 99211-1245 | Kingman Storage, LLC<br>2740 W. Lexington Ave.<br>Elkhart, IN 46514-1447 |
| Kirby-Risk Electric Supply<br>27561 Network Pl.<br>Chicago, IL 60673-1275 | Kloeckner Metals Corporation<br>500 Colonial Center Pkwy., #500<br>Roswell, GA 30076-8853 | Koontz-Wagner Construction Services, LLC<br>3801 Voorde Dr., Suite B<br>South Bend, IN 46628-1643 |
| Krueger Sentry Gauge<br>1873 Siesta Ln.<br>Green Bay, WI 54313-8021 | Labor of Love Cleaning Service<br>809 Claire St.<br>Rossville, GA 30741-5674 | Land O' Lakes<br>P.O. Box 840897<br>Dallas, TX 75284-0897 |
| Landstar Inway, Inc.<br>12793 Collections Center Dr.<br>Chicago, IL 60693-0127 | Lennon Crane and Equipment Co.<br>17131 Beaton Rd. SE<br>Monroe, WA 98272-2745 | Leonard Petroleum Equipment<br>P.O. Box 170219<br>Boise, ID 83717-0219 |
| Letters Express Inc.<br>d/b/a Worldwide Express<br>29228 Network Pl<br>Chicago, IL 60673-1292 | Lightning Master Corporation<br>P.O. Box 6017<br>Clearwater, FL 33758-6017 | Lord Construction Services, LLC<br>P.O. Box 363408<br>San Juan, PR 00936-3408 |
| MC Supply & Service Inc.<br>3907 Marvihill<br>Valparaiso, IN 46383-6950 | MSC Industrial Supply Co., Inc<br>Dept. CH 0075<br>Palatine, IL 60055-5075 | MTI<br>30836 CR 8<br>Elkhart, IN 46514-7947 |
| Madison<br>27 Business Park Dr.<br>Branford, CT 06405-2954 | Mainfreight, Inc.<br>1400 Glenn Curtiss St.<br>Carson, CA 90746-4030 | Marathon Special Products<br>P.O. Box 468<br>Bowling Green, OH 43402-0468 |
| Maria Mittiga<br>26142 Twin Lakes Trail<br>South Bend, IN 46628-9537 | Martell Electric, LLC<br>P.O. Box 3965<br>South Bend, IN 46619-0965 | Marvair, A Division of Airxcel, Inc.<br>P.O. Box 6407<br>Carol Stream, IL 60197-6407 |
| Material Control, Inc.<br>P.O. Box 168<br>Croswell, MI 48422-0168 | Maxim Crane Works, LP<br>Lockbox #774389<br>4389 Solutions Center<br>Chicago, IL 60677-4003 | McCall Industrial<br>P.O. Box 15427<br>Boise, ID 83715-5427 |
| McMaster-Carr Supply Company<br>P.O. Box 7690<br>Chicago, IL 60680-7690 | Meitec, Inc.<br>2800 Veterns Blvd., #260<br>Metairie, LA 70002 | Mersen<br>P.O. Box 7247-6444<br>Philadelphia, PA 19170-6444 |

| | | |
|---|---|---|
| Metalworking Machine Systems, Inc.<br>500 N. Nappanee St., Suite 5A<br>Elkhart, IN 46514-1502 | Metamation, Inc<br>1465 Terminal Way, #2<br>Reno, NV 89502-3200 | Metro Fabricating, LLC.<br>1650 Tech Dr.<br>Bay City, MI 48706-9792 |
| Michigan Department of Treasury<br>Lansing, MI 48922-0001 | Michigan Dept of Licensing<br>and Regulatory Affairs<br>P.O. Box 30004<br>Lansing, MI 48909-7504 | Microclean, Inc<br>1720 Industrial Rd.<br>Nampa, ID 83687-6713 |
| Mid-States Bolt & Screw Co., Inc.<br>P.O. Box 2050<br>Flint, MI 48501-2050 | Midwest Fire Protection Co. Inc.<br>26436 W. US 12<br>P.O. Box 279<br>Sturgis, MI 49091-0279 | Miller Hydraulic Service<br>2810 S. Main St.<br>P.O.Box 2732<br>South Bend, IN 46680-2732 |
| Morrison Bros Inc<br>P.O. Box 238<br>Dubuque, IA 52004-0238 | Mountain High Shredding Inc.<br>13790 Creston St.<br>Mishawaka, IN 46544-9768 | Mountain View Engineering, Inc<br>345 N. Main St., Suite A<br>Brigham City, UT 84302-2664 |
| N.W. Crane Service, Inc.<br>P.O. Box 88<br>Hermiston, OR 97838-0088 | NAPA<br>2221 Cleveland<br>Caldwell, ID 83605-4467 | NATCON (National Consolidated Corp)<br>25855 State Rd. 2<br>South Bend, IN 46619-4736 |
| NMHG Financial Services<br>10 Riverview Dr.<br>Danbury, CT 06810-6268 | Nelson Fuel, Inc.<br>1511 S. Olive St.<br>South Bend, IN 46619-4297 | New Mexico Taxation & Revenue Dept.<br>P.O. Box 8485<br>Albuquerque, NM 87198-8485 |
| New York State Dept of Taxation<br>and Finance<br>Attn: Office of Counsel, Bldg. 9<br>W A Harriman Campus<br>Albany, NY 12227-0001 | Newark<br>33190 Collection Center Dr.<br>Chicago, IL 60693-0331 | Nipsco<br>P.O. Box 13007<br>Merrillville, IN 46411-3007 |
| Nitro Environmental LLC<br>3011 Hwy. 30 W., #101-121<br>Huntsville, TX 77340-3534 | Nolan Power Group, LLC<br>P.O. Box 54986<br>New Orleans, LA 70154-4986 | Norbryhn Equipment Co.<br>3711 Newby St.<br>Nampa, ID 83687-9224 |
| Norco<br>P.O. Box 413124<br>Salt Lake City, UT 84141-3124 | Norman Perry Trophies & Engraving<br>244 S. Olive St.<br>South Bend, IN 46619-2100 | O'Neal Flat Rolled Metals<br>P.O. Box 951858<br>Dallas, TX 75395-1858 |
| O'Neal Industries<br>P.O. Box 934243<br>Atlanta, GA 31193-4243 | OJS Building Services, Inc.<br>P.O. Box 418<br>South Bend, IN 46624-0418 | OSHA<br>690 S Loop 336 West, #400<br>Conroe, TX 77304-3320 |

| | | |
|---|---|---|
| Office Depot, Inc<br>P.O. Box 633204<br>Cincinnati, OH 45263-3204 | Ohio Dept. of Taxation<br>30 E. Broad St. 21st Fl.<br>Columbus, OH 43215-3414 | Oil Service, Inc<br>3498 Grand Ave.<br>Pittsburgh, PA 15225-1508 |
| OnSite Services, LLC<br>P.O. Box 190574<br>Boise, ID 83719-0574 | Oregon Dept. of Consumer Business<br>Revenue Services Station<br>PO Box 14610<br>Salem, OR 97309-0445 | Orr Safety Equipment<br>1266 Reliable Pkwy.<br>Chicago, IL 60686-0012 |
| Oscilloscope Services, Inc.<br>7827 Kingsley St.<br>Houston, TX 77087-4637 | Overhead Door Co Of South Bend<br>58745 Executive Drive<br>P.O. Box 907<br>Mishawaka, IN 46546-0907 | Overhead Door Company of Houston<br>11533 S. Main St.<br>Houston, TX 77025-5987 |
| PEI Engineering Services, Inc.<br>58640 State Rd. 15<br>Goshen, IN 46528-8670 | PPG Architectural Finishes, Inc.<br>19053 Interstate 45, Suite C<br>Conroe, TX 77385-8742 | Pacific Steel<br>1900 20th St. North<br>PO Box 530<br>Nampa, ID 83653-0530 |
| Pacific Steel & Recycling<br>c/o Brent R. Wilson<br>P.O. Box 1617<br>Boise, Idaho 83701-1617 | Panache Engineering<br>150 N. Santa Anita Ave., #300<br>Arcadia, CA 91006-3116 | Pearman Contracting, LLC.<br>P.O. Box 14<br>Greenleaf, ID 83626-0014 |
| Pennsylvania Dept. of Revenue<br>P.O. Box 280905<br>Harrisburg, PA 17128-0905 | Per Mar Security Services<br>P.O. Box 1101<br>Davenport, IA 52805-1101 | Performance Plus<br>The Performance Companies, Inc.<br>PO Box 10846<br>Merrillville, IN 46411-0846 |
| Petrol Services<br>219 W. 40th St.<br>Garden City, ID 83714-6409 | Phoenix Fastener and Supply Inc<br>15219 Stuebner Airline Rd., #33<br>Houston, TX 77069-2119 | Phoenix Metal<br>P.O. Box 932589<br>Atlanta, GA 31193-2589 |
| Phoenix Tires<br>P.O. Box 983<br>Friendswood, TX 77549-0983 | Platt<br>P.O. Box 418759<br>Boston, MA 02241-8759 | Praxair Distribution Inc<br>Dept. 0812<br>PO Box 120812<br>Dallas, TX 75312-0812 |
| Praxair Distribution, Inc.<br>Dept CH 10660<br>Palatine, IL 60055-0660 | Preferred Shipping Inc<br>12835 Jess Pirtle Blvd.<br>Sugar Land, TX 77478-2860 | Primary Engineering, Inc.<br>P.O. Box 3664<br>Carmel, IN 46082-3664 |
| Primary Health<br>10482 W. Carlton Bay Dr.<br>Garden City, ID 83714-5143 | Primax Technologies, Inc.<br>65 Hymus Blvd.<br>Pointe-Claire, Quebec | Pro Industries, Inc<br>206 Varner Dr. SW<br>Mc Donald, TN 37353-5633 |

| | | |
|---|---|---|
| ProServ Bsiness Products, LLC<br>4444 S. 74th Ave.<br>Tulsa, OK 74145 | Professional Welding Supply<br>P.O. Box 19811<br>Houston, TX 77224-9811 | Proservcrane & Equipment, Inc.<br>P.O. Box 670965<br>Houston, TX 77267-0965 |
| Proshred of Houston<br>12703 Capricorn Dr., #100<br>Stafford, TX 77477-4025 | Punch Press and Shear<br>8 Ellis Rd.<br>League City, TX 77573-1720 | R.W. Little & Associates<br>P.O. Box 171<br>Brimfield, IL 61517-0171 |
| RC Industries, Inc.<br>555 County Rd. 15<br>Elkhart, IN 46516-9784 | RMS Energy Co., LLC<br>1900 E. 66th Ave.<br>Denver, CO 80229-7424 | RST Inc<br>P.O. Box 357<br>Homedale, ID 83628-0357 |
| Rackmount Solutions, LTD<br>P.O. Box 451537<br>Garland, TX 75045-1537 | Rain Mizer Gutters<br>5606 Rocky Trail Dr.<br>Kingwood, TX 77339-3384 | Rapid Electroplating Process<br>1603 S. Michigan Ave.<br>Chicago, IL 60616-1209 |
| Recycling & Waste Reduction<br>8001 Boat Club Rd., Suite B<br>Fort Worth, TX 76179-3636 | Red-D-Arc Welderentals<br>P.O. Box 532618<br>Atlanta, GA 30353-2618 | Ricoh Usa, Inc<br>13430 Northwest Frwy., #500<br>Houston, TX 77040-6020 |
| River Bend Hose Specialty<br>1111 S. Main<br>South Bend, IN 46601-3398 | Rogers Machinery Company Inc.<br>P.O. Box 230429<br>Portland, OR 97281-0429 | Root Rents<br>2602 Cleveland Blvd.<br>Caldwell, ID 83605-4439 |
| Royal Cup Coffee<br>P.O. Box 170971<br>Birmingham, AL 35217-0971 | Russell Products Inc.<br>710 Commerce Dr.<br>Bristol, IN 46507-9354 | SAIA Motor Freight Line, LLC<br>11465 Johns Creek Pkwy., #400<br>Johns Creek, GA 30097-1572 |
| Safety Wear LTD<br>P.O. Box 2904<br>Orange, TX 77631-2904 | Safety-Kleen<br>P.O. Box 382066<br>Pittsburgh, PA 15250-8066 | Safety-Kleen<br>P.O. Box 650509<br>Dallas, TX 75265-0509 |
| Samuel, Son & Co. Inc. MW Division<br>5022 Ashley Ct.<br>Houston, TX 77041-6911 | Sherwin Williams<br>3210 Nimitz Pkwy.<br>South Bend, IN 46628-4316 | Sherwin Williams (south)<br>1315 E. 23rd St.<br>Chattanooga, TN 37404-5751 |
| Shred-it USA - Knoxville<br>P.O. Box 13574<br>Newark, NJ 07188-3500 | Siemens Financial Services<br>170 Wood Ave. South<br>Iselin, NJ 08830-2726 | Siemens Financial Services<br>301 Lindenwood Ave., #215<br>Malvern, PA 19355-1774 |

| | | |
|---|---|---|
| Siemens Industry, Inc.<br>P.O. Box 2715<br>Carol Stream, IL 60132-2715 | SmartSign<br>300 Cadman Plaza W., #1303<br>Brooklyn, NY 11201-3226 | Snow-Evitt Partnership<br>c/o Nancy Snow Evitt<br>9204 Hopi Trail<br>Ooltewah, TN 37363-8678 |
| South Bend Municipal Utility<br>125 West Colfax Ave.<br>South Bend, IN 46601-1601 | South Bend Tribune<br>225 W. Colfax Ave.<br>South Bend, IN 46626-1001 | (c)SOUTHERN AUTO BODY SUPPLY<br>1830 WASHINGTON ST<br>CHATTANOOGA TN  37408-2018 |
| St. Joseph Paper & Packaging<br>P.O. Box 3908<br>South Bend, IN 46619-0908 | Stanz Food Service, Inc.<br>P.O. Box 24<br>South Bend, IN 46624-0024 | Staples<br>P.O. Box 105638<br>Atlanta, GA 30348-5638 |
| State of Idaho<br>Department of Water Resources<br>2735 Airport Way<br>Boise, ID 83705-5082 | Steinhoffer Scale Co., Inc<br>55645 Currant Rd.<br>Mishawaka, IN 46545-4801 | Sterling Battery Co<br>P.O. Box 4947<br>Boise, ID 83711-4947 |
| Stone Lumber<br>P.O. Box 71<br>Nampa, ID 83653-0071 | Storage Battery Systems, LLC<br>N56 W16665 Ridgewood Dr.<br>Menomonee Falls, WI 53051-5672 | Strata<br>8653 W. Hackamore Dr.<br>Boise, ID 83709-1667 |
| Structural Edge Engineering<br>5509 N. Glenwood St.<br>Garden City, ID 83714-1336 | Summit Contractor Supply, Inc.<br>25453 State Rd. 2<br>South Bend, IN 46619-4806 | Sunscapes, Inc.<br>13740 Range Line Rd.<br>Niles, MI 49120-9020 |
| Superior Paint & Glass<br>315 Cleveland Blvd.<br>Caldwell, ID 83605-3697 | Suprahelio Consulting LLC/Aaron Alexande<br>13303 E. Lakeview Rd.<br>Glencoe, OK 74032-3203 | TBS Trucking - T Boys and Sons Trucking,<br>P.O. Box 2851<br>Houston, TX 77252-2851 |
| TDS Door Company<br>27992 West IL Hwy. 120, Unit 132<br>Lakemoor, IL 60051-7263 | THB,Inc<br>95 North 400 West<br>North Salt Lake, UT 84054-2722 | TQS, Inc<br>14610 Sheraton<br>Houston, TX 77039-1226 |
| TTI Oil - Texas INE, Inc<br>6438 Long Dr.<br>Houston, TX 77087-3408 | TUV Rheinland Industrial Solutions Inc.<br>P.O. Box 417532<br>Boston, MA 02241-7532 | TW Telecom<br>c/o Level 3 communications, LLC<br>P.O. Box 910182<br>Denver, CO 80291-0182 |
| TX Commission on Environmental Quality<br>P.O. Box 13087<br>Austin, TX 78711-3087 | Tacoma Screw Products, Inc.<br>P.O. Box 35165<br>Seattle, WA 98124-5165 | Taylor Brothers Fire & Safety, Inc<br>P.O. Box 16351<br>Boise, ID 83715-6351 |

| | | |
|---|---|---|
| Team Consulting, Inc<br>516 E. Marion St.<br>Mishawaka, IN 46545-6508 | Tennessee American Water<br>P.O. Box 371880<br>Pittsburgh, PA 15250-7880 | Tennessee Dept. of Revenue<br>David Gerregano<br>500 Deaderick St.<br>Nashville, TN 37242-0001 |
| Tennessee Galvanizing, Inc<br>P.O. Box 4539<br>Chattanooga, TN 37405-0539 | Terracon Consultants, Inc<br>P.O. Box 843358<br>Kansas City, MO 64184-3358 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Texas Department of Licensing and Regula<br>P.O. Box 12157<br>Austin, TX 78711-2157 | Texas Workforce Commission<br>17517 State Hwy. 249<br>Houston, TX 77064-1012 | The Dillon Group Inc.<br>1117 E. Plaza Dr.<br>Eagle, ID 83616-6531 |
| The Exit Store<br>303 W. Lancaster Ave., #138<br>Wayne, PA 19087-3938 | The Filter Factory, Inc.<br>P.O. Box 1797<br>Santa Ynez, CA 93460-1797 | The Sign Center<br>11473 W. Fairview Ave.<br>Boise, ID 83713-7940 |
| The Sign Shoppe<br>3610 E. Cleveland<br>Caldwell, ID 83605-6040 | Titus Manugacturing<br>9887 E. 6B Rd.<br>Plymouth, IN 46563-8913 | Tour Ice of Ontario<br>359 SE 2nd St.<br>Ontario, OR 97914-2825 |
| Toyota Lift of Houston<br>P.O. Box 678528<br>Dallas, TX 75267-8528 | Trainers Over Texas, Inc.<br>2914 Dunnbrook Dr.<br>Seagoville, TX 75159-1448 | Trans United, Inc.<br>Marquette Transportation Finance, Inc.<br>NW 7939<br>PO Box 1450<br>Minneapolis, MN 55485-7939 |
| Treasure Valley Coffee<br>11875 President Dr.<br>Boise, ID 83713-8976 | Tri-State Electrical Contractors, LLC<br>2101 Fort St.<br>Chattanooga, TN 37408-2414 | Trinity Logistics, Inc<br>P.O. Box 62702<br>Baltimore, MD 21264-2702 |
| Turnstone EH&S, Inc.<br>1322 Space Park Dr., Suite C-139<br>Houston, TX 77058-3542 | Twelco, Inc<br>7411 Wright Rd.<br>Houston, TX 77041-2421 | US Bank Equipment Finance<br>P.O. Box 790448<br>Saint Louis, MO 63179-0448 |
| US Environmental Protection Agency<br>1200 Pennsylvania Ave.<br>Washington, DC 20460-0003 | US HealthWorks Medical Group of Indiana<br>P.O. Box 404480<br>Atlanta, GA 30384-4480 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| USI Inc.<br>P.O. Box 4105<br>Woburn, MA 01888-4105 | Uline<br>2200 S. Lakeside Dr.<br>Waukegan, IL 60085-8311 | Underwriters Laboratories Inc.<br>P.O. Box 75330<br>Chicago, IL 60675-5330 |

| | | |
|---|---|---|
| UniFirst Corporation<br>3920 Crescent Cir.<br>South Bend, IN 46628-6137 | Unishippers<br>P.O. Box 1120<br>Meridian, ID 83680-1120 | United Coatings Technologies<br>1011 S. Main St.<br>South Bend, IN 46601-3335 |
| United Oil<br>P.O. Box 160<br>Caldwell, ID 83606-0160 | United Rentals<br>P.O. Box 100711<br>Atlanta, GA 30384-0711 | United Rentals Northwest, Inc<br>File 51122<br>Los Angeles, CA 90074-0001 |
| VFP Fire Systems<br>P.O. Box 74008409<br>Chicago, IL 60674-8409 | Vanguard Fire & Security Systems, Inc.<br>P.O. Box 9218<br>Wyoming, MI 49509-0218 | Velocity Business Products, Inc.<br>335 Pennbright Dr., #130<br>Houston, TX 77090-5909 |
| Victor Insulators, Inc.<br>280 Maple Ave.<br>Victor, NY 14564-1385 | W.W. Grainger, Inc.<br>Dept. 810568832<br>Palatine, IL 60038-0001 | WCS Quality Registrars, LLC<br>P.O. Box 940637<br>Houston, TX 77094-7637 |
| WESCO Distribution. Inc.<br>7049 Brookhollow West Dr.<br>Houston, TX 77040-3241 | Washington State Dept. of Revenue<br>P.O. Box 47464<br>Olympia, WA 98504-7464 | Weld Force Solutions, LLC<br>12518 Foxton Rd.<br>Houston, TX 77048-3811 |
| Wells Fargo<br>90 S. 7th St., 16th Fl.<br>Minneapolis, MN 55479-0001 | Wells Fargo Credit Card<br>420 Montgomery St.<br>San Francisco, CA 94104-1298 | Western Specialties Inc<br>5265 N. Sawyers Ave.<br>Boise, ID 83714-1496 |
| Western States Cat<br>P.O. Box 3805<br>Boise, ID 83707 | Westowns Disposal Inc<br>P.O. Box 754<br>Homedale, ID 83628-0754 | Wiley Road Industrial Park, L.P.<br>3801 Voorde Dr.<br>South Bend, IN 46628-1643 |
| Williams Industrial Services Group Inc<br>400 E. Las Colinas, #400<br>Irving, TX 75039-5534 | Williams Industrial Services Group LLC<br>100 Crescent Centre Pkwy., #1240<br>Tucker, GA 30084-7063 | Workforce Corp Health<br>P.O. Box 189<br>Chattanooga, TN 37401-0189 |
| Working Persons Store<br>1608 Commerce Dr.<br>South Bend, IN 46628-1503 | Yale Carolinas<br>9839 South Tryon<br>Charlotte, NC 28273-6505 | ZFA Structural Engineers<br>1212 Fourth St., Suite Z<br>Santa Rosa, CA 95404-4039 |
| Mark Edward Andrews<br>Dykema Cox Smith<br>1717 Main Street, Suite 4200<br>Dallas, TX 75201-4876 | Rodney D Tow<br>Rodney Tow, PLLC<br>1122 Highborne Cay Court<br>Texas City, TX 77590-1403 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Airgas USA, LLC<br>P.O. Box 676015<br>Dallas, TX 75267 | GreatAmerica Financial Services Corp.<br>P.O. Box 660831<br>Dallas, TX 75266-0831 | Illinois Dept. of Revenue<br>James R. Thompson Center - Concourse<br>100 West Randolph St.<br>Chicago, IL 60601-3274 |
| Texas Comptroller of Public Accounts<br>P.O. Box 13528, Capitol Station<br>Austin, TX 78711-3528 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Southern Auto Body Supply
1823 Rossville Ave.
Chattanooga, TN 37408


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Cummins Inc. | (u)Express Employment Professionals | (u)Houston Personnel Services, Inc. dba Expre |
| (u)JSW Properties, Inc. | (u)Metro Fabricating, LLC | (u)Pfeil, Inc. |
| (u)Siemens Energy, Inc. | (u)Siemens Industry, Inc. | (u)Specific Systems, LLC |
| (u)Delta Management<br>52733 Willow Bend Dr.<br>OH 45530-7472 | (d)Fastenal Company, Inc.<br>P.O. Box 1286<br>Winona, MN 55987-7286 | (d)GP South, LLC<br>129 N. 10th St.<br>Capitol Hall<br>Lincoln, NE 68508-3633 |

| | | |
|---|---|---|
| (u)Idaho State Tax Commission<br>P.O. Box 36<br>81722-0410 | (d)Michigan Dept. of Treasury<br>Lansing, MI 48922-0001 | (d)The Dillon Group, Inc.<br>1117 E. Plaza Dr.<br>Eagle, ID 83616-6531 |

**End of Label Matrix**
**Mailable recipients**    418
**Bypassed recipients**     15
**Total**                  433