

UNITED STATES BANKRUPTCY COURT                    SOUTHERN DISTRICT OF TEXAS

ENTERED
08/21/2018

## MOTION AND ORDER
### FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 18-33815 |
|---|---|---|---|
| Debtor | In Re: | Koontz-Wagner Custom Control Holdings LLC. Debtor | |

This lawyer, who is admitted to the State Bar of _____ Oregon _____ :

| Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number | Garrett S. Ledgerwood<br>Hershner Hunter LLP<br>180 East 11th Ave<br>Eugene OR 97401<br>541.302.5250<br>Oregon / State Bar # 143701 |
|---|---|

Seeks to appear as the attorney for this party:

| Johnson Thermal Systems, Inc. | |
|---|---|
| Dated: August 20, 2018 | Signed: |

| COURT USE ONLY: The applicant's state bar reports their status as: _Active_ | |
|---|---|
| Dated: 8/21/18 | Signed: _____<br>Deputy Clerk |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Signed: August 21, 2018

Marvin Isgur
United States Bankruptcy Judge