UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Koontz-Wagner Custom Control | § | Case No. 18-33815 |
| Holdings LLC, | § | |
| | § | |
| Debtor. | § | (Chapter 7) |
| | § | |

**NOTICE OF SECOND REVISED LIMITED MAILING LIST**

    The below parties must be noticed by U.S.P.S. mail in addition to (i) the party against whom relief is sought and its counsel, (ii) any parties claiming an interest in property that is affected by a motion, and (iii) an parties claiming a lien on any property that is affected by the requested relief.

Williams Industrial
Services Group Inc
400 E. Las Colinas, #400
Irving, TX 75039

Meitec, Inc.
2800 Veterns Blvd.,#260
Metairie, LA 70002

Williams Industrial
Services Group LLC
100 Crescent Centre Pkwy.,
#1240
Tucker, GA 30084

Crawford Electric
Supply Co., Inc.
P.O. Box 847160
Dallas, TX 75284-7160

Engineered Air C/O
Commerce Bank
P.O. Box 801618
Kansas City, MO 64108-1618

Tri-State Electrical
Contractors, LLC
2101 Fort St.
Chattanooga, TN 37408

All Phase Electric Supply Co.
1385 Bendix Dr.
South Bend, IN 46628

O'Neal Industries
P.O. Box 934243
Atlanta, GA 31193-4243

O'Neal Flat Rolled Metals
P.O. Box 951858
Dallas, TX 75395

Allegiance Crane &
Equipment, LLC
777 South Andrews Avenue
Pompano Beach, FL 33069

United Coatings Technologies
1011 S. Main St.
South Bend, IN 46601

Marvair, A Division
of Airxcel, Inc.
P.O. Box 6407
Carol Stream, IL 60197-6407

G&H Diversified Mfg, LP
11660 Briitmoore Park Dr.
Houston, TX 77041

MTI
30836 CR 8
Elkhart, IN 46514

Fastenal Company
P.O. Box 1286
Winona, MN 55987-1286

Advantage Interests, Inc.
7840 W. Little York
Houston, TX 77040

RMS Energy Co., LLC
1900 E. 66th Ave.
Denver, CO 80229

Express Personnel Services
5616 NW 135th,Suite A
Oklahoma City, OK 73142

Allegheny Steel Distributors,
Inc.
P.O. Box 645363
Pittsburgh, PA 15264-5363

Martell Electric, LLC
P.O. Box 3965
South Bend, IN 46619

O'Neal Steel
C/O Mary Fitzgerald
841 N Michigan Rd.
Shelbyville, IN 46176

TN Dept of Labor – Bureau of
Unemployment Insurance
c/o TN Atty. Gen. Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-0207

Bankruptcy Administration
Wells Fargo Vendor Fin. Serv. LLC
c/o A Ricoh USA Program
P.O. Box 13708
Macon, GA 31208-3708