

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
11/05/2020

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KOONTZ-WAGNER CUSTOM | § | CASE NO. 18-33815 |
| CONTROL HOLDINGS, LLC. | § | (Chapter 7) |
|    Debtor | § | JUDGE ISGUR |

### ORDER GRANTING TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY
### [Refers to Docket No. 382]

Came on for consideration the Trustee's Motion to Compromise Controversy with United Coatings Technologies, Inc. (the "Motion"). No response in opposition to the Motion has been filed and the time for filing same has passed. The Court has considered the Motion and has determined that the relief sought therein should be granted. It is therefore,

**Ordered** that the Trustee's Motion to Compromise Controversy with United Coatings Technologies, Inc. is hereby approved. It is further,

**Ordered** that United Coatings Technologies, Inc. shall pay the sum of $15,000.00 to the Estate within six months after entry of this Order in full satisfaction of all claims and causes of action in Adversary Proceeding No. 20-03255; it is further,

**Ordered** that this Compromise satisfies all outstanding issues in Adversary Proceeding No. 20-03255 and all relief not granted herein is denied. It is further,

**Ordered** that the Trustee is authorized to sign any and all documentation necessary to carry out the provisions of this Order.

Signed: November 04, 2020

_____
Marvin Isgur
United States Bankruptcy Judge