|   | | Paid/Withdrawn prior to Motion | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|   | | Settlement pending at filing of Motion | | | | Funds on hand | $ 4,306,100.91 | | | | |
|   | | Unresolved claim at filing of Motion | | | | | | | | | |
|   | | Trustee Asserts Subordinated under section 726 | | | | | | | | | |

| # | Claim Class | Claimant | Claimed | Allowed | Paid | Balance | % to Distribute | Distribution | Interim Dist % | Reserve | Interim Dist | Claim Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NA | PROFFESIONAL | Commenda Asset Resolution Partners, LLC | $ 526,176.50 | $ 526,176.50 | $ 526,176.50 | $ - | 100% | $ - | N/A | $ - | $ - | Paid |
| NA | PROFESSIONAL | Commenda Asset Resolution Partners, LLC | $ 26,631.67 | $ 26,631.67 | $ 26,631.67 | $ - | 100% | $ - | N/A | $ - | $ - | Paid |
| NA | PROFESSIONAL | Cooper & Scully, PC | $ 51,895.00 | $ 51,895.00 | $ 51,895.00 | $ 120,000.00 | 100% | $ 120,000.00 | N/A | $ - | $ - | Estimate |
| NA | PROFESSIONAL | Cooper & Scully, PC | $ 5,372.69 | $ 5,372.69 | $ 5,372.69 | $ - | 100% | $ - | N/A | $ - | $ - | Paid |
| NA | PROFESSIONAL | Diamond McCarthy, LLP | $ 195,584.00 | $ 195,584.00 | $ 195,584.00 | $ - | 100% | $ - | N/A | $ - | $ - | Paid |
| NA | PROFESSIONAL | Diamond McCarthy, LLP | $ 6,761.56 | $ 6,761.56 | $ 6,761.56 | $ - | 100% | $ - | N/A | $ - | $ - | Paid |
| NA | TRUSTEE COMP | Rodney D. Tow | $ 305,323.26 | $ 305,323.26 | $ - | $ 305,323.26 | 100% | $ 305,323.26 | N/A | $ - | $ - | Estimate |
| NA | TRUSTEE EXP | Rodney D. Tow | $ 143.50 | $ 143.50 | $ - | $ 143.50 | 100% | $ 143.50 | N/A | $ - | $ - | Estimate |
| NA | PROFESSIONAL | Barron & Newburger, P.C. | $ 71,690.00 | $ 74,815.00 | $ 74,815.00 | $ - | 100% | $ - | N/A | $ - | $ - | Paid |
| NA | PROFESSIONAL | Barron & Newburger, PC | $ 7,200.65 | $ 7,200.65 | $ 7,200.65 | $ - | 100% | $ - | N/A | $ - | $ - | Paid |
| NA | PROFESSIONAL | Kasowitz Benson Torres LLP | $ 252,112.00 | $ 252,112.00 | $ 252,112.00 | $ - | 100% | $ - | N/A | $ - | $ - | Paid |
| NA | PROFESSIONAL | Kasowitz Benson Torres, LLP | $ 3,416.80 | $ 3,416.80 | $ 3,416.80 | $ - | 100% | $ - | N/A | $ - | $ - | Paid |
| NA | PROFESSIONAL | Parkins Lee Rubio | $ 175,000.00 | $ 175,000.00 | $ - | $ 175,000.00 | 100% | $ 175,000.00 | N/A | $ - | $ - | Estimate |
| NA | PROFESSIONAL | Bill West | | | | $ 60,000.00 | 100% | $ 60,000.00 | N/A | $ - | $ - | Estimate |
| NA | ADMIN | IRS Taxes | | | | | 100% | | N/A | $ - | $ - | Estimate |
| 28 | ADMIN | All-Phase Electric Supply | $ 96,303.91 | $ 78,112.67 | $ - | $ 78,112.67 | 100% | $ 78,112.67 | 100% | $ - | $ 78,112.67 | Allowed |
| 76 | ADMIN | Anixter Inc. | $ 42,104.56 | $ 42,104.56 | $ - | $ 42,104.56 | 100% | $ 42,104.56 | 100% | $ - | $ 42,104.56 | Allowed |
| 104 | ADMIN | Crawford Electric Supply Co., Inc. | $ 43,647.22 | $ 43,647.22 | $ - | $ 43,647.22 | 100% | $ 43,647.22 | 100% | $ - | $ 43,647.22 | Allowed |
| 95 | ADMIN | Marvair and Industrial Climate Engineering, divisi | $ 54,382.00 | $ 54,382.00 | $ - | $ 54,382.00 | 100% | $ 54,382.00 | 100% | $ - | $ 54,382.00 | Allowed |
| 96 | ADMIN | GP South LLC | $ 105,551.99 | $ 105,551.99 | $ 105,551.99 | $ - | 100% | $ - | N/A | $ - | | Paid |
| 35 | ADMIN (SETTLE) | I.B.E.W. Local no. 1392 Pension Fund | $ 150,000.00 | $ 150,000.00 | | $ 150,000.00 | 100% | $ 150,000.00 | 100% | $ - | $ 150,000.00 | Settled |
|   |   |   |   |   |   | Total Admins | $ 1,028,713.21 |   |   |   |   |   |
|   |   |   |   |   |   |   |   | $ 660,466.76 |   |   |   |   |
|   |   |   |   |   |   | Funds After Admins | $ 3,277,387.70 |   |   |   |   |   |
| 13 | OTHER PRIORITY | Internal Revenue Service | $ 293,686.82 | $ 293,686.82 | $ - | $ 293,686.82 | 100% | $ 293,686.82 | 0% | $ 293,686.82 | $ - | Disputed |
| 36 | OTHER PRIORITY | Indiana Department of Revenue | $ 273,325.39 | $ 273,325.39 | $ - | $ 273,325.39 | 100% | $ 273,325.39 | 0% | $ 273,325.39 | $ - | Disputed |
| 53 | OTHER PRIORITY | Texas Workforce Commission | $ 52,392.27 | $ - | $ - | $ - | 100% | $ - | 100% | $ - | $ - | Withdrawn |
| 58 | OTHER PRIORITY | IBEW local 1392 Health & Welfare Fund | $ 46,879.39 | $ 46,879.39 | $ - | $ 46,879.39 | 100% | $ 46,879.39 | 100% | $ - | $ 46,879.39 | Allowed |
| 59 | OTHER PRIORITY | I.B.E.W. Local No. 1392 Pension Fund | $ 16,755.39 | $ 16,755.39 | $ - | $ 16,755.39 | 100% | $ 16,755.39 | 100% | $ - | $ 16,755.39 | Allowed |
| 61 | 507(A) 8 -- TAXES | Illinois Department of Employment Security | $ 595.67 | $ 595.67 | $ - | $ 595.67 | 100% | $ 595.67 | 100% | $ - | $ 595.67 | Allowed |
| 64 | OTHER PRIORITY | TN Dept of Labor - BUI | $ 699.17 | $ 699.17 | $ - | $ 699.17 | 100% | $ 699.17 | 100% | $ - | $ 699.17 | Allowed |
| 65 | OTHER PRIORITY | TN Dept of Labor - BUI | $ 939.85 | $ 939.85 | $ - | $ 939.85 | 100% | $ 939.85 | 100% | $ - | $ 939.85 | Allowed |
| 73 | OTHER PRIORITY | Idaho State Tax Commission | $ 2,400.00 | $ 2,400.00 | $ - | $ 2,400.00 | 100% | $ 2,400.00 | 100% | $ - | $ 2,400.00 | Allowed |
| 74 | OTHER PRIORITY | Comptroller of Public Accounts | $ 2,000.00 | $ 2,000.00 | $ - | $ 2,000.00 | 100% | $ 2,000.00 | 100% | $ - | $ 2,000.00 | Allowed |
| 75 | OTHER PRIORITY | Comptroller of Public Accounts | $ 13,571.57 | $ 13,571.57 | $ - | $ 13,571.57 | 100% | $ 13,571.57 | 100% | $ - | $ 13,571.57 | Allowed |
| 79 | OTHER PRIORITY | International Brotherhood of Electrical Workers, L | $ 7,208.00 | $ 7,208.00 | $ - | $ 7,208.00 | 100% | $ 7,208.00 | 100% | $ - | $ 7,208.00 | Allowed |
|   |   |   |   |   |   | Total Priority | $ 658,061.25 |   |   |   | $ 91,049.04 |   |
|   |   |   |   |   |   | Funds after Priority | $ 2,619,326.45 |   |   |   |   |   |
| 1 | SECURED | Harris County et al. | $ 16,758.03 | $ 16,758.03 | $ - | $ 16,758.03 | 100% | $ 16,758.03 | 100% |   | $ 16,758.03 | Allowed |
| 41 | SECURED | Metro Fabricating, Inc. | $ 40,000.00 | $ 40,000.00 | $ 40,000.00 | $ - | 100% | $ - | 100% |   | $ - | Paid |
| 99 | SECURED | Cummins Inc. | $ 132,830.00 | $ 15,000.00 | $ 15,000.00 | $ - | 100% | $ - | 100% |   | $ - | Paid |
| 114 | SECURED | General Electric Company | $ 990,309.00 | $ 300,000.00 | $ 300,000.00 | $ - | 100% | $ - | 100% |   | $ - | Paid |
| 131 | SECURED | Canyon County Tax Collector | $ 7,714.74 | $ 7,714.74 | $ - | $ 7,714.74 | 100% | $ 7,714.74 | 100% |   | $ 7,714.74 | Allowed |
| 132 | SECURED | Klein Independent School District | $ 18,745.68 | $ 18,745.68 | $ 18,745.68 | $ - | 100% | $ - | 100% |   | $ - | Paid |
| 133 | SECURED | Harris County Municipal Utility District No. 202 | $ 161.63 | $ 161.63 | $ - | $ 161.63 | 100% | $ 161.63 | 100% |   | $ 161.63 | Allowed |
| 134 | SECURED | Northwest Harris County MUD No. 6 | $ 1,204.97 | $ 1,204.97 | $ - | $ 1,204.97 | 100% | $ 1,204.97 | 100% |   | $ 1,204.97 | Allowed |

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Total Secured | $ | 25,839.37 |  |  |  | $ | 25,839.37 |  |  |  |
|  |  |  |  |  |  | Funds After Secured | $ | 2,593,487.08 |  | $ | 3,251,548.33 |  |  |  |  |  |
|  |  |  |  |  |  | Total Allowed Unsecured | $ | 21,546,580.30 |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | % Distribution |  | 12.04% |  |  |  | $ | 2,593,487.08 |  |  |  |
| 2 | UNSECURED | Coosa Steel Corporation | $ | 20,830.43 | $ | 20,830.43 | $ | - | $ | 20,830.43 | 12.04% | $ | 2,507.29 | 90% | $ | 250.73 | $ | 2,256.56 | Allowed |
| 3 | UNSECURED | Advantage Interests, Inc. | $ | 156,000.24 | $ | 156,000.24 | $ | - | $ | 156,000.24 | 12.04% | $ | 18,777.21 | 90% | $ | 1,877.72 | $ | 16,899.49 | Allowed |
| 4 | UNSECURED | Oil Service, Inc | $ | 4,235.76 | $ | 4,235.76 | $ | - | $ | 4,235.76 | 12.04% | $ | 509.84 | 90% | $ | 50.98 | $ | 458.86 | Allowed |
| 5 | UNSECURED | Idaho Mobile Equipment | $ | 4,245.29 | $ | 4,245.29 | $ | - | $ | 4,245.29 | 12.04% | $ | 510.99 | 90% | $ | 51.10 | $ | 459.89 | Allowed |
| 6 | UNSECURED | Pacific Steel & Recycling | $ | 54,526.46 | $ | 54,526.46 | $ | - | $ | 54,526.46 | 12.04% | $ | 6,563.16 | 90% | $ | 656.32 | $ | 5,906.84 | Allowed |
| 7 | UNSECURED | Houston Personnel Services, Inc. | $ | 256,361.41 | $ | 130,000.00 | $ | - | $ | 130,000.00 | 12.04% | $ | 15,647.65 | 90% | $ | 1,564.76 | $ | 14,082.88 | Allowed |
| 8 | UNSECURED | Gale Contractor Services | $ | 11,535.00 | $ | 11,535.00 | $ | - | $ | 11,535.00 | 12.04% | $ | 1,388.43 | 90% | $ | 138.84 | $ | 1,249.59 | Allowed |
| 9 | UNSECURED | Bonita Cleaning Service | $ | 13,996.13 | $ | 13,996.13 | $ | - | $ | 13,996.13 | 12.04% | $ | 1,684.67 | 90% | $ | 168.47 | $ | 1,516.20 | Allowed |
| 10 | UNSECURED | Echo Global Logistics | $ | 8,400.00 | $ | 8,400.00 | $ | - | $ | 8,400.00 | 12.04% | $ | 1,011.08 | 90% | $ | 101.11 | $ | 909.97 | Allowed |
| 11 | UNSECURED | Norco | $ | 2,174.92 | $ | 2,174.92 | $ | - | $ | 2,174.92 | 12.04% | $ | 261.79 | 90% | $ | 26.18 | $ | 235.61 | Allowed |
| 12 | UNSECURED | Samuel, Son & Co, Inc. | $ | 63,355.43 | $ | 63,355.43 | $ | - | $ | 63,355.43 | 12.04% | $ | 7,625.87 | 90% | $ | 762.59 | $ | 6,863.29 | Allowed |
| 14 | UNSECURED | HYG Financial Services, Inc | $ | 128,543.82 | $ | 128,543.82 | $ | - | $ | 128,543.82 | 12.04% | $ | 15,472.37 | 90% | $ | 1,547.24 | $ | 13,925.14 | Allowed |
| 15 | UNSECURED | Western States Equipment Company | $ | 314.35 | $ | 314.35 | $ | - | $ | 314.35 | 12.04% | $ | 37.84 | 90% | $ | 3.78 | $ | 34.05 | Allowed |
| 16 | UNSECURED | Industrial Distribution Acuisition Sub, LLC | $ | 1,159.71 | $ | 1,159.71 | $ | - | $ | 1,159.71 | 12.04% | $ | 139.59 | 90% | $ | 13.96 | $ | 125.63 | Allowed |
| 17 | UNSECURED | American Safety & First Aid | $ | 3,034.25 | $ | 3,034.25 | $ | - | $ | 3,034.25 | 12.04% | $ | 365.22 | 90% | $ | 36.52 | $ | 328.70 | Allowed |
| 18 | UNSECURED | ABF Freight Systems, Inc. | $ | 3,958.39 | $ | 3,958.39 | $ | - | $ | 3,958.39 | 12.04% | $ | 476.46 | 90% | $ | 47.65 | $ | 428.81 | Allowed |
| 19 | UNSECURED | Uline Shipping Supplies | $ | 212.82 | $ | 212.82 | $ | - | $ | 212.82 | 12.04% | $ | 25.62 | 90% | $ | 2.56 | $ | 23.05 | Allowed |
| 20 | UNSECURED | Cummins Inc | $ | 998.68 | $ | 998.68 | $ | - | $ | 998.68 | 12.04% | $ | 120.21 | 90% | $ | 12.02 | $ | 108.19 | Allowed |
| 21 | UNSECURED | Stanz Food Service, Inc. | $ | 74.75 | $ | 74.75 | $ | - | $ | 74.75 | 12.04% | $ | 9.00 | 90% | $ | 0.90 | $ | 8.10 | Allowed |
| 22 | UNSECURED | Tennessee American Water | $ | 331.80 | $ | 331.80 | $ | - | $ | 331.80 | 12.04% | $ | 39.94 | 90% | $ | 3.99 | $ | 35.94 | Allowed |
| 23 | UNSECURED | CSI Heavy Haul | $ | 23,167.50 | $ | - | $ | - | $ | - | 12.04% | $ | - | 90% | $ | - | $ | - | Withdrawn |
| 24 | UNSECURED | Airgas USA, LLC | $ | 18,975.20 | $ | 18,975.20 | $ | - | $ | 18,975.20 | 12.04% | $ | 2,283.98 | 90% | $ | 228.40 | $ | 2,055.58 | Allowed |
| 25 | UNSECURED | Oil Service, Inc | $ | 4,235.76 | $ | - | $ | - | $ | - | 12.04% | $ | - | 90% | $ | - | $ | - | Withdrawn |
| 26 | UNSECURED | Cleaveland Price Inc | $ | 57,982.00 | $ | 57,982.00 | $ | - | $ | 57,982.00 | 12.04% | $ | 6,979.09 | 90% | $ | 697.91 | $ | 6,281.18 | Allowed |
| 27 | UNSECURED | Landstar Inway | $ | 127,680.93 | $ | 127,680.93 | $ | - | $ | 127,680.93 | 12.04% | $ | 15,368.51 | 90% | $ | 1,536.85 | $ | 13,831.66 | Allowed |
| 28a | UNSECURED | All-Phase Electric Supply | $ | 172,897.09 | $ | 172,897.09 | $ | - | $ | 172,897.09 | 12.04% | $ | 20,811.02 | 90% | $ | 2,081.10 | $ | 18,729.92 | Allowed |
| 29 | UNSECURED | Morrison Brothers Company | $ | 5,273.13 | $ | 5,273.13 | $ | - | $ | 5,273.13 | 12.04% | $ | 634.71 | 90% | $ | 63.47 | $ | 571.24 | Allowed |
| 30 | UNSECURED | Preferred Shipping Inc | $ | 1,408.76 | $ | 1,408.76 | $ | - | $ | 1,408.76 | 12.04% | $ | 169.57 | 90% | $ | 16.96 | $ | 152.61 | Allowed |
| 31 | UNSECURED | Clover Associates, Inc. | $ | 39,575.00 | $ | 39,575.00 | $ | - | $ | 39,575.00 | 12.04% | $ | 4,763.51 | 90% | $ | 476.35 | $ | 4,287.15 | Allowed |
| 32 | UNSECURED | Phoenix Metals c/o Scott & Goldman | $ | 9,191.79 | $ | 9,191.79 | $ | - | $ | 9,191.79 | 12.04% | $ | 1,106.38 | 90% | $ | 110.64 | $ | 995.75 | Allowed |
| 33 | UNSECURED | Panache Engineering | $ | 2,450.00 | $ | 2,450.00 | $ | - | $ | 2,450.00 | 12.04% | $ | 294.90 | 90% | $ | 29.49 | $ | 265.41 | Allowed |
| 34 | UNSECURED | WeldForce Solutions LLC | $ | 95,903.00 | $ | - | $ | - | $ | - | 12.04% | $ | - | 90% | $ | - | $ | - | Disallowed |
| 35 | UNSECURED | I.B.E.W. Local No. 1392 Pension Fund | $ | 2,935,544.00 | $0 | $ | - | $ | - | 12.04% | $ | - | 90% | $ | - | $ | - | Settled |
| 37 | UNSECURED | Marks Family Trucking, LLC | $ | 48,200.00 | $ | 48,200.00 | $ | - | $ | 48,200.00 | 12.04% | $ | 5,801.67 | 90% | $ | 580.17 | $ | 5,221.50 | Allowed |
| 38 | UNSECURED | Alpha Process Sales, Inc. | $ | 31,740.45 | $ | 31,740.45 | $ | - | $ | 31,740.45 | 12.04% | $ | 3,820.49 | 90% | $ | 382.05 | $ | 3,438.44 | Allowed |
| 39 | UNSECURED | Alro Steel Corporation | $ | 24,143.22 | $ | 24,143.22 | $ | - | $ | 24,143.22 | 12.04% | $ | 2,906.04 | 90% | $ | 290.60 | $ | 2,615.43 | Allowed |
| 40 | UNSECURED | Farwest Steel Corporation | $ | 91,761.49 | $ | 91,761.49 | $ | - | $ | 91,761.49 | 12.04% | $ | 11,045.01 | 90% | $ | 1,104.50 | $ | 9,940.51 | Allowed |
| 41a | UNSECURED | Metro Fabricating, Inc. | $ | 39,404.00 | $ | 39,404.00 | $ | - | $ | 39,404.00 | 12.04% | $ | 4,742.92 | 90% | $ | 474.29 | $ | 4,268.63 | Allowed |
| 42 | UNSECURED | Idaho Power Company | $ | 506.88 | $ | 506.88 | $ | - | $ | 506.88 | 12.04% | $ | 61.01 | 90% | $ | 6.10 | $ | 54.91 | Allowed |
| 43 | UNSECURED | Barton Mines, LLC | $ | 10,727.20 | $ | 10,727.20 | $ | - | $ | 10,727.20 | 12.04% | $ | 1,291.20 | 90% | $ | 129.12 | $ | 1,162.08 | Allowed |
| 44 | UNSECURED | Cedar Glade LP [From O'Neal Steel; ECF No. 472] | $ | 315,782.25 | $ | 315,782.25 | $ | - | $ | 315,782.25 | 12.04% | $ | 38,009.61 | 90% | $ | 3,800.96 | $ | 34,208.65 | Allowed |
| 45 | UNSECURED | UniFirst Corporation | $ | 22,039.93 | $ | 22,039.93 | $ | - | $ | 22,039.93 | 12.04% | $ | 2,652.87 | 90% | $ | 265.29 | $ | 2,387.58 | Allowed |
| 46 | UNSECURED | Tour Ice of Ontario | $ | 215.18 | $ | 215.18 | $ | - | $ | 215.18 | 12.04% | $ | 25.90 | 90% | $ | 2.59 | $ | 23.31 | Allowed |
| 47 | UNSECURED | Environmental Safety Products | $ | 2,127.99 | $ | 2,127.99 | $ | - | $ | 2,127.99 | 12.04% | $ | 256.14 | 90% | $ | 25.61 | $ | 230.52 | Allowed |
| 48 | UNSECURED | Mainfreight, Inc. | $ | 97,738.77 | $ | 97,738.77 | $ | - | $ | 97,738.77 | 12.04% | $ | 11,764.48 | 90% | $ | 1,176.45 | $ | 10,588.03 | Allowed |
| 49 | UNSECURED | Safety-Kleen/ Clean Harbors | $ | 4,917.84 | $ | - | $ | - | $ | - | 12.04% | $ | - | 90% | $ | - | $ | - | Withdrawn |
| 50 | UNSECURED | Catepillar Financial Services Corp. | $ | 103,778.68 | $ | 103,778.68 | $ | - | $ | 103,778.68 | 12.04% | $ | 12,491.48 | 90% | $ | 1,249.15 | $ | 11,242.33 | Allowed |
| 51 | UNSECURED | American Express Travel Related Services Company, | $ | 87,730.36 | $ | 87,730.36 | $ | - | $ | 87,730.36 | 12.04% | $ | 10,559.80 | 90% | $ | 1,055.98 | $ | 9,503.82 | Allowed |

| # | Class | Creditor | Claimed | Amount 2 | Col4 | Amount 3 | Rate | Amount 4 | Pct | Amount 5 | Amount 6 | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 52 | UNSECURED | United Rentals, Inc. | $ 16,371.74 | $ 16,371.74 | $ - | $ 16,371.74 | 12.04% | $ 1,970.61 | 90% | $ 197.06 | $ 1,773.55 | Allowed |
| 54 | UNSECURED | Russell Products Inc. | $ 9,058.21 | $ 9,058.21 | $ - | $ 9,058.21 | 12.04% | $ 1,090.31 | 90% | $ 109.03 | $ 981.27 | Allowed |
| 55 | UNSECURED | Builders Firstsource | $ 2,107.40 | $ 2,107.40 | $ - | $ 2,107.40 | 12.04% | $ 253.66 | 90% | $ 25.37 | $ 228.29 | Allowed |
| 56 | UNSECURED | FedEx Corporate Services Inc. | $ 1,582.22 | $ 1,582.22 | $ - | $ 1,582.22 | 12.04% | $ 190.45 | 90% | $ 19.04 | $ 171.40 | Allowed |
| 57 | UNSECURED | Foam Kote, Inc. | $ 83,455.57 | $ 64,198.57 | $ - | $ 64,198.57 | 12.04% | $ 7,727.36 | 90% | $ 772.74 | $ 6,954.62 | Allowed |
| 60 | UNSECURED | Airgas USA, LLC | $ 16,387.95 | $ 16,387.95 | $ - | $ 16,387.95 | 12.04% | $ 1,972.56 | 90% | $ 197.26 | $ 1,775.30 | Allowed |
| 62 | UNSECURED | Martell Electric, LLC | $ 133,076.81 | $ 133,076.81 | $ - | $ 133,076.81 | 12.04% | $ 16,017.99 | 90% | $ 1,601.80 | $ 14,416.19 | Allowed |
| 63 | UNSECURED | Dave & Tom of Idaho, LLC | $ 395,961.64 | $ 78,000.00 | $ - | $ 78,000.00 | 12.04% | $ 9,388.59 | 90% | $ 938.86 | $ 8,449.73 | Allowed |
| 64a | UNSECURED | TN Dept of Labor - BUI | $ 30.00 | $ 30.00 | $ - | $ 30.00 | 12.04% | $ 3.61 | 90% | $ 0.36 | $ 3.25 | Allowed |
| 66 | UNSECURED | Fastenal Company | $ 183,328.99 | $ 183,328.99 | $ - | $ 183,328.99 | 12.04% | $ 22,066.67 | 90% | $ 2,206.67 | $ 19,860.01 | Allowed |
| 67 | UNSECURED | Progressive Engineering, Inc. | $ 285,503.69 | $ 285,503.69 | $ - | $ 285,503.69 | 12.04% | $ 34,365.09 | 90% | $ 3,436.51 | $ 30,928.58 | Allowed |
| 68 | UNSECURED | PEI Engineering Services, Inc. | $ 201.00 | $ 201.00 | $ - | $ 201.00 | 12.04% | $ 24.19 | 90% | $ 2.42 | $ 21.77 | Allowed |
| 69 | UNSECURED | O'Neal Flat Rolled Metals | $ 124,903.67 | $ 116,550.30 | $ - | $ 116,550.30 | 12.04% | $ 14,028.76 | 90% | $ 1,402.88 | $ 12,625.88 | Allowed |
| 70 | UNSECURED | CenterPoint Energy Services | $ 2,712.50 | $ 2,712.50 | $ - | $ 2,712.50 | 12.04% | $ 326.49 | 90% | $ 32.65 | $ 293.84 | Allowed |
| 71 | UNSECURED | GreatAmerica Financial Services Corporation | $ 39,270.22 | $ 39,270.22 | $ - | $ 39,270.22 | 12.04% | $ 4,726.82 | 90% | $ 472.68 | $ 4,254.14 | Allowed |
| 72 | UNSECURED | G&H Diversified Mfg., L.P. | $ 177,756.00 | $ 177,756.00 | $ - | $ 177,756.00 | 12.04% | $ 21,395.87 | 90% | $ 2,139.59 | $ 19,256.29 | Allowed |
| 76a | UNSECURED | Anixter Inc. | $ 36,164.99 | $ 36,164.99 | $ - | $ 36,164.99 | 12.04% | $ 4,353.05 | 90% | $ 435.31 | $ 3,917.75 | Allowed |
| 77 | UNSECURED | Toyota Industries Commercial Finance, Inc. | $ 155,800.98 | $ 155,800.98 | $ - | $ 155,800.98 | 12.04% | $ 18,753.22 | 90% | $ 1,875.32 | $ 16,877.90 | Allowed |
| 78 | UNSECURED | MEITEC, Inc. | $ 2,122,998.79 | $ 2,122,998.79 | $ - | $ 2,122,998.79 | 12.04% | $ 255,538.00 | 90% | $ 25,553.80 | $ 229,984.20 | Allowed |
| 80 | UNSECURED | Action Glass Co, Inc. | $ 1,733.64 | $ 1,733.64 | $ - | $ 1,733.64 | 12.04% | $ 208.67 | 90% | $ 20.87 | $ 187.81 | Allowed |
| 81 | UNSECURED | Indiana Bell Telephone Company, Incorporated | $ 642.05 | $ 642.05 | $ - | $ 642.05 | 12.04% | $ 77.28 | 90% | $ 7.73 | $ 69.55 | Allowed |
| 82 | UNSECURED | JSW Properties, LLC | $ 293,000.00 | $ 293,000.00 | $ - | $ 293,000.00 | 12.04% | $ 35,267.39 | 90% | $ 3,526.74 | $ 31,740.65 | Allowed |
| 83 | UNSECURED | TDS Door Company | $ 81,133.45 | $ 81,133.45 | $ - | $ 81,133.45 | 12.04% | $ 9,765.75 | 90% | $ 976.58 | $ 8,789.18 | Allowed |
| 84 | UNSECURED | Tri-State Electrical Contractors, LLC | $ 375,347.04 | $ - | $ - | $ - | 12.04% | $ - | 90% | $ - | $ - | Disallowed |
| 85 | UNSECURED | WELLS FARGO VENDOR FINANCIAL SERVICES LLC | $ 9,831.32 | $ 9,831.32 | $ - | $ 9,831.32 | 12.04% | $ 1,183.36 | 90% | $ 118.34 | $ 1,065.03 | Allowed |
| 86 | UNSECURED | Safety-Kleen/ Clean Harbors | $ 4,917.84 | $ - | $ - | $ - | 12.04% | $ - | 90% | $ - | $ - | Withdrawn |
| 87 | UNSECURED | Safety-Kleen/ Clean Harbors | $ 22,815.28 | $ 22,815.28 | $ - | $ 22,815.28 | 12.04% | $ 2,746.20 | 90% | $ 274.62 | $ 2,471.58 | Withdrawn |
| 88 | UNSECURED | Eaton Corporation | $ 2,322,011.40 | $ - | $ - | $ - | 12.04% | $ - | 90% | $ - | $ - | Disallowed |
| 89 | UNSECURED | ZOLMAN TIRE, INC | $ 8,801.56 | $ 8,801.56 | $ - | $ 8,801.56 | 12.04% | $ 1,059.41 | 90% | $ 105.94 | $ 953.47 | Allowed |
| 90 | UNSECURED | Mitsubishi Hitachi Power Systems Canada LTD | $ - | $ - | $ - | $ - | 12.04% | $ - | 90% | $ - | $ - | Disallowed |
| 91 | UNSECURED | DeFelsko Corporation | $ 1,375.00 | $ 1,375.00 | $ - | $ 1,375.00 | 12.04% | $ 165.50 | 90% | $ 16.55 | $ 148.95 | Allowed |
| 92 | UNSECURED | Mitsubishi Hitachi Power Systems Canada LTD | $ - | $ - | $ - | $ - | 12.04% | $ - | 90% | $ - | $ - | Disallowed |
| 93 | UNSECURED | Mitsubishi Hitachi Power Systems Canada LTD | $ - | $ - | $ - | $ - | 12.04% | $ - | 90% | $ - | $ - | Disallowed |
| 94 | UNSECURED | Westchester Fire Insurance Company | $ 297,921.15 | $ - | $ - | $ - | 12.04% | $ - | 0% | $ - | $ - | Withdrawn |
| 95 | UNSECURED | Marvair and Industrial Climate Engineering, divisi | $ 281,607.50 | $ 281,607.50 | $ - | $ 281,607.50 | 12.04% | $ 33,896.12 | 90% | $ 3,389.61 | $ 30,506.51 | Allowed |
| 96 | UNSECURED | GP South LLC | $ 186,665.89 | $ 186,665.89 | $ - | $ 186,665.89 | 12.04% | $ 22,468.33 | 0% | $ 22,468.33 | $ - | Disputed |
| 97 | UNSECURED | ABB, Inc. | $ 525,956.00 | $ - | $ - | $ - | 12.04% | $ - | 90% | $ - | $ - | Disallowed |
| 98 | UNSECURED | Industrial Connections and Solutions, LLC | $ - | $ 104,000.00 | $ - | $ 104,000.00 | 12.04% | $ 12,518.12 | 90% | $ 1,251.81 | $ 11,266.31 | Allowed |
| 99a | UNSECURED | Cummins Inc. | $ 6,144.82 | $ - | $ - | $ - | 12.04% | $ - | 90% | $ - | $ - | Satisfied |
| 100 | UNSECURED | Mitsubishi Electric US, Inc. | $ 153,610.64 | $ 153,610.64 | $ - | $ 153,610.64 | 12.04% | $ 18,489.58 | 90% | $ 1,848.96 | $ 16,640.62 | Allowed |
| 101 | UNSECURED | Williams Industrial Services Group Inc. | $ 24,802,801.61 | $ 7,704,132.83 | $ - | $ 7,704,132.83 | 12.04% | $ 927,319.73 | 90% | $ 92,731.97 | $ 834,587.75 | Allowed |
| 102 | UNSECURED | Williams Industrial Services Group LLC | $ 952,519.25 | $ 295,867.17 | $ - | $ 295,867.17 | 12.04% | $ 35,612.50 | 90% | $ 3,561.25 | $ 32,051.25 | Allowed |
| 103 | UNSECURED | PRIMAX TECHNOLOGIES INC | $ 4,062.25 | $ 4,062.25 | $ - | $ 4,062.25 | 12.04% | $ 488.96 | 90% | $ 48.90 | $ 440.06 | Allowed |
| 104a | UNSECURED | Crawford Electric Supply Co., Inc. | $ 585,553.34 | $ 585,553.34 | $ - | $ 585,553.34 | 12.04% | $ 70,481.02 | 0% | $ 70,481.02 | $ - | Disputed |
| 105 | UNSECURED | Snow Evitt Partnership | $ 133,986.60 | $ 133,986.60 | $ - | $ 133,986.60 | 12.04% | $ 16,127.50 | 90% | $ 1,612.75 | $ 14,514.75 | Allowed |
| 106 | UNSECURED | Ramboll US Corporation | $ 2,445.00 | $ 2,445.00 | $ - | $ 2,445.00 | 12.04% | $ 294.30 | 90% | $ 29.43 | $ 264.87 | Allowed |
| 107 | UNSECURED | Lennon Crane and Equipment Company, Inc. | $ 40,406.58 | $ 40,406.58 | $ - | $ 40,406.58 | 12.04% | $ 4,863.60 | 90% | $ 486.36 | $ 4,377.24 | Allowed |
| 108 | UNSECURED | Lennon Crane and Equipment Company, Inc. | $ 52,250.00 | $ - | $ - | $ - | 12.04% | $ - | 90% | $ - | $ - | Withdrawn |
| 109 | UNSECURED | Onsite Services | $ 8,617.47 | $ 8,617.47 | $ - | $ 8,617.47 | 12.04% | $ 1,037.25 | 90% | $ 103.73 | $ 933.53 | Allowed |
| 110 | UNSECURED | Airgas USA LLC | $ 3,269.77 | $ 3,269.77 | $ - | $ 3,269.77 | 12.04% | $ 393.57 | 90% | $ 39.36 | $ 354.21 | Allowed |
| 111 | UNSECURED | Miner, LTD | $ 6,118.41 | $ 6,118.41 | $ - | $ 6,118.41 | 12.04% | $ 736.45 | 90% | $ 73.65 | $ 662.81 | Allowed |
| 112 | UNSECURED | Trans-United, Inc | $ 60,117.00 | $ 60,117.00 | $ - | $ 60,117.00 | 12.04% | $ 7,236.07 | 90% | $ 723.61 | $ 6,512.47 | Allowed |
| 113 | UNSECURED | Industrial Metal Fab, Inc. | $ 94,516.93 | $ 94,516.93 | $ - | $ 94,516.93 | 12.04% | $ 11,376.67 | 90% | $ 1,137.67 | $ 10,239.01 | Allowed |
| 115 | UNSECURED | Siemens Energy, Inc. | $ 5,500,000.00 | $ 5,500,000.00 | $ - | $ 5,500,000.00 | 12.04% | $ 662,015.91 | 0% | $ 662,015.91 | $ - | Disputed |
| 116 | UNSECURED | Siemens Industry, Inc. | $ - | $ - | $ - | $ - | 12.04% | $ - | 90% | $ - | $ - | Disputed |
| 117 | UNSECURED | Siemens Industry, Inc. | $ - | $ - | $ - | $ - | 12.04% | $ - | 90% | $ - | $ - | Disputed |
| 118 | UNSECURED | Siemens Industry, Inc. | $ - | $ - | $ - | $ - | 12.04% | $ - | 90% | $ - | $ - | Disputed |

| # | Class | Creditor | Amount 1 | Amount 2 | | Amount 3 | Rate | Calc | Pct | | Dist | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 119 | UNSECURED | Siemens Industry, Inc. | $ - | $ - | $ - | $ - | 12.04% | $ - | 90% | $ - | $ - | Disputed |
| 120 | UNSECURED | Siemens Industry, Inc. | $ - | $ - | $ - | $ - | 12.04% | $ - | 90% | $ - | $ - | Disputed |
| 121 | UNSECURED | Siemens Canada Limited | $ - | $ - | $ - | $ - | 12.04% | $ - | 90% | $ - | $ - | Disputed |
| 122 | UNSECURED | MC Supply & Service Inc. | $ 11,253.40 | $ 11,253.40 | $ - | $ 11,253.40 | 12.04% | 1,354.53 | 90% | $ 135.45 | $ 1,219.08 | Allowed |
| 123 | UNSECURED | Mid-States Bolt & Screw Co., Inc. | $ 14,579.28 | $ 14,579.28 | $ - | $ 14,579.28 | 12.04% | 1,754.86 | 90% | $ 175.49 | $ 1,579.37 | Allowed |
| 124 | UNSECURED | Illinois Department of Revenue | $ 194.30 | $ 194.30 | $ - | $ 194.30 | 12.04% | 23.39 | 90% | $ 2.34 | $ 21.05 | Allowed |
| 125 | UNSECURED | Engrave Images Inc. | $ 2,275.50 | $ 2,275.50 | $ - | $ 2,275.50 | 12.04% | 273.89 | 90% | $ 27.39 | $ 246.50 | Allowed |
| 126 | UNSECURED | Jones Gledhill Fuhrman Gourley, P. A. | $ 14,746.16 | $ 14,746.16 | $ - | $ 14,746.16 | 12.04% | 1,774.94 | 90% | $ 177.49 | $ 1,597.45 | Allowed |
| 127 | UNSECURED | Mitsubishi Hitachi Power Systems Americas, Inc. | $ - | $ 545,000.00 | $ - | $ 545,000.00 | 12.04% | 65,599.76 | 90% | $ 6,559.98 | $ 59,039.78 | Allowed |
| 128 | UNSECURED | Clemtex II | $ 11,712.41 | $ 11,712.41 | $ - | $ 11,712.41 | 12.04% | 1,409.78 | 90% | $ 140.98 | $ 1,268.80 | Allowed |
| 129 | UNSECURED | City of South Bend Dept of Law | $ 1,174.43 | $ 1,174.43 | $ - | $ 1,174.43 | 12.04% | 141.36 | 90% | $ 14.14 | $ 127.23 | Allowed |
| 130 | UNSECURED | Tacoma Screw Products Inc | $ 976.25 | $ 976.25 | $ - | $ 976.25 | 12.04% | 117.51 | 90% | $ 11.75 | $ 105.76 | Allowed |
| | | | | $ 21,546,580.30 | | **Total Unsecured Distributions** | | $ 2,593,487.08 | | | $ 1,654,669.64 | |
| | | | | | | Math Check | | $ - | | | $ 938,817.44 | |
| 135 | SUBORDINATED | Hain Capital Holdigns LLC (from United Coating Techn | $ 137,345.44 | $ 137,345.44 | $ - | $ 137,345.44 | 0.00% | $ - | 0% | $ - | $ - | Allowed |
| 13a | SUBORDINATED | Internal Revenue Service | $ 3,957.40 | $ 3,957.40 | $ - | $ 3,957.40 | 0.00% | $ - | 0% | $ - | $ - | Disputed |
| 36a | SUBORDINATED | Indiana Department of Revenue | $ 26,807.19 | $ 26,807.19 | $ - | $ 26,807.19 | 0.00% | $ - | 0% | $ - | $ - | Disputed |
| | | | | $ 168,110.03 | | **Total Subord. Distributions** | | $ - | | | | |
| | | | | | | Hypotetical Pro Rata Distribute | | $ 20,234.82 | | | | |