**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Koontz-Wagner Custom Controls Holdings LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of Texas (State) |
| Case number | 18-33815 |

Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense.** Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

## Part 1: Identify the Claim

| | | |
|---|---|---|
| 1. Who is the current creditor? | United Coatings Technologies, Inc. | |
| | Name of the current creditor (the person or entity to be paid for this claim) | |
| | Other names the creditor used with the debtor _____ | |
| 2. Has this claim been acquired from someone else? | ☒ No ☐ Yes. From whom? _____ | |
| 3. Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
| | _C/O John Sample, Diamond McCarthy, LLP | Name _____ |
| | _909 Fannin St. #3700 | Number Street |
| | Number Street Houston, Texas, 77010 | |
| | City State ZIP Code | City State ZIP Code |
| | Contact phone 713-333-5100 | Contact phone _____ |
| | Contact email john.sample@diamondmccarthy.com | Contact email _____ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one): ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ | |
| 4. Does this claim amend one already filed? | ☒ No ☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____ MM / DD / YYYY | |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No ☐ Yes. Who made the earlier filing? _____ | |

241

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _1__ __1__ __0__ __0__

**7. How much is the claim?**

$ 137,345.44 . Does this amount include interest or other charges?

☒ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Goods Sold

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

Nature of property:

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection: _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed)_____%

☐ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

242

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☒ No

☐ Yes. *Check all that apply:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/16 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date ___12/02/2020___
MM / DD / YYYY

/s/ John B. Sample
_____
Signature

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | John | Barkley | Sample |
| | First name | Middle name | Last name |
| Title | Attorney | | |
| Company | Diamond McCarthy, LLP | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | 909 | Fannin St. #3700 | |
| | Number | Street | |
| | Houston | TX | 77010 |
| | City | State | ZIP Code |
| Contact phone | 713-333-5100 | john.sample@diamondmccarthy.com | |
| | | Email | |

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KOONTZ-WAGNER CUSTOM | § | **CASE NO. 18-33815** |
| CONTROL HOLDINGS, LLC. | § | **(Chapter 7)** |
| Debtor | § | **JUDGE ISGUR** |

## TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing.**

**Represented parties should act through their attorney.**

**TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:**

Rodney Tow, Trustee, files this Motion to Compromise with United Coatings Technologies, Inc., and in support thereof would show this Court as follows:

### Jurisdiction

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157. This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(0).

2. Venue in the Southern District of Texas, Houston Division is proper pursuant to 28 U.S.C. §1401.

### Applicable Bankruptcy Rule

3. Pursuant to Bankruptcy Rule 9019, the Trustee seeks an Order authorizing the Trustee to enter a compromise and settlement with United Coatings Technolgies, Inc.

## Relevant Factual Background

4.     On July 11, 2018 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

5.     Rodney Tow was duly elected Chapter 7 Trustee, qualified, and continues to act in that capacity.

6.     On July 6, 2020, the Trustee filed his Trustee's Original Complaint (the "Complaint") to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§547 and 550, and for Other Relief against United Coatings Technologies, Inc., ("Defendant") in Adversary Proceeding No. 20-03255.

7.     The Summons and Complaint were mailed out to the Defendant on July 14, 2020.

8.     The Defendant's answer date to the Complaint has been extended by Court Order to October 13, 2020.

## Terms of the Settlement Agreement

9.     In the Complaint the Trustee is demanding the return of $265,310.59 in preference payments paid to the Defendant by the Debtor within the 90 days prior to the Petition Date.

10.    Counsel for the Defendant provided proof of new value provided to the Debtor in the amount of $205,410.99 as an offset of the preference payments, leaving a balance of $59,899.60 owed to the Estate.

11.    After negotiations, the Trustee has agreed, with this Court's approval, to settle this matter for the receipt of $15,000.00 from the Defendant, a 25% recovery.   Defendant provided to the Trustee information regarding the small business nature of the Defendant and the impact the COVID-19 pandemic has had on that business.  The Trustee, in his business

judgment, believes that givng a 75% discount to the Defendant is prudent to have this matter settled without protracted litigation. The Trustee understands that a judgment for the full amount of the preference payments would render the Defendant insolvent and potentially forced to file its own Chapter 7 Proceeding.

12.   The Trustee has further agreed to allow satisfaction of payment in the form of three separate installments of $5,000.00 to paid by Defendant to the Trustee on or before the expiration of six months from the date of the Court's approval of this compromise.

## Arguments & Authorities

13.   The Trustee has exercised his business judgment in determining to enter into this Compromise. The Compromise provides the estate a net recovery which is greater than any net recovery the Debtor's estate could realize in litigation while saving litigation costs, litigation risks, and the delay of collection that would be required to litigate with the Defendant.   It also precludes the Defendant from filing its own Chapter 7 Bankruptcy as a judgment equal to the remaining preference balance would render the Defendant insolvent.

14.   The standard for the approval of the Compromise is well settled. To meet the requirement for the Court's approval of a settlement under Bankruptcy Rule 9019, the Compromise must be in the "best interest of the Debtor's estate."   See *In re Foster Mortgage Corp.*, 68 F.3d 914, 917 (5th Cir. 1995); *In re Jackson Brewing Co.*, 624 F.2d 599, 602 (5th Cir. 1980).

15.   Moreover, approval of any settlement is within the sound discretion of the Court. The burden of establishing the fairness of the Compromise rests on the proponents of any compromise.   However, the Trustee is not required to present a full mini-trial or

evidentiary hearing to adjudicate the issues being settled. When determining whether to approve the Compromise, this Court "is not to decide the numerous questions of law and fact raised" by the Compromise, but instead is "to canvass the issues and see whether the settlement falls below the lowest point in the range of reasonableness." See e.g., *In re W.T. Grant, Co.*, 699 F.2d 599, 608 (2d Cir.1983), cert.denied, *Cosoff v. Rodman*, 464 U.S. 822 (1983).

16.     The United States Supreme Court has dictated the following factors for the Court to weigh in determining the reasonableness of any compromise or settlement:

    a.     The probabilities of ultimate success should the claim be litigated;

    b.     An educated estimate of (i) the complexity, expense, and likely duration of the litigation, (ii) possible difficulties of collecting on any judgment that might be obtained; and (iii) all other factors relevant to a full and fair assessment of the wisdom of the proposed compromise; and,

    c.     The comparison of the terms of the settlement and compromise with the likely rewards of litigation.

*Protective Comm. for Independent Stockholders of TMT Trailer Ferry, Inc. v. And*erson, 390 U.S. 414, 424-25 (1968).

17.     The Trustee believes that he would be successful in the litigation.  The Defendant clearly received the preferential payments within the meaning of 11 U.S.C. §547(b) and also is entitled to offset the amount of new value the Debtor received during that period pursuant to 11 U.S.C. §547(c).

18.     This Compromise brings the estate $15,000.00 of a possible $59,899.60 without the risks, costs, and delay of litigation.

19. Litigation would entail significant expense in trial preparation and prosecution and would not guarantee success. The Compromise guarantees success.

20. When considering the risks as compared to the potential rewards, the Compromise is by far the best decision for the estate as it resolves all of the issues in Adversary No. 20-03255.

21. Based on the information provided in this Motion, the Trustee and United Coatings Technologies, Inc. respectfully request this Court to approve the Compromise as set forth in this Motion.

**WHEREFORE, PREMISES CONSIDERED**, Rodney Tow, Trustee, prays that this Court enter an order approving the Motion to Compromise, and for such other and further relief, at law and in equity, as this Court deems just.

Dated: October 6, 2020                                  Respectfully submitted,

                                                        COOPER & SCULLY, P.C.

                                                        */s/Julie M. Koenig*
                                                        Julie M. Koenig
                                                        SBA# 14217300
                                                        815 Walker, Suite 1040
                                                        Houston, Texas 77002
                                                        713/236-6800
                                                        Julie.Koenig@cooperscully.com

                                                        *Special Counsel for Rodney D. Tow, Chapter*
                                                        *7 Trustee for Koontz-Wagner Custom Control*
                                                        *Holdings LLC*

## Certficate of Sevice

I hereby certify that on October 6, 2020, a true and correct copy of the foregoing has been served on (i) all parties registered to receive ECF notification in the above captioned case, (ii) by first class mail on all parties on the Second Revised Limited Mailing List [ECF No. 198] via certificateofservice.com; and (iii) the following parties by first class mail or email:

United Coatings Technologies, Inc.
c/o John Sample
909 Fannin Street, 37th Floor
Houston, Texas 77010
John.Sample@diamondmccarthy.com

United Coatings Technologies, Inc.
c/o Mark Huffer
60866 Whispering Hills Dr.
South Bend, IN 46614

By: _/s/_ _Julie M. Koenig_
Julie M. Koenig

# United Coatings Technologies, Inc.
## Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO00 to KOO00. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| KOO00<br>do not use  KWCC (IN) | 67104 | Invoice<br>Receipt | 67104<br>0050005276 | 1/3/18<br>2/5/18 | 1,216.37<br>-1,216.37 |
| | | | | | 0.00 |
| | 67118 | Invoice<br>Receipt | 67118<br>0050005175 | 1/4/18<br>1/29/18 | -1,036.68<br>1,036.68 |
| | | | | | 0.00 |
| | 67134 | Invoice<br>Receipt | 67134<br>0050005431 | 1/4/18<br>2/19/18 | 3,275.50<br>-3,275.50 |
| | | | | | 0.00 |
| | 67142 | Invoice<br>Receipt | 67142<br>0050005509 | 1/5/18<br>2/26/18 | 3,101.82<br>-3,101.82 |
| | | | | | 0.00 |
| | 67170 | Invoice<br>Receipt | 67170<br>0050005509 | 1/8/18<br>2/26/18 | 1,415.21<br>-1,415.21 |
| | | | | | 0.00 |
| | 67171 | Invoice<br>Receipt | 67171<br>0050005509 | 1/8/18<br>2/26/18 | 920.64<br>-920.64 |
| | | | | | 0.00 |
| | 67172 | Invoice<br>Receipt | 67172<br>0050005509 | 1/8/18<br>2/26/18 | 205.40<br>-205.40 |
| | | | | | 0.00 |
| | 67173 | Invoice<br>Receipt | 67173<br>0050005509 | 1/8/18<br>2/26/18 | 3,692.13<br>-3,692.13 |
| | | | | | 0.00 |
| | 67239 | Invoice<br>Receipt | 67239<br>0050005606 | 1/12/18<br>3/2/18 | 939.35<br>-939.35 |
| | | | | | 0.00 |
| | 67250 | Invoice<br>Receipt | 67250<br>0050005606 | 1/12/18<br>3/2/18 | 2,615.23<br>-2,615.23 |
| | | | | | 0.00 |
| | 67265 | Invoice<br>Receipt | 67265<br>0050005606 | 1/16/18<br>3/2/18 | 2,151.42<br>-2,151.42 |

# United Coatings Technologies, Inc.
## Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO00 to KOO00. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | 67266 | Invoice | 67266 | 1/16/18 | 3,456.08 |
| | | Receipt | 0050005606 | 3/2/18 | -3,456.08 |
| | | | | | 0.00 |
| | 67302 | Invoice | 67302 | 1/17/18 | 2,891.00 |
| | | Receipt | 0050005606 | 3/2/18 | -2,891.00 |
| | | | | | 0.00 |
| | 67356 | Invoice | 67356 | 1/22/18 | 948.48 |
| | | Receipt | 0050005686 | 3/12/18 | -948.48 |
| | | | | | 0.00 |
| | 67375 | Invoice | 67375 | 1/22/18 | 3,400.14 |
| | | Receipt | 005000995 | 3/30/18 | -3,400.14 |
| | | | | | 0.00 |
| | 67408 | Invoice | 67408 | 1/24/18 | 997.08 |
| | | Receipt | 0050006106 | 4/6/18 | -997.08 |
| | | | | | 0.00 |
| | 67420 | Invoice | 67420 | 1/24/18 | 5,320.20 |
| | | Receipt | 0050005686 | 3/12/18 | -5,320.20 |
| | | | | | 0.00 |
| | 67439 | Invoice | 67439 | 1/25/18 | 2,838.00 |
| | | Receipt | 0050005801 | 3/16/18 | -2,838.00 |
| | | | | | 0.00 |
| | 67451 | Invoice | 67451 | 1/26/18 | 328.50 |
| | | Receipt | 0050005801 | 3/16/18 | -328.50 |
| | | | | | 0.00 |
| | 67452 | Invoice | 67452 | 1/26/18 | 7,241.64 |
| | | Receipt | 0050006106 | 4/6/18 | -7,241.64 |
| | | | | | 0.00 |
| | 67474 | Invoice | 67474 | 1/29/18 | 4,159.95 |
| | | Receipt | 0050005801 | 3/16/18 | -4,159.95 |
| | | | | | 0.00 |

## United Coatings Technologies, Inc.
### Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO00 to KOO00. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | 67476 | Invoice<br>Receipt | 67476<br>0050005901 | 1/29/18<br>3/26/18 | 3,824.29<br>-3,824.29 |
| | | | | | 0.00 |
| | 67505 | Invoice<br>Receipt | 67505<br>0050005901 | 1/30/18<br>3/26/18 | 87.00<br>-87.00 |
| | | | | | 0.00 |
| | 67506 | Invoice<br>Receipt | 67506<br>0050005901 | 1/29/18<br>3/26/18 | 1,509.55<br>-1,509.55 |
| | | | | | 0.00 |
| | 67507 | Invoice<br>Receipt | 67507<br>0050006106 | 1/29/18<br>4/6/18 | 1,351.98<br>-1,351.98 |
| | | | | | 0.00 |
| | 67514 | Invoice<br>Receipt | 67514<br>0050005801 | 1/29/18<br>3/16/18 | 589.68<br>-589.68 |
| | | | | | 0.00 |
| | 67529 | Invoice<br>Receipt | 67529<br>0050006106 | 2/1/18<br>4/6/18 | 4,766.94<br>-4,766.94 |
| | | | | | 0.00 |
| | 67530 | Invoice<br>Receipt | 67530<br>0050005901 | 2/1/18<br>3/26/18 | 861.84<br>-861.84 |
| | | | | | 0.00 |
| | 67531 | Invoice<br>Receipt | 67531<br>0050005901 | 2/1/18<br>3/26/18 | 1,090.20<br>-1,090.20 |
| | | | | | 0.00 |
| | 67558 | Invoice<br>Receipt | 67558<br>005000995 | 2/2/18<br>3/30/18 | 2,205.84<br>-2,205.84 |
| | | | | | 0.00 |
| | 67565 | Invoice<br>Receipt | 67565<br>0050005901 | 2/1/18<br>3/26/18 | 3,203.06<br>-3,203.06 |
| | | | | | 0.00 |
| | 67566 | Invoice<br>Receipt | 67566<br>005000995 | 2/1/18<br>3/30/18 | 2,375.52<br>-2,375.52 |

# United Coatings Technologies, Inc.
## Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO00 to KOO00. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID / Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | 67591 | Invoice | 67591 | 2/5/18 | 631.80 |
| | | Receipt | 0050005901 | 3/26/18 | -631.80 |
| | | | | | 0.00 |
| | 67592 | Invoice | 67592 | 2/5/18 | 799.20 |
| | | Receipt | 0050005901 | 3/26/18 | -799.20 |
| | | | | | 0.00 |
| | 67636 | Invoice | 67636 | 2/8/18 | 1,412.38 |
| | | Receipt | 0050005901 | 3/26/18 | -1,412.38 |
| | | | | | 0.00 |
| | 67637 | Invoice | 67637 | 2/7/18 | 321.36 |
| | | Receipt | 0050005901 | 3/26/18 | -321.36 |
| | | | | | 0.00 |
| | 67675 | Invoice | 67675 | 2/8/18 | 1,325.76 |
| | | Receipt | 0050005901 | 3/26/18 | -1,325.76 |
| | | | | | 0.00 |
| | 67690 | Invoice | 67690 | 2/9/18 | 1,704.36 |
| | | Receipt | 0050006106 | 4/6/18 | -1,704.36 |
| | | | | | 0.00 |
| | 67707 | Invoice | 67707 | 2/9/18 | 883.84 |
| | | Receipt | 0050006106 | 4/6/18 | -883.84 |
| | | | | | 0.00 |
| | 67738 | Invoice | 67738 | 2/14/18 | 2,806.10 |
| | | Receipt | 0050006106 | 4/6/18 | -2,806.10 |
| | | | | | 0.00 |
| | 67749 | Invoice | 67749 | 2/14/18 | 631.80 |
| | | Receipt | 0050006191 | 4/16/18 | -631.80 |
| | | | | | 0.00 |
| | 67785 | Invoice | 67785 | 2/16/18 | 3,211.62 |
| | | Receipt | 0050006191 | 4/16/18 | -3,211.62 |
| | | | | | 0.00 |

# United Coatings Technologies, Inc.
## Customer Transaction History
## For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO00 to KOO00. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | 67800 | Invoice<br>Receipt | 67800<br>0050006191 | 2/19/18<br>4/16/18 | 3,527.00<br>-3,527.00 |
| | | | | | 0.00 |
| | 67813 | Invoice<br>Receipt | 67813<br>0050006191 | 2/19/18<br>4/16/18 | 3,052.56<br>-3,052.56 |
| | | | | | 0.00 |
| | 67825 | Invoice<br>Receipt | 67825<br>0050006191 | 2/20/18<br>4/16/18 | 3,196.05<br>-3,196.05 |
| | | | | | 0.00 |
| | 67826 | Invoice<br>Receipt | 67826<br>0050006191 | 2/19/18<br>4/16/18 | 1,042.26<br>-1,042.26 |
| | | | | | 0.00 |
| | 67827 | Invoice<br>Receipt | 67827<br>0050006191 | 2/19/18<br>4/16/18 | 2,030.54<br>-2,030.54 |
| | | | | | 0.00 |
| | 67828 | Invoice<br>Receipt | 67828<br>0050006191 | 2/19/18<br>4/16/18 | 1,594.46<br>-1,594.46 |
| | | | | | 0.00 |
| | 67829 | Invoice<br>Receipt | 67829<br>0050006388 | 2/20/18<br>4/30/18 | 959.90<br>-959.90 |
| | | | | | 0.00 |
| | 67830 | Invoice<br>Receipt | 67830<br>0050006191 | 2/20/18<br>4/16/18 | 1,033.01<br>-1,033.01 |
| | | | | | 0.00 |
| | 67831 | Invoice<br>Receipt | 67831<br>0050005606 | 2/20/18<br>3/2/18 | 595.00<br>-595.00 |
| | | | | | 0.00 |
| | 67832 | Invoice<br>Receipt | 67832<br>0050006388 | 2/20/18<br>4/30/18 | 787.84<br>-787.84 |
| | | | | | 0.00 |
| | 67837 | Invoice<br>Receipt | 67837<br>0050006388 | 2/20/18<br>4/30/18 | 631.80<br>-631.80 |

# United Coatings Technologies, Inc.
## Customer Transaction History
## For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO00 to KOO00. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | 67866 | Invoice | 67866 | 2/21/18 | 6,771.44 |
| | | Receipt | 0050006388 | 4/30/18 | -6,771.44 |
| | | | | | 0.00 |
| | 67878 | Invoice | 67878 | 2/23/18 | 631.80 |
| | | Receipt | 0050006388 | 4/30/18 | -631.80 |
| | | | | | 0.00 |
| | 67884 | Invoice | 67884 | 2/23/18 | 1,356.18 |
| | | Receipt | 0050006388 | 4/30/18 | -1,356.18 |
| | | | | | 0.00 |
| | 67886 | Invoice | 67886 | 2/23/18 | 2,772.09 |
| | | Receipt | 0050006482 | 5/7/18 | -2,772.09 |
| | | | | | 0.00 |
| | 67888 | Invoice | 67888 | 2/23/18 | 119.20 |
| | | Receipt | 0050006388 | 4/30/18 | -119.20 |
| | | | | | 0.00 |
| | 67907 | Invoice | 67907 | 2/26/18 | 1,224.51 |
| | | Receipt | 0050006388 | 4/30/18 | -1,224.51 |
| | | | | | 0.00 |
| | 67931 | Invoice | 67931 | 2/27/18 | 3,940.15 |
| | | Receipt | 0050006388 | 4/30/18 | -3,940.15 |
| | | | | | 0.00 |
| | 67932 | Invoice | 67932 | 2/27/18 | 1,610.66 |
| | | Receipt | 0050006703 | 5/24/18 | -1,610.66 |
| | | | | | 0.00 |
| | 67978 | Invoice | 67978 | 3/1/18 | 683.18 |
| | | Receipt | 0050006388 | 4/30/18 | -683.18 |
| | | | | | 0.00 |
| | 67979 | Invoice | 67979 | 3/1/18 | 454.19 |
| | | Receipt | 0050006388 | 4/30/18 | -454.19 |
| | | | | | 0.00 |

# United Coatings Technologies, Inc.
## Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO00 to KOO00. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | 68030 | Invoice | 68030 | 3/5/18 | 2,793.81 |
| | | Receipt | 0050006482 | 5/7/18 | -2,793.81 |
| | | | | | 0.00 |
| | 68036 | Invoice | 68036 | 3/5/18 | 5,326.64 |
| | | Receipt | 0050006482 | 5/7/18 | -5,326.64 |
| | | | | | 0.00 |
| | 68044 | Invoice | 68044 | 3/6/18 | 579.66 |
| | | Receipt | 0050006482 | 5/7/18 | -579.66 |
| | | | | | 0.00 |
| | 68052 | Invoice | 68052 | 3/7/18 | 1,545.12 |
| | | Receipt | 0050006482 | 5/7/18 | -1,545.12 |
| | | | | | 0.00 |
| | 68056 | Invoice | 68056 | 3/5/18 | 4,093.38 |
| | | Receipt | 0050006482 | 5/7/18 | -4,093.38 |
| | | | | | 0.00 |
| | 68063 | Invoice | 68063 | 3/7/18 | 4,506.36 |
| | | Receipt | 0050006787 | 5/25/18 | -4,506.36 |
| | | | | | 0.00 |
| | 68065 | Invoice | 68065 | 3/6/18 | 269.70 |
| | | Receipt | 0050006482 | 5/7/18 | -269.70 |
| | | | | | 0.00 |
| | 68066 | Invoice | 68066 | 3/6/18 | 3,706.26 |
| | | Receipt | 0050006482 | 5/7/18 | -3,706.26 |
| | | | | | 0.00 |
| | 68107 | Invoice | 68107 | 3/9/18 | 1,151.81 |
| | | Receipt | 0050006482 | 5/7/18 | -1,151.81 |
| | | | | | 0.00 |
| | 68108 | Invoice | 68108 | 3/9/18 | 76.80 |
| | | Receipt | 0050006482 | 5/7/18 | -76.80 |
| | | | | | 0.00 |
| | 68109 | Invoice | 68109 | 3/9/18 | 2,398.86 |
| | | Receipt | 0050006482 | 5/7/18 | -2,398.86 |

# United Coatings Technologies, Inc.
## Customer Transaction History
## For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO00 to KOO00. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | 68116 | Invoice | 68116 | 3/9/18 | 60.32 |
| | | Receipt | 0050006482 | 5/7/18 | -60.32 |
| | | | | | 0.00 |
| | 68152 | Invoice | 68152 | 3/13/18 | 160.08 |
| | | Receipt | 0050006703 | 5/24/18 | -160.08 |
| | | | | | 0.00 |
| | 68203 | Invoice | 68203 | 3/14/18 | 1,495.36 |
| | | Receipt | 0050006703 | 5/24/18 | -1,495.36 |
| | | | | | 0.00 |
| | 68210 | Invoice | 68210 | 3/15/18 | 1,978.48 |
| | | Receipt | 0050006703 | 5/24/18 | -1,978.48 |
| | | | | | 0.00 |
| | 68226 | Invoice | 68226 | 3/16/18 | 958.74 |
| | | Receipt | 0050006703 | 5/24/18 | -958.74 |
| | | | | | 0.00 |
| | 68227 | Invoice | 68227 | 3/16/18 | 2,788.32 |
| | | Receipt | 0050006703 | 5/24/18 | -2,788.32 |
| | | | | | 0.00 |
| | 68254 | Invoice | 68254 | 3/19/18 | 2,879.10 |
| | | Receipt | 0050006787 | 5/25/18 | -2,879.10 |
| | | | | | 0.00 |
| | 68302 | Invoice | 68302 | 3/21/18 | 798.60 |
| | | Receipt | 0050006787 | 5/25/18 | -798.60 |
| | | | | | 0.00 |
| | 68305 | Invoice | 68305 | 3/21/18 | 2,606.40 |
| | | Receipt | 0050006787 | 5/25/18 | -2,606.40 |
| | | | | | 0.00 |
| | 68310 | Invoice | 68310 | 3/21/18 | 6,193.50 |
| | | Receipt | 0050006787 | 5/25/18 | -6,193.50 |
| | | | | | 0.00 |

## United Coatings Technologies, Inc.
### Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO00 to KOO00. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| 68311 | | Invoice | 68311 | 3/21/18 | 3,314.40 |
| | | Receipt | 0050006787 | 5/25/18 | -3,314.40 |
| | | | | | 0.00 |
| 68364 | | Invoice | 68364 | 3/23/18 | 1,744.71 |
| | | Receipt | 0050006787 | 5/25/18 | -1,744.71 |
| | | | | | 0.00 |
| 68467 | | Invoice | 68467 | 3/28/18 | 138.60 |
| | | Receipt | 0050006787 | 5/25/18 | -138.60 |
| | | | | | 0.00 |
| 68477 | | Invoice | 68477 | 3/29/18 | 4,634.89 |
| | | Receipt | 0050006787 | 5/25/18 | -4,634.89 |
| | | | | | 0.00 |
| 68478 | | Invoice | 68478 | 3/29/18 | 2,547.20 |
| | | Receipt | 0050006787 | 5/25/18 | -2,547.20 |
| | | | | | 0.00 |
| 68499 | | Invoice | 68499 | 3/30/18 | 23.10 |
| | | Receipt | 0050006787 | 5/25/18 | -23.10 |
| | | | | | 0.00 |
| 68503 | | Invoice | 68503 | 3/30/18 | 103.76 |
| | | Receipt | 0050006787 | 5/25/18 | -103.76 |
| | | | | | 0.00 |
| 68517 | | Invoice | 68517 | 4/2/18 | 1,575.60 |
| | | Receipt | 0050006787 | 5/25/18 | -1,575.60 |
| | | | | | 0.00 |
| 68518 | | Invoice | 68518 | 4/2/18 | 166.80 |
| | | Receipt | 0050006787 | 5/25/18 | -166.80 |
| | | | | | 0.00 |
| 68592 | | Invoice | 68592 | 4/5/18 | 408.92 |
| | | Receipt | 0050006918 | 7/3/18 | -408.92 |
| | | | | | 0.00 |
| 68613 | | Invoice | 68613 | 4/6/18 | 82.10 |
| | | Receipt | 0050006918 | 7/3/18 | -82.10 |

# United Coatings Technologies, Inc.
## Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO00 to KOO00. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | 68632 | Invoice<br>Receipt | 68632<br>0050006918 | 4/9/18<br>7/3/18 | 2,551.21<br>-2,551.21 |
| | | | | | 0.00 |
| | 68670 | Invoice<br>Receipt | 68670<br>0050006918 | 4/11/18<br>7/3/18 | 3,747.42<br>-3,747.42 |
| | | | | | 0.00 |
| | 68674 | Invoice<br>Receipt | 68674<br>0050006918 | 4/11/18<br>7/3/18 | 159.23<br>-159.23 |
| | | | | | 0.00 |
| | 68684 | Invoice<br>Receipt | 68684<br>0050006918 | 4/11/18<br>7/3/18 | 4,756.68<br>-4,756.68 |
| | | | | | 0.00 |
| | 68690 | Invoice<br>Receipt | 68690<br>0050006918 | 4/12/18<br>7/3/18 | 1,351.89<br>-1,351.89 |
| | | | | | 0.00 |
| | 68721 | Invoice<br>Receipt | 68721<br>0050006918 | 4/12/18<br>7/3/18 | 631.80<br>-631.80 |
| | | | | | 0.00 |
| | 68722 | Invoice<br>Receipt | 68722<br>0050006918 | 4/13/18<br>7/3/18 | 150.21<br>-150.21 |
| | | | | | 0.00 |
| | 68723 | Invoice<br>Receipt | 68723<br>0050006918 | 4/13/18<br>7/3/18 | 492.31<br>-492.31 |
| | | | | | 0.00 |
| | 68734 | Invoice<br>Receipt | 68734<br>0050006918 | 4/11/18<br>7/3/18 | 148.02<br>-148.02 |
| | | | | | 0.00 |
| | 68755 | Invoice<br>Receipt | 68755<br>0050006918 | 4/13/18<br>7/3/18 | 95.04<br>-95.04 |
| | | | | | 0.00 |

# United Coatings Technologies, Inc.
## Customer Transaction History
## For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO00 to KOO00. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | 68762 | Invoice | 68762 | 4/16/18 | 367.20 |
| | | Receipt | 0050006918 | 7/3/18 | -367.20 |
| | | | | | 0.00 |
| | 68840 | Invoice | 68840 | 4/19/18 | 1,640.70 |
| | | Receipt | 0050006918 | 7/3/18 | -1,640.70 |
| | | | | | 0.00 |
| | 68867 | Invoice | 68867 | 4/23/18 | 631.80 |
| | | Receipt | 0050006918 | 7/3/18 | -631.80 |
| | | | | | 0.00 |
| | 68900 | Invoice | 68900 | 4/25/18 | 356.06 |
| | | Receipt | 0050006918 | 7/3/18 | -356.06 |
| | | | | | 0.00 |
| | 68910 | Invoice | 68910 | 4/24/18 | 305.40 |
| | | Receipt | 0050006918 | 7/3/18 | -305.40 |
| | | | | | 0.00 |
| | 68911 | Invoice | 68911 | 4/25/18 | 3,373.17 |
| | | Receipt | 0050006918 | 7/3/18 | -3,373.17 |
| | | | | | 0.00 |
| | 68942 | Invoice | 68942 | 4/25/18 | 886.81 |
| | | Receipt | 0050006918 | 7/3/18 | -886.81 |
| | | | | | 0.00 |
| | 69008 | Invoice | 69008 | 4/30/18 | 615.78 |
| | | Receipt | 0050006918 | 7/3/18 | -615.78 |
| | | | | | 0.00 |
| | 69023 | Invoice | 69023 | 5/1/18 | 3,991.86 |
| | | Receipt | 0050006918 | 7/3/18 | -3,991.86 |
| | | | | | 0.00 |
| | 69024 | Invoice | 69024 | 5/1/18 | 2,661.02 |
| | | Receipt | 0050006918 | 7/3/18 | -2,661.02 |
| | | | | | 0.00 |
| | 69031 | Invoice | 69031 | 5/1/18 | 1,726.60 |
| | | Receipt | 0050006918 | 7/3/18 | -1,726.60 |

# United Coatings Technologies, Inc.
## Customer Transaction History
## For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO00 to KOO00. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | 69046 | Invoice | 69046 | 5/2/18 | 135.36 |
| | | Receipt | 0050006918 | 7/3/18 | -135.36 |
| | | | | | 0.00 |
| | 69048 | Invoice | 69048 | 5/2/18 | 1,445.04 |
| | | Receipt | 0050006918 | 7/3/18 | -1,445.04 |
| | | | | | 0.00 |
| | 69084 | Invoice | 69084 | 5/2/18 | 410.52 |
| | | Receipt | 0050006918 | 7/3/18 | -410.52 |
| | | | | | 0.00 |
| | 69085 | Invoice | 69085 | 5/2/18 | 193.97 |
| | | Receipt | 0050006918 | 7/3/18 | -193.97 |
| | | | | | 0.00 |
| | 69086 | Invoice | 69086 | 5/3/18 | 1,151.26 |
| | | Receipt | 0050006918 | 7/3/18 | -1,151.26 |
| | | | | | 0.00 |
| | 69118 | Invoice | 69118 | 5/2/18 | 1,172.60 |
| | | Receipt | KW IN PH | 7/24/18 | -1,172.60 |
| | | | | | 0.00 |
| | 69125 | Invoice | 69125 | 5/7/18 | 1,647.00 |
| | | Receipt | 0050006918 | 7/3/18 | -1,647.00 |
| | | | | | 0.00 |
| | 69128 | Invoice | 69128 | 5/7/18 | 2,061.79 |
| | | Receipt | 0050006918 | 7/3/18 | -2,061.79 |
| | | | | | 0.00 |
| | 69149 | Invoice | 69149 | 5/8/18 | 2,284.01 |
| | | Receipt | KW IN PH | 7/24/18 | -2,284.01 |
| | | | | | 0.00 |
| | 69162 | Invoice | 69162 | 5/8/18 | 1,554.60 |
| | | Receipt | KW IN PH | 7/24/18 | -1,554.60 |
| | | | | | 0.00 |

**United Coatings Technologies, Inc.**
**Customer Transaction History**
**For the Period From Jan 1, 2018 to Jul 31, 2018**
Filter Criteria includes: 1) Customer ID from KOO00 to KOO00. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | 69163 | Invoice<br>Receipt | 69163<br>KW IN PH | 5/9/18<br>7/24/18 | 312.00<br>-312.00 |
| | | | | | 0.00 |
| | 69216 | Invoice<br>Receipt | 69216<br>KW IN PH | 5/10/18<br>7/24/18 | 118.35<br>-118.35 |
| | | | | | 0.00 |
| | 69279 | Invoice<br>Receipt | 69279<br>KW IN PH | 5/15/18<br>7/24/18 | 2,947.92<br>-2,947.92 |
| | | | | | 0.00 |
| | 69280 | Invoice<br>Receipt | 69280<br>KW IN PH | 5/15/18<br>7/24/18 | 128.40<br>-128.40 |
| | | | | | 0.00 |
| | 69281 | Invoice<br>Receipt | 69281<br>KW IN PH | 5/14/18<br>7/24/18 | 249.78<br>-249.78 |
| | | | | | 0.00 |
| | 69354 | Invoice<br>Receipt | 69354<br>KW IN PH | 5/17/18<br>7/24/18 | 412.39<br>-412.39 |
| | | | | | 0.00 |
| | 69355 | Invoice<br>Receipt | 69355<br>KW IN PH | 5/17/18<br>7/24/18 | 3,021.92<br>-3,021.92 |
| | | | | | 0.00 |
| | 69364 | Invoice<br>Receipt | 69364<br>KW IN PH | 5/18/18<br>7/24/18 | 1,325.13<br>-1,325.13 |
| | | | | | 0.00 |
| | 69371 | Invoice<br>Receipt | 69371<br>KW IN PH | 5/18/18<br>7/24/18 | 102.00<br>-102.00 |
| | | | | | 0.00 |
| | 69483 | Invoice<br>Receipt | 69483<br>KW IN PH | 5/24/18<br>7/24/18 | 61.53<br>-61.53 |
| | | | | | 0.00 |
| | 69484 | Invoice<br>Receipt | 69484<br>KW IN PH | 5/24/18<br>7/24/18 | 1,375.23<br>-1,375.23 |

# United Coatings Technologies, Inc.
## Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO00 to KOO00. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | 69485 | Invoice<br>Receipt | 69485<br>KW IN PH | 5/24/18<br>7/24/18 | 20.76<br>-20.76 |
| | | | | | 0.00 |
| | 69507 | Invoice<br>Receipt | 69507<br>KW IN PH | 5/29/18<br>7/24/18 | 5,180.64<br>-5,180.64 |
| | | | | | 0.00 |
| | 69587 | Invoice<br>Receipt | 69587<br>KW IN PH | 6/1/18<br>7/24/18 | 1,760.88<br>-1,760.88 |
| | | | | | 0.00 |
| | 69589 | Invoice<br>Receipt | 69589<br>KW IN PH | 6/1/18<br>7/24/18 | 3,366.56<br>-3,366.56 |
| | | | | | 0.00 |
| | 69592 | Invoice<br>Receipt | 69592<br>KW IN PH | 6/1/18<br>7/24/18 | 5,057.50<br>-5,057.50 |
| | | | | | 0.00 |
| | 69663 | Invoice<br>Receipt | 69663<br>KW IN PH | 6/5/18<br>7/24/18 | 2,859.15<br>-2,859.15 |
| | | | | | 0.00 |
| | 69672 | Invoice<br>Receipt | 69672<br>KW IN PH | 6/6/18<br>7/24/18 | 2,227.47<br>-2,227.47 |
| | | | | | 0.00 |
| | 69698 | Invoice<br>Receipt | 69698<br>KW IN PH | 6/7/18<br>7/24/18 | 3,632.39<br>-3,632.39 |
| | | | | | 0.00 |
| | 69830 | Invoice<br>Receipt | 69830<br>KW IN PH | 6/13/18<br>7/24/18 | 4,369.46<br>-4,369.46 |
| | | | | | 0.00 |
| | 69831 | Invoice<br>Receipt | 69831<br>KW IN PH | 6/13/18<br>7/24/18 | 164.20<br>-164.20 |
| | | | | | 0.00 |

# United Coatings Technologies, Inc.
## Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO00 to KOO00. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | 69832 | Invoice<br>Receipt | 69832<br>KW IN PH | 6/13/18<br>7/24/18 | 19.25<br>-19.25 |
| | | | | | 0.00 |
| | 69833 | Invoice<br>Receipt | 69833<br>KW IN PH | 6/13/18<br>7/24/18 | 1,357.44<br>-1,357.44 |
| | | | | | 0.00 |
| | 69867 | Invoice<br>Receipt | 69867<br>KW IN PH | 6/15/18<br>7/24/18 | 645.00<br>-645.00 |
| | | | | | 0.00 |
| | 69871 | Invoice<br>Receipt | 69871<br>KW IN PH | 6/14/18<br>7/24/18 | 1,581.50<br>-1,581.50 |
| | | | | | 0.00 |
| | 69877 | Invoice<br>Receipt | 69877<br>KW IN PH | 6/15/18<br>7/24/18 | 2,996.49<br>-2,996.49 |
| | | | | | 0.00 |
| | 69878 | Invoice<br>Receipt | 69878<br>KW IN PH | 6/15/18<br>7/24/18 | 26.95<br>-26.95 |
| | | | | | 0.00 |
| | 70179 | Invoice<br>Receipt | 70179<br>KW IN PH | 7/3/18<br>7/24/18 | 182.75<br>-182.75 |
| | | | | | 0.00 |
| | 70180 | Invoice<br>Receipt | 70180<br>KW IN PH | 7/3/18<br>7/24/18 | 972.36<br>-972.36 |
| | | | | | 0.00 |
| | 70181 | Invoice<br>Receipt | 70181<br>KW IN PH | 7/3/18<br>7/24/18 | 941.50<br>-941.50 |
| | | | | | 0.00 |
| | 70182 | Invoice<br>Receipt | 70182<br>KW IN PH | 7/3/18<br>7/24/18 | 3,784.18<br>-3,784.18 |
| | | | | | 0.00 |
| | 70229 | Invoice<br>Receipt | 70229<br>KW IN PH | 7/6/18<br>7/24/18 | 2,466.87<br>-2,466.87 |

# United Coatings Technologies, Inc.
## Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO00 to KOO00. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | 70231 | Invoice | 70231 | 7/6/18 | 6,637.71 |
| | | Receipt | KW IN PH | 7/24/18 | -6,637.71 |
| | | | | | 0.00 |
| | 70262 | Invoice | 70262 | 7/10/18 | 63.25 |
| | | Receipt | KW IN PH | 7/24/18 | -63.25 |
| | | | | | 0.00 |
| | 70305 | Invoice | 70305 | 7/10/18 | 2,316.94 |
| | | Receipt | KW IN PH | 7/24/18 | -2,316.94 |
| | | | | | 0.00 |
| KOO00 | | | | | 0.00 |
| Report Total | | | | | 0.00 |



United Coatings Technologies
1011 S Main Street · South Bend, IN · 46601 · Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67104
**INVOICE DATE**
1/3/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57404 | **547663** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $86,928.06 | $0.00 | 1/3/18 | 2/2/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 50.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL | 2.75 | 137.50 |
| 48.0 | EACH | 071497644619 | 11" ROLLER TRAY LINER | 0.40 | 19.20 |
| 5.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 35.62 | 178.10 |
| 5.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 13.29 | 66.45 |
| 4.0 | GALLON | AT45HT2/01 | PHU-99 ANSI 61 | 79.29 | 317.16 |
| 4.0 | GALLON | AT45H3/01 | PHU-100 | 79.29 | 317.16 |
| 8.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 22.60 | 180.80 |

|  | SUBTOTAL | 1,216.37 |
|---|---|---|
|  | SALES TAX | 0.00 |
|  | FREIGHT | 0.00 |
|  | **TOTAL INVOICE AMOUNT** | **$1,216.37** |

Allied Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57404

Ship Date
Jun 3, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5619

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547862 | KILINGBECK.B | Net 30 Days | 216.68 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 60.0 | EACH | 00826745067 | PAPER 5 QT PAINT PAIL |
| 48.0 | EACH | 071497644618 | 11" ROLLER TRAY LINER |
| 6.0 | GALLON | AT370-23/01 | AMERCOAT 370 PE4RL GRAY |
| 5.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 4.0 | GALLON | AT45HT2/01 | PHU 40 ANSI 61 |
| 4.0 | GALLON | AT45H3/01 | PHU-100 |
| 3.0 | QUART | AT45H-B/04 | AMCT 450H CURE |

Accepted By: _____



# United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
67118

INVOICE DATE:
1/4/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| | **545425** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $88,144.43 | $0.00 | 1/4/18 | 2/3/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| -12.0 | GALLON | AT45H-B/01 | AMCT 450H CURE | 108.99 | -1,307.88 |
| 12.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 22.60 | 271.20 |

| | | |
|---|---|---|
| SUBTOTAL | | -1,036.68 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | $1,036.68 |



**United Coatings Technologies**
1011 S. Main Street · South Bend, IN · 46601 · Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
65616
INVOICE DATE:
9/27/17

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 56163 | **545425** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $129,513.47 | $0.00 | 9/27/17 | 10/27/17 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 42.0 | EACH | 726890593100 | 9" PROSUPREME WOVEN 3/8" | 3.85 | 161.70 |
| 2.0 | EACH | 732087250015 | WHIZZ COVERS 4" (10/PK) | 13.87 | 27.74 |
| 1.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 589.68 | 589.68 |
| 24.0 | EACH | 079239661009 | 2300 CLEAR GEOCEL CAULK | 6.50 | 156.00 |
| 10.0 | | | PAINT CAN OPENERS | | |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER | 33.50 | 134.00 |
| 3.0 | GALLON | QAP701/01 | SPECTRACRON WASH PRIMER-A | 69.22 | 207.66 |
| 3.0 | GALLON | QAP702/01 | SPECTRACRON WASH PRIMER-B | 34.54 | 103.62 |
| 12.0 | GALLON | AT45H-B/01 | AMCT 450H CURE | 108.99 | 1,307.88 |
| 12.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 35.62 | 427.44 |
| 12.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 13.29 | 159.48 |
| 12.0 | GALLON | AT45HT2/01 | PHU-99 ANSI 61 | 79.29 | 951.48 |

**RECEIVED**
By Kayla at 12:10 pm, Sep 27, 2017

| | |
|---|---|
| SUBTOTAL | 4,226.68 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$4,226.68** |



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

67134

**INVOICE DATE**

1/4/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57440 | **547700** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $87,107.75 | $0.00 | 1/4/18 | 2/3/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 35.0 | GALLON | 95-2412/01 | DTR RAPID COAT WHITE BASE-A ANSI 61 | 52.28 | 1,829.80 |
| 9.0 | GALLON | 95-2400/01 | DTR RAPID COAT NEUTRAL BASE-A BLACK | 52.28 | 470.52 |
| 16.0 | GALLON | 97-1212/01 | AQUAPON HB/SG WHITE BASE-A PHE-13 | 55.10 | 881.60 |
| 2.0 | GALLON | 95-8000/01 | PITTHANE ULTRA NEUTRAL BASE-A BLACK | 46.79 | 93.58 |

| | |
|---|---|
| SUBTOTAL | 3,275.50 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$3,275.50** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57440

Ship Date
Jan 4, 2018

Page
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 54770 | KILLINGBECK,B | Net 30 Days | 854.14 |

| Qty  U/M | Item | Description |
|---|---|---|
| 35.0 GALLON  95-2412/01 | | DTR RAPID COAT WHITE BASE-A  ANSI 61 |
| 9.0 GALLON  95-2400/01 | | DTR RAPID COAT NEUTRAL BASE-A  BLACK |
| 18.0 GALLON  97-1212/01 | | AQUAPON HB/SG WHITE BASE-A  PHE-12 |
| 2.0 GALLON  95-8000/01 | | PITTHANE ULTRA NEUTRAL BASE-A  BLACK |

Accepted By _Billie Rogers_        1-4-18



# United Coatings Technologies
1211 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

67142

**INVOICE DATE**

1/5/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57441 | **547700** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $93,485.07 | $0.00 | 1/5/18 | 2/4/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 40.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 51.35 | 2,054.00 |
| 16.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 40.81 | 652.96 |
| 2.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 29.93 | 59.86 |
| 10.0 | GALLON | 97-735/01 | PPG HPC THINNER | 33.50 | 335.00 |

| | |
|---|---|
| SUBTOTAL | 3,101.82 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$3,101.82** |

Coatings Technologies Inc.
S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57441

Ship Date
Jan 5, 2016

Page

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1228
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| | KILLIH/BDE/JK,B | Net 30 Days | 917.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 40.0 | GALLON | 95-23301 | DTR RAPID COAT CATALYST-B |
| 16.0 | GALLON | 97-13701 | AQUAPON HB/SG CATALYST-B |
| 2.0 | QUART | 95-81909 | PITTHANE ULTRA CATALYST-B |
| 10.0 | GALLON | 97-725/01 | PPG HPC THINNER |

Accepted By



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67170
**INVOICE DATE**
1/8/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57470 | **547722** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $71,025.79 | $0.00 | 1/8/18 | 2/7/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 589.68 | 589.68 |
| 24.0 | EACH | 021200056208 | 2050 PAINTERS MASKING TAPE 2" | 6.95 | 166.80 |
| 50.0 | EACH | 098262811663 | 5 QT MIX N MEASURE PAIL | 2.90 | 145.00 |
| 144.0 | EACH | 726890278076 | 400 URETHANE SEALANT CLEAR | 3.06 | 440.64 |
| 36.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 30.60 |
| 2.0 | EACH | 726890120504 | PAINT THINNER 2-1/2 GALLON | 21.25 | 42.49 |

| | | |
|---|---|---|
| SUBTOTAL | | 1,415.21 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$1,415.21** |

United Coatings Technologies, Inc.
1011 S Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Numbe
57470

Ship Date
Jan 8, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547722 | KILLINGBECK,G | Net 30 Days | 811.50 |

| Qty   U/M | Item | Description |
|---|---|---|
| 1.0 DRUM | S-0108545 | RM, PAINT RELATED MATERIAL, 5, UN 1263, PG II, ERG 128 |
| 24.0 EACH | 021290068268 | 2050 PAINTERS MASKING TAPE 1" |
| 50.0 EACH | 098262811663 | 5 QT MIX N MEASURE PAIL |
| 144.0 EACH | 726890278076 | 400 URETHANE SEALANT CLEAR |
| 36.0 EACH | 047034069011 | SPRAY SOCK |
| 2.0 EACH | 726890120504 | PAINT THINNER Z-1/2 GALLON |

Accepted By

 **United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67171
**INVOICE DATE**
1/8/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57469 | **547722** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $72,441.00 | $0.00 | 1/8/18 | 2/7/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 12.0 | GALLON | 95-8001/01 | PHU-74 | 46.79 | 561.48 |
| 12.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 29.93 | 359.16 |

| | |
|---|---|
| SUBTOTAL | 920.64 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$920.64** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

**Packing Slip**

Packing Slip Number
17469

Ship Date
Jan 8, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5519

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547722 | KILLINGBECK,B | Net 30 Days | 177.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 12 | GALLON | 95-8001-04 | PHU-74 |
| 12 | QUART | 95-8190-04 | P'TTHANE ULTRA CATALYST-9 |

Accepted By _Billie Boyer_   1-8-18



# United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

67172

**INVOICE DATE**

1/8/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57473 | **547700** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $73,361.64 | $0.00 | 1/8/18 | 2/7/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 4.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 51.35 | 205.40 |

| | |
|---|---|
| SUBTOTAL | 205.40 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$205.40** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57473

Ship Date
Jan 8, 2018

Page
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547700 | KILLINGBECK,D | Net 30 Days | 54.80 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 4.0 | GALLON | 96-24901 | DTR RAPID COAT CATALYST-B |

Accepted By: _Bobby Green_


## United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

67173

**INVOICE DATE**

1/8/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57468 | **547718** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $73,567.04 | $0.00 | 1/8/18 | 2/7/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 10.0 | GALLON | 95-2412/01 | ANSI 61 | 52.28 | 522.80 |
| 10.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 51.35 | 513.50 |
| 5.0 | GALLON | 97-1212/01 | PHE-13 | 55.10 | 275.50 |
| 5.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 40.81 | 204.05 |
| 24.0 | GALLON | 95-8001/01 | PHU-1 | 46.79 | 1,122.96 |
| 24.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 29.93 | 718.32 |
| 10.0 | GALLON | 97-735/01 | PPG HPC THINNER | 33.50 | 335.00 |

|  |  |
|---|---|
| SUBTOTAL | 3,692.13 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$3,692.13** |

Allied Coatings Technologies, Inc
1011 S Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57468

Ship Date
Jan 8, 2018

Page
1

Sold To
KOONTZ WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547718 | KILLINGBECK,B | Net 30 Days | 883.20 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 10.0 | GALLON | 95-2413/01 | ANSI 61 |
| 10.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B |
| 5.0 | GALLON | 97-1212/01 | PHE-13 |
| 5.0 | GALLON | 97-157/01 | AQUAPON HB/SG CATALYST-B |
| 24.0 | GALLON | 95-8001/01 | PHU-1 |
| 24.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B |
| 10.0 | GALLON | 97-739/01 | PPG HPC THINNER |

Accepted By _Ron W. Jewwd_



# United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67239
**INVOICE DATE**
1/12/18

**KOONTZ-WAGNER CSTM CNTRL (IN)**
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57528 | 547813 | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $78,198.52 | $0.00 | 1/12/18 | 2/11/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 589.68 | 589.68 |
| 24.0 | EACH | 071497643391 | MOHAIR 9 X 1/4 COVER | 5.35 | 128.40 |
| 24.0 | EACH | 726890593100 | 9" PROSUPREME WOVEN 3/8" | 3.85 | 92.40 |
| 1.0 | EACH | 732087250015 | WHIZZ COVERS 4" (10/PK) | 13.87 | 13.87 |
| 10.0 | EACH | 071497662798 | R016 9" PRO FRAME | 7.65 | 76.50 |
| 10.0 | EACH | 652270002859 | 3" JET FRAME | 3.85 | 38.50 |

| | |
|---|---|
| SUBTOTAL | 939.35 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$939.35** |

Allied Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57528

Ship Date
Jan 12, 2016

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547813 | KILLINGBECK,B | Net 30 Days | 412.25 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 1.0 DRUM | | 5-010555 | RM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG #28 |
| 24.0 EACH | | 071497643391 | MOHAIR 9 X 1/4 COVER |
| 24.0 EACH | | 726890593100 | 9" PROSUPREME WOVEN 3/8" |
| 1.0 EACH | | 732087259015 | WHIZZ COVERS 4" (10/PK) |
| 10.0 EACH | | 071497362798 | R016 9" PRO FRAME |
| 10.0 EACH | | 652270002959 | 9" JET FRAME |

Accepted By:



# United Coatings Technologies
1011 S Main Street · South Bend, IN · 46601 · Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67250
**INVOICE DATE**
1/12/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57529 | **547815** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $78,198.52 | $0.00 | 1/12/18 | 2/11/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 7.0 | GALLON | 97-1212/01 | phe-13 | 55.10 | 385.70 |
| 7.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 40.81 | 285.67 |
| 6.0 | GALLON | 97-735/01 | PPG HPC THINNER | 33.50 | 201.00 |
| 14.0 | GALLON | AK2-T2/01 | light gray | 83.75 | 1,172.50 |
| 14.0 | GALLON | AK2-B/01 | AMLK 2 CURE | 40.74 | 570.36 |
| | GALLON | PX700T1/01 | ANSI 61 | 167.07 | |
| | QUART | PX700-B/04 | PSX 700 CURE | 45.93 | |

| | | |
|---|---|---|
| SUBTOTAL | | 2,615.23 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$2,615.23** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574 287 4774

# Packing Slip

Packing Slip Number
57529

Ship Date
Jan 12, 2018

Page
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574 387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547815 | KILLINGBECK,B | Net 30 Days | 599.72 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 7.0 | GALLON | 97-131201 | phc-13 |
| 7.0 | GALLON | 97-137101 | AQUAPON HB/S G CATALYST-B |
| 6.0 | GALLON | 97-733101 | PPG HPC THINNER |
| 14.0 | GALLON | AK2-T201 | light gray |
| 14.0 | GALLON | AK2-B401 | AMLK 2 CURE |
| | GALLON | PX700T101 | ANSI 61 |
| | QUART | PX700-B101 | PGX 700 CURE |

Accepted By: _____  1-15-18



# United Coatings Technologies
1011 S. Main Street • South Bend, IN 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67265
**INVOICE DATE**
1/16/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (IN)     KOONTZ WAGNER POWERHOUSE
P.O. BOX 1229     4755 AMERITECH DRIVE
TULSA, OK  74101     SOUTH BEND, IN  46628
USA     USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57563 | **547861** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $80,813.75 | $0.00 | 1/16/18 | 2/15/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 11.0 | GALLON | 95-2400/01 | DTR RAPID COAT NEUTRAL BASE-A BLACK | 55.94 | 615.34 |
| 14.0 | GALLON | 97-1212/01 | AQUAPON HB/SG WHITE BASE-A PHE-13 | 58.96 | 825.44 |
| 1.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 589.68 | 589.68 |
| 24.0 | EACH | 080139952678 | PREVAL SPRAYER COMPLETE | 5.04 | 120.96 |

|  | SUBTOTAL | 2,151.42 |
|---|---|---|
|  | SALES TAX | 0.00 |
|  | FREIGHT | 0.00 |
|  | **TOTAL INVOICE AMOUNT** | **$2,151.42** |

Allied Coatings Technologies, Inc
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57563

Ship Date
Jan 16, 2018

Page
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-367-5849

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547881 | MILLINGBECK,B | Net 30 Days | 684.40 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 11.0 | GALLON | 86-2400/01 | OTR RAPID COAT NEUTRAL BASE A BLACK |
| 14.0 | GALLON | 97-1512/01 | AQUAPON HB/SG WHITE BASE A PHE-13 |
| 1.0 | DRUM | S-010555 | HM, PAINT RELATED MATERIAL, 3, UN 1263, P G II, ERG 128 |
| 24.0 | EACH | 090139052670 | PREVAL SPRAYER COMPLETE |

Accepted By _Bettie Rogers_   1-16-18



# INVOICE

**INVOICE NUMBER**
67266
**INVOICE DATE**
1/16/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57559 | **547861** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $82,965.17 | $0.00 | 1/16/18 | 2/15/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 20.0 | GALLON | 95-2412/01 | ANSI 61 | 55.94 | 1,118.80 |
| 20.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 1,098.80 |
| 14.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 611.38 |
| 6.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 215.10 |
| 10.0 | GALLON | 97-736/01 | PPG HPC THINNER | 41.20 | 412.00 |

| | | |
|---|---|---|
| SUBTOTAL | 3,456.08 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$3,456.08** |

Allied Coatings Technologies, Inc.
4011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57559

Ship Date
Jan 16, 2018

Page
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|----------------|--------------|---------------|--------|
| 547884 | KILLINGBECK,B | Net 30 Days | 774.82 |

| Qty | U/M | Item | Description |
|-----|-----|------|-------------|
| 20.0 | GALLON | 95-242/01 | ANSI 61 |
| 20.0 | GALLON | 95-243/01 | DTR RAPID COAT CATALYST-B |
| 14.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| 8.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| 10.0 | GALLON | 97-736/01 | PPG HPC THINNER |

Accepted By:



# INVOICE

**INVOICE NUMBER**
67302
**INVOICE DATE**
1/17/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57591 | **547815** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $86,421.25 | $0.00 | 1/17/18 | 2/16/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 14.0 | GALLON | PX700T1/01 | PSX 700 DEEP TINT RESIN | 165.65 | 2,319.10 |
| 14.0 | QUART | PX700-B/04 | PSX 700 CURE | 40.85 | 571.90 |

| | | |
|---|---|---|
| SUBTOTAL | | 2,891.00 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$2,891.00** |

Coatings Technologies, Inc.
011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57591

Ship Date
Jan 17, 2018

Page

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547845 | MILLINGBECK,B | Net 30 Days | 171.84 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 18.0 | GALLON | PX700T1/01 | PSX 700 DEEP TINT RESIN |
| 14.0 | QUART | PX700-804 | PSX 700 CURE |

Accepted By:



## United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

67356

**INVOICE DATE**

1/22/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57648 | **547974** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $66,773.98 | $0.00 | 1/22/18 | 2/21/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 589.68 | 589.68 |
| 72.0 | EACH | 757136000021 | IMPORT CHIP BRUSH 1" | 0.19 | 13.68 |
| 48.0 | EACH | 757136000045 | IMPORT CHIP BRUSH 2" | 0.29 | 13.92 |
| 48.0 | EACH | 071497644619 | 11" ROLLER TRAY LINER | 0.40 | 19.20 |
| 48.0 | EACH | 079239661009 | 2300 CLEAR GEOCEL CAULK | 6.50 | 312.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 948.48 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$948.48** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57640

Ship Date
Jan 22, 2016

Page
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 54787H | KILLINGBECK,B | Net 90 Days | 471.32 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 1.0 | DRUM | S-016565 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 |
| 72.0 | EACH | 757136000021 | IMPORT CHIP BRUSH 1" |
| 48.0 | EACH | 757136000045 | IMPORT CHIP BRUSH 2" |
| 48.0 | EACH | 071497644819 | 11" ROLLER TRAY LINER |
| 48.0 | EACH | 079239861009 | 2300 CLEAR GEOCEL CAULK |

Accepted By _Ron Chrismond_



# INVOICE

**INVOICE NUMBER**

67375

**INVOICE DATE**

1/22/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57640 | **547974** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $67,722.46 | $0.00 | 1/22/18 | 2/21/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 24.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 914.64 |
| 36.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 14.22 | 511.92 |
| 17.0 | GALLON | 97-640/01 | POLYAMIDE COAL TAR-A | 63.50 | 1,079.50 |
| 16.0 | QUART | 97-641/04 | POLYAMIDE COAL TAR CATALYST-B | 12.99 | 207.84 |
| 16.0 | GALLON | 97-735/01 | PPG HPC THINNER | 42.89 | 686.24 |

| | |
|---|---|
| SUBTOTAL | 3,400.14 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$3,400.14** |

United Coatings Technologies, Inc.
1011 S Main Street
South Bend, IN  46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57640

Ship Date
Jan 22, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

574-367-5619

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547974 | KILLINGBECK,B | Net 30 Days | 918.42 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 24.0 | GALLON | AT370-2301 | AMERCOAT 370 PEARL GRAY |
| 36.0 | QUART | AT370-B/M | AMERCOAT 370  CURE B |
| 17.0 | GALLON | 97-540/01 | POLYAMIDE COAL TAR-A |
| 16.0 | QUART | 97-541/04 | POLYAMIDE COAL TAR CATALYST-B |
| 16.0 | GALLON | 97-735/01 | PPG HPC THINNER |

Accepted By:



**United Coatings Technologies**
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER
67408

INVOICE DATE
1/24/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57677 | **547974** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $71,122.60 | $0.00 | 1/24/18 | 2/23/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 12.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 457.32 |
| 7.0 | GALLON | 97-640/01 | POLYAMIDE COAL TAR-A | 55.36 | 387.52 |
| 8.0 | QUART | 97-641/04 | POLYAMIDE COAL TAR CATALYST-B | 19.03 | 152.24 |

| | |
|---|---|
| SUBTOTAL | 997.08 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$997.08** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Ship Date
Jan 24, 2018

Page
1

Sold To :
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547974 | KILLINGBECK,B | Net 30 Days | 202.88 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 12.0 | GALLON | AT370-2300 | AMERCOAT 370 PEARL GRAY |
| 7.0 | GALLON | 97-840/01 | POLYAMIDE COAL TAR-A |
| 8.0 | QUART | 97-041/04 | POLYAMIDE COAL TAR CATALYST-B |

Accepted By:



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67420
**INVOICE DATE**
1/24/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57694 | **548001** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $72,119.68 | $0.00 | 1/24/18 | 2/23/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 48.0 | GALLON | AT385A-7/01 | AMCT 385PA RED PRIMER RESIN | 67.05 | 3,218.40 |
| 27.0 | GALLON | AT385-B/01 | AMERCOAT 385 CURE | 59.60 | 1,609.20 |
| 6.0 | GALLON | 95-8001/01 | PHU-1 | 50.07 | 300.42 |
| 6.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 32.03 | 192.18 |

| | |
|---|---|
| SUBTOTAL | 5,320.20 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$5,320.20** |

Coatings Technologies, Inc.
911 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57694

Ship Date
Jan 24, 2018

Page
1

Sold To
KOONTZ-WAGNER CSTM CNTRL INC
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548001 | KILLINGBECK B | Net 30 Days | 950.25 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 48.0 | GALLON | AT385A-7/01 | AMCT 385PA RED PRIMER RESIN |
| 27.0 | GALLON | AT385-B/01 | AMERCOAT 385 CURE |
| 6.0 | GALLON | 95-9001/01 | PHU-1 |
| 6.0 | QUART | 95-818/04 | PITTHANE ULTRA CATALYST-B |

Accepted By:



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67439
**INVOICE DATE**
1/25/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57708 | **548001** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $77,439.88 | $0.00 | 1/25/18 | 2/24/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 20.0 | GALLON | AK2-T2/01 | LIGHT GRAY | 89.61 | 1,792.20 |
| 20.0 | GALLON | AK2-B/01 | AMLK 2 CURE | 43.59 | 871.80 |
| 6.0 | GALLON | AT765/01 | AMERCOAT 65 THINNER | 29.00 | 174.00 |

| | |
|---|---|
| SUBTOTAL | 2,838.00 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,838.00** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57708

Ship Date
Jan 25, 2018

Page

Sold To:
**KOONTZ-WAGNER CSTM CNTRL (IN)**
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548001 | KILLINGBECK,D | Net 30 Days | 573.32 |

| Qty | UM | Item | Description |
|---|---|---|---|
| 20.0 | GALLON | AK2-T261 | LIGHT GRAY |
| 20.0 | GALLON | AK2-D001 | AMER 2 CURE |
| 6.0 | GALLON | AT65001 | AMERCOAT 65 THINNER |

Accepted By

Joe Laszil    1-25-18



# INVOICE

**INVOICE NUMBER**

67451

**INVOICE DATE**

1/26/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57726 | **548070** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $80,277.88 | $0.00 | 1/26/18 | 2/25/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 24.0 | EACH | 021200056208 | 2050 PAINTERS MASKING TAPE 2" | 6.95 | 166.80 |
| 42.0 | EACH | 726890593100 | 9" PROSUPREME WOVEN 3/8" | 3.85 | 161.70 |

| | | |
|---|---|---|
| SUBTOTAL | | 328.50 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$328.50** |

ed Coatings Technologies, Inc.
11 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57726

Ship Date
Jan 26, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1228
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548070 | KILLINGBECK,B | Net 30 Days | 24.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 24.0 | EACH | 021206956703 | 2050 PAINTERS MASKING TAPE 2" |
| 42.0 | EACH | 726890560100 | 2" PROSUPREME WOVEN 3/8" |

Accepted By _____ Ex Rogers 1-26-18



# United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:

67452

INVOICE DATE:

1/26/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57729 | **548001** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $80,606.38 | $0.00 | 1/26/18 | 2/25/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | PAIL | AT45SGT2/05 | AMCT 450H SG LIGHT TINT A-PHU-102 CFE OYSTER 26 | 424.15 | 2,120.75 |
| 5.0 | GALLON | AT45SS-B/01 | AMCT 450H SG CURE B | 96.73 | 483.65 |
| 2.0 | GALLON | AT45SGT2/01 | AMCT 450H SG LIGHT TINT A-PHU-102 CFE OYSTER 26 | 84.84 | 169.68 |
| 2.0 | QUART | AT45SS-B/04 | AMCT 450H SG CURE B | 24.18 | 48.36 |
| 20.0 | GALLON | PX700T1/01 | PSX 700 DEEP TINT RESIN-ANSI 61 | 177.25 | 3,545.00 |
| 20.0 | QUART | PX700-B/04 | PSX 700 CURE | 43.71 | 874.20 |

| | | |
|---|---|---|
| SUBTOTAL | | 7,241.64 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$7,241.64** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Numbe
57729

Ship Date
Jan 26, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-367-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548001 | KILLINGBECK,B | Net 30 Days | 877.12 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 5.0 | PAIL | AT45SGT2/05 | AMCT 450H SG LIGHT TINT A-PHU-102 CFE OYSTER 26 |
| 5.0 | GALLON | AT45SS-B/01 | AMCT 450H SG CURE B |
| 2.0 | GALLON | AT45SGT2/01 | AMCT 450H SG LIGHT TINT A-PHU-102 CFE OYSTER 26 |
| 2.0 | QUART | AT45SS-B/04 | AMCT 450H SG CURE B |
| 20.0 | GALLON | PX700T1/01 | PSX 700 DEEP TINT RESIN-ANSI 61 |
| 20.0 | QUART | PX700-B/04 | PSX 700 CURE |

Accepted By: _____   Joe Rozell   1-26-18



## United Coatings Technologies
1011 S. Main Street · South Bend, IN · 46601 · Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67474
**INVOICE DATE**
1/29/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57741 | **548112** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $50,353.45 | $0.00 | 1/29/18 | 2/28/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 15.0 | GALLON | 97-1212/01 | PHE-13 | 58.96 | 884.40 |
| 15.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 655.05 |
| 12.0 | GALLON | 95-8001/01 | PHU-1 | 50.07 | 600.84 |
| 12.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 32.03 | 384.36 |
| 15.0 | GALLON | AT45HT2/01 | PHU-99 | 84.84 | 1,272.60 |
| 15.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 24.18 | 362.70 |

| | |
|---|---|
| SUBTOTAL | 4,159.95 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$4,159.95** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57741

Ship Date
Jan 29, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548112 | KILLINGBECK,B | Net 60 Days | 764.95 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 15.0 | GALLON | 97-1212/01 | PHE-13 |
| 15.0 | GALLON | 97-137/01 | AQUAPON H9/SG CATALYST-B |
| 12.0 | GALLON | 95-8001/01 | PHU-1 |
| 12.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B |
| 15.0 | GALLON | AT45HT2/01 | PHU-90 |
| 15.0 | QUART | AT45H-B/04 | AMCT 45GH CURE |

Accepted By *Bella Royce*     1-29-18



# United Coatings Technologies

1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67476
**INVOICE DATE**
1/29/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57743 | **548112** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $54,513.40 | $0.00 | 1/29/18 | 2/28/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 9.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 342.99 |
| 9.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 14.22 | 127.98 |
| 16.0 | GALLON | 97-640/01 | POLYAMIDE COAL TAR-A | 63.50 | 1,016.00 |
| 16.0 | GALLON | 97-641/04 | POLYAMIDE COAL TAR CATALYST-B | 12.99 | 207.84 |
| 16.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 609.76 |
| 16.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 14.22 | 227.52 |
| 5.0 | GALLON | AT765/01 | AMERCOAT 65 THINNER | 29.00 | 145.00 |
| 12.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 430.20 |
| 20.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 717.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 3,824.29 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$3,824.29** |

Mixed Coatings Technologies, Inc.
1011 S Main Street
South Bend, IN 46601
USA

574 287 4774

# Packing Slip

Packing Slip Number
57743

Ship Date
Jan 28, 2016

Page

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P O. BOX 1229
TULSA OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep # | Payment Terms | Weight |
|---|---|---|---|
| 549612 | KILLINGBECK.B | Net 30 Days | 970.00 |

| Qty UM | Item | Description |
|---|---|---|
| 9.0 GALLON AT376-73/01 | | AMERCOAT 376 PEARL GRAY |
| 9.0 QUART AT376-P/04 | | AMERCOAT 376 CURE B |
| 16.0 GALLON 97-640/01 | | POLYAMIDE COAL TAR-A |
| 16.0 QUART 97-64H/04 | | POLYAMIDE COAL TAR CATALYST B |
| 16.0 GALLON AT376-23/01 | | AMERCOAT 376 PEARL GRAY |
| 16.0 QUART AT376-B/04 | | AMERCOAT 376 CURE B |
| 5.0 GALLON AT65/01 | | AMERCOAT 65 THINNER |
| 12.0 GALLON 97-755/01 | | PPG HPC THINNER |
| 20.0 GALLON 97-755/01 | | PPG HPC THINNER |

Accepted By



# United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574-287-4774

# INVOICE

**INVOICE NUMBER**

67505

**INVOICE DATE**

1/30/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57755 | **548145** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $58,424.69 | $0.00 | 1/30/18 | 3/1/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 100.0 | EACH | 047034115133 | 5 GALLON STRAINER ELASTIC TOP | 0.87 | 87.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 87.00 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$87.00** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57755

Ship Date
Jan 30, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| | KILLINGBECK,B | Net 30 Days | 5.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 100.0 | EACH | 0470341 15133 | 5 GALLON STRAINER ELASTIC TOP |

Accepted By: _____



# United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67506

**INVOICE DATE**
1/29/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57757 | **548112** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $58,337.69 | $0.00 | 1/29/18 | 2/28/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 23.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 876.53 |
| 23.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 14.22 | 327.06 |
| 4.0 | GALLON | 97-640/01 | POLYAMIDE COAL TAR-A | 63.50 | 254.00 |
| 4.0 | QUART | 97-641/04 | POLYAMIDE COAL TAR CATALYST-B | 12.99 | 51.96 |

| | | |
|---|---|---|
| SUBTOTAL | | 1,509.55 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$1,509.55** |

...ed Coatings Technologies, Inc
...11 S Main Street
South Bend IN 46601
USA

574 287 4774

# Packing Slip

Packing Slip Number
57757

Ship Date
Jan 29, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5619

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548112 | KILLINGDECK.B | Net 30 Days | 805.20 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 20.0 | GALLON | AT570-2947 | AMERCOAT 570 PEARL GRAY |
| 4.0 | QUART | AT570-0904 | AMERCOAT 570 CURE B |
| 4.0 | GALLON | 97-640.01 | POLYAMIDE COAL TAR A |
| 4.0 | QUART | 97-641/94 | POLYAMIDE COAL TAR CATALYST B |

Accepted By: _____



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67507
**INVOICE DATE**
1/29/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57680 | **548001** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $59,847.24 | $0.00 | 1/29/18 | 2/28/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 18.0 | GALLON | AT385A-1/01 | AMCT 385PA BUFF RESIN | 67.05 | 1,206.90 |
| 6.0 | QUART | AT45SS-B/04 | AMCT 450H SG CURE B | 24.18 | 145.08 |

| | |
|---|---|
| SUBTOTAL | 1,351.98 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,351.98** |

Coatings Technologies, Inc
911 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57680

Ship Date
Jan 29, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548001 | KILLINGBECK,B | Net 30 Days | 238.82 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 12.0 | GALLON | AT386A-1/01 | AMCT 386PA BUFF RESIN |
| 8.0 | QUART | AT45SS-B/04 | AMCT 450H SG CURE B |

Accepted By:



# INVOICE

**INVOICE NUMBER:**

67514

**INVOICE DATE:**

1/29/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57739 | **548107** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $61,199.22 | $0.00 | 1/29/18 | 2/28/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 589.68 | 589.68 |

| | |
|---|---|
| SUBTOTAL | 589.68 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$589.68** |

Coatings Technologies, Inc.
1 S. Main Street
South Bend  IN  46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57739

Ship Date
Jan 29, 2018

Page:
?

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548109 | KILLINGBECK,B | Net 30 Days | 380.60 |

Qty   U/M              Item                              Description
1 0 DRUM    S-0105/65              HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128

Accepted By  Billie Rogers  1-29-18


**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67529

**INVOICE DATE**
2/1/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57795 | **548001** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $61,875.90 | $0.00 | 2/1/18 | 3/3/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | GALLON | AT385A-7/01 | AMCT 385PA RED PRIMER RESIN | 67.05 | 402.30 |
| 45.0 | GALLON | AT385-B/01 | AMERCOAT 385 CURE | 59.60 | 2,682.00 |
| 18.0 | GALLON | AT765/01 | AMERCOAT 65 THINNER | 29.00 | 522.00 |
| 48.0 | QUART | AT45SS-B/04 | AMCT 450H SG CURE B | 24.18 | 1,160.64 |

|  | |
|---|---|
| SUBTOTAL | 4,766.94 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$4,766.94** |

United Coatings Technologies, Inc
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57795

Ship Date
Feb 1, 2018

Page
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548001 | KILLINGBECK,B | Net 30 Days | 803.37 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 6.0 | GALLON | AT385A-7/01 | AMCT 385PA RED PRIMER RESIN |
| 45.0 | GALLON | AT385-B/01 | AMERCOAT 385 CURE |
| 18.0 | GALLON | AT765/01 | AMERCOAT 65 THINNER |
| 48.0 | QUART | AT45SS-B/04 | AMCT 450H SG CURE B |

Accepted By: _Della Ryan_    2-1-18



# INVOICE

**INVOICE NUMBER**
67530
**INVOICE DATE**
2/1/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57792 | **548218** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $66,642.84 | $0.00 | 2/1/18 | 3/3/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 50.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL | 2.75 | 137.50 |
| 50.0 | EACH | 098262811663 | 5 QT MIX N MEASURE PAIL | 2.90 | 145.00 |
| 24.0 | EACH | 079239661009 | 2300 CLEAR GEOCEL CAULK | 6.50 | 156.00 |
| 72.0 | EACH | 726890278076 | 400 URETHANE SEALANT CLEAR | 3.06 | 220.32 |
| 24.0 | EACH | 080139952678 | PREVAL SPRAYER COMPLETE | 5.04 | 120.96 |
| 1.0 | EACH | 732087250015 | WHIZZ COVERS 4" (10/PK) | 20.86 | 20.86 |
| 72.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 61.20 |

| | | |
|---|---|---|
| SUBTOTAL | | 861.84 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$861.84** |

Dalco Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

Packing Slip

Packing Slip Number
57792

Ship Date
Feb 1, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5849

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight | |
|---|---|---|---|---|
| 548218 | KILLINGBECK.B | Net 30 Days | 178.87 | |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 50.0 | EACH | 008262105007 | PAPER 5 QT PAINT PAIL |
| 50.0 | EACH | 008282311863 | 5 QT MIX N MEASURE PAIL |
| 24.0 | EACH | 079239661009 | 2300 CLEAR GEOCEL CAULK |
| 72.0 | EACH | 728890278076 | 400 URETHANE SEALANT CLEAR |
| 24.0 | EACH | 080139952678 | PREVAL SPRAYER COMPLETE |
| 1.0 | EACH | 732087250015 | WHIZZ COVERS 4" (10/PK) |
| 72.0 | EACH | 047034090011 | SPRAY SOCK |

Accepted By: _B. Killingbeck_ _2-1-18_



# INVOICE

**INVOICE NUMBER**
67531
**INVOICE DATE**
2/1/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57796 | **548221** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $67,504.68 | $0.00 | 2/1/18 | 3/3/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | GALLON | AT45H3/01 | phu-100 | 84.84 | 424.20 |
| 5.0 | GALLON | AT45HT2/01 | PHU-99 ANSI 61 | 84.84 | 424.20 |
| 10.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 24.18 | 241.80 |

| | | |
|---|---|---|
| SUBTOTAL | | 1,090.20 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$1,090.20** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774



Packing Slip

Packing Slip Number
57796

Ship Date
Feb 1, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| SW3J-1 | KILLINGBECK,B | Net 30 Days | 130.70 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 6.0 | GALLON | AT45H3/01 | phu-100 |
| 5.0 | GALLON | AT45H12/01 | PHU-99 ANSI 61 |
| 10.0 | QUART | AT45H-B/04 | AMCT 450H CURE |

Accepted By: Billie Ryan    2-1-18


United Coatings Technologies
4011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67558
**INVOICE DATE**
2/2/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57807 | 548001 | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $68,594.88 | $0.00 | 2/2/18 | 3/4/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 26.0 | GALLON | AT45SGT3/01 | PHU-102 CFE ELECTRIC BLUE | 84.84 | 2,205.84 |
| | | | COMPLETES ORDER | | |

| | | |
|---|---|---|
| SUBTOTAL | | 2,205.84 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$2,205.84** |

Allied Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57807

Ship Date
Feb 2, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5019

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548001 | KILLINGBECK.D | Net 30 Days | 247.78 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 26.0 | GALLON | AT4593T3R1 | PHU-402 CFE ELECTRIC BLUE |
| | | | COMPLETES ORDER |

Accepted By:



# INVOICE

**INVOICE NUMBER**
67565
**INVOICE DATE**
2/1/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57793 | **548221** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $68,594.88 | $0.00 | 2/1/18 | 3/3/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 2.0 | GALLON | AT765/01 | AMERCOAT 65 THINNER | 29.00 | 58.00 |
| 15.0 | GALLON | 97-1212/01 | PHE-13 | 58.96 | 884.40 |
| 2.0 | GALLON | 97-1212/01 | PHE-1 | 58.96 | 117.92 |
| 17.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 742.39 |
| 2.0 | GALLON | 95-8001/01 | PHU-5 | 50.07 | 100.14 |
| 14.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 32.03 | 448.42 |
| 7.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 250.95 |
| 12.0 | GALLON | 95-8001/01 | PHU-1 | 50.07 | 600.84 |

| | |
|---|---|
| SUBTOTAL | 3,203.06 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$3,203.06** |

United Coatings Technologies, Inc.
4011 S. Main Street
South Bend, IN 46501
USA

574.287.4774

# Packing Slip

Packing Slip Number
97793

Ship Date
Feb 1, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548221 | KILLINGBECK,B | Net 30 Days | 663.06 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 2.0 | GALLON | AT795/01 | AMERCOAT 65 THINNER |
| 15.0 | GALLON | 97-1212/01 | PHE-13 |
| 2.0 | GALLON | 97-1212/01 | PHE-1 |
| 17.0 | GALLON | 97-137/01 | AQUAPON H9/SG CATALYST-B |
| 2.0 | GALLON | 95-800/01 | PHU-5 |
| 12.0 | GALLON | 95-800/01 | PHU-1 |
| 14.0 | QUART | 95-219/04 | PITTHANE ULTRA CATALYST-B |
| 7.0 | GALLON | 97-735/01 | PPG HPC THINNER |

Accepted By _____



# INVOICE

**INVOICE NUMBER**

67566

**INVOICE DATE**

2/1/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57797 | **548001** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $71,797.94 | $0.00 | 2/1/18 | 3/3/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 28.0 | GALLON | AT45SGT3/01 | PHU-101 CFE ELECTRIC BLUE | 84.84 | 2,375.52 |

| | |
|---|---|
| SUBTOTAL | 2,375.52 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,375.52** |

...ed Coatings Technologies, Inc.
711 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548001 | KILLINGBECK,B | Net 30 Days | 206.84 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 28.0 | GALLON | AT4593T301 | FHU-101 CFE ELECTRIC BLUE |

Accepted By:



# INVOICE

**INVOICE NUMBER**
67591
**INVOICE DATE**
2/5/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57826 | **548272** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $71,763.67 | $0.00 | 2/5/18 | 3/7/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 631.80 | 631.80 |

| | |
|---|---|
| SUBTOTAL | 631.80 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$631.80** |

Ied Coatings Technologies, Inc
011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57826

Ship Date
Feb 5, 2018

Page:
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548272 | KILLINGBECK,D | Net 30 Days | 388.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 1.0 DRUM | S-010555 | | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 |

Accepted By _____  Joe Rappell

2-5-18



# INVOICE

**INVOICE NUMBER**

67592

**INVOICE DATE**

2/5/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57830 | **548252** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $72,395.47 | $0.00 | 2/5/18 | 3/7/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | GALLON | AK2-T2/01 | AMLK 2/400 LIGHT TINT RESIN-LIGHT GRAY | 89.61 | 537.66 |
| 6.0 | GALLON | AK2-B/01 | AMLK 2 CURE | 43.59 | 261.54 |

| | |
|---|---|
| SUBTOTAL | 799.20 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$799.20** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN  46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57830

Ship Date
Feb 5, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548252 | KILLINGBECK,B | Net 30 Days | 159.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 6.0 | GALLON | AK2-T2/01 | AMLK 2406 LIGHT TINT RESIN-LIGHT GRAY |
| 8.0 | GALLON | AK2-B/01 | AMLK 2 CURE |

Accepted By: _____  Joe Roffell

2-5-18



# United Coatings Technologies

1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

67636

**INVOICE DATE**

2/8/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57901 | **548369** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $73,194.67 | $0.00 | 2/8/18 | 3/10/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | GALLON | 97-1212/01 | PHE-1 | 58.96 | 353.76 |
| 6.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 262.02 |
| 4.0 | GALLON | 97-736/01 | PPG HPC THINNER | 41.20 | 164.80 |
| 1.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 631.80 | 631.80 |

| | |
|---|---|
| SUBTOTAL | 1,412.38 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,412.38** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN  46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57981

Ship Date
Feb 8, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548369 | KILLINGBECK,B | Net 30 Days | 583.38 |

| Qty  U/M | Item | Description |
|---|---|---|
| 6.0 GALLON  97-121/201 | | PHE-1 |
| 6.0 GALLON  97-137/01 | | AQUAPON HB/SG CATALYST-B |
| 4.0 GALLON  97-739/01 | | PPG HPC THINNER |
| 1.0 DRUM    S-010555 | | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 |

2-8-18

Accepted By _____



# INVOICE

**INVOICE NUMBER**

67637

**INVOICE DATE**

2/7/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57862 | **548315** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $73,194.67 | $0.00 | 2/7/18 | 3/9/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 24.0 | EACH | 757136000045 | IMPORT CHIP BRUSH 2" | 0.29 | 6.96 |
| 24.0 | EACH | 071497643391 | MOHAIR 9 X 1/4 COVER | 5.35 | 128.40 |
| 48.0 | EACH | 071497644619 | 11" ROLLER TRAY LINER | 0.40 | 19.20 |
| 24.0 | EACH | 021200056208 | 2050 PAINTERS MASKING TAPE 2" | 6.95 | 166.80 |

| | |
|---|---|
| SUBTOTAL | 321.36 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$321.36** |

Allied Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
5/862

Ship Date
Feb 7, 2018

Page:
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548315 | KILLINGBECK,B | Net 30 Days | 37.20 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 24.0 | EACH | 757135000046 | IMPORT CHIP BRUSH 2" |
| 24.0 | EACH | 071497643391 | MOHAIR 9 X 1/4 COVER |
| 48.0 | EACH | 071497646019 | 11" ROLLER TRAY LINER |
| 24.0 | EACH | 021200056208 | 2050 PAINTERS MASKING TAPE 2" |

Accepted By: _____ Joe Cross  2-7-18



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67675

**INVOICE DATE**
2/8/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57913 | **584252** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $74,928.41 | $0.00 | 2/8/18 | 3/10/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | GALLON | PX700T1/01 | PSX 700 DEEP TINT RESIN ansi #61 | 177.25 | 1,063.50 |
| 6.0 | QUART | PX700-B/04 | PSX 700 CURE | 43.71 | 262.26 |

| | |
|---|---|
| SUBTOTAL | 1,325.76 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,325.76** |

ted Coatings Technologies, Inc.
11 S. Main Street
South Bend, IN 46601
USA

574.287.4774

**Packing Slip**

Packing Slip Numbe
57913

Ship Date
Feb 8, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-287-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 584252 | KILLINGBECK,B | Net 30 Days | 73.58 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 6.0 GALLON | PX700T1/01 | | PSX 700 DEEP TINT RESIN ansi #61 |
| 6.0 QUART | PX700-B/04 | | PSX 700 CURE |

2-8-18

Accepted By:



# INVOICE

**INVOICE NUMBER**
67690
**INVOICE DATE**
2/9/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57932 | **548390** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $76,254.17 | $0.00 | 2/9/18 | 3/11/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 215.10 |
| 6.0 | GALLON | AT45HT2/01 | PHU-99 ASNI 61 | 84.84 | 509.04 |
| 6.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 24.18 | 145.08 |
| 2.0 | GALLON | AT765/01 | AMERCOAT 65 THINNER | 29.00 | 58.00 |
| 6.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 215.10 |
| 8.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 304.88 |
| 8.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 14.22 | 113.76 |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 143.40 |

|  |  |
|---|---|
| SUBTOTAL | 1,704.36 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,704.36** |

Allied Coatings Technologies, Inc.
4011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57932

Ship Date
Feb 9, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 546390 | KILLINGBECK,B | Net 30 Days | 383.04 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 6.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| 6.0 | GALLON | AT45HT2/01 | PHU-90 ASME H4 |
| 8.0 | QUART | AT45H-B/04 | AMER T 450H CURE |
| 2.0 | GALLON | AT785/01 | AMERCOAT 65 THINNER |
| 6.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| 8.0 | GALLON | AT370 23/01 | AMERCOAT 370 PEARL GRAY |
| 8.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER |

Accepted By: _____ 2-11-[?]



## United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574-287-4774

# INVOICE

**INVOICE NUMBER**
67707

**INVOICE DATE**
2/9/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57937 | **548369** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $77,958.53 | $0.00 | 2/9/18 | 3/11/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 4.0 | GALLON | PX700T1/01 | ANSI 61 | 177.25 | 709.00 |
| 4.0 | QUART | PX700-B/04 | PSX 700 CURE | 43.71 | 174.84 |

| | | |
|---|---|---|
| SUBTOTAL | | 883.84 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$883.84** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57937

Ship Date
Feb 9, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74181
USA

574-387-5619

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | SalesRep ID | Payment Terms | Weight |
|---|---|---|---|
| 548369 | KILLINGBECK B | Net 30 Days | 49.04 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 4.0 | GALLON | PX700T1KH | ANSI 61 |
| 4.0 | QUART | PX700-B/04 | PSX 700 CURE |

Accepted By _B the Ryan_    2-12-18



# INVOICE

**INVOICE NUMBER**
67738

**INVOICE DATE**
2/14/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57969 | 548457 | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $78,842.37 | $0.00 | 2/14/18 | 3/16/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 8.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 304.88 |
| 8.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 14.22 | 113.76 |
| 6.0 | GALLON | 97-640/01 | POLYAMIDE COAL TAR-A | 60.32 | 361.92 |
| 6.0 | QUART | 97-641/04 | POLYAMIDE COAL TAR CATALYST-B | 12.34 | 74.04 |
| 5.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 179.25 |
| 8.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 304.88 |
| 8.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 14.22 | 113.76 |
| 6.0 | GALLON | 97-640/01 | POLYAMIDE COAL TAR-A | 60.32 | 361.92 |
| 6.0 | QUART | 97-641/04 | POLYAMIDE COAL TAR CATALYST-B | 12.34 | 74.04 |
| 5.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 179.25 |
| 5.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 190.55 |
| 5.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 14.22 | 71.10 |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 107.55 |
| 5.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 190.55 |
| 5.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 14.22 | 71.10 |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 107.55 |

| | |
|---|---|
| SUBTOTAL | 2,806.10 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,806.10** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57969

Ship Date
Feb 14, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548457 | KILLINGBECK,B | Net 30 Days | 793.46 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 8.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 8.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 6.0 | GALLON | 97-640/01 | POLYAMIDE COAL TAR-A |
| 6.0 | QUART | 97-641/04 | POLYAMIDE COAL TAR CATALYST-B |
| 5.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| 8.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 8.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 6.0 | GALLON | 97-640/01 | POLYAMIDE COAL TAR-A |
| 6.0 | QUART | 97-641/04 | POLYAMIDE COAL TAR CATALYST-B |
| 5.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| 5.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 5.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| 5.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 5.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER |

Accepted By:                    Joe Roppell          2-14-18



# INVOICE

**INVOICE NUMBER**

67749

**INVOICE DATE**

2/14/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57983 | **548458** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $81,648.47 | $0.00 | 2/14/18 | 3/16/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 631.80 | 631.80 |

| | | |
|---|---|---|
| SUBTOTAL | | 631.80 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$631.80** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57983

Ship Date
Feb 14, 2018

Page:

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 648488 | KILLINGBECK,B | Net 30 Days | 369.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 1.0 | DRUM | S-0185/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 |

Accepted By



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67785

**INVOICE DATE**
2/16/18

| | |
|---|---|
| KOONTZ-WAGNER CSTM CNTRL (IN)<br>P.O. BOX 1229<br>TULSA, OK 74101<br>USA | SHIP TO<br><br>KOONTZ WAGNER POWERHOUSE<br>4755 AMERITECH DRIVE<br>SOUTH BEND, IN 46628<br>USA |

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58008 | **548534** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $82,280.27 | $0.00 | 2/16/18 | 3/18/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 12.0 | GALLON | 95-2412/01 | ANSI 61 | 55.94 | 671.28 |
| 12.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 659.28 |
| 2.0 | GALLON | FSC15504/01 | FAST DRY GLOSS NEUTRAL-RED | 48.00 | 96.00 |
| 5.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 179.25 |
| 12.0 | GALLON | 95-2412/01 | ANSI 61 | 55.94 | 671.28 |
| 12.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 659.28 |
| 2.0 | GALLON | FSC15504/01 | FAST DRY GLOSS NEUTRAL-RED | 48.00 | 96.00 |
| 5.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 179.25 |

| | |
|---|---|
| SUBTOTAL | 3,211.62 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$3,211.62** |

ed Coatings Technologies, Inc.
011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Numbe
58008

Ship Date
Feb 16, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548534 | KILLINGBECK,B | Net 30 Days | 714.18 |

| Qty   U/M | Item | Description |
|---|---|---|
| 12.0 GALLON  85-2412/01 | | ANSI 61 |
| 12.0 GALLON  95-249/01 | | DTR RAPID COAT CATALYST-B |
| 2.0 GALLON  FSC15504/01 | | FAST DRY GLOSS NEUTRAL-RED |
| 5.0 GALLON  97-735/01 | | PPG HPC THINNER |
| 12.0 GALLON  85-2412/01 | | ANSI 61 |
| 12.0 GALLON  95-249/01 | | DTR RAPID COAT CATALYST-B |
| 2.0 GALLON  FSC15504/01 | | FAST DRY GLOSS NEUTRAL-RED |
| 5.0 GALLON  97-735/01 | | PPG HPC THINNER |

Accepted By:


United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER:**
67800
**INVOICE DATE:**
2/19/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58020 | **548534** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $82,216.39 | $0.00 | 2/19/18 | 3/21/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 45.0 | GALLON | AT385-B/01 | AMERCOAT 385 CURE | 59.60 | 2,682.00 |
| 5.0 | GALLON | AT385A-7/01 | AMCT 385PA RED PRIMER RESIN | 64.60 | 323.00 |
| 18.0 | GALLON | AT765/01 | AMERCOAT 65 THINNER | 29.00 | 522.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 3,527.00 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$3,527.00** |

Coatings Technologies, Inc.
S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
56020

Ship Date
Feb 19, 2018

Page
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548534 | KILLINGBECK,B | Net 30 Days | 687.71 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 43.0 | GALLON | AT385-B/01 | AMERCOAT 385 CURE |
| 5.0 | GALLON | AT385A-7/01 | AMCT 385PA RED PRIMER RESIN |
| 18.0 | GALLON | AT785/01 | AMERCOAT 65 THINNER |

Accepted By: _Joe Lockwell_   2-19-18



**United Coatings Technologies**
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.9774

# INVOICE

**INVOICE NUMBER**
67813
**INVOICE DATE**
2/19/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58027 | **548534** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $85,743.39 | $0.00 | 2/19/18 | 3/21/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 27.0 | GALLON | AT45SGT3/01 | PHU-101 CFE ELECTRIC BLUE | 84.84 | 2,290.68 |
| 1.0 | GALLON | AT45SGT2/01 | PHU-102 CFE OYSTER 26 | 84.84 | 84.84 |
| 28.0 | QUART | AT45SS-B/04 | AMCT 450H SG CURE B | 24.18 | 677.04 |

| | |
|---|---|
| SUBTOTAL | 3,052.56 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$3,052.56** |

...ed Coatings Technologies, Inc.
...11 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58027

Ship Date
Feb 19, 2018

Page

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548524 | KILLINGBECK,B | Net 30 Days | 328.19 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 27.0 | GALLON | AT46SGT5401 | PHU-101 CFE ELECTRIC BLUE |
| 1.0 | GALLON | AT46SGT2601 | PHU-102 CFE OYSTER 26 |
| 28.0 | QUART | AT46SS-B/04 | AMCT 460H SG CURE B |

Accepted By: _____ Joe Marti 2-19-18



# United Coatings Technologies

1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

67825

**INVOICE DATE**

2/20/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58053 | **548534** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $88,795.95 | $0.00 | 2/20/18 | 3/22/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 4.0 | PAIL | AT385A-1/05 | AMCT 385PA BUFF RESIN | 335.25 | 1,341.00 |
| 5.0 | PAIL | AT385A-7/05 | AMCT 385PA RED PRIMER RESIN | 335.25 | 1,676.25 |
| 3.0 | GALLON | AT385-B/01 | AMERCOAT 385 CURE | 59.60 | 178.80 |

| | | |
|---|---|---|
| SUBTOTAL | | 3,196.05 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$3,196.05** |

Coatings Technologies, Inc
S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58053

Ship Date
Feb 20, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-367-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548534 | KILLINGBECK,B | Net 30 Days | 555.09 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 4.0 PAIL | | AT385A-1/05 | AMCT 385PA BUFF RESIN |
| 5.0 PAIL | | AT385A-7/05 | AMCT 385PA RED PRIMER RESIN |
| 3.0 GALLON | | AT385-B/01 | AMERCOAT 385 CURE |

Accepted By



**United Coatings Technologies**
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67826
**INVOICE DATE**
2/19/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
#11810A04-01
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58034 | **548576** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $88,795.95 | $0.00 | 2/19/18 | 3/21/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 12.0 | GALLON | AT45HT2/01 | PHU-99 ANSI 61 | 84.84 | 1,018.08 |
| 1.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 24.18 | 24.18 |

| | |
|---|---|
| SUBTOTAL | 1,042.26 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,042.26** |

Coatings Technologies, Inc.
S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58034

Ship Date
Feb 19, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
#11810A04-01
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548576 | MILLINGBECK,B | Net 30 Days | 143.77 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 12.0 | GALLON | AT45HT2/01 | PHU-90 ANSI 61 |
| 1.0 | QUART | AT45H-B/04 | AMCT 450H CURE |

Accepted By:



**United Coatings Technologies**
1011 S Main Street • South Bend, IN 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67827
**INVOICE DATE**
2/19/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
11985A02-01
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58035 | **548577** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $89,838.21 | $0.00 | 2/19/18 | 3/21/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 8.0 | GALLON | AT45H3/01 | AMCT 450H WHITE RESIN | 84.84 | 678.72 |
| 10.0 | GALLON | AT45HT2/01 | PHU-96 ASA#70 | 84.84 | 848.40 |
| 18.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 24.18 | 435.24 |
| 2.0 | HALF PINT | AT866M/16 | AMERCOAT 866M ACCELERATOR | 34.09 | 68.18 |

| | | |
|---|---|---|
| SUBTOTAL | | 2,030.54 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$2,030.54** |

Allied Coatings Technologies, Inc
3011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58035

Ship Date
Feb. 19, 2018

Page
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
11985A02-01
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548577 | KILLINGBECK,B | Net 30 Days | 238.88 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 8.0 | GALLON | AT45H3/01 | AMCT 450H WHITE RESIN |
| 10.0 | GALLON | AT45HT2/01 | PHU-98 ASA#70 |
| 16.0 | QUART | AT45H-B/04 | AMCT 450H CURE |
| 2.0 | HALF PINT | AT866M/16 | AMERCOAT 866M ACCELERATOR |

Accepted By _____ Joe Roppell 2-20-18



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67828
**INVOICE DATE**
2/19/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
11985A01-01
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58036 | **548578** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $91,868.75 | $0.00 | 2/19/18 | 3/21/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | GALLON | AT45H3/01 | AMCT 450H WHITE RESIN | 84.84 | 509.04 |
| 8.0 | GALLON | AT45HT2/01 | PHU-96 ASA#70 | 84.84 | 678.72 |
| 14.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 24.18 | 338.52 |
| 2.0 | HALF PINT | AT866M/16 | AMERCOAT 866M ACCELERATOR | 34.09 | 68.18 |

| | |
|---|---|
| SUBTOTAL | 1,594.46 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,594.46** |

Zed Coatings Technologies, Inc.
11 S. Main Street
South Bend, IN  46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58036

Ship Date
Feb 19, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
11985A01-01
SOUTH BEND, IN  46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|----------------|--------------|---------------|--------|
| 548578 | KILLINGBECK B | Net 30 Days | 186.79 |

| Qty | U/M | Item | Description |
|-----|-----|------|-------------|
| 6.0 | GALLON | AT45H3/01 | AMCT 450H WHITE RESIN |
| 8.0 | GALLON | AT45HT2/01 | PHU-96 ASA#70 |
| 14.0 | QUART | AT45H-9/04 | AMCT 450H CURE |
| 2.0 | HALF PIN | AT866M/16 | AMERCOAT 866M ACCELERATOR |

Accepted By



# United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574-287-4774

# INVOICE

**INVOICE NUMBER**

67829

**INVOICE DATE**

2/20/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58050 | **548588** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $96,659.26 | $0.00 | 2/20/18 | 3/22/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 24.0 | EACH | 021200056208 | 2050 PAINTERS MASKING TAPE 2" | 6.95 | 166.80 |
| 42.0 | EACH | 726890593100 | 9" PROSUPREME WOVEN 3/8" | 3.85 | 161.70 |
| 36.0 | EACH | 757136000021 | IMPORT CHIP BRUSH 1" | 0.19 | 6.84 |
| 24.0 | EACH | 757136000045 | IMPORT CHIP BRUSH 2" | 0.29 | 6.96 |
| 100.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL | 2.75 | 275.00 |
| 36.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 30.60 |
| 48.0 | EACH | 079239661009 | 2300 CLEAR GEOCEL CAULK | 6.50 | 312.00 |

| | | |
|---|---|---|
| SUBTOTAL | | 959.90 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$959.90** |

United Coatings Technologies, Inc
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548588 | KILLINGBECK.B | Net 30 Days | 121.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 24.0 | EACH | 021200056208 | 2050 PAINTERS MASKING TAPE 2" |
| 42.0 | EACH | 726990593100 | 9" PROSUPREME WOVEN 3/8" |
| 36.0 | EACH | 757136000021 | IMPORT CHIP BRUSH 1" |
| 24.0 | EACH | 757136000045 | IMPORT CHIP BRUSH 2" |
| 100.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL |
| 36.0 | EACH | 047024093011 | SPRAY SOCK |
| 48.0 | EACH | 079239661009 | 2300 CLEAR GEOCEL CAULK |

Accepted By:



**United Coatings Technologies**
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67830

**INVOICE DATE**
2/20/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58045 | **548576** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $97,619.16 | $0.00 | 2/20/18 | 3/22/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 8.0 | GALLON | AT370-3/01 | AMERCOAT 370 WHITE | 38.11 | 304.88 |
| 9.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 342.99 |
| 17.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 14.22 | 241.74 |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 143.40 |

| | |
|---|---|
| SUBTOTAL | 1,033.01 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,033.01** |

United Coatings Technologies, Inc
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58045

Ship Date
Feb 20, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549576 | KILLINGBECK.B | Net 30 Days | 371.20 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 8.0 | GALLON | AT370-3/01 | AMERCOAT 370 WHITE |
| 9.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 17.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER |

Accepted By: _____  Joe Doppil  2-20-18



## United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

67831

**INVOICE DATE**

2/20/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58046 | **548578** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $98,652.17 | $0.00 | 2/20/18 | 3/22/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 4.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 152.44 |
| 6.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 228.66 |
| 10.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 14.22 | 142.20 |
| 2.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 71.70 |

| | |
|---|---|
| SUBTOTAL | 595.00 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$595.00** |

ed Coatings Technologies, Inc
311 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1228
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548578 | KILLINGBECK,B | Net 30 Days | 215.60 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 4.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 6.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 10.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 2.0 | GALLON | 97-735/01 | PPG HPC THINNER |

Accepted By:



# INVOICE

**INVOICE NUMBER**
67832
**INVOICE DATE**
2/20/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58047 | **548577** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $99,247.17 | $0.00 | 2/20/18 | 3/22/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | GALLON | AT370-3/01 | AMERCOAT 370 WHITE | 38.11 | 228.66 |
| 7.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 266.77 |
| 13.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 14.22 | 184.86 |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 107.55 |

| | | |
|---|---|---|
| SUBTOTAL | | 787.84 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$787.84** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58047

Ship Date
Feb 20, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548577 | KILLINGBECK.B | Net 30 Days | 293.40 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 6.0 | GALLON | AT370-3/01 | AMERCOAT 370 WHITE |
| 7.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 13.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER |

Accepted By: _____



# INVOICE

**INVOICE NUMBER**
67837
**INVOICE DATE**
2/20/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58044 | **548588** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $100,035.01 | $0.00 | 2/20/18 | 3/22/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 631.80 | 631.80 |

| | |
|---|---|
| SUBTOTAL | 631.80 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$631.80** |

Allied Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58044

Ship Date
Feb 20, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-367-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548588 | KILLINGBECK,B | Net 30 Days | 388.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 1.0 DRUM | S-010565 | | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 |

Accepted By



# INVOICE

**INVOICE NUMBER**
67866
**INVOICE DATE**
2/21/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58009 | **548534** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $100,666.81 | $0.00 | 2/21/18 | 3/23/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 13.0 | PAIL | AT45SGT2/05 | PHU-102 CFE OYSTER 26 | 424.15 | 5,513.95 |
| 13.0 | GALLON | AT45SS-B/01 | AMCT 450H SG CURE B | 96.73 | 1,257.49 |

| | |
|---|---|
| SUBTOTAL | 6,771.44 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$6,771.44** |

Allied Coatings Technologies, Inc.
911 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58009

Ship Date
Feb 21, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548534 | KILLINGBECK.B | Net 30 Days | 910.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 13.0 | PAIL | AT459GT265 | PHU-102 CFE OYSTER 26 |
| 13.0 | GALLON | AT459S-B/01 | AMCT 450H SG CURE B |

Accepted By: _____  See Rosswill  2·21·18


United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67878

**INVOICE DATE**
2/23/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58086 | **548657** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $107,438.25 | $0.00 | 2/23/18 | 3/25/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 631.80 | 631.80 |

| | | |
|---|---|---|
| SUBTOTAL | 631.80 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$631.80** |

Allied Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58086

Ship Date
Feb 23, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548357 | KILLINGBECK,B | Net 30 Days | 388.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 13 DRUM | S-0106/55 | | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 |

Accepted By: _____  Joe Ragazzi

2-23-18



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67884
**INVOICE DATE**
2/23/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
#11810a04-01
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58052 | **548576** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $109,426.23 | $0.00 | 2/23/18 | 3/25/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 10.0 | GALLON | AT45H3/01 | AMCT 450H WHITE RESIN | 84.84 | 848.40 |
| 21.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 24.18 | 507.78 |

| | |
|---|---|
| SUBTOTAL | 1,356.18 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,356.18** |

ed Coatings Technologies, Inc.
1 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58052

Ship Date
Feb 23, 2018

Page
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
#11810a04-01
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548575 | KILLINGBECK,B | Net 30 Days | 145.57 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 10.0 | GALLON | AT45H3/01 | AMCT 450H WHITE RESIN |
| 21.0 | QUART | AT45H-B/04 | AMCT 450H CURE |

Accepted By


## United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

67886

**INVOICE DATE**

2/23/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58088 | **548670** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $109,426.23 | $0.00 | 2/23/18 | 3/25/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 9.0 | GALLON | 95-2412/01 | DTR RAPID COAT WHITE BASE-ANSI 61 | 55.94 | 503.46 |
| 9.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 494.46 |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 107.55 |
| 18.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 685.98 |
| 18.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 14.22 | 255.96 |
| 8.0 | GALLON | 97-640/01 | POLYAMIDE COAL TAR-A | 60.32 | 482.56 |
| 8.0 | QUART | 97-641/04 | POLYAMIDE COAL TAR CATALYST-B | 12.34 | 98.72 |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 143.40 |

| | |
|---|---|
| SUBTOTAL | 2,772.09 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,772.09** |

...ted Coatings Technologies, Inc
...011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58088

Ship Date
Feb 23, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548670 | KILLINGBECK,B | Net 30 Days | 730.56 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 9.0 | GALLON | 95-2412/01 | DTR RAPID COAT WHITE BASE-ANSI 61 |
| 2.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| 18.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 18.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 8.0 | GALLON | 97-640/01 | POLYAMIDE COAL TAR-A |
| 8.0 | QUART | 97-641/04 | POLYAMIDE COAL TAR CATALYST-B |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER |

Accepted By:


United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

67888

**INVOICE DATE**

2/23/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58089 | **548534** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $112,198.32 | $0.00 | 2/23/18 | 3/25/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 2.0 | GALLON | AT385-B/01 | AMERCOAT 385 CURE | 59.60 | 119.20 |

| | |
|---|---|
| SUBTOTAL | 119.20 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$119.20** |

Allied Coatings Technologies, Inc.
011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Ship Date
Feb 23, 2018

Page
1

Sold To :
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548534 | KILLINGBECK,B | Net 30 Days | 22.68 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 2.0 | GALLON | AT385-B/01 | AMERCOAT 385 CURE |

Accepted By:


United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67907
**INVOICE DATE**
2/26/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58109 | **548697** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $102,982.32 | $0.00 | 2/26/18 | 3/28/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 631.80 | 631.80 |
| 3.0 | EACH | 732087250015 | WHIZZ COVERS 4" (10/PK) | 13.87 | 41.61 |
| 6.0 | EACH | 071497601810 | 11" METAL ROLLER PAINT TRAY | 3.13 | 18.78 |
| 72.0 | EACH | 726890278076 | 400 URETHANE SEALANT CLEAR | 3.06 | 220.32 |
| 48.0 | EACH | 079239661009 | 2300 CLEAR GEOCEL CAULK | 6.50 | 312.00 |

| | | |
|---|---|---|
| SUBTOTAL | 1,224.51 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,224.51** |

...ed Coatings Technologies, Inc.
...11 S. Main Street
...South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58109

Ship Date
Feb 26, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548860 | KILLINGBECK,B | Net 30 Days | 518.11 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 1.0 | DRUM | S-010555 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 |
| 3.0 | EACH | 732087250045 | WHIZZ COVERS 4" (10/PK) |
| 6.0 | EACH | 071497601910 | 11" METAL ROLLER PAINT TRAY |
| 72.0 | EACH | 728990278076 | 400 URETHANE SEALANT CLEAR |
| 48.0 | EACH | 079239661009 | 2300 CLEAR GEOCEL CAULK |

Accepted By: _____ Joe Parnell
7-26-18



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

67931

**INVOICE DATE**

2/27/18

| | |
|---|---|
| KOONTZ-WAGNER CSTM CNTRL (IN)<br>P.O. BOX 1229<br>TULSA, OK 74101<br>USA | SHIP TO<br>KOONTZ WAGNER POWERHOUSE<br>4755 AMERITECH DRIVE<br>SOUTH BEND, IN 46628<br>USA |

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58124 | **548719** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $104,206.83 | $0.00 | 2/27/18 | 3/29/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | GALLON | 97-1212/01 | PHE-13 | 58.96 | 353.76 |
| 13.0 | GALLON | 97-1212/01 | PHE-1 | 58.96 | 766.48 |
| 19.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 829.73 |
| 6.0 | GALLON | 97-736/01 | PPG HPC THINNER | 41.20 | 247.20 |
| | | | JOB#11853A01-01 | | |
| 6.0 | GALLON | 97-1212/01 | PHE-13 | 58.96 | 353.76 |
| 9.0 | GALLON | 97-1212/01 | PHE-1 | 58.96 | 530.64 |
| 14.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 611.38 |
| 6.0 | GALLON | 97-736/01 | PPG HPC THINNER | 41.20 | 247.20 |
| | | | JOB#11853A02-01 | | |

| | |
|---|---|
| SUBTOTAL | 3,940.15 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$3,940.15** |

...ed Coatings Technologies, Inc
...11 S. Main Street
South Bend, IN  46601
USA

574.281.4774

# Packing Slip

Packing Slip Number
58124

Ship Date
Feb 27, 2018

Page
1

Sold To :
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep'ID | Payment Terms | Weight |
|---|---|---|---|
| 548719 | KILLINGBECK,B | Net 30 Days | 604.36 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 8.0 | GALLON | 97-1212/01 | PHE-13 |
| 13.0 | GALLON | 97-1212/01 | PHE-1 |
| 10.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| 8.0 | GALLON | 97-736/01 | PPG HPC THINNER |
| | | | JOB#11853A01-01 |
| 8.0 | GALLON | 97-1242/01 | PHE-13 |
| 9.0 | GALLON | 97-1212/01 | PHE-1 |
| 14.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| 8.0 | GALLON | 97-736/01 | PPG HPC THINNER |
| | | | JOB#11853A02-01 |

Accepted By:



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER

67932

INVOICE DATE

2/27/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58126 | **548722** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $108,146.98 | $0.00 | 2/27/18 | 3/29/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 3.0 | GALLON | 95-2412/01 | ANSI 61 | 55.94 | 167.82 |
| 3.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 164.82 |
| 3.0 | GALLON | 97-1212/01 | PHE-1 | 58.96 | 176.88 |
| 3.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 131.01 |
| 4.0 | GALLON | 97-736/01 | PPG HPC THINNER | 41.20 | 164.80 |
| | | | JOB#11883A01-01 | | |
| 3.0 | GALLON | 95-2412/01 | ANSI 61 | 55.94 | 167.82 |
| 3.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 164.82 |
| 3.0 | GALLON | 97-1212/01 | PHE-1 | 58.96 | 176.88 |
| 3.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 131.01 |
| 4.0 | GALLON | 97-736/01 | PPG HPC THINNER | 41.20 | 164.80 |
| | | | JOB#11883A02-01 | | |

| | |
|---|---|
| SUBTOTAL | 1,610.66 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,610.66** |

Allied Coatings Technologies, Inc.
4011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58126

Ship Date
Feb 27, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548722 | KILLINGBECK,B | Net 30 Days | 350.40 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 3.0 | GALLON | 95-2412/01 | ANSI 61 |
| 3.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B |
| 3.0 | GALLON | 97-1215/01 | PH5-1 |
| 3.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| 4.0 | GALLON | 97-736/01 | PPG HPC THINNER |
| | | | JOB#11883A01-01 |
| 3.0 | GALLON | 95-2412/01 | ANSI 61 |
| 3.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B |
| 3.0 | GALLON | 97-1212/01 | PH5-1 |
| 3.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| 4.0 | GALLON | 97-736/01 | PPG HPC THINNER |
| | | | JOB#11883A02-01 |

Accepted By: _____ Joe Rowell

2-27-18



# United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

67978

**INVOICE DATE**

3/1/18

| | SHIP TO |
|---|---|
| KOONTZ-WAGNER CSTM CNTRL (IN) | KOONTZ WAGNER POWERHOUSE |
| P.O. BOX 1229 | 4755 AMERITECH DRIVE |
| TULSA, OK  74101 | SOUTH BEND, IN  46628 |
| USA | USA |

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58153 | **548752** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $109,757.64 | $0.00 | 3/1/18 | 3/31/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 11.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 419.21 |
| 11.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 14.22 | 156.42 |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 107.55 |

| | |
|---|---|
| SUBTOTAL | 683.18 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$683.18** |

...atings Technologies, Inc.
. Main Street
n Bend, IN 46601

574.287.4774

# Packing Slip

Packing Slip Numbe
— 58153

Ship Date
Mar 1, 2016

Page

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548752 | KILLINGBECK,B | Net 30 Days | 243.40 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 11.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 11.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER |

Accepted By:



## United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

67979

**INVOICE DATE**

3/1/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58133 | **548719** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $110,440.82 | $0.00 | 3/1/18 | 3/31/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 4.0 | GALLON | 97-1212/01 | PHE-1 | 58.96 | 235.84 |
| 5.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 218.35 |

|  |  |
|---|---|
| SUBTOTAL | 454.19 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$454.19** |

Coatings Technologies, Inc.
1 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58133

Ship Date
Mar 1, 2018

Page
1

**Sold To:**
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5849

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 648712 | KILLINGBECK,B | Net 30 Days | 106.82 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 4.0 | GALLON | 97-1212/01 | PHE-1 |
| 5.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |

Accepted By:



# INVOICE

**INVOICE NUMBER**

68030

**INVOICE DATE**

3/5/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
JOB#11964A01-01
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58202 | **548824** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $98,246.93 | $0.00 | 3/5/18 | 4/4/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 8.0 | GALLON | AT370-3/01 | AMERCOAT 370 WHITE | 38.11 | 304.88 |
| 10.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 381.10 |
| 18.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 14.22 | 255.96 |
| 3.0 | GALLON | 97-736/01 | PPG HPC THINNER | 35.85 | 107.55 |
| 7.0 | GALLON | AT45H3/01 | AMCT 450H WHITE RESIN | 84.84 | 593.88 |
| 9.0 | GALLON | AT45HT2/01 | PHU-99, ANSI 61 | 84.84 | 763.56 |
| 16.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 24.18 | 386.88 |

| | |
|---|---|
| SUBTOTAL | 2,793.81 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,793.81** |

United Coatings Technologies, Inc.
4011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58202

Ship Date
Mar 5, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-287-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
JOB#11964A01-01
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 545824 | KILLINGBECK.B | Net 30 Days | 591.17 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 3.0 | GALLON | AT370-301 | AMERCOAT 370 WHITE |
| 10.0 | GALLON | AT370-230/1 | AMERCOAT 370 PEARL GRAY |
| 18.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 3.0 | GALLON | 97-736/01 | PPG HPC THINNER |
| 7.0 | GALLON | AT45H3/01 | AMCT 450H WHITE RESIN |
| 9.0 | GALLON | AT45HT2/01 | PHU-99, ANSI 61 |
| 16.0 | QUART | AT45H-B/04 | AMCT 450H CURE |

Accepted By


**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574-287-4774

# INVOICE

**INVOICE NUMBER**
68036
**INVOICE DATE**
3/5/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
JOB#11813A04-01
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58201 | **548825** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $101,040.74 | $0.00 | 3/5/18 | 4/4/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 14.0 | GALLON | AT370-3/01 | AMERCOAT 370 WHITE | 38.11 | 533.54 |
| 18.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 685.98 |
| 19.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 14.22 | 270.18 |
| 6.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 215.10 |
| 15.0 | GALLON | AT45H3/01 | AMCT 450H WHITE RESIN | 84.84 | 1,272.60 |
| 18.0 | GALLON | AT45HT2/01 | PHU-96 ASA#70 | 84.84 | 1,527.12 |
| 34.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 24.18 | 822.12 |
| | | | BACKORDER 13 X AT370-B/04,1 X AT45H3/01 | | |

| | |
|---|---|
| SUBTOTAL | 5,326.64 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$5,326.64** |

Coatings Technologies, Inc.
S Main Street
th Bend, IN 46601
GA

574.287.4774

# Packing Slip

Packing Slip Number
58201

Ship Date
Mar 5, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-367-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
JOB#41813A04-01
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548825 | KILLINGBECK,B | Net 30 Days | 992.98 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 14.0 | GALLON | AT370-3/01 | AMERCOAT 370 WHITE |
| 18.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 19.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 8.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| 15.0 | GALLON | AT45H3/01 | AMCT 450H WHITE RESIN |
| 18.0 | GALLON | AT45HT2/01 | PHU-98 ASA#70 |
| 34.0 | QUART | AT45H-D/04 | AMCT 450H CURE |
| | | | BACKORDER 13 X AT370-B/04 ,1 X AT45H3/01 |

Accepted By: _____



# United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER

68044

INVOICE DATE

3/6/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58228 | **548853** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $106,367.38 | $0.00 | 3/6/18 | 4/5/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 12.0 | EACH | 071497662798 | R016 9" PRO FRAME | 7.65 | 91.80 |
| 42.0 | EACH | 726890593100 | 9" PROSUPREME WOVEN 3/8" | 3.85 | 161.70 |
| 96.0 | EACH | 071497644619 | 11" ROLLER TRAY LINER | 0.40 | 38.40 |
| 24.0 | EACH | 080139952678 | PREVAL SPRAYER COMPLETE | 5.04 | 120.96 |
| 24.0 | EACH | 021200056208 | 2050 PAINTERS MASKING TAPE 2" | 6.95 | 166.80 |

| | |
|---|---|
| SUBTOTAL | 579.66 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$579.66** |

d Coatings Technologies, Inc.
1 S Main Street
uth Bend, IN 46601
SA

574.287.4774

# Packing Slip

Packing Slip Number
58228

Ship Date
Mar 6, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| | KILLINGBECK,B | Net 30 Days | 68.84 |

| Qty  U/M | Item | Description |
|---|---|---|
| 12.0 EACH | 071497662798 | R016 9" PRO FRAME |
| 42.0 EACH | 726890593100 | 9" PROSUPREME WOVEN 3/8" |
| 96.0 EACH | 071497644619 | 11" ROLLER TRAY LINER |
| 24.0 EACH | 080139952878 | PREVAL SPRAYER COMPLETE |
| 24.0 EACH | 021200056209 | 2050 PAINTERS MASKING TAPE 2" |

Accepted By: _Billie Joyce_          3-6-18



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER
68052
INVOICE DATE
3/7/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58241 | **548858** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $106,947.04 | $0.00 | 3/7/18 | 4/6/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 72.0 | EACH | 726890278076 | 400 URETHANE SEALANT CLEAR | 3.06 | 220.32 |
| 72.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 61.20 |
| 2.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 BACKORDER TRAY LINERS | 631.80 | 1,263.60 |

| | |
|---|---|
| SUBTOTAL | 1,545.12 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,545.12** |

Allied Coatings Technologies, Inc
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58241

Ship Date
Mar 7, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548858 | KILLINGBECK,B | Net 30 Days | 896.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 72.0 | EACH | 726890278076 | 400 URETHANE SEALANT CLEAR |
| 72.0 | EACH | 047034093011 | SPRAY SOCK |
| 2.0 | DRUM | S-010555 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 |
| | | | BACKORDER TRAY LINERS |

Accepted By: _____  Sue Joppel  3-7-18



**United Coatings Technologies**
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

68056

**INVOICE DATE**

3/5/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (IN)     KOONTZ WAGNER POWERHOUSE
P.O. BOX 1229                                              4755 AMERITECH DRIVE
TULSA, OK  74101                                        SOUTH BEND, IN  46628
USA                                                             USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58190 | **548815** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $106,367.38 | $0.00 | 3/5/18 | 4/4/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 12.0 | GALLON | 95-2412/01 | ASA 70 | 55.94 | 671.28 |
| 12.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 659.28 |
| 4.0 | GALLON | 97-736/01 | PPG HPC THINNER | 41.20 | 164.80 |
| | | | JOB#11791A01-01 | | |
| 12.0 | GALLON | 95-2412/01 | ASA 70 | 55.94 | 671.28 |
| 12.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 659.28 |
| 4.0 | GALLON | 97-736/01 | PPG HPC THINNER | 41.20 | 164.80 |
| | | | JOB#11791A02-01 | | |
| 10.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 381.10 |
| 10.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 14.22 | 142.20 |
| 6.0 | GALLON | 97-640/01 | POLYAMIDE COAL TAR-A | 60.32 | 361.92 |
| 6.0 | QUART | 97-641/04 | POLYAMIDE COAL TAR CATALYST-B | 12.34 | 74.04 |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 143.40 |
| | | | JOB#11878A01-01 | | |

SUBTOTAL     4,093.38

SALES TAX     0.00

FREIGHT     0.00

**TOTAL INVOICE AMOUNT**     **$4,093.38**

ed Coatings Technologies, Inc.
11 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58190

Ship Date
Mar 5, 2018

Page

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548815 | KILLINGBECK,B | Net 30 Days | 950.88 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 12.0 | GALLON | 95-2412/01 | ASA 70 |
| 12.0 | GALLON | 95-240/01 | DTR RAPID COAT CATALYST-B |
| 4.0 | GALLON | 97-736/01 | PPG HPC THINNER |
| | | | JOB#11791A01-01 |
| 12.0 | GALLON | 95-2412/01 | ASA 70 |
| 12.0 | GALLON | 95-240/01 | DTR RAPID COAT CATALYST-B |
| 4.0 | GALLON | 97-736/01 | PPG HPC THINNER |
| | | | JOB#11791A02-01 |
| 10.0 | GALLON | AT370-29/01 | AMERCOAT 370 PEARL GRAY |
| 10.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 8.0 | GALLON | 97-640/01 | POLYAMIDE COAL TAR-A |
| 8.6 | QUART | 97-641/04 | POLYAMIDE COAL TAR CATALYST-B |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#11878A01-01 |

Accepted By



# United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER

68063

INVOICE DATE

3/7/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
job#11836A01-01
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58187 | **548809** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $112,585.54 | $0.00 | 3/7/18 | 4/6/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 20.0 | GALLON | PX700T3/01 | RAL 6021 PALE GREEN | 177.25 | 3,545.00 |
| 20.0 | QUART | PX700-B/04 | PSX 700 CURE | 43.71 | 874.20 |
| 2.0 | GALLON | AT911/01 | AMERCOAT 911 THINNER | 43.58 | 87.16 |

| | | |
|---|---|---|
| SUBTOTAL | | 4,506.36 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$4,506.36** |

...ed Coatings Technologies, Inc
...11 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58187

Ship Date
Mar 7, 2018

Page
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5079

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
job#11836A01-01
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549300 | KILLINGBECK.B | Net 30 Days | 256.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 20.0 | GALLON | PX7007301 | RAL 6021 PALE GREEN |
| 20.0 | QUART | PX700-B004 | PSX 700 CURE |
| 2.0 | GALLON | AT91101 | AMERCOAT 911 THINNER |

Accepted By _____ Joe Rappell

3-7-18



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
68065
**INVOICE DATE**
3/6/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58212 | **548825** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $111,040.42 | $0.00 | 3/6/18 | 4/5/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 13.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 14.22 | 184.86 |
| 1.0 | GALLON | AT45H3/01 | AMCT 450H WHITE RESIN | 84.84 | 84.84 |

| | |
|---|---|
| SUBTOTAL | 269.70 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$269.70** |

ed Coatings Technologies, Inc.
11 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58212

Ship Date
Mar 6, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-367-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548825 | KILLINGBECK,B | Net 30 Days | 140.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 13.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 1.0 | GALLON | AT45H3/01 | AMCT 450H WHITE RESIN |

Accepted By:



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

68066

**INVOICE DATE**

3/6/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58214 | **548840** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $111,310.12 | $0.00 | 3/6/18 | 4/5/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 32.0 | GALLON | AT45SGT3/01 | PHU-101 CFE ELECTRIC BLUE 19 | 84.84 | 2,714.88 |
| 41.0 | QUART | AT45SS-B/04 | AMCT 450H SG CURE B | 24.18 | 991.38 |

| | | |
|---|---|---|
| SUBTOTAL | | 3,706.26 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$3,706.26** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
55214

Ship Date
Mar 6, 2018

Page
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-367-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 542840 | KILLINGBECK,B | Net 30 Days | 385.32 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 32.0 | GALLON | AT46SG T3/01 | PHU-101 CFE ELECTRIC BLUE 19 |
| 41.0 | QUART | AT46SS-B/04 | AMCT 450H SG CURE B |

Accepted By _____  Joe Loffell  3-7-18



# INVOICE

**INVOICE NUMBER**
68107

**INVOICE DATE**
3/9/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58267 | **548899** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $121,067.86 | $0.00 | 3/9/18 | 4/8/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 10.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 381.10 |
| 10.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 14.22 | 142.20 |
| 7.0 | GALLON | 97-640/01 | POLYAMIDE COAL TAR-A | 60.32 | 422.24 |
| 8.0 | QUART | 97-641/04 | POLYAMIDE COAL TAR CATALYST-B | 12.34 | 98.72 |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 107.55 |
| | | | BACKORDER 1 X 97-640/01 | | |

| | | |
|---|---|---|
| SUBTOTAL | | 1,151.81 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$1,151.81** |

...ted Coatings Technologies, Inc.
311 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58267

Ship Date
Mar 9, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 498919 | KILLINGBECK,B | Net 30 Days | 306.28 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 10.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 10.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 7.0 | GALLON | 97-640/01 | POLYAMIDE COAL TAR-A |
| 8.0 | QUART | 97-641/04 | POLYAMIDE COAL TAR CATALYST-B |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | BACKORDER 1 X 97-640/01 |

Accepted By:


**United Coatings Technologies**
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

68108

**INVOICE DATE**

3/9/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58265 | **548858** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $122,219.67 | $0.00 | 3/9/18 | 4/8/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 192.0 | EACH | 071497644619 | 11" ROLLER TRAY LINER | 0.40 | 76.80 |

| | | |
|---|---|---|
| SUBTOTAL | | 76.80 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$76.80** |

_ed Coatings Technologies, Inc._
_011 S. Main Street_
_South Bend, IN  46601_
_USA_

_574.287.4774_

# Packing Slip

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| Purchase Order | SalesRep ID | Payment Terms | Weight |
|---|---|---|---|
| 548858 | KILLINGBECK.B | Net 30 Days | 17.29 |

| Qty   U/M | Item | Description |
|---|---|---|
| 132.0 EACH   071497646419 | | 11" ROLLER TRAY LINER |

Accepted By _____ Joe Rockwell  3-9-18



United Coatings Technologies
101 S. Main Street • South Bend, IN • 46601 • Office: 574-287-4774

# INVOICE

**INVOICE NUMBER**

68109

**INVOICE DATE**

3/9/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58269 | **548840** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $122,296.47 | $0.00 | 3/9/18 | 4/8/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 24.0 | GALLON | AT45SGT3/01 | PHU-101 CFE ELECTRIC BLUE 19 | 84.84 | 2,036.16 |
| 15.0 | QUART | AT45SS-B/04 | AMCT 450H SG CURE B | 24.18 | 362.70 |

| | |
|---|---|
| SUBTOTAL | 2,398.86 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,398.86** |

United Coatings Technologies, Inc
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

**Packing Slip**

Packing Slip Number
58269

Ship Date
Mar 9, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-367-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548940 | KILLINGBECK,B | Net 30 Days | 258.12 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 24.0 | GALLON | AT45SGT3/01 | PHU-101 CFE ELECTRIC BLUE 19 |
| 15.0 | QUART | AT45SS-B/04 | AMCT 450H SG CURE B |

Accepted By:



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

68116

**INVOICE DATE**

3/9/18

| | SHIP TO |
|---|---|
| KOONTZ-WAGNER CSTM CNTRL (IN)<br>P.O. BOX 1229<br>TULSA, OK  74101<br>USA | KOONTZ WAGNER POWERHOUSE<br>4755 AMERITECH DRIVE<br>SOUTH BEND, IN  46628<br>USA |

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58276 | **548899** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $124,695.33 | $0.00 | 3/9/18 | 4/8/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | GALLON | 97-640/01 | POLYAMIDE COAL TAR-A | 60.32 | 60.32 |

| | |
|---|---|
| SUBTOTAL | 60.32 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$60.32** |

# Packing Slip

...ed Coatings Technologies, Inc.
411 S. Main Street
South Bend, IN 46601
USA

574.287.4774

Packing Slip Number
58276

Ship Date
Mar 9, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-367-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548899 | KILLINGBECK.B | Net 30 Days | 9.52 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 1.0 | GALLON | 97-640/01 | POLYAMIDE COAL TAR-A |

Accepted By: _Betty Ryan_          3-9-18


United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
68152
**INVOICE DATE**
3/13/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58296 | **548939** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $118,647.05 | $0.00 | 3/13/18 | 4/12/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 100.0 | EACH | 047034115133 | 5 GALLON STRAINER ELASTIC TOP | 0.87 | 87.00 |
| 72.0 | EACH | 757136000045 | IMPORT CHIP BRUSH 2" | 0.29 | 20.88 |
| 108.0 | EACH | 757136000021 | IMPORT CHIP BRUSH 1" | 0.19 | 20.52 |
| 72.0 | EACH | 757136000069 | IMPORT CHIP BRUSH 3" | 0.44 | 31.68 |

| | | |
|---|---|---|
| SUBTOTAL | | 160.08 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$160.08** |

Allied Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58296

Ship Date
Mar 13, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548939 | KILLINGBECK B | Net 30 Days | 88.00 |

| Qty U/M | Item | Description |
|---|---|---|
| 100.0 EACH | 047034115133 | 5 GALLON STRAINER ELASTIC TOP |
| 72.0 EACH | 757136000045 | IMPORT CHIP BRUSH 2" |
| 108.0 EACH | 757136000021 | IMPORT CHIP BRUSH 1" |
| 72.0 EACH | 757136000069 | IMPORT CHIP BRUSH 3" |

Accepted By: _____ Soe Lwin 3-13-18



# INVOICE

**INVOICE NUMBER**

68203

**INVOICE DATE**

3/14/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58335 | **548967** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $118,647.05 | $0.00 | 3/14/18 | 4/13/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 12.0 | GALLON | 95-2412/01 | ANSI 70 | 55.94 | 671.28 |
| 12.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 659.28 |
| 4.0 | GALLON | 97-736/01 | PPG HPC THINNER | 41.20 | 164.80 |

| | |
|---|---|
| SUBTOTAL | 1,495.36 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,495.36** |

_ed Coatings Technologies, Inc.
_11 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58335

Ship Date
Mar 14, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548987 | KILLINGBECK,B | Net 30 Days | 325.08 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 12.0 | GALLON | 95-2412/01 | ANSI 70 |
| 12.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B |
| 4.0 | GALLON | 97-736/01 | PFG HPC THINNER |

Accepted By:



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

68210

**INVOICE DATE**

3/15/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58357 | **548985** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $120,142.41 | $0.00 | 3/15/18 | 4/14/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 100.0 | EACH | 098262811663 | 5 QT MIX N MEASURE PAIL | 2.90 | 290.00 |
| 100.0 | EACH | DOX251/EA | 32 OZ MIX CUP | 0.40 | 40.00 |
| 100.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL | 2.75 | 275.00 |
| 1.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 631.80 | 631.80 |
| 32.0 | EACH | 071497643391 | MOHAIR 9 X 1/4 COVER | 5.35 | 171.20 |
| 120.0 | EACH | 726890278076 | 400 URETHANE SEALANT CLEAR | 4.25 | 510.00 |
| 12.0 | EACH | 080139952678 | PREVAL SPRAYER COMPLETE | 5.04 | 60.48 |

| | | |
|---|---|---|
| SUBTOTAL | | 1,978.48 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$1,978.48** |

ed Coatings Technologies, Inc.
1 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58357

Ship Date
Mar 15, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-367-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548985 | KILLINGBECK,B | Net 30 Days | 589.84 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 100.0 | EACH | 098262811663 | 5 QT MIX N MEASURE PAIL |
| 100.0 | EACH | DOX251/EA | 32 OZ MIX CUP |
| 100.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL |
| 1.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 |
| 32.0 | EACH | 071497649391 | MOHAIR 9 X 1/4 COVER |
| 120.0 | EACH | 726990278076 | 400 URETHANE SEALANT CLEAR |
| 12.0 | EACH | 080139952678 | PREVAL SPRAYER COMPLETE |

Accepted By:



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
68226
**INVOICE DATE**
3/16/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58369 | **548997** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $123,079.63 | $0.00 | 3/16/18 | 4/15/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 8.0 | GALLON | 95-2412/01 | ASA 70 | 55.94 | 447.52 |
| 8.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 439.52 |
| 2.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 71.70 |
| | | | 11802A01-01 | | |

| | | |
|---|---|---|
| SUBTOTAL | | 958.74 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$958.74** |

Coatings Technologies, Inc.
S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58369

Ship Date
Mar 16, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548997 | KILLINGBECK.B | Net 30 Days | 214.32 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 8.0 | GALLON | 95-2412/01 | ASA 70 |
| 8.0 | GALLON | 95-240/01 | DTR RAPID COAT CATALYST-B |
| 2.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | 11802A01-01 |

Accepted By: _Billie Ryne_     3-16-18



# INVOICE

**INVOICE NUMBER**

68227

**INVOICE DATE**

3/16/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58368 | **548996** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $123,079.63 | $0.00 | 3/16/18 | 4/15/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 9.0 | GALLON | 95-2412/01 | ANSI 61 | 55.94 | 503.46 |
| 9.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 494.46 |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 107.55 |
| | | | 11790A02-01 | | |
| 6.0 | GALLON | 97-1212/01 | PHE-13 | 58.96 | 353.76 |
| 9.0 | GALLON | 97-1212/01 | PHE-1 | 58.96 | 530.64 |
| 15.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 655.05 |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 143.40 |
| | | | 11790A01-01 | | |

| | |
|---|---|
| SUBTOTAL | 2,788.32 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,788.32** |

PACKING SLIP

Coatings Technologies, Inc.
S. Main Street
South Bend, IN 46601
USA

574.287.4774

Packing Slip Number
58368

Ship Date
Mar 16, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-367-5849

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549398 | KILLINGBECK,B | Net 30 Days | 848.58 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 9.0 | GALLON | 95-2412/01 | ANSI 61 |
| 9.0 | GALLON | 95-2480/01 | DTR RAPID COAT CATALYST-B |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | 11790A02-01 |
| 6.0 | GALLON | 97-1212/01 | PHE-13 |
| 9.0 | GALLON | 97-1212/01 | PHE-1 |
| 15.0 | GALLON | 97-1377/01 | AQUAPON HB/SG CATALYST-B |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | 11790A01-01 |

Accepted By: *Billi Ryan*   3-16-18

# United Coatings Technologies

1011 S. Main Street • South Bend, IN • 46601 • Office: 574-287-4774

# INVOICE

**INVOICE NUMBER**

68254

**INVOICE DATE**

3/19/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58370 | **548998** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $117,951.82 | $0.00 | 3/19/18 | 4/18/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 20.0 | GALLON | AK2-T2/01 | LIGHT GRAY | 89.61 | 1,792.20 |
| 20.0 | GALLON | AK2-B/01 | AMLK 2 CURE | 43.59 | 871.80 |
| 6.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 215.10 |
| | | | 11972A01-01 | | |

| | |
|---|---|
| SUBTOTAL | 2,879.10 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,879.10** |

ed Coatings Technologies, Inc.
411 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58370

Ship Date
Mar 19, 2018

Page:
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5619

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548996 | KILLINGBECK,B | Net 30 Days | 578.80 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 20.0 | GALLON | AK2-T2/01 | LIGHT GRAY |
| 20.0 | GALLON | AK2-B/01 | AMLK 2 CURE |
| 6.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | 11972A01-01 |

Accepted By:



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER

68302

INVOICE DATE

3/21/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58428 | **549055** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $120,830.92 | $0.00 | 3/21/18 | 4/20/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 631.80 | 631.80 |
| 24.0 | EACH | 021200056208 | 2050 PAINTERS MASKING TAPE 2" | 6.95 | 166.80 |

|  | |
|---|---|
| SUBTOTAL | 798.60 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$798.60** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58428

Ship Date
Mar 21, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-367-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Oder | SalesRep ID | Payment Terms | Weight |
|---|---|---|---|
| 549055 | KILLINGBECK,B | Net 30 Days | 413.00 |

| Qty U/M | Item | Description | Unit Price | Extension |
|---|---|---|---|---|
| 1.0 DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1283, PG II, ERG 128 | 631.80 | 631.80 |
| 24.0 EACH | 021200562082 | 2050 PAINTERS MASKING TAPE 2" | 6.95 | 166.80 |

| | |
|---|---|
| Subtotal | 798.60 |
| Sales Tax | |
| Freight | 0.00 |
| Total | 798.60 |

Accepted By: _____



# INVOICE

**INVOICE NUMBER**
68305
**INVOICE DATE**
3/21/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58437 | **549058** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $121,629.52 | $0.00 | 3/21/18 | 4/20/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 4.0 | GALLON | 97-1212/01 | PHE-1 | 58.96 | 235.84 |
| 4.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 174.68 |
| 15.0 | GALLON | 95-2412/01 | ASA 70 | 55.94 | 839.10 |
| 15.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 824.10 |
| 3.0 | GALLON | 95-8000/01 | PHU-77 | 50.07 | 150.21 |
| 3.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 32.03 | 96.09 |
| 6.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 215.10 |
| 3.0 | PINT | 97-722/08 | URETHANE ACCELERATOR | 23.76 | 71.28 |

| | | |
|---|---|---|
| SUBTOTAL | | 2,606.40 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$2,606.40** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58437

Ship Date
Mar 21, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549059 | KILLINGBECK,B | Net 30 Days | 549.14 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 4.0 | GALLON | 97-1212/01 | PHE-1 |
| 4.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| 15.0 | GALLON | 95-2412/01 | ASA 70 |
| 15.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B |
| 3.0 | GALLON | 95-8000/01 | PHU-77 |
| 5.0 | QUART | 95-919/04 | PITTHANE ULTRA CATALYST-B |
| 6.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| 3.0 | PINT | 97-722/08 | URETHANE ACCELERATOR |

Accepted By:



# United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

68310

**INVOICE DATE**

3/21/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58372 | **548999** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $124,235.92 | $0.00 | 3/21/18 | 4/20/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 20.0 | GALLON | AK2-T2/01 | LIGHT GRAY | 89.61 | 1,792.20 |
| 20.0 | GALLON | AK2-B/01 | AMLK 2 CURE | 43.59 | 871.80 |
| 15.0 | GALLON | PX700T1/01 | ANSI 61 | 177.25 | 2,658.75 |
| 15.0 | QUART | PX700-B/04 | PSX 700 CURE | 43.71 | 655.65 |
| 6.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 215.10 |
| | | | 11972A02-01 | | |

| | | |
|---|---|---|
| SUBTOTAL | | 6,193.50 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$6,193.50** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58372

Ship Date
Mar 21, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|----------------|--------------|---------------|--------|
| 548999 | KILLINGBECK,B | Net 30 Days | 790.70 |

| Qty | U-M | Item | Description |
|-----|-----|------|-------------|
| 20.0 | GALLON | AK2-T2/01 | LIGHT GRAY |
| 20.0 | GALLON | AK2-B/01 | AMLK 2 CURE |
| 15.0 | GALLON | PX700TH/01 | ANSI 61 |
| 15.0 | QUART | PX700-B/04 | PSX 700 CURE |
| 6.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | 11972A02-01 |

Accepted By *Billie Tyger* 3-21-8



# INVOICE

**INVOICE NUMBER**

68311

**INVOICE DATE**

3/21/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58439 | **548998** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $130,429.42 | $0.00 | 3/21/18 | 4/20/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 15.0 | GALLON | PX700T1/01 | ANSI 61 | 177.25 | 2,658.75 |
| 15.0 | QUART | PX700-B/04 | PSX 700 CURE | 43.71 | 655.65 |
| | | | 11972A01-01 | | |

| | |
|---|---|
| SUBTOTAL | 3,314.40 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$3,314.40** |

Allied Coatings Technologies, Inc.
2011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

**Packing Slip**

Packing Slip Number
58439

Ship Date
Mar 21, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 648968 | KILLINGBECK,B | Net 30 Days | 183.86 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 15.0 | GALLON | PX700T1/01 | ANSI 61 |
| 16.0 | QUART | PX700-B/04 | PSX 700 CURE |
| | | | 11972A01-01 |

Accepted By: _Billie Ryan_    3-21-18



# United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
68364
**INVOICE DATE**
3/23/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58461 | **549098** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $133,743.82 | $0.00 | 3/23/18 | 4/22/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 10.0 | GALLON | 97-1212/01 | PHE-1 | 58.96 | 589.60 |
| 7.0 | GALLON | 97-1212/01 | PHE-13 | 58.96 | 412.72 |
| 17.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 742.39 |

| | | |
|---|---|---|
| SUBTOTAL | 1,744.71 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,744.71** |

...ed Coatings Technologies, Inc.
...11 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58461

Ship Date
Mar 23, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548098 | KILLINGBECK,B | Net 30 Days | 417.82 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 10.0 | GALLON | 97-1212/01 | PHE-1 |
| 7.0 | GALLON | 97-1212/01 | PHE-43 |
| 17.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |

Accepted By:



# United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
68467

**INVOICE DATE**
3/28/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58552 | **549174** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $120,422.09 | $0.00 | 3/28/18 | 4/27/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 36.0 | EACH | 726890593100 | 9" PROSUPREME WOVEN 3/8" | 3.85 | 138.60 |

| | |
|---|---|
| SUBTOTAL | 138.60 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$138.60** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58552

Ship Date
Mar 28, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA
574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549174 | KILLINGBECK,B | Net 30 Days | |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 36.0 | EACH | 726390593100 | 9" PROSUPREME WOVEN 3/8" |

Accepted By:



# INVOICE

**INVOICE NUMBER**
68477

**INVOICE DATE**
3/29/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58571 | **549190** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $120,560.69 | $0.00 | 3/29/18 | 4/28/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | GALLON | QAP701/01 | SPECTRACRON WASH PRIMER-A | 69.22 | 346.10 |
| 5.0 | GALLON | QAP702/01 | SPECTRACRON WASH PRIMER-B | 34.54 | 172.70 |
| | | | JOB#11973A04-01 | | |
| 15.0 | GALLON | 95-2412/01 | ASA#70 | 55.94 | 839.10 |
| 15.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 824.10 |
| 3.0 | GALLON | 95-8000/01 | PHU-77 BLACK | 50.07 | 150.21 |
| 3.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 32.03 | 96.09 |
| 6.0 | GALLON | 97-736/01 | PPG HPC THINNER | 41.20 | 247.20 |
| 3.0 | PINT | 97-722/08 | URETHANE ACCELERATOR | 23.76 | 71.28 |
| | | | JOB#11273A01-01 | | |
| 10.0 | GALLON | 97-1212/01 | PHE-1 ABSI 61 | 58.96 | 589.60 |
| 7.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE | 58.96 | 412.72 |
| 17.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 742.39 |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 143.40 |
| | | | JOB#11791A02-01 | | |

| | |
|---|---|
| SUBTOTAL | 4,634.89 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$4,634.89** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58571

Ship Date
Mar 29, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-367-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549190 | KILLINGBECK,B | Net 30 Days | 873.32 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 5.0 | GALLON | QAP701/01 | SPECTRACRON WASH PRIMER-A |
| 5.0 | GALLON | QAP702/01 | SPECTRACRON WASH PRIMER-B |
| | | | JOB#11273A04-01 |
| 15.0 | GALLON | 95-2412/01 | ASA#70 |
| 15.0 | GALLON | 95-240/01 | DTR RAPID COAT CATALYST-B |
| 3.0 | GALLON | 95-8000/01 | PHU-77 BLACK |
| 3.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B |
| 6.0 | GALLON | 97-736/01 | PPG HPC THINNER |
| 3.0 | PINT | 97-722/08 | URETHANE ACCELERATOR |
| | | | JOB#11273A01-01 |
| 10.0 | GALLON | 97-1212/01 | PHE-1 ABSI 61 |
| 7.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE |
| 17.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#11791A02-01 |

Accepted By: _Billie Tyson_ 3-29-18



## United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
68478
**INVOICE DATE**
3/29/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58573 | **549189** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $125,195.58 | $0.00 | 3/29/18 | 4/28/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 10.0 | GALLON | 95-2412/01 | ASA 70 | 55.94 | 559.40 |
| 10.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 549.40 |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER | 41.20 | 164.80 |
| | | | job#11931a02-01 | | |
| 10.0 | GALLON | 95-2412/01 | ASA 70 | 55.94 | 559.40 |
| 10.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 549.40 |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER | 41.20 | 164.80 |
| | | | JOB#11931A01-01 | | |

| | | |
|---|---|---|
| SUBTOTAL | | 2,547.20 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$2,547.20** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58573

Ship Date
Mar 29, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | SalesRep ID | Payment Terms | Weight |
|---|---|---|---|
| 548108 | KILLINGBECK,B | Net 30 Days | 559.20 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 10.0 | GALLON | 95-2412/01 | ASA 70 |
| 10.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | job#11931a02-01 |
| 10.0 | GALLON | 95-2412/01 | ASA 70 |
| 10.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#11931A01-01 |

Accepted By: _____



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
68499

INVOICE DATE:
3/30/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58578 | **549174** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $119,761.28 | $0.00 | 3/30/18 | 4/29/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | EACH | 726890593100 | 9" PROSUPREME WOVEN 3/8" | 3.85 | 23.10 |

| | | |
|---|---|---|
| SUBTOTAL | | 23.10 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$23.10** |

_ed Coatings Technologies, Inc._
011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58578

Ship Date
Mar 30, 2016

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548174 | KILLINGBECK,B | Net 30 Days | |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 6.0 | EACH | 726890593100 | 9" PROSUPREME WOVEN 3/8" |

Accepted By: _____



# INVOICE

**INVOICE NUMBER**

68503

**INVOICE DATE**

3/30/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58591 | **549190** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $119,888.14 | $0.00 | 3/30/18 | 4/29/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | GALLON | QAP701/01 | SPECTRACRON WASH PRIMER-A | 69.22 | 69.22 |
| 1.0 | GALLON | QAP702/01 | SPECTRACRON WASH PRIMER-B | 34.54 | 34.54 |

| | |
|---|---|
| SUBTOTAL | 103.76 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$103.76** |

Coatings Technologies, Inc.
S. Main Street
uth Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58591

Ship Date
Mar 30, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548180 | KILLINGBECK,B | Net 30 Days | 18.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 1.0 | GALLON | QAP701/01 | SPECTRACRON WASH PRIMER-A |
| 1.0 | GALLON | QAP702/01 | SPECTRACRON WASH PRIMER-B |

Accepted By:


United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
68517
**INVOICE DATE**
4/2/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58598 | **549224** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $119,888.14 | $0.00 | 4/2/18 | 5/2/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 2.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 631.80 | 1,263.60 |
| 48.0 | EACH | 079239661009 | 2300 CLEAR GEOCEL CAULK | 6.50 | 312.00 |

| | |
|---|---|
| SUBTOTAL | 1,575.60 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,575.60** |

S. Main Street
South Bend, IN 46601
USA

574.287.4774

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-367-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549224 | KILLINGBECK,B | Net 30 Days | 820.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 2.0 DRUM | | 3-019055 | HM: PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 |
| 48.0 EACH | | 679.23986T902 | 2300 CLEAR GEOCEL CAULK |

Accepted By _____                    4-2-18



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

68518

**INVOICE DATE**

4/2/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58597 | **549224** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $121,463.74 | $0.00 | 4/2/18 | 5/2/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 24.0 | EACH | 021200056208 | 2050 PAINTERS MASKING TAPE 2" | 6.95 | 166.80 |

| | |
|---|---|
| SUBTOTAL | 166.80 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$166.80** |

ed Coatings Technologies, Inc.
11 S Main Street
South Bend IN 46601
USA

574 287 4774

# Packing Slip

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 649229 | KILLINGBECK,B | Net 30 Days | 24.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 24.0 | EACH | 621200056208 | 2050 PAINTERS MASKING TAPE 2" |

Accepted By: _____  Schobber,  4-2-18



# INVOICE

**INVOICE NUMBER**
68592
**INVOICE DATE**
4/5/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58667 | **549291** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $121,630.54 | $0.00 | 4/5/18 | 5/5/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 100.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL | 2.75 | 275.00 |
| 36.0 | EACH | 021200056185 | 2050 PAINTERS MASKING TAPE 1" | 3.72 | 133.92 |

| | |
|---|---|
| SUBTOTAL | 408.92 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$408.92** |

# Packing Slip

Packing Slip Numbe
58667

Ship Date
Apr 5, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549291 | KILLINGBECK,B | Net 30 Days | 52.00 |

| Qty   U/M | Item | Description |
|---|---|---|
| 100.0 EACH | 093262105007 | PAPER 5 QT PAINT PAIL |
| 36.0 EACH | 021200551 85 | 2050 PAINTERS MASKING TAPE 1" |

Accepted By: _____ Joe R Mitchell  4-5-18



# INVOICE

**INVOICE NUMBER:**

68613

**INVOICE DATE:**

4/6/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

TIM EBERLE
902 INCENTIVE DRIVE
260-497-0520, 260-417-0936
FORT WAYNE, IN  46825
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58653 | **549268** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $102,287.52 | $0.00 | 4/6/18 | 5/6/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | GALLON | 95-8001/01 | PITTHANE ULTRA WHITE BASE-A-PHU-15 OYSTER GLOW WHITE | 50.07 | 50.07 |
| 1.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 32.03 | 32.03 |

| | |
|---|---|
| SUBTOTAL | 82.10 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$82.10** |

ed Coatings Technologies, Inc.
11 S. Main Street
South Bend, IN 46601
USA

574 287 4774

# Packing Slip

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-367-5619

TIM EBERLE
902 INCENTIVE DRIVE
260-497-0520, 260-417-0936
FORT WAYNE, IN 46825
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549266 | KILLINGBECK,B | Net 30 Days | 14.75 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 1.0 | GALLON | 95-8001/01 | PITTHANE ULTRA WHITE BASE-A-PHU-15 OYSTER GLOW WHITE |
| 1.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B |

ccepted By:



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

68632

**INVOICE DATE**

4/9/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58692 | **549325** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $102,369.62 | $0.00 | 4/9/18 | 5/9/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 12.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 457.32 |
| 12.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 14.22 | 170.64 |
| 8.0 | GALLON | 97-640/01 | POLYAMIDE COAL TAR-A | 60.32 | 482.56 |
| 8.0 | QUART | 97-641/04 | POLYAMIDE COAL TAR CATALYST-B | 12.34 | 98.72 |
| 5.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 179.25 |
| 9.0 | GALLON | 95-2412/01 | DTR RAPID COAT WHITE BASE-A-ansi 61 | 55.94 | 503.46 |
| 9.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 494.46 |
| 4.0 | GALLON | 97-736/01 | PPG HPC THINNER | 41.20 | 164.80 |

| | |
|---|---|
| SUBTOTAL | 2,551.21 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,551.21** |

Coatings Technologies, Inc
S. Main Street
uth Bend, IN 46601
USA

574 287 4774

# Packing Slip

Packing Slip Number
58692

Ship Date
Apr 9, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5849

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549325 | KILLINGBECK.B | Net 30 Days | 871.04 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 12.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 12.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 8.0 | GALLON | 97-840/01 | POLYAMIDE COAL TAR A |
| 8.0 | QUART | 97-841/04 | POLYAMIDE COAL TAR CATALYST-B |
| 5.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| 9.0 | GALLON | 95-2412/01 | DTR RAPID COAT WHITE BASE-A-ansi 81 |
| 9.0 | GALLON | 95-2439/01 | DTR RAPID COAT CATALYST-B |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER |

Accepted By: _Billie Byrne_       4-7-18

# United Coatings Technologies

1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
68670
**INVOICE DATE**
4/11/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58746 | **549384** | Net 30 Days | |
| **PREVIOUS BALANCE** | **DISCOUNT IF PAID BY DISC DATE** | **DISCOUNT DATE** | **INV DUE DATE** |
| $104,920.83 | $0.00 | 4/11/18 | 5/11/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 30.0 | GALLON | 95-2412/01 | ANSI 70 | 55.94 | 1,678.20 |
| 6.0 | GALLON | 95-8000/01 | PHU-77 BLACK | 50.07 | 300.42 |
| 30.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE | 58.96 | 1,768.80 |

| | | |
|---|---|---|
| SUBTOTAL | | 3,747.42 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$3,747.42** |

_d Coatings Technologies, Inc_
_11 S. Main Street_
_South Bend, IN 46601_
_USA_

_574.287.4774_

# Packing Slip

Packing Slip Number
58746

Ship Date
Apr 11, 2018

Page
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549384 | KILLINGBECK,B | Net 30 Days | 781.52 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 30.0 | GALLON | 95-7412/01 | ANSI 70 |
| 6.0 | GALLON | 95-8480/01 | PHU-77 BLACK |
| 30.0 | GALLON | 87-1212/01 | PHE-13 PORCELAIN WHITE |

Accepted By: _____



# INVOICE

**INVOICE NUMBER**
68674
**INVOICE DATE**
4/11/18

**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58743 | **549376** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $108,668.25 | $0.00 | 4/11/18 | 5/11/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 12.0 | EACH | 080139952678 | PREVAL SPRAYER COMPLETE | 5.04 | 60.48 |
| 36.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 30.60 |
| 5.0 | EACH | 051141386928 | 3M LENS COVERS 10 PACK | 13.63 | 68.15 |

| | |
|---|---|
| SUBTOTAL | 159.23 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$159.23** |

Allied Coatings Technologies, Inc.
2611 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58743

Ship Date
Apr 11, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548576 | KILLINGBECK B | Net 30 Days | 35.00 |

| Qty   U/M | Item | Description |
|---|---|---|
| 12.0 EACH | 080139952678 | PREVAL SPRAYER COMPLETE |
| 36.0 EACH | 047034093011 | SPRAY SOCK |
| 5.0 EACH | 051141386928 | 3M LENS COVERS 10 PACK |

Accepted By: _____  Joe Kovall  4-11-18



# United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
68684
**INVOICE DATE**
4/11/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58748 | **549384** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $108,827.48 | $0.00 | 4/11/18 | 5/11/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 30.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 1,648.20 |
| 6.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 32.03 | 192.18 |
| 8.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 286.80 |
| 30.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 1,310.10 |
| 30.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 32.03 | 960.90 |
| 10.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 358.50 |

| | |
|---|---|
| SUBTOTAL | 4,756.68 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$4,756.68** |

Allied Coatings Technologies, Inc.
4011 S. Main Street
South Bend, IN 46601
USA

574 287 4774

# Packing Slip

Packing Slip Number
58748

Ship Date
Apr 11, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549384 | KILLINGBECK.B | Net 30 Days | 988.20 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 30.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B |
| 6.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| 30.0 | GALLON | 95-137/01 | AQUAPON HB/SG CATALYST-B |
| 30.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B |
| 10.0 | GALLON | 97-735/01 | PPG HPC THINNER |

Accepted By     Joe Raffell     4-11-18



## United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

68690

**INVOICE DATE**

4/12/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58755 | **549384** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $113,584.16 | $0.00 | 4/12/18 | 5/12/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 15.0 | GALLON | 95-8001/01 | PHU-25 RAILROAD BEIGE | 50.07 | 751.05 |
| 12.0 | GALLON | 95-8001/01 | PHU-13 PORCELAIN WHITE | 50.07 | 600.84 |

| | |
|---|---|
| SUBTOTAL | 1,351.89 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,351.89** |

Allied Coatings Technologies, Inc.
4011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

Packing Slip

Packing Slip Numbe
58755

Ship Date
Apr 12, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|----------------|--------------|---------------|--------|
| 549384 | KILLINGBECK,B | Net 30 Days | 333.45 |

| Qty   U/M | Item | Description |
|-----------|------|-------------|
| 15.0GALLON  95-8001/01 | | PHU-26 RAILROAD BEIGE |
| 12.0GALLON  95-8001/01 | | PHU-13 PORCELAIN WHITE |

Accepted By: _James Knotts_



# INVOICE

United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

**INVOICE NUMBER**
68721

**INVOICE DATE**
4/12/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58767 | **549423** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $114,936.05 | $0.00 | 4/12/18 | 5/12/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 631.80 | 631.80 |

| | |
|---|---|
| SUBTOTAL | 631.80 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$631.80** |

_0 Coatings Technologies, Inc._
_11 S. Main Street_
_South Bend, IN 46601_
_USA_

_574.287.4774_

# Packing Slip

Packing Slip Number
58767

Ship Date
Apr 12, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549423 | KILLINGBECK,B | Net 30 Days | 399.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 1 | 19 DRUM | S-019555 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 |

Accepted By: _Billie Rogers_



# INVOICE

**INVOICE NUMBER**
68722
**INVOICE DATE**
4/13/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58769 | **549384** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $115,567.85 | $0.00 | 4/13/18 | 5/13/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 3.0 | GALLON | 95-8001/01 | PHU-13 PORCELAIN WHITE | 50.07 | 150.21 |

| | |
|---|---|
| SUBTOTAL | 150.21 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$150.21** |

# Packing Slip

11 S. Main Street
South Bend, IN 46601
USA

574.287.4774

Packing Slip Number
55769

Ship Date
Apr 13, 2016

Page
1

Sold To:
**KOONTZ-WAGNER CSTM CNTRL (IN)**
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

*KOONTZ WAGNER POWERHOUSE*
*4755 AMERITECH DRIVE*
*SOUTH BEND, IN 46628*
*USA*

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548384 | *KILLINGBECK,B* | *Net 30 Days* | 37.65 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 3 | GALLON | 95-808103 | *FHU-13 PORCELAIN WHITE* |

Accepted By _Billie Fryer_  4-13-18



# United Coatings Technologies

1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

68723

**INVOICE DATE**

4/13/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58768 | **549376** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $115,718.06 | $0.00 | 4/13/18 | 5/13/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 24.0 | EACH | 080139952678 | PREVAL SPRAYER COMPLETE | 5.04 | 120.96 |
| 36.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 30.60 |
| 25.0 | EACH | 051141386928 | 3M LENS COVERS 10 PACK | 13.63 | 340.75 |

| | |
|---|---|
| SUBTOTAL | 492.31 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$492.31** |

...ed Coatings Technologies, Inc.
...11 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58768

Ship Date
Apr 13, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549376 | KILLINGBECK,B | Net 30 Days | 67.00 |

| Qty U/M | Item | Description |
|---|---|---|
| 24.0 EACH | 080139952679 | PREVAL SPRAYER COMPLETE |
| 36.0 EACH | 047034093011 | SPRAY SOCK |
| 23.0 EACH | 051141388926 | 3M LENS COVERS 10 PACK |

Accepted By _Billie Byer_          4-15-18

# United Coatings Technologies

1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
68734

INVOICE DATE:
4/11/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

WILLIAM J HUGHES TECH CENTER
ATLANTIC CITY INTER AIRPORT
SCALFO ELECTRIC ED ALICEA
ATLANTIC CITY, NJ 08405
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58636 | 549272 | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $113,584.16 | $0.00 | 4/11/18 | 5/11/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | GALLON | 97-1212/01 | AQUAPON HB/SG WHITE BASE-A-PHE-2 ANSI 70 | 58.96 | 58.96 |
| 1.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 43.67 |
| 1.0 | GALLON | 7-814/01 | INDUSTRIAL I-E/G WHITE/PASTEL-ANSI 70 | 42.80 | 42.80 |
| 1.0 | EACH | 047719222422 | SKID-TEX (1 LB) | 2.59 | 2.59 |

|  | |
|---|---|
| SUBTOTAL | 148.02 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$148.02** |



# United Coatings Technologies

1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

68755

**INVOICE DATE**

4/13/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58791 | **549384** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $116,358.39 | $0.00 | 4/13/18 | 5/13/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 4.0 | PINT | 97-722/08 | URETHANE ACCELERATOR | 23.76 | 95.04 |
| | | | COMPLETES ORDER | | |

| | |
|---|---|
| SUBTOTAL | 95.04 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$95.04** |

...ed Coatings Technologies, Inc.
811 S. Main Street
South Bend, IN  46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58791

Ship Date
Apr 13, 2018

Page
1

Sold To:
**KOONTZ-WAGNER CSTM CNTRL (IN)**
P.O. BOX 1229
TULSA, OK  74101
USA

574-387-5819

*KOONTZ WAGNER POWERHOUSE*
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549384 | *KILLINGBECK, B* | *Net 30 Days* | 8 12 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 4.0 | PINT | 97-72208 | URETHANE ACCELERATOR |
| | | | COMPLETES ORDER |

ccepted By _Billie Tyson_     4-18-18



# INVOICE

**INVOICE NUMBER**
68762
**INVOICE DATE**
4/16/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58798 | **549445** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $97,134.13 | $0.00 | 4/16/18 | 5/16/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 120.0 | EACH | 726890278076 | 400 URETHANE SEALANT CLEAR | 3.06 | 367.20 |
| 2.0 | BOX | P15529/69 | PPG PAINT STIR STICK 21' (250) | | |

| | |
|---|---|
| SUBTOTAL | 367.20 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$367.20** |

_...ed Coatings Technologies, Inc._
411 S. Main Street
South Bend, IN 46601
USA

574.281.4774

# Packing Slip

Packing Slip Number
58798

Ship Date
Apr 16, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 546445 | KILLINGBECK,B | Net 30 Days | 128.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 126.0 | EACH | 726390229076 | 400 URETHANE SEALANT CLEAR |
| 2.0 | BOX | P1552969 | PPG PAINT STIR STICK 21" (250) |

4-16-18

Accepted By: _____ — Joe _____



# United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
68840

**INVOICE DATE**
4/19/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58884 | **549551** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $97,501.33 | $0.00 | 4/19/18 | 5/19/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 2.0 | GALLON | 97-1212/01 | PHE-1 ANSI 61 | 58.96 | 117.92 |
| 2.0 | GALLON | 97-1212/01 | PHE-13 PORECELAIN WHITE | 58.96 | 117.92 |
| 4.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 174.68 |
| 2.0 | GALLON | 97-1212/01 | PHE-1 | 58.96 | 117.92 |
| 2.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE | 58.96 | 117.92 |
| 4.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 174.68 |
| | | | 11791A02-01 | | |
| 3.0 | GALLON | AT45HT2/01 | PHU-99 ANSI 61 | 84.84 | 254.52 |
| 3.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 24.18 | 72.54 |
| | | | 11973A04-01 | | |
| 6.0 | GALLON | 95-8001/01 | PHU-25 RAILROAD BEIGE | 50.07 | 300.42 |
| 6.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 32.03 | 192.18 |
| | | | 11273A01-01 | | |

| | | |
|---|---|---|
| SUBTOTAL | | 1,640.70 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$1,640.70** |

# Packing Slip

K... Industrial Technologies, Inc.
... S. Main Street
South Bend, IN 46601
USA

574 ... ...

Packing Slip Number
5888...

Ship Date
Apr 19, 2018

Page

Sold To:
KOONTZ-WAGNER CSTM CNTRL INC
P.O. BOX 1221
TULSA, OK 74101
USA

574-381-5640

KOONTZ WAGNER POWERHOUSE
4255 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Order ID | ... Terms | ... |
|---|---|---|---|
| 5888... | KCLIK43B03-5 | ... | $36.00 |

| Qty | UM | Item | Description |
|---|---|---|---|
| | | | |

Accepted By: _____ Joe ... 4-20-18


**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

68867

**INVOICE DATE**

4/23/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58903 | **549568** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $99,142.03 | $0.00 | 4/23/18 | 5/23/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 631.80 | 631.80 |

| | |
|---|---|
| SUBTOTAL | 631.80 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$631.80** |

Coatings Technologies, Inc.
S. Main Street
uth Bend, IN 46601
USA

574.287.4774

**Packing Slip**

Packing Slip Number
58903

Ship Date
Apr 23, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549568 | KILLINGBECK,B | Net 30 Days | 369.00 |

| Qty U/M | Item | Description |
|---|---|---|
| 1.0 DRUM  S-0105/55 | | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 |

Accepted By _____    4-23-18



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER
68900
INVOICE DATE
4/25/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58952 | **549612** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $99,773.83 | $0.00 | 4/25/18 | 5/25/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 3.0 | GALLON | AT45HT2/01 | PHU-99 ANSI 61 | 84.84 | 254.52 |
| 3.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 24.18 | 72.54 |
| 1.0 | GALLON | AT765/01 | AMERCOAT 65 THINNER | 29.00 | 29.00 |

| | |
|---|---|
| SUBTOTAL | 356.06 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$356.06** |

Allied Coatings Technologies, Inc
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58952

Ship Date
Apr 25, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549612 | KILLINGBECK,B | Net 30 Days | 48.13 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 3.0 | GALLON | AT46HT7/01 | PHU-29 ANSI 61 |
| 3.0 | QUART | AT464-B/04 | AMCT 450H CURE |
| 1.0 | GALLON | AT765/01 | AMERCOAT 65 THINNER |

Accepted By _____



United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
68910
**INVOICE DATE**
4/24/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58921 | **549583** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $99,773.83 | $0.00 | 4/24/18 | 5/24/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 36.0 | EACH | 726890593100 | 9" PROSUPREME WOVEN 3/8" | 3.85 | 138.60 |
| 24.0 | EACH | 021200056208 | 2050 PAINTERS MASKING TAPE 2" | 6.95 | 166.80 |

| | |
|---|---|
| SUBTOTAL | 305.40 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$305.40** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Numbe
58921*

Ship Date
Apr 24, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-367-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549593 | KILLINGBECK,B | Net 30 Days | 24.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 36.0 | EACH | 725890593100 | 8" PROSUPREME WOVEN 3/8" |
| 24.0 | EACH | 021200058209 | 2050 PAINTERS MASKING TAPE 2" |

Accepted By: _____



United Coatings Technologies
1011 S. Main Street · South Bend, IN · 46601 · Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

68911

**INVOICE DATE**

4/25/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
| --- | --- | --- | --- |
| 58930 | **549591** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $100,435.29 | $0.00 | 4/25/18 | 5/25/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- |
| 10.0 | GALLON | 97-1212/01 | PHE-2, ANSI 70 | 58.96 | 589.60 |
| 5.0 | GALLON | 97-1212/01 | PHE-13, PORCELAIN WHITE | 58.96 | 294.80 |
| 15.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 655.05 |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 107.55 |
| | | | 11931A01-01 | | |
| 9.0 | GALLON | 95-2412/01 | ANSI 61 | 55.94 | 503.46 |
| 9.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 494.46 |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 107.55 |
| | | | 11790A02-01 | | |
| 3.0 | GALLON | 97-1212/01 | PHE-2, ANSI 70 | 58.96 | 176.88 |
| 2.0 | GALLON | 97-1212/01 | PHE-13, PORCELAIN WHITE | 58.96 | 117.92 |
| 5.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 218.35 |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 107.55 |
| | | | 11791A02-01 | | |

| | |
| --- | --- |
| SUBTOTAL | 3,373.17 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |

Allied Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN  46601
USA

574.287.4774

# Packing Slip

Packing Slip Numbe
58930

Ship Date
Apr 25, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

574-387-5819

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549591 | KILLINGBECK,B | Net 30 Days | 784.86 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 15.0 | GALLON | 97-1212/01 | PHE-2, ANSI 70 |
| 5.0 | GALLON | 97-1212/01 | PHE-13, PORCELAIN WHITE |
| 15.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | 11931A01-01 |
| 9.0 | GALLON | 96-2412/01 | ANSI 61 |
| 9.0 | GALLON | 96-249/01 | DTR RAPID COAT CATALYST-B |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | 11790A02-01 |
| 3.0 | GALLON | 97-1212/01 | PHE-2, ANSI 70 |
| 2.0 | GALLON | 97-1212/01 | PHE-13, PORCELAIN WHITE |
| 5.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | 11791A02-01 |

Accepted By:



# United Coatings Technologies

1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
68942
**INVOICE DATE**
4/25/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58959 | **549622** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $104,695.27 | $0.00 | 4/25/18 | 5/25/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 72.0 | EACH | 726890278076 | 400 URETHANE SEALANT CLEAR | 3.06 | 220.32 |
| 96.0 | EACH | 079239661009 | 2300 CLEAR GEOCEL CAULK | 6.50 | 624.00 |
| 2.0 | EACH | 726890120504 | PAINT THINNER 2-1/2 GALLON | 21.25 | 42.49 |

| | |
|---|---|
| SUBTOTAL | 886.81 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$886.81** |

United Coatings Technologies, Inc.
4011 S Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58959

Ship Date
Apr 25, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| | KILLINGBECK,B | Net 30 Days | 190.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 72.0 | EACH | 726890278076 | 400 URETHANE SEALANT CLEAR |
| 96.0 | EACH | 079239861009 | 2300 CLEAR GEOCEL CAULK |
| 2.0 | EACH | 726890120504 | PAINT THINNER 2-1/2 GALLON |

Accepted By:



# United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
69008
**INVOICE DATE**
4/30/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59005 | **549690** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $87,750.86 | $0.00 | 4/30/18 | 5/30/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | GALLON | 97-1212/01 | AQUAPON HB/SG WHITE BASE-A PHE-13 | 58.96 | 353.76 |
| 6.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 262.02 |

| | | |
|---|---|---|
| SUBTOTAL | 615.78 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$615.78** |

Coatings Technologies, Inc.
S. Main Street
uth Bend, IN 46601
SA

574.287.4774

# Packing Slip

Packing Slip Number
59005

Ship Date
Apr 30, 2016

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

574-387-5819

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549800 | KILLINGBECK,B | Net 30 Days | 647.38 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 6.0 | GALLON | 97-1212/01 | AQUAPON HB/SG WHITE BASE-A PHE-13 |
| 6.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |

Accepted By



# INVICE

**INVOICE NUMBER**
69023
**INVOICE DATE**
5/1/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59013 | **549727** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $87,750.86 | $0.00 | 5/1/18 | 5/31/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 4.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE | 58.96 | 235.84 |
| 6.0 | GALLON | 97-1212/01 | PHE-2 ASA#70 | 58.96 | 353.76 |
| 10.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 436.70 |
| 2.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 71.70 |
| | | | JOB#11802A01-01 | | |
| 7.0 | GALLON | 97-1212/01 | PHE-13 | 58.96 | 412.72 |
| 10.0 | GALLON | 97-1212/01 | PHE-2 ASA#70 | 58.96 | 589.60 |
| 17.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 742.39 |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 143.40 |
| | | | JOB#11791A03-01 | | |
| 5.0 | GALLON | 97-1212/01 | PHE-13 | 58.96 | 294.80 |
| 5.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 218.35 |
| 6.0 | GALLON | 95-8001/01 | PHU-25 RAILROAD BEIGE | 50.07 | 300.42 |
| 6.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 32.03 | 192.18 |
| | | | JOB#11273A01-01 | | |

| | | |
|---|---|---|
| SUBTOTAL | | 3,991.86 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$3,991.86** |

**Pierce Coatings Technologies, Inc.**
011 S Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Numbe
59013

Ship Date
May 1, 2018

Page
1

**Sold To**
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-367-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549727 | KILLINGBECK B | Net 30 Days | 821 22 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 4.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE |
| 6.0 | GALLON | 97-1212/01 | PHE-2 ASA#70 |
| 10.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| 2.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#11802A01-01 |
| 7.0 | GALLON | 97-1212/01 | PHE-13 |
| 10.0 | GALLON | 97-1212/01 | PHE-2 ASA#70 |
| 17.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#11791A03-01 |
| 5.0 | GALLON | 97-1212/01 | PHE-13 |
| 5.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| 8.0 | GALLON | 95-8001/01 | PHU-25 RAILROAD BEIGE |
| 6.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B |
| | | | JOB#11273A01-01 |

Accepted By: _____



# INVOICE

**INVOICE NUMBER**
69024
**INVOICE DATE**
5/1/18

United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59022 | | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $91,742.72 | $0.00 | 5/1/18 | 5/31/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 44.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 1,676.84 |
| 44.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 14.22 | 625.68 |
| 10.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 358.50 |

| | |
|---|---|
| SUBTOTAL | 2,661.02 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,661.02** |

and Coatings Technologies, Inc.
711 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59022

Ship Date
May 1, 2018

Page
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549738 | KILLINGBECK,B | Net 30 Days | 858.00 |

| Qty   U/M | Item | Description |
|---|---|---|
| 44.0 GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 44.0 QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 10.0 GALLON | 97-735/01 | PPG HPC THINNER |

Accepted By: _____     Joe Lovell     5-1-18



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER

69031

INVOICE DATE

5/1/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59014 | **549726** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $94,403.74 | $0.00 | 5/1/18 | 5/31/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 4.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WITE | 58.96 | 235.84 |
| 3.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 131.01 |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 143.40 |
| | | | JOB#11790A02-01 | | |
| 10.0 | GALLON | 95-2412/01 | ANSI 61 | 55.94 | 559.40 |
| 10.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 549.40 |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 107.55 |
| | | | JOB#11874A01-01 | | |

| | |
|---|---|
| SUBTOTAL | 1,726.60 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,726.60** |

Allied Coatings Technologies, Inc

1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
39014

Ship Date
May 1, 2018

Page
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5810

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549726 | KILLINGBECK.B | Net 30 Days | 388.56 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 4.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE |
| 3.0 | GALLON | 97-1337/01 | AQUAPON H9/SG CATALYST-D |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#11790A02-01 |
| 10.0 | GALLON | 95-2412/01 | ANSI 61 |
| 10.0 | GALLON | 95-240/01 | DTR RAPID COAT CATALYST-B |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#11874A01-01 |

Accepted By: _____

 United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

69046

**INVOICE DATE**

5/2/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59034 | **549738** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $96,130.34 | $0.00 | 5/2/18 | 6/1/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 24.0 | EACH | 757136000045 | IMPORT CHIP BRUSH 2" | 0.29 | 6.96 |
| 24.0 | EACH | 071497643391 | MOHAIR 9 X 1/4 COVER | 5.35 | 128.40 |

| | |
|---|---|
| SUBTOTAL | 135.36 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$135.36** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59034

Ship Date
May 2, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 540738 | KLINGBECK,B | Net 30 Days | 8.88 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 24.0 EACH | 757136000045 | IMPORT CHIP BRUSH 2" |
| 24.0 EACH | 071407643391 | MOHAIR 9 X 1/4 COVER |

Accepted By _____  Joe Rosselli 5-2-18



# INVOICE

**INVOICE NUMBER**
69048

**INVOICE DATE**
5/2/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59050 | **549767** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $96,265.70 | $0.00 | 5/2/18 | 6/1/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 2.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 631.80 | 1,263.60 |
| 36.0 | EACH | 080139952678 | PREVAL SPRAYER COMPLETE | 5.04 | 181.44 |

| | |
|---|---|
| SUBTOTAL | 1,445.04 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,445.04** |

...ied Coatings Technologies, Inc.
...11 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59050

Ship Date
May 2, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549787 | KILLINGBECK B | Net 30 Days | 814.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 2.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 |
| 36.0 | EACH | 08019998267B | PREVAL SPRAYER COMPLETE |

Accepted By: _____  Joe Rabelli  5-2-18



# United Coatings Technologies

1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

69084

**INVOICE DATE**

5/2/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59032 | **549738** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $97,710.74 | $0.00 | 5/2/18 | 6/1/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 2.0 | GALLON | 97-1212/01 | PHE-1 ANSI 61 | 58.96 | 117.92 |
| 2.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 87.34 |
| | | | JOB#11791A01-01 | | |
| 2.0 | GALLON | 97-1212/01 | PHE-1 ANSI 61 | 58.96 | 117.92 |
| 2.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 87.34 |
| | | | JOB#11790A01-01 | | |

| | | |
|---|---|---|
| SUBTOTAL | | 410.52 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$410.52** |

711 S. Main Street
South Bend, IN 46601
USA

574.287.4774

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549738 | KILLINGBECK,B | Net 30 Days | 96.24 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 2.0 | GALLON | 97-1212/01 | PHE-1 PORCELAIN WHITE |
| 2.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| | | | JOB#11791A01-01 |
| 2.0 | GALLON | 97-1212/01 | PHE-1 PORCELAIN WHITE |
| 2.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| | | | JOB#11790A01-01 |

Accepted By:



# INVOICE

**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

**INVOICE NUMBER**
69085

**INVOICE DATE**
5/2/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59059 | **549793** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $98,315.23 | $0.00 | 5/2/18 | 6/1/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 24.0 | EACH | 021200056208 | 2050 PAINTERS MASKING TAPE 2" | 6.95 | 166.80 |
| 20.0 | EACH | 048011040288 | 3M GREY SCUFF PAD 7448 | 1.36 | 27.17 |

| | |
|---|---|
| SUBTOTAL | 193.97 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$193.97** |

Advanced Coatings Technologies, Inc.
4011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59059

Ship Date
May 2, 2018

Page
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| | KILLINGBECK,B | Net 30 Days | 44.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 24.0 | EACH | 021200055206 | 2050 PAINTERS MASKING TAPE 2" |
| 20.0 | EACH | 048011040286 | 3M GREY SCUFF PAD 7448 |

Accepted By:

Case 18-33815 Doc 85-1 Part 3-6 Filed 12/04/23 Entered 12/04/23 Doc 24 Exhibit Page 265 of 557 139



**United Coatings Technologies**
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
69086

**INVOICE DATE**
5/3/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59015 | 549728 | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $99,466.49 | $0.00 | 5/3/18 | 6/2/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 22.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 838.42 |
| 22.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 14.22 | 312.84 |
| | | | JOB#12023A03-01 | | |

| | | |
|---|---|---|
| SUBTOTAL | | 1,151.26 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$1,151.26** |

Tnco Coatings Technologies, Inc.
4011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

**Packing Slip**

Packing Slip Number
59015

Ship Date
May 3, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|----------------|--------------|---------------|--------|
| 549723 | KILLINGBECK B | Net 30 Days | 440.00 |

| Qty | U/M | Item | Description |
|-----|-----|------|-------------|
| 22.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 22.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| | | | JOB#12023A03-01 |

Accepted By:


United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
69118

INVOICE DATE:
5/2/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59047 | **549726** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $98,315.23 | $0.00 | 5/2/18 | 6/1/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 2.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE | 58.96 | 117.92 |
| 9.0 | GALLON | 97-1212/01 | PHE-1 ANSI 61 | 58.96 | 530.64 |
| 12.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 524.04 |
| | | | COMPLETES ORDER | | |

| | |
|---|---|
| SUBTOTAL | 1,172.60 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,172.60** |

Coatings Technologies, Inc.
Main Street
Bend, IN 46601

# Packing Slip

574.287.4774

Ship Date
May 2, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

574-387-5619

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549728 | KILLINGBECK,B | Net 30 Days | 281.94 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 2.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE |
| 9.0 | GALLON | 97-1212/01 | PHE-1 ANSI 61 |
| 12.0 | GALLON | 97-137/01 | AQUAPON H9/SG CATALYST-9 |

Accepted By: _____



# INVOICE

**INVOICE NUMBER**

69125

**INVOICE DATE**

5/7/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
job#11931a02-01
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59098 | **549839** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $75,864.64 | $0.00 | 5/7/18 | 6/6/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 10.0 | GALLON | 97-1212/01 | PHE-2 ASA#70 | 58.96 | 589.60 |
| 5.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE | 58.96 | 294.80 |
| 15.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 655.05 |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 107.55 |

| | |
|---|---|
| SUBTOTAL | 1,647.00 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,647.00** |

# Packing Slip

G Coatings Technologies, Inc.

1 S. Main Street
uth Bend, IN 46601
SA

574.287.4774

Packing Slip Numbe
39098

Ship Date
May 7, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-367-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
job#11931a02-01
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549339 | KILLINGBECK,B | Net 30 Days | 391.80 |

| Qty U/M | Item | Description |
|---|---|---|
| 10.0 GALLON 97-1212/01 | | PHE-2 ASA#70 |
| 5.0 GALLON 97-1212/01 | | PHE-13 PORCELAIN WHITE |
| 15.0 GALLON 97-137/01 | | AQUAPON HB/SG CATALYST-B |
| 3.0 GALLON 97-735/01 | | PPG HPC THINNER |

Accepted By: _____      5-7/18



**United Coatings Technologies**
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:

69128

INVOICE DATE:

5/7/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59101 | 549841 | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $79,573.43 | $0.00 | 5/7/18 | 6/6/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 17.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 742.39 |
| 30.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 32.03 | 960.90 |
| 10.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 358.50 |

| | |
|---|---|
| SUBTOTAL | 2,061.79 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,061.79** |

# Packing Slip

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

574-367-5819

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 54931 | KILLINGBECK,B | Net 30 Days | 348.86 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 17.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| 30.0 | QUART | 95-619/04 | PITTHANE ULTRA CATALYST-B |
| 10.0 | GALLON | 97-735/01 | PPG HPC THINNER |

Accepted By



**United Coatings Technologies**
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER

69149

INVOICE DATE

5/8/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59112 | **549841** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $79,573.43 | $0.00 | 5/8/18 | 6/7/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 26.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE | 58.96 | 1,532.96 |
| 15.0 | GALLON | 95-8001/01 | PHU-25 RAILROAD BEIGE | 50.07 | 751.05 |

| | |
|---|---|
| SUBTOTAL | 2,284.01 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,284.01** |

...d Coatings Technologies, Inc.
...1 S. Main Street
...outh Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59112

Ship Date
May 8, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549841 | KILLINGBECK,B | Net 30 Days | 529.13 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 20.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE |
| 15.0 | GALLON | 95-8081/01 | PHU-25 RAILROAD BEIGE |

Accepted By: _____  Joe Raffelli  5-8-18


United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER
69162
INVOICE DATE
5/8/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
JOB#11273A02-01
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59099 | **549841** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $81,857.44 | $0.00 | 5/8/18 | 6/7/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 4.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE | 58.96 | 235.84 |
| 13.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 567.71 |
| 15.0 | GALLON | 95-8001/01 | PHU-13 PORCELAIN WHITE | 50.07 | 751.05 |

| | |
|---|---|
| SUBTOTAL | 1,554.60 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,554.60** |

# Packing Slip

4ft S Main Street
South Bend, IN 46601
USA

574 237 1711

Packing Slip Number
59099

Ship Date
May 9, 2018

Page
1

Sold To:
KOONTZ WAGNER CSTM CNTRL IND
P.O. BOX 1722
TULSA, OK 74101
USA

574-282-5619

KOONTZ WAGNER POWERHOUSE
4735 AMERITECH DRIVE
JOB# 1073A02-01
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Ship |
|---|---|---|---|
| PP 401 | KOONT3300ER R | Net 30 days | 2013 |

| Qty UM | Item | Description |
|---|---|---|
| 1.00 EACH | 9141-1291 | Digital PWA BOARD 3.75 |
| 1.00 EACH | 9141-1261 | AQUAPON HOUSE CLOUD PWS |
| 1.00 EACH | 9141-1262 | PROJ SYS CLOUD SYS CS |

Accepted By



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

69163

**INVOICE DATE**

5/9/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**

KOONTZ-WAGNER (INDIANA)
P.O. BOX 1229
TULSA, OK 74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59126 | **549866** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $83,412.04 | $0.00 | 5/9/18 | 6/8/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 48.0 | EACH | 079239661009 | 2300 CLEAR GEOCEL CAULK | 6.50 | 312.00 |

| | |
|---|---|
| SUBTOTAL | 312.00 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | |

...ed Coatings Technologies, Inc
911 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59126

Ship Date
May 9, 2018

Page
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-367-5819

KOONTZ-WAGNER (INDIANA)
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549968 | KILLINGBECK,B | Net 30 Days | 46.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 48.0 EACH | 070239561008 | 2300 CLEAR GEOCEL CAULK | |

Accepted By:


United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
69216
**INVOICE DATE**
5/10/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59151 | **549888** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $83,724.04 | $0.00 | 5/10/18 | 6/9/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | EACH | 071497601810 | 11" METAL ROLLER PAINT TRAY | 4.33 | 25.95 |
| 24.0 | EACH | 726890593100 | 9" PROSUPREME WOVEN 3/8" | 3.85 | 92.40 |

| | |
|---|---|
| SUBTOTAL | 118.35 |
| SALES TAX | 0.00 |

Coatings Technologies, Inc.
S. Main Street
th Bend, IN 46601
A

574.287.4774

# Packing Slip

Packing Slip Numbe
59151

Ship Date
May 10, 2018

Page
1

SOLD TO

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|----------------|--------------|---------------|--------|
| 549888 | KILLINGBECK,B | Net 30 Days | 0.00 |

| Qty | U/M | Item | Description |
|-----|-----|------|-------------|
| 6.0 EACH | | 071497601810 | 11" METAL ROLLER PAINT TRAY |
| 24.0 EACH | | 726890593100 | 9" PROSUPREME WOVEN 3/8" |

Accepted By: _____  See Parker   5-10-18


United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

69279

**INVOICE DATE**

5/15/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59214 | **549916** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $83,842.39 | $0.00 | 5/15/18 | 6/14/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 12.0 | GALLON | 95-2412/01 | ANSI 61 | 55.94 | 671.28 |
| 12.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 659.28 |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 143.40 |
| | | | JOB#12042A02-01 | | |
| 12.0 | GALLON | 95-2412/01 | ANSI 61 | 55.94 | 671.28 |
| 12.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 659.28 |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 143.40 |
| | | | JOB#12042A01-01 | | |

| | |
|---|---|
| SUBTOTAL | 2,947.92 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,947.92** |

Coatings Technologies, Inc.
S. Main Street
th Bend, IN 46601
SA

574.287.4774

# Packing Slip

Packing Slip Number
59214

Ship Date
May 15, 2018

Page
?

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5619

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549916 | KILLINGBECK,B | Net 30 Days | 858.56 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 12.0 | GALLON | 95-2412/01 | ANSI 61 |
| 12.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#12042A02-01 |
| 12.0 | GALLON | 95-2412/01 | ANSI 61 |
| 12.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#12042A01-01 |

Accepted By _____



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
69280
**INVOICE DATE**
5/15/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59213 | **549916** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $86,790.31 | $0.00 | 5/15/18 | 6/14/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 24.0 | EACH | 071497643391 | MOHAIR 9 X 1/4 COVER | 5.35 | 128.40 |

| | |
|---|---|
| SUBTOTAL | 128.40 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$128.40** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN  46601
USA

574.287.4774

## Packing Slip

Packing Slip Number
59213

Ship Date
May 15, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549918 | KILLINGBECK.B | Net 30 Days | 2.68 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 24.0 | EACH | 071497643391 | MOHAIR 9 X 14 COVER |

Accepted By:



**United Coatings Technologies**
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER

69281

INVOICE DATE

5/14/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59190 | **549888** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $83,842.39 | $0.00 | 5/14/18 | 6/13/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | EACH | 071497601810 | 11" METAL ROLLER PAINT TRAY | 3.13 | 18.78 |
| 60.0 | EACH | 726890593100 | 9" PROSUPREME WOVEN 3/8" | 3.85 | 231.00 |

| | |
|---|---|
| SUBTOTAL | 249.78 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$249.78** |

Case 3:18-cv-13815 Document 34-6 Filed 12/04/23 Exhibit Page 795 of 139

United Coatings Technologies, Inc.
4011 S. Main Street
South Bend, IN  46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59190

Ship Date
May 14, 2013

Page

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P O  BOX 1229
TULSA, OK  74101
USA

574.387.9819

KOONTZ WAGNER POWERHOUSE
1755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| Purchase Order | Sales Rep # | Payment Terms | Weight |
|---|---|---|---|
| 549883 | MILLIX3PEX-- 0 | Net 30 Days | 0.00 |

| Qty | UOM | Item | Description |
|---|---|---|---|
| 1.00 | EACH | 0118768840 | 11" METAL ROLLER HENT TR4" |
| 90.00 | EACH | 1260069100 | 9" PROQUENAL SENTRY 3/8" |

Accepted By



# INVOICE

**INVOICE NUMBER**

69354

**INVOICE DATE**

5/17/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59257 | **549952** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $87,168.49 | $0.00 | 5/17/18 | 6/16/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 48.0 | EACH | 726890242176 | 400 URETHANE SEALANT WHITE | 3.88 | 186.18 |
| 24.0 | EACH | 021200056208 | 2050 PAINTERS MASKING TAPE 2" | 6.95 | 166.80 |
| 3.0 | EACH | 732087250015 | WHIZZ COVERS 4" (10/PK) | 13.87 | 41.61 |
| 10.0 | EACH | 077089209129 | HEAVY DUTY ROLLER FRAME 9" | 1.78 | 17.80 |

| | |
|---|---|
| SUBTOTAL | 412.39 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$412.39** |

Coatings Technologies, Inc.
1 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59257

Ship Date
May 17, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549952 | KILLINGBECK,B | Net 30 Days | 83.11 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 48.0 | EACH | 726890242175 | 400 URETHANE SEALANT WHITE |
| 24.0 | EACH | 021200058208 | 2050 PAINTERS MASKING TAPE 2" |
| 3.0 | EACH | 732087250015 | WHIZZ COVERS 4" (10/PK) |
| 10.0 | EACH | 077089209129 | HEAVY DUTY ROLLER FRAME 9" |

Accepted By: _____



**United Coatings Technologies**
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
69355
**INVOICE DATE**
5/17/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59286 | **549980** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $87,580.88 | $0.00 | 5/17/18 | 6/16/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | GALLON | 97-1212/01 | PHE-13 | 58.96 | 294.80 |
| 8.0 | GALLON | 97-1212/01 | PHE-1 | 58.96 | 471.68 |
| 13.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 567.71 |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 107.55 |
| | | | JOB#11874A01-01 | | |
| 6.0 | GALLON | 97-1212/01 | PHE-13 | 58.96 | 353.76 |
| 6.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 262.02 |
| 10.0 | GALLON | 95-8001/01 | PHU-5 | 50.07 | 500.70 |
| 10.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 32.03 | 320.30 |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 143.40 |
| | | | JOB#12064A01-01 | | |

| | |
|---|---|
| SUBTOTAL | 3,021.92 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$3,021.92** |

...ed Coatings Technologies, Inc.
311 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59286

Ship Date
May 17, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549980 | KILLINGBECK,B | Net 30 Days | 668.74 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 5.0 | GALLON | 97-1212/01 | PHE-13 |
| 5.0 | GALLON | 97-1212/01 | PHE-1 |
| 15.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#11674A01-01 |
| 8.0 | GALLON | 97-1212/01 | PHE-13 |
| 8.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| 10.0 | GALLON | 95-8001/01 | PHU-5 |
| 16.0 | QUART | 96-810/04 | PITTHANE ULTRA CATALYST-B |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#12064A01-01 |

Accepted By:



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
69364
**INVOICE DATE**
5/18/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59294 | **549995** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $90,602.80 | $0.00 | 5/18/18 | 6/17/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 2.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 631.80 | 1,263.60 |
| 3.0 | EACH | 073257052092 | VISQUEEN 12' X 400' X .31 MIL | 20.51 | 61.53 |

| | | |
|---|---|---|
| SUBTOTAL | | 1,325.13 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$1,325.13** |

Allied Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574 287 4774

# Packing Slip

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548995 | KILLINGBECK,B | Net 30 Days | 783.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 2.0 | DRUM | S-3105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 |
| 3.0 | EACH | 073267052092 | VISQUEEN 12' X 400' X .31 MIL |

Accepted By



# INVOICE

**INVOICE NUMBER**
69371
**INVOICE DATE**
5/18/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59300 | **549952** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $92,029.93 | $0.00 | 5/18/18 | 6/17/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 24.0 | EACH | 726890242176 | 400 URETHANE SEALANT WHITE | 4.25 | 102.00 |
| | | | COMPLETES ORDER | | |

| | | |
|---|---|---|
| SUBTOTAL | | 102.00 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |

...lings Technologies, Inc.
...Main Street
...Bend, IN 46601

...4 287 4774

# Packing Slip

Packing Slip Numbe
59300

Ship Date
May 18, 2018

Page.
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549952 | KILLINGBECK,B | Net 30 Days | 24.00, |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 24.0 EACH | | 726890342176 | 400 URETHANE SEALANT WHITE |
| | | | COMPLETES ORDER |

Accepted By: _Billie Tyun_          5-18-18



# INVOICE

**INVOICE NUMBER**

69483

**INVOICE DATE**

5/24/18

SHIP TO

**KOONTZ-WAGNER CSTM CNTRL (IN)**
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59386 | **549995** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $83,038.29 | $0.00 | 5/24/18 | 6/23/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 3.0 | EACH | 073257052092 | VISQUEEN 12' X 400' X .31 MIL | 20.51 | 61.53 |
| | | | COMPLETES ORDER | | |

| | | |
|---|---|---|
| SUBTOTAL | | 61.53 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$61.53** |

ized Coatings Technologies, Inc.
011 S Main Street
South Bend, IN  46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59336

Ship Date
May 24, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549995 | KILLINGBECK,B | Net 30 Days | 15.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 3.0 EACH | | 873267062002 | VISQUEEN 12'X 400' X .31 MIL |
| | | | COMPLETES ORDER |

Accepted By:



United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
69484
**INVOICE DATE**
5/24/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59384 | **550089** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $83,099.82 | $0.00 | 5/24/18 | 6/23/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE | 58.96 | 294.80 |
| 6.0 | GALLON | 97-1212/01 | PHE-1 ANSI 61 | 58.96 | 353.76 |
| 11.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 480.37 |
| 3.0 | GALLON | 95-8001/01 | PHU-25 RAILROAD BEIGE | 50.07 | 150.21 |
| 3.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 32.03 | 96.09 |

| | |
|---|---|
| SUBTOTAL | 1,375.23 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,375.23** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59384

Ship Date
May 24, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550069 | KILLINGBECK,B | Net 30 Days | 314.41 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 5.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE |
| 6.0 | GALLON | 97-1212/01 | PHE-1 ANSI 61 |
| 11.0 | GALLON | 97-137/01 | AQUAPON HB/GG CATALYST-B |
| 3.0 | GALLON | 95-8001/01 | PHU-25 RAILROAD BEIGE |
| 3.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B |

Accepted By:



# INVOICE

**INVOICE NUMBER**
69485
**INVOICE DATE**
5/24/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59385 | **550089** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $84,475.05 | $0.00 | 5/24/18 | 6/23/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 48.0 | EACH | 757136000045 | IMPORT CHIP BRUSH 2" | 0.29 | 13.92 |
| 36.0 | EACH | 757136000021 | IMPORT CHIP BRUSH 1" | 0.19 | 6.84 |

| | | |
|---|---|---|
| SUBTOTAL | 20.76 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| TOTAL INVOICE AMOUNT | |

Allied Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Numbe
59385

Ship Date
May 24, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5619

*KOONTZ WAGNER POWERHOUSE*
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550080 | *KILLINGBECK,B* | Net 30 Days | 21.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 48.0 | EACH | 757136000045 | *IMPORT CHIP BRUSH 2"* |
| 36.0 | EACH | 757136000021 | *IMPORT CHIP BRUSH 1"* |

Accepted By: _____



# United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
69507
**INVOICE DATE**
5/29/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59406 | **550110** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $53,262.79 | $0.00 | 5/29/18 | 6/28/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 12.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 457.32 |
| 12.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 14.22 | 170.64 |
| 8.0 | GALLON | AT45H3/01 | PHU-100 | 84.84 | 678.72 |
| 10.0 | GALLON | AT45HT2/01 | PHU-96 ASA#70 | 84.84 | 848.40 |
| 18.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 24.18 | 435.24 |
| | | | JOB#11813A24-01 | | |
| 12.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 457.32 |
| 12.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 14.22 | 170.64 |
| 8.0 | GALLON | AT45H3/01 | AMCT 450H WHITE RESIN | 84.84 | 678.72 |
| 10.0 | GALLON | AT45HT2/01 | PHU-96 ASA#70 | 84.84 | 848.40 |
| 18.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 24.18 | 435.24 |
| | | | JOB#11813A14-01 | | |

| | | |
|---|---|---|
| SUBTOTAL | | 5,180.64 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$5,180.64** |

Coatings Technologies, Inc.
S. Main Street
h Bend, IN 46601
3A,

574.287.4774

# Packing Slip

Packing Slip Number
59406

Ship Date
May 29, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 580110 | KILLINGBECK,B | Net 30 Days | 854.12 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 12.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 12.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 8.0 | GALLON | AT45H3/01 | PHU-100 |
| 10.0 | GALLON | AT45HT2/01 | PHU-96 ASA#70 |
| 18.0 | QUART | AT45H-B/04 | AMCT 450H CURE |
| | | | JOB#11813A24-01 |
| 12.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 12.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 8.0 | GALLON | AT45H3/01 | AMCT 450H WHITE RESIN |
| 10.0 | GALLON | AT45HT2/01 | PHU-96 ASA#70 |
| 18.0 | QUART | AT45H-B/04 | AMCT 450H CURE |
| | | | JOB#11813A14-01 |

Accepted By



# INVOICE

**INVOICE NUMBER**

69587

**INVOICE DATE**

6/1/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59461 | **550166** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $60,204.31 | $0.00 | 6/1/18 | 7/1/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 2.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 631.80 | 1,263.60 |
| 24.0 | EACH | 021200056208 | 2050 PAINTERS MASKING TAPE 2" | 6.95 | 166.80 |
| 108.0 | EACH | 726890278076 | 400 URETHANE SEALANT CLEAR | 3.06 | 330.48 |

|  |  |
|---|---|
| SUBTOTAL | 1,760.88 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,760.88** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59461

Ship Date
Jun 1, 2018

Page:
1

Sold To :
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550166 | KILLINGBECK,B | Net 30 Days | 010.00 |

| Qty   U/M | Item | Description |
|---|---|---|
| 2.0 DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 |
| 24.0 EACH | 021200058208 | 2050 PAINTERS MASKING TAPE 2" |
| 108.0 EACH | 726890278076 | 400 URETHANE SEALANT CLEAR |

Accepted By:



# United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
69589

**INVOICE DATE**
6/1/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59462 | **550167** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $60,204.31 | $0.00 | 6/1/18 | 7/1/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 4.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 152.44 |
| 4.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 14.22 | 56.88 |
| | | | JOB#11813A24-01 | | |
| 4.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 152.44 |
| 4.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 14.22 | 56.88 |
| | | | JOB#11813A14-01 | | |
| 8.0 | GALLON | 95-2412/01 | ANSI 61 | 55.94 | 447.52 |
| 4.0 | GALLON | 95-2400/01 | BLACK | 55.94 | 223.76 |
| 12.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 659.28 |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 143.40 |
| | | | JOB#12043A02-01 | | |
| 8.0 | GALLON | 95-2412/01 | ANSI 61 | 55.94 | 447.52 |
| 4.0 | GALLON | 95-2400/01 | BLACK | 55.94 | 223.76 |
| 12.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 659.28 |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 143.40 |
| | | | JOB#12043A01-01 | | |

| | |
|---|---|
| SUBTOTAL | 3,366.56 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$3,366.56** |

_ed Coatings Technologies, Inc._
_011 S. Main Street_
South Bend, IN 46601
USA

574 287 4774

# Packing Slip

Packing Slip Number
59462

Ship Date
Jun 1, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550167 | KILLINGBECK,B | Net 30 Days | 795 68 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 4.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 4.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| | | | JOB#11813A24-01 |
| 4.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 4.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| | | | JOB#11813A14-01 |
| 8.0 | GALLON | 95-2412/01 | ANSI 61 |
| 4.0 | GALLON | 95-2400/01 | BLACK |
| 12.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#12043A02-01 |
| 8.0 | GALLON | 95-2412/01 | ANSI 61 |
| 4.0 | GALLON | 95-2400/01 | BLACK |
| 12.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B |
| 4.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#12043A01-01 |

Accepted By _Bill Rogier_          6-1-18



# United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
69592
INVOICE DATE:
6/1/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59470 | **550175** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $68,628.37 | $0.00 | 6/1/18 | 7/1/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 16.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 609.76 |
| 16.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 14.22 | 227.52 |
| 8.0 | GALLON | AT45H3/01 | PHU-100 | 84.84 | 678.72 |
| 10.0 | GALLON | AT45HT2/01 | PHU-96 ASA#70 | 84.84 | 848.40 |
| 18.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 24.18 | 435.24 |
| | | | JOB#11813A19-01 | | |
| 1.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE | 58.96 | 58.96 |
| 1.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 43.67 |
| | | | JOB#12064A01 | | |
| 9.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE | 58.96 | 530.64 |
| 12.0 | GALLON | 97-1212/01 | PHE-1 ANSI 61 | 58.96 | 707.52 |
| 21.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 917.07 |
| | | | JOB#12042A02-01 | | |

| | | |
|---|---|---|
| SUBTOTAL | | 5,057.50 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$5,057.50** |

d Coatings Technologies, Inc.
1 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Numbe
59470

Ship Date
Jun 1, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 530175 | KILLINGBECK,B | Net 90 Days | 1097.98 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 16.0 GALLON | AT370-23/01 | | AMERCOAT 370 PEARL GRAY |
| 16.0 QUART | AT370-B/04 | | AMERCOAT 370 CURE B |
| 8.0 GALLON | AT45H3/01 | | PHU-100 |
| 10.0 GALLON | AT45HT2/01 | | PHU-96 ASA#70 |
| 16.0 QUART | AT45H-B/04 | | AMCT 450H CURE |
| | | | JOB#11813A19-01 |
| 1.0 GALLON | 97-1212/01 | | PHE-13 PORCELAIN WHITE |
| 1.0 GALLON | 97-137/01 | | AQUAPON HB/SG CATALYST-B |
| | | | JOB#12004A01 |
| 9.0 GALLON | 97-1212/01 | | PHE-13 PORCELAIN WHITE |
| 12.0 GALLON | 97-1212/01 | | PHE-1 ANSI 61 |
| 21.0 GALLON | 97-137/01 | | AQUAPON HB/SG CATALYST-B |
| | | | JOB#12042A02-01 |

Accepted By: _____   6-1-18



# United Coatings Technologies

1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
69663
**INVOICE DATE**
6/5/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59517 | **550219** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $68,628.37 | $0.00 | 6/5/18 | 7/5/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 12.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 457.32 |
| 12.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 14.22 | 170.64 |
| | | | JOB#12023A03-01 | | |
| 21.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 917.07 |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 107.55 |
| | | | JOB#12042A01-01 | | |
| 15.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 824.10 |
| 3.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 32.03 | 96.09 |
| 6.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 215.10 |
| 3.0 | PINT | 97-722/08 | URETHANE ACCELERATOR | 23.76 | 71.28 |
| | | | JOB#11273A03-01 | | |

| | |
|---|---|
| SUBTOTAL | 2,859.15 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,859.15** |

Coatings Technologies, Inc.
S. Main Street
S Bend, IN 46601

/4.287.4774

# Packing Slip

Packing Slip Number
59517

Ship Date
Jun 5, 2018

Page:
/

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550218 | KILLINGBECK.B | Net 30 Days | 772.02 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 12.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 12.0 | QUART | AT370-8/04 | AMERCOAT 370 CURE B |
| | | | JOB#12023A00-01 |
| 24.0 | GALLON | 97-137/01 | AQUAPON HS/SG CATALYST-B |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#12042A01-01 |
| 15.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B |
| 3.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B |
| 6.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| 3.0 | PINT | 97-722/08 | URETHANE ACCELERATOR |
| | | | JOB#11273A00-01 |

Accepted By _Billie Byers_          6-5-18


United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
69672

**INVOICE DATE**
6/6/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59525 | **550219** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $71,487.52 | $0.00 | 6/6/18 | 7/6/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 9.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE | 58.96 | 530.64 |
| 12.0 | GALLON | 97-1212/01 | PHE-1 ANSI 61 | 58.96 | 707.52 |
| 15.0 | GALLON | 95-2412/01 | ASA#70 | 55.94 | 839.10 |
| 3.0 | GALLON | 95-8000/01 | PHU-77 BLACK | 50.07 | 150.21 |

| | |
|---|---|
| SUBTOTAL | 2,227.47 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,227.47** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59525

Ship Date
Jun 6, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550219 | KILLINGBECK.B | Net 30 Days | 458.04 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 9.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE |
| 12.0 | GALLON | 97-1212/01 | PHE-1 ANSI 61 |
| 15.0 | GALLON | 95-2412/01 | ASA#70 |
| 3.0 | GALLON | 95-8000/01 | PHU-77 BLACK |

Accepted By: _Billie Ires_          6-6-18



# INVOICE

**INVOICE NUMBER**
69698
**INVOICE DATE**
6/7/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59551 | **550253** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $77,347.38 | $0.00 | 6/7/18 | 7/7/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 14.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 533.54 |
| 14.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 14.22 | 199.08 |
| 8.0 | GALLON | 97-640/01 | POLYAMIDE COAL TAR-A | 60.32 | 482.56 |
| 8.0 | QUART | 97-641/04 | POLYAMIDE COAL TAR CATALYST-B | 12.34 | 98.72 |
| 5.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 179.25 |
| | | | JOB#11987A04-01 | | |
| 6.0 | GALLON | 95-2412/01 | ANSI 61 | 55.94 | 335.64 |
| 3.0 | GALLON | 95-2400/01 | BLACK | 55.94 | 167.82 |
| 9.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 494.46 |
| 2.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 71.70 |
| | | | JOB#12069A01-01 | | |
| 6.0 | GALLON | 95-2412/01 | ANSI 61 | 55.94 | 335.64 |
| 3.0 | GALLON | 95-2400/01 | BLACK | 55.94 | 167.82 |
| 9.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 494.46 |
| 2.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 71.70 |
| | | | JOB#12071A01-01 | | |




| | |
|---|---|
| SUBTOTAL | 3,632.39 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$3,632.39** |

Coatings Technologies, Inc.
S. Main Street
uth Bend, IN 46601
SA

574.287.4774

# Packing Slip

Packing Slip Number
59551

Ship Date
Jun 7, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 580253 | KILLINGBECK.B | Net 30 Days | 872.56 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 14.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 14.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 8.0 | GALLON | 97-640/01 | POLYAMIDE COAL TAR-A |
| 8.0 | QUART | 97-640/04 | POLYAMIDE COAL TAR CATALYST-B |
| 5.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#11987A04-01 |
| 6.0 | GALLON | 95-2412/01 | ANSI 61 |
| 3.0 | GALLON | 95-2400/01 | BLACK |
| 9.0 | GALLON | 95-240/01 | DTR RAPID COAT CATALYST-B |
| 2.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#12069A01-01 |
| 6.0 | GALLON | 95-2412/01 | ANSI 61 |
| 3.0 | GALLON | 95-2400/01 | BLACK |
| 9.0 | GALLON | 95-240/01 | DTR RAPID COAT CATALYST-B |
| 2.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#12071A01-01 |

Accepted By: _____    6-7-18



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
69830
**INVOICE DATE**
6/13/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59642 | **550308** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $77,347.38 | $0.00 | 6/13/18 | 7/13/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 20.0 | GALLON | AT370-3/01 | AMERCOAT 370 WHITE | 38.11 | 762.20 |
| 16.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 609.76 |
| 30.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 14.22 | 426.60 |
| 6.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 215.10 |
| 15.0 | GALLON | AT45H3/01 | PHU-100 WHITE | 84.84 | 1,272.60 |
| 40.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 24.18 | 967.20 |
| 4.0 | GALLON | AT765/01 | AMERCOAT 65 THINNER | 29.00 | 116.00 |

| | |
|---|---|
| SUBTOTAL | 4,369.46 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$4,369.46** |




139

Allied Coatings Technologies, Inc.
411 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59642

Ship Date
Jun 13, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550308 | KILLINGBECK,B | Net 30 Days | 972.49 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 20.0 | GALLON | AT370-3/01 | AMERCOAT 370 WHITE |
| 16.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 30.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B |
| 8.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| 15.0 | GALLON | AT45H3/01 | PHU-100 WHITE |
| 40.0 | QUART | AT45H-B/04 | AMCT 450H CURE |
| 4.0 | GALLON | AT785/01 | AMERCOAT 65 THINNER |

Accepted By: _____  Sue Ragsdell  6-13-18



# INVOICE

**INVOICE NUMBER**

69831

**INVOICE DATE**

6/13/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/ JOB NUMBER | TERMS | |
|---|---|---|---|
| 59641 | **550308** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $81,716.84 | $0.00 | 6/13/18 | 7/13/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 2.0 | GALLON | 95-8001/01 | PHU-13 PORCELAIN WHITE | 50.07 | 100.14 |
| 2.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 32.03 | 64.06 |
| | | | JOB#11273A02-01 | | |





| | |
|---|---|
| SUBTOTAL | 164.20 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$164.20** |

United Coatings Technologies, Inc.
1011 S Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59641

Ship Date
Jun 13, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550308 | KILLINGBECK,B | Net 30 Days | 28.50 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 2.0 | GALLON | 95-8001RH | PHU-13 PORCELAIN WHITE |
| 7.0 | QUART | 95-619/04 | PITTHANE ULTRA CATALYST-B |
| | | | JOB#11273A02-01 |

Accepted By:                                    Sue Meyer  6-13-18



# INVOICE

**INVOICE NUMBER**
69832
**INVOICE DATE**
6/13/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/ JOB NUMBER | TERMS | |
|---|---|---|---|
| 59657 | **550319** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $81,881.04 | $0.00 | 6/13/18 | 7/13/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | EACH | 652270002859 | 3" JET FRAME | 3.85 | 19.25 |

| | |
|---|---|
| SUBTOTAL | 19.25 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$19.25** |



United Coatings Technologies, Inc.
4011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59657

Ship Date
Jun 13, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
| --- | --- | --- | --- |
| 550319 | KILLINGBECK.B | Net 30 Days | 5.00 |

| Qty | U/M | Item | Description |
| --- | --- | --- | --- |
| 3.0 | EACH | 65227000285B | 3" JET FRAME |

Accepted By: _____



# INVOICE

**INVOICE NUMBER**

69833

**INVOICE DATE**

6/13/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59656 | **550308** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $81,900.29 | $0.00 | 6/13/18 | 7/13/18 |

| QTY | U/M | ITEM | | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 16.0 | GALLON | AT45HT2/01 | PHU-99 ANSI 61 | | 84.84 | 1,357.44 |




| | | |
|---|---|---|
| SUBTOTAL | | 1,357.44 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$1,357.44** |

allied Coatings Technologies, Inc.
4011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59656

Ship Date
Jun 13, 2018

Page
1

Sold To :
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550308 | KILLINGBECK,B | Net 30 Days | 188.80 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 16.00 | GALLON | AT46HT2/01 | PHU-90 ANSI 61 |

Accepted By: _____



# INVOICE

**INVOICE NUMBER**
69867
**INVOICE DATE**
6/15/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59686 | **550347** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $83,257.73 | $0.00 | 6/15/18 | 7/15/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 DRUM | S-0105/55 | | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 645.00 | 645.00 |



| | | |
|---|---|---|
| SUBTOTAL | 645.00 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$645.00** |

... ted Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN  46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59686

Ship Date
Jun 15, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1220
TULSA, OK  74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550347 | KILLINGBECK,B | Net 30 Days | 399.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 1.0 | DRUM | S-010555 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 |

Accepted By:



# INVOICE

INVOICE NUMBER
69871
INVOICE DATE
6/14/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59655 | **550308** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $83,257.73 | $0.00 | 6/14/18 | 7/14/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 14.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 533.54 |
| 20.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 14.22 | 284.40 |
| 3.0 | GALLON | AT45H3/01 | PHU-100 WHITE | 84.84 | 254.52 |
| 6.0 | GALLON | AT45HT2/01 | PHU-99 ANSI 61 | 84.84 | 509.04 |




| | |
|---|---|
| SUBTOTAL | 1,581.50 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,581.50** |

# INVOICE

## Packing Slip

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

Packing Slip Number
59655

Ship Date
Jun 14, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 580308 | KILLINGBECK,B | Net 30 Days | 440.80 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 14.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 20.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 3.0 | GALLON | AT45H3/01 | PHU-100 WHITE |
| 8.0 | GALLON | AT45HT2/01 | PHU-90 ANSI 61 |

.50
.00
.00
.50

Recieved By: _Beth Pace_ 6-15-18



# INVOICE

**INVOICE NUMBER**
69877
**INVOICE DATE**
6/15/18

United Coatings Technologies
1011 S Main Street · South Bend, IN · 46601 · Office: 574.287.4774

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59687 | **550347** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $85,484.23 | $0.00 | 6/15/18 | 7/15/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE | 58.96 | 294.80 |
| 5.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 218.35 |
| 6.0 | GALLON | 95-8001/01 | PHU-25 RAILROAD BEIGE | 50.07 | 300.42 |
| 6.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 32.03 | 192.18 |
| | | | JOB#11273A02-01 | | |
| 4.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE | 58.96 | 235.84 |
| 5.0 | GALLON | 97-1212/01 | PHE-1 ANSI 61 | 58.96 | 294.80 |
| 9.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 393.03 |
| 2.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 71.70 |
| | | | JOB#12069A01-01 | | |
| 4.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE | 58.96 | 235.84 |
| 5.0 | GALLON | 97-1212/01 | PHE-1 ANSI 61 | 58.96 | 294.80 |
| 9.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 393.03 |
| 2.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 71.70 |
| | | | JOB#12071A01-01 | | |




| | |
|---|---|
| SUBTOTAL | 2,996.49 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,996.49** |

...d Coatings Technologies, Inc.
...1 S. Main Street
...uth Bend, IN 46601
...SA

574.287.4774

# Packing Slip

Packing Slip Number
59687

Ship Date
Jun 15, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 580347 | KILLINGBECK,B | Net 30 Days | 894.58 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 5.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE |
| 5.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| 8.0 | GALLON | 95-808(/01 | PHU-25 RAILROAD BEIGE |
| 6.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-9 |
| | | | JOB#11273A02-01 |
| 4.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE |
| 5.0 | GALLON | 97-1212/01 | PHE-4 ANSI 61 |
| 9.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| 2.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#12080A01-01 |
| 4.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE |
| 5.0 | GALLON | 97-1212/01 | PHE-4 ANSI 61 |
| 9.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| 2.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#12071A01-01 |

Accepted By:



# INVOICE

**INVOICE NUMBER**
69878
**INVOICE DATE**
6/15/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59691 | **550319** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $88,480.72 | $0.00 | 6/15/18 | 7/15/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 7.0 | EACH | 652270002859 | 3" JET FRAME | 3.85 | 26.95 |
| | | | COMPLETES ORDER | | |

| | | |
|---|---|---|
| SUBTOTAL | | 26.95 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$26.95** |




Allied Coatings Technologies, Inc.
111 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59591

Ship Date
Jun 15, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 860319 | KILLINGBECK,B | Net 30 Days | 7.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 7.0 EACH | 652270002859 | | 3" JET FRAME |
| | | | COMPLETES ORDER |

Accepted By:



# INVOICE

INVOICE NUMBER

70179

INVOICE DATE

7/3/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59743 | **550577** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $50,331.50 | $0.00 | 7/3/18 | 8/2/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 24.0 | EACH | 726890593100 | 9" PROSUPREME WOVEN 3/8" | 3.85 | 92.40 |
| 13.0 | EACH | 021200056208 | 2050 PAINTERS MASKING TAPE 2" | 6.95 | 90.35 |
| | | | BACKORDER 11 X 2050- 2"TAPE | | |





| | |
|---|---|
| SUBTOTAL | 182.75 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$182.75** |

Allred Coatings Technologies, Inc
911 S. Main Street
South Bend, IN  46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59743

Ship Date
Jul 3, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

574-567-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550577 | KILLINGBECK,B | Net 30 Days | 13.00 |

| Qty  U/M | Item | Description |
|---|---|---|
| 24.0 EACH | 720890596100 | 9" PROSUPREME WOVEN 3/8" |
| 13.0 EACH | 021200055208 | 2050 PAINTERS MASKING TAPE 2" |
| | | BACKORDER 11 X 2050- 2" TAPE |

Accepted By



# INVOICE

**INVOICE NUMBER**
70180
**INVOICE DATE**
7/3/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59842 | **550576** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $50,514.25 | $0.00 | 7/3/18 | 8/2/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 100.0 | EACH | 047034115133 | 5 GALLON STRAINER ELASTIC TOP | 0.87 | 87.00 |
| 100.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL | 2.75 | 275.00 |
| 50.0 | EACH | 098262811663 | 5 QT MIX N MEASURE PAIL | 2.90 | 145.00 |
| 144.0 | EACH | 726890278076 | 400 URETHANE SEALANT CLEAR | 3.06 | 440.64 |
| 72.0 | EACH | 757136000021 | IMPORT CHIP BRUSH 1" | 0.19 | 13.68 |
| 48.0 | EACH | 757136000045 | IMPORT CHIP BRUSH 2" | 0.23 | 11.04 |




| | | |
|---|---|---|
| SUBTOTAL | | 972.36 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$972.36** |

ured Coatings Technologies, Inc.
/511 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Numbe
59842

Ship Date
Jul 3, 2016

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-367-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550576 | KILLINGBECK,B | Net 30 Days | 200.50 |

| Qty  U/M | Item | Description |
|---|---|---|
| 100.0 EACH | 0470341 (5133 | 5 GALLON STRAINER PLASTIC TOP |
| 100.0 EACH | 098262105007 | PAPER 5 QT PAINT PAIL |
| 50.0 EACH | 098262411685 | 5 QT MIX N MEASURE PAIL |
| 144.0 EACH | 726890278076 | 400 URETHANE SEALANT CLEAR |
| 72.0 EACH | 757138000021 | IMPORT CHIP BRUSH 1" |
| 48.0 EACH | 757138000046 | IMPORT CHIP BRUSH 2" |

Accepted By:



# INVOICE

**INVOICE NUMBER**
70181
**INVOICE DATE**
7/3/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59934 | **550575** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $51,486.61 | $0.00 | 7/3/18 | 8/2/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 653.74 | 653.74 |
| 24.0 | EACH | 080139952678 | PREVAL SPRAYER COMPLETE | 5.04 | 120.96 |
| 24.0 | EACH | 021200056208 | 2050 PAINTERS MASKING TAPE 2" | 6.95 | 166.80 |




|  |  |
|---|---|
| SUBTOTAL | 941.50 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$941.50** |

Advanced Coatings Technologies, Inc.
111 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59934

Ship Date
Jul 3, 2018

Page
1

Sold To
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550575 | KILLINGBECK,B | Net 30 Days | 497.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 1.0 | DRUM | S-0105/65 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 |
| 24.0 | EACH | 0801399526 78 | PREVAL SPRAYER COMPLETE |
| 24.0 | EACH | 0212000562 05 | 2050 PAINTERS MASKING TAPE 2" |

Accepted By:



# INVOICE

**INVOICE NUMBER**
70182
**INVOICE DATE**
7/3/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59828 | **550573** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $52,428.11 | $0.00 | 7/3/18 | 8/2/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 190.55 |
| 5.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 14.22 | 71.10 |
| 1.0 | GALLON | 90-330/01 | PITT-TECH I-E/G SAFETY YELLOW | 59.12 | 59.12 |
| 1.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 35.85 |
| | | | job#11870A01-01 | | |
| 7.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE | 58.96 | 412.72 |
| 9.0 | GALLON | 97-1212/01 | PHE-1 ANSI 61 | 58.96 | 530.64 |
| 16.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 698.72 |
| 2.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 71.70 |
| | | | JOB#12043A02-01 | | |
| 7.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE | 58.96 | 412.72 |
| 9.0 | GALLON | 97-1212/01 | PHE-1 ANSI 61 | 58.96 | 530.64 |
| 16.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 698.72 |
| 2.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 71.70 |
| | | | JOB#12043A01-01 | | |





| | | |
|---|---|---|
| SUBTOTAL | | 3,784.18 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$3,784.18** |

Coatings Technologies, Inc.
5 Main Street
th Bend, IN 46601

574 287 4774

# Packing Slip

Packing Slip Number
59828

Ship Date
Jul 3, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P O. BOX 4229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 58057 | KILLINGBECK, D | Net 30 Days | 935 10 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 5.0 | GALLON | AT370-230/1 | AMERCOAT 370 PEARL GRAY |
| 5.0 | QUART | AT370-B/01 | AMERCOAT 370  CURE B |
| 1.0 | GALLON | 00-330/01 | PITT-TECH I-E/G SAFETY YELLOW |
| 1.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | job#11970A01-01 |
| 7.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE |
| 9.0 | GALLON | 97-1212/01 | PHE-1 ANSI 61 |
| 18.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-2 |
| 2.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#12043A02-01 |
| 7.0 | GALLON | 97-1212/01 | PHE-13 PORCELAIN WHITE |
| 9.0 | GALLON | 97-1212/01 | PHE-1 ANSI 61 |
| 18.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-2 |
| 2.0 | GALLON | 97-735/01 | PPG HPC THINNER |
| | | | JOB#12043A01-01 |

Accepted By



# INVOICE

**INVOICE NUMBER**
70229
**INVOICE DATE**
7/6/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59989 | **550621** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $56,212.29 | $0.00 | 7/6/18 | 8/5/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 15.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 34.25 | 513.75 |
| 15.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 13.49 | 202.35 |
| 14.0 | GALLON | AT370-3/01 | AMERCOAT 370 WHITE | 34.25 | 479.50 |
| 17.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 34.25 | 582.25 |
| 32.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 13.49 | 431.68 |
| 6.0 | GALLON | 97-735/01 | PPG HPC THINNER | 42.89 | 257.34 |

| | |
|---|---|
| SUBTOTAL | 2,466.87 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,466.87** |




Coatings Technologies, Inc.
S. Main Street
h Bend, IN 46601
A

574.287.4774

**Packing Slip**

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550821 | KILLINGBECK,B | Net 30 Days | 978.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 15.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 15.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 14.0 | GALLON | AT370-3/01 | AMERCOAT 370 WHITE |
| 17.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY |
| 32.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B |
| 6.0 | GALLON | 97-735/01 | PPG HPC THINNER |

Accepted By: _Billie Rogers Jr_    7-6-18



# INVOICE

**INVOICE NUMBER**
70231
**INVOICE DATE**
7/6/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN  46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59988 | **550621** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $58,679.16 | $0.00 | 7/6/18 | 8/5/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 16.0 | GALLON | AT45H3/01 | AMCT 450H WHITE RESIN | 84.84 | 1,357.44 |
| 18.0 | GALLON | AT45HT2/01 | AMCT 450H LIGHT TINT RESIN PHU-96 | 84.84 | 1,527.12 |
| 34.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 24.18 | 822.12 |
| 5.0 | GALLON | AT765/01 | AMERCOAT 65 THINNER | 29.00 | 145.00 |
| | | | JOB# 11813A09-01 | | |
| 10.0 | GALLON | AT45HT2/01 | AMCT 450H LIGHT TINT RESIN PHU-96 | 84.84 | 848.40 |
| 12.0 | GALLON | AT45HT3/01 | AMCT 450H NEUTRAL TINT RESIN PPG1002-7 | 84.84 | 1,018.08 |
| 22.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 29.00 | 638.00 |
| 6.0 | GALLON | AT765/01 | AMERCOAT 65 THINNER | 29.00 | 174.00 |
| 3.0 | GALLON | 97-735/01 | PPG HPC THINNER | 35.85 | 107.55 |
| | | | JOB# 11754A01-+01 | | |




| | |
|---|---|
| SUBTOTAL | 6,637.71 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$6,637.71** |

...oatings Technologies, Inc.
. Main Street
Bend, IN 46601
A

74.287.4774

# Packing Slip

Packing Slip Numbe
59988

Ship Date
Jul 6, 2016

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550821 | KILLINGBECK,B | Net 30 Days | 858.34 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 18.0 | GALLON | AT45H3/01 | AMCT 450H WHITE RESIN |
| 18.0 | GALLON | AT45HT2/01 | AMCT 450H LIGHT TINT RESIN PHU-96 |
| 34.0 | QUART | AT45H-B/04 | AMCT 450H CURE |
| 5.0 | GALLON | AT765/01 | AMERCOAT 65 THINNER |
| | | | JOB# 11813A09-01 |
| 18.0 | GALLON | AT45HT2/01 | AMCT 450H LIGHT TINT RESIN PHU-96 |
| 12.0 | GALLON | AT45HT3/01 | AMCT 450H NEUTRAL TINT RESIN PPG1002-7 |
| 22.0 | QUART | AT45H-B/04 | AMCT 450H CURE |
| 8.0 | GALLON | AT765/01 | AMERCOAT 65 THINNER |
| 3.0 | GALLON | 97-736/01 | PPG HPC THINNER |
| | | | JOB# 11754A01-401 |

Accepted By: _Bethi Rogers_ _for_     7-6-18



# INVOICE

INVOICE NUMBER
70262
INVOICE DATE
7/10/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 60011 | **550621** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $65,380.12 | $0.00 | 7/10/18 | 8/9/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 34.25 | 34.25 |
| 1.0 | GALLON | AT765/01 | AMERCOAT 65 THINNER | 29.00 | 29.00 |




| | |
|---|---|
| SUBTOTAL | 63.25 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$63.25** |

Allied Coatings Technologies, Inc
311 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
60011

Ship Date
Jul 10, 2018

Page
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5819

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550621 | KILLINGBECK.B | Net 30 Days | 17.22 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 1.0 | GALLON | AT370-2301 | AMERCOAT 370 PEARL GRAY |
| 1.0 | GALLON | AT65001 | AMERCOAT 65 THINNER |

Accepted By ___Bill Rogers___ 7-10-18



# INVOICE

**INVOICE NUMBER**
70305

**INVOICE DATE**
7/10/18

KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**
KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 60027 | | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $65,380.12 | $0.00 | 7/10/18 | 8/9/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG 128 | 653.74 | 653.74 |
| 15.0 | GALLON | 95-2412/01 | DTR RAPID COAT WHITE BASE-A ASA #70 | 55.94 | 839.10 |
| 15.0 | GALLON | 95-249/01 | DTR RAPID COAT CATALYST-B | 54.94 | 824.10 |

|  |  |
|---|---|
| SUBTOTAL | 2,316.94 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,316.94** |




_atings Technologies, Inc._
_Main Street_
_Bend, IN 46601_

_74.287.4774_

# Packing Slip

Packing Slip Number
60027

Ship Date
Jul 10, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

574-387-5619

KOONTZ WAGNER POWERHOUSE
4755 AMERITECH DRIVE
SOUTH BEND, IN 46628
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| | KILLINGBECK,B | Net 30 Days | 781.80 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 1.0 | DRUM | S-0105/55 | HM, PAINT RELATED MATERIAL, 3, UN 1263, PG II, ERG - 28 |
| 15.0 | GALLON | 95-2412/01 | DTR RAPID COAT WHITE BASE-A ASA #70 |
| 15.0 | GALLON | 95-240/01 | DTR RAPID COAT CATALYST-B |

Accepted By: _Bittie Ryan_          7-10-18

# United Coatings Technologies, Inc.
## Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO02 to KOO02. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| KOO02<br>do not use KWCC (ID) | 67146 | Invoice<br>Receipt | 67146<br>0050005351 | 1/5/18<br>2/9/18 | 2,280.75<br>-2,280.75 |
| | | | | | 0.00 |
| | 67147 | Invoice<br>Receipt | 67147<br>0050005351 | 1/5/18<br>2/9/18 | 3,429.46<br>-3,429.46 |
| | | | | | 0.00 |
| | 67148 | Invoice<br>Receipt | 67148<br>0050005351 | 1/5/18<br>2/9/18 | 3,429.46<br>-3,429.46 |
| | | | | | 0.00 |
| | 67149 | Invoice<br>Receipt | 67149<br>0050005351 | 1/5/18<br>2/9/18 | 3,429.46<br>-3,429.46 |
| | | | | | 0.00 |
| | 67150 | Invoice<br>Receipt | 67150<br>0050005351 | 1/5/18<br>2/9/18 | 650.24<br>-650.24 |
| | | | | | 0.00 |
| | 67151 | Invoice<br>Receipt | 67151<br>0050005351 | 1/5/18<br>2/9/18 | 650.24<br>-650.24 |
| | | | | | 0.00 |
| | 67152 | Invoice<br>Receipt | 67152<br>0050005351 | 1/5/18<br>2/9/18 | 3,429.46<br>-3,429.46 |
| | | | | | 0.00 |
| | 67299 | Invoice<br>Receipt | 67299<br>050005606 | 1/15/18<br>3/2/18 | 105.61<br>-105.61 |
| | | | | | 0.00 |
| | 67304 | Invoice<br>Receipt | 67304<br>050005606 | 1/11/18<br>3/2/18 | 899.89<br>-899.89 |
| | | | | | 0.00 |
| | 67305 | Invoice<br>Receipt | 67305<br>050005606 | 1/11/18<br>3/2/18 | 2,233.01<br>-2,233.01 |
| | | | | | 0.00 |
| | 67460 | Invoice<br>Receipt | 67460<br>050005606 | 1/19/18<br>3/2/18 | 1,731.10<br>-1,731.10 |

# United Coatings Technologies, Inc.
## Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO02 to KOO02. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | 67503 | Invoice<br>Receipt | 67503<br>0050005801 | 1/29/18<br>3/16/18 | 1,131.65<br>-1,131.65 |
| | | | | | 0.00 |
| | 67736 | Invoice<br>Receipt | 67736<br>0050006106 | 2/15/18<br>4/6/18 | 102.79<br>-102.79 |
| | | | | | 0.00 |
| | 67765 | Invoice<br>Receipt | 67765<br>0050006106 | 2/14/18<br>4/6/18 | 2,485.55<br>-2,485.55 |
| | | | | | 0.00 |
| | 67766 | Invoice<br>Receipt | 67766<br>0050006106 | 2/14/18<br>4/6/18 | 1,426.34<br>-1,426.34 |
| | | | | | 0.00 |
| | 67770 | Invoice<br>Receipt | 67770<br>0050006106 | 2/14/18<br>4/6/18 | 410.45<br>-410.45 |
| | | | | | 0.00 |
| | 67771 | Invoice<br>Receipt | 67771<br>0050006388 | 2/14/18<br>4/30/18 | 134.43<br>-134.43 |
| | | | | | 0.00 |
| | 67772 | Invoice<br>Receipt | 67772<br>0050006106 | 2/14/18<br>4/6/18 | 2,285.22<br>-2,285.22 |
| | | | | | 0.00 |
| | 67791 | Invoice<br>Receipt | 67791<br>0050005901 | 2/8/18<br>3/26/18 | 672.12<br>-672.12 |
| | | | | | 0.00 |
| | 67792 | Invoice<br>Receipt | 67792<br>0050005901 | 2/8/18<br>3/26/18 | 2,809.76<br>-2,809.76 |
| | | | | | 0.00 |
| | 67793 | Invoice<br>Receipt | 67793<br>0050005901 | 2/8/18<br>3/26/18 | 2,809.76<br>-2,809.76 |
| | | | | | 0.00 |

# United Coatings Technologies, Inc.
## Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO02 to KOO02. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | 67794 | Invoice<br>Receipt | 67794<br>0050005901 | 2/8/18<br>3/26/18 | 2,809.76<br>-2,809.76 |
| | | | | | 0.00 |
| | 67795 | Invoice<br>Receipt | 67795<br>0050005901 | 2/8/18<br>3/26/18 | 2,809.76<br>-2,809.76 |
| | | | | | 0.00 |
| | 67796 | Invoice<br>Receipt | 67796<br>0050005901 | 2/8/18<br>3/26/18 | 2,809.76<br>-2,809.76 |
| | | | | | 0.00 |
| | 67797 | Invoice<br>Receipt | 67797<br>0050005901 | 2/6/18<br>3/26/18 | 1,591.85<br>-1,591.85 |
| | | | | | 0.00 |
| | 67892 | Invoice<br>Receipt | 67892<br>0050006328 | 2/23/18<br>4/23/18 | 110.14<br>-110.14 |
| | | | | | 0.00 |
| | 67896 | Invoice<br>Receipt | 67896<br>0050006328 | 2/23/18<br>4/23/18 | 672.12<br>-672.12 |
| | | | | | 0.00 |
| | 67897 | Invoice<br>Receipt | 67897<br>0050006328 | 2/23/18<br>4/23/18 | 1,344.24<br>-1,344.24 |
| | | | | | 0.00 |
| | 67898 | Invoice<br>Receipt | 67898<br>0050006328 | 2/23/18<br>4/23/18 | 2,786.00<br>-2,786.00 |
| | | | | | 0.00 |
| | 67899 | Invoice<br>Receipt | 67899<br>0050006328 | 2/23/18<br>4/23/18 | 2,786.00<br>-2,786.00 |
| | | | | | 0.00 |
| | 67927 | Invoice<br>Receipt | 67927<br>0050006328 | 2/28/18<br>4/23/18 | 1,764.47<br>-1,764.47 |
| | | | | | 0.00 |
| | 68015 | Invoice<br>Receipt | 68015<br>0050006703 | 3/5/18<br>5/24/18 | 3,391.44<br>-3,391.44 |

# United Coatings Technologies, Inc.
## Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO02 to KOO02. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | 68096 | Invoice | 68096 | 3/1/18 | 151.98 |
| | | Receipt | 0050006328 | 4/23/18 | -151.98 |
| | | | | | 0.00 |
| | 68117 | Invoice | 68117 | 3/9/18 | 102.79 |
| | | Receipt | 0050006328 | 4/23/18 | -102.79 |
| | | | | | 0.00 |
| | 68138 | Invoice | 68138 | 3/12/18 | 1,567.74 |
| | | Receipt | 0050006918 | 7/3/18 | -1,567.74 |
| | | | | | 0.00 |
| | 68146 | Invoice | 68146 | 3/13/18 | 1,231.35 |
| | | Receipt | 0050006703 | 5/24/18 | -1,231.35 |
| | | | | | 0.00 |
| | 68221 | Invoice | 68221 | 3/13/18 | 110.05 |
| | | Receipt | 0050006703 | 5/24/18 | -110.05 |
| | | | | | 0.00 |
| | 68247 | Invoice | 68247 | 3/19/18 | 152.50 |
| | | Receipt | 0050006787 | 5/25/18 | -152.50 |
| | | | | | 0.00 |
| | 68248 | Invoice | 68248 | 3/19/18 | 152.50 |
| | | Receipt | 0050006787 | 5/25/18 | -152.50 |
| | | | | | 0.00 |
| | 68250 | Invoice | 68250 | 3/19/18 | 2,715.25 |
| | | Receipt | 0050006787 | 5/25/18 | -2,715.25 |
| | | | | | 0.00 |
| | 68251 | Invoice | 68251 | 3/19/18 | 2,950.15 |
| | | Receipt | 0050006787 | 5/25/18 | -2,950.15 |
| | | | | | 0.00 |
| | 68350 | Invoice | 68350 | 3/22/18 | 16,698.28 |
| | | Receipt | 0050006703 | 5/24/18 | -16,698.28 |
| | | | | | 0.00 |

8/3/20 at 13:08:58.92                                                                 Page: 5 of 8

## United Coatings Technologies, Inc.
### Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO02 to KOO02. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | 68453 | Invoice | 68453 | 3/28/18 | 215.22 |
| | | Receipt | 0050006787 | 5/25/18 | -215.22 |
| | | | | | 0.00 |
| | 68455 | Invoice | 68455 | 3/27/18 | 3,174.47 |
| | | Receipt | 0050006787 | 5/25/18 | -3,174.47 |
| | | | | | 0.00 |
| | 68604 | Invoice | 68604 | 4/4/18 | 529.62 |
| | | Receipt | 0050006918 | 7/3/18 | -529.62 |
| | | | | | 0.00 |
| | 68620 | Invoice | 68620 | 4/6/18 | 1,071.30 |
| | | Receipt | 0050006918 | 7/3/18 | -1,071.30 |
| | | | | | 0.00 |
| | 68698 | Invoice | 68698 | 4/11/18 | 410.50 |
| | | Receipt | 0050006703 | 5/24/18 | -410.50 |
| | | | | | 0.00 |
| | 68699 | Invoice | 68699 | 4/11/18 | 2,809.76 |
| | | Receipt | 0050006703 | 5/24/18 | -2,809.76 |
| | | | | | 0.00 |
| | 68700 | Invoice | 68700 | 4/11/18 | 2,809.76 |
| | | Receipt | 0050006703 | 5/24/18 | -2,809.76 |
| | | | | | 0.00 |
| | 68853 | Invoice | 68853 | 4/19/18 | 102.79 |
| | | Receipt | 0050006918 | 7/3/18 | -102.79 |
| | | | | | 0.00 |
| | 68854 | Invoice | 68854 | 4/18/18 | 8,358.00 |
| | | Receipt | 0050006918 | 7/3/18 | -8,358.00 |
| | | | | | 0.00 |
| | 68855 | Invoice | 68855 | 4/19/18 | 1,770.11 |
| | | Receipt | 0050006918 | 7/3/18 | -1,770.11 |
| | | | | | 0.00 |
| | 68856 | Invoice | 68856 | 4/18/18 | 2,442.20 |
| | | Receipt | 0050006918 | 7/3/18 | -2,442.20 |

# United Coatings Technologies, Inc.
## Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO02 to KOO02. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | 68858 | Invoice<br>Receipt | 68858<br>0050006918 | 4/17/18<br>7/3/18 | 410.50<br>-410.50 |
| | | | | | 0.00 |
| | 68978 | Invoice<br>Receipt | 68978<br>0050006918 | 4/27/18<br>7/3/18 | 142.20<br>-142.20 |
| | | | | | 0.00 |
| | 68979 | Invoice<br>Receipt | 68979<br>0050006918 | 4/27/18<br>7/3/18 | 972.42<br>-972.42 |
| | | | | | 0.00 |
| | 69073 | Invoice<br>Receipt | 69073<br>0050006918 | 5/2/18<br>7/3/18 | 1,254.98<br>-1,254.98 |
| | | | | | 0.00 |
| | 69074 | Invoice<br>Receipt | 69074<br>0050006918 | 5/2/18<br>7/3/18 | 1,254.98<br>-1,254.98 |
| | | | | | 0.00 |
| | 69146 | Invoice<br>Receipt | 69146<br>KW ID | 5/8/18<br>7/24/18 | 1,064.06<br>-1,064.06 |
| | | | | | 0.00 |
| | 69328 | Invoice<br>Receipt | 69328<br>KW ID | 5/17/18<br>7/24/18 | 82.10<br>-82.10 |
| | | | | | 0.00 |
| | 69329 | Invoice<br>Receipt | 69329<br>KW ID | 5/17/18<br>7/24/18 | 1,008.00<br>-1,008.00 |
| | | | | | 0.00 |
| | 69546 | Invoice<br>Receipt | 69546<br>KW ID | 5/30/18<br>7/24/18 | 1,478.67<br>-1,478.67 |
| | | | | | 0.00 |
| | 69547 | Invoice<br>Receipt | 69547<br>KW ID | 5/30/18<br>7/24/18 | 1,478.67<br>-1,478.67 |
| | | | | | 0.00 |

# United Coatings Technologies, Inc.
## Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO02 to KOO02. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | 69560 | Invoice<br>Receipt | 69560<br>KW ID | 5/31/18<br>7/24/18 | 106.54<br>-106.54 |
| | | | | | 0.00 |
| | 69561 | Invoice<br>Receipt | 69561<br>KW ID | 5/31/18<br>7/24/18 | 106.54<br>-106.54 |
| | | | | | 0.00 |
| | 69800 | Invoice<br>Receipt | 69800<br>KW ID | 6/13/18<br>7/24/18 | 2,390.92<br>-2,390.92 |
| | | | | | 0.00 |
| | 69801 | Invoice<br>Receipt | 69801<br>KW ID | 6/13/18<br>7/24/18 | 2,390.92<br>-2,390.92 |
| | | | | | 0.00 |
| | 69802 | Invoice<br>Receipt | 69802<br>KW ID | 6/13/18<br>7/24/18 | 2,390.92<br>-2,390.92 |
| | | | | | 0.00 |
| | 69812 | Invoice<br>Receipt | 69812<br>KW ID | 6/11/18<br>7/24/18 | 1,826.32<br>-1,826.32 |
| | | | | | 0.00 |
| | 69876 | Invoice<br>Receipt | 69876<br>KW ID | 6/15/18<br>7/24/18 | 213.52<br>-213.52 |
| | | | | | 0.00 |
| | 70234 | Invoice<br>Receipt | 70234<br>KW ID | 7/5/18<br>7/24/18 | 208.30<br>-208.30 |
| | | | | | 0.00 |
| | 70238 | Invoice<br>Receipt | 70238<br>KW ID | 7/10/18<br>7/24/18 | 1,012.75<br>-1,012.75 |
| | | | | | 0.00 |
| | 70299 | Invoice<br>Receipt | 70299<br>KW ID | 7/6/18<br>7/24/18 | 2,390.92<br>-2,390.92 |
| | | | | | 0.00 |
| | 70300 | Invoice<br>Receipt | 70300<br>KW ID | 7/6/18<br>7/24/18 | 2,390.92<br>-2,390.92 |

# United Coatings Technologies, Inc.
## Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO02 to KOO02. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | 70301 | Invoice | 70301 | 7/6/18 | 228.16 |
| | | Receipt | KW ID | 7/24/18 | -228.16 |
| | | | | | 0.00 |
| | 70302 | Invoice | 70302 | 7/6/18 | 410.45 |
| | | Receipt | KW ID | 7/24/18 | -410.45 |
| | | | | | 0.00 |
| | 70303 | Invoice | 70303 | 7/6/18 | 2,878.10 |
| | | Receipt | KW ID | 7/24/18 | -2,878.10 |
| | | | | | 0.00 |
| | 70309 | Invoice | 70309 | 7/10/18 | 75.00 |
| | | Receipt | KW ID | 7/24/18 | -75.00 |
| | | | | | 0.00 |
| KOO02 | | | | | 0.00 |
| Report Total | | | | | 0.00 |



# United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER:**
67152

**INVOICE DATE:**
1/5/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
12000B01-02
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57415 | **547675** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $80,856.85 | $0.00 | 1/5/18 | 2/4/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 178.10 | 1,068.60 |
| 6.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 66.45 | 398.70 |
| 2.0 | GALLON | 95-8801/01 | PHU-71 LODESTONE | 46.79 | 93.58 |
| 2.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 233.94 | 467.88 |
| 3.0 | GALLON | 95-8800/01 | PHU-76 BLACK | 46.79 | 140.37 |
| 2.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 233.94 | 467.88 |
| 5.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 29.93 | 149.65 |
| 4.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 149.65 | 598.60 |
| 2.0 | PINT | 97-722/08 | URETHANE ACCELERATOR | 22.10 | 44.20 |

| | |
|---|---|
| SUBTOTAL | 3,429.46 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$3,429.46** |



# INVOICE

**INVOICE NUMBER:**
67151

**INVOICE DATE:**
1/5/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
11899B01-01
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57413 | **547675** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $80,206.61 | $0.00 | 1/5/18 | 2/4/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 178.10 | 178.10 |
| 1.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 66.45 | 66.45 |
| 1.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 233.94 | 233.94 |
| 1.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 149.65 | 149.65 |
| 1.0 | PINT | 97-722/08 | URETHANE ACCELERATOR | 22.10 | 22.10 |

| | |
|---|---|
| SUBTOTAL | 650.24 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$650.24** |



## INVOICE

**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

INVOICE NUMBER:
67150

INVOICE DATE:
1/5/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
11496B01-01
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57411 | **547675** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $79,556.37 | $0.00 | 1/5/18 | 2/4/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 178.10 | 178.10 |
| 1.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 66.45 | 66.45 |
| 1.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 233.94 | 233.94 |
| 1.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 149.65 | 149.65 |
| 1.0 | PINT | 97-722/08 | URETHANE ACCELERATOR | 22.10 | 22.10 |

| | |
|---|---|
| SUBTOTAL | 650.24 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$650.24** |



# INVOICE

**INVOICE NUMBER:**
67149
**INVOICE DATE:**
1/5/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
11948B01-01
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57410 | **547675** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $76,126.91 | $0.00 | 1/5/18 | 2/4/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 178.10 | 1,068.60 |
| 6.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 66.45 | 398.70 |
| 2.0 | GALLON | 95-8801/01 | PHU-71 LODESTONE | 46.79 | 93.58 |
| 2.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 233.94 | 467.88 |
| 3.0 | GALLON | 95-8800/01 | PHU-76 BLACK | 46.79 | 140.37 |
| 2.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 233.94 | 467.88 |
| 5.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 29.93 | 149.65 |
| 4.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 149.65 | 598.60 |
| 2.0 | PINT | 97-722/08 | URETHANE ACCELERATOR | 22.10 | 44.20 |

| | |
|---|---|
| SUBTOTAL | 3,429.46 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$3,429.46** |



# United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
67148
INVOICE DATE:
1/5/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
11948B01-02
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57409 | **547675** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $72,697.45 | $0.00 | 1/5/18 | 2/4/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 178.10 | 1,068.60 |
| 6.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 66.45 | 398.70 |
| 2.0 | GALLON | 95-8801/01 | PHU-71 LODESTONE | 46.79 | 93.58 |
| 2.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 233.94 | 467.88 |
| 3.0 | GALLON | 95-8800/01 | PHU-76 BLACK | 46.79 | 140.37 |
| 2.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 233.94 | 467.88 |
| 5.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 29.93 | 149.65 |
| 4.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 149.65 | 598.60 |
| 2.0 | PINT | 97-722/08 | URETHANE ACCELERATOR | 22.10 | 44.20 |

| | |
|---|---|
| SUBTOTAL | 3,429.46 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$3,429.46** |



United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
67147
INVOICE DATE:
1/5/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#12000B01-01
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57408 | **547675** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $69,267.99 | $0.00 | 1/5/18 | 2/4/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 178.10 | 1,068.60 |
| 6.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 66.45 | 398.70 |
| 2.0 | GALLON | 95-8801/01 | PHU-71 LODESTONE | 46.79 | 93.58 |
| 2.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 233.94 | 467.88 |
| 3.0 | GALLON | 95-8800/01 | PHU-76 BLACK | 46.79 | 140.37 |
| 2.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 233.94 | 467.88 |
| 5.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 29.93 | 149.65 |
| 4.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 149.65 | 598.60 |
| 2.0 | PINT | 97-722/08 | URETHANE ACCELERATOR | 22.10 | 44.20 |

| | |
|---|---|
| SUBTOTAL | 3,429.46 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$3,429.46** |



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:

67146

INVOICE DATE:

1/5/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57390 | **547667** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $66,987.24 | $0.00 | 1/5/18 | 2/4/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 36.0 | EACH | 757136000021 | IMPORT CHIP BRUSH 1" | 0.19 | 6.84 |
| 24.0 | EACH | 757136000045 | IMPORT CHIP BRUSH 2" | 0.29 | 6.96 |
| 50.0 | EACH | 098262051755 | 5 GALLON PAIL LINER | 4.26 | 213.00 |
| | EACH | 726890576004 | PPG 6-IN-1 TOOL | 3.32 | |
| 25.0 | EACH | 048661107980 | SNAP OFF KNIFE 8PT | 1.50 | 37.50 |
| 3.0 | EACH | 051141386928 | 3M LENS COVERS 10 PACK | 14.53 | 43.59 |
| 3.0 | EACH | 051141324401 | R6001-3 ORGANIC VAP CART 3 PK | 24.49 | 73.47 |
| 3.0 | EACH | 051131973299 | RESPIRATOR PRE-FILTER (10PK) | 15.28 | 45.84 |
| 36.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 30.60 |
| 5.0 | EACH | RCT01031/EA | 20LB RAGS | 30.84 | 154.20 |
| 15.0 | PAIL | Q70/05 | TF METHYL AMYL KETONE | 111.25 | 1,668.75 |

| | |
|---|---|
| SUBTOTAL | 2,280.75 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,280.75** |



# United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

67299

**INVOICE DATE**

1/15/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57548 | **547803** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $67,715.43 | $0.00 | 1/15/18 | 2/14/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | EACH | TUK-PHU75-PHUPORC WHITE/BLACK TOUCH UP KT<br>#11965B01-01 | | 75.00 | 75.00 |

| | |
|---|---|
| SUBTOTAL | 75.00 |
| SALES TAX | 0.00 |
| FREIGHT | 30.61 |
| **TOTAL INVOICE AMOUNT** | **$105.61** |

Shipping: UPS

# Shipment Receipt

**Transaction Date:** 17 Jan 2018                                    **Tracking Number:**                    1Z14R46E0395677102

---

① **ADDRESS INFORMATION**

**Ship To:**

Koontz Wagner
Erik McFarland
20394 pinto lane
CALDWELL ID 836078000

**Ship From:**

United Coatings Technologies
Randy Pruett
1011 S. Main Street
South Bend IN 46601
Telephone:5742874774
email:rpruett@unitedcoatingst
echnologies.com

**Return Address:**

United Coatings Technologies
Randy Pruett
1011 S. Main Street
SOUTH BEND IN 46601
Telephone:5742874774
email:rpruett@unitedcoatingst
echnologies.com

---

② **PACKAGE INFORMATION**

| | WEIGHT | DIMENSIONS / PACKAGING | DECLARED VALUE | REFERENCE NUMBERS |
|---|---|---|---|---|
| 1. | 15.0 lbs (22.0 lbs billable) | 18 x 13 x 13 in. Other Packaging | | |

---

③ **UPS SHIPPING SERVICE AND SHIPPING OPTIONS**

**Service:**                              UPS Ground Service
**Guaranteed By:**                     End of Day Tuesday, Jan 23, 2018
**Shipping Fees Subtotal:**                   30.61 USD

   Transportation                        26.21 USD

   Fuel Surcharge                         1.80 USD

   Delivery Area Surcharge

   Package 1                               2.60 USD

---

④ **PAYMENT INFORMATION**

**Bill Shipping Charges to:**           Shipper's Account 14R46E

**Shipping Charges:**                                                                  30.61 USD

**Subtotal Shipping Charges:**                                                         30.61 USD

Daily rates were applied to this shipment
**Total Charged:**                                                                     30.61 USD

---

**Note:** This document is not an invoice. Your final invoice may vary from the displayed reference rates.



# INVOICE

United Coatings Technologies
1011 S Main Street · South Bend, IN · 46601 · Office: 574.287.4774

INVOICE NUMBER:
67304
INVOICE DATE:
1/11/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57495 | **547804** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $67,715.43 | $0.00 | 1/11/18 | 2/10/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 36.0 | EACH | 757136000021 | IMPORT CHIP BRUSH 1" | 0.19 | 6.84 |
| | EACH | 726890275372 | PROVANTAGE 9 X 3/8 COVER | 1.82 | |
| 2.0 | EACH | 732087250015 | WHIZZ COVERS 4" (10/PK) | 13.87 | 27.74 |
| | EACH | 088625371521 | PPG PAINT PAIL 2 GALLON | 3.81 | |
| | EACH | 088625371538 | PPG 5 GALLON PAINT PAIL | 4.77 | |
| | EACH | 098262051755 | 5 GALLON PAIL LINER | 4.48 | |
| | EACH | 726890576004 | PPG 6-IN-1 TOOL | 3.32 | |
| | EACH | 051131980099 | 3M SILVER DUCT TAPE | 7.54 | |
| 3.0 | EACH | 051141324401 | R6001-3 ORGANIC VAP CART 3 PK | 24.49 | 73.47 |
| | EACH | 051138176686 | 3M #501 FILTER RETAINER | 5.62 | |
| 8.0 | EACH | RCT01031/EA | 20LB RAGS | 40.01 | 320.12 |
| 4.0 | PAIL | Q70/05 | TF METHYL AMYL KETONE | 111.25 | 445.00 |
| 4.0 | EACH | 020066001209 | HP SPRAY SAFETY YELLOW 15OZ | 6.68 | 26.72 |

| | |
|---|---|
| SUBTOTAL | 899.89 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$899.89** |



# United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
67305
INVOICE DATE:
1/11/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
job#11965B01-01
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57501 | **547803** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $68,615.32 | $0.00 | 1/11/18 | 2/10/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | GALLON | QAP701/01 | SPECTRACRON WASH PRIMER-A | 69.22 | 69.22 |
| 1.0 | GALLON | QAP702/01 | SPECTRACRON WASH PRIMER-B | 34.54 | 34.54 |
| 2.0 | PAIL | AT370-3/05 | AMERCOAT 370 WHITE | 190.57 | 381.14 |
| 3.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 571.71 |
| 5.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 355.50 |
| 2.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 250.32 | 500.64 |
| 2.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 320.26 |
| 1.0 | EACH | TUK-PHU75-PHU | PORC WHITE/BLACK TOUCH UP KT | 75.00 | 75.00 |

SUBTOTAL    2,308.01

SALES TAX    0.00

FREIGHT    0.00

**TOTAL INVOICE AMOUNT**    **$2,308.01**



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:

67460

INVOICE DATE:

1/19/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57599 | **547921** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $70,953.94 | $0.00 | 1/19/18 | 2/18/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 9.0 | EACH | 726890593339 | PROVANTAGE 9 X 3/8 COVER | 1.64 | 14.79 |
| 50.0 | EACH | 047034115133 | 5 GALLON STRAINER ELASTIC TOP | 0.87 | 43.50 |
| 10.0 | EACH | 088625371521 | PPG PAINT PAIL 2 GALLON | 2.75 | 27.50 |
| 20.0 | EACH | 088625371538 | PPG 5 GALLON PAINT PAIL | 3.45 | 69.00 |
| 100.0 | EACH | 098262051755 | 5 GALLON PAIL LINER | 3.05 | 305.00 |
| 12.0 | EACH | 726890576004 | PPG 6-IN-1 TOOL | 2.75 | 33.00 |
| 25.0 | EACH | 048661107980 | SNAP OFF KNIFE 8PT | 1.50 | 37.50 |
| 24.0 | EACH | 051141900407 | AMF99"X90 HANDMASKER FILM | 12.66 | 303.84 |
| 20.0 | EACH | 051138176686 | 3M #501 FILTER RETAINER | 4.33 | 86.60 |
| 3.0 | EACH | RCT01031/EA | 20LB RAGS | 30.84 | 92.52 |
| 1.0 | PAIL | 086236700730 | VM&P NAPHTHA PAIL | 50.35 | 50.35 |
| 6.0 | PAIL | Q70/05 | TF METHYL AMYL KETONE | 111.25 | 667.50 |

SUBTOTAL 1,731.10

SALES TAX 0.00

FREIGHT 0.00

**TOTAL INVOICE AMOUNT** **$1,731.10**



United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
67503
INVOICE DATE:
1/29/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57727 | **548077** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $39,144.30 | $0.00 | 1/29/18 | 2/28/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 36.0 | EACH | 757136000021 | IMPORT CHIP BRUSH 1" | 0.19 | 6.84 |
| 4.0 | EACH | 732087250015 | WHIZZ COVERS 4" (10/PK) | 13.87 | 55.48 |
| 50.0 | EACH | 047034115133 | 5 GALLON STRAINER ELASTIC TOP | 0.87 | 43.50 |
| 50.0 | EACH | 098262051755 | 5 GALLON PAIL LINER | 3.05 | 152.50 |
| 12.0 | EACH | 047034122124 | MASKING PAPER 12" | 2.24 | 26.88 |
| 3.0 | EACH | 047034361400 | RED ROSIN 35" X 140' PAPER | 7.81 | 23.43 |
| 36.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 30.60 |
| 8.0 | EACH | RCT01031/EA | 20LB RAGS | 30.84 | 246.72 |
| 2.0 | PAIL | 086236700730 | VM&P NAPHTHA PAIL | 50.35 | 100.70 |
| 4.0 | PAIL | Q70/05 | TF METHYL AMYL KETONE | 111.25 | 445.00 |

|  | SUBTOTAL | 1,131.65 |
|---|---|---|
|  | SALES TAX | 0.00 |
|  | FREIGHT | 0.00 |
|  | **TOTAL INVOICE AMOUNT** | **$1,131.65** |



# United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574-287-4774

# INVOICE

INVOICE NUMBER:

67736

INVOICE DATE:

2/15/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#11955B01-01
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57991 | **548487** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $9,677.45 | $0.00 | 2/15/18 | 3/17/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | EACH | TUK-PHU129-PH | HAZE GRAY-CM/BLACK TOUCH UP KT | 75.00 | 75.00 |
| | | | 1Z14R46E0390234269 | | |

| | |
|---|---|
| SUBTOTAL | 75.00 |
| SALES TAX | 0.00 |
| FREIGHT | 27.79 |
| **TOTAL INVOICE AMOUNT** | **$102.79** |

QUICK START ▼



Home (/us/en/Home.page?) > Shipping (/us/en/shipping.page?) > Create a Shipment:Package & Freight

Shipping

# Create A Shipment

## Shipment Confirmation

---

THANK YOU. YOUR SHIPMENT HAS BEEN PROCESSED.

We have received your shipping details and processed your payment. If you need to **print shipping labels**, **print a receipt**, or **print a return label**, follow the steps below.

| | |
|---|---|
| **Tracking Number:** | 1Z14R46E0390234269 |
| **Service:** | UPS Ground Service |
| **Guaranteed By:** | End of Day Wednesday, Feb 21, 2018 |
| **Bill Shipping Charges to:** | Shipper's Account 14R46E |
| **Shipping Charges:** | 27.79 USD |

Daily rates were applied to this shipment

**Total Charged:**         **27.79 USD**

**Guarantees and Notices** [↗]

---

### PRINT SHIPPING DOCUMENTS

Select the items to print below. To print selected items select **Print**.

**Label:**

☑    Label

Print labels using my UPS thermal Printer?



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574-287-4774

# INVOICE

INVOICE NUMBER:
67765

INVOICE DATE:
2/14/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57957 | **548456** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $9,677.45 | $0.00 | 2/14/18 | 3/16/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 25.0 | EACH | 047034115133 | 5 GALLON STRAINER ELASTIC TOP | 0.87 | 21.75 |
| 10.0 | EACH | 088625371538 | PPG 5 GALLON PAINT PAIL | 3.45 | 34.50 |
| 100.0 | EACH | 098262051755 | 5 GALLON PAIL LINER | 4.26 | 426.00 |
| 10.0 | EACH | 051141386928 | 3M LENS COVERS 10 PACK | 14.53 | 145.30 |
| 4.0 | EACH | 051141324401 | R6001-3 ORGANIC VAP CART 3 PK | 24.49 | 97.96 |
| 5.0 | EACH | 051131973299 | RESPIRATOR PRE-FILTER (10PK) | 15.28 | 76.40 |
| 36.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 30.60 |
| 6.0 | EACH | RCT01031/EA | 20LB RAGS | 30.84 | 185.04 |
| 10.0 | PAIL | 086236700716 | ACETONE | 43.75 | 437.50 |
| 5.0 | PAIL | 086236700730 | VM&P NAPHTHA PAIL | 50.35 | 251.75 |
| 7.0 | PAIL | Q70/05 | TF METHYL AMYL KETONE | 111.25 | 778.75 |

| | |
|---|---|
| SUBTOTAL | 2,485.55 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,485.55** |



## United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
67766
INVOICE DATE:
2/14/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#11955B01-01
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57988 | **548487** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $12,163.00 | $0.00 | 2/14/18 | 3/16/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 2.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 381.14 |
| 2.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 142.20 |
| 1.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 250.32 | 250.32 |
| 1.0 | PAIL | 95-8800/05 | PHU-129 HAZE GRAY-CM | 250.32 | 250.32 |
| 1.0 | GALLON | 95-8800/01 | PHU-129 HAZE GRAY-CM | 50.07 | 50.07 |
| 1.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 32.03 |
| 2.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 320.26 |

| | |
|---|---|
| SUBTOTAL | 1,426.34 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,426.34** |



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
67770
INVOICE DATE:
2/14/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57953 | **548485** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $13,589.34 | $0.00 | 2/14/18 | 3/16/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | PAIL | 95-8000/05 | PHU-85 CAT YELLOW | 250.32 | 250.32 |
| 1.0 | GALLON | 95-819/01 | PITTHANE ULTRA CATALYST-B | 160.13 | 160.13 |

| | |
|---|---|
| SUBTOTAL | 410.45 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$410.45** |



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
67771
INVOICE DATE:
2/14/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
job#11952B01-01
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57952 | **548485** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $13,999.79 | $0.00 | 2/14/18 | 3/16/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 38.11 |
| 1.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 14.22 | 14.22 |
| 1.0 | GALLON | 95-8800/01 | PHU-76 BLACK | 50.07 | 50.07 |
| 1.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 32.03 |

| | |
|---|---|
| SUBTOTAL | 134.43 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$134.43** |



# INVOICE

INVOICE NUMBER:

67772

INVOICE DATE:

2/14/18



KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#11834B01-01
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57954 | **548485** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $14,134.22 | $0.00 | 2/14/18 | 3/16/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 2.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 76.22 |
| 2.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 14.22 | 28.44 |
| 3.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 571.71 |
| 3.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 213.30 |
| 2.0 | PAIL | 95-8800/05 | PHU-128 TOWER TEAL | 250.32 | 500.64 |
| 2.0 | GALLON | 95-8800/01 | PHU-76 BLACK | 50.07 | 100.14 |
| 1.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 250.32 | 250.32 |
| 2.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 64.06 |
| 3.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 480.39 |

| | | |
|---|---|---|
| SUBTOTAL | | 2,285.22 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$2,285.22** |



# INVOICE

**INVOICE NUMBER:**
67791
**INVOICE DATE:**
2/8/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#11988B01-01
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57869 | **548336** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $27,375.51 | $0.00 | 2/8/18 | 3/10/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 190.57 |
| 1.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 71.10 |
| 1.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 250.32 | 250.32 |
| 1.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 160.13 |

| | |
|---|---|
| SUBTOTAL | 672.12 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$672.12** |



**United Coatings Technologies**
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
67792
INVOICE DATE:
2/8/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ-WAGNER (IDAHO)
20394 PINTO LANE
JOB#11999B01-03
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57871 | **548330** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $28,047.63 | $0.00 | 2/8/18 | 3/10/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 952.85 |
| 5.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 355.50 |
| 3.0 | GALLON | 95-8801/01 | PHU-71 LODESTONE | 50.07 | 150.21 |
| 1.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 250.32 | 250.32 |
| 2.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 250.32 | 500.64 |
| 3.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 96.09 |
| 3.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 480.39 |
| 1.0 | PINT | 97-722/08 | URETHANE ACCELERATOR | 23.76 | 23.76 |

|  |  |
|---|---|
| SUBTOTAL | 2,809.76 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,809.76** |



# INVOICE

**INVOICE NUMBER:**
67793
**INVOICE DATE:**
2/8/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#12017B01-01
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57872 | **548334** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $30,857.39 | $0.00 | 2/8/18 | 3/10/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 952.85 |
| 5.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 355.50 |
| 3.0 | GALLON | 95-8801/01 | PHU-71 LODESTONE | 50.07 | 150.21 |
| 1.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 250.32 | 250.32 |
| 2.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 250.32 | 500.64 |
| 3.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 96.09 |
| 3.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 480.39 |
| 1.0 | PINT | 97-722/08 | URETHANE ACCELERATOR | 23.76 | 23.76 |

| | |
|---|---|
| SUBTOTAL | 2,809.76 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,809.76** |



# INVOICE

INVOICE NUMBER:
67794
INVOICE DATE:
2/8/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#12017B01-02
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57873 | **548335** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $33,667.15 | $0.00 | 2/8/18 | 3/10/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 952.85 |
| 5.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 355.50 |
| 3.0 | GALLON | 95-8801/01 | PHU-71 LODESTONE | 50.07 | 150.21 |
| 1.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 250.32 | 250.32 |
| 2.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 250.32 | 500.64 |
| 3.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 96.09 |
| 3.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 480.39 |
| 1.0 | PINT | 97-722/08 | URETHANE ACCELERATOR | 23.76 | 23.76 |

| | |
|---|---|
| SUBTOTAL | 2,809.76 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,809.76** |

 

# INVOICE

**INVOICE NUMBER:**
67795
**INVOICE DATE:**
2/8/18

United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#11999B01-02
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57870 | **548333** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $36,476.91 | $0.00 | 2/8/18 | 3/10/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 952.85 |
| 5.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 355.50 |
| 3.0 | GALLON | 95-8801/01 | PHU-71 LODESTONE | 50.07 | 150.21 |
| 1.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 250.32 | 250.32 |
| 2.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 250.32 | 500.64 |
| 3.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 96.09 |
| 3.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 480.39 |
| 1.0 | PINT | 97-722/08 | URETHANE ACCELERATOR | 23.76 | 23.76 |

| | |
|---|---|
| SUBTOTAL | 2,809.76 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,809.76** |



United Coatings Technologies
1011 S. Main Street • South Bend, IN 46601 • Office 574.287.4774

# INVOICE

INVOICE NUMBER:
67796
INVOICE DATE:
2/8/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
job#11999B01-01
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57868 | **548332** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $39,286.67 | $0.00 | 2/8/18 | 3/10/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 952.85 |
| 5.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 355.50 |
| 3.0 | GALLON | 95-8801/01 | PHU-71 LODESTONE | 50.07 | 150.21 |
| 1.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 250.32 | 250.32 |
| 2.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 250.32 | 500.64 |
| 3.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 96.09 |
| 3.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 480.39 |
| 1.0 | PINT | 97-722/08 | URETHANE ACCELERATOR | 23.76 | 23.76 |

| | |
|---|---|
| SUBTOTAL | 2,809.76 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,809.76** |



# INVOICE

**INVOICE NUMBER:**

67797

**INVOICE DATE:**

2/6/18

United Coatings Technologies
1011 S Main Street • South Bend, IN  46601 • Office: 574.287.4774

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57829 | **548287** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $27,375.51 | $0.00 | 2/6/18 | 3/8/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 3.0 | EACH | 732087250015 | WHIZZ COVERS 4" (10/PK) | 13.87 | 41.61 |
| 25.0 | EACH | 047034115133 | 5 GALLON STRAINER ELASTIC TOP | 0.87 | 21.75 |
| 24.0 | EACH | 098262610860 | 2.5 QT MIX N MEASURE PAIL | 0.97 | 23.28 |
| 25.0 | EACH | 726890263690 | METAL  UNLINED QUART CAN | 0.73 | 18.25 |
| 25.0 | EACH | 726890263706 | METAL  UNLINED QUART CAN LID | 0.18 | 4.50 |
| 2.0 | EACH | 051131980099 | 3M SILVER DUCT TAPE | 8.25 | 16.50 |
| 36.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 30.60 |
| 6.0 | EACH | RCT01031/EA | 20LB RAGS | 30.84 | 185.04 |
| 5.0 | PAIL | 086236700716 | ACETONE | 43.75 | 218.75 |
| 5.0 | PAIL | 086236700730 | VM&P NAPHTHA PAIL | 50.35 | 251.75 |
| 6.0 | PAIL | Q70/05 | TF METHYL AMYL KETONE | 111.25 | 667.50 |
| 18.0 | EACH | 55-675/54 | I/E SPRAY EN GLOSS BLACK | 3.12 | 56.16 |
| 18.0 | EACH | 55-671/54 | I/E SPRAY EN GRAY PRIMER | 3.12 | 56.16 |

|  | |
|---|---|
| SUBTOTAL | 1,591.85 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,591.85** |



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67892
**INVOICE DATE**
2/23/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
#11796B01-01
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58074 | **548651** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $29,258.81 | $0.00 | 2/23/18 | 3/25/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | EACH | TUK-PHU130,PHI | CUMMINS GREE/BLK TOUCH UP KT | 75.00 | 75.00 |
| | | | 1z14r46e0399291548 | | |

| | | |
|---|---|---|
| SUBTOTAL | | 75.00 |
| SALES TAX | | 0.00 |
| FREIGHT | | 35.14 |
| **TOTAL INVOICE AMOUNT** | | **$110.14** |

QUICK START ▼



Home (/us/en/Home.page?) > Shipping (/us/en/shipping.page?) > Create a Shipment:Package & Freight

## Shipping

# Create A Shipment

## Shipment Confirmation

THANK YOU. YOUR SHIPMENT HAS BEEN PROCESSED.

We have received your shipping details and processed your payment. If you need to **print shipping labels**, **a receipt**, or **print a return label**, follow the steps below.

| | |
|---|---|
| **Tracking Number:** | 1Z14R46E0399291548 |
| **Pickup Request Number:** | 2951P4KQN5N |
| **Service:** | UPS Ground Service |
| **Guaranteed By:** | End of Day Thursday, Mar 1, 2018 |
| **Bill Shipping and Pickup Charges:** | Shipper's Account 14R46E |
| **Shipping Charges:** | 27.79 USD |

Daily rates were applied to this shipment

| | |
|---|---|
| **Subtotal Shipping Charges:** | **27.79 USD** |
| **Subtotal Pickup Charges:** | **7.35 USD** |
| **Total Charged:** | **35.14 USD** |

**Guarantees and Notices** [↗]

### PRINT SHIPPING DOCUMENTS

Select the items to print below. To print selected items select **Print**



**Sales/Invoicing**

File  Edit  Go To  Window  Help

Close  New  List  Save  Print  E-mail  Copy  Delete  Row  Serial No  Note  Journal  Event  Layout  Reports  Attach  Help

Customer ID: KOO02

**Invoice**

Bill to: do not use KWCC (ID)
P.O. BOX 1229
TULSA, OK 74101 USA

Ship to: Ship To 1
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
#11992B01-01
CALDWELL   ID   83606
USA

Clear >

*Invoice date: 2/23/18
*Due date: Mar 25, 2018
Invoice No.: 67896
Quote No.: 58069
☐ Drop ship
View related transactions

**PAID IN FULL**
Apr 23, 2018

| Customer PO | Ship via | Ship date | Sales rep | Terms |
|---|---|---|---|---|
| 548651 | LTL Truck | | KILLINGBECK,B | Net 30 Days |

Apply to Sales Order: 0.00        Apply to Sales: 672.12

| Quantity | Item | U/M | Description | Unit Price | Tax | Amount | Job |
|---|---|---|---|---|---|---|---|
| 1.00000 | AT370-23/05 | PAIL | AMERCOAT 370 PEARL GRAY | 190.57000 | 1 | 190.57 | |
| 1.00000 | AT370-B/01 | GALLON | AMERCOAT 370 CURE B | 71.10000 | 1 | 71.10 | |
| 1.00000 | 95-8800/05 | PAIL | PHU-76 BLACK | 250.32000 | 1 | 250.32 | |
| 1.00000 | 95-859/01 | GALLON | PITTHANE 35 CATALYST-B | 160.13000 | 1 | 160.13 | |

Apply tickets/expenses

Sales tax: 0.00  EXEMPT
Freight: 0.00

─ Customer Account as of Feb 23, 2018 ─
Balance: 36,957.31
Credit limit: 200,000.00
Credit status: Hold Over Limit

Other applied credits    672.12
Amount paid at sale    0.00

672.12 Invoice total
0.00 Net due

Status  History
Tracking sta
Assigned to:
How d
Notes:
Show: ⦿ A
        ○ M
Next Steps:
Add or e

**Invoice**

To: do not use KWCC (ID)
P.O. BOX 1229
TULSA, OK 74101 USA

Customer ID: K0002

**PAID IN FULL**
**Apr 23, 2018**

Invoice date: 2/23/18
Due date: Mar 25, 2018
Invoice No.: 67897
Quote No.: 38068
Drop ship
View related transactions

Customer: 548651
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
#1179GB01-01
CALDWELL    ID 83606
USA

| Customer PO | Ship via | Ship date | Sales rep | Terms |
|---|---|---|---|---|
| | LTL Truck | | KILLINGBECK,B | Net 30 Days |

Apply to Sales Order: 0.00    Apply to Sales: 1,344.24

| Quantity | Item | U/M | Description | Unit Price | Tax | Amount | Job |
|---|---|---|---|---|---|---|---|
| 2.00000 | AT370-23/05 | PAIL | AMERCOAT 370 PEARL GRAY | 190.57000 | 1 | 381.14 | |
| 2.00000 | AT370-B/01 | GALLON | AMERCOAT 370 CURE B | 71.10000 | 1 | 142.20 | |
| 2.00000 | 95-8800/05 | PAIL | CUMMINS GREEN PHU-130 | 250.32200 | 1 | 500.64 | |
| 2.00000 | 95-859/01 | GALLON | PITTHANE 35 CATALYST-B | 160.13000 | 1 | 320.26 | |

Apply tickets/expenses

Customer Account as of Feb 23, 2018
Balance:        38,957.31
Credit limit:   200,000.00
Credit status: Hold Over Limit

Other applied credits
Amount paid at sale

| | |
|---|---|
| Sales tax: | EXEMPT |
| Freight: | |
| Sales tax: | 0.00 |
| | 1,344.24 Invoice total |
| | 0.00 |
| Freight: | 0.00 |
| | 0.00 Net due |

1,344.24

File Edit View Go To Window Help

New | Save | Print | E-mail | Copy | Delete | Row | Details | Item | Journal | Event | Layout | Reports | Attach | Help

**Invoice**

Customer ID: K0002

Bill to: do not use KWCC (D)
P.O. BOX 1229
TULSA, OK 74101 USA

PAID IN FULL
Apr 23, 2018

| Customer PO | Ship via | Ship date | Sales rep | | Terms |
|---|---|---|---|---|---|
| 548651 | LTL Truck | | KILLINGBECK,B | ID 83606 | Net 30 Days |

Ship to: CALDWELL
#120168017-01
20391 PINTO LANE
USA

Invoice No.: 67898
*Invoice date: 3/25/2018
*Due date: Mar 25, 2018
Quote No.: 58070
☐ Drop ship
View related transactions

Apply to Sales Order: 0.00 | Apply to Sales: 2,786.00

| Tax ID | Item | U/M | Description | Unit Price | Tax | Amount | Job |
|---|---|---|---|---|---|---|---|
| 5.00000 | AT370-23/05 | PAIL | AMERCOAT 370 PEARL GRAY | 190.57000 | 1 | 952.85 | |
| 5.00000 | AT370-B/01 | GALLON | AMERCOAT 370 CURE B | 71.10000 | 1 | 355.50 | |
| 3.00000 | 95-880T/01 | GALLON | PHJ-71 LODESTONE | 50.07000 | 1 | 150.21 | |
| 1.00000 | 95-880T/05 | PAIL | PHJ-71 LODESTONE | 250.32000 | 1 | 250.32 | |
| 2.00000 | 95-880/05 | PAIL | PHJ-76 BLACK | 250.32000 | 1 | 500.64 | |
| 3.00000 | 95-859/08 | PINT | PITTHANE 35 CATALYST-B | 32.03000 | 1 | 96.09 | |
| 3.00000 | 95-859/01 | GALLON | PITTHANE 35 CATALYST-B | 160.13000 | 1 | 480.39 | |

Apply tickets/expenses

| | | Sales tax: | | 0.00 | EXEMPT |
|---|---|---|---|---|---|
| | Other applied credits | Freight: | | 0.00 | |

Customer Account as of Feb 23, 2018
Balance:          36,957.31
Credit limit:   200,000.00
Credit status: Hold Over Limit

Amount paid at sale          0.00

2,786.00   2,786.00 Invoice total
           0.00 Net due

File  Edit  Go To  Window  Help

Libra | New | List | Save | Print | E-mail | Copy | Delete | Flow | Send/Rec | Delete | Journal | Event | Invoice Deposit | A Reb | Help

**Invoice.**

Customer ID: KOO02

Bill to: do not use KWCC (ID)
P.O. BOX 1229
TULSA, OK 74101 USA

**PAID IN FULL**
Apr 23, 2018

Clear ▽

Ship to 1
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
#120169001-02
CALDWELL    ID  83606
USA

*Invoice date: 3/23/18
*Due date: Mar 25, 2018
Invoice No.: 67899
Quote No.: 58071
☐ Drop ship
View related transactions

| 548651 | Customer PO | Ship Via | Ship date | Sales rep | Terms |
|---|---|---|---|---|---|
|  |  | LTL Truck | | KILLINGBECK.B | Net 30 Days |

Apply to Sales Order: 0.00          **Apply to Sales: 2,786.00**

| Quantity | Item | U/M | Description | Unit Price | Tax | Amount | Job |
|---|---|---|---|---|---|---|---|
| 5.00000 | AT370-23/05 | PAIL | AMERCOAT 370 PEARL GRAY | 190.57000 | 1 | 952.85 | |
| 5.00000 | AT370-B/01 | GALLON | AMERCOAT 370 CURE B | 71.10000 | 1 | 355.50 | |
| 3.00000 | 95-8801/01 | GALLON | PHU-71 LODESTONE | 50.07000 | 1 | 150.21 | |
| 1.00000 | 95-8801/05 | PAIL | PHU-71 LODESTONE | 250.32000 | 1 | 250.32 | |
| 2.00000 | 95-8800/05 | PAIL | PHU-76 BLACK | 250.32000 | 1 | 500.64 | |
| 3.00000 | 95-859/08 | PINT | PITTHANE 35 CATALYST-B | 32.03000 | 1 | 96.09 | |
| 3.00000 | 95-859/01 | GALLON | PITTHANE 35 CATALYST-B | 160.13000 | 1 | 480.39 | |

Apply tickets/expenses

Customer Account as of Feb 23, 2018
Balance:           36,957.31
Credit limit:     200,000.00

Other applied credits
Amount paid at sale

| | Sales tax: | 0.00 | EXEMPT |
|---|---|---|---|
| | Freight: | 0.00 | |
| | 2,786.00 | 2,786.00 | Invoice total |
| | 0.00 | 0.00 | Net due |



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
67927
INVOICE DATE:
2/28/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58123 | 548731 | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $36,957.31 | $0.00 | 2/28/18 | 3/30/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 2.0 | EACH | 732087250015 | WHIZZ COVERS 4" (10/PK) | 13.87 | 27.74 |
| 5.0 | EACH | 088625371538 | PPG 5 GALLON PAINT PAIL | 3.45 | 17.25 |
| 15.0 | EACH | 726890163891 | ROUND METAL GALLON CAN | 1.75 | 26.25 |
| 5.0 | EACH | 051141386928 | 3M LENS COVERS 10 PACK | 14.53 | 72.65 |
| 8.0 | EACH | RCT01031/EA | 20LB RAGS | 30.84 | 246.72 |
| 5.0 | PAIL | 086236700716 | ACETONE | 43.75 | 218.75 |
| 5.0 | PAIL | 086236700730 | VM&P NAPHTHA PAIL | 50.35 | 251.75 |
| 8.0 | PAIL | Q70/05 | TF METHYL AMYL KETONE | 111.25 | 890.00 |
| 2.0 | EACH | 020066001209 | HP SPRAY SAFETY YELLOW 15OZ | 6.68 | 13.36 |

SUBTOTAL 1,764.47

SALES TAX 0.00

FREIGHT 0.00

**TOTAL INVOICE AMOUNT** **$1,764.47**



# United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:

68015

INVOICE DATE:

3/5/18

| | SHIP TO |
|---|---|
| KOONTZ-WAGNER CSTM CNTRL (ID)<br>P.O. BOX 1229<br>TULSA, OK 74101<br>USA | KOONTZ WAGNER (IDAHO)<br>20394 PINTO LANE<br>#1831B01-01<br>CALDWELL, ID 83606<br>USA |

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58181 | **548955** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $37,295.59 | $0.00 | 3/5/18 | 4/4/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 7.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 1,333.99 |
| 7.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 497.70 |
| 2.0 | GALLON | 95-8801/01 | PHU-131 WEATHERED MARBLE | 50.07 | 100.14 |
| 3.0 | PAIL | 95-8801/05 | PHU-131 WEATHERED MARBLE | 250.32 | 750.96 |
| 2.0 | GALLON | 95-8800/01 | PHU-76 BLACK | 50.07 | 100.14 |
| 4.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 128.12 |
| 3.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 480.39 |

|  |  |
|---|---|
| SUBTOTAL | 3,391.44 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$3,391.44** |

# INVOICE

United Coatings Technologies
S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

INVOICE NUMBER:
68096

INVOICE DATE:
3/1/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58165 | **548772** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $38,721.78 | $0.00 | 3/1/18 | 3/31/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 3.0 | EACH | LB900C-10 | SOLVENT RECYCLER BAGS /10 | 50.66 | 151.98 |

| | |
|---|---|
| SUBTOTAL | 151.98 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$151.98** |

## Kurt Rimelspach

| | |
|---|---|
| **From:** | Dean Clemente <hayleyintl@gmail.com> |
| **Sent:** | Friday, March 09, 2018 2:53 PM |
| **To:** | krimelspach@unitedcoatingstechnologies.com |
| **Cc:** | arumble@unitedcoatingstechnologies.com |
| **Subject:** | Tracking Information - PO # 18355 |

Kurt,

As per your request, please find UPS tracking information below:

UPS Tracking # 1Z4276500378436610

Delivered 03/04/18 at 11:04 a.m.

Signed by "OLVERA"

Please contact me if I can further assist you.

Sincerely,
Krystal Ventimiglia
Hayley International, LLC.
hayleyintl@gmail.com

800-343-3776 x 212



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

68117

**INVOICE DATE**

3/9/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
#11955B01-01
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58274 | **548908** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $37,295.59 | $0.00 | 3/9/18 | 4/8/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | EACH | TUK-PHU129-PH | HAZE GRAY-CM/BLACK TOUCH UP KT | 75.00 | 75.00 |

| | |
|---|---|
| SUBTOTAL | 75.00 |
| SALES TAX | 0.00 |
| FREIGHT | 27.79 |
| **TOTAL INVOICE AMOUNT** | **$102.79** |



# United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER:**

68138

**INVOICE DATE:**

3/12/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (ID)      KOONTZ WAGNER (IDAHO)
P.O. BOX 1229                      20394 PINTO LANE
TULSA, OK 74101                    CALDWELL, ID 83606
USA                               USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58251 | 548884 | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $39,118.62 | $0.00 | 3/12/18 | 4/11/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 72.0 | EACH | 757136000021 | IMPORT CHIP BRUSH 1" | 0.19 | 13.68 |
| 48.0 | EACH | 757136000045 | IMPORT CHIP BRUSH 2" | 0.29 | 13.92 |
| 25.0 | EACH | 047034115133 | 5 GALLON STRAINER ELASTIC TOP | 0.87 | 21.75 |
| 24.0 | EACH | 098262610860 | 2.5 QT MIX N MEASURE PAIL | 0.97 | 23.28 |
| 10.0 | EACH | 038625371538 | PPG 5 GALLON PAINT PAIL | 3.45 | 34.50 |
| 24.0 | EACH | 051141900407 | AMF99"X90 HANDMASKER FILM | 12.66 | 303.84 |
| 36.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 30.60 |
| 8.0 | EACH | RCT01031/EA | 20LB RAGS | 30.84 | 246.72 |
| 2.0 | PAIL | 038236700730 | VM&P NAPHTHA PAIL | 50.35 | 100.70 |
| 7.0 | PAIL | Q70/05 | TF METHYL AMYL KETONE | 111.25 | 778.75 |
| 50.0 | EACH | 098262051755 | 5 GALLON PAIL LINER | 3.05 | 152.50 |

| | | |
|---|---|---|
| SUBTOTAL | | 1,720.24 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$1,720.24** |


**United Coatings Technologies**
401 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

68146

**INVOICE DATE**

3/13/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
#11831B01-01
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58320 | 548958 | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $38,966.12 | $0.00 | 3/13/18 | 4/12/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 3.0 | PAIL | 95-8801/05 | PHU-131 WEATHERED MARBLE | 250.32 | 750.96 |
| 3.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 480.39 |

|  |  |
|---|---|
| SUBTOTAL | 1,231.35 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,231.35** |



**United Coatings Technologies**
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

68221

**INVOICE DATE**

3/13/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#11831B01-01
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58323 | **548958** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $40,197.47 | $0.00 | 3/13/18 | 4/12/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | EACH | TUK | PHU-131 WEATHERED MARBLR | 75.00 | 75.00 |

| | |
|---|---|
| SUBTOTAL | 75.00 |
| SALES TAX | 0.00 |
| FREIGHT | 35.05 |
| **TOTAL INVOICE AMOUNT** | **$110.05** |



File   Edit   Go To   Window   Help

Close   New   List   Save   Print   E-mail   Copy   Delete   Row   Journal   Event   Layout   Reports   Attach   Help

Customer ID: KOO02                                              **Invoice**

Bill to: do not use KWCC (ID)          Ship to: Ship To 1          *Invoice date: 3/19/18
P.O. BOX 1229                                    KOONTZ WAGNER (IDAHO)   *Due date: Apr 18, 2018
TULSA, OK 74101 USA          Clear >      20394 PINTO LANE
                                                  Address Line 2          Invoice No.: 68248
**PAID IN FULL**                          CALDWELL   ID   83606   Quote No.: 58405
May 25, 2018                              USA                          ☐ Drop ship
                                                                       View related transactions

       Customer PO          Ship via        Ship date      Sales rep          Terms
548884                    LTL Truck                        KILLINGBECK,B    Net 30 Days

Apply to Sales Order: 0.00              **Apply to Sales: 152.50**

| Quantity | Item | U/M | Description | Unit Price | Tax | Amount | Job |
|---|---|---|---|---|---|---|---|
| 50.00000 | 098262051755 | EACH | 5 GALLON PAIL LINER | 3.05000 | 1 | 152.50 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Apply tickets/expenses                                Sales tax:          0.00   EXEMPT
                                                       Freight:          0.00
─Customer Account as of Mar 19, 2018─   Other applied credits   152.50   152.50 Invoice total
Balance:        45,146.27               Amount paid at sale     0.00     0.00 Net due
Credit limit:   200,000.00
Credit status: Hold Over Limit

Status  History
Tracking statu
Assigned to:
How do
Notes:
Show: ● All
        ○ Mo
Next Steps:
Add or ed



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
68250
INVOICE DATE:
3/19/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#12029B01-01
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58403 | **549032** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $39,480.87 | $0.00 | 3/19/18 | 4/18/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 1,143.42 |
| 6.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 426.60 |
| 2.0 | GALLON | 95-8800/01 | PHU-76 BLACK | 50.07 | 100.14 |
| 2.0 | PAIL | 95-8800/05 | PHU-132 FREEMAN SLATE | 250.32 | 500.64 |
| 2.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 64.06 |
| 3.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 480.39 |

| | |
|---|---|
| SUBTOTAL | 2,715.25 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,715.25** |



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574-287-4774

# INVOICE

| | |
|---|---|
| INVOICE NUMBER: | 68251 |
| INVOICE DATE: | 3/19/18 |

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#11888B01-01
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58401 | **549032** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $42,196.12 | $0.00 | 3/19/18 | 4/18/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 952.85 |
| 5.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 355.50 |
| 4.0 | PAIL | 95-8801/05 | PHU-126 SANDSTONE | 250.32 | 1,001.28 |
| 4.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 640.52 |

| | |
|---|---|
| SUBTOTAL | 2,950.15 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,950.15** |



# United Coatings Technologies
1011 S. Main Street · South Bend, IN · 46601 · Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
68350
**INVOICE DATE**
3/22/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58429 | **549076** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $45,146.27 | $0.00 | 3/22/18 | 4/21/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 25.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 4,764.25 |
| 25.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 1,777.50 |
| 13.0 | GALLON | 95-8801/01 | PHU-71 LODESTONE | 50.07 | 650.91 |
| 6.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 250.32 | 1,501.92 |
| 12.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 250.32 | 3,003.84 |
| 13.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 416.39 |
| 19.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 3,042.47 |
| 6.0 | PINT | 97-722/08 | URETHANE ACCELERATOR | 23.76 | 142.56 |
| | | | 11949B01-01,11949B01-02 | | |
| | | | 11950B01-01,11950B01-02 | | |
| | | | 12018B01-01,12018B01-02 | | |
| 25.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 952.75 |
| 25.0 | QUART | AT370-B/04 | AMERCOAT 370  CURE B | 14.22 | 355.50 |
| 1.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 250.32 | 250.32 |

| | |
|---|---|
| SUBTOTAL | 16,858.41 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$16,858.41** |



**United Coatings Technologies**
101 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
68453
INVOICE DATE:
3/28/18

| | |
|---|---|
| **KOONTZ-WAGNER CSTM CNTRL (ID)** | SHIP TO |
| P.O. BOX 1229 | **KOONTZ WAGNER (IDAHO)** |
| TULSA, OK 74101 | 20394 PINTO LANE |
| USA | CALDWELL, ID 83606 |
| | USA |

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58407 | **549032** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $45,691.91 | $0.00 | 3/28/18 | 4/27/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 EACH | TUK | TUK PHU-76,PHU-132,12029B01-01 | | 75.00 | 75.00 |
| 1.0 EACH | TUK | TUK PHU-126 SANDSTONE, 11888B01-01 | | 75.00 | 75.00 |

| | |
|---|---|
| SUBTOTAL | 150.00 |
| SALES TAX | 0.00 |
| FREIGHT | 65.22 |
| **TOTAL INVOICE AMOUNT** | **$215.22** |

Shipping: UPS

# Shipment Receipt

**Transaction Date:** 28 Mar 2018      **Tracking Number:**      1Z14R46E0395069206
     1Z14R46E0397590013

---

**① ADDRESS INFORMATION**

| Ship To: | Ship From: | Return Address: |
|---|---|---|
| Koontz Wagner | United Coatings Technologies | United Coatings Technologies |
| Erik McFarland | Randy Pruett | Randy Pruett |
| 20394 pinto lane | 1011 S. Main Street | 1011 S. Main Street |
| CALDWELL ID 836078000 | SOUTH BEND IN 46601 | SOUTH BEND IN 46601 |
| | Telephone:5742874774 | Telephone:5742874774 |
| | email:rpruett@unitedcoatingst | email:rpruett@unitedcoatings |
| | echnologies.com | echnologies.com |

---

**② PACKAGE INFORMATION**

| | WEIGHT | DIMENSIONS / PACKAGING | DECLARED VALUE | REFERENCE NUMBERS |
|---|---|---|---|---|
| 1. | 15.0 lbs (22.0 lbs billable) | 15 x 15 x 13 in. Other Packaging | | |
| 2. | 15.0 lbs (22.0 lbs billable) | 15 x 15 x 13 in. Other Packaging | | |

---

**③ UPS SHIPPING SERVICE AND SHIPPING OPTIONS**

| | |
|---|---|
| **Service:** | UPS Ground Service |
| **Guaranteed By:** | End of Day Tuesday, Apr 3, 2018 |
| **Shipping Fees Subtotal:** | 61.22 USD |
|     Transportation | 52.42 USD |
|     Fuel Surcharge | 3.60 USD |
|     **Delivery Area Surcharge** | |
|     Package 1 | 2.60 USD |
|     Package 2 | 2.60 USD |

---

**④ PAYMENT INFORMATION**

**Bill Shipping Charges to:**      Shipper's Account 14R46E

| | |
|---|---|
| **Shipping Charges:** | 61.22 USD |
| **Subtotal Shipping Charges:** | 61.22 USD |
| Daily rates were applied to this shipment | |
| **Total Charged:** | 61.22 USD |



# INVOICE

**INVOICE NUMBER:**
68455
**INVOICE DATE:**
3/27/18

United Coatings Technologies
1011 S. Main Street · South Bend, IN · 46601 · Office: 574.287.4774

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (ID)          KOONTZ WAGNER (IDAHO)
P.O. BOX 1229                          20394 PINTO LANE
TULSA, OK  74101                       CALDWELL, ID  83606
USA                                    USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58472 | **549107** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $45,691.91 | $0.00 | 3/27/18 | 4/26/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 72.0 | EACH | 757136000021 | IMPORT CHIP BRUSH 1" | 0.19 | 13.68 |
| 1.0 | EACH | 732087250015 | WHIZZ COVERS 4" (10/PK) | 13.87 | 13.87 |
| 25.0 | EACH | 047034115133 | 5 GALLON STRAINER ELASTIC TOP | 0.87 | 21.75 |
| 100.0 | EACH | 098262051755 | 5 GALLON PAIL LINER | 3.05 | 305.00 |
| 2.0 | EACH | 047034361400 | RED ROSIN 35" X 140' PAPER | 7.81 | 15.62 |
| | EACH | 051141386928 | 3M LENS COVERS 10 PACK | 18.86 | |
| 72.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 61.20 |
| 10.0 | EACH | RCT01031/EA | 20LB RAGS | 30.84 | 308.40 |
| 12.0 | PAIL | 086236700716 | ACETONE | 43.75 | 525.00 |
| 7.0 | PAIL | 086236700730 | VM&P NAPHTHA PAIL | 50.35 | 352.45 |
| 14.0 | PAIL | Q70/05 | TF METHYL AMYL KETONE | 111.25 | 1,557.50 |

| | |
|---|---|
| SUBTOTAL | 3,174.47 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$3,174.47** |



**Sales/Invoicing**

File   Edit   Go To   Window   Help

Close | New | List | Save | Print | E-mail | Copy | Delete | Flow | Serial No. | Note | Journal | Event | Layout | Reports | Attach | Help

Customer ID: KOO02

**Invoice**

Bill to: do not use KWCC (ID)
P.O. BOX 1229
TULSA, OK 74101 USA

Ship to: Ship To 1
Clear ≥   KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
Address Line 2
CALDWELL   ID   83606
USA

*Invoice date: 4/4/18
*Due date: May 4, 2018
Invoice No.: 68604
Quote No.: 58634
☐ Drop ship
View related transactions

**PAID IN FULL**
Jul 3, 2018

| Customer PO | Ship via | Ship date | Sales rep | Terms |
|---|---|---|---|---|
| 549267 | UPS Ground | | KILLINGBECK,B   Net 30 Days | |

Apply to Sales Order: 0.00         **Apply to Sales: 529.62**

| Quantity | Item | U/M | Description | Unit Price | Tax | Amount | Job |
|---|---|---|---|---|---|---|---|
| 6.00000 | CAT31-2118 | EACH | 66 SS FLUID NOZZLE 45-6601 201 | 63.81000 | 1 | 382.86 | |
| 6.00000 | CAT41-2515 | EACH | 565 NEEDLE 47-56500 2016 | 24.46000 | 1 | 146.76 | |

Apply tickets/expenses

Sales tax:   0.00   EXEMPT
Freight:   0.00

Other applied credits   529.62       529.62 Invoice total

Amount paid at sale   0.00       0.00 Net due

Customer Account as of Apr 4, 2018
Balance:   49,451.09
Credit limit:   200,000.00
Credit status: Hold Over Limit

Status | History   Using Track It

Tracking status:

Assigned to:

How do I add an assignee?

Notes:   Add or edit

Show: ● All notes
        ○ Most recent note

Next Steps:

Add or edit notification rules



# INVOICE

INVOICE NUMBER:

68620

INVOICE DATE:

4/6/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58661 | **549310** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $42,900.87 | $0.00 | 4/6/18 | 5/6/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 108.0 | EACH | 757136000021 | IMPORT CHIP BRUSH 1" | 0.19 | 20.52 |
| 24.0 | EACH | 757136000045 | IMPORT CHIP BRUSH 2" | 0.29 | 6.96 |
| 8.0 | EACH | 732087250015 | WHIZZ COVERS 4" (10/PK) | 13.87 | 110.96 |
| 100.0 | EACH | 047034115133 | 5 GALLON STRAINER ELASTIC TOP | 0.87 | 87.00 |
| 24.0 | EACH | 098262410323 | MIX-N-MEASURE QUART | 0.40 | 9.60 |
| 24.0 | EACH | 098262610860 | 2.5 QT MIX N MEASURE PAIL | 0.97 | 23.28 |
| 10.0 | EACH | 088625371521 | PPG PAINT PAIL 2 GALLON | 2.75 | 27.50 |
| 5.0 | EACH | 088625371538 | PPG 5 GALLON PAINT PAIL | 3.45 | 17.25 |
| 10.0 | EACH | 726890163877 | ROUND METAL QUART CAN | 0.73 | 7.30 |
| 10.0 | EACH | 726890163891 | ROUND METAL GALLON CAN | 1.75 | 17.50 |
| 10.0 | EACH | 051141386928 | 3M LENS COVERS 10 PACK | 14.53 | 145.30 |
| 2.0 | EACH | 051141324401 | R6001-3 ORGANIC VAP CART 3 PK | 24.49 | 48.98 |
| 72.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 61.20 |
| 5.0 | EACH | RCT01031/EA | 20LB RAGS | 30.84 | 154.20 |
| 3.0 | PAIL | Q70/05 | TF METHYL AMYL KETONE | 111.25 | 333.75 |

|  |  |
|---|---|
| SUBTOTAL | 1,071.30 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,071.30** |

# INVOICE

**Coatings Technologies**
Street • South Bend, IN • 46601 • Office: 574.287.4774

INVOICE NUMBER:
68698

INVOICE DATE:
4/11/18

|  |  |
|---|---|
| KOONTZ-WAGNER CSTM CNTRL (ID)<br>P.O. BOX 1229<br>TULSA, OK 74101<br>USA | SHIP TO<br>KOONTZ WAGNER (IDAHO)<br>20394 PINTO LANE<br>CALDWELL, ID 83606<br>USA |

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58717 | 549369 | Net 30 Days | |
| **PREVIOUS BALANCE** | **DISCOUNT IF PAID BY DISC DATE** | **DISCOUNT DATE** | **INV DUE DATE** |
| $43,972.17 | $0.00 | 4/11/18 | 5/11/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | GALLON | 95-8000/01 | PHU-85 CAT YELLOW | 50.07 | 250.35 |
| 5.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 32.03 | 160.15 |

| | |
|---|---|
| SUBTOTAL | 410.50 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$410.50** |

# Coatings Technologies
Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:

68699

INVOICE DATE:

4/11/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#12001B01-01
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58718 | **549369** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $44,382.67 | $0.00 | 4/11/18 | 5/11/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 952.85 |
| 5.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 355.50 |
| 3.0 | GALLON | 95-8801/01 | PHU-71 LODESTONE | 50.07 | 150.21 |
| 1.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 250.32 | 250.32 |
| 2.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 250.32 | 500.64 |
| 3.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 96.09 |
| 3.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 480.39 |
| 1.0 | PINT | 97-722/08 | URETHANE ACCELERATOR | 23.76 | 23.76 |

| | |
|---|---|
| SUBTOTAL | 2,809.76 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,809.76** |


United Coatings Technologies
4011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
68700
INVOICE DATE:
4/11/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#12001B01-02
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58720 | **549369** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $47,192.43 | $0.00 | 4/11/18 | 5/11/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 952.85 |
| 5.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 355.50 |
| 3.0 | GALLON | 95-8801/01 | PHU-71 LODESTONE | 50.07 | 150.21 |
| 1.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 250.32 | 250.32 |
| 2.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 250.32 | 500.64 |
| 3.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 96.09 |
| 3.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 480.39 |
| 1.0 | PINT | 97-722/08 | URETHANE ACCELERATOR | 23.76 | 23.76 |

| | |
|---|---|
| SUBTOTAL | 2,809.76 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,809.76** |



United Coatings Technologies

1011 S Main Street, South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
68858

INVOICE DATE:
4/17/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58786 | 549442 | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $50,412.69 | $0.00 | 4/17/18 | 5/17/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | GALLON | 95-8000/01 | PHU-84 CUMMINS GREEN | 50.07 | 250.35 |
| 5.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 32.03 | 160.15 |

|  |  |
|---|---|
| SUBTOTAL | 410.50 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| TOTAL INVOICE AMOUNT | $410.50 |



# INVOICE

**INVOICE NUMBER:**

68853

**INVOICE DATE:**

4/19/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58877 | **549532** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $50,104.98 | $0.00 | 4/19/18 | 5/19/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | EACH | TUK-PHU-134-PH | GREEN/BROWN/BLACK TOUCH UP KT | 75.00 | 75.00 |
| | | JOB#12053B01-01 | | | |
| | | 1Z14R46E0391965503 | | | |

| | | |
|---|---|---|
| SUBTOTAL | | 75.00 |
| SALES TAX | | 0.00 |
| FREIGHT | | 27.79 |
| **TOTAL INVOICE AMOUNT** | | **$102.79** |

QUICK START ▼



Home (/us/en/Home.page?) > Shipping (/us/en/shipping.page?) > Create a Shipment:Package & Freight

Shipping

# Create A Shipment

## Shipment Confirmation

THANK YOU. YOUR SHIPMENT HAS BEEN PROCESSED.

We have received your shipping details and processed your payment. If you need to **print shipping labels**, **a receipt**, or **print a return label**, follow the steps below.

| | |
|---|---|
| **Tracking Number:** | 1Z14R46E0391965503 |
| **Pickup Request Number:** | 2933N3GG749 |
| **Service:** | UPS Ground Service |
| **Guaranteed By:** | End of Day Thursday, Apr 26, 2018 |
| **Bill Shipping and Pickup Charges:** | Shipper's Account 14R46E |
| **Shipping Charges:** | 27.79 USD |

Daily rates were applied to this shipment

| | |
|---|---|
| **Subtotal Shipping Charges:** | **27.79 USD** |
| **Subtotal Pickup Charges:** | **7.35 USD** |
| **Total Charged:** | **35.14 USD** |

**Guarantees and Notices** ⬈

### PRINT SHIPPING DOCUMENTS



# INVOICE

**INVOICE NUMBER:**

68854

**INVOICE DATE:**

4/18/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58836 | **549500** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $50,002.19 | $0.00 | 4/18/18 | 5/18/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 952.85 |
| 5.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 355.50 |
| 3.0 | GALLON | 95-8801/01 | PHU-71 LODESTONE | 50.07 | 150.21 |
| 1.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 250.32 | 250.32 |
| 2.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 250.32 | 500.64 |
| 3.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 96.09 |
| 3.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 480.39 |
| | | | JOB#12019B01-01 | | |
| 5.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 952.85 |
| 5.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 355.50 |
| 3.0 | GALLON | 95-8801/01 | PHU-71 LODESTONE | 50.07 | 150.21 |
| 1.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 250.32 | 250.32 |
| 2.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 250.32 | 500.64 |
| 3.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 96.09 |
| 3.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 480.39 |
| | | | JOB#12019B01-02 | | |
| 5.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 952.85 |
| 5.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 355.50 |
| 3.0 | GALLON | 95-8801/01 | PHU-71 LODESTONE | 50.07 | 150.21 |
| 1.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 250.32 | 250.32 |
| 2.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 250.32 | 500.64 |
| 3.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 96.09 |
| 3.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 480.39 |

| | | |
|---|---|---|
| SUBTOTAL | Continued | |
| SALES TAX | Continued | |
| FREIGHT | 0.00 | |
| TOTAL INVOICE AMOUNT | Continued | |



...ted Coatings Technologies
S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:

68854

INVOICE DATE:

4/18/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58836 | 549500 | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $58,360.19 | $0.00 | 4/18/18 | 5/18/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| | | | JOB#12019B01-03 | | |

| | | |
|---|---|---|
| SUBTOTAL | | 8,358.00 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$8,358.00** |



# INVOICE

**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.1774

INVOICE NUMBER:

68855

INVOICE DATE:

4/19/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#12053B01-01
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58831 | 549532 | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $60,233.09 | $0.00 | 4/19/18 | 5/19/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 3.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 571.71 |
| 3.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 213.30 |
| 2.0 | GALLON | 95-8800/01 | PHU-134 GREEN/BROWN | 50.07 | 100.14 |
| 1.0 | PAIL | 95-8800/05 | PHU-134 GREEN/BROWN | 250.32 | 250.32 |
| 1.0 | PAIL | 95-8800/05 | PHU-76 BLACK | 250.32 | 250.32 |
| 2.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 64.06 |
| 2.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 320.26 |

| | | |
|---|---|---|
| SUBTOTAL | 1,770.11 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,770.11** |



# INVOICE

**INVOICE NUMBER:**
68856

**INVOICE DATE:**
4/18/18

|  | SHIP TO |
|---|---|
| KOONTZ-WAGNER CSTM CNTRL (ID) | KOONTZ WAGNER (IDAHO) |
| P.O. BOX 1229 | 20394 PINTO LANE |
| TULSA, OK 74101 | CALDWELL, ID 83606 |
| USA | USA |

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58835 | 549496 | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $60,802.39 | $0.00 | 4/18/18 | 5/18/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 24.0 | EACH | 757136000045 | IMPORT CHIP BRUSH 2" | 0.29 | 6.96 |
| 250.0 | EACH | 047034111050 | CONE STRAINER MED | 0.11 | 27.50 |
| 50.0 | EACH | 047034115133 | 5 GALLON STRAINER ELASTIC TOP | 0.87 | 43.50 |
| 10.0 | EACH | 088625371538 | PPG 5 GALLON PAINT PAIL | 3.45 | 34.50 |
| 50.0 | EACH | 098262051755 | 5 GALLON PAIL LINER | 3.05 | 152.50 |
| 10.0 | EACH | 726890163891 | ROUND METAL GALLON CAN | 1.75 | 17.50 |
| 12.0 | EACH | 051141900407 | AMF99"X90 HANDMASKER FILM | 12.66 | 151.92 |
| 3.0 | EACH | 051141324401 | R6001-3 ORGANIC VAP CART 3 PK | 24.49 | 73.47 |
| 4.0 | EACH | 051131973299 | RESPIRATOR PRE-FILTER (10PK) | 15.28 | 61.12 |
| 36.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 30.60 |
| 7.0 | EACH | RCT01031/EA | 20LB RAGS | 30.84 | 215.88 |
| 6.0 | PAIL | 086236700716 | ACETONE | 43.75 | 262.50 |
| 5.0 | PAIL | 086236700730 | VM&P NAPHTHA PAIL | 50.35 | 251.75 |
| 10.0 | PAIL | Q70/05 | TF METHYL AMYL KETONE | 111.25 | 1,112.50 |
|  | EACH | 732087510126 | WHIZZ 4" VELOUR COVER (2/PK) | 5.74 | |

| | |
|---|---|
| SUBTOTAL | 2,442.20 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,442.20** |



# INVOICE

**INVOICE NUMBER:**
68858
**INVOICE DATE:**
4/17/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58786 | 549442 | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $50,412.69 | $0.00 | 4/17/18 | 5/17/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | GALLON | 95-8000/01 | PHU-84 CUMMINS GREEN | 50.07 | 250.35 |
| 5.0 | QUART | 95-819/04 | PITTHANE ULTRA CATALYST-B | 32.03 | 160.15 |

| | |
|---|---|
| SUBTOTAL | 410.50 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$410.50** |



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
68978
**INVOICE DATE**
4/27/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58986 | 549496 | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $53,368.05 | $0.00 | 4/27/18 | 5/27/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 30.0 | EACH | 732087510126 | WHIZZ 4" VELOUR COVER (2/PK) | 4.74 | 142.20 |
| | | | COMPLETES ORDER | | |

| | |
|---|---|
| SUBTOTAL | 142.20 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$142.20** |



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
68979
**INVOICE DATE**
4/27/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58951 | 549654 | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $53,510.25 | $0.00 | 4/27/18 | 5/27/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 72.0 | EACH | 757136000021 | IMPORT CHIP BRUSH 1" | 0.19 | 13.68 |
| 24.0 | EACH | 757136000045 | IMPORT CHIP BRUSH 2" | 0.29 | 6.96 |
| 1.0 | EACH | 732087250015 | WHIZZ COVERS 4" (10/PK) | 13.87 | 13.87 |
| 50.0 | EACH | 047034115133 | 5 GALLON STRAINER ELASTIC TOP | 0.87 | 43.50 |
| 4.0 | EACH | RCT01031/EA | 20LB RAGS | 30.84 | 123.36 |
| 4.0 | PAIL | 086236700716 | ACETONE | 43.75 | 175.00 |
| 3.0 | PAIL | 086236700730 | VM&P NAPHTHA PAIL | 50.35 | 151.05 |
| 4.0 | PAIL | Q70/05 | TF METHYL AMYL KETONE | 111.25 | 445.00 |

| | |
|---|---|
| SUBTOTAL | 972.42 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$972.42** |



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
69073
INVOICE DATE:
5/2/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#11890B01-01
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59018 | **549783** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $54,348.24 | $0.00 | 5/2/18 | 6/1/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 3.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 114.33 |
| 2.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 381.14 |
| 3.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 14.22 | 42.66 |
| 2.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 142.20 |
| 2.0 | GALLON | 95-8801/01 | PHU-83 ANSI 61 | 50.07 | 100.14 |
| 1.0 | PAIL | 95-8801/05 | PHU-83 ANSI 61 | 250.32 | 250.32 |
| 2.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 64.06 |
| 1.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 160.13 |
| | PINT | 97-722/08 | URETHANE ACCELERATOR | 25.98 | |

| | | |
|---|---|---|
| SUBTOTAL | | 1,254.98 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$1,254.98** |



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
69074
INVOICE DATE:
5/2/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#11891B01-01
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59019 | **549783** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $55,603.22 | $0.00 | 5/2/18 | 6/1/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 3.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 114.33 |
| 2.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 381.14 |
| 3.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 14.22 | 42.66 |
| 2.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 142.20 |
| 2.0 | GALLON | 95-8801/01 | PHU-83 ANSI 61 | 50.07 | 100.14 |
| 1.0 | PAIL | 95-8801/05 | PHU-83 ANSI 61 | 250.32 | 250.32 |
| 2.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 64.06 |
| 1.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 160.13 |
| | PINT | 97-722/08 | URETHANE ACCELERATOR | 25.98 | |

| | | |
|---|---|---|
| SUBTOTAL | | 1,254.98 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$1,254.98** |



United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

69146

**INVOICE DATE**

5/8/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59115 | **549860** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $56,858.20 | $0.00 | 5/8/18 | 6/7/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 3.0 | EACH | 732087250015 | WHIZZ COVERS 4" (10/PK) | 13.87 | 41.61 |
| 5.0 | EACH | 051141386928 | 3M LENS COVERS 10 PACK | 14.53 | 72.65 |
| 3.0 | PAIL | 086236700716 | ACETONE | 43.75 | 131.25 |
| 3.0 | PAIL | 086236700730 | VM&P NAPHTHA PAIL | 50.35 | 151.05 |
| 6.0 | PAIL | Q70/05 | TF METHYL AMYL KETONE | 111.25 | 667.50 |

|  |  |
|---|---|
| SUBTOTAL | 1,064.06 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,064.06** |



# INVOICE

INVOICE NUMBER:

69328

INVOICE DATE:

5/17/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59256 | **549953** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $57,762.13 | $0.00 | 5/17/18 | 6/16/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | GALLON | 95-8800/01 | PC 777 ANVIL GRAY | 50.07 | 50.07 |
| 1.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 32.03 |
| | | | JOB#11484B01-01 | | |

| | |
|---|---|
| SUBTOTAL | 82.10 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$82.10** |



# United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
69329
INVOICE DATE:
5/17/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59258 | **549953** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $58,852.23 | $0.00 | 5/17/18 | 6/16/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | EACH | 732087250015 | WHIZZ COVERS 4" (10/PK) | 13.87 | 69.35 |
| 12.0 | EACH | 071497644619 | 11" ROLLER TRAY LINER | 0.40 | 4.80 |
| 25.0 | EACH | 047034115133 | 5 GALLON STRAINER ELASTIC TOP | 0.87 | 21.75 |
| 24.0 | EACH | 098262610860 | 2.5 QT MIX N MEASURE PAIL | 0.97 | 23.28 |
| 50.0 | EACH | 098262051755 | 5 GALLON PAIL LINER | 3.05 | 152.50 |
| 6.0 | EACH | RCT01031/EA | 20LB RAGS | 30.84 | 185.04 |
| 2.0 | PAIL | 086236700730 | VM&P NAPHTHA PAIL | 50.35 | 100.70 |
| 4.0 | PAIL | Q70/05 | TF METHYL AMYL KETONE | 111.25 | 445.00 |
| 3.0 | EACH | 056198746398 | 4" X 16"MINI-ROLLER ROD FRAME | 1.86 | 5.58 |

| | |
|---|---|
| SUBTOTAL | 1,008.00 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,008.00** |



# INVOICE

**INVOICE NUMBER:**

69546

**INVOICE DATE:**

5/30/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
#11689b01-01
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59413 | **550129** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $23,662.17 | $0.00 | 5/30/18 | 6/29/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 38.11 |
| 2.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 381.14 |
| 1.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 14.22 | 14.22 |
| 2.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 142.20 |
| 1.0 | GALLON | 95-8801/01 | PC 815 CONVEYOR GRAY | 50.07 | 50.07 |
| 2.0 | PAIL | 95-8801/05 | PC 815 CONVEYOR GRAY | 250.32 | 500.64 |
| 1.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 32.03 |
| 2.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 320.26 |

| | | |
|---|---|---|
| SUBTOTAL | | 1,478.67 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$1,478.67** |



# INVOICE

**INVOICE NUMBER:**
69547

**INVOICE DATE:**
5/30/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#11690B01-01
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59414 | **550130** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $23,662.17 | $0.00 | 5/30/18 | 6/29/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | GALLON | AT370-23/01 | AMERCOAT 370 PEARL GRAY | 38.11 | 38.11 |
| 2.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 381.14 |
| 1.0 | QUART | AT370-B/04 | AMERCOAT 370 CURE B | 14.22 | 14.22 |
| 2.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 142.20 |
| 1.0 | GALLON | 95-8801/01 | PC 815 CONVEYOR GRAY | 50.07 | 50.07 |
| 2.0 | PAIL | 95-8801/05 | PC 815 CONVEYOR GRAY | 250.32 | 500.64 |
| 1.0 | PINT | 95-859/08 | PITTHANE 35 CATALYST-B | 32.03 | 32.03 |
| 2.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 320.26 |

| | |
|---|---|
| SUBTOTAL | 1,478.67 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,478.67** |

# INVICE

United Coatings Technologies
1 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

INVOICE NUMBER:
69560
INVOICE DATE:
5/31/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59431 | **550130** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $25,247.38 | $0.00 | 5/31/18 | 6/30/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | EACH | TUK | TOUCH UP KIT-PC 815 CONVEYOR GRAY<br>JOB#11690B01-01 | 75.00 | 75.00 |

| | |
|---|---|
| SUBTOTAL | 75.00 |
| SALES TAX | 0.00 |
| FREIGHT | 31.54 |
| **TOTAL INVOICE AMOUNT** | **$106.54** |



# INVOICE

**INVOICE NUMBER:**

69561

**INVOICE DATE:**

5/31/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59430 | **550129** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $25,353.92 | $0.00 | 5/31/18 | 6/30/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | EACH | TUK | TOUCH UP KIT- PC 815 CONVEYOR GRAY | 75.00 | 75.00 |
| | | | JOB#11689B01-01 | | |
| | | | 1Z14R46E0393685580 | | |

|  | |
|---|---|
| SUBTOTAL | 75.00 |
| SALES TAX | 0.00 |
| FREIGHT | 31.54 |
| **TOTAL INVOICE AMOUNT** | **$106.54** |

1 / 1 

**Volcanic Activity Impacting Service in Areas of Hawaii** ...More (/us/en/service-alerts.page

QUICK START ▼ 

Home (/us/en/Home.page?) > Shipping (/us/en/shipping.page?) > Create a Shipment:Package & Freight

# Create A Shipment

## Shipment Confirmation

THANK YOU. YOUR SHIPMENT HAS BEEN PROCESSED.

We have received your shipping details and processed your payment. If you need to **print shipping labels**, **a receipt**, or **print a return label**, follow the steps below.

| | |
|---|---|
| **Tracking Number:** | 1Z14R46E0393685580 |
| **Pickup Request Number:** | 293560CIKQS |
| **Service:** | UPS Ground Service |
| **Guaranteed By:** | End of Day Wednesday, Jun 6, 2018 |
| **Bill Shipping and Pickup Charges:** | Shipper's Account 14R46E |
| **Shipping Charges:** | 55.70 USD |

Daily rates were applied to this shipment

| | |
|---|---|
| **Subtotal Shipping Charges:** | **55.70 USD** |
| **Subtotal Pickup Charges:** | **7.37 USD** |
| **Total Charged:** | **63.07 USD** |

**Guarantees and Notices** ☐



# INVOICE

**INVOICE NUMBER**
69800
**INVOICE DATE**
6/13/18

United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
job#12061b01-01
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/ JOB NUMBER | TERMS | |
|---|---|---|---|
| 59623 | **550303** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $32,526.68 | $0.00 | 6/13/18 | 7/13/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 1,143.42 |
| 6.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 426.60 |
| 2.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 250.32 | 500.64 |
| 2.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 320.26 |

| | |
|---|---|
| SUBTOTAL | 2,390.92 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,390.92** |






# INVOICE

INVOICE NUMBER
69801
INVOICE DATE
6/13/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#12061B01-02
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59624 | **550303** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $32,526.68 | $0.00 | 6/13/18 | 7/13/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 1,143.42 |
| 6.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 426.60 |
| 2.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 250.32 | 500.64 |
| 2.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 320.26 |





| | |
|---|---|
| SUBTOTAL | 2,390.92 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,390.92** |



# INVOICE

**INVOICE NUMBER**
69802
**INVOICE DATE**
6/13/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#12061B01-03
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59625 | **550303** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $32,526.68 | $0.00 | 6/13/18 | 7/13/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 1,143.42 |
| 6.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 426.60 |
| 2.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 250.32 | 500.64 |
| 2.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 320.26 |

| | |
|---|---|
| SUBTOTAL | 2,390.92 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,390.92** |







# INVOICE

**INVOICE NUMBER**
69812

**INVOICE DATE**
6/11/18

### SHIP TO

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59518 | **550238** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $27,180.24 | $0.00 | 6/11/18 | 7/11/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 25.0 | EACH | 047034115133 | 5 GALLON STRAINER ELASTIC TOP | 0.87 | 21.75 |
| 24.0 | EACH | 098262610860 | 2.5 QT MIX N MEASURE PAIL | 0.97 | 23.28 |
| 24.0 | EACH | 098262410323 | MIX-N-MEASURE QUART | 0.40 | 9.60 |
| 50.0 | EACH | 098262051755 | 5 GALLON PAIL LINER | 3.05 | 152.50 |
| 9.0 | EACH | 726890576004 | PPG 6-IN-1 TOOL | 3.16 | 28.40 |
| 5.0 | EACH | 051141386928 | 3M LENS COVERS 10 PACK | 14.53 | 72.65 |
| 3.0 | EACH | 051131973299 | RESPIRATOR PRE-FILTER (10PK) | 15.28 | 45.84 |
| 36.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 30.60 |
| 5.0 | EACH | RCT01031/EA | 20LB RAGS | 30.84 | 154.20 |
| 4.0 | PAIL | 086236700716 | ACETONE | 43.75 | 175.00 |
| 10.0 | PAIL | Q70/05 | TF METHYL AMYL KETONE | 111.25 | 1,112.50 |

| | |
|---|---|
| SUBTOTAL | 1,826.32 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,826.32** |







# INVOICE

INVOICE NUMBER
69876
INVOICE DATE
6/15/18

United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59626 | **550303** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $34,566.52 | $0.00 | 6/15/18 | 7/15/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | EACH | TUK-PHU71-PHU7 | LODESTONE/BLACK TOUCH UP KT | 75.00 | 75.00 |
| | | JOB#12061B01-02 | | | |
| 1.0 | EACH | TUK-PHU71-PHU7 | LODESTONE/BLACK TOUCH UP KT | 75.00 | 75.00 |
| | | JOB#12061B01-03 | | | |
| | | UPS#1Z14R46E03997854112 | | | |





| | |
|---|---|
| SUBTOTAL | 150.00 |
| SALES TAX | 0.00 |
| FREIGHT | 63.52 |
| **TOTAL INVOICE AMOUNT** | **$213.52** |

1 / 1 

**Volcanic Activity Impacting Service in Areas of Hawaii  ...More (/us/en/service-alerts.page'**

QUICK START  ▼          

Home (/us/en/Home.page?) > Shipping (/us/en/shipping.page?) > Create a Shipment:Package & Freight

# Create A Shipment

## Shipment Confirmation

THANK YOU. YOUR SHIPMENT HAS BEEN PROCESSED.

We have received your shipping details and processed your payment. If you need to **print shipping labels**, **a receipt**, or **print a return label**, follow the steps below.

| | |
|---|---|
| **Tracking Number:** | 1Z14R46E0397854112 |
| **Pickup Request Number:** | 2945L2KB7IH |
| **Service:** | UPS Ground Service |
| **Guaranteed By:** | End of Day Thursday, Jun 21, 2018 |
| **Bill Shipping and Pickup Charges:** | Shipper's Account 14R46E |
| **Shipping Charges:** | 56.10 USD |

Daily rates were applied to this shipment

| | |
|---|---|
| **Subtotal Shipping Charges:** | **56.10 USD** |
| **Subtotal Pickup Charges:** | **7.42 USD** |
| **Total Charged:** | **63.52 USD** |

**Guarantees and Notices** [↗]

‹                                                                    ›



# INVOICE

**INVOICE NUMBER**
70234
**INVOICE DATE**
7/5/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59962 | **550595** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $14,745.48 | $0.00 | 7/5/18 | 8/4/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | EACH | TUK-PHU71-PHU7 | LODESTONE/BLACK TOUCH UP KT | 75.00 | 75.00 |
| | | | JOB#12079B01-01 | | |
| 1.0 | EACH | TUK-PHU71-PHU7 | LODESTONE/BLACK TOUCH UP KT | 75.00 | 75.00 |
| | | | JOB#12079B01-02 | | |
| | | | 1z14r46e0397257357,1z14r46e0395506162 | | |

| | |
|---|---|
| SUBTOTAL | 150.00 |
| SALES TAX | 0.00 |
| FREIGHT | 58.30 |
| **TOTAL INVOICE AMOUNT** | **$208.30** |




# Shipment Receipt

Transaction Date: 05 Jul 2018          Tracking Number:          1Z14R46E0397257357
                                                                  1Z14R46E0395506162

## ① ADDRESS INFORMATION

**Ship To:**

Koontz Wagner
Erik McFarland
20394 pinto lane
CALDWELL ID 836078000

**Ship From:**

United Coatings Technologies
Randy Pruett
1011 S. Main Street
South Bend IN 46601
Telephone:5742874774
email:rpruett@unitedcoatingst
echnologies.com

**Return Address:**

United Coatings Technologies
Randy Pruett
1011 S. Main Street
SOUTH BEND IN 46601
Telephone:5742874774
email:rpruett@unitedcoatingst
echnologies.com

## ② PACKAGE INFORMATION

| | WEIGHT | DIMENSIONS / PACKAGING | DECLARED VALUE | REFERENCE NUMBERS |
|---|---|---|---|---|
| 1. | 12.0 lbs (16.0 lbs billabie) | 15 x 12 x 12 in. Other Packaging | | |
| 2. | 12.0 lbs (16.0 lbs billabie) | 15 x 12 x 12 in. Other Packaging | | |

## ③ UPS SHIPPING SERVICE AND SHIPPING OPTIONS

**Service:**               UPS Ground Service

**Guaranteed By:**         End of Day Wednesday, Jul 11, 2018

**Shipping Fees Subtotal:**     50.90 USD

   Transportation          42.26 USD

   Fuel Surcharge           3.44 USD

   **Delivery Area Surcharge**

   Package 1                2.60 USD

   Package 2                2.60 USD

## ④ PICKUP INFORMATION

**Pickup Address**

United Coatings Technologies
Randy Pruett
1011 S. Main Street
South Bend IN 46601
Telephone:5742874774 email:rpruett@unitedcoatingstechnologies.com

**Earliest Pickup Time:**

7/05/2018 2:00 P.M.

**Latest Pickup Time:**

7/05/2018 4:00 P.M.

**Pickup Request Number:**

2916C0ORIPQ

**Schedule a Pickup**                                                    6.90 USD

   Fuel Surcharge                                             0.50 USD

**Total Pickup Charges**                                                 7.40 USD



**INVOICE**

INVOICE NUMBER
70238
INVOICE DATE
7/10/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59963 | **550601** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $14,745.48 | $0.00 | 7/10/18 | 8/9/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 3.0 KEG | | TC101/16 | TRANSCOAT 101 16GAL KEG | 250.45 | 751.35 |




| | |
|---|---|
| SUBTOTAL | 751.35 |
| SALES TAX | 0.00 |
| FREIGHT | 261.40 |
| **TOTAL INVOICE AMOUNT** | **$1,012.75** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN  46601
USA

# Packing Slip

Packing Slip Number
59963

574.287.4774

Ship Date
Jul 3, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID  83606
USA

208-459-6077

| Purchase Oder | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550601 | KILLINGBECK,B | Net 30 Days | 442.59 |

| Qty | U/M | Item | Description | Unit Price | Extension |
|---|---|---|---|---|---|
| 3.0 | KEG | TC101/16 | TRANSCOAT 101 16GAL KEG | 250.45 | 751.35 |

| | |
|---|---|
| Subtotal | 751.35 |
| Sales Tax | |
| Freight | 261.40 |
| Total | 1,012.75 |

Accepted By: _____



# INVOICE

**INVOICE NUMBER**
70299

**INVOICE DATE**
7/6/18

Coatings Technologies
Street • South Bend, IN • 46601 • Office: 574.287.4774

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#12079B01-01
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59935 | **550595** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $17,136.40 | $0.00 | 7/6/18 | 8/5/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 1,143.42 |
| 6.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 426.60 |
| 2.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 250.32 | 500.64 |
| 2.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 320.26 |

|  | |
|---|---|
| SUBTOTAL | 2,390.92 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,390.92** |






# INVOICE

**INVOICE NUMBER**

70300

**INVOICE DATE**

7/6/18

**KOONTZ-WAGNER CSTM CNTRL (ID)**
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

**KOONTZ WAGNER (IDAHO)**
20394 PINTO LANE
JOB#12079B01-02
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59936 | **550595** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $17,136.40 | $0.00 | 7/6/18 | 8/5/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 1,143.42 |
| 6.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 426.60 |
| 2.0 | PAIL | 95-8801/05 | PHU-71 LODESTONE | 250.32 | 500.64 |
| 2.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 320.26 |





| | |
|---|---|
| SUBTOTAL | 2,390.92 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,390.92** |



# INVOICE

**INVOICE NUMBER**
70301
**INVOICE DATE**
7/6/18

**United Coatings Technologies**
101 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59744 | **550604** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $19,755.48 | $0.00 | 7/6/18 | 8/5/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 36.0 | EACH | 757136000021 | IMPORT CHIP BRUSH 1" | 0.19 | 6.84 |
| 3.0 | EACH | 732087250015 | WHIZZ COVERS 4" (10/PK) | 13.87 | 41.61 |
| 10.0 | EACH | 088625371538 | PPG 5 GALLON PAINT PAIL-BLUE | 3.45 | 34.50 |
| 3.0 | EACH | 051141324401 | R6001-3 ORGANIC VAP CART 3 PK | 24.49 | 73.47 |
| 2.0 | EACH | 071497663887 | SHERLOCK 2-4 EXTENSION POLE | 13.99 | 27.98 |
| 2.0 | EACH | 071497663986 | SHERLOCK 4-8 EXTENSION POLE | 21.88 | 43.76 |

| | |
|---|---|
| SUBTOTAL | 228.16 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$228.16** |






**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER
70302
INVOICE DATE
7/6/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#11831B01-01
CALDWELL, ID  83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59937 | **550601** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $19,755.48 | $0.00 | 7/6/18 | 8/5/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | PAIL | 95-8801/05 | PC745 WEATHERED MARBLE | 250.32 | 250.32 |
| 1.0 | GALLON | 95-859/01 | PITTHANE 35 CATALYST-B | 160.13 | 160.13 |




| | |
|---|---|
| SUBTOTAL | 410.45 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$410.45** |



# INVOICE

INVOICE NUMBER
70303
INVOICE DATE
7/6/18

KOONTZ-WAGNER CSTM CNTRL (ID)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER (IDAHO)
20394 PINTO LANE
JOB#12035B01-01
CALDWELL, ID 83606
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59938 | **550601** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $20,165.93 | $0.00 | 7/6/18 | 8/5/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 10.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 1,905.70 |
| 10.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 711.00 |

| | |
|---|---|
| SUBTOTAL | 2,616.70 |
| SALES TAX | 0.00 |
| FREIGHT | 261.40 |
| **TOTAL INVOICE AMOUNT** | **$2,878.10** |







# INVOICE

**INVOICE NUMBER**
70309
**INVOICE DATE**
7/10/18

United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

| | |
|---|---|
| KOONTZ-WAGNER CSTM CNTRL (ID)<br>P.O. BOX 1229<br>TULSA, OK 74101<br>USA | **SHIP TO**<br>KOONTZ WAGNER (IDAHO)<br>20394 PINTO LANE<br>CALDWELL, ID 83606<br>USA |

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 60040 | | Net 30 Days | |
| **PREVIOUS BALANCE** | **DISCOUNT IF PAID BY DISC DATE** | **DISCOUNT DATE** | **INV DUE DATE** |
| $24,056.78 | $0.00 | 7/10/18 | 8/9/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | EACH | TUK-PHU93,PHU7:TANTONE/WHITE TOUCH UP KT<br>JOB#12035B01-01 | | 75.00 | 75.00 |



PPG PAINTS

milesi wood coatings

| | |
|---|---|
| SUBTOTAL | 75.00 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$75.00** |

Case 18-13815 Claim 135-1 Part 6 Filed 12/18/20 Desc Exhibit Page 445 of 557

# United Coatings Technologies, Inc.
## Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO01 to KOO01. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| KOO01<br>do not use KWCC (TN) | 69107 | Invoice<br>Receipt | 69107<br>0050006918 | 5/4/18<br>7/3/18 | 2,604.65<br>-2,604.65 |
| | | | | | 0.00 |
| | 69369 | Invoice<br>Receipt | 69369<br>KW TN | 5/18/18<br>7/24/18 | 927.71<br>-927.71 |
| | | | | | 0.00 |
| | 69386 | Invoice<br>Receipt | 69386<br>KW TN | 5/21/18<br>7/24/18 | 1,570.02<br>-1,570.02 |
| | | | | | 0.00 |
| **KOO01** | | | | | **0.00** |
| **Report Total** | | | | | **0.00** |



# INVOICE

**INVOICE NUMBER:**

69107

**INVOICE DATE:**

5/4/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (TN)
P.O. BOX 1229
TULSA, OK 74101
USA

6207 JIM SNOW WAY
CHATTANOOGA, TN 37421
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59008 | **549782** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $0.00 | $0.00 | 5/4/18 | 6/3/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | PAIL | AT45HT2/05 | ASA#70 PHU-96 | 424.20 | 2,121.00 |
| 5.0 | GALLON | AT45H-B/01 | AMCT 450H CURE | 96.73 | 483.65 |

| | |
|---|---|
| SUBTOTAL | 2,604.65 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,604.65** |

...d Coatings Technologies, Inc.
...1 S. Main Street
...outh Bend, IN  46601
...USA

574.287.4774

# Packing Slip

Packing Slip Number
59008

Ship Date:
May 2, 2018

Page:
1

**Sold To:**
KOONTZ-WAGNER CSTM CNTRL (TN)
P.O. BOX 1229
TULSA, OK  74101
USA

6207 JIM SNOW WAY
CHATTANOOGA, TN  37421
USA

423-648-6119

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549782 | KILLINGBECK,B | Net 30 Days | 338.40 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 5.0 | PAIL | AT45HT2/05 | ASA#70 PHU-96 |
| 5.0 | GALLON | AT45H-B/01 | AMCT 450H CURE |

Accepted By: _____



# INVOICE

United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

INVOICE NUMBER:
69369
INVOICE DATE:
5/18/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (TN)
P.O. BOX 1229
TULSA, OK  74101
USA

6207 JIM SNOW WAY
CHATTANOOGA, TN  37421
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59304 | **550005** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $3,532.36 | $0.00 | 5/18/18 | 6/17/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 190.57 |
| 1.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 71.10 |
| | | | #12041C01-01 | | |
| 2.0 | PAIL | AK2-T2/05 | AMLK 2/400 LIGHT TINT RESIN | 224.04 | 448.08 |
| 2.0 | PAIL | AK2-B/03 | AMLK 2 CURE | 108.98 | 217.96 |

| | | |
|---|---|---|
| SUBTOTAL | | 927.71 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$927.71** |

# PPG STORE WORK ORDER - NOT AN INVOICE

ORDER STORE:    9983
9983 - CLEVELAND TN
99 MOUSE CREEK RD NW
CLEVELAND, TN 37312
423-472-5462

| | | | |
|---|---|---|---|
| ORDER DATE: | 05/18/2018 | ORDER#: | P998303004775 |
| ORDER TIME: | 3:31 PM | COUNTERPERSON: | MIKEL H |
| | | POSSESSION: | Will Call |
| EXPECTED DATE: | 05/18/2018 | STATUS: | NEW |
| EXPECTED TIME: | 4:00 PM | REP: | CURTISS N |

BILL TO:    3011151000000001
UNITED COATINGS/UNITED COATING
1011 S MAIN STREET
SOUTH BEND, IN 46601
574-287-4774

PO#:
JOB:   KW 11993C01-01

| QUANTITY | PRODUCT | DESCRIPTION |
|---|---|---|
| 1 | AT370-23/05 | AMERCOAT 370 PEARL GRAY RESIN |
| 1 | AT370-B/01 | AMERCOAT 370 CURE |
| 2 | AK2-T2/05 | AMERLOCK 2/400 LIGHT TINT RESIN |
| 2 | AK2-B/03 | AMERLOCK 2 CURE |



Page 1 of 1

# United Coatings Technologies

1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER:**

69386

**INVOICE DATE:**

5/21/18

**KOONTZ-WAGNER CSTM CNTRL (TN)**
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**
6207 JIM SNOW WAY
JOB#11993C01-01
CHATTANOOGA, TN 37421
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59320 | **550005** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $3,532.36 | $0.00 | 5/21/18 | 6/20/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 190.57 | 1,143.42 |
| 6.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 426.60 |

| | |
|---|---|
| SUBTOTAL | 1,570.02 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,570.02** |

gs Technologies, Inc.
n Street
d, IN  46601

# Packing Slip

287.4774

Packing Slip Number
59320

Ship Date:
May 21, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (TN)
P.O. BOX 1229
TULSA, OK  74101
USA

6207 JIM SNOW WAY
JOB#11993C01-01
CHATTANOOGA, TN  37421
USA

423-648-6119

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|----------------|--------------|---------------|--------|
| 550005 | KILLINGBECK,B | Net 30 Days | 423.60 |

| Qty | U/M | Item | Description |
|-----|-----|------|-------------|
| 6.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY |
| 6.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B |

Accepted By:

p.1

## United Coatings Technologies, Inc.
### Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO04 to KOO04. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| KOO04<br>do not use KWCC (TX) | 67217 | Invoice<br>Receipt | 67217<br>0050005509 | 1/11/18<br>2/26/18 | 4,628.23<br>-4,628.23 |
| | | | | | 0.00 |
| | 67218 | Invoice<br>Receipt | 67218<br>0050005606 | 1/11/18<br>3/2/18 | 1,460.55<br>-1,460.55 |
| | | | | | 0.00 |
| | 67219 | Invoice<br>Receipt | 67219<br>0050005606 | 1/11/18<br>3/2/18 | 4,868.50<br>-4,868.50 |
| | | | | | 0.00 |
| | 67322 | Invoice<br>Receipt | 67322<br>0050005606 | 1/18/18<br>3/2/18 | 477.90<br>-477.90 |
| | | | | | 0.00 |
| | 67341 | Invoice<br>Receipt | 67341<br>0050005606 | 1/19/18<br>3/2/18 | 1,607.64<br>-1,607.64 |
| | | | | | 0.00 |
| | 67457 | Invoice<br>Receipt | 67457<br>0050005801 | 1/25/18<br>3/16/18 | 178.92<br>-178.92 |
| | | | | | 0.00 |
| | 67458 | Invoice<br>Receipt | 67458<br>0050005801 | 1/25/18<br>3/16/18 | 1,082.54<br>-1,082.54 |
| | | | | | 0.00 |
| | 67462 | Invoice<br>Receipt | 67462<br>0050005686 | 1/22/18<br>3/12/18 | 7,240.92<br>-7,240.92 |
| | | | | | 0.00 |
| | 67788 | Invoice<br>Receipt | 67788<br>0050006106 | 2/14/18<br>4/6/18 | 26,070.60<br>-26,070.60 |
| | | | | | 0.00 |
| | 67790 | Invoice<br>Receipt | 67790<br>0050006106 | 2/14/18<br>4/6/18 | 10,418.60<br>-10,418.60 |
| | | | | | 0.00 |
| | 67894 | Invoice<br>Receipt | 67894<br>0050004682 | 2/23/18<br>5/7/18 | 6,593.53<br>-6,593.53 |

## United Coatings Technologies, Inc.
### Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO04 to KOO04. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | 67895 | Invoice | 67895 | 2/23/18 | 5,011.28 |
| | | Receipt | 0050004682 | 5/7/18 | -5,011.28 |
| | | | | | 0.00 |
| | 68095 | Invoice | 68095 | 3/2/18 | 970.20 |
| | | Receipt | 0050006328 | 4/23/18 | -970.20 |
| | | | | | 0.00 |
| | 68177 | Invoice | 68177 | 3/12/18 | 347.00 |
| | | Receipt | 0050006703 | 5/24/18 | -347.00 |
| | | | | | 0.00 |
| | 68249 | Invoice | 68249 | 3/16/18 | 2,808.76 |
| | | Receipt | 0050006787 | 5/25/18 | -2,808.76 |
| | | | | | 0.00 |
| | 68697 | Invoice | 68697 | 4/11/18 | 5,209.30 |
| | | Receipt | 0050006703 | 5/24/18 | -5,209.30 |
| | | | | | 0.00 |
| | 68857 | Invoice | 68857 | 4/20/18 | 10,418.60 |
| | | Receipt | 0050006918 | 7/3/18 | -10,418.60 |
| | | | | | 0.00 |
| | 68879 | Invoice | 68879 | 4/20/18 | 4,095.04 |
| | | Receipt | 0050006918 | 7/3/18 | -4,095.04 |
| | | | | | 0.00 |
| | 68880 | Invoice | 68880 | 4/20/18 | 1,864.84 |
| | | Receipt | 0050006918 | 7/3/18 | -1,864.84 |
| | | | | | 0.00 |
| | 69009 | Invoice | 69009 | 4/30/18 | 1,643.64 |
| | | Receipt | 0050006918 | 7/3/18 | -1,643.64 |
| | | | | | 0.00 |
| | 69098 | Invoice | 69098 | 5/4/18 | 12,502.32 |
| | | Receipt | 0050006918 | 7/3/18 | -12,502.32 |
| | | | | | 0.00 |

# United Coatings Technologies, Inc.
## Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO04 to KOO04. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | 69297 | Invoice<br>Receipt | 69297<br>KW TX | 5/15/18<br>7/24/18 | 10,418.60<br>-10,418.60 |
| | | | | | 0.00 |
| | 69298 | Invoice<br>Receipt | 69298<br>KW TX | 5/14/18<br>7/24/18 | 4,275.18<br>-4,275.18 |
| | | | | | 0.00 |
| | 69573 | Invoice<br>Receipt | 69573<br>KW TX | 5/31/18<br>7/24/18 | 3,330.20<br>-3,330.20 |
| | | | | | 0.00 |
| | 69574 | Invoice<br>Receipt | 69574<br>KW TX | 5/25/18<br>7/24/18 | 6,660.40<br>-6,660.40 |
| | | | | | 0.00 |
| | 69664 | Invoice<br>Receipt | 69664<br>KW TX | 6/4/18<br>7/24/18 | 79.91<br>-79.91 |
| | | | | | 0.00 |
| | 69803 | Invoice<br>Receipt | 69803<br>KW TX | 6/11/18<br>7/24/18 | 5,463.72<br>-5,463.72 |
| | | | | | 0.00 |
| | 69807 | Invoice<br>Receipt | 69807<br>KW TX | 6/11/18<br>7/24/18 | 2,853.64<br>-2,853.64 |
| | | | | | 0.00 |
| | 69864 | Invoice<br>Receipt | 69864<br>KW TX | 6/11/18<br>7/24/18 | 520.93<br>-520.93 |
| | | | | | 0.00 |
| | 69865 | Invoice<br>Receipt | 69865<br>KW TX | 6/14/18<br>7/24/18 | 801.70<br>-801.70 |
| | | | | | 0.00 |
| **KOO04** | | | | | **0.00** |
| **Report Total** | | | | | **0.00** |



**United Coatings Technologies**
1811 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
67217
INVOICE DATE:
1/11/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX  77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57420 | **547721** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $102,452.03 | $0.00 | 1/11/18 | 2/10/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 5.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY | 178.10 | 890.50 |
| 5.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 66.45 | 332.25 |
| | EACH | 088625371538 | PPG 5 GALLON PAINT PAIL | 4.77 | |
| 1.0 | EACH | 726890589738 | 5 GALLON PAIL LINER 100/PK | 325.00 | 325.00 |
| 40.0 | EACH | 048011040295 | 3M MAROON SCUFF PAD 7447 | 0.88 | 35.20 |
| 4.0 | EACH | 726890589745 | 48" X 250 CORRUGATED WRAP | 100.00 | 400.00 |
| 10.0 | EACH | 051138464578 | 3M 8210 PARTICULATE RESP (20PK | 22.47 | 224.70 |
| 50.0 | EACH | 047034141224 | HD COVERALL L | 8.25 | 412.50 |
| 60.0 | EACH | 047034141231 | HD COVERALL XL | 8.25 | 495.00 |
| 60.0 | EACH | 047034141248 | HD COVERALL 2XL | 8.25 | 495.00 |
| 180.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 153.00 |
| 20.0 | EACH | RCT01031/EA | 20LB RAGS | 30.84 | 616.80 |
| 8.0 | GALLON | 086236700419 | DENATURED ALCOHOL | 16.50 | 132.00 |
| | EACH | 093945306535 | GOOF OFF 16 OZ | 4.91 | |
| 12.0 | EACH | 047719222422 | SKID-TEX (1 LB) | 2.59 | 31.08 |
| 2.0 | EACH | 633955862562 | AIRLESS HOSE 1/4 X 50 | 42.60 | 85.20 |
| | HALF PINT | AT866M/16 | AMERCOAT 866M ACCELERATOR | 20.03 | |

| | | |
|---|---|---|
| SUBTOTAL | 4,628.23 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$4,628.23** |

PPG
281-890-4483
p.1
Packing Slip Number
57420

7.4774

Ship Date:
Jan 8, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

281-444-1200

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547721 | KILLINGBECK,B | Net 30 Days | 538.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 5.0 | PAIL | AT370-23/05 | AMERCOAT 370 PEARL GRAY |
| 5.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B |
| | EACH | 088625371538 | PPG 5 GALLON PAINT PAIL |
| 1.0 | EACH | 726890589738 | 5 GALLON PAIL LINER 100/PK |
| 40.0 | EACH | 048011040295 | 3M MAROON SCUFF PAD 7447 |
| 4.0 | EACH | 726890589745 | 48" X 250 CORRUGATED WRAP |
| 10.0 | EACH | 051138464578 | 3M 8210 PARTICULATE RESP (20PK |
| 50.0 | EACH | 047034141224 | HD COVERALL L |
| 60.0 | EACH | 047034141231 | HD COVERALL XL |
| 60.0 | EACH | 047034141248 | HD COVERALL 2XL |
| 180.0 | EACH | 047034093011 | SPRAY SOCK |
| 20.0 | EACH | RCT01031/EA | 20LB RAGS |
| 8.0 | GALLON | 086236700419 | DENATURED ALCOHOL |
| | EACH | 093945396636 | GOOF OFF 16 OZ |
| 12.0 | EACH | 047719222422 | SKID-TEX (1 LB) |
| 2.0 | EACH | 633955862562 | AIRLESS HOSE 1/4 X 50 |
| | HALF PINT | AT866M/16 | AMERCOAT 866M ACCELERATOR |

Accepted By: *Frankie Rodriguez*



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
67218
INVOICE DATE:
1/11/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57472 | **547720** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $107,080.26 | $0.00 | 1/11/18 | 2/10/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 3.0 | PAIL | AT45H3/05 | AMCT 450H WHITE RESIN | 396.45 | 1,189.35 |
| 3.0 | GALLON | AT45H-B/01 | AMCT 450H CURE | 90.40 | 271.20 |

| | | |
|---|---|---|
| SUBTOTAL | | 1,460.55 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$1,460.55** |

a Coatings Technologies, Inc.
1 S. Main Street
South Bend, IN 46601
USA

574.287.4774

Packing Slip Number
57472

Ship Date:
Jan 8, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

281-444-1200

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547720 | KILLINGBECK,B | Net 30 Days | 238.04 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 3.0 | PAIL | AT45H3/05 | AMCT 450H WHITE RESIN |
| 3.0 | GALLON | AT45H-B/01 | AMCT 450H CURE |

Accepted By: _Frankie Rodriguez_





# United Coatings Technologies

1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:

67219

INVOICE DATE:

1/11/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX  77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57460 | **547719** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $108,540.81 | $0.00 | 1/11/18 | 2/10/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 10.0 | PAIL | AT45H9/05 | AMCT 450H BLACK RESIN | 396.45 | 3,964.50 |
| 10.0 | GALLON | AT45H-B/01 | AMCT 450H CURE-11930D08-01 | 90.40 | 904.00 |

|  |  |
|---|---|
| SUBTOTAL | 4,868.50 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$4,868.50** |

Coatings Technologies, Inc.
S. Main Street
n Bend, IN 46601
SA

574.287.4774

# Packing Slip

Packing Slip Number
57460

Ship Date:
Jan 9, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

281-444-1200

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547719 | KILLINGBECK,B | Net 30 Days | 586.80 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 10.0 | PAIL | AT45H9/05 | AMCT 450H BLACK RESIN |
| 10.0 | GALLON | AT45H-B/01 | AMCT 450H CURE-11930D08-01 |

Accepted By: _Frankue Rodriguez_



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
67322
INVOICE DATE:
1/18/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX  77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57555 | **547240** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $113,409.31 | $0.00 | 1/18/18 | 2/17/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 15.0 | HALF PINT | AT866M/16 | AMERCOAT 866M ACCELERATOR<br>R&L 88273222-2 | 31.86 | 477.90 |

| | |
|---|---|
| SUBTOTAL | 477.90 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$477.90** |

| | |
|---|---|
| **From:** | Kansas City (SW) 9858 <PAF9858@ppg.com> |
| **Sent:** | Thursday, January 18, 2018 11:37 AM |
| **To:** | Kurt Rimelspach |
| **Subject:** | RE: <EXT>PO#547240-b |
| **Attachments:** | DOC011818.pdf |

Kurt,

      Here is the invoice for this PO. It went out on R&L and the pro number to track it by is 88273222-2.

Thank you,

*Kyle Scott*

Assistant Store Manager

T  (816) 471-0080
F  (816) 561-5948
E  <u>PAF9858@ppg.com</u>

PPG Architectural Coatings
2645 Southwest Blvd
Kansas City, MO 64108
<u>www.ppgac.com</u>

 We protect and beautify the world™

**From:** Kurt Rimelspach [mailto:krimelspach@unitedcoatingstechnologies.com]
**Sent:** Thursday, January 18, 2018 7:49 AM
**To:** Kansas City (SW) 9858
**Subject:** <EXT>PO#547240-b

Can you email or fax me my invoice for this order that shipped LTL to my account in Houston TX. My fax is 574-287-2774. Also please supply any shipping info. Name of carrier , and BOL #.
Thank you Kurt 574-287-4774



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
67341
INVOICE DATE:
1/19/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX  77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57579 | **547882** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $113,887.21 | $0.00 | 1/19/18 | 2/18/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 4.0 | DRUM | ACETONE/55 | HM, ACETONE, 3, UN1090, PGII (ERG 127) | 401.91 | 1,607.64 |

| | |
|---|---|
| SUBTOTAL | 1,607.64 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,607.64** |



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
67457
INVOICE DATE:
1/25/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57700 | **547721** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $100,946.59 | $0.00 | 1/25/18 | 2/24/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 20.0 | EACH | 088625371538 | PPG 5 GALLON PAINT PAIL | 3.45 | 69.00 |
| 16.0 | EACH | 093945306535 | GOOF OFF 16 OZ | 6.87 | 109.92 |

| | |
|---|---|
| SUBTOTAL | 178.92 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$178.92** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN  46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57700

Ship Date:
Jan 24, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK  74101
USA

281-444-1200

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX  77066
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547721 | KILLINGBECK,B | Net 30 Days | 28.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 20.0 | EACH | 088625371538 | PPG 5 GALLON PAINT PAIL |
| 16.0 | EACH | 093945306535 | GOOF OFF 16 OZ |

Accepted By: _____



# INVOICE

INVOICE NUMBER:

67458

INVOICE DATE:

1/25/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX  77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57699 | **547916** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $101,125.51 | $0.00 | 1/25/18 | 2/24/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 144.0 | EACH | 757136000021 | IMPORT CHIP BRUSH 1" | 0.19 | 27.36 |
| 24.0 | EACH | 757136021446 | ARTIST BRUSH SET (5-PIECE) | 1.10 | 26.40 |
| 54.0 | EACH | 726890593087 | PROSUPREME WOVEN 4 X 3/8 | 1.68 | 90.72 |
| 30.0 | EACH | 088625371538 | PPG 5 GALLON PAINT PAIL | 3.45 | 103.50 |
| 5.0 | EACH | 726890589745 | 48" X 250 CORRUGATED WRAP | 100.00 | 500.00 |
| 72.0 | EACH | 55-675/54 | I/E SPRAY EN GLOSS BLACK | 3.12 | 224.64 |
| 16.0 | EACH | 093945306535 | GOOF OFF 16 OZ | 6.87 | 109.92 |

| | |
|---|---|
| SUBTOTAL | 1,082.54 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,082.54** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN  46601
USA

# Packing Slip

574.287.4774

Packing Slip Number
57699

Ship Date:
Jan 24, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX  77066
USA

281-444-1200

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547916 | KILLINGBECK,B | Net 30 Days | 206.00 |

| Qty  U/M | Item | Description |
|---|---|---|
| 144.0 EACH | 757136000021 | IMPORT CHIP BRUSH 1" |
| 24.0 EACH | 757136021446 | ARTIST BRUSH SET (5-PIECE) |
| 54.0 EACH | 726890593087 | PROSUPREME WOVEN 4 X 3/8 |
| 30.0 EACH | 088625371536 | PPG 5 GALLON PAINT PAIL |
| 5.0 EACH | 726890589745 | 48" X 250 CORRUGATED WRAP |
| 72.0 EACH | 55-675/54 | I/E SPRAY EN GLOSS BLACK |
| 16.0 EACH | 093945306535 | GOOF OFF 16 OZ |

Accepted By: _____ Daniel



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
67462

INVOICE DATE:
1/22/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX  77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57581 | 547916 | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $100,946.59 | $0.00 | 1/22/18 | 2/21/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 36.0 | EACH | 757136000021 | IMPORT CHIP BRUSH 1" | 0.23 | 8.28 |
| 120.0 | EACH | 757136000045 | IMPORT CHIP BRUSH 2" | 0.29 | 34.80 |
| 36.0 | EACH | 757136021446 | ARTIST BRUSH SET (5-PIECE) | 1.45 | 52.20 |
| 36.0 | EACH | 726890593087 | PROSUPREME WOVEN 4 X 3/8 | 1.68 | 60.48 |
| 50.0 | EACH | 732087510126 | WHIZZ 4" VELOUR COVER (2/PK) | 4.74 | 237.00 |
| 75.0 | EACH | 047034115133 | 5 GALLON STRAINER ELASTIC TOP | 0.87 | 65.25 |
| 10.0 | EACH | 088625371521 | PPG PAINT PAIL 2 GALLON | 2.75 | 27.50 |
| 20.0 | EACH | 726890163853 | ROUND METAL PINT CAN | 0.75 | 15.00 |
| 20.0 | EACH | 726890163860 | METAL PINT LID | 0.24 | 4.80 |
| 20.0 | EACH | 726890263690 | METAL  UNLINED QUART CAN | 0.73 | 14.60 |
| 20.0 | EACH | 726890263706 | METAL  UNLINED QUART CAN LID | 0.18 | 3.60 |
| 20.0 | EACH | 726890263713 | METAL  UNLINED GALLON CAN | 1.75 | 35.00 |
| 20.0 | EACH | 726890263720 | METAL  UNLINED GALLON CAN LID | 0.44 | 8.80 |
| 6.0 | EACH | 076308002626 | BONDO LT WEIGHT BODY FILLER | 8.95 | 53.70 |
| 6.0 | EACH | 051141311890 | 6" 80 GRIT SAND DISK 100/PK | 35.00 | 210.00 |
| 6.0 | EACH | 051141311920 | 6" 150GRIT SAND DISK 100/PK | 35.00 | 210.00 |
| 6.0 | EACH | 051141311944 | 6" 220 GRIT SAND DISK 100/PK | 35.00 | 210.00 |
| 60.0 | EACH | 051115036835 | 2090 BLUE LONG MASK TAPE 2" | 7.00 | 420.00 |
| 3.0 | EACH | 726890589745 | 48" X 250 CORRUGATED WRAP | 100.00 | 300.00 |
| 8.0 | EACH | 051138542511 | RESPIRATOR R6211-MEDIUM | 30.39 | 243.12 |
| 50.0 | EACH | 051141386928 | 3M LENS COVERS 10 PACK | 16.52 | 826.00 |
| 50.0 | EACH | 051138216740 | RESPIRATOR CARTRIDGE ORGANIC | 8.68 | 434.00 |
| 50.0 | EACH | 051131973299 | RESPIRATOR PRE-FILTER (10PK) | 15.28 | 764.00 |

SUBTOTAL          Continued

SALES TAX          Continued

FREIGHT          0.00

**TOTAL INVOICE AMOUNT**          **Continued**

United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
67462
INVOICE DATE:
1/22/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57581 | 547916 | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $100,946.59 | $0.00 | 1/22/18 | 2/21/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 75.0 | EACH | 047034141224 | HD COVERALL L | 8.25 | 618.75 |
| 75.0 | EACH | 047034141231 | HD COVERALL XL | 8.25 | 618.75 |
| 75.0 | EACH | 047034141248 | HD COVERALL 2XL | 8.25 | 618.75 |
| 30.0 | EACH | 047034045102 | SHOE COVERS (10PK) | 4.10 | 123.00 |
| 360.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 306.00 |
| 10.0 | EACH | RCT01031/EA | 20LB RAGS | 30.84 | 308.40 |
| 12.0 | EACH | 047719222422 | SKID-TEX (1 LB) | 2.59 | 31.08 |
| 2.0 | EACH | 633955215764 | CONTRACTOR II GUN 2 FINGER GUN | 189.03 | 378.06 |

SUBTOTAL 7,240.92

SALES TAX 0.00

FREIGHT 0.00

TOTAL INVOICE AMOUNT $7,240.92



United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
67788

INVOICE DATE:
2/14/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57955 | **548417** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $30,645.78 | $0.00 | 2/14/18 | 3/16/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 20.0 | PAIL | AT370-3/05 | AMERCOAT 370 WHITE | 190.57 | 3,811.40 |
| 20.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 1,422.00 |
| 40.0 | PAIL | AT45HT2/05 | ANSI 70 | 424.20 | 16,968.00 |
| 40.0 | GALLON | AT45H-B/01 | AMCT 450H CURE | 96.73 | 3,869.20 |

| | |
|---|---|
| SUBTOTAL | 26,070.60 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$26,070.60** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57955

Ship Date:
Feb 13, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

281-444-1200

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77086
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548417 | KILLINGBECK,B | Net 30 Days | 4264.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 20.0 | PAIL | AT370-3/05 | AMERCOAT 370 WHITE |
| 20.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B |
| 40.0 | PAIL | AT45HT2/05 | ANSI 70 |
| 40.0 | GALLON | AT45H-B/01 | AMCT 450H CURE |

Accepted By: _Daniel Moreno_


United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
67790
INVOICE DATE:
2/14/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX  77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57962 | **548417** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $56,716.38 | $0.00 | 2/14/18 | 3/16/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 20.0 | PAIL | AT45H3/05 | AMCT 450H WHITE RESIN | 424.20 | 8,484.00 |
| 20.0 | GALLON | AT45H-B/01 | AMCT 450H CURE | 96.73 | 1,934.60 |

| | |
|---|---|
| SUBTOTAL | 10,418.60 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$10,418.60** |

**wn Freight**
511 Sagewind Dr.
ouston, TX 77089

Cell 832-499-3797
Bus./Fax 281-922-1757

DATE _2-13-__

DELIVERY CHARGES
☑ PREPAID ☐ COLLECT ☐ BILL TO

TYPE OF DELIVERY
■ C.O.D. ☐ DIRECT ☑ REGULAR ☐ NIGHT/WEEKEND

| S H I P P E R | NAME | PPG / PROTECTIVE & MARINE COATINGS | _United Coatings / Re-Bath_ | NAME | C O N S I G N E E |
|---|---|---|---|---|---|
| | ADDRESS | 2440 EAST PASADENA FREEWAY | _6515 Commerce St. Rd_ | ADDRESS | |
| | CITY | PASADENA, TEXAS 77506 | _Houston, TX 77066_ | CITY | |
| | ATTN-BL# | _PO 57935_ | | ATTN-BL# | |
| SPECIAL INSTRUCTIONS | | | | SPECIAL INSTRUCTIONS | |

| NO. PCS. | DESCRIPTION | WEIGHT |
|---|---|---|
| 2 _Skids_ | | _3887_ |
| | | |
| | | |
| | | |

Not Responsible for Freight Claims after 48 Hours.
Not Responsible for Concealed Damage.

$50 Declared Value
Unless Specified Here

_Daniel Moreno_

BILL TO:

Driver
_Armando_

Received in
Good Condition By  X   _Moreno_

C.O.D. AMT. ►

TOTAL ►

Sales/Invoicing

File   Edit   Go To   Window   Help

Close  New  List  Save  Print  E-mail  Copy  Delete  Row  SendNote  Note  Journal  Event  Layout  Report  Attach  Help

Customer ID: KOO04

| | | | | | Invoice |
|---|---|---|---|---|---|

Bill to: do not use KWOC (TX)
P.O. BOX 1229
TULSA, OK 74101 USA

Ship to: Ship To 1
KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
Address Line 2
HOUSTON   TX  77066
USA

Clear >

**PAID IN FULL**
May 7, 2018

*Invoice date: 3/23/18
*Due date: Mar 25, 2018
Invoice No.: 67894
Quote No.: 58031
☐ Drop ship
View related transactions

Customer PO

548662

Ship via: Our Truck   Ship date   Sales rep: KILLINGBECK,B   Terms: Net 30 Days

Apply to Sales Order: 0.00    Apply to Sales: 6,593.53

| Quantity | Item | U/M | Description | Unit Price | Tax | Amount | Job |
|---|---|---|---|---|---|---|---|
| 120.000 | 757136000045 | EACH | IMPORT CHIP BRUSH 2" | 0.29 | 1 | 34.80 | |
| 20.000 | 726890593087 | EACH | PROSUPREME WOVEN 4 X 3/8 | 1.68 | 1 | 33.60 | |
| 50.000 | 732087510126 | EACH | WHIZZ 4" VELOUR COVER (2/PK) | 4.74 | 1 | 237.00 | |
| 100.000 | 047034115133 | EACH | 5 GALLON STRAINER ELASTIC TOP | 0.87 | 1 | 87.00 | |
| 100.000 | DOX251UEA | EACH | 32 OZ MIX CUP | 0.36 | 1 | 36.00 | |
| 12.000 | DOX252UEA | EACH | 64 OZ PITCHERS | 3.42 | 1 | 41.00 | |
| 200.000 | 088625371538 | EACH | PPG 5 GALLON PAINT PAIL | 3.45 | 1 | 690.00 | |
| 10.000 | 726890163853 | EACH | ROUND METAL PINT CAN | 0.75 | 1 | 7.50 | |
| 10.000 | 726890163560 | EACH | METAL PINT LID | 0.24 | 1 | 2.40 | |
| 10.000 | 726890263690 | EACH | METAL UNLINED QUART CAN | 0.73 | 1 | 7.30 | |
| 10.000 | 726890263706 | EACH | METAL UNLINED QUART CAN LID | 0.18 | 1 | 1.80 | |
| 10.000 | 726890263713 | EACH | METAL UNLINED GALLON CAN | 1.75 | 1 | 17.50 | |
| 10.000 | 726890263720 | EACH | METAL UNLINED GALLON CAN LID | 0.44 | 1 | 4.40 | |
| 5.000 | 04866100197 | EACH | 100 PK SINGLE EDGE BLADES | 6.99 | 1 | 34.95 | |
| 8.000 | 051141311820 | EACH | 6" 150GRIT SAND DISK 100/PK | 35.00 | 1 | 280.00 | |
| 120.000 | 021200711343 | EACH | 2060 GREEN MASKING TAPE 2" | 6.52 | 1 | 782.40 | |
| 60.000 | 051115036835 | EACH | 2090 BLUE LONG MASK TAPE 2" | 7.00 | 1 | 420.00 | |
| 50.000 | 051141386928 | EACH | 3M LENS COVERS 10 PACK | 16.52 | 1 | 826.00 | |
| 50.000 | 051138216740 | EACH | RESPIRATOR CARTRIDGE ORGANIC | 8.68 | 1 | 434.00 | |
| 50.000 | 051131973299 | EACH | RESPIRATOR PRE-FILTER (10PK) | 15.28 | 1 | 764.00 | |
| 50.000 | 047034045102 | EACH | SHOE COVERS (10PK) | 4.10 | 1 | 205.00 | |
| 288.000 | 047034093011 | EACH | SPRAY SOCK | 0.85 | 1 | 244.80 | |
| 5.000 | 086235700419 | GALLON | DENATURED ALCOHOL | 16.50 | 1 | 82.50 | |
| 12.000 | 020064188672 | EACH | COLD GALV COMP SPY | 5.48 | 1 | 65.76 | |
| 12.000 | 55-672/54 | EACH | 1JE SPRAY EN GLOSS WHITE | 3.12 | 1 | 37.44 | |
| 4.000 | 633955581655 | EACH | RAC X TIP GUARD | 27.86 | 1 | 22.86 | |
| 1.000 | 633955889422 | EACH | GRACO 415 TIP | 27.86 | 1 | 27.86 | |
| 1.000 | 633955889484 | EACH | GRACO 515 TIP | 27.86 | 1 | 35.72 | |
| 1.000 | 633955889491 | EACH | GRACO 517 TIP | Sales tax: | | 0.00 EXEMPT | |

Apply tickets/expenses

Customer Account as of Feb 23, 2018
Balance:         69,639.21
Credit limit:    200,000.00
Credit status:  Hold Over Limit

Other applied credit         6,593.53      6,593.53 Invoice total
Amount paid at sale              0.00          0.00 Net due

Freight:          0.00



# INVOICE

**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574-287-4774

INVOICE NUMBER:
68095
INVOICE DATE:
3/2/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58164 | **548773** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $56,596.39 | $0.00 | 3/2/18 | 4/1/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 252.0 | EACH | 726890593100 | 9" PROSUPREME WOVEN 3/8" | 3.85 | 970.20 |

| | |
|---|---|
| SUBTOTAL | 970.20 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$970.20** |



# INVOICE

**INVOICE NUMBER:**

68177

**INVOICE DATE:**

3/12/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58243 | **548662** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $50,325.67 | $0.00 | 3/12/18 | 4/11/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 100.0 | EACH | DOX249 | 8 OZ MIX CUP | 0.22 | 22.00 |
| 1.0 | EACH | 726890589738 | 5 GALLON PAIL LINER 100/PK | 325.00 | 325.00 |

| | |
|---|---|
| SUBTOTAL | 347.00 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$347.00** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58243

Ship Date:
Mar 12, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK  74101
USA

281-444-1200

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX  77066
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548662 | KILLINGBECK,B | Net 30 Days | 1.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 100.0 | EACH | DOX249 | 8 OZ MIX CUP |
| 1.0 | EACH | 726890589738 | 5 GALLON PAIL LINER 100/PK |

Accepted By:



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
68249
INVOICE DATE:
3/16/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58350 | **546038** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $49,411.21 | $0.00 | 3/16/18 | 4/15/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 12.0 | EACH | 077089209129 | HEAVY DUTY ROLLER FRAME 9" | 1.78 | 21.36 |
| 6.0 | EACH | 726890576004 | PPG 6-IN-1 TOOL | 2.75 | 16.50 |
| 4.0 | EACH | 726890589745 | 48" X 250 CORRUGATED WRAP | 100.00 | 400.00 |
| 144.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 122.40 |
| 20.0 | EACH | RCT01031/EA | 20LB RAGS | 30.84 | 616.80 |
| 10.0 | GALLON | AT45HT5/01 | AMCT 450H YELLOW TINT RESIN-SAFETY YELLOW | 104.90 | 1,049.00 |
| 10.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 24.18 | 241.80 |
| 10.0 | HALF PINT | AT866M/16 | AMERCOAT 866M ACCELERATOR | 34.09 | 340.90 |

| | |
|---|---|
| SUBTOTAL | 2,808.76 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,808.76** |

# PPG Architectural Coatings

*Because Every Job Matters*

STORE# 9621
9621 - AIRLINE
1304 EAST 40TH ST
HOUSTON, TX 77022
PH: (713)694-4262    FX: (713)694-5175
HOURS: SUN      10:00 AM-2:00 PM
       MON-FRI  7:00 AM-7:00 PM
       SAT      8:00 AM-5:00 PM

PAF9621@PPG.COM

## INVOICE
#962102078514

SOLD TO:    3011151000000001
UNITED COATINGS/UNITED COATINGCUST PO#: 58350
1011 S MAIN STREET
SOUTH BEND, IN 46601         CUST JOB: KW
(574)287-4774

SHIP TO:                     SHIP VIA: PPG Truck
Kurt
6510 Bourgeois Road
HOUSTON, TX 77066
(574)287-4774



962102031618078514

DATE: 03/16/2018    TIME: 10:25 AM
STORE REP: CARLTON C
SALES REP: CURTISS N
PAGE 1 OF 2

| QTY | ITEM# | DESCRIPTION | PRICE | AMOUNT |
|-----|-------|-------------|-------|--------|
| 12 | ARR20912/EA | RF209 9" HD 5-WIRE RLLR FRAME ARR20912 | | * |
| 6 | PPG57600/EA | PPG 6-IN-1 PAINTERS TOOL PPG57600 | | * |
| 4 | ULNX0001/EA | S1242 48X250 CORRUGATED WRAP ULNX0001 | | * |
| 144 | TFI09301/EA | 09301A SOCK HOOD | | * |
| 20 | RCT01031/EA | MP01031 20LB RAGS WHITE RCT01031 | | * |
| 10 | AT45H-B/04 | AMERCOAT 450H CURE | | * |
| 10 | AT866M/16 | PPG 866M URETHANE ACCEL/A'COAT 866M | | * |
| 10 | AT45HT5/01 | AMERCOAT 450H HIGH HIDING YELLOW TINT RESIN _962103000006797_SAFETY YELLOW 1979 (844) | | * |

CE　　　　　　　　#962102031618078514

03/16/2018　　　TIME: 10:26 AM　　　SOLD TO:　3011151000000001

**TERMS:**
Items marked with an asterisk (*) are exempt from sales tax.Freight will be charged on orders, blinds, and wall covering books.Special merchandise in good condition is eligible for 75% refund w/ original invoice within 60 days.Tinted merchandise cannot be returned. Non-tinted merchandise in good condition may be returned w/ original invoice w/in 60 days. Qualifying returns will be made in the same form of payment as original purchase.PPG reserves the right to make large cash returns by check w/in 10 business days.A service fee will be charged on returned checks. See the store manager for details.PPG understands, and Buyer respresents that the products sold will be used for commercial or home painting, and will not be used for Nuclear, Chemical or Biological weapons facilities or activities including painting any such items or facilities. Buyer agrees to notify PPG immediately if Buyer becomes aware of any change in the end use of the products.Browse global employment opportunities at na.careers.ppg.com.Let us know how we're doing - visit ppqpaintssurvey.com to give your feedback!
TERMS:　　NET 90 DAYS
I agree to the invoice amount in accordance with my PPG Credit Agreement.

REMIT TO:
PPG ARCHITECTURAL FINISHES
P O BOX 534979
ATLANTA, GA 30353-4979

| | |
|---|---|
| SUBTOTAL: | |
| LABOR: | |
| FREIGHT: | |
| ECO FEE: | |
| SALES TAX: | |
| INVOICE TOTAL: | |
| HOUSECHARGE-AR: | |
| TOTAL TENDERED: | |
| PENDING AMT: | |
| DUE TO CUSTOMER: | |

THANK YOU FOR SHOPPING AT PPG...BECAUSE EVERY JOB MATTERS!



# United Coatings Technologies

101 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
68697
INVOICE DATE:
4/11/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
JOB#11933D43-01
HOUSTON, TX 77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58715 | 549341 | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $20,940.07 | $0.00 | 4/11/18 | 5/11/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 6.0 PAIL | AT45SGT2/05 | RAL 1001 BEIGE | | 424.20 | 2,545.20 |
| 10.0 GALLON | AT45SS-B/01 | AMCT 450H SG CURE B | | 96.73 | 967.30 |
| 4.0 PAIL | AT45SGT2/05 | ASA 70 | | 424.20 | 1,696.80 |

| | | |
|---|---|---|
| SUBTOTAL | | 5,209.30 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$5,209.30** |

# PPG Architectural Coatings

*Because Every Job Matters*

SOLD TO: 3011151000000001
UNITED COATINGS/UNITED COATING CUST PO#: 549341
1011 S MAIN STREET
SOUTH BEND, IN 46601          CUST JOB: KW
(574)287-4774

SHIP TO:                    SHIP VIA: PPG Truck
Koontz Wagner
6510 Bourgeois Rd
HOUSTON, TX 77066
(574)287-4774

STORE# 9621
9621 - AIRLINE
1304 EAST 40TH S
HOUSTON, TX 77022
PH: (713)694-4262    FX: (713)694-5175
HOURS: SUN     10:00 AM-2:00 PM
       MON-FRI  7:00 AM-7:00 PM
       SAT     8:00 AM-5:00 PM

PAF9621@PPG.COM

## INVOICE
#962102079567

962102041118079567

DATE: 04/11/2018    TIME: 8:52 AM
STORE REP: VANESSA A
SALES REP: CURTISS N
PAGE 1 OF 1

| QTY | ITEM# | DESCRIPTION | PRICE | AMOUNT |
|-----|-------|-------------|-------|--------|
| 10 | AT4SS-B/01 | AMERCOAT 450HSA/HSG CURE | | * |
| 4 | AT4SSGT2/05 | AMERCOAT 450H SEMIGLOSS LIGHT TINT _962103000005966_ASA #70 Gray | | * |
| 6 | AT4SSGT2/05 | AMERCOAT 450H SEMIGLOSS LIGHT TINT _962102000006952_BEIGE RAL -1001 | | * |

TERMS:
Items marked with an asterisk (*) are exempt from sales tax. Freight will be charged on orders, blinds, and wall covering books. Special merchandise in good condition is eligible for 75% refund w/ original invoice within 60 days. Tinted merchandise cannot be returned. Non-tinted merchandise in good condition may be returned w/ original invoice w/in 60 days. Qualifying returns will be made in the same form of payment as original purchase. PPG reserves the right to make large cash returns by check w/in 10 business days. A service fee will be charged on returned checks. See the store manager for details. PPG understands, and Buyer respresents that the products sold will be used for commercial or home painting, and will not be used for Nuclear, Chemical or Biological weapons facilities or activities including painting any such items or facilities. Buyer agrees to notify PPG immediately if Buyer becomes aware of any change in the end use of the products. Browse global employment opportunities at na.careers.ppg.com. Let us know how we're doing - visit ppgpaintssurvey.com to give your feedback!
TERMS:    NET 90 DAYS
I agree to the invoice amount in accordance
with my PPG Credit Agreement.

REMIT TO:
PPG ARCHITECTURAL FINISHES
P O BOX 534979
ATLANTA, GA 30353-4979

| SUBTOTAL: | |
|-----------|--|
| LABOR: | |
| FREIGHT: | |
| ECO FEE: | |
| SALES TAX: | |
| INVOICE TOTAL: | |
| HOUSECHARGE-AR: | |
| TOTAL TENDERED: | |
| PENDING AMT: | |
| DUE TO CUSTOMER: | |

THANK YOU FOR SHOPPING AT
PPG...BECAUSE EVERY JOB
MATTERS!

# INVOICE

**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

INVOICE NUMBER:

68857

INVOICE DATE:

4/20/18

SHIP TO

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
11933D58-01
HOUSTON, TX 77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58736 | **549360** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $20,940.07 | $0.00 | 4/20/18 | 5/20/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 14.0 | PAIL | AT45SGT2/05 | PHU-135 BEIGE RAL1001 | 424.20 | 5,938.80 |
| 20.0 | GALLON | AT45SS-B/01 | AMCT 450H SG CURE B | 96.73 | 1,934.60 |
| 6.0 | PAIL | AT45SGT2/05 | PHU-136 ASA #70 | 424.20 | 2,545.20 |

|  | SUBTOTAL | 10,418.60 |
|---|---|---|
|  | SALES TAX | 0.00 |
|  | FREIGHT | 0.00 |
|  | **TOTAL INVOICE AMOUNT** | **$10,418.60** |



## United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
68879
INVOICE DATE:
4/20/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**
KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX  77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58820 | **549504** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $31,358.67 | $0.00 | 4/20/18 | 5/20/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 120.0 | EACH | 757136000045 | IMPORT CHIP BRUSH 2" | 0.29 | 34.80 |
| 108.0 | EACH | 726890593087 | PROSUPREME WOVEN 4 X 3/8 | 1.68 | 181.44 |
| 24.0 | EACH | 077089200072 | 4" CAGE MINI ROLLER FRAME | 0.92 | 22.08 |
| 100.0 | EACH | 047034115133 | 5 GALLON STRAINER ELASTIC TOP | 0.87 | 87.00 |
| 100.0 | EACH | DOX249 | 8 OZ MIX CUP | 0.23 | 23.00 |
| 100.0 | EACH | DOX251/EA | 32 OZ MIX CUP | 0.36 | 36.00 |
| 60.0 | EACH | 051115036835 | 2090 BLUE LONG MASK TAPE 2" | 7.00 | 420.00 |
| 4.0 | EACH | 726890589745 | 48" X 250 CORRUGATED WRAP | 100.00 | 400.00 |
| 100.0 | EACH | 051131973299 | RESPIRATOR PRE-FILTER (10PK) | 15.28 | 1,528.00 |
| 360.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 306.00 |
| 30.0 | EACH | RCT01031/EA | 20LB RAGS | 30.84 | 925.20 |
| 24.0 | EACH | 020066188672 | COLD GALV COMP SPY | 5.48 | 131.52 |

| | |
|---|---|
| SUBTOTAL | 4,095.04 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$4,095.04** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58820

Ship Date:
Apr 18, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

281-444-1200

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549504 | KILLINGBECK,B | Net 30 Days | 507.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 120.0 | EACH | 757136000045 | IMPORT CHIP BRUSH 2" |
| 108.0 | EACH | 726890593087 | PROSUPREME WOVEN 4 X 3/8 |
| 24.0 | EACH | 077089200072 | 4" CAGE MINI ROLLER FRAME |
| 100.0 | EACH | 047034115133 | 5 GALLON STRAINER ELASTIC TOP |
| 100.0 | EACH | DOX249 | 8 OZ MIX CUP |
| 100.0 | EACH | DOX251/EA | 32 OZ MIX CUP |
| 60.0 | EACH | 051115036835 | 2090 BLUE LONG MASK TAPE 2" |
| 4.0 | EACH | 726890589745 | 48" X 250 CORRUGATED WRAP |
| 100.0 | EACH | 051131973299 | RESPIRATOR PRE-FILTER (10PK) |
| 360.0 | EACH | 047034093011 | SPRAY SOCK |
| 30.0 | EACH | RCT01031/EA | 20LB RAGS |
| 24.0 | EACH | 020066188672 | COLD GALV COMP SPY |



RECEIVED
APR 1 9 REC'D
By

Accepted By:



United Coatings Technologies
6011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER:**
68880

**INVOICE DATE:**
4/20/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX  77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58861 | **549510** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $37,318.55 | $0.00 | 4/20/18 | 5/20/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 4.0 | PAIL | AT370-3/05 | AMERCOAT 370 WHITE | 190.57 | 762.28 |
| 4.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B | 71.10 | 284.40 |
| 24.0 | HALF PINT | AT866M/16 | AMERCOAT 866M ACCELERATOR | 34.09 | 818.16 |

| | | |
|---|---|---|
| SUBTOTAL | 1,864.84 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,864.84** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

**Packing Slip**

Packing Slip Number
58861

Ship Date:
Apr 18, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

281-444-1200

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549510 | KILLINGBECK,B | Net 30 Days | 335.36 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 4.0 | PAIL | AT370-3/05 | AMERCOAT 370 WHITE |
| 4.0 | GALLON | AT370-B/01 | AMERCOAT 370 CURE B |
| 24.0 | HALF PINT | AT886M/16 | AMERCOAT 866M ACCELERATOR |

RECEIVED
APR 1 9 REC'D
By

Accepted By: _____

# United Coatings Technologies

1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
69009
INVOICE DATE:
4/30/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**
KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58965 | **549626** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $36,348.35 | $0.00 | 4/30/18 | 5/30/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 4.0 DRUM | ACETONE/55 | HM, ACETONE, 3, UN1090, PGII (ERG 127) | | 410.91 | 1,643.64 |

| | |
|---|---|
| SUBTOTAL | 1,643.64 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,643.64** |

Case 3:18-cv-15836 Claim in re 5376, Filed 12/04/20 or Document Exhibit Page 490 of 59

| | | B/L DATE |
|---|---|---|
| | | 04/26/2018 |
| | | B/L NO. |

SUPERIOR SOLVENTS & CHEMICALS
2055 East Blaine
SPRINGFIELD,MO 65803-
USA

CARRIER R&L 06
BY R&L CARRIERS, INC.          SUP658

1071612

For Emergency Response Information From the Above Offerer
**CALL 800-553-8191**

| S H I P T O | ID: 26 KOONTZ WAGNER POWER-HOUSE 6510 BOURGEOIS ROAD HOUSTON , TX 77066- Phone: 2814441200 | USA | S O L D T O | UNITED COATINGS TECHNOLOGIES 1011 S. MAIN STREET SOUTH BEND , IN 46601- Phone: 5742874774 | USA |

| CUST. NO. | SALES AGENT | OPERATOR | REQ. NO. | SHIP VIA | PO NUMBER | CUST ORDER NUMBER |
|---|---|---|---|---|---|---|
| 106275-0 | LairdA | ops-06 | | Truck | 549626 | 1071612 |

| SHIP DATE | WAREHOUSE | FREIGHT | FOB REMARK | DELIVERY DATE | DELIVERY TIME | ORDER TYPE |
|---|---|---|---|---|---|---|
| 04/26/2018 | 06 | Prepaid & Add | Destination | 04/26/2018 | | WR |

| QUANTITY ORDERED | QUANTITY SHIPPED | PACKAGING | HM | DESCRIPTION | NET WEIGHT (lb) | GROSS WEIGHT (lb) | FRT CLASS |
|---|---|---|---|---|---|---|---|
| 4.00 | 4.00 | 365.00 lb blu/gr steel Drum | X | UN 1090, Acetone 3, PG II, ERG 127 Acetone * 0120001-R55g4 | | | 60 |
| | | | | Whs: 06 Lot No. DY8645767 | 1,460.00 | 1,612.00 | |
| 1.00 | 1.00 | 1.00 E Each | | Freight Charge - 06 0910106-each | 0.00 | 0.00 | 55 |
| | | | | General Remarks: ALWAYS PICK UP EMPTY TOTES **CoA'S HAVE TO HAVE THE PO'S# ON THEM** - TLF 8/10 CUSTOMER OPENS UP AT 6AM FOR REC'ING CUSTOMER IS DOCK HIGH AND REC'ING HRS 7AM - 2:30PM | | | |
| | | | | **TOTALS:** | 1,460.00 | 1,612.00 | |

17867372-4                    SPR

Pro No.

2018042615:31:59ops-06-7                                                        Page 1 of 2



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
69098

INVOICE DATE:
5/4/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX  77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58823 | **549390** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $37,991.99 | $0.00 | 5/4/18 | 6/3/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 16.0 PAIL | AT45SGT2/05 | PHU-135 BEIGE RAL 1001 | | 424.20 | 6,787.20 |
| 24.0 GALLON | AT45SS-B/01 | AMCT 450H SG CURE B | | 96.73 | 2,321.52 |
| 8.0 PAIL | AT45SGT2/05 | PHU-136 ASA #70 | | 424.20 | 3,393.60 |
| | | JOB#11933D48-01- DELIVER ON 5/7/18 | | | |

SUBTOTAL 12,502.32

SALES TAX 0.00

FREIGHT 0.00

**TOTAL INVOICE AMOUNT** **$12,502.32**

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58823

Ship Date:
May 7, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

281-444-1200

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549390 | KILLINGBECK,B | Net 30 Days | 1680.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 16.0 | PAIL | AT45SGT2/05 | PHU-135 BEIGE RAL 1001 |
| 24.0 | GALLON | AT45SS-B/01 | AMCT 450H SG CURE B |
| 8.0 | PAIL | AT45SGT2/05 | PHU-136 ASA #70 |
| | | | JOB#11933D48-01- DELIVER ON 5/7/18 |

Accepted By: _Daniel Moreno_



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
69297
INVOICE DATE:
5/15/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
job#11933D53-01 5/14/18
HOUSTON, TX 77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59071 | **549390** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $38,889.50 | $0.00 | 5/15/18 | 6/14/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 13.0 | PAIL | AT45SGT2/05 | PHU-135 BEIGE RAL 1001 | 424.20 | 5,514.60 |
| 20.0 | GALLON | AT45SS-B/01 | AMCT 450H SG CURE B | 96.73 | 1,934.60 |
| 7.0 | PAIL | AT45SGT2/05 | AMCT 450H SG LIGHT TINT A | 424.20 | 2,969.40 |

| | |
|---|---|
| SUBTOTAL | 10,418.60 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$10,418.60** |

Coatings Technologies, Inc.
S. Main Street
uth Bend, IN 46601
SA

574.287.4774

# Packing Slip

Packing Slip Number
59071

Ship Date:
May 14, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK  74101
USA

281-444-1200

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
job#11933D53-01 5/14/18
HOUSTON, TX  77066
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|----------------|--------------|---------------|--------|
| 549390 | KILLINGBECK,B | Net 30 Days | 1400.00 |

| Qty | U/M | Item | Description |
|-----|-----|------|-------------|
| 13.0 | PAIL | AT45SGT2/05 | PHU-135 BEIGE RAL 1001 |
| 20.0 | GALLON | AT45SS-B/01 | AMCT 450H SG CURE B |
| 7.0 | PAIL | AT45SGT2/05 | AMCT 450H SG LIGHT TINT A |

Accepted By: _____ Josh Brag

# United Coatings Technologies

1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER:
69298

INVOICE DATE:
5/14/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59167 | **549903** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $38,889.50 | $0.00 | 5/14/18 | 6/13/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 2.0 | EACH | 633955881655 | RAC X TIP GUARD | 20.56 | 41.12 |
| 2.0 | EACH | 633955922655 | GRA92265/EA | 219.48 | 438.96 |
| 10.0 | GALLON | AT45HT5/01 | AMCT 450H YELLOW TINT RESIN-SAFETY YELLOW | 104.90 | 1,049.00 |
| 10.0 | QUART | AT45H-B/04 | AMCT 450H CURE | 24.18 | 241.80 |
| 10.0 | HALF PINT | AT866M/16 | AMERCOAT 866M ACCELERATOR | 34.09 | 340.90 |
| 72.0 | EACH | 726890593087 | PROSUPREME WOVEN 4 X 3/8 | 1.68 | 120.96 |
| 50.0 | EACH | 732087510126 | WHIZZ 4" VELOUR COVER (2/PK) | 4.74 | 237.00 |
| 12.0 | EACH | 077089209129 | HEAVY DUTY ROLLER FRAME 9" | 1.78 | 21.36 |
| 1.0 | EACH | 726890589738 | 5 GALLON PAIL LINER 100/PK | 325.00 | 325.00 |
| 20.0 | EACH | 726890263690 | METAL  UNLINED QUART CAN | 0.73 | 14.60 |
| 20.0 | EACH | 726890263706 | METAL  UNLINED QUART CAN LID | 0.18 | 3.60 |
| 18.0 | EACH | 726890263713 | METAL  UNLINED GALLON CAN | 1.75 | 31.50 |
| 18.0 | EACH | 726890263720 | METAL  UNLINED GALLON CAN LID | 0.44 | 7.92 |
| 6.0 | EACH | 726890576004 | PPG 6-IN-1 TOOL | 2.75 | 16.50 |
| 4.0 | EACH | 4703412108 | 36" X 1000' PAPER | 45.64 | 182.56 |
| 4.0 | EACH | 051138660574 | 3M FULL FACE RESPIRATOR LARGE | 152.36 | 609.44 |
| 40.0 | EACH | 051138216740 | RESPIRATOR CARTRIDGE ORGANIC | 8.68 | 347.20 |
| 144.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 122.40 |
| 4.0 | EACH | RCT01031/EA | 20LB RAGS | 30.84 | 123.36 |

| | |
|---|---|
| SUBTOTAL | 4,275.18 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$4,275.18** |

Coatings Technologies, Inc.

S. Main Street
uth Bend, IN 46601
SA

574.287.4774

# Packing Slip

Packing Slip Number
59167

Ship Date:
May 11, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

281-444-1200

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549903 | KILLINGBECK,B | Net 30 Days | 528.70 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 2.0 | EACH | 633955881655 | RAC X TIP GUARD |
| 2.0 | EACH | 633955922655 | GRA92265/EA |
| 10.0 | GALLON | AT45HT5/01 | AMCT 450H YELLOW TINT RESIN-SAFETY YELLOW |
| 10.0 | QUART | AT45H-B/04 | AMCT 450H CURE |
| 10.0 | HALF PINT | A866M/16 | AMERCOAT 866M ACCELERATOR |
| 72.0 | EACH | 726890593087 | PROSUPREME WOVEN 4 X 3/8 |
| 50.0 | EACH | 732087510126 | WHIZZ 4" VELOUR COVER (2/PK) |
| 12.0 | EACH | 077089209129 | HEAVY DUTY ROLLER FRAME 9" |
| 1.0 | EACH | 726890589738 | 5 GALLON PAIL LINER 100/PK |
| 20.0 | EACH | 726890263690 | METAL  UNLINED QUART CAN |
| 20.0 | EACH | 726890263706 | METAL  UNLINED QUART CAN LID |
| 18.0 | EACH | 726890263713 | METAL  UNLINED GALLON CAN |
| 18.0 | EACH | 726890263720 | METAL  UNLINED GALLON CAN LID |
| 6.0 | EACH | 726890576004 | PPG 6-IN-1 TOOL |
| 4.0 | EACH | 4703412108 | 36" X 1000' PAPER |
| 4.0 | EACH | 051138660574 | 3M FULL FACE RESPIRATOR LARGE |
| 40.0 | EACH | 051138216740 | RESPIRATOR CARTRIDGE ORGANIC |
| 144.0 | EACH | 047034093011 | SPRAY SOCK |
| 4.0 | EACH | RCT01031/EA | 20LB RAGS |

Accepted By: _____

# INVOICE

**United Coatings Technologies**
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

**INVOICE NUMBER:**
69573
**INVOICE DATE:**
5/31/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
#119712D02-01
HOUSTON, TX  77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59432 | **550136** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $48,548.42 | $0.00 | 5/31/18 | 6/30/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 10.0 | PAIL | AK2-T2/05 | AMLK 2/400 LIGHT TINT RESIN | 224.04 | 2,240.40 |
| 10.0 | PAIL | AK2-B/03 | AMLK 2 CURE | 108.98 | 1,089.80 |

| | |
|---|---|
| SUBTOTAL | 3,330.20 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$3,330.20** |

atings Technologies, Inc.
Main Street
Bend, IN 46601

# Packing Slip

Packing Slip Number
59432

574.287.4774

Ship Date:
May 30, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
#119712D02-01
HOUSTON, TX 77066
USA

281-444-1200

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|----------------|--------------|---------------|--------|
| 550136 | KILLINGBECK,B | Net 30 Days | 600.80 |

| Qty | U/M | Item | Description |
|-----|-----|------|-------------|
| 10.0 | PAIL | AK2-T2/05 | AMLK 2/400 LIGHT TINT TINT RESIN |
| 10.0 | PAIL | AK2-B/03 | AMLK 2 CURE |

11971D02-01



RECEIVED
MAY 31 REC'D
By

Josh

Accepted By:

Case 3:18-35816 Doc 135 en P5376 Filed 12/04/18 on Docs24/21 ibit Page 499 of 557

# INVOICE

**United Coatings Technologies**

1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

**INVOICE NUMBER:**
69574

**INVOICE DATE:**
5/25/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX  77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59389 | **550094** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $51,878.62 | $0.00 | 5/25/18 | 6/24/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 10.0 | PAIL | AK2-T2/05 | AMLK 2/400 LIGHT TINT RESIN | 224.04 | 2,240.40 |
| 10.0 | PAIL | AK2-B/03 | AMLK 2 CURE | 108.98 | 1,089.80 |
| | | | JOB#11933D53-01 | | |
| 10.0 | PAIL | AK2-T2/05 | AMLK 2/400 LIGHT TINT RESIN | 224.04 | 2,240.40 |
| 10.0 | PAIL | AK2-B/03 | AMLK 2 CURE | 108.98 | 1,089.80 |
| | | | JOB#11933D48-01 | | |

|  |  |
|---|---|
| SUBTOTAL | 6,660.40 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$6,660.40** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

# Packing Slip

574.287.4774

Packing Slip Number
59389

Ship Date:
May 25, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

281-444-1200

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550094 | KILLINGBECK,B | Net 30 Days | 1201.60 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 10.0 | PAIL | AK2-T2/05 | AMLK 2/400 LIGHT TINT RESIN |
| 10.0 | PAIL | AK2-B/03 | AMLK 2 CURE |
| | | | JOB#11933D53-01 |
| 10.0 | PAIL | AK2-T2/05 | AMLK 2/400 LIGHT TINT RESIN |
| 10.0 | PAIL | AK2-B/03 | AMLK 2 CURE |
| | | | JOB#11933D48-01 |

Accepted By: _____



# INVOICE

**INVOICE NUMBER:**

69664

**INVOICE DATE:**

6/4/18

**KOONTZ-WAGNER CSTM CNTRL (TX)**
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

IHI-EC
DANNY MANCHESTER
100 ELBA ISLAND ROAD
SAVANNAH, GA  31404
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59499 | **550198** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $55,288.73 | $0.00 | 6/4/18 | 7/4/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 EACH | TUK-PHU-96 | ASA#70 TOUCH UP KIT | | 55.00 | 55.00 |
| | | JOB#11579D02-01 | | | |
| | | 1Z14R46E0393397605 | | | |

| | | |
|---|---|---|
| SUBTOTAL | | 55.00 |
| SALES TAX | | 0.00 |
| FREIGHT | | 24.91 |
| **TOTAL INVOICE AMOUNT** | | **$79.91** |

1

⊗

**Volcanic Activity Impacting Service in Areas of Hawaii  ...More (/us/en/service-alerts.page** 

**QUICK START** ▼

🔍  ☰

Home (/us/en/Home.page?) > Shipping (/us/en/shipping.page?) > Create a Shipment:Package & Freight

# Create A Shipment

## Shipment Confirmation

THANK YOU. YOUR SHIPMENT HAS BEEN PROCESSED.

We have received your shipping details and processed your payment. If you need to **print shipping labels**, **a receipt**, or **print a return label**, follow the steps below.

**Tracking Number:**                                   1Z14R46E0393397605

**Pickup Request Number:**                        2935B0G59JN

**Service:**                                                    UPS Ground Service

**Guaranteed By:**                                        End of Day Friday, Jun 8, 2018

**Bill Shipping and Pickup Charges:**          Shipper's Account 14R46E

**Shipping Charges:**                                    17.53 USD

Daily rates were applied to this shipment

**Subtotal Shipping Charges:**                      **17.53 USD**

**Subtotal Pickup Charges**:                          **7.38 USD**

**Total Charged:**                                            **24.91 USD**

**Guarantees and Notices** ↗

‹                                                                                                           ›


United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER
69803
INVOICE DATE
6/11/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59576 | **550265** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $60,752.45 | $0.00 | 6/11/18 | 7/11/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 4.0 DRUM | ACETONE/55 | HM, ACETONE, 3, UN1090, PGII (ERG 127) | | 460.57 | 1,842.28 |
| 4.0 DRUM | MAK/55 | METHYL AMYL KETONE | | 905.36 | 3,621.44 |


PPG PAINTS™    milesi wood coatings

| | |
|---|---|
| SUBTOTAL | 5,463.72 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$5,463.72** |

elspach

Tami Fahler <tfahler@superioroil.com>
Wednesday, June 13, 2018 11:07 AM
Kurt Rimelspach
RE: TEXAS KW

bject:

Good morning Kurt, the pro# is R&L TRK#31893821-1

**Tami Fahler** | Office Manager
**P:** 574-264-0161
**F:** 574-262-8570
**E:** tfahler@superioroil.com
**CS:** elkhartcs@superioroil.com



Chemicals · Composites · Recycling
1030 All Pro Drive
Elkhart, Indiana 46514
www.superioroil.com

**From:** Kurt Rimelspach [mailto:krimelspach@unitedcoatingstechnologies.com]
**Sent:** Wednesday, June 13, 2018 11:01 AM
**To:** Tami Fahler
**Subject:** TEXAS KW

Do you have a POD and or tracking info from this order ?

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.symanteccloud.com

Superior Oil Company, Inc. 1402 N. Capitol Ave. Suite 100 Indianapolis, IN 46202



# United Coatings Technologies

101 S Main Street · South Bend, IN · 46601 · Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
69807
**INVOICE DATE**
6/11/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**
KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX  77066
USA

| PACKING SLIP# | PO/ JOB NUMBER | TERMS | |
|---|---|---|---|
| 59557 | **550265** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $63,606.09 | $0.00 | 6/11/18 | 7/11/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 100.0 | EACH | 047034115133 | 5 GALLON STRAINER ELASTIC TOP | 1.13 | 113.40 |
| 100.0 | EACH | DOX249 | 8 OZ MIX CUP | 0.23 | 23.00 |
| 100.0 | EACH | DOX251/EA | 32 OZ MIX CUP | 0.36 | 36.00 |
| 12.0 | EACH | DOX252/EA | 64 OZ PITCHERS | 3.42 | 41.00 |
| 1.0 | EACH | 726890589738 | 5 GALLON PAIL LINER 100/PK | 325.00 | 325.00 |
| 10.0 | EACH | 726890163853 | ROUND METAL PINT CAN | 0.75 | 7.50 |
| 10.0 | EACH | 726890163860 | METAL PINT LID | 0.24 | 2.40 |
| 10.0 | EACH | 726890163884 | QUART METAL LID | 0.18 | 1.80 |
| 6.0 | EACH | 726890576004 | PPG 6-IN-1 TOOL | 2.75 | 16.50 |
| 6.0 | EACH | 048661001097 | 100 PK SINGLE EDGE BLADES | 6.99 | 41.94 |
| 2.0 | EACH | 633955922655 | GRA92265/EA | 219.48 | 438.96 |
| 12.0 | HALF PINT | AT866M/16 | AMERCOAT 866M ACCELERATOR | 34.09 | 409.08 |
| 4.0 | EACH | 051141311920 | 6" 150GRIT SAND DISK 100/PK | 35.00 | 140.00 |
| 4.0 | EACH | 051141311944 | 6" 220 GRIT SAND DISK 100/PK | 35.00 | 140.00 |
| 30.0 | EACH | 051138216740 | RESPIRATOR CARTRIDGE ORGANIC | 8.68 | 260.40 |
| 20.0 | EACH | 051131973299 | RESPIRATOR PRE-FILTER (10PK) | 15.28 | 305.60 |
| 144.0 | EACH | 047034093011 | SPRAY SOCK | 0.85 | 122.40 |
| 8.0 | GALLON | 086236700419 | DENATURED ALCOHOL | 16.50 | 132.00 |
| 8.0 | GALLON | 043318130052 | SIMPLE GREEN CLEANER | 34.67 | 277.36 |
| 2.0 | EACH | 633955309692 | GRACO THROAT SEAL OIL 8 OZ | 9.65 | 19.30 |

| | |
|---|---|
| SUBTOTAL | 2,853.64 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$2,853.64** |





United Coatings Technologies, Inc.
7011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59557

Ship Date
Jun 11, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

281-444-1200

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550265 | KILLINGBECK,B | Net 30 Days | 264.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 100.0 | EACH | 047034115133 | 5 GALLON STRAINER ELASTIC TOP |
| 100.0 | EACH | DOX249 | 8 OZ MIX CUP |
| 100.0 | EACH | DOX251/EA | 32 OZ MIX CUP |
| 12.0 | EACH | DOX252/EA | 64 OZ PITCHERS |
| 1.0 | EACH | 726890589738 | 5 GALLON PAIL LINER 100/PK |
| 10.0 | EACH | 726890163853 | ROUND METAL PINT CAN |
| 10.0 | EACH | 726890163860 | METAL PINT LID |
| 10.0 | EACH | 726890163884 | QUART METAL LID |
| 6.0 | EACH | 726890576004 | PPG 6-IN-1 TOOL |
| 6.0 | EACH | 048661001097 | 100 PK SINGLE EDGE BLADES |
| 2.0 | EACH | 633955922655 | GRA92265/EA |
| 12.0 | HALF PINT | A866M/16 | AMERCOAT 866M ACCELERATOR |
| 4.0 | EACH | 051141311920 | 6" 150GRIT SAND DISK 100/PK |
| 4.0 | EACH | 051141311944 | 6" 220 GRIT SAND DISK 100/PK |
| 30.0 | EACH | 051138216740 | RESPIRATOR CARTRIDGE ORGANIC |
| 20.0 | EACH | 051131973299 | RESPIRATOR PRE-FILTER (10PK) |
| 144.0 | EACH | 047034093011 | SPRAY SOCK |
| 8.0 | GALLON | 086236700419 | DENATURED ALCOHOL |
| 8.0 | GALLON | 043318130052 | SIMPLE GREEN CLEANER |
| 2.0 | EACH | 633955309692 | GRACO THROAT SEAL OIL 8 OZ |

Accepted By:


United Coatings Technologies
1211 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
69864
**INVOICE DATE**
6/11/18

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**
KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59543 | **550248** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $64,127.02 | $0.00 | 6/11/18 | 7/11/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | PAIL | AT45HT2/05 | PHU-95 COASTAL WHITE | 424.20 | 424.20 |
| 1.0 | GALLON | AT45H-B/01 | AMCT 450H CURE | 96.73 | 96.73 |

| | |
|---|---|
| SUBTOTAL | 520.93 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | $520.93 |




d Coatings Technologies, Inc.
S. Main Street
uth Bend, IN 46601
SA

574.287.4774

# Packing Slip

Packing Slip Number
59543

Ship Date:
Jun 6, 2018

Page:
1

Sold To:
KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

281-444-1200

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550248 | KILLINGBECK,B | Net 30 Days | 67.68 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 1.0 | PAIL | AT45HT2/05 | PHU-95 COASTAL WHITE |
| 1.0 | GALLON | AT45H-B/01 | AMCT 450H CURE |

Accepted By: _Jochbrag_ 6-7-18

Case 18-33815 Claim 135-1 Part 2 Filed 12/04/20 Desc Exhibit Page 509 of 557
Case 3:21-cv-00185 Document 376 Filed on 04/23 in TXSD Page 509 of 557

# INVOICE

**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

INVOICE NUMBER
69865
INVOICE DATE
6/14/18

**SHIP TO**

KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59660 | 550265 | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $64,928.72 | $0.00 | 6/14/18 | 7/14/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 120.0 | EACH | 757136000045 | IMPORT CHIP BRUSH 2" | 0.29 | 34.80 |
| 10.0 | EACH | 726890163891 | ROUND METAL GALLON CAN | 1.75 | 17.50 |
| 10.0 | EACH | 726890161736 | PLASTIC/METAL GALLON LID | 0.44 | 4.40 |
| 10.0 | EACH | 726890163877 | ROUND METAL QUART CAN | 0.73 | 7.30 |
| 3.0 | EACH | 051138660574 | 3M FULL FACE RESPIRATOR LARGE | 134.80 | 404.40 |
| 10.0 | EACH | RCT01031/EA | 20LB RAGS | 30.84 | 308.40 |
| 10.0 | EACH | 056198746398 | 4" X 16"MINI-ROLLER ROD FRAME | 2.49 | 24.90 |




| | |
|---|---|
| SUBTOTAL | 801.70 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$801.70** |

...ngs Technologies, Inc.
...ain Street
...nd, IN 46601

# Packing Slip

Packing Slip Number
59660

Ship Date
Jun 14, 2018

Page:
1

...287.4774

Sold To:
KOONTZ-WAGNER CSTM CNTRL (TX)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ WAGNER (TEXAS)
6510 BOURGEOIS ROAD
HOUSTON, TX 77066
USA

281-444-1200

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550265 | KILLINGBECK,B | Net 30 Days | 85.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 120.0 | EACH | 757136000045 | IMPORT CHIP BRUSH 2" |
| 10.0 | EACH | 726890163891 | ROUND METAL GALLON CAN |
| 10.0 | EACH | 726890161736 | PLASTIC/METAL GALLON LID |
| 10.0 | EACH | 726890163877 | ROUND METAL QUART CAN |
| 3.0 | EACH | 051138660574 | 3M FULL FACE RESPIRATOR LARGE |
| 10.0 | EACH | RCT01031/EA | 20LB RAGS |
| 10.0 | EACH | 056198746398 | 4" X 16"MINI-ROLLER ROD FRAME |

Accepted By: _Daniel Moreno_

# United Coatings Technologies, Inc.
## Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO03 to KOO03. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| KOO03 do not use KWCC (IN) | 67166 | Invoice Receipt | 67166 0050005509 | 1/8/18 2/26/18 | 275.00 -275.00 |
| | | | | | 0.00 |
| | 67287 | Invoice Receipt | 67287 050005606 | 1/17/18 3/2/18 | 234.24 -234.24 |
| | | | | | 0.00 |
| | 67377 | Invoice Receipt | 67377 0050005686 | 1/22/18 3/12/18 | 535.00 -535.00 |
| | | | | | 0.00 |
| | 67378 | Invoice Receipt | 67378 0050005686 | 1/22/18 3/12/18 | 489.72 -489.72 |
| | | | | | 0.00 |
| | 67379 | Invoice Receipt | 67379 0050005686 | 1/23/18 3/12/18 | 58.56 -58.56 |
| | | | | | 0.00 |
| | 67437 | Invoice Receipt | 67437 0050005801 | 1/25/18 3/16/18 | 119.50 -119.50 |
| | | | | | 0.00 |
| | 67438 | Invoice Receipt | 67438 0050005801 | 1/25/18 3/16/18 | 368.00 -368.00 |
| | | | | | 0.00 |
| | 67477 | Invoice Receipt | 67477 0050005801 | 1/29/18 3/16/18 | 313.50 -313.50 |
| | | | | | 0.00 |
| | 67708 | Invoice Receipt | 67708 0050006106 | 2/9/18 4/6/18 | 1,368.96 -1,368.96 |
| | | | | | 0.00 |
| | 67754 | Invoice Receipt | 67754 0050006191 | 2/15/18 4/16/18 | 856.00 -856.00 |
| | | | | | 0.00 |
| | 67755 | Invoice Receipt | 67755 0050006191 | 2/15/18 4/16/18 | 176.00 -176.00 |

# United Coatings Technologies, Inc.
## Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO03 to KOO03. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| | 68119 | Invoice<br>Time of Sale Rcpt | 68119<br>CASH | 3/12/18<br>3/12/18 | 0.05<br>-0.05 |
| | | | | | 0.00 |
| | 68156 | Invoice<br>Receipt | 68156<br>0050006703 | 3/13/18<br>5/24/18 | 234.24<br>-234.24 |
| | | | | | 0.00 |
| | 68253 | Invoice<br>Receipt | 68253<br>0050006787 | 3/19/18<br>5/25/18 | 59.12<br>-59.12 |
| | | | | | 0.00 |
| | 68371 | Invoice<br>Receipt | 68371<br>0050006787 | 3/22/18<br>5/25/18 | 127.87<br>-127.87 |
| | | | | | 0.00 |
| | 68437 | Invoice<br>Receipt | 68437<br>0050006787 | 3/26/18<br>5/25/18 | 19.20<br>-19.20 |
| | | | | | 0.00 |
| | 68654 | Invoice<br>Receipt | 68654<br>0050006787 | 4/9/18<br>5/25/18 | 1,055.66<br>-1,055.66 |
| | | | | | 0.00 |
| | 68848 | Invoice<br>Receipt | 68848<br>0050006918 | 4/18/18<br>7/3/18 | 260.00<br>-260.00 |
| | | | | | 0.00 |
| | 69083 | Invoice<br>Receipt | 69083<br>0050006918 | 5/2/18<br>7/3/18 | 1,848.33<br>-1,848.33 |
| | | | | | 0.00 |
| | 69201 | Invoice<br>Receipt | 69201<br>KW IN VOORDE | 5/11/18<br>7/24/18 | 234.24<br>-234.24 |
| | | | | | 0.00 |
| | 70178 | Invoice<br>Receipt | 70178<br>KW IN VOORDE | 7/3/18<br>7/24/18 | 350.00<br>-350.00 |
| | | | | | 0.00 |

8/3/20 at 12:17:24.22

# United Coatings Technologies, Inc.
## Customer Transaction History
### For the Period From Jan 1, 2018 to Jul 31, 2018

Filter Criteria includes: 1) Customer ID from KOO03 to KOO03. Report order is by Customer ID. Report is printed in Detail Format.

| Customer ID<br>Customer Name | Invoice No. | Transaction | Trans No. | Date | Amount |
|---|---|---|---|---|---|
| | 70260 | Invoice | 70260 | 7/10/18 | 128.40 |
| | | Receipt | KW IN VOORDE | 7/24/18 | -128.40 |
| | | | | | 0.00 |
| | 70263 | Invoice | 70263 | 7/6/18 | 420.44 |
| | | Receipt | KW IN VOORDE | 7/24/18 | -420.44 |
| | | | | | 0.00 |
| KOO03 | | | | | 0.00 |
| Report Total | | | | | 0.00 |



**United Coatings Technologies**
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER

67166

INVOICE DATE

1/8/18

SHIP TO

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK  74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57450 | **547706** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $3,583.79 | $0.00 | 1/8/18 | 2/7/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 100.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL | 2.75 | 275.00 |

| | |
|---|---|
| SUBTOTAL | 275.00 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$275.00** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57450

Ship Date
Jan 8, 2018

Page
1

Sold To:
KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK  74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547708 | KILLINGBECK,B | Net 30 Days | 18.00 |

| Qty  U/M | Item | Description |
|---|---|---|
| 100.0 EACH | 098262105007 | PAPER 5 QT PAINT PAIL |

Accepted By:


United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER

67287

INVOICE DATE

1/17/18

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK  74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57568 | **547871** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $4,093.03 | $0.00 | 1/17/18 | 2/16/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 48.0 | EACH | 726890260095 | TOP GUN 350 100% SILICONE | 4.88 | 234.24 |

| | |
|---|---|
| SUBTOTAL | 234.24 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$234.24** |

...ted Coatings Technologies, Inc.
011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57568

Ship Date
Jan 17, 2018

Page
1

Sold To:
KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547871 | KILLINGBECK,B | Net 30 Days | |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 48.0 | EACH | 728890280095 | TOP GUN 350 100% SILICONE |

Accepted By:


United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER
67377
INVOICE DATE
1/22/18

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57584 | **547888** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $3,975.91 | $0.00 | 1/22/18 | 2/21/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | EACH | TUKSM-PHE-13,F | PORC WHITE/ANSI 61/ANSI 61 | 55.00 | 55.00 |
| | | | JOB#11919A05-01 | | |
| 1.0 | EACH | TUK-PHU5-PHU- | WHITE, ANSI 61 | 75.00 | 75.00 |
| | | | JOB#11824A01-01 | | |
| 2.0 | EACH | TUKSM-PHU-101 | ELECTRIC BLUE/CFEOYST TO UP KT | 55.00 | 110.00 |
| | | | JOB#11968A01-01, 11968A02-01 | | |
| 2.0 | EACH | TUKSM-PHU-101 | ELECTRIC BLUE/CFEOYST TO UP KT | 55.00 | 110.00 |
| | | | JOB#11968A01-01, 11968A02-01 | | |
| 2.0 | EACH | TUKSM-PHU-101 | ELECTRIC BLUE/CFEOYST TO UP KT | 55.00 | 110.00 |
| | | | JOB#11968A01-01, #11968A02-01 | | |
| 1.0 | EACH | TUK-PHE-13P-PH | PORC WHITE/ANSI 61 | 75.00 | 75.00 |
| | | | JOB#11964A01-01 | | |

| | |
|---|---|
| SUBTOTAL | 535.00 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$535.00** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57584

Ship Date
Jan 22, 2018

Page:
1

Sold To:
KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547888 | KILLINGBECK,B | Net 30 Days | 0.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 1.0 | EACH | TUKSM-PHE-13,PHE1.1 | PORC WHITE/ANSI 61/ANSI 61 |
| | | | JOB#11919A05-01 |
| 1.0 | EACH | TUK-PHU5-PHU-1 | WHITE, ANSI 61 |
| | | | JOB#11824A01-01 |
| 2.0 | EACH | TUKSM-PHU-101PHU-102 | ELECTRIC BLUE/CFEOYST TO UP KT |
| | | | JOB#11968A01-01, 11968A02-01 |
| 2.0 | EACH | TUKSM-PHU-101PHU-102 | ELECTRIC BLUE/CFEOYST TO UP KT |
| | | | JOB#11968A01-01, 11968A02-01 |
| 2.0 | EACH | TUKSM-PHU-101PHU-102 | ELECTRIC BLUE/CFEOYST TO UP KT |
| | | | JOB#11968A01-01, #11968A02-01 |
| 1.0 | EACH | TUK-PHE-13P-PHU-99 | PORC WHITE/ANSI 61 |
| | | | JOB#11964A01-01 |

Accepted By: _____



# INVOICE

**INVOICE NUMBER**

67378

**INVOICE DATE**

1/22/18

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK  74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57637 | **547966** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $4,510.91 | $0.00 | 1/22/18 | 2/21/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 12.0 | GALLON | 7-815/01 | INDUSTRIAL I-E/G MID-TONE ANSI 61 | 40.81 | 489.72 |

| | | |
|---|---|---|
| SUBTOTAL | | 489.72 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$489.72** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57637

Ship Date
Jan 22, 2018

Page
1

Sold To:
**KOONTZ-WAGNER VOORDE DR (IN)**
P.O. BOX 1229
TULSA, OK 74101
USA

**KOONTZ-WAGNER (VOORDE DRIVE)**
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547966 | KILLINGBECK,B | Net 30 Days | 121.80 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 12.0 | GALLON | 7-815/61 | INDUSTRIAL I-E/G MID-TONE ANSI 61 |

Accepted By: _____



# INVOICE

**INVOICE NUMBER**

67379

**INVOICE DATE**

1/23/18

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK  74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57654 | **547871** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $5,000.63 | $0.00 | 1/23/18 | 2/22/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 12.0 | EACH | 726890260095 | TOP GUN 350 100% SILICONE | 4.88 | 58.56 |

| | |
|---|---|
| SUBTOTAL | 58.56 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$58.56** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA
574.287.4774

# Packing Slip

Packing Slip Number
57654

Ship Date
Jan 23, 2018

Page:
1

Sold To:
KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 647871 | KILLINGBECK,B | Net 30 Days | |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 12.0 | EACH | 726890280095 | TOP GUN 360 100% SILICONE |

Accepted By:



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574-287-4774

# INVOICE

**INVOICE NUMBER**
67437
**INVOICE DATE**
1/25/18

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57703 | **548044** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $5,059.19 | $0.00 | 1/25/18 | 2/24/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 75.0 | EACH | 726890593339 | PROVANTAGE 9 X 3/8 COVER | 1.19 | 89.25 |
| 11.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL | 2.75 | 30.25 |

| | |
|---|---|
| SUBTOTAL | 119.50 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$119.50** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57703

Ship Date
Jan 25, 2018

Page:
1

Sold To:
KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|----------------|--------------|---------------|--------|
| 548044 | KILLINGBECK,B | Net 30 Days | 10.76 |

| Qty U/M | Item | Description |
|---------|------|-------------|
| 75.0 EACH | 728890593339 | PROVANTAGE 9 X 3/8 COVER |
| 11.0 EACH | 098282105007 | PAPER 5 QT PAINT PAIL |

Accepted By: _____



United Coatings Technologies
1011 S Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER

67438

INVOICE DATE

1/25/18

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK  74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57709 | **547943** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $5,178.69 | $0.00 | 1/25/18 | 2/24/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 2.0 | | | #3 ZAHN CUP | 184.00 | 368.00 |

| | |
|---|---|
| SUBTOTAL | 368.00 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$368.00** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Sold To:
KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 547943 | KILLINGBECK,B | Net 30 Days | |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 2.0 | | | #3 ZAHN CUP |

Accepted By: _____



## United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
67477
**INVOICE DATE**
1/29/18

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57744 | **548044** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $2,080.02 | $0.00 | 1/29/18 | 2/28/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 114.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL COMPLETES ORDER | 2.75 | 313.50 |

|  |  |
|---|---|
| SUBTOTAL | 313.50 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$313.50** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57744

Ship Date
Jan 29, 2018

Page:
1

Sold To:
**KOONTZ-WAGNER VOORDE DR (IN)**
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sale's Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548044 | KILLINGBECK,B | Net 30 Days | 18.24 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 114.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL COMPLETES ORDER |

Accepted By: _____

# United Coatings Technologies

1011 S Main Street • South Bend, IN • 46601 • Office: 574-287-4774

# INVOICE

**INVOICE NUMBER**

67708

**INVOICE DATE**

2/9/18

**KOONTZ-WAGNER VOORDE DR (IN)**
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 57934 | **548395** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $2,393.52 | $0.00 | 2/9/18 | 3/11/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 12.0 | GALLON | 97-1212/01 | ANSI 61 | 58.96 | 707.52 |
| 12.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 524.04 |
| 96.0 | EACH | 071497644619 | 11" ROLLER TRAY LINER | 0.40 | 38.40 |
| 36.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL | 2.75 | 99.00 |

| | |
|---|---|
| SUBTOTAL | 1,368.96 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,368.96** |

United Coatings Technologies, Inc.

1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
57934

Ship Date
Feb 9, 2018

Page
1

Sold To:
KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548395 | KILLINGBECK,B | Net 30 Days | 309.12 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 12.0 | GALLON | 97-1212/01 | ANSI 61 |
| 12.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| 96.0 | EACH | 071497644619 | 11" ROLLER TRAY LINER |
| 36.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL |

Accepted By:



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

67754

**INVOICE DATE**

2/15/18

SHIP TO

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK  74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58001 | **548506** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $3,762.48 | $0.00 | 2/15/18 | 3/17/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 20.0 | GALLON | 7-815/01 | INDUSTRIAL I-E/G MID-TONE-ANSI 61 | 42.80 | 856.00 |

| | |
|---|---|
| SUBTOTAL | 856.00 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$856.00** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
56001

Ship Date
Feb 15, 2018

Page
1

Sold To:
KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548506 | KILLINGBECK,B | Net 30 Days | 203.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 20.0 | GALLON | 7-815/01 | INDUSTRIAL I-E/G MID-TONE-ANSI 61 |

Accepted By:



## United Coatings Technologies

1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

67755

**INVOICE DATE**

2/15/18

**SHIP TO**

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58002 | **548395** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $4,618.48 | $0.00 | 2/15/18 | 3/17/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 64.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL | 2.75 | 176.00 |

| | | |
|---|---|---|
| SUBTOTAL | 176.00 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$176.00** |

United Coatings Technologies, Inc.
1011 S Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
58002

Ship Date
Feb 15, 2018

Page
1

Sold To:
KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548395 | KILLINGBECK,B | Net 30 Days | 10.24 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 84.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL |

Accepted By:



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

68156

**INVOICE DATE**

3/13/18

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

**SHIP TO**

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58311 | **548949** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $3,202.01 | $0.00 | 3/13/18 | 4/12/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 48.0 | EACH | 726890260095 | TOP GUN 350 100% SILICONE | 4.88 | 234.24 |

| | |
|---|---|
| SUBTOTAL | 234.24 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$234.24** |

Coatings Technologies, Inc.

# Packing Slip

11 S. Main Street
South Bend, IN 46601
USA

574.287.4774

Packing Slip Number
58311

Ship Date
Mar 13, 2018

Page
1

Sold To:
KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 548949 | KILLINGBECK, B | Net 30 Days | |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 48.0 | EACH | 728890260095 | TOP GUN 350 100% SILICONE |

Accepted By:


**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER
68253
INVOICE DATE
3/19/18

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

SHIP TO
KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK  74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58378 | **549014** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $2,635.25 | $0.00 | 3/19/18 | 4/18/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | GALLON | 90-330/01 | PITT-TECH I-E/G SAFETY YELLOW | 59.12 | 59.12 |

| | |
|---|---|
| SUBTOTAL | 59.12 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$59.12** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Sold To:
KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549014 | KILLINGBECK,B | Net 30 Days | 10.18 |

| Qty U/M | Item | Description |
|---|---|---|
| 1.0 GALLON | 90-330/01 | PITT-TECH I-E/G SAFETY YELLOW |

Accepted By: _____



# United Coatings Technologies

1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

68371

**INVOICE DATE**

3/22/18

**SHIP TO**

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58462 | **549099** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $2,694.32 | $0.00 | 3/22/18 | 4/21/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | GALLON | 97-1212/01 | AQUAPON HB/SG WHITE BASE-A,PHE-13 PORCELAIN WHITE | 58.96 | 58.96 |
| 1.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 43.67 |
| 48.0 | EACH | 071497644619 | 11" ROLLER TRAY LINER | 0.53 | 25.24 |
| | | | backorder 1 x 48 tray liner | | |

| | | |
|---|---|---|
| SUBTOTAL | | 127.87 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$127.87** |

ed Coatings Technologies, Inc.
11 S. Main Street
outh Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Numbe
58462

Ship Date
Mar 22, 2018

Page
1

Sold To:
KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549099 | KILLINGBECK,B | Net 30 Days | 28.88 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 1.0 | GALLON | 97-1212/01 | AQUAPON HB/SG WHITE BASE-A,PHE-13 PORCELAIN WITE |
| 1.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |
| 48.0 | EACH | 071497644819 | 11" ROLLER TRAY LINER |
|  |  |  | backorder 1 x 48 tray liner |

Accepted By:



# INVOICE

**INVOICE NUMBER**
68437
**INVOICE DATE**
3/26/18

**SHIP TO**

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58466 | **549099** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $2,822.19 | $0.00 | 3/26/18 | 4/25/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 48.0 | EACH | 071497644619 | 11" ROLLER TRAY LINER | 0.40 | 19.20 |

| | |
|---|---|
| SUBTOTAL | 19.20 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$19.20** |

Coatings Technologies, Inc.
1 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Numbe
58466

Ship Date
Mar 26, 2018

Page
1

Sold To:
KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549099 | KILLINGBECK,B | Net 30 Days | 4.32 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 48.0 | EACH | 071497844619 | 11" ROLLER TRAY LINER |

Accepted By: _____



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
68654
**INVOICE DATE**
4/9/18

SHIP TO

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58708 | **549337** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $1,472.43 | $0.00 | 4/9/18 | 5/9/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 20.0 | GALLON | 7-815/01 | INDUSTRIAL I-E/G MID-TONE ANSI 61 | 42.80 | 856.00 |
| 24.0 | EACH | 047719222422 | SKID-TEX (1 LB) | 2.59 | 62.16 |
| 50.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL | 2.75 | 137.50 |

| | | |
|---|---|---|
| SUBTOTAL | | 1,055.66 |
| SALES TAX | | 0.00 |
| FREIGHT | | 0.00 |
| **TOTAL INVOICE AMOUNT** | | **$1,055.66** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Numbe
58708

Ship Date
Apr 9, 2018

Page
1

Sold To:
KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|----------------|--------------|---------------|--------|
| 548337 | KILLINGBECK,B | Net 30 Days | 235.00 |

| Qty | U/M | Item | Description |
|-----|-----|------|-------------|
| 20.0 | GALLON | 7-815/01 | INDUSTRIAL I-E/G MID-TONE ANSI 61 |
| 24.0 | EACH | 047719222422 | SKID-TEX (1 LB) |
| 50.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL |

Accepted By: _____

# United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**
68848

**INVOICE DATE**
4/18/18

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 58799 | **549490** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $1,756.09 | $0.00 | 4/18/18 | 5/18/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | EACH | TUK-PHU99-PHUANSI61 | WHITE/TOUCH UP KIT # 11973A04-01 | 75.00 | 75.00 |
| 1.0 | EACH | TUK-PHU-2 | ASA#70 TOUCH UP KIT #11878A01-01 | 75.00 | 75.00 |
| 2.0 | EACH | TUKSM-PHU-100 | WHITE/ASA#70 TOUCH UP KT #11985 | 55.00 | 110.00 |

| | |
|---|---|
| SUBTOTAL | 260.00 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$260.00** |

Coatings Technologies, Inc.
S Main Street
th Bend, IN 46601
SA

574.287.4774

# Packing Slip

Packing Slip Number
58799

Ship Date
Apr 18, 2018

Page
1

Sold To:
KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549491 | KILLINGBECK,B | Net 30 Days | 4.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 1.0 | EACH | TUK-PHU99-PHU100 | ANSI61/WHITE TOUCH UP KIT # 11973A04-01 |
| 1.0 | EACH | TUK-PHU-2 | ASA#70 TOUCH UP KIT #11878A01-01 |
| 2.0 | EACH | TUKSM-PHU-100PHU-96 | WHITE/ASA#70 TOUCH UP KT #11985 |

Accepted By:



**United Coatings Technologies**
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

INVOICE NUMBER
69083
INVOICE DATE
5/2/18

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

SHIP TO
KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59038 | **549759** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $1,756.09 | $0.00 | 5/2/18 | 6/1/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 75.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL | 2.75 | 206.25 |
| 16.0 | GALLON | 97-1212/01 | ANSI 61 | 58.96 | 943.36 |
| 16.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B | 43.67 | 698.72 |

| | |
|---|---|
| SUBTOTAL | 1,848.33 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$1,848.33** |

United Coatings Technologies, Inc.
1011 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59038

Ship Date
May 2, 2018

Page:
1

Sold To:
KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549759 | KILLINGBECK,B | Net 30 Days | 404.98 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 75.0 | EACH | 098282105007 | PAPER 5 QT PAINT PAIL |
| 16.0 | GALLON | 97-1212/01 | ANSI 61 |
| 16.0 | GALLON | 97-137/01 | AQUAPON HB/SG CATALYST-B |

Accepted By:



United Coatings Technologies
1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

69201

**INVOICE DATE**

5/11/18

SHIP TO

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK  74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59166 | **549898** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $3,838.66 | $0.00 | 5/11/18 | 6/10/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 48.0 | EACH | 726890260095 | TOP GUN 350 100% SILICONE | 4.88 | 234.24 |

| | |
|---|---|
| SUBTOTAL | 234.24 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$234.24** |

ed Coatings Technologies, Inc.
111 S. Main Street
South Bend, IN  46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59166

Ship Date
May 11, 2018

Page:
1

Sold To:
KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK  74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 549898 | KILLINGBECK,B | Net 30 Days | |

| Qty   U/M | Item | Description |
|---|---|---|
| 48.0EACH | 726890260095 | TOP GUN 350 100% SILICONE |

Accepted By: _Carl Presley_



# United Coatings Technologies

1011 S. Main Street • South Bend, IN • 46601 • Office: 574.287.4774

# INVOICE

**INVOICE NUMBER**

70178

**INVOICE DATE**

7/3/18

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK  74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59736 | **550583** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $234.24 | $0.00 | 7/3/18 | 8/2/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 1.0 | EACH | TUK-PHE-2-PHU-1ANSI 70/PPG1002-7 TOUCH UP KT | | 75.00 | 75.00 |
| | | JOB#11754A01-01 | | | |
| 1.0 | EACH | TUKSM-E12, 7-PH P GRAY, BLACK,,ANSI61,BLACK | | 55.00 | 55.00 |
| | | JOB#12071A01-01 | | | |
| 1.0 | EACH | TUKSM-E12, 7-PH P GRAY, BLACK,,ANSI61,BLACK | | 55.00 | 55.00 |
| | | JOB#12069A01-01 | | | |
| 1.0 | EACH | TUKSM-PHE-13,1,,PORC WHITE/ANSI 61/ANSI 61 | | 55.00 | 55.00 |
| | | JOB#12033A01-01 | | | |
| 1.0 | EACH | TUKSM-E12, 7-PH P GRAY, BLACK,,ANSI61,BLACK | | 55.00 | 55.00 |
| | | JOB#12043A01-01 | | | |
| 1.0 | EACH | TUKSM-E12, 7-PH P GRAY, BLACK,,ANSI61,BLACK | | 55.00 | 55.00 |
| | | JOB#12043A02-01 | | | |





| | |
|---|---|
| SUBTOTAL | 350.00 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$350.00** |

d Coatings Technologies, Inc.
1 S. Main Street
uth Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59736

Ship Date
Jul 3, 2018

Page
1

Sold To:
KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550583 | KILLINGBECK,B | Net 30 Days | 6.00 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 1.0 EACH | | TUK-PHE-2-PHU-133 | ANSI 70/PPG1002-7 TOUCH UP KT |
| | | | JOB#11754A01-01 |
| 1.0 EACH | | TUKSM-E12,7-PHU1,77 | P GRAY, BLACK,,ANSI61,BLACK |
| | | | JOB#12071A01-01 |
| 1.0 EACH | | TUKSM-E12,7-PHU1,77 | P GRAY, BLACK,,ANSI61,BLACK |
| | | | JOB#12069A01-01 |
| 1.0 EACH | | TUKSM-PHE-13,1,8 | PORC WHITE/ANSI 61/ANSI 61 |
| | | | JOB#12033A01-01 |
| 1.0 EACH | | TUKSM-E12,7-PHU1,77 | P GRAY, BLACK,,ANSI61,BLACK |
| | | | JOB#12043A01-01 |
| 1.0 EACH | | TUKSM-E12,7-PHU1,77 | P GRAY, BLACK,,ANSI61,BLACK |
| | | | JOB#12043A02-01 |

Accepted By



# INVOICE

**INVOICE NUMBER**

70260

**INVOICE DATE**

7/10/18

**SHIP TO**

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59993 | **550638** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $584.24 | $0.00 | 7/10/18 | 8/9/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 3.0 | GALLON | 7-814/01 | INDUSTRIAL I-E/G WHITE/PASTEL ANSI 70 | 42.80 | 128.40 |



| | |
|---|---|
| SUBTOTAL | 128.40 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$128.40** |

Coatings Technologies, Inc.
S Main Street
uth Bend, IN 46601
SA

574.287.4774

# Packing Slip

Packing Slip Number
59993

Ship Date
Jul 10, 2018

Page
1

Sold To:
KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550638 | KILLINGBECK,B | Net 30 Days | 29.07 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| 3.0 | GALLON | 7-814/01 | INDUSTRIAL I-E/G WHITE/PASTEL ANSI 70 |

Accepted By



# INVOICE

**INVOICE NUMBER**
70263
**INVOICE DATE**
7/6/18

KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK  74101
USA

**SHIP TO**
KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK  74101
USA

| PACKING SLIP# | PO/JOB NUMBER | TERMS | |
|---|---|---|---|
| 59991 | **550624** | Net 30 Days | |
| PREVIOUS BALANCE | DISCOUNT IF PAID BY DISC DATE | DISCOUNT DATE | INV DUE DATE |
| $584.24 | $0.00 | 7/6/18 | 8/5/18 |

| QTY | U/M | ITEM | DESCRIPTION | PRICE | EXTENSION |
|---|---|---|---|---|---|
| 75.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL | 2.75 | 206.25 |
| 50.0 | EACH | 071497644619 | 11" ROLLER TRAY LINER | 0.40 | 20.00 |
| 48.0 | EACH | 726890593100 | 9" PROSUPREME WOVEN 3/8" | 3.85 | 184.80 |
| 3.0 | EACH | 071497601810 | 11" METAL ROLLER PAINT TRAY | 3.13 | 9.39 |





| | |
|---|---|
| SUBTOTAL | 420.44 |
| SALES TAX | 0.00 |
| FREIGHT | 0.00 |
| **TOTAL INVOICE AMOUNT** | **$420.44** |

ed Coatings Technologies, Inc.
11 S. Main Street
South Bend, IN 46601
USA

574.287.4774

# Packing Slip

Packing Slip Number
59991

Ship Date
Jul 6, 2018

Page:
1

Sold To:
KOONTZ-WAGNER VOORDE DR (IN)
P.O. BOX 1229
TULSA, OK 74101
USA

KOONTZ-WAGNER (VOORDE DRIVE)
P.O. BOX 1229
TULSA, OK 74101
USA

| Purchase Order | Sales Rep ID | Payment Terms | Weight |
|---|---|---|---|
| 550624 | KILLINGBECK.B | Net 30 Days | 19.50 |

| Qty | U/M | Item | Description |
|---|---|---|---|
| *75.0 | EACH | 098262105007 | PAPER 5 QT PAINT PAIL |
| *50.0 | EACH | 071497644619 | 11" ROLLER TRAY LINER |
| *48.0 | EACH | 728890593100 | 9" PROSUPREME WOVEN 3/8" |
| *3.0 | EACH | 071497601810 | 11" METAL ROLLER PAINT TRAY |

Accepted By: