(https://inbiz.in.gov)



## Business Details

Print Entity Details

| | | | |
|---|---|---|---|
| Business Name: | **UNITED COATINGS TECHNOLOGIES INC.** | Business ID: | **2005083100498** |
| Entity Type: | **Domestic For-Profit Corporation** | Business Status: | **Active** |
| Creation Date: | **08/29/2005** | Inactive Date: | |
| Principal Office Address: | **1011 S MAIN ST, SOUTH BEND, IN, 46601, USA** | Expiration Date: | **Perpetual** |
| Jurisdiction of Formation: | **Indiana** | Business Entity Report Due Date: | **08/31/2021** |
| | | Years Due: | |

## Incorporators Information

| Title | Name | Address |
|---|---|---|
| Incorporator | MARK HUFFER | 60866 WHISPERING HILLS DRIVE, SOUTH BEND, IN, 46614, USA |
| Incorporator | BARRY KILLINGBECK | 5166 E GOOTJACK RD, ROLLING PRAIRIE, IN, 46371, USA |

Page 1 of 1, records 1 to 2 of 2

## Principal Information

| Title | Name | Address |
|---|---|---|
| Vice President | BARRY KILLINBECK | 1011 S MAIN ST, SOUTH BEND, IN, 46601, USA |
| President | Mark Huffer | 1011 S Main Street, South Bend, IN, 46601, USA |

Page 1 of 1, records 1 to 2 of 2

## Registered Agent Information

| | |
|---|---|
| Type: | **Individual** |
| Name: | **MARK HUFFER** |
| Address: | **1011 S Main Street, So Bend, IN, 46601, USA** |

Back   Return to Search   Filing History   Name History   Assumed Name History

Certified Copies Request