

Contact Us At:
**(574) 287-4774**

| Home | About Us | Our Partners | News | Location | Contact Us |


**Architectural Coatings**


**Commercial Coatings**

## Paint - South Bend Indiana - United Coatings Technologies

We sell paint and provide technical assistance for the Architectural, Commercial, Industrial, refurbishing and manufacturing industries. Regardless of sheen, color, special performance characteristics, or price, we have the experience to help your firm excel in using our paint products to be suit your application.

Our location is in South Bend Indiana however our representatives are readily serving customers in Illinois, Indiana, Michigan, Ohio, and Kentucky as well as businesses throughout the remaining United States.

At United Coatings Technologies we have no service limits and we provide onsite technical assistance to our customers at no additional cost. Let us help you find and apply the best paint or coating to meet your requirements affordably!

### News

*New Web Site Update!*

Our new Web Site recently came online. We hope you find it easy to use and informative. If you have any comments or suggestions, let us know. Thanks for stopping by!



Search MSDS

Sundries & Paint Supplies


**Industrial Coatings**

**United Coatings Technologies**
1011 South Main Street
South Bend, Indiana 46601




**Solvents & Chemicals**

**Touch-Up Paint**


**Industrial Paint Supplies**



United Coatings Technologies
1011 S Main St, South Bend, IN 46601
5.0    9 reviews
View larger map

Map data ©2021

| Home | About Us | Our Partners | News | Location | Contact Us | Architectural Coatings | Commercial Coatings |
| Industrial Coatings | Solvents and Chemicals | Touch-Up Paint | Industrial Paint Supplies | Sundries | Sitemap |

© 2007 - 2021 all rights reserved. United Coatings Technologies, 1011 South Main Street, South Bend, Indiana 46601
Phone: (574).287.4774 or (877).287.4774 - Fax: (574).287.2774
Web Site Design in South Bend, Indiana by BANG! Web Site Design .